**FEE PAID**

FILED
CLERK, U.S. DISTRICT COURT

APR 24 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RS _____ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT

APR 20 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

1  Buck G. Woodall
2  PO Box 145
3  Arroyo Seco, NM 87514
   reelinginthedream@gmail.com
4  805-308-2085
5
   *In Propria Persona*
6
7              **UNITED STATES DISTRICT COURT**
8
9              **CENTRAL DISTRICT OF CALIFORNIA**
10
                  **WESTERN DIVISION**
11

| | |
|---|---|
| BUCK G. WOODALL, AKA, BUCK WOODALL, AN INDIVIDUAL, | Case No.: Number  2:20-CV-03772-CBM-Ex |
| Plaintiff, | **COMPLAINT FOR:** |
| vs. | **(1) Copyright Infringement** |
| THE WALT DISNEY COMPANY, A DELAWARE CORPORATION; WALT DISNEY PICTURES, A DIVISON OF THE WALT DISNEY CORPORATION; WALT DISNEY ANIMATION STUDIOS, A DIVISION OF THE WALT DISNEY COMPANY; MANDEVILLE FILMS, INC, A CALIFORNIA CORPORATION; JENNY MARCHICK, AN INDIVIDUAL, PAMELA RIBON, AN INDIVIDUAL AND DOES 1-10, INCLUSIVE, | **(17 U.S.C. §101, et seq.);** **(2) Accounting** **DEMAND FOR JURY TRIAL** |
| Defendants. | |

28  COMPLAINT FOR:(1) COPYRIGHT INFRINGEMENT     (17 U.S.C. §101, ET SEQ.);(2) ACCOUNTING
    DEMAND FOR JURY TRIAL - 1

Plaintiff  Buck G. Woodall ("Plaintiff" or "Woodall") in its complaint against defendants The Walt Disney Company, Walt Disney Pictures and Walt Disney Animation Studios (hereinafter collectively "Disney Defendants"), Mandeville Films, Inc. ("Mandeville"), Jenny Marchick ("Marchick"), Pamela Ribon ("Ribon") and DOES 1-10 (collectively "Defendants"), alleges:

## NATURE OF ACTION

1.      Plaintiff is a motion picture producer, a professional writer and a renowned artist. As a professional writer, Plaintiff is a member of the Writers Guild of America. At a personal expense of  some $ 500,000.00, and the expenditure of over 17 years of work, Plaintiff wrote and created a theatrical motion picture package and presentation, with major themes, script outline, character development, illustrations and budgets, to present to major animated motion picture producers and distributors, entitled "Bucky The Surfer Boy" (hereinafter the "Presentation Package"). In addition to registering the Presentation Package with the Writers Guild of America, as is customary for professional writers in the motion picture industry, portions of the Presentation Package were also granted Federal Copyright protection by the USPTO in 2004 and updated in 2014 (see Exhibit "A") attached hereto, containing 203 pages of materials.

COMPLAINT FOR:(1) COPYRIGHT INFRINGEMENT      (17 U.S.C. §101, ET SEQ.);(2) ACCOUNTING
DEMAND FOR JURY TRIAL - 2

2.      The Presentation Package attached hereto as Exhibit "B", was originally submitted to Mandeville, through Marchick, in 2005 when Marchick was employed by Mandeville. Said submission was concurrent with an in-person meeting. At that time, and currently, Mandeville is located on the Disney studio lot in Burbank California. Upon information and belief, Woodall alleges that Mandeville had a "first look" deal with Disney, which is a favored and highly sought-after relationship from the standpoint of an independent producer for the possible production and distribution of a theatrical feature product by a major studio. Marchick said of the Presentation Package that "she would get it to the right people". After said submission and meeting, Woodall was requested by Marchick to produce and provide to Mandeville, at Woodall's sole cost and expense, an animated trailer, which took over 2 years to complete and was eventually submitted in 2008.

3.      Woodall provided to Mandeville a fully animated concept trailer and storyboards on a DVD along with his website address, which at the time contained background image references, story development, character illustrations, executive summary, and more, all comprising the Presentation Package in 2008. Thereafter, in July 2011, Woodall sent Marchick a copy of his finished script while she was then working as a "Consultant, Original Movies" at Disney. The script for

COMPLAINT FOR:(1) COPYRIGHT INFRINGEMENT      (17 U.S.C. §101, ET SEQ.);(2) ACCOUNTING
DEMAND FOR JURY TRIAL - 3

the animated trailer was written under the direction of Woodall by an individual who also was working at that time at Disney Animation Studios.

4.     The Disney theatrical animated feature film, entitled "Moana", was released into theatrical distribution in November 2017. According to the Director of "Moana", in 2011, Disney authorized work on a script for "Moana" to commence. It is this conjunction of submission by Woodall and commencement of development of the "Moana" script, the previously submitted Presentation Package, the 2011 submission of the finished script, all as detailed in Exhibit "B", that gives rise to the instant action. Also notably, Ribon, who is well known to Marchick, having worked with Marchick on several other projects, was hired as an initial writer of the proposed screenplay for "Moana" and has received screen credit "Story By" therefore, all as determined by the Writers Guild of America pursuant to the applicable collective bargaining agreement.

5.     Specifically, Defendants stole and copied the registered and copyright protected and previously submitted Presentation Package belonging to Woodall to produce the theatrical animated feature entitled "Moana". According to the best reports currently publicly available, "Moana" earned a worldwide theatrical Box office receipts for Disney in excess of $690,000,000. Disney has further used the "Moana" feature as the basis for the normal DVD and Blue Ray

COMPLAINT FOR:(1) COPYRIGHT INFRINGEMENT     (17 U.S.C. §101, ET SEQ.);(2) ACCOUNTING
DEMAND FOR JURY TRIAL - 4

worldwide release of the title in March 2017, generating and additional amount of

receipts in excess of $103,000,000. As Woodall was not resident in the United

States at the time of theatrical release, he did not see the "Moana" film until its

release on DVD at the place of his then current foreign residence, in the June-July

2017 timeframe. Only then was he able to discover the actual copyright

infringement complained of herein by comparing and analyzing the DVD release

with the Presentation Package. A full and complete copy of the Bucky – Moana

analysis is attached hereto as Exhibit "C".

      6.     Lastly, Disney is well known for its exploitation of all markets

relating to its theatrical product, turning each theatrical title into a "franchise" of its

own. A prime example is with respect to the immensely popular and profitable

Disney stores worldwide, as well as online stores and marketing activities through

licensing third party retailers of countless types and categories of products.

"Moana" is no exception. As a further example of Disney's exploitation of the

"Moana" franchise, in late 2019, Disney introduced its subscription based online

streaming portal called Disney+. "Moana" is prominently displayed as being

available to online subscribers. The current and ultimate financial results of all

such massive marketing efforts by Disney of the full array of all "Moana" products

COMPLAINT FOR:(1) COPYRIGHT INFRINGEMENT    (17 U.S.C. §101, ET SEQ.);(2) ACCOUNTING
DEMAND FOR JURY TRIAL - 5

is currently unknown to Woodall but will be the subject of discovery and evidence presented at trial.

7.      Plaintiff is informed and believes and, on that basis, alleges that beginning in at least November of 2017, Defendants knowingly conspired with Defendants jointly to produce, distribute, sell and license, products of Disney infringing the Copyrights of Plaintiff.

8.      Accordingly, Plaintiff brings claims against Defendants for, inter alia, copyright infringement under the U.S. Copyright Act of 1976, 17 U.S.C. §101 et seq. (the "Copyright Act").  Plaintiff seeks both injunctive and monetary relief, and reimbursement for any accounting, attorney, and third-party consulting fees and costs reasonably incurred in the filing of and prosecuting this action.

## JURISDICTION AND VENUE

9.      This action arises under, *inter alia,* the Copyright Act of 1976, 17 U.S.C. §101 et seq.

10.     This Court has federal question and supplemental jurisdiction over all of the claims in this action pursuant to 28 U.S.C. §1331, §1332, §1338 and §1367(a), as this case arises under the Copyright Act.

11.     The Court has personal jurisdiction over Defendants because, *inter alia,* Disney Defendants all maintain their principal place of business in Los

COMPLAINT FOR:(1) COPYRIGHT INFRINGEMENT      (17 U.S.C. §101, ET SEQ.);(2) ACCOUNTING
DEMAND FOR JURY TRIAL - 6

Angeles County, California, Defendant Mandeville is a California corporation with

a principal place of business in Los Angeles County, California, and Defendants

Marchick and Ribon reside in this district and were employed by Defendants

Disney in this district.

## THE PARTIES

12.     Plaintiff Woodall, an individual is a resident of Taos, New

Mexico but regularly conducts business within this judicial district.

13.     Disney Defendants are either a Delaware Corporation or wholly

owned operating subsidiaries of The Disney Corporation, all with a principal place

of business located in Los Angeles County, California.   Defendant Mandeville is a

California corporation with a principal place of business in Los Angeles County,

California, and Defendants Marchick and Ribon reside in this district and were

employed by Defendants Disney in this district.

14.     Plaintiff is ignorant of the true names and capacities of

Defendants named in this complaint as DOES 1 through 10 and sues said

Defendants by such fictitious names. Plaintiff will amend this complaint to allege

their true names and capacities when they have been ascertained. Plaintiff is

informed and believes and on that basis alleges that each of the fictitiously named

Defendants is responsible in some manner for the occurrences alleged in this

COMPLAINT FOR:(1) COPYRIGHT INFRINGEMENT      (17 U.S.C. §101, ET SEQ.);(2) ACCOUNTING
DEMAND FOR JURY TRIAL - 7

complaint, and that Plaintiff's damages as alleged in this complaint were proximately caused by their conduct, or that such Defendants ratified or participated in the conduct causing such damages.

15.     Plaintiff is informed and believes, and on that basis alleges, that at all relevant times, Defendants were acting as the agent, employee, independent contractor, representing partner, or joint-venturer of the remaining Defendants and were acting within the course and scope of that relationship. Plaintiff is further informed and believes, and on that basis alleges, that each of the Defendants in this action gave consent to, ratified, and authorized the acts of the remaining defendants.

16.     Each Defendant has willfully aided and abetted each of the other Defendants in the wrongful concerted action described herein or acted with or in furtherance of that action or assisted in carrying out its purposes alleged herein.

17.     Defendants, and each of them, are individually sued as participants and aiders and abettors in the wrongful conduct complained of herein, and the liability of each arises from the fact that each has engaged in all or part of the improper acts, plans, schemes, conspiracies, or transactions complained of herein.

COMPLAINT FOR:(1) COPYRIGHT INFRINGEMENT     (17 U.S.C. §101, ET SEQ.);(2) ACCOUNTING
DEMAND FOR JURY TRIAL - 8

18.     Plaintiff is informed and believes, and on that basis alleges, that in doing the acts alleged in this Complaint, Defendants conspired among themselves to, among other things, (a) improperly and unlawfully misappropriate the copyright protected information contained in the Presentation Package; and (b) copy and convert to themselves the intellectual property of Plaintiff including, without limitation, Plaintiff's Presentation Package.

19.     Plaintiff is informed and believes, and on that basis alleges, that the objectives of the conspiracy included, without limitation, wrongfully: (a) allowing Defendants to exploit the proprietary information of Plaintiff; (b) defrauding Plaintiff; and (c) interfering with and disrupting the potential contractual and other business relations of Plaintiff, all for the Defendant's own profit.

**FIRST CAUSE OF ACTION**

**(Copyright Infringement)**

**(U.S. Copyright No. VAu 000624809 – 5-25-2004)**

**(U.S. Copyright No. PAu 003749546 – 12-5-2014)**

**(Against All Defendants)**

20.     Plaintiff realleges and incorporates by reference the above

paragraphs as if fully set forth therein.

21.     Plaintiff has duly complied with all statutory formalities of the

Copyright Act with respect to the registration of protectible elements of its

Presentation and the underlying work which is the subject of U.S. Registration No. VAu

000624809 and PAu 003749546, as attached hereto as Exhibit "A".

22.     The foregoing acts by Defendants and each of them

constitute unauthorized copying, reproduction, distribution, display, licensing, sale

and commercial exploitation of Plaintiff's Copyrighted work, as reflected in U.S.

registration no. VAu 000624809 and PAu 003749546, which acts infringe

Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. §101 *et seq*.

23.     Defendants' infringing works copy quantitatively and

qualitatively distinct, important, and recognizable portions of Plaintiff's

Copyrighted work.

24.     Such infringement of Plaintiff's Copyrighted work includes

Defendants' copying of the literal elements of Plaintiff's Copyrighted work

including the major themes, script outline, character development, illustrations and

budgets.

25.     Defendants and each of them did not seek or receive permission or consent from Plaintiff to copy any portion of Plaintiff's Copyrighted work, and did so willfully, maliciously and intentionally.

26.     Defendants' conduct has at all times been knowing, willful, and with complete disregard for Plaintiff's rights.

27.     As a proximate cause of Defendants' wrongful conduct, Plaintiff has been irreparably harmed and will continue to sustain injury and damage unless Defendants and each of them are enjoined.

28.     The inclusion of signature elements of Plaintiff's Copyrighted work greatly enhances the financial value of Defendants' infringing products.

29.     Plaintiff is entitled to its actual damages and profits, alternatively statutory damages, pursuant to 17 U.S.C. §504.

30.     From the date of first production of Defendants' infringing works, the Defendant has infringed Plaintiff's copyright interests in its Copyrighted work, including by: (a) authorizing the reproduction, distribution and sale of the infringing and/or distributing Defendants' infringing works through various sources; (b) copying and displaying the infringing works in related marketing and promotional materials for the sale of the infringing works; and (c) participating in

COMPLAINT FOR:(1) COPYRIGHT INFRINGEMENT     (17 U.S.C. §101, ET SEQ.);(2) ACCOUNTING
DEMAND FOR JURY TRIAL - 11

and furthering the aforementioned infringing acts, and/or sharing in the proceeds therefrom, all through substantial illegal use of Plaintiff's Copyrighted work.

31. With knowledge of the infringement, each Defendant has induced, caused or materially contributed to the infringing conduct of each other, such that each and all should be found to be contributorily liable for the acts of the others.

32. Defendants and each of them had the right and ability to control other infringers and have derived a direct financial benefit from that infringement such that Defendants and each of them also should be found to be vicariously liable.

33. The infringement is continuing as the infringing products continue to be produced and sold or licensed by Defendants, while unwitting customers continue to purchase or license from Defendants the stolen and infringed Copyrighted work of Plaintiff.

34. Defendants' conduct is causing and, unless enjoined by this Court, will continue to cause to Plaintiff, as well as the innocent buyers or licensees of Defendants' infringing products, irreparable injury that cannot fully be compensated for or measured in monetary terms; Plaintiff has no adequate remedy at law.

COMPLAINT FOR:(1) COPYRIGHT INFRINGEMENT     (17 U.S.C. §101, ET SEQ.);(2) ACCOUNTING
DEMAND FOR JURY TRIAL - 12

35. As a result of the aforesaid infringement, Plaintiff has suffered and will continue to suffer substantial injury, loss and damages to its ownership rights in Plaintiff's Copyrighted work. Defendants have unlawfully derived and will continue to derive income and profits from the infringing acts thereby unjustly enriching themselves to the detriment of Plaintiff. As a direct and proximate result of the conduct of Defendants, Plaintiff has suffered actual damages including lost profits, lost opportunities, and loss of goodwill, in an amount in excess of 2.5% of all gross revenue earned by Disney from "Moana" the feature film and all products derived thereof, an exact amount to be proven at trial.

<div align="center">

**SECOND CAUSE OF ACTION**

**(Accounting)**

**(Against All Defendants)**

</div>

36. Plaintiff repeats and realleges each and every foregoing allegation contained in the complaint as if fully set forth herein.

37. The amount of expenses, monies, profits, and other things of value, arising on account of the use by any and all Defendants and DOES 1-10, of the Protected Package is relevant to a determination of damages in connection with the claims alleged in this complaint. For this reason, and for other reasons set forth in this complaint, Plaintiff is entitled to obtain an accounting as relates to the

COMPLAINT FOR:(1) COPYRIGHT INFRINGEMENT     (17 U.S.C. §101, ET SEQ.);(2) ACCOUNTING
DEMAND FOR JURY TRIAL - 13

revenues received by Defendants through all worldwide exploitations of the Copyrighted work in all media and medium.

38. By this complaint, Plaintiff demands an accounting from all Defendants and DOES 1-10, of expenses, monies, profits, and other things of value arising on account of the use by all Defendants of the Copyrighted Work.

## PRAYER

## ON THE FIRST CAUSE OF ACTION

**[Copyright Infringement]:**

Plaintiff demands judgment against Defendants and each of them:

1. Permanently enjoining Defendants, their officers, agents, employees, and those persons in active concert or participation with each or any of them from directly or indirectly infringing Plaintiff's Copyrights;

2. Awarding Plaintiff its actual damages in an amount not less than an amount in excess of 2.5% of all gross revenue earned by Disney from Moana for losses suffered as a result of Defendants' infringement of its Copyrights, or, in the alternative, awarding statutory damages for willful infringement in the amount of $150,000 per work and per violation;

COMPLAINT FOR:(1) COPYRIGHT INFRINGEMENT     (17 U.S.C. §101, ET SEQ.);(2) ACCOUNTING
DEMAND FOR JURY TRIAL - 14

3. Directing Defendants and each of them to account for all revenue derived by them from their infringement of Plaintiff's Copyrights and directing that Defendants pay over to Plaintiff the total amount of such revenues; and

4. Awarding Plaintiffs reasonable attorneys' fees incurred as a result of Defendants' willful and intentional misconduct, together with the costs of this action and such other and further relief as this Court may deem just and proper.

## ON THE SECOND CAUSE OF ACTION

### [Accounting]:

For an accounting of all revenues received by Defendants and each of them.

## ON ALL CAUSES OF ACTION:

1. Interest on the damages according to law;

2. Prejudgment interest;

3. Attorneys' fees as provided by contract and/or law;

4.Costs of suit; and

5. For such further relief as the Court may award in the interest of justice.

COMPLAINT FOR:(1) COPYRIGHT INFRINGEMENT       (17 U.S.C. §101, ET SEQ.);(2) ACCOUNTING
DEMAND FOR JURY TRIAL - 15

Dated this      day of April, 2020.

_Buck G. Woodall_

_____

Buck G. Woodall

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by Jury in this action.

Dated this  3rd day of April, 2020

_Buck G. Woodall_

_____

Buck G. Woodall

COMPLAINT FOR:(1) COPYRIGHT INFRINGEMENT        (17 U.S.C. §101, ET SEQ.);(2) ACCOUNTING
DEMAND FOR JURY TRIAL - 16

EXHIBIT A

Woodall's copyright filings from 2004 - 2014
and WGA registrations.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VAu 624 – 809**

*WAU0096240009*

EFFECTIVE DATE OF REGISTRATION

5 - 25 - 04

Month    Day    Year

ATE CONTINUATION SHEET

---

**1**

Title of This Work ▼

BUCKY

NATURE OF THIS WORK ▼ See instructions

Animation Art

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

NAME OF AUTHOR ▼

**a** BUCK G. WOODALL

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

1973

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of USA
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law the "author" of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

Nature of Authorship Check appropriate box(es) **See instructions**
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2 Dimensional artwork   ☐ Photograph   ☒ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship Check appropriate box(es) **See instructions**
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed

DEC. 1, 2003   Year
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____   Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

BUCK G. WOODALL
P O BOX 563
Hanalei, HI 96714

APPLICATION RECEIVED
MAY 2 5 2004

ONE DEPOSIT RECEIVED
MAY 2 5 2004

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi

```
Type of Work:          Visual Material

Registration Number / Date:
                       VAu000624809 / 2004-05-25

Title:                 Bucky : an animated feature project.

Description:           1 v.

Notes:                 Artwork & text.

Copyright Claimant:
                       Buck G. Woodall, 1973-

Date of Creation:  2003

Variant title:     Bucky : an animated feature project.

Names:             Woodall, Buck G., 1973-
```

===============================================================================

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-749-546

**Effective date of registration:**

December 5, 2014

---

## Title

**Title of Work:** Bucky The Surfer Boy

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** Buck Goodday Woodall

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Buck Goodday Woodall

PO Box 1170, Hanalei, HI, 96714, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:** VAu000624809   2004-05-25

**New material included in claim:** revisions/additions to text

## Rights and Permissions

**Name:** Buck Goodday Woodall

**Email:** buckwoodall@yahoo.com          **Telephone:** 808-282-1181

## Certification

**Name:** Buck Goodday Woodall

**Date:** December 5, 2014

---

**Correspondence:** Yes    ■

```
<html><head></head><body><pre styl    word-wrap: break-word; white-spac    pre-wrap;">Type of
Work:     Dramatic Work and Music; or Choreography

Registration Number / Date:
                   PAu003749546 / 2014-12-05

Application Title: Bucky The Surfer Boy.

Title:             Bucky The Surfer Boy.

Description:       Electronic file (eService)

Copyright Claimant:
                   Buck Goodday Woodall.

Date of Creation:  2014

Authorship on Application:
                   Buck Goodday Woodall, employer for hire; Citizenship:
                      United States. Authorship: text.

Previous Registration:
                   2004-05-25, VAu000624809.

Pre-existing Material:
                   text.

Basis of Claim:    revisions/additions to text.

Rights and Permissions:
                   Buck Goodday Woodall, (808) 282-1181, buckwoodall@yahoo.com

Copyright Note:    C.O. correspondence.

Names:             Woodall, Buck Goodday

===========================================================================


</pre></body></html>
```



# Please Print This Page For Your Records

## Registration Confirmation

**Please print this page for your records.**

## Registration Number : 1145937

Thank you for your registration. Your material has been successfully registered with the WGA Intellectual Property Registry. Registrations are valid for a term of five years and can be renewed upon expiration. Please remember that changes cannot be made once material has been registered with the WGAw Intellectual Property Online Registration Service.

Should you have any questions regarding your online registration, please mail or fax your photo ID along with your written request to the Intellectual Property Registry at (323) 782-4803.

We greatly appreciate your business and would like your feedback. Click here to let us know your thoughts and suggestions about our service.

### Registered Item Information:

Material Type :     SCREENPLAY
Intended Medium :  SCREEN
Item Title :         Bucky & The Hui
Filename :           TREATMENT-BUCKY-&-THE-HUI.doc
Submission Date :  7/25/2006 2:19:53 PM

### Registrant/Author Information:

Registrant ID :           585755383
Registrant Last Name :    Woodall
Registrant First Name :   Buck
Registrant Middle Name :  G

### Credit Card was Charged:

Credit Card # :                              XXXXXXXXXX-9085
Name on Card:                                Buck Woodall
Credit Card Expiration Date(mmyy) :  0209

EXHIBIT B

All material shared with Jenny Marchick from
2004 to 2011.

EXHIBIT B   Early stages of pitch package, including movie poster, synopsis, character descriptions, treatment & DVD.  Woodall began developing the writing in 1998.  The following was developed from 2004 to 2006.



# BUCKY & THE HUI

### "THE JOURNEY HOME"

**An Animated Feature & Television Series Project**

"Bucky & The Hui" is a compelling coming of age tale about a young surfer boy taken in by a wise Hawaiian elder and his hui (gang) of wayward kids. Together they embark on a journey to save the most precious gift they have, their Hawaiian homeland. A brilliant time travel adventure that carries you through Hawaii's past to preserve it's future. Experience the stunning embrace of mystical lore and ancient Hawaii in this epic animated film.

Written by: BUCK WOODALL

# BUCKY AND THE HUI

**Treatment written by: Paul Ross**
**Based on original story By: Buck G. Woodall**

Modern day Hawaii.

Bucky arrives in Hawaii, after an argument he had with his father. He: s away from friends and anything familiar. Grandfather Makani, an old man who takes a liking to Bucky. The boy is moody, somber, and starting to grow rebellious.

The old man is aloof and poor. Although he lives in a natural island paradise, Bucky starts to feel trapped there with nothing to do and no money to do anything with. The only bright spot is Leolani, a gorgeous native girl, who is the old man's granddaughter. Grandfather Makani, showers her with unlimited affection, making Bucky feel a bit discriminated against.

Out of loneliness and frustration, Bucky falls in with a gang of slum town thugs led by Shamar. Our hero is going down the wrong road. Leolani turns her back on him completely.

One night The Hui (gang) trusts Bucky enough to allow their mischief to cross the line into criminality; they decide to mug someone. With vicious intent, they descend on a victim who- much to their horrified surprise- defends himself and sends them flying in fear. The tables turned and abandoned by his new friends; Bucky is left to the mercy of the enraged victim...who turns out to be Grandfather Makani, Bucky is almost relieved to be dragged back home.

Despite himself, he has respect for this captor who isn't above threatening to keep the boy in line. And stranger still, Bucky enjoys some of the chores he's made to do. Of course, he only complains to Leolani who hints mysteriously that what Bucky has seen is just a hint of the things that he doesn't know of Grandfather Makani:s power.

One day, while watching the lad at work, Grandfather Makani notices Becky's agility and gets an idea. Challenging the boy's self-professed toughness, the old man and his granddaughter introduce Bucky to surfing.

It's a scary and exhilarating experience. Bucky is hooked. The sport leads the boy into a different world, one filled with new friends and the true spirit of the islands. Bucky even comes to believe that he stands a chance with Leolani. But Grandfather Makani is sad, he's senses * a great darkness*, a foreboding evil is about to befall them. He will not even tell his granddaughter what it is.

Then Shamar and the gang re-enter the picture. The lead thug has eyes for Leolani and has also marked Bucky as a traitor for dropping out of * The Hui *. Although Bucky makes light of the threat, he knows it's real and that someday he'll have to face the danger. Leolani presses her grandfather, wanting to know if the gang's vow of vengeance is the evil that threatens them. Grandfather Makani shakes his head no, silently indicating something far direr.

Out of range of Leolani and his friends, Bucky asks the old man to teach him to fight. Grandfather Napua refuses with the cryptic rejoinder, * you are not ready *. Rebuffed and more determined than ever before in his life to prove himself, Bucky pushes his surfing skills.

One day, far out on a big day, Leolani notices a huge shark following in Becky's wake (which the boy doesn't see). She starts to cry out a warning but her grandfather stops her. * If you frighten him, he will fall for sure.* They watch helpless as the oblivious lad

merrily joins a school of fish gamboling through the surf.  Waving at his fans on the beach he doesn't see the megalithic monster cleave the water to his right and take out half a dozen fish in one mighty bite.  He is confused by Leolani:s terrified reaction and glancing around, misses a second attack to his left.  He does see the one right in front of him.  Leolani turns away, unable to watch, as the colossus fin is now on a collision course with the boy.  Before Becky's and Grandfather Makani:s astounded eyes, the specter disappears.  At her grandfather's sight of relief the crying Leolani looks up to see a pale and shaking Bucky emerging, unharmed from the surf.

Ignoring the boy's statement,  I think I want to take up another sport,  Grandfather Makani tells him, * Now you are ready.*  Leolani knows that the old man has seen something special in the boy that no one else has ever - or could ever be-seen.  The danger past, Leolani:s whispers hopefully in her grandfather's ears.  * Was the shark what you feared?*

Again her grandfather shakes his head – NO.  * What I saw will eat our island *!

Grandfather Makani begins training Bucky in new ways.  They're unfathomable and strange, but the boy just regards them as a game.  Though he doesn't realize it, he is being indoctrinated in the ancient ways.  He learns island history and lore.  He begins to recognize the diversity of nature around him, he memorizes ritual and language.

Leolani is thrilled and amazed but her grandfather is disappointed that the boy, now renamed Kawika, fails to understand the meaning of the gifts he's being given.  Kawika feels he is ready in mind and body.

Grandfather Napua warns him that the final initiation is the hardest test.  The boy faces a crisis of doubt, envisioning physical torture; but he forges ahead and asks to be given the test.  Grandfather Makani tells him his father is dead.  The boy refuses to believe, until Grandfather Makani convinces him with the truth of logic.

* Your father loved you.*  Angered and hurt, Kawika turns inward and seeks solitude.

Then the menace that the old man foresaw strikes in the form of a mainland developer who is going to build a massive construction project on a sacred site and turn paradise into a Disney field resort.  And there is nothing that can be done to stop it.  In fact, before anyone comprehends what's happening, the skeletal center of the hotel is thrown up at the very edge of the shore.

Throwing a bone to the local community, the developer, Shamar announces a last international surfing contest with a huge cash prize.  He'll get the publicity and *then* he'll make the entire coast a private beach open only to visiting, rich hotel guests .  * No locals, surfers and other riffraff *.

Kwika decides to enter the contest and use the evil Baron's money  and influence to defeat him; he'll hire the top lawyer with the winnings, use the media attention to save the sacred site.....and, thereby win Leolani.  His fired-up defense of his newly adopted home is proof of his spiritual conversion and verifies the faith Grandfather Napua places in the boy.

But Shamar and his gang show up to claim the same prizes.  They cheat their way into the finals where it becomes a showdown between Kawika and his old rival.

Unknown to anyone outside his immediate evil empire, Shamar plans to dynamite a coral reef.

But--,* protests one of his followers, * you'll kill the surfers! *

Thus proving that the area is too dangerous for that sport, smiles the Shamar, but just right for my new yacht marina*.

As a result  of the underwater demolition-or from the reaction of the angered goddess Pele – volcano erupts, creating a giant and deadly, tidal wave incredibly, Kawika is able to surf it, being towed in by a dolphin – even saving both Leolani and his rival Shamar along the way.  But the massive wall of water is fast headed for everyone on shore and there is no time or place to run.  The giant tsunami crests and crashes.  When all is again calm, Kawika and Leolani see that -worse for wear- everyone had survived, shielded by the hotel, which was destroyed.

Grandfather Napua and Kawika embrace, all is forgiven.  Leolani asks her grandfather, why are you smiling? - Shamar can rebuild *

What Shamar? *, questions the old man knowingly.
Out at sea, the fin of a huge --- and very satiated shark swims towards the sunset.

Copyright 2004 Buck G Woodall
WGA Registered

**After viewing Woodall`s first pitch package sometime between February first and July first in 2005 , Jenny Marchick told Buck that Disney executives would like to see an animated trailer.**



# BUCKY & THE HUI
## CHARACTER DISCRIPTIONS

### Bucky

Bucky is a young surfer boy with the special ability of communicating with animals and spirits. The eternal boy: optimistic, enthusiastic. Everyone likes him. He's an independent soul. Very physical with an incredible sense of balance, strength and grace. Bucky enjoys the thrill of riding waves. Bucky is thin, tan, blonde and wears red shorts with a white stripes. His favorite food is poi.

### Makani

A Native Hawaiian elder. Makani is Bucky's mentor. He has a great knowledge of Hawaiian mythology and folklore. A wise and loving man Makani has gentle eyes and long white hair. Makani is jolly and a bit chubby.  He loves to care for his taro patch and loves his wife Aunty Ruth. Makani lives in an old plantation style shack with cascading water falls near by. He farms, surfs, weaves baskets and loves fishing. However, his most favorite past time is telling stories of old Hawaii.

### Auntie Ruth (Luka)

Wife of Makani, Luka always speaks with a loving tone in her voice. She is soft spoken, gentle and kind. Luka loves to make flower leis from plumeria trees. If she's not making leis she is cooking for her beloved husband Makani and family. Luka has strong faith and believes in the power of prayer. She calls on the Aumakua's (spirits) of old Hawaii to care

for her family and loved ones. Ruth grew up surfing and playing in the warm Hawaiian ocean waters. She is naturally one with the ocean.

## Nai'lima

Nai'lima is a native Hawaiian. An excellent canoe builder Nai'lima enjoys his time working with his hands carving the native woods of Hawaii. Bucky learns the art of carving Tikis and Hawaiian outrigger canoes from him.  Nai'lima becomes his Hanai Uncle. Nai'lima also has the special knowledge and gift of navigating by the stars in the Hawaiian sky. This was passed down to him through many generations. His great, great Grandfather came to Hawaii on the first voyage across the ocean from Tahiti.  Nai'ilima leads Bucky & The Hui on a sailing voyage into ancient Hawaii.

## Cosmo

Cosmo is Bucky's bodacious Australian surf buddy. A cool dude with a good sense of humor and witty intelligence. His favorite past time is getting barreled in wave tubes, "shacked" as he would put it. Cosmo is always there for Bucky. Cosmo is a sincere and honest friend to Bucky and the rest of the gang.

## Kimo

Another good friend to Bucky.  Napua's nephew Kimo has a heart of gold. Stout and strong, Kimo is a brave wave rider who is never afraid to paddle out into the huge Hawaiian surf. Kimo speaks thick pidgion English (local Hawaiian slang). Kimo's favorite pass time is driving The Hui around the island in his big yellow truck in search of good surf.

## Leolani

Graceful daughter of Napua and Auntie Ruth, Leolani is Bucky's life saving Hanai (adopted) sister who has taken him under her wing into her beautiful, yet dangerous world. Hawaii is new and exciting but very foreign to Bucky. It is Leolani's grace that invites Bucky into an otherwise uninvited entrance to the local Hui (gang) of Kauai.  Leolani is a professional surfer and helps Bucky learn to surf well.  She is shy and gentle by nature but sophisticated, smart and funny.

## Keahe

Bucky's heart throb. A beautifull princess from ancient Hawaii. Keahe can Hula dance like the gentle breeze and has a spiritual light about her. Keahe is elegant and gracious with manners that only come from true royalty. Keahe possesses a meek quiet spirit that sets into Bucky's heart. It's a mystical attraction brought on by "Cupid's Bow" but ordained by The Great Spirit in the Heavens.

## Kamapuaa

Half man half Pig Demi God.  He is a spirit who aids Shamar in his development sceme.  Kama has a pig face with tusks like a wild Boar.  Sharp bristles run down his spine and he wares a cape.  He is very mischievous and gives Shamar and his folowers special shape shifting powers when given much food to eat.  His spirit resides in a dark wet cave in the jungle.

## Shamar

The evil developer and leader of the rival gang. Jake and Scrub are his followers.  Shamar is an evil scam artist who is trying to cash in on a local hotel development project. Shamar is posessed by Kamapuaa The Demi God who is half man, half pig. He calls on Kama for help in his development sceme.  Shamar manages to talk investors into building a billion dollar resort on a picture perfect beach park. Bucky and The Hui are against this development because it means the destruction of a local beach, surf break and all the marine life living in the live coral reef. Shamar is very dark spirited, greedy and heartless.  His voice is deceptive and he laughs like a wicked Demon.

## Shamar Bee

Shamar in Bee form.  Kamapuaa gives Shamar and his followers the power to shape shift. Shamar Bee is the evil leader of The Bee Pack. Nasty and ruthless Shamar Bee will go through anything to lead Bucky & The Hui to destruction.  Always complaining and never satisfied.  Shamar Bee is given the power of seductive suggestion. This causes people to give into temptation, follow their worst instincts, act impulsively, and do things they know better not to do. In Bee form Shamar is fixed on obtaining the land for his new development.  His goal is to stop Bucky and Da Hui from succeeding in saving the sacred Hawaiian land.

## Scrub

The obnoxious loud mouth who always speaks his mind, never holding back a remark. Scrub is not a friendly person. He looks like an easy going , laid back kind of guy but, inside lives a snide, rude and conniving theif. Yes, Scrub is a kleptomaniac who cannot seem to keep his hands off of miscellaneous tourist belongings. While hiding in the dark pine trees near beaches, his victims go for a swim in the ocean. Scrub then quickly snatches everything from sun tan lotion to diamond rings. He does not work alone. His ally Jake is nearly always watching his back while Scrub performs his dirty looting. Scrub falls under the power of Shamar and gets involved in his dirty work.

## Scrub Bee

Scrub in Bee form is the lying, cheating, two faced side kick of Jake Bee. He can never do anything right and always makes a fool of himself and the rest of The Bee Pack. He is constantly speaking out of turn and is basically a babbling fool.

## Jake

A mean local Haole who gives everyone stinkeye (mean looks) as they pass by. Jake is a very competitive die hard surfer who entered and won many surf contests in the amateur circuit of Hawaii. Jake does not always play fair as he cheated his way through several events. Jake was not reared properly. Always up to no good, Jake hates tourists and visitors to Hawaii. Second to surfing, his favorite pass time is painting graffiti on posted real estate and highway signs.  Jake too falls under Shamar's powers and becomes subservient to his evil development plan.

## Jake Bee

Jake in Bee form.  Kamapuaa gives Jake the power to shape shift into a Bee among other things.  He is very conniving and malicious with no understanding of compassion. Mercy does not exist in his pee brain mind. His weakness is naturally, honey.

## Pele

Pele (The volcano Goddess) is a very powerful energy force. The maker of the Hawaiian Islands Pele rose from the depths of the Pacific Ocean and created Hawaii.  Pele creates land and takes it away when she wishes. When called upon she may come to listen and help those in need of her powers and wisdom. Many offerings have been made to Pele out of respect for her mercy and power.  Bucky is lead to her by Keahe the Hawaiian Princess in the past.  Pele gives Bucky a riddle which eventually leads him to victory in defeating Shamar and his plan to develop a sacred Hawaiian beach and surfing site.



This is one of the first background paintings woodall created for his film.  He shared this image and the following character illustrations with Marchick while she was working for Mandeville Films in the Disney Studios.

**Bucky & Bombshell**



Leolani







## Makani





# Auntie Ruth









# Pele





Copyright 2006, WGA Registered. Blazing Sun Hawaii, Inc. All rights reserved.

Script synopsis treatment

By
Sam C. Hamilton

Based on Characters and ideas of
Buck G. Woodall

# PRONUNCIATION OF HAWAIIAN

VOWELS:

A, like a in above
E, like e in bet
I, like y in city
O, like o in sole
U, like oo in moon

' Okina, also known as a glottal stop.

CONSONANTS:

H, K, L, M, N, P, like English
W, after I and E, usually like V, after U and O usually like W

DIPHTHONGS:

AU, and AO like out in about.
OU, is just like o in sole.
AE, and AI are just like I in Ireland
EI, just like e in bet, but carried longer.
OI, similar like oi in point

LEGEND:

AHUPUAA= land division usually spanning upland to sea.
AUMAKUA= Ancestral spirit guardians.
HAPA= Mixed ancestry.
HUI= A group, club or organization.
HAU = Wild hibiscus. ( hibiscus tiliaceus)
IMU= Underground oven made of heated stones.
KA LA = The Sun.
KALO = Another word for Taro, (colocasia esculenta)
KI = Hawaiian word for Ti plant (cordyline terminalis)
MAHINA = The Moon.
MANA = Supernatural or divine power.
MENEHUNE = Legendary small race of people.
MAUNA LOA = 13'000 foot volcano on the Big Island.
NIIHAU = Westernmost of the main 8 Hawaiian islands.
OHIA LEHUA = Tree only found in Hawaii. (metrosideros collina)
PILI GRASS = A grass. (heteropogan contortus)
POI = Taro root mashed down with water, becomes the purple paste, poi.
PUEO = Hawaiian Owl. (flammeus sandwhichensis)

OTHERS:

ADZE = Polynesian ax.
KALABASH = Bowl.
SHAKA = Hang loose.
SLIPPERS = Flip flops.

EXT. HANALEI VALLEY - KAUAI – NIGHT

 The mountain range has a spiny ridge that towers over the bay. Specks of light from houses lightly sprinkle the valley. An eye opens up at the base of the mountain range and suddenly the whole ridge becomes the body and head of a dragon. An old friendly looking dragon lifts his head up from the water. He takes his pipe and lights it with his fire breath. The whole pipe torches up into flames. He quickly blows out the fire. He's a little bit embarrassed cause he didn't see that we were watching. 'Oh!'
He slips on a pair of reading glasses and takes a puff from his charred pipe.
"Once upon a time there was a young boy….."
The moonlight's reflection ripples vividly on the ocean water. The pattern moves more quickly, and it becomes a hypnotic porthole that transports the viewer to another world.

EXT. NEW MEXICO HIGH DESERT COUNTRY - DAWN

Vibrant pink and orange colors awaken the new day. A faint Native American Indian style drumming is in the background. In the floor of a valley, is a teepee and a pile of wood.

A small cry comes from the inside of a tee-pee. There is some rustling, and out comes an Elder carrying a newborn child. Little Joe is a one hundred year-old Native with a baby in his hands. He holds the baby up to the new day sky. The old man sees a male deer (a buck) feeding on some grass and names him, Buck.

The Baby's Mother exits the teepee and adds to the name. It becomes Bucky because she thinks it's cute.

A magical force blows away the remaining clouds in the sky and the sun brightly shines down on the scene. Bucky's anointing attracts the squirrels and birds from the nooks and crannies of the desert scenery to witness the event.

 Bucky is handed over to some arms reaching out of the tee-pee opening. A hawk flies overhead.

EXT. A BACKYARD – DAY – SIX YEARS LATER

As the years pass by, Bucky grows into his world. He's fascinated with the mechanics of nature. He can be seen throwing rocks into ponds and watching the ripples up close.

EXT.  A BACKYARD – SAME TIME

Another time he's seen lifting up a plywood board looking at insects.

EXT. NEIGHBOR'S FENCES – A FEW YEARS LATER

4

He pushes the limits in his surroundings, as he grows older. He runs across the tops of backyard fences. A Neighbor gripes at this ruckus.

EXT. DESERT SCAPE – MONTAGE – A COUPLE YEARS LATER

He goes from making a roller coaster off of his back porch with a wagon, to bike jumps, then to skateboard ramps. All scenes, he has the same look of fascination.

EXT. RIO GRANDE RIVER – A YEAR LATER - DAY

Bucky is now around age ten to twelve. He takes a surfboard and paddles out to the wake of the river. As he hits the wave, he glides down it. He turns his head to his animal friends the Hawk and the Squirrel watching him on the bank of the river.

INT. BUCKY'S BEDROOM – PRESENT DAY

A messy room with clothes and toys spread around the floor. On the walls hang, crooked posters of surfers riding giant sized waves. The window is open and he sits next to it, conversing with his friends the Hawk and the Squirrel. Bucky's gift from his birth is the ability to speak with animals and see and hear from spirit helpers. He is unaware that this is his gift.

A shadow appears underneath his door. Someone is knocking on the door. The Hawk and the Squirrel are startled by it. It's Bucky's Father, asking, who he's talking to. Bucky replies that it's his friends, Hawk and Squirrel. His Father's reply is full of sarcasm and disbelief. He tells Bucky, that he's too old for imaginary friends.

INT. PUBLIC LIBRARY – COMPUTER ROOM

Bucky is seated at a computer. On an Internet site, he finds what he was looking for. A page reads: Surf camp; will show the ins and outs of surfing. Experienced surfers teach you to be a pro in one week.

Bucky's eye's light up, and he clicks print with the mouse.

INT. BUCKY'S LIVING ROOM – THAT NIGHT

It's the quiet period after dinner. Bucky is seated on the couch with an eager look. His Parent's are present but are only seen as shadows. Bucky uses the quiet time to pitch the surf camp idea.
He is quickly bombarded by reasons no to go. His Father runs off about how expensive it is and how he should be focusing on school. His Mother chimes in, saying how dangerous surfing is. Bucky's hopes fizzle away like air escaping a balloon.

INT. BUCKY'S BEDROOM – BEDTIME

5

Bucky lies in his bed, hopes shattered, dreams crushed. He pouts, but stops when a water rippling effect manifests itself on the ceiling.

A vision comes to him surfing a giant wave of victory and people dotted along the shoreline cheering for him. Bucky is in awe from this glimpse of what he considers his future. An Owl appears in the vision then the rippling water fades away.

Not another moment to loose, Bucky opens up his drawers and packs his belongings in a small backpack.

EXT. BUCKY'S BEDROOM WINDOW- NIGHT

Bucky climbs out of the window with his backpack on and a piggy bank in his hands. He takes his bike and surfboard that are propped on the side of the house, and strolls off into the night.

INT. OLD PROPELLER PLANE – DAY

The seats are filled with tourists in flowered shirts and bright clothes. Buck has his head fixed in the little port window while watching the plane pass over the different Hawaiian Islands.

EXT. SHORES OF KAUAI – DAY

Kauai's verdant mountains are in the background. The old propeller plane makes a dive toward the sea but hits the surface of the ocean and makes a series of light hops like a rock when skipped in a body of water. The plane perfectly parks itself parallel next to the exit ladder.

EXT. HANALEI PEIR – DAY

Bucky is greeted by, Scrub a loud mouthed snide kleptomaniac with sunglasses that are permanently molded into his facial expression. Bucky hands his piggy bank over to Scrub.

From behind, Bucky's backpack is confiscated by a mean local boy named, Jake; Scrub's partner in crime. The backpack is negligently tossed into the back of an old Nine-teen-fifty-one Mercury followed by, the surfboard.

Bucky is told that he will learn to surf today, but for more money, they'll make him a pro tomorrow. Jake lets down the rusty tailgate for Bucky to ride in the back of the shady looking car.

EXT.  NEAR HANALEI BEACH – DAY

The old Mercury is parked next to the beach. Scrub and Jake explain to Bucky that the only way to learn to surf is by starting at this spot, and paddling out alone.

The waves are monstrous and not meant for the amateur. Bucky has no choice but to go out. He has never feared anything dangerous in his life before but this time, his Mother's words of concern for safety echo threw his head.

Bucky paddles out into the pounding surf while Scrub and Jake break open the piggy bank and count the wadded up dollar bills and change.

Bucky tries to catch his first wave but these waves break violently on the sand and any surfer would know not to try to ride them. The wave sends him flying and snaps his board in half.

Scrub and Jake stand on the sidelines laughing at the mishap that would remind someone of Beavis and Butthead. They peel out in the old car and ditch Bucky behind.

EXT. RAIN FOREST – DARK CAVE – DAY

SHAMAR, a heavy-set ruthless developer who cares only about his business, approaches a cave with a roast chicken in a pan. He lays it down in front of the entrance and backs off a bit. A dark entity levitates the chicken and sucks it into the cave with a vacuum of air. In exchange, a scroll tied up in ribbon is thrown from the cave.

Interrupting the quiet dark atmosphere is Scrub and Jake, who come treading threw the forest in the old car. They thrash through bushes and turn up the mud, disturbing every bit of nature they come across.

Shamar is nearly splashed with mud. He gives Scrub and Jake a thorough scolding, showing he's the authority figure of the trio. The two goons brought the fencing and tools that Shamar needs in the back of the pick-up.

Shamar holds in his hands, this mysterious scroll, something he's been trying to acquire for years.

EXT. NEAR HANALEI BEACH – DAY

Bucky sits on the beach next to his snapped surfboard, looking defeated and helpless.

 A young Girl about his age keeps walking toward him from down the beach. Leolani, is a beautiful island girl with a hibiscus flower in her hair. She sees the sadness in Bucky's body language and invites him over to her family gathering on the beach. A small group under a pop-up tent can be seen down the beach.

EXT. DOWN THE BEACH – DAY

Leolani introduces Bucky to her Grandfather Makani, who is busy fishing. He has bells rigged up to the poles to indicate a fish on the hook. Makani is a large older Hawaiian man with all gray hair and no shirt on. A very sincere man, you can see a certain radiance coming from him. Bucky is drawn to him in a strange way.

Next, Bucky is introduced to Auntie Ruth who is Makani's wife. She is an old fashioned local woman sitting, stringing, a Niihau shell-lei. (special shells only found on Kauai and Niihau.) She invites Bucky to come and eat. There is plenty of food under the pop-up tent and Makani is reeling in more. Bucky is told he is not the first to fall for the surf camp scam.

Some Surfers come to shore from a good surf break and approach the gathering. Kimo, a local hapa (mixed ancestry)  boy with a genuine manner about him is happy to meet Bucky. He only speaks the pidgin dialect but say's he'll teach him to surf.

Just coming in from the ocean, dripping wet, is Cosmo, a witty Australian surfer boy turned local. He greets Bucky like he's already a true friend. Leolani, Kimo, and Cosmo are the Hui. Their lifestyles consist of, surfing, wild adventures and barbequing together everyday.

While eating barbequed fish and some fresh poi, Bucky is able to relax and observe his surroundings. Kimo fixes his slipper (flip flop) with a chopstick by pushing the tab of the thong piece back in the hole.

SHOT is a boy who fell off of his bunk bed as a child, and as a result, he is a bit strange. He comes up to them and starts eating food without permission. Auntie Ruth tactfully wards him off by giving a non-directed little speech on having manners.

Bucky's new friends learn that Bucky is stuck with no money and no place to stay. Strong sympathy is given toward his plight. Makani sees a radiant aura around Bucky's head. This radiance, inspires him to give up a room in his house for the stranded newcomer.

A double-hulled sailing canoe comes on shore in the background. It's Na'ilima, a wood carver, and canoe builder very in tune with his culture. He shares that he's taking a voyage to the Na Pali coast tomorrow and would like some adventurous volunteers for a surfing expedition. The Hui is more then ready, rain or shine.

BUBBLES a local surf bum, walks into the conversation and mumbles complete non-sense. Everyone knows to just ignore him because he lost his mind long ago. It appears maybe, that he had too much sun but, people know he's harmless and just act as if he's not there.

EXT. MAIN ROAD – DAY

A luxury car followed by Scrub's Pick-up, a dump truck and a semi-truck carrying a bulldozer shake the earth as they approach the beach. This disrupts all the birds around as well as the people on the beach.

EXT. HANALEI BEACH – DAY

Scrub makes his way down to everyone on the beach next to the pop-up tent. He pounds a sign that reads private beach into the sand. Everyone is told to leave because they are now on resort property.

Makani is the first to lead everyone up to the developement site where a television crew is interviewing Shamar.

Shamar wears a hard-hat and scoops with a shovel, the first dirt-load from the ground. A Reporter quickly snaps photos of Shamar posing in a proud stance. He gives Reporters a declaration that he plans a resort from the back of the mountains to the beach. He holds the title of the land in his hands, the same mysterious scroll delivered from the dark cave.

Jake and Scrub unravel the familiar wire fence around the entire perimeter of the land. Jake pounds a giant sign on the beach that reads: Private beach, stay out. No trespassing, no swimming, no surfing, no swimming, no eating, no swimming, no breathing, no fun. The no's run indefinitely down the sign and decrease smaller like an eye chart at the eye doctor.

The giant bulldozer is parked right behind Shamar giving his speech about his lavish new resort. Makani interrupts everyone and explains that this is sacred land they plan to develop. Nobody can own a beach in Hawaii. Shamar frowns by the interruption then continues to ramble on about how great the resort will be.

Forced to leave, the barbeque is already packed up in the back of Makani's old nineteen-sixties style truck, including Bucky and the Hui. Makani sadly strolls slowly toward his driver seat next to Auntie Ruth.

INT. MAKANI'S PORCH – NIGHT

The only light shining in the surroundings of dark forest and mountains is Makani's old plantation style home. Makani sits in an old rocking chair with Leolani, Kimo, Cosmo and Bucky. They are gathered around on old furniture in a candlelit setting. Bucky watches a gecko that greets him as it chases an insect. Leolani plays a light ukulele in the background.

Makani tells a tale about Pele the volcano goddess and her battle for the land.

Bucky begins to have his own visuals of the fire goddess in the background of Makani.

In the story, Pele, is confronted by a handsome young man that her sisters approve of. Pele knows different and she screams that he is Kamapuaa the hog-man. Angry, she throws a gust of flames at Kamapuaa to destroy him.

Bucky visualizes a stream of flame coming from a fierce looking Goddess.

EXT. MAUNA LOA – DAYDREAM SEQUENCE

Pele looks down the mountain and find's Kama in his hog form growling at her. This time she musters up all her power and attempts to eliminate him. Kama turns into a fish (the humuhumunukunukuapuaa) as the flames hit him but, with the tuff scales he is not harmed and jumps into the ocean. Since neither, Kama or Pele can destroy one another, they decide to divide up the land. Pele owns the lava land and Kama owns the forested parts. It's been that way ever since.

EXT. MAKANI'S PORCH – END DAYDREAM

Makani teaches the kids that no person can own the land. It belongs to the spirits and the ancestors. It's a silly concept derived from selfishness.

Leolani expresses her worries on the development sight. Makani is determined to find a way to save the land. One idea would be find an ancient archeological sight.

Bucky pours hot candle wax on the old couch. Everyone pauses from the conversation to see his destruction. Bucky tries an innocent expression but it doesn't really fly with them.

INT. MAKANI'S SPARE BEDROOM - NIGHT

Bucky is awake and scared by his new surroundings. A Pueo briefly visits the window-pane then flies off. (Pueo is a Hawaiian owl.) Bucky is comforted by it's visit.

EXT. MAKANI'S BACKYARD – MORNING

Makani wakes Bucky bright and early to help him work in the yard. Makani teaches Bucky how to harvest coconuts by climbing trees and shaking them down. Some fall on his head. He learns to cut down stocks of bananas and then learns how to pound taro roots (kalo) into poi. This is all physically demanding work that Bucky doesn't appreciate very much but this is Makani's way to teach Bucky work ethic.

While cleaning up a pile of rocks, Bucky makes friends with a couple of Zebra Doves. He murmers to them, that he made a mistake coming to Hawaii. That's not the way the Doves see it, they believe he was lured to Hawaii to see the Pueo and receive instructions from him. Bucky is puzzled by this new thought.

Just then, Makani emerges from the forest and catches Bucky and the birds in conversation. Makani is overjoyed in the discovery of Bucky's gifts.

EXT. MOUNTAIN TOP – MORNING

The view is Hanalei bay from above. The blue sky touches the light blue ocean. The shape of the Hanalei dragon is subtlety revealed to the viewer in the background. They are close to the surging Waioli falls. Makani has brought Bucky to his sanctuary.

Bucky is tired while Makani is charged with energy. Makani teaches Bucky about mana. (Hawaiian supernatural or divine power.) A person can accomplish superhuman feats of strength and skill when in harmony with the divine spirit realm.

Bucky is told he has a gift to communicate with his Aumakua. (Animal ancestral spirit guardians)  They are your spirit helpers and your protectors, too. Even when it seems like the darkest moment, they will hear your call and help answer your prayers. They are always at your side. This knowledge has been lost from people out of touch with consciousness. Few have the ability to see and hear from this realm but Bucky, has this rare gift naturally.

The Pueo lives behind an old banyan tree. Bucky is given instructions to connect with his amakua, the Pueo. Makani also tells him that the Pueo has been inspecting him.

From there, the big banyan tree looks dark and frightening. Makani gives Bucky an extra little nudge to push him in that direction.

On a rock, underneath the big banyan tree, is the Pueo sitting patiently. The doves were friendly but the owl looks intimidating to Bucky. The Pueo pulls out his monocle and mounts it in his eye. Pueo explains that his family lives in all dimensions and they see all. Bucky's instructions are to free the land to complete the dream. The owl flies away.

When Bucky returns, Makani gives Bucky his Hawaiian name, Kawika

EXT. OCEAN – DAY

Makani and Bucky  are floating on surfboards in some small waves. Makani's board is an old fashioned wooden longboard. Bucky is shown the basics of catching a wave by Makani.

This is where Hau'oli the dolphin decides to join in on the surfing. Hau'oli is another one of Bucky's Aumakua. All three, Bucky Makani and Hau'oli catch a wave. Bucky does much better then the ruff waves from before. Bucky's practice from earlier life gives him the edge on the sport. Makani complements that he's quite good for a beginner.

After mastering the small wave, Bucky decides to try the larger set behind them. He paddles out despite Makani yelling at him to wait.

A familiar face pops up from the bigger waves. Kimo drops into the wave and gives Bucky a shaka (hang loose sign) at the same time. Cosmo cheers at Bucky as he catches the next wave.

With a stunning move, Bucky paddles all the way out, even past Cosmo and Kimo. He goes for the biggest waves.

At last, Bucky finds balance. This is what he traveled across the pacific-ocean for. The voice of thePueo runs threw Bucky's head again while Makani and even Kimo yell to come back. Maybe he's freeing the land by surfing this big wave and not being afraid.

Bucky catches the wave at the right moment. Makani, Cosmo and Kimo are the audience. Bucky becomes like a little flea compared to the monster-sized wave. He's doing it, and he can't believe it himself. Unfortunately, the face of the wave is too steep and he's sent tumbling down. Happy is to the rescue and swims to aid Bucky from falling. The Dolphin is used as a sort of cushion before Bucky lands back in the water and is sent crashing onto the reef.

EXT. HANALEI BEACH – DAY

Bucky wakes up in the sand. Kimo and Cosmo run up to him making sure he is okay. Makani urges Bucky to think about taking things, one step at a time instead of three.

They all notice the Private beach sign and wire fencing which they are in the perimeters of. At that moment, a short angry local guy in a security uniform named, KEONI tells them to leave the property.

Kimo exclaims that you can't own the property or kick them off. This is Kimo's church.

This angers Keoni even more. He takes Kimo's surfboard and say's it's his because it's on private property.

Meanwhile, Bucky wanders off toward a large crane. He can't resist but to swing on the crane hook like a giant rope swing. It's a thrill until the hook and cable swing back, throwing Bucky into the cabin of the dump truck. He bonks his head then snaps out of it.

Keoni and Kimo play tug-a-war with the surfboard.

Out of curiosity, Bucky turns the key and the giant dump truck starts. He pushes a lever that looks interesting. The dumper dumps a giant load of dirt and completely covers the billboard for the upcoming resort.

Kimo and Cosmo cheer. Kimo is much stronger then Keoni and rips the surfboard out of his hands.

Keoni blows a whistle at Bucky. He quickly dials up somebody on his cell phone.

12

The cheering gathers other local residents. Burp a disheveled local and his Bird pal Cracker join in on the fun. Bubbles can be seen pacing around.

Just then, Braddah Smitty and Tiny show up in a big lifted truck. They are two very stout local brothers. One wears ope'ee shells and the other hangs a ukulele out the side of the truck. They run over the wire fence and flatten it like a steamroller.

Bucky had started a riot without even trying. In the foreground, locals have picket signs. One reads : beaches are for everyone. Another reads, free the aina.

EXT. HILLSIDE – DAY

Shamar is viewing the uproar from his Rolls Royce while talking on his cell phone to Keoni. He is infuriated.

EXT. HANALEI BEACH – DAY

Scrub and Jake run everyone back to the perimeter of the private property with their Mercury.

Keoni tells everyone that this is private property, threw a megaphone. He threatens, that the authorities have been called.

EXT. HILLSIDE – DAY

Shamar watches Bucky and the Hui paddle back out to the waves threw his binoculars. The kids are the enemies, especially Bucky, who started the whole thing.

Out of nowhere, a lone banana peel whizzes past Shamar.

EXT. RAIN FOREST – DARK CAVE – DAY

Shamar is enraged and asks the dark force within the cave for more help. He needs some way of keeping an eye on the kids who started the protest.

Scrub and Jake are wheeling wheelbarrows of food and dumping it in front of the cave entrance. Jake initiates a guava fight with Scrub. Shamar's temper escalates. He drags both of them by the collar toward the entrance and bonks their heads together.

The Dark Entity demands more food then, they will receive his powers.

Scrub and Jake retrieve two more wheelbarrows full of food.

After a few seconds, orange rays beam from the cave and transform Shamar and the Goons into bumble bees. They fly away determined, with their new powers.

13

EXT. HANALEI BEACH – DAY

There must be a way to save the land. Makani converses with Braddah Smitty and Tiny. Makani says that he will get to the bottom of this. He wants to investigate how Shamar gained the title of the land. The Brothers are supportive in any help they can offer.

Shamar and the Goons arrive just in time to listen to Makani's plan to search for land records.

EXT. PARKING LOT – DAY

The Hui and Bucky load up their surfboards and themselves in the back of Makani's truck.

The Bees follow behind as they exit the parking lot.

EXT. DOCKING AREA – DAY

Na'ilima has his canoe loaded up with supplies for the journey. Makani drops the kids off next to the sailing canoe.

Leolani is really saddened about the land she's played on all her life becoming a development. She tells her Grandfather that it feels wrong for them to go on this paddling journey at a time like this.

Makani puts it under a new light, it's time to sail and let go of worries. Na'ilima is an excellent navigator and they will see places they have never seen. Kimo and Cosmo are the best friends anyone can have. The Newcomer Bucky, has something to offer this journey, he is a gifted one. This is a time to be thankful for what they do have.

Makani takes a Polynesian bone hook necklace and places it over Bucky's neck. The necklace is for strength and prosperity but most important, safety over seas.

The Bees have been listening inside of hibiscus flowers the entire time.

Everyone says goodbye to Makani as they sail away. Makani reminds them to pray and he'll stay on a mission to save the land.

The Bees split up. Shamar will follow Makani and the goons will follow the canoe. Their orders are too specifically keep an eye on Bucky.

EXT. NAPALI COAST – DAY

It's smooth sailing on the beautiful eroded coastline. The sky is clear. The two bees follow closely behind.

EXT. MOUNTAIN TOP – DAY

Makani wraps a rock into a ti leaf and kneels down on one foot. He begins to say a chant prayer about stopping the evil development.

Shamar hears this and flies threw the air with his stinger facing Makani at a high speed.

Makani is now in a deep zone chanting in Hawaiian.

Shamar doesn't see a spider web in his path and flies straight into the sticky strings. He is stuck. The spider comes out onto the web. Shamar spins around in circles trying to escape.

Makani places the ti leaf prayer on a rock ledge and leaves.

As the spider nears her pray, Shamar changes back into human form. He pulls the web off of his body and throws it down in frustration.

Vibrations ascend from the ti leaf prayer higher and higher into the air.

EXT. OUTER SPACE – DARK

The sun (Ka la) and the moon (Mahina) catch some of the vibrations as they rise. Some vibrations rise higher even higher into space. Kala and Mahina send vibration messages back and forth to each other. Mahina blows a gust of wind at the Earth.

EXT. NAPALI COAST – DAY

The wind picks up suddenly and the sky clouds up. Na'ilima knows it's time to batten down the hatches. He asks the kids to hold onto some of the loose items like food and surfboards. The Navigator takes his paddle and tries to prevent the canoe from veering too close to some churning water.

Scrub and Jake as bees, are sucked in by the wind and brought towards the canoe. They cling onto the sail.

It turns out that the small churning water is a giant whirlpool and the canoe is getting sucked into its pull. The storm is increasingly worse with thunder, lightning and wind.

The Kids all grab paddles and try to direct the vessel the other direction. Bucky is inexperienced in paddling and looses a paddle. The storm is too strong. Even Na'ilima is looking frightened, as they now have no control over being sucked into the eye of the whirlpool.

Round and round, the canoe circles until they hit the center. A white light overtakes them and they disappear.

EXT. OCEAN SOMEWHERE – NIGHT

The waves rock the canoe front up and down like a roller coaster. Everyone has survived the journey, even the bees whose wings are rain-soaked and can't fly. Na'ilima and Kimo use kalabashes to take out the water that has pooled up on the floor of the canoe. Kimo unknowingly scoops the bees and empties them out into the ocean.

Underwater, Scrub and Jake realize their abilities to shape-shift and change into sharks. Now, they really have it out for the heroes, especially Kimo.

The canoe bobs up and down in the treacherous waters. A strange fiery land mass appears in front of them. Nai'lima, the trusted leader in this situation is puzzled on what it might be that lies ahead of them. This scares the kids to know that even he, is uncertain about their whereabouts. The fire becomes more identifiable as they sail closer. The fire is Lava, and Pele the fire Goddess can be seen looming above the exploding Mauna Loa on the Big Island.

Out of the water, jumps Scrub in shark form. He takes a giant chomp out of one of the hulls of the canoe. Then, Jake joins in on dismantling other parts of the canoe. Leolani informs everyone on what Makani had told her about warding off sharks. She demonstrates by striking Jake over the nose with a paddle. This knocks him for a loop.

Bucky is not sure what to do and then Scrub takes a bite out of the wall of the canoe right next to him. Luckily, Cosmo has picked up a paddle and strikes Scrub on the nose.

Na'ilima and Kimo are busy trying to keep the canoe steady in the storm.

This is when Bucky remembers Makani's words on aumakua. He says a little silent prayer and calls out for help. Leolani overhears but is too busy battling sharks.

Mahina shines above them. She hears Bucky's vibrations of prayer and stops blowing wind.

The storm stops and the waters are calm again. Sailing toward the island becomes much easier.

The sharks come back for more. This time Scrub grabs a hold of Cosmo's paddle, bites it in two and swallows it. Nai'lima has never seen such behavior from sharks before.

Hau'oli the dolphin appears in the water next to them. Bucky's aumakua has heard the call. Hau'oli battles the sharks with his nose. The Dolphin's ability to maneuver around the Sharks sends both of them away scared.

Bucky realizes his prayer power is real.

EXT. SOUTH POINT – BIG ISLAND – SUNSET

The Hui is tired. They take their supplies from the canoe and unload them on shore. Na'ilima decides it's best to set up camp here so they can rest.

Bucky wanders down the beach by himself. Off in the horizon is a silhouette of a Man with a surfboard standing on the water. The Man image tells him, no matter what he's always around. Even when he's not in sight, he's always close by. This gives Bucky a new inspiration.

EXT. SOUTH POINT – BIG ISLAND – NEXT MORNING

Everyone is sleeping on a green sand beach. The battered sailing canoe is beached.

Scrub and Jake as sharks have found their enemies on the beach. They spy on them from shallow water. It seems better to be on land so they change back into bees. Now they appear above the sleeping crew laughing and plotting their helpless victims.

Jake sees Bucky sleeping on the sand. Jake gives him a sting on the neck. Bucky wakes everyone up with his yell. Jake is very pleased.

EXT. LAVA COVERED AREA – DAY

This is a strange land where destiny has lead them. Na'ilima points out that they're on the Big Island. Only, things seem different. There should be a road where they're standing. He is extremely baffled.

EXT. SMALL VALLEY – DAY

The kids are led by Na'ilima around a bend and find a vantage point. They overlook a valley where a Hawaiian village is still thriving.
A typical ahupuaa (pie pieced shape of land Hawaiians lived on) district can be seen. Pili grass huts are scattered about the land. Some Men surround a smoldering imu. (underground oven) Taro (kalo) patches surround the outer edges of the district. Groves of fruit trees are spread across the land.

Some Women are teaching their Children to weave together baskets out of the hala tree leaves.

A Man teaches his Son how to pound the taro root into poi on a rock.

CHEIF KAWAI has paddled in on an outrigger canoe. The Chief is wearing a feather cape and hat. He steps onto the land of his district. His men carry the day's supply of fish behind him. His Wife, with a Baby in her hands, meets him.

On the hill, everyone realizes they are in the wrong time. This village doesn't exist in their time. Nai'lima tells the kids that they must be cautious and watch every step they take. One wrong move could alter the future. The ancient Hawaiians must not see them.

As Na'ilima lectures, he realizes he's only talking to half of the kids. Bucky has disappeared. Kimo and Cosmo have followed after. They are seen in the distance paddling out to waves breaking off of a black sand beach. The ancient Hawaiians could easily see them if they were looking that direction.

Na'ilima explains that the kids are about to surf the famous surf break called, Drainpipes, off of the black sand beach called Kalapana. Kalapana was destroyed by a flow from the Kilauea volcano in nineteen-ninety.

EXT. KALAPANA – DAY

Nai'lima and Leolani hurry down to nab their friends out of the water. From there, they can see the Hawaiian village just down the beach a ways.

Jake and Scrub have followed everyone and realize they can do more damage as sharks then bees in this situation. They transform and swim out to get the Surfers. They still have a personal vendetta against Kimo.

A big wave knocks down Bucky and washes him onto a dry reef table. Nai'lima and Leolani walk out to the reef and help pick him up. His inexperience on waves still shows.

In the water, Cosmo rides a perfect wave a far distance. His board is immediately grabbed by Jake and chomped to  pieces. Cosmo slips his leg out of the leash and swims for shore. Jake swallows the whole board, and it changes his shark shape into surfboard shape.

On shore, they can see their friends in trouble with the sharks. Leolani chants for their safety and protection.

Hau'oli the dolphin answers her call immediately. This time He brought his pal Bombshell the green sea turtle to help battle the sharks. Scrub finds Kimo from underwater and prepares for the attack. Bombshell intervenes by nipping Scrub. This results in Kimo riding a great wave into shore where his friends await him.

Hau'oli wards off Jake by swimming circles around him till he's dizzy. Cosmo paddles to shore.


Nearby, some bushes crackle and a young Hawaiian girl named KEAHE reveals herself. She giggles at the strangers she sees.

Bucky has seen the girl of his dreams. He is in awe. She smiles at him, he blushes.

Nai'lima tells everyone to run. Kimo and Cosmo still don't understand but follow everyone anyway.

EXT. SMALL HILL – DAY

Everyone catches their breath after the heavy run. Kimo and Cosmo are informed that they are in the wrong time.

Just then, Keahe appears standing right in front of them, not scared, just giggling and as if she'd been there the whole time. She asks them where they got their funny clothes.

Na'ilima tries to be the responsible one and explains a lie that they came from a far off island. Of course, she knows all of the islands in the pacific, with her knowledge of navigation that her Father has taught her. This island isn't one she's heard of, in fact, there's no island where Na'ilima says they're from.

Bucky spills the beans, because of his little crush he has.

 Leolani has to intervene by asking how they might get back. Keahe says only the spirit world can help them and points up the fiery mountain at Pele. The Goddess doesn't like when large groups try to approach her. Keahe points to the evidence of some imprints in the lava where some Warriors had fallen in an attempt to approach her. The Warriors weren't being respectful in their approach.

Someone must go, who will it be? Nai'lima, is the group's choice, but he feels he must stay and make sure no mistakes are made that would jeopardize the future world.

A Pueo lands close by them. Only Bucky and Keahe notice him. The Pueo looks into Bucky's eyes and says that he must free the land. Keahe is the only other one with the ability to hear from him. To the rest, it's just bird-calls.

Bucky must go. The others are shocked that Bucky of all people, is who Keahe picks. They must trust Keahe, she knows the land the best. Bucky trembles in fear, as he looks up at Pele's burning mountain.

The others will stay and gather supplies to repair the damaged canoe. Leolani gives Bucky her Niihau shell bracelet for good luck. Nai'lima gives Bucky his stone adze (Polynesian wood carving tool) in case he may need it. Cosmo's got an extra surfboard back home that's Bucky's if they make it back. Kimo encourages him to make Hawaii his home.

The bees have just made it back, this time a little more tired and beat-up. They must keep an eye on Bucky, that's their orders, so they follow him.

INT. COUNTY RECORDS ROOM – PRESENT DAY – DAY

Makani is buried in rolls of paper up to his neck, looking for archeological sights. He takes the last roll of paper off of the shelf and it's what he's looking for. Makani has found something good. He holds onto an important piece of paper.

Shamar, in bee form, keeps trying to fit threw a small space in between a window crack. He changes into a centipede and is able to slip threw the gap. He's got to stop Makani, so he speeds up quickly to try and bite Makani's leg. Makani decides to stand up and unknowingly squashes Shamar by stepping backwards.

EXT. AIRPORT – PRESENT DAY – DAY

Private Investigator MUDDWELL enters the airport security area. He is short detective in a plaid suit with a big accessory case strapped to his belt. A contraption he built, allows him to look threw his magnifying glass hands free. This warps his face from magnification and we never see him any different.  His bushy mustache is his nose.

He is interrogating airport personnel. Muddwell asks if they have seen a little blond boy. Bucky's parents have sent Muddwell to track their missing boy. Search parties have been started around Bucky's home in New Mexico as well. The Detective is investigating the surf camp scam. He climbs in his rental car and drives off.

EXT. DOCKING AREA – PRESENT DAY- DAY

Makani is concerned because the canoe is not docked where it should be.

EXT. MOUNTAIN TOP – PRESENT DAY – DAY

Makani sits quietly in his sanctuary until the Pueo flies from behind Waioli falls.

The Pueo informs Makani that everyone is in another world. It's up to them to make the right choices to return. Makani is still very concerned but has the faith that the combination of resources the group has will bring them back.

Shamar spies in bee form and witnesses the communication.

EXT. SLOPES OF MAUNA LOA – PAST – DAY

Bucky and Keahe ascend the steep face of the mountain. Keahe is strong, she has no problem with steep terrain. Bucky on the other hand, struggles with each step.

Keahe asks if Bucky comes from a royal family. Bucky replies no, but asks why she would ask that. She wonders how Bucky obtained his gifts of Mana, because in her culture only the royal obtain these gifts. Bucky learns that she is princess and is learning these gifts.

The bees are tired of flying. All they can do is whisper words of discouragement in Bucky's ears. He hears he'll never make it to the top, or Pele will destroy him.

Discouragement comes quickly when they leave the good weather behind. Higher up in elevation the clouds roll in and the wind begins to whistle. They trek up the steep grade as the wind and rain slants sideways down on them.

A dark rain cloud with an angry face, purposefully angles rain, so they can barely make their way up the mountain. Keahe points to a dark cave not far up the slope.

EXT. RAIN FOREST – DARK CAVE – PRESENT DAY - DAY

Shamar is now in human form. He brings the Dark Entity a feast in a wheelbarrow. In return, he wants to make sure that the kids never make it back from the past. The food is sucked into the cave. The Dark Entity agrees.

Shamar also complains that it's getting harder for him to shift back to human. With no more food to offer, he gets no answer in return.

EXT. SMALL VALLEY – PAST – DAY

Chief Kawai sits down to eat his bowl of food. He takes his cape and helmet off to be more comfortable. His men check the food wrapped in ti-leafs in the imu.

Kamapuaa the pig-god sneaks around the village site in his human form. He spots the Chief's feather cape and hat laying on a rock. Kamapuaa shape-shifts into a pig. With his snout, he grabs both items and runs off.

EXT. RIDGE – PAST – DAY

Meanwhile, Na'ilima and the Hui are carefully sneaking up the ridgeline in search of some supplies. They are careful not to make any noise. Below in the valley, is the Hawaiian village. They tiptoe in search of a breadfruit tree. The wood will be used for the damaged hull of the canoe.

EXT. SMALL VALLEY – PAST – DAY

The Hawaiian Chief finishes his bowl of food then goes to put his cape and helmet back on. He is infuriated when his much valued attire is missing. His men have not seen it.

EXT. RIDGE – PAST – DAY

The ground is loose volcanic rock and the heroes don't realize that it is crumbling little pebbles down below.

Little pebbles hit bigger ones, that hit even bigger ones, and down they roll into the valley.

EXT. SMALL VALLEY- PAST – DAY

The rocks roll right next to the Chief and his men. He suspects their rivals from another valley have stolen his cape and helmet.

EXT. RIDGE – PAST – DAY

Kimo has been chosen as the lookout while the others cut pieces from a breadfruit tree that they need. He has his surfboard rested on some rocks next to a forest.

Na'ilima teaches the kids that anytime you take from the land you have to give it back. He keeps a cutting from the chopped breadfruit tree and plants it in the ground.

Kimo realizes his surfboard is gone. He peers into the forest and sees Stink the Menehune running away with it. (Menehunes are a small mythical people that are thought to run the forest in ancient Hawaii. Now thought to be the original small stature Polynesians that inhabited before the larger people arrived.)

Kimo must get his board back. Na'ilima insists because a modern surfboard could seriously alter history.

Just then, they can see the tops of spears running toward them from below. So, they jump into the forest and follow the same route that the Menehune took.

EXT. SLOPES OF MAUNA LOA – PAST – DAY

The wind is still fiercely blowing at Bucky and Keahe. It is too much for the bees and they're blown away.

The Pueo appears and shows them to keep progressing toward the cave.

As they make it higher, the storm suddenly stops. They are above the clouds.

Once at the top, Keahe hands the offerings to him. Ohelo berries are wrapped in ti-leaves for Pele. Bucky enters the cave.

INT. CAVE – PAST - DAY

A deep Woman's voice booms from the lava. "How dare somebody approach me!" The dark cave quickly illuminates with bright orange lava colors. The sound of eruption nears closer and closer. Bucky places the offerings on a rock and takes some steps back. Something big is about to happen.

The approaching thunderous sound suddenly explodes. Lava rises in all directions and covers the outsides of the cave. Pele's head and torso emerge from a tower of lava and smoke. The Goddess looms over Keahe and Bucky with her hands on her hips.

She gripes that she was busy flowing threw one of her new tubes and rudely interrupted.

Bucky emphasizes that they left offerings in return for help on finding a way back.

At first the Goddess seams very hesitant to comply but extends her torso and the tower of lava higher contemplate.  She pinches her lips in deep thought and frowns.

Unexpectedly, she lunges forward and comes face to face with Bucky. He steps back a bit to shield himself, from the heat.

She gives him this riddle:
Over the Kalo patch, threw the saddle under the Koa tree and at the dragon's heel.
They must hurry, because the portal will close soon.
Then she warns them that their journey will be on the hog-man's territory not hers.

INT. RUNNED DOWN SHACK – PRESENT DAY – DAY

Investigator Muddwell enters a run down building that say's, surf camp.

Keoni is busy counting money behind a cobweb ridden counter. He is rude as usual, but the persistent investigator doesn't except rudeness, he wants answers. Keoni insists that they're closed.

The sun, shines threw the shack, then shines threw the Detective's magnifying glass, straight onto Keoni's forehead and begins to cook it. Keoni insists that he doesn't know anything about a little blond kid.

That's when Muddwell discovers Bucky's broken piggy bank on a table. He confiscates it even though, Keoni argues otherwise.

The piggy bank is dusted for fingerprints. Different ones can be seen. He finds a match with those on the piggy bank and in his fold out. With this evidence, the Detective seizes the bank and exits the building.

EXT. FUTURE DEVELOPMENT SITE – PRESENT DAY – DAY

Makani is disguised as a bush and sneaks past the security guard.

Once past security, he searches the area for any possible sights of ancient Hawaii. In his hands is the important map of archeological sites.

Shamar is in bee form again. He flies over to the Security Guard to try to warn him that Makani is trespassing. With as many hand movements as he can, he tries to get the guard's attention but can't. He also is unable to change back into human form. The guard thinks some pesky bee is bothering him so he swats Shamar down with a rolled up magazine.

EXT. NATIVE RAINFOREST – PAST – DAY

Big Doctor Suess like ohia lehua trees and Giant tree ferns tower over Na'ilima and the kids. They quickly run and hide behind a large rock.

The Chief and his Men rush by in pursuit of the cape snatcher.

One of the Men studies a footprint on the ground made by one of the kids. He shows the Chief that there isn't any toe marks from bare feet. He's really looking at a shoe-print. The footprints lead behind the rock.

Behind the rock there's nobody there but the footprints lead deeper in the forest.

Everyone is hanging up in tree, holding on for life.

EXT. SLOPES OF MAUNA LOA – PAST – DAY

Going down is a lot easier then going up for Bucky and Keahe. Discouragement and confusion drowns Bucky's hopes. He doesn't understand how he's going to figure out the riddle and make it back in time.

Keahe knows where the saddle is, and can take him that far.

EXT. DEEP NATIVE FOREST – PAST – DAY

Three Menehunes stand in a human chain and pass rocks to each other to make a heiau. (Hawaiian alter) Kimo's surfboard is resting next to the heiau on some rocks.

Nai'lima and the group are spying from a giant tree fern. Kimo needs to get his surfboard back but it's too much in the open. Leolani asks everyone to follow her.

Meanwhile the Chief and his two Trackers are not far behind. They again follow the group's toe-less footprints toward their hiding spot.

In a swift movement, they jump from the tree, Leolani grabs the board, they get to a raging stream and place the surfboard at the inlet. All four, quickly sit on the board and take a quick ride down the rapids escaping the Menehunes before there's time for them to react.

Just then, the Chief and his Men come out in the open and find the Menehune's, standing helpless. The Chief automatically accuses them and chases after the little people.

The Menehunes copy the runaway crew and take a banana tree leaf to sail down the rapids on.

This doesn't stop the Chief and his men. They jump in and bodysurf down the stream.

EXT. STREAM BANK – PAST – DAY

Next, to some roaring rapids, Keahe washes her dirty foot in the water. This serves as a peaceful rest stop from a long journey.

Bucky picks a white hibiscus flower and gives it to Keahe. She blushes.

Suddenly, Bucky's friends zoom down the rapids next to them. There's no way for them to stop. Cosmo yells out Bucky's name and it echoes the area.

Then, the water becomes a busy highway. Menehunes on a banana leaf flow by followed by the Chief and his Men body surfing the flowing water.

The Chief recognizes his daughter and screams out her name as he flows by. Keahes name echoes the area.

Bucky must find his friends to hurry and take them back to the future. The adze Nai'lima gave him will come in handy in chopping some kind of flotation devise for them. Keahe shows him that Koa wood is the right wood for this purpose. This familiarizes Bucky with Koa trees so he knows what one looks like for the solving of the riddle.

EXT.  RUNNED DOWN SHACK – PRESENT DAY – DAY

Investigator Muddwell has found Scrub and Jake's old car. He brushes on the white finger print powder where the door handle is. The fingerprints match some of those on the piggy bank.

He then finds red-dirt inside the tire treads. With a stick, he gathers a sample and places it in his evidence bag.

Keoni is spying from the window of the shack.

EXT. FUTURE DEVELOPMENT SITE – PRESENT DAY – DAY

Makani has become discouraged in his search for any archeological sites for the day. There is much more land toward the waterfall to search but the leaves of camouflage begin to wilt in the hot sun.

Shamar is still in bee form. Stars circle around his head from being swatted. He snaps out of it and can see Makani escaping his camouflage. With a Quick tactic, he flies through the air and stings Security Guard as he's dosing off. The Guard suddenly jumps up in time to catch Makani exiting the premises.

Makani is climbing on the fence and a whistle blows at him. He hustles his big body over and darts to his truck.

Shamar flies and follows the truck.

EXT. OVERHEAD VIEW OF FOREST – PAST – DAY

Scrub and Jake buzz over trees and have a birds-eye-view advantage in search of Bucky. They find Bucky and Keahe next to the stream. The Bees accelerate down to them.

Bucky and Keahe have created a make shift craft to take them down the stream. They quickly pile in and take on the raging waters.

Scrub and Jake transform into large mean piranha like fish and follow after down the rapids.

EXT. SMALL BODY OF WATER – PAST – DAY

Nai'lima and the crew have flowed with the stream until it empties into a stagnant pool. The surfboard has stopped. Kimo is thrilled with the ride they just took.

Some noises come from upstream, they must run and hide but there's no place to go except to a small clump of bamboo.

The Menehunes fly through the air on their banana leaf at the last rapid of river before it becomes lake. They make a small splash landing.

The Hawaiians body surf into the pool and make a big splash.

The Hui is nowhere to be found. They are underwater using hollow bamboo shoots as breathing tubes.

Absent mindedly, they forgot about the surfboard that floats on top of the water. Its fluorescent colors cannot be missed in the nature setting.

The Menehunes find the surfboard, grab it and make their escape between two giant mountains before the Chief and his men can scramble through the water.

EXT. UPSTREAM – PAST – DAY

Keahe and Bucky make there way easily down the rushing stream in the new craft.

The dorsal fins of Scrub and Jake begin to tail behind them.

Bucky is having a blast taking on the rushing water. The back end where Bucky sits is abruptly ripped off by one of the Piranah's jaws. There is little time to react but Bucky knows to call on his Aumakua to come save him.

The vessel is quickly filling up with water. Another piranah bite rips off one of the outer walls. Keahe begins to chant lightly.

The Pueo flies over the stream with a coconut in it's claws. One coconut is dropped onto Jake's piranah head. This knocks him out for a moment.

Scrub rips off the other outer wall of the craft. Now the kids are just coasting on a flat board.

Another bite splits Bucky and Keahe onto two separate flat pieces of wood.

Pueo drops another coconut directly on Scrub's head and sends him seeing stars.

This is Bucky's time to show off his surfing abilities to Keahe. He stands up on the board and rides the rapids down. She is a little timid but catches on and stands up. They both surf down the rapids with the Pueo following overhead.

EXT. SMALL BODY OF WATER – PAST – DAY

The Chief finally gives up on pursuing his stolen cape and hat. He gripes about the Menehunes and their thievery. His men promise that a new cape and hat can be made.

EXT. UPSTREAM – PAST- DAY

The waters are becoming calm enough that Bucky and Keahe have a chance to rest in a small nook. At that moment, Keahe spots the top of giant spears walking close by the stream. She recognizes her Father and his Men. She pulls Bucky to the side.

This is as far as she can take Bucky. This is where they must say good-bye. She must walk back with her father. Bucky gives her a flower and a kiss. Keahe blushes. They are both sad but know they each have their own journey's to follow.

Bucky is unsure about the riddle and finding his way. Keahe points to the center of the mountains, Mauna Kea and Mauna Loa. This is the saddle. She reminds him that he has a guide, the Pueo who patiently waits for him in a tree.

Bucky surfs down the rapids on the little board.

EXT. SMALL BODY OF WATER – PAST – DAY

Everyone emerges from the water at the same time and gasps for breath. Thanks to Na'ilima's bamboo inventions, they were able to remain un-seen the whole time. Leolani makes sure to replace her ruined flower.

Bucky arrives from the stream on his little board and skids across the surface of the water to where his friends stand. The Hui cheers when they see him. They can't believe he made it to the same place.

Na'ilima mentions that he can tell Bucky has gained wisdom on his trek to see Pele. He and the others can see it in him. Everyone gives him love and praise. In the morning, they will make the journey back.

EXT. MUDDY ROAD – PRESENT DAY – DAY

The Investigator finds a red-dirt road that leads deep into the forest. He matches the red-dirt with what he found in the tire-tread. This is an important clue so he follows the road.

EXT. RAIN FOREST – DARK CAVE - PRESENT DAY – DAY

The Detective finds the wheelbarrows that were used for delivering food. He peers his head inside the dark cave but there is only some chicken bones.

Three sets of shoe prints are found. He measures each one with his tape measure.

EXT. FUTURE DEVELOPMENT SITE – PRESENT DAY

The Detective follows a red-dirt trail that leads to the site of development. The tracks lead underneath the gate of the wire fence. From here he can see protesters with picket signs.

The Detective shows a picture of Bucky to protesters. Burp and Cracker, Schmitty and Tiny recognize him immediately as the hero that staying at Makani's house.

INT. MAKANI'S HOUSE – PRESENT DAY – NIGHT

It's time for dinner, and Auntie Ruth turns off the stove. She brings a nice plate of kalua pig and rice to the table. Makani is tired from his long day of searching.

They discuss how quiet it is without Leilani and the kids around. Makani is concerned for everyone on the journey.

Auntie Ruth suggests that maybe they're back in time for a reason. Maybe, it's an answer to prayers. Something good might reveal itself. Her optimism enlightens Makani.

EXT. MAKANI'S HOUSE – PRESENT DAY – NIGHT

Shamar stands at the front door in human form. He concentrates hard and turns into an alligator. This upsets him, so he concentrates again. He goes from rabbit, to elephant, to rat and finally centipede. Now, he can fit underneath the gap of the door.

INT. MAKANI'S HOUSE – PRESENT DAY - NIGHT

Shamar  as a centipede, crawls underneath the kitchen table where Makani and Auntie Ruth eat. He finds the important archeological paper next to Makani and grabs it with his mouth.

Makani and Auntie Ruth are too busy eating and conversing to notice Shamar slip under the crack of the door with the paper.

EXT. MAKANI'S HOUSE – PRESENT DAY – NIGHT

At the front door, Shamar tries to change himself back to human form. He squeezes real hard but becomes a bee. Third times a charm, he's a human again.

INT. MAKANI'S LIVING ROOM – PRESENT DAY – NIGHT

Meanwhile, Makani is conversing with the Pueo threw an open window. The Pueo shows the vision of the time travel porthole getting smaller. Makani decides that some extra chanting and prayer is needed early in the morning.

EXT. NAPUA'S HOUSE – PRESENT DAY – NIGHT

Shamar has lit the important piece of paper on fire. He laughs as it burns into ash.

Behind a car is Investigator Muddwell, keeping an eye on the house. He takes a tape measure to Shamar's footprint and it matches the one of the one's at the cave. This seems like a reason to follow Shamar.

EXT. TARO PATCH – PAST – MORNING

Na'ilima pounds Poi out of taro roots. Everyone has been put to work making rations for the journey ahead.

EXT. THE SADDLE – PAST – MORNING

It's a grueling hike between the two mountains. Everyone is exhausted from the climb and sweating profusely.

Scrub and Jake in bee form, follow behind at a distant pace. That's when they observe other bees pollinating some flowers. This gives them an idea. They follow some bees back to their hive.

INT. BEE HIVE – PAST- MORNING

The Guardians to the hive first stop Scrub and Jake at the entrance. They express that they have urgent news for the Queen.

The two Goons are brought to the Queen bee sitting on a thrown. She wears a Hawaiian queen's robe. The two are definitely out of place. They are some strange looking bees.

Scrub warns the Queen about invaders who are taking all of the flowers and none will be left for pollinating.

EXT. THE SADDLE – PAST – MORNING

The Queen is escorted by her Two Guardians. Scrub and Jake point t the Hui climbing over the ridge. Leolani stops and picks a new hibiscus flower from a plant and replaces an old wilted one behind her ear.

The Queen is convinced they are a threat to the world of flower pollinating.

EXT. KOA FOREST – PAST – MORNING

The stand looking at a koa forest as far as the eye can see. Looking for the right koa tree is going to be a serious under taking. Nai'lima is curious if Pele meant just one Koa tree. Bucky goes over the riddle again.

Cosmo skips ahead in the riddle and focuses on the dragon's heel. He thinks the dragon could be a crocodile. Leolani reminds him that Hawaii doesn't have crocodiles, and that he's stuck in Australia.

A thunderous buzzing sound enters the quiet setting.

The Hui looks up to see a cloud of black dots invading the sunny sky. It's a pack of bees preparing for attack.

Scrub and Jake lead the army  and command a dive bomb on the humans.

All five of them retreat for the forest as the pack of black dots swoops in a big v-shape of attack.

EXT. MOUNTAIN TOP – PRESENT DAY – MORNING

Makani is deeply burdened by his worries for the kids. He thinks he has lost the important archeological map. He has a large pile of ti-leaf wrapped rocks in front of him.

The Pueo suddenly lands near by and shows Makani a vision of his friends in the past running from bees. They are in serious danger. The portal is now closing smaller.

Makani performs some serious chanting and says an extensive prayer and chant.

EXT. KOA FOREST – PAST – MORNING

The bees zoom down, one after another trying to destroy the heroes.

Kimo bats away some bees with a stick.

EXT. OUTER SPACE – PAST – DARK

Mahina answers Makani's prayer vibration by communicating to the cloud with the angry face on it. The Cloud accelerates and expands at the same time.

EXT. KOA FOREST – PAST – MORNING

The sky darkens rapidly above. Fierce trade winds follow. The bees are instantly blown away. Branches fly off of trees and some up-root.

Bucky is suddenly picked up in the air by the wind. Everyone else is also picked up and blown away threw the air.

The wind carries everyone far through the air until they crash land on a soft carpet of ferns. Everyone is disoriented by the fall.

The wind tapers off and clouds begin to clear.

When Bucky comes to, he murmurs that he has failed his calling. Time must have run out. They are probably stuck here forever.

When Nai'lima stands up and brushes himself off, he pauses at the sight of a giant Koa tree standing on a hill. Underneath it is a small lava tube. He announces that they've found it. There's no mistaking that this is it.

Bucky's hopes are revived. This is the portal and it's slowly growing smaller.

Kamapuaa the pig man enters the picture. He wears the Chief's stolen attire while standing upright but in pig form. His hands stay human. The bristles run down his back.

With a snort, he holds out his arm and projects hau bush ( An impassible intertwined entanglement of thicket; wild hibiscus) at the portal. An infinite barricade of the plant blocks the way to the lava tube. Kama laughs out loud, with some more snorts.

Leolani tries to reason with the hog-man but he laughs at her. Then he decides to surround everyone in deep hau. The plant rapidly grows around everyone.

Na'ilima knows there's no time to loose. He takes out his adze and begins chopping away at the tangled mess.

Kimo uses his brutal strength to physically break the branches with his bare hands.

Leolani mentions that it's time for them to combine their mana and call for help. She and Bucky close their eyes and concentrate. Cosmo is next to them and joins them in chanting.

A thunderous sound works it's way closer to the group. The Earth rumbles.

EXT. MAUNA LOA SUMMIT – PAST – DAY

Pele explodes and out comes a massive eruption. Lava oozes out and colors the mountain bright orange.

The Menehunes nearby, catch the vibrations from the prayers.

EXT. SMALL VALLEY – PAST – DAY

Chief Kaiwi, his wife, Keahe and the Men can see the fiery Goddess at work. They become spectators to the event.

Keahe holds the flower that Bucky gave her, keeping him in her thoughts.

EXT. KOA FOREST- PAST- DAY

Lava begins to flood the hau and set fire to some of it.

The Menehunes have come to the rescue. One of them still has the surfboard. They help rip apart the hau that surrounds the group. They help make a clear path to the closing lava tube. The lava is approaching rapidly.

With the combined strength of everyone, the hau is ripped away from the tube. The tube itself is looking very small already.

Pele's lava rolls quickly toward them, eating away everything it comes into contact with.

It's now or never, Na,ilima makes sure everyone enters the closing portal before it collapses.

Kimo wants to bargain with Stink the Menehune to get his surfboard back, but there's no time.

Nai'lima is last to squeeze through the portal.

The orange lava mows over Kama's creation of hau then floods toward him. He scurries away like a little piglet. Pele is too strong for him this time.

As the portal shrinks to grape size, Scrub and Jake buzz into the hole just in time for the final closure.

INT. LAVA TUBE- PAST/PRESENT – DAY

Everyone moves toward the light at the end of the tunnel. The light turns into a blurry blend of colors. They are behind a waterfall. When they walk around the raging falls, Hanalei bay lays in front of them. The landscape is dotted with houses. They've made it back to present day. Birds chirp at their arrival.

EXT. MAKANI'S PORCH – DAY

Makani sits with Auntie Ruth drinking tea at the table. They watch the waves roll in and wish the kids were riding them.
The Pueo appears Leolani, Bucky, Kimo, Nai'lima and Cosmo into the picture.

Makani and Auntie Ruth jump with excitement. Everyone gives each other hugs in this moment of reunion.

INT. RUNNED DOWN SHACK – DAY

Scrub and Jake have reunited with Shamar in human form. He scolds them for being imbeciles and letting the kids return.

Keoni is also there. He promises that there are five new kids that have fallen for the surf camp scam. Shamar could care less.

Detective Muddwell has been spying through a windowless window frame the whole time.

EXT. MAKANI'S PORCH – DAY

It's story-telling time about the adventure. Bucky is asked to re-tell the riddle that Pele gave him.

He begins to tell it and pauses at the dragon's heel part. They have not found this part of the riddle.

Makani understands the riddle. A blank look is on everyone's face.

EXT. HANALEI PIER – DAY

Bucky and Nai'lima are on the pier with Makani. From here, Makani points out the body of the dragon that makes up the mountain range. Now they can see the heel of the dragon.

All of them are saddened that the wire fence extends all the way up to the dragons heel. This brings up the unsolved development problem. Pele said to go, so they must.

EXT. HANALEI BAY- SKY – DAY

Na'ilima transports Bucky and Makani in a gyro-copter. They hover high over the development sight. The dragon's heel is below them. The craft begins to lower and they prepare for landing.

EXT. DEVELOPMENT SIGHT – DAY

Keoni is security at the site. He witnesses the gyro-copter land.

Protesters on the other side of the fence cheer at the sight of this.

Keoni flips open his cell phone and calls Shamar.

Shamar is on his way in his Rolls Royce, screeching tires and speeding through Hanalei. Tourists run out of the road.

EXT. DRAGON'S HEEL – DAY

Makani stops at the sight of an ancient petroglyph in the ground.

Bucky looks inside the bushes and finds a large pile of rocks. Na'ilima takes a look and confirms that it's a heiau. This is the answer Makani's been looking for.

From a loud speaker, they can hear Shamar telling them that they're trespassing on private land.

Na'ilima attaches a rope to some bushes then climbs in his craft.

EXT. PROTEST SIGHT – DAY

Bruddah Schmitty and Tiny, Burp and Cracker, Shot, Bubbles and others witness Na'ilima rip the bushes out of the way by flying up with the rope attached. This reveals the heiau to the Spectators.

The Protesters cheer. The land is saved.

EXT. DEVELOPMENT SIGHT – DAY

In anger, Shamar throws down his megaphone. He knows he's been defeated.

EXT. MAKANI'S ROOF – DAY

Auntie Ruth, Leolani, Cosmo and Kimo jump up and down in happiness. They can see the heiau.

EXT. DRAGON'S HEEL – DAY

On top of the heiau lies Kimo's surfboard.

Bucky is so happy, he believed and held on just a little longer. Makani congratulates him for it. The Pueo flies overhead.

On the other side of the heiau, a Menehune appears and gives a shaka (hang loose hand symbol) to the screen.

EXT. DEVELOPMENT SIGHT – DAY

Shamar, Scrub and Jake are very angry watching the protesters tear down the wire fence. There must be something they can do. They go to the cave.

Out of nowhere, Investigator Muddwell handcuffs Shamar and places him under arrest for running a surf camp scam.

Shamar switches into bee form. The cuffs fall to the ground. Scrub and Jake convert to bees and follow Shamar flying away.

Muddwell has a scowl on his face.

EXT. RAINFOREST – DARK CAVE –DAY

Shamar and the two Goons approach the cave as bees. Shamar begs for help from the Dark Entity.

This time, they didn't bring offerings. This upsets the Entity, so he zaps the evil trio into cockroaches. The Cockroaches run away into the forest.

The Entity decides to walk out of the cave into the light. It's Kamapuaa, the hog-man. He wears the cape and helmet in his half-man-pig-form. He smiles and takes a bite of a chicken dumpling.

EXT. HANALEI BEACH – SUNSET

Campfires are lit up and down the beach. The locals enjoy their playground once again.

The pop-up tent is back, Bucky and the Hui have a celebration.

Kimo and Cosmo invite Bucky to check out the incredible surf that awaits them. Auntie Ruth mentions that the land is happy again and its reward is great surf.

Inspector Muddwell walks up to Bucky and opens his infinite bag of gadgets. This time he has a computer screen with Bucky's parents via live communication.

His parents forgive him for running away. They just want to make sure he is safe. His Father regrets not supporting his dreams. Leolani lets them know that Bucky saved the land. He is a hero in Hawaii.

Inspector Muddwell removes his magnifying contraption from his face and we see his head is a lot smaller then his body. He grabs some food and joins in on the fun.

With that resolved, Bucky paddles out into the great surf.

Kimo rides a spectacular wave.

Cosmo wipes out but recovers with his usual happy self.

Na'ilima flows down a wave on his outrigger canoe.

Bucky drops into the biggest most spectacular wave of the evening. Happy and Bombshell join in on the ride down. Everyone cheers for him. He has now mastered surfing.

There is a beautiful sunset in the background.

EXT. HANALEI BEACH - EVENING

The ocean washes some sand away and reveals an ancient petroglyph of a Hawaiian sailing canoe.

The moonlight reflects on the ocean and becomes a vivid rippling transport once more.

EXT. HANALEI VALLEY- KAUAI – NIGHT

36

"…and that's the story of a young boy."
The friendly Dragon is done telling the story. He takes a puff at his pipe. The Dragon lays back into the bay and blends back in with the scenery.

THE END

"…and that's the story of a young boy."
The friendly Dragon is done telling the story. He takes a puff at his pipe. The Dragon lays back into the bay and blends back in with the scenery.

THE END



Animated concept trailer Woodall produced for Disney at the request of Mandeville Films and Jenny Marchick.  Woodall mailed Marchick a copy in 2008.



**Bucky production budget shared with Marchick.**



# Budget
## Animated Film
Bucky
· THE SURFER BOY ·

BY IKARIA ANIMATION STUDIOS, LLC



824 Canyon Rd,
Santa Fe, NM 87501,
United States
(646) 285-2364

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **Animation: Cycles: (60) Assets** | | | | |
| | **Production** | | | |
| | | **Animation** | | |
| | | | Equipment | $1,800 |
| | | | Labor | $34,320 |
| | | | *Animation Total* | **$36,120** |
| | | | *Production Total* | **$36,120** |
| | | | *Expense Total* | **$36,120** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **Artist Relocation: (1) Staff** | | | | |
| | **Overhead** | | | |
| | | **Staff** | | |
| | | | Labor | $750,000 |
| | | | *Staff Total* | **$750,000** |
| | | | *Overhead Total* | **$750,000** |
| | | | ***Expense Total*** | **$750,000** |

| EXPENSE | CATEGORY | SUB | | TYPE | COST |
|---------|----------|-----|---|------|------|
| **Artistic Supervisors: (1) Staff** | | | | | |
| | **Overhead** | | | | |
| | | **Management** | | | |
| | | | | Equipment | $15,000 |
| | | | | Labor | $5,353,920 |
| | | | *Management  Total* | | **$5,368,920** |
| | | | *Overhead  Total* | | **$5,368,920** |
| | | | ***Expense Total*** | | **$5,368,920** |

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **Characters: Animal: (19) Assets** | | | | |
| | **Pre-Production** | | | |
| | | **Character Development** | | |
| | | | Equipment | $22,800 |
| | | | Labor | $434,720 |
| | | *Character Development  Total* | | **$457,520** |
| | | *Pre-Production  Total* | | **$457,520** |
| | | *Expense Total* | | **$457,520** |

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **Characters: Background: (3) Assets** | | | | |
| | **Pre-Production** | | | |
| | | **Character Development** | | |
| | | | Equipment | $4,950 |
| | | | Labor | $94,380 |
| | | *Character Development*  Total | | **$99,330** |
| | | *Pre-Production*  Total | | **$99,330** |
| | | *Expense Total* | | **$99,330** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **Characters: Main: (16) Assets** | | | | |
| | **Pre-Production** | | | |
| | | **Character Development** | | |
| | | | Equipment | $24,000 |
| | | | Labor | $457,600 |
| | | *Character Development  Total* | | **$481,600** |
| | | *Pre-Production  Total* | | **$481,600** |
| | | *Expense Total* | | **$481,600** |

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---------|----------|-----|------|------|
| **Characters: Secondary: (9) Assets** | | | | |
| | **Pre-Production** | | | |
| | | **Character Development** | | |
| | | | Equipment | $8,100 |
| | | | Labor | $154,440 |
| | | *Character Development  Total* | | **$162,540** |
| | | *Pre-Production  Total* | | **$162,540** |
| | | *Expense Total* | | **$162,540** |

| EXPENSE | CATE RY | SUB | TYPE | COST |
|---|---|---|---|---|
| **Complete Shot: Level 1 - Basic: (700) Shots** | | | | |
| | Post-Production | | | |
| | | Compositing | | |
| | | | Equipment | $52,500 |
| | | | Labor | $1,001,000 |
| | | | *Compositing  Total* | **$1,053,500** |
| | | Sound Editing | | |
| | | | Equipment | $21,000 |
| | | | Labor | $400,400 |
| | | | *Sound Editing  Total* | **$421,400** |
| | | Video Editing | | |
| | | | Equipment | $21,000 |
| | | | Labor | $400,400 |
| | | | *Video Editing  Total* | **$421,400** |
| | | | *Post-Production  Total* | **$1,896,300** |
| | Pre-Production | | | |
| | | Animatics | | |
| | | | Equipment | $21,000 |
| | | | Labor | $400,400 |
| | | | *Animatics  Total* | **$421,400** |
| | | Storyboarding | | |
| | | | Equipment | $10,500 |
| | | | Labor | $200,200 |
| | | | *Storyboarding  Total* | **$210,700** |
| | | | *Pre-Production  Total* | **$632,100** |
| | Production | | | |
| | | Animation | | |
| | | | Equipment | $105,000 |
| | | | Labor | $2,002,000 |
| | | | *Animation  Total* | **$2,107,000** |
| | | FX | | |
| | | | Equipment | $52,500 |
| | | | Labor | $1,001,000 |
| | | | *FX  Total* | **$1,053,500** |
| | | Layout | | |
| | | | Equipment | $52,500 |
| | | | Labor | $1,001,000 |
| | | | *Layout  Total* | **$1,053,500** |
| | | Lighting | | |
| | | | Equipment | $105,000 |
| | | | Labor | $2,002,000 |
| | | | *Lighting  Total* | **$2,107,000** |
| | | Matte Painting | | |
| | | | Equipment | $21,000 |
| | | | Labor | $400,400 |
| | | | *Matte Painting  Total* | **$421,400** |

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| | | **Voice-over Recording** | | |
| | | | Equipment | $10,500 |
| | | | Labor | $200,200 |
| | | *Voice-over Recording  Total* | | $210,700 |
| | | *Production  Total* | | **$6,953,100** |
| | | ***Expense Total*** | | **$9,481,500** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

| EXPENSE | CATE..RY | SUB | TYPE | COST |
|---------|----------|-----|------|------|
| **Complete Shot: Level 2 - Challenging: (550) Shots** | | | | |
| | | Post-Production | | |
| | | | Compositing | |
| | | | Equipment | $66,000 |
| | | | Labor | $1,258,400 |
| | | | *Compositing  Total* | **$1,324,400** |
| | | | Sound Editing | |
| | | | Equipment | $16,500 |
| | | | Labor | $314,600 |
| | | | *Sound Editing  Total* | **$331,100** |
| | | | Video Editing | |
| | | | Equipment | $16,500 |
| | | | Labor | $314,600 |
| | | | *Video Editing  Total* | **$331,100** |
| | | | *Post-Production  Total* | **$1,986,600** |
| | | Pre-Production | | |
| | | | Animatics | |
| | | | Equipment | $24,750 |
| | | | Labor | $471,900 |
| | | | *Animatics  Total* | **$496,650** |
| | | | Storyboarding | |
| | | | Equipment | $8,250 |
| | | | Labor | $157,300 |
| | | | *Storyboarding  Total* | **$165,550** |
| | | | *Pre-Production  Total* | **$662,200** |
| | | Production | | |
| | | | Animation | |
| | | | Equipment | $165,000 |
| | | | Labor | $3,146,000 |
| | | | *Animation  Total* | **$3,311,000** |
| | | | FX | |
| | | | Equipment | $123,750 |
| | | | Labor | $2,359,500 |
| | | | *FX  Total* | **$2,483,250** |
| | | | Layout | |
| | | | Equipment | $41,250 |
| | | | Labor | $786,500 |
| | | | *Layout  Total* | **$827,750** |
| | | | Lighting | |
| | | | Equipment | $123,750 |
| | | | Labor | $2,359,500 |
| | | | *Lighting  Total* | **$2,483,250** |
| | | | Matte Painting | |
| | | | Equipment | $49,500 |
| | | | Labor | $943,800 |
| | | | *Matte Painting  Total* | **$993,300** |

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---------|----------|-----|------|------|
| | | **Voice-over Recording** | | |
| | | | Equipment | $24,750 |
| | | | Labor | $471,900 |
| | | *Voice-over Recording Total* | | **$496,650** |
| | | *Production Total* | | **$10,595,200** |
| | | *Expense Total* | | **$13,244,000** |

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **Complete Shot: Level 3 - Difficult: (350) Shots** | | | | |
| | Post-Production | | | |
| | | Compositing | | |
| | | | Equipment | $52,500 |
| | | | Labor | $1,001,000 |
| | | | *Compositing  Total* | **$1,053,500** |
| | | Sound Editing | | |
| | | | Equipment | $52,500 |
| | | | Labor | $1,001,000 |
| | | | *Sound Editing  Total* | **$1,053,500** |
| | | Video Editing | | |
| | | | Equipment | $5,250 |
| | | | Labor | $100,100 |
| | | | *Video Editing  Total* | **$105,350** |
| | | | *Post-Production  Total* | **$2,212,350** |
| | Pre-Production | | | |
| | | Animatics | | |
| | | | Equipment | $15,750 |
| | | | Labor | $300,300 |
| | | | *Animatics  Total* | **$316,050** |
| | | Storyboarding | | |
| | | | Equipment | $5,250 |
| | | | Labor | $100,100 |
| | | | *Storyboarding  Total* | **$105,350** |
| | | | *Pre-Production  Total* | **$421,400** |
| | Production | | | |
| | | Animation | | |
| | | | Equipment | $105,000 |
| | | | Labor | $2,002,000 |
| | | | *Animation  Total* | **$2,107,000** |
| | | FX | | |
| | | | Equipment | $157,500 |
| | | | Labor | $3,003,000 |
| | | | *FX  Total* | **$3,160,500** |
| | | Layout | | |
| | | | Equipment | $26,250 |
| | | | Labor | $500,500 |
| | | | *Layout  Total* | **$526,750** |
| | | Lighting | | |
| | | | Equipment | $105,000 |
| | | | Labor | $2,002,000 |
| | | | *Lighting  Total* | **$2,107,000** |
| | | Matte Painting | | |
| | | | Equipment | $52,500 |
| | | | Labor | $1,001,000 |
| | | | *Matte Painting  Total* | **$1,053,500** |

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---------|----------|-----|------|------|
| | | **Voice-over Recording** | | |
| | | | Equipment | $15,750 |
| | | | Labor | $300,300 |
| | | *Voice-over Recording* Total | | **$316,050** |
| | | *Production* Total | | **$9,270,800** |
| | | ***Expense Total*** | | **$11,904,550** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **Environment: Level 1 - Basic: (8) Assets** | | | | |
| | **Pre-Production** | | | |
| | | **Look Development** | | |
| | | | Equipment | $1,200 |
| | | | Labor | $22,880 |
| | | *Look Development  Total* | | **$24,080** |
| | | *Pre-Production  Total* | | **$24,080** |
| | **Production** | | | |
| | | **Lighting** | | |
| | | | Equipment | $1,800 |
| | | | Labor | $34,320 |
| | | *Lighting  Total* | | **$36,120** |
| | | **Modeling** | | |
| | | | Equipment | $4,800 |
| | | | Labor | $91,520 |
| | | *Modeling  Total* | | **$96,320** |
| | | **Texturing** | | |
| | | | Equipment | $3,600 |
| | | | Labor | $68,640 |
| | | *Texturing  Total* | | **$72,240** |
| | | *Production  Total* | | **$204,680** |
| | | ***Expense Total*** | | **$228,760** |

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **Environment: Level 2 - Advanced: (14) Assets** | | | | |
| | **Pre-Production** | | | |
| | | **Look Development** | | |
| | | | Equipment | $4,200 |
| | | | Labor | $80,080 |
| | | | *Look Development  Total* | **$84,280** |
| | | | *Pre-Production  Total* | **$84,280** |
| | **Production** | | | |
| | | **Lighting** | | |
| | | | Equipment | $4,200 |
| | | | Labor | $80,080 |
| | | | *Lighting  Total* | **$84,280** |
| | | **Modeling** | | |
| | | | Equipment | $12,600 |
| | | | Labor | $240,240 |
| | | | *Modeling  Total* | **$252,840** |
| | | **Texturing** | | |
| | | | Equipment | $10,500 |
| | | | Labor | $200,200 |
| | | | *Texturing  Total* | **$210,700** |
| | | | *Production  Total* | **$547,820** |
| | | | ***Expense Total*** | **$632,100** |

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **Environment: Level 3 - Enhanced: (13) Assets** | | | | |
| | **Pre-Production** | | | |
| | | **Look Development** | | |
| | | | Equipment | $5,850 |
| | | | Labor | $111,540 |
| | | *Look Development Total* | | **$117,390** |
| | | | *Pre-Production Total* | **$117,390** |
| | **Production** | | | |
| | | **Lighting** | | |
| | | | Equipment | $4,875 |
| | | | Labor | $92,950 |
| | | *Lighting Total* | | **$97,825** |
| | | **Modeling** | | |
| | | | Equipment | $15,600 |
| | | | Labor | $297,440 |
| | | *Modeling Total* | | **$313,040** |
| | | **Texturing** | | |
| | | | Equipment | $12,675 |
| | | | Labor | $241,670 |
| | | *Texturing Total* | | **$254,345** |
| | | | *Production Total* | **$665,210** |
| | | | ***Expense Total*** | **$782,600** |

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **FX Character Transformations: (6) Assets** | | | | |
| | **Production** | | | |
| | | **Modeling** | | |
| | | | Equipment | $1,350 |
| | | | Labor | $25,740 |
| | | | *Modeling  Total* | **$27,090** |
| | | **Rigging** | | |
| | | | Equipment | $900 |
| | | | Labor | $17,160 |
| | | | *Rigging  Total* | **$18,060** |
| | | **Texturing** | | |
| | | | Equipment | $900 |
| | | | Labor | $17,160 |
| | | | *Texturing  Total* | **$18,060** |
| | | | *Production  Total* | **$63,210** |
| | | | ***Expense Total*** | **$63,210** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **FX Setup: Level 1 Basic: (5) Assets** | | | | |
| | **Production** | | | |
| | | **FX** | | |
| | | | Equipment | $750 |
| | | | Labor | $14,300 |
| | | | *FX Total* | **$15,050** |
| | | | *Production Total* | **$15,050** |
| | | | ***Expense Total*** | **$15,050** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **FX Setup: Level 2 Advanced: (3) Assets** | | | | |
| | **Production** | | | |
| | | **FX** | | |
| | | | Equipment | $1,350 |
| | | | Labor | $25,740 |
| | | | *FX  Total* | **$27,090** |
| | | | *Production  Total* | **$27,090** |
| | | | *Expense Total* | **$27,090** |

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **FX Setup: Level 3 Difficult: (13) Shots** | | | | |
| | **Production** | | | |
| | | **FX** | | |
| | | | Equipment | $7,800 |
| | | | Labor | $148,720 |
| | | | *FX Total* | **$156,520** |
| | | | *Production Total* | **$156,520** |
| | | | ***Expense Total*** | **$156,520** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **IT & Pipeline: (1) Staff** | | | | |
| | **Overhead** | | | |
| | | **Support & Development** | | |
| | | | Equipment | $27,000 |
| | | | Labor | $2,825,680 |
| | | *Support & Development  Total* | | **$2,852,680** |
| | | | *Overhead  Total* | **$2,852,680** |
| | | | *Expense Total* | **$2,852,680** |

| EXPENSE | CATEGORY | SUB | | TYPE | COST |
|---------|----------|-----|---|------|------|
| **Legal, HR, Accounting: (1) Staff** | | | | | |
| | **Overhead** | | | | |
| | | **Support** | | | |
| | | | | Labor | $1,640,000 |
| | | | *Support Total* | | **$1,640,000** |
| | | | *Overhead Total* | | **$1,640,000** |
| | | | ***Expense Total*** | | **$1,640,000** |

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **Production Management: (1) Staff** | | | | |
| | **Overhead** | | | |
| | | **Production & Coordination** | | |
| | | | Equipment | $48,000 |
| | | | Labor | $5,115,968 |
| | | *Production & Coordination  Total* | | **$5,163,968** |
| | | *Overhead  Total* | | **$5,163,968** |
| | | *Expense Total* | | **$5,163,968** |

| EXPENSE | CATEGORY | SUB | | TYPE | COST |
|---|---|---|---|---|---|
| **Production Studio: (1) Facilities** | | | | | |
| | **Overhead** | | | | |
| | | **Facilities** | | | |
| | | | | Equipment | $1,400,000 |
| | | | | Overhead | $2,195,200 |
| | | | | *Facilities  Total* | **$3,595,200** |
| | | **Maintenance** | | | |
| | | | | Labor | $104,000 |
| | | | | Overhead | $259,300 |
| | | | | *Maintenance  Total* | **$363,300** |
| | | | | *Overhead  Total* | **$3,958,500** |
| | | | | ***Expense Total*** | **$3,958,500** |
| | | | | **Grand Total** | **$57,506,558** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

FEATURE PITCH PACKAGE



# Content

Executive Summary

Logline

5

Premise

Ratings and Financing

Distribution

7

Executives

8

Potential Cast

9

Risk

26

Production Plan

27

Financial Plan

32

Marketing Plan

38

Distribution Plan

39

Treatment

42

Cover illustrated by Aristides Ruiz and Buck G. Woodall
Logo design and layout by Cecilia Fernández

© Copyright 2015 by Buck G. Woodall
Nothing shown may be reproduced in any form without obtaining the permission of the publisher
and any other person or company who may have copyright ownership.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.     **BUCKY** "the Surfer Boy"   **3**



# Exectutive Summary

The purpose of this business plan and investor prospectus is to outline a solid course for the successful completion, marketing and distribution of the feature length animated motion picture *Bucky*.

Over the last three decades, the successes of animated feature films have leapt off the motion picture screens, and become immersed in the psyches of young viewers, subsequently infiltrating the broader world of the commercial realm, reaping financial recoupment exponentially beyond that which the film proper brings in.

The catchy tunes of successful animation tracks are heard in the streets in the voices of children belting the theme songs from animated films and series at the top of their lungs; toy characters and re-created play-acting settings for these characters are manufactured; themed apparel and school supplies are created; full party supplies are designed and marketed for themed birthday parties; DVD re-enactments of favorite scenes sell out on the impulse-buy racks at supermarkets.

The social science of cinema has taught us that creative stories that appeal to large audiences and demographics generally sell out at the box office and create a phenomenon that will span generations to come in multi-media formats. However, the financial success of an animated film is by no means limited to just the box office gross sales: other income revenues such as merchandise also support it.

Lastly, with the development of extraordinary technology, it has become possible to bring what was only previously possible in animation to live-action film. Success in the animated film market with concomitant new media releases in distribution, and manufacturing tie-ins can virtually DRIVE the development of a live-action version of the animated film.

And as such: the potential return on investment in an animated film is STAGGERING.

# Logline

A thirteen-year-old boy mistakenly gets transported back in time with his new group of surfing friends and then has to figure out a riddle he's told by Pele, an ancient fire Goddess, to both get back to present day in time and save a sacred piece of Hawaiian land from being destroyed.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCKY "the Surfer Boy"   **5**



# Premise

A young teenage boy on summer vacation in Hawaii with his over-protective parents meets up with three young, local Hawaiian teenage surfers (a girl and two boys), who show him how to surf— without his parent's knowledge. When the young boy wipes out onto a nearby shore as he takes a bad fall, they all realize they have stumbled upon a new development site that is about to destroy their beloved beach by turning it into a new resort. They watch as a ruthless Developer (who's unknowingly teamed up with Kamapua'a— a mischievous Demi-God who wants to control all of Hawaii's land for himself), tells the press it will all be blown up tomorrow. Just then the boy's angry parents show up and take him away from his new friends without even letting him say good-bye. Later he realizes he still has a necklace that belongs to one of them, so he sneaks away from his hotel room early the next morning before his parents wake up to return it. But once at the beach he ends up joining his new friends and their expert sailing buddy on what he thinks will just be a "quick" voyage to the Big Island looking for help to save the land— but instead ends up turning into a "mystical canoe trip" taking them all back to ancient Hawaii where he is then lead on a journey with an ancient native princess to talk to Pele, the Volcano Goddess, who holds the secrets of the land. Pele gives him a riddle to figure out and then— with the help of his friends and animal spirits— they use it to both find the portal wave to make it back to present time by nightfall and then save the precious, sacred land just as it's about to be destroyed!

# Ratings and Financing

The movie would likely receive an MPAA rating of "G," the film being suitable for all audiences. The film will not contain any explicit sex or offensive/controversial material. The financial requirement for this animated feature film is $8,255,000.00 USD.

The funds will provide for the development, production and post-production deliverables for the film. The structure allows for both a traditional distribution path of an acquisition deal as well as a self-motivated release strategy of festival activity, service deals and overall marketing costs.

# Distribution

The Producers of Bucky intend to build alliances with strong international film sales organizations as well as engage in direct sales to distributors who facilitate theatrical, cable, VOD and DVD.

Buck Woodall already has strong relationships with distribution companies who have advised on the content presentation, casting, marketing and sales positioning in an effort to avoid the typical pitfalls of indie sales.

Copyright 2008, WGA Reg., BSH, Inc. All rights reserved.

The budget for the proposed film has been designed with the financial return in mind. The return strategy is based on a practical plan for accessing traditional animated film markets. Additionally, the Producers will target not only young audiences but the parents who recognize the value of a wholesome coming of age film.

Theatrical, broadcast, traditional DVD, cable Video on Demand (VOD), Direct to Consumer DVD, digital download, Internet streaming websites and foreign distribution outlets will be pursued.

# Executives

### Buck Woodall
*Executive Producer*

Buck G Woodall is a fine artist, writer, producer and director.  Born in Taos, New Mexico in 1973. At a young age Buck was encouraged by his parents to draw and paint as they believed he had a gift. This is where the creativity began. Taos is a place that has drawn and inspired artists for centuries. Its natural beauty is deeply rooted in Native culture and mythology. The land, climate and colors are majestic.

He attended fine arts classes through middle school, junior high and at Taos High School. Buck also was fortunate to have had private art lessons at home.  In time his murals began to find their way throughout the town. He moved to the Big Island in 1992, and his airbrush artistry started appearing on surfboards all over the islands.

After a few years, it was back to the mainland where he attended The University of New Mexico and The American Film Institute in Hollywood to become more proficient in marrying his creative talent with the emerging technologies and media. Buck has spent over ten years honing his skills in a broad range of areas, all related to the expression of his visual artistry through fine art, film and multimedia technology.

His passion is film making and "Bucky" is Buck Woodall's masterpiece. After college Buck returned to Hawaii for another seven years of research and development for "Bucky". Buck has been working on this full-length animated feature ever since he created the first illustrations of Bucky in 1997. Buck is very passionate about seeing his film completed and showing on the big screen in theaters across the world.  For that reason Buck has not given up despite the many obstacles he has faced with the American economy and in the world of film financing.

"Bucky" is the story of a young surfer, mentored by a wise Native Hawaiian elder. It is sprinkled with ancient gods and folklore. It is a story about preserving the natural beauty and wildlife of today's Hawaii, while paying respect to its history. His new Hawaiian family's land is being threatened by development, which adds to the drama and its timeliness.



Surfing is one of Hawaii's gifts to the world. It has a purity of self-expression and union with nature that is the essence of magic. Historically, it is inseparable from unfettered access to the sea, a native right. It was, and still is an undulating salt-water temple for thousands of board riders. "Bucky" is Woodall's homage to this way of life and the need to protect it and the places that allow for it.

# Potential Cast

## Main Characters



## ■ BUCKY *age 13* ■

Thin, tan, athletically-challenged young blonde teen who learns he has the special ability of "Ho'aumakua,"
communicating with animals (who are really his spiritual ancestors in animal form). He's an only child va-
cationing in Hawaii for the summer with his over-protective parents. (They're from New Mexico.) He's an
independent, brave, daring soul who's very likable and wants to be treated more grown up than his parents
treat him. He enjoys the thrill of learning to surf and meeting his new local friends as he also discovers the real
reason he came to Hawaii is to learn to follow his own instincts and do what's right.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCKY
## Character Development





Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

**BUCKY** "the Surfer Boy"   **11**

### ■ LEOLANI *age 13* ■

Graceful, athletic, smart, funny, island native who's the grand-daughter of Makani and Auntie Luka. Becomes Bucky's friend, best friend. Lives with her grandparents Makani and Auntie Luka in the summer so she can surf every day.



## ■ KIMO *age 14* ■

Dopey and clumsy, but has a heart of gold. Is Leolani's cousin from the "other side" of her family from Makani and Auntie Luka. Is "hapa," meaning of mixed ancestry because he's half Anglo, half Hawaiian. Living in Hawaii he takes on some of the Hawaiian ways of life— like speaking only the pidgin dialect (local Hawaiian slang), but also takes on the traits of many other cultures around him. Is a very brave and good surfer. Lives with Makani and Auntie Luka in the summer so he can surf every day too.





Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.



## ■ COSMO *age 13* ■



Good-looking, well-built, witty surfer boy who's Kimo's friend from Australia. Very strong and has a good sense of humor. His favorite past time is getting barreled in wave tubes-- "shacked" as he would put it. Treats Bucky like an instant friend and "little" brother. Once came to Hawaii on vacation with his family and ended up meeting Kimo, who taught him to fall in love with the great surfing. Now he comes back every summer and lives with Makani and Auntie Luka and his friends so they can all surf together.





## ■ NA'ILIMA (NA'I) *age 20's* ■

Tall, stout, native Hawaian whose ancestors date all the way back to when the Tahitians first arrived on the islands. He's a Hawaiian traditional wood carver and canoe builder who's a creative genius and is very in tune with Hawaii's culture and lore. Also knows how to navigate by the stars in the Hawaiian sky. He lives and works in a rented hut on Makani's Taro plantation. Loves to surf with the local kids. He leads Bucky and the Hui on a voyage into ancient Hawaii.





Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

# Main Antagonist Characters

■ **KAMAPUA'A** *ageless* ■

Half-man, half-hog Demi-God. He's creepy and scary looking with an ugly hog's face with long tusks like a wild boar. Sharp bristles run down his spine and his hog-like legs and arms end with hooves instead of feet. He's a devious, greedy, mischievous spirit who's constantly hungry and has the power of shape-shifting. He resides in a dark cave on the island and always wants to try to gain control of more land, which is why he aids Shamar in his development scheme by giving him the ancient scroll and his special shape-shifting powers so they can contain a large part of it on sacred grounds.





### ■ SHAMAR *age 50's* ■

Ruthless, greedy developer with a sly look on his face. Will do any-
thing to try and be the richest man of all the islands by building the
biggest resort the islands have ever seen on a piece of land he knows
is sacred. He teams up with Kamapua'a to obtain the location of the
sacred site so he can destroy it in his development plans. Kamapua'a
also gives him his power of shape-shifting so he can try to ward off
the people working against his plan.



Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.



## ▪ SCRUB *age 30's* ▪

Goon-like, obnoxious, loud-mouthed, snide trickster with sunglasses that are permanently molded onto his face. He speaks his mind and never holds back a remark. Scrub is involved with Shamar's "dirty work."





## ■ JAKE *age 30's* ■

Another goon-like sidekick who's Scrub's strong, mean, not-so-bright partner in crime. Since he's Scrub's follower, he is also involved with Shamar's "dirty work."



Copyright 2008, WGA Reg., BSH, Inc. All rights reserved.

## Supporting Characters



### ■ MAKANI *age 60's* ■

Large, wise, jolly, very sincere native Hawaiian elder with white hair and who always has a certain "radiance" coming from him. He's deep into living by his ancestor's ways and is a firm believer in mana— the Hawaiian supernatural/divine power. He has a great knowledge of Hawaiian mythology and folklore and has the gift of Ho'aumakua (communicating with his ancient ancestors and spirit guides through animals). Makani lives in an old, plantation-style shack on a large Taro farm with his beloved wife Auntie Luka. He farms, surfs, weaves baskets, and loves fishing. However, his most favorite past time is telling stories of old Hawaii.





## ■ AUNTIE LUKA (MAHINA)
*age 50's* ■

Makani's wife who's an old-    fash-
ioned native Kauai woman who's
soft-spoken, gentle, kind, spiritual, and
full of love. She's a great cook, makes
necklaces from island Niihau shells,
and is naturally "one" with the ocean.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.





### ■ PRINCESS PUALANI *age 13* ■

Beautiful, elegant native princess in ancient Hawaii times. Has a spiritual "light" about her that Bucky is instantly smittened with. Leads Bucky to Pele in the past to help him get back home. A potential new love interest for Bucky while in the past.






## ■ PELE *ageless* ■

The Great Fire Goddess of Hawaii. A very powerful energy force whose thought to be the "maker" of the Hawaiian Islands. Legend says she "rose" from the depths of the Pacific Ocean and created Hawaii through her volcanic eruptions, and now creates land and takes it away whenever she wishes. People fear her and yet she blesses people too-- when called upon she may come to listen and help those in need of her powers and wisdom. Bucky is lead to her by Pualani in the past. Pele gives Bucky a riddle to solve, which eventually leads him to victory in defeating Shamar and his plan to destroy a sacred Hawaiian piece of her land.





Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

# Minor Characters

■ **BUCKY'S FATHER** *age 40's* ■

Smart, strict, non-nonsense type architect.  Is on summer vacation with his family.  Doesn't seem to think Bucky's capable of taking care of himself— though he is.

■ **BUCKY'S MOTHER** *age 40's* ■

Caring, over-protective, loving artist. Is on summer vacation with her family. Treats Bucky like he's still a toddler, not a teenager.

■ **BOMBSHELL** ■

Female, "diva-like," brave, smart, mischievous turtle.  One of Bucky's animal helpers in present time.

■ **PUEO** ■

Male, wise, "protector-type" owl who can live in all dimensions (both past and present.)  Is a spirit guide to both Bucky and Makani.

■ **HAPPY** ■

Male, large, playful, fun, adventure-seeking, macho, "Crocodile Dundee-like" dolphin.  Is a spirit guide to Bucky in the past.

■ **CHIEF KAWAI LANI** *age 45's* ■

Strong, brave, male leader of the ancient village.  Goes after Kamapua'a, thinking he stole his daughter Pualani.

■ **TV REPORTER** *age 30's* ■

Female, professional looking but sarcastic.

### ■ BUBBLES *age 20's* ■

Easy-going, male island local who works at Beach Rental Shop. Pickets new resort.

### ■ SMITTY *age 30's* ■

Male, island local, stout and strong. Pickets new resort.

### ■ TINY *age 30's* ■

Younger brother of Smitty, island local, stout and strong. Pickets new resort.



*More character models and illustrations are available upon request.*          **SMITTY & TINY**

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.          **BUCKY** "the Surfer Boy"   **25**

# Risk

An investment in producing a motion picture is speculative and involves a degree of risk. Producers will seek accredited investors who understand this risk. The ideal investor is one who believes that Bucky should be shown to the widest audience possible. With this goal in mind, the Producers have established an accurate budget and have prepared a marketing strategy for major and minor releases. This is in an effort to eliminate the element of chance and to ensure profitability.

# Production Risk

The cost of developing and producing motion pictures is often underestimated and may be increased by reasons or factors beyond the control of the Producers. The mistake many inexperienced filmmakers make is to begin pre-production and principal photography before all the elements are in place for the successful completion and delivery of a quality product. The producers intend to mitigate these production risks in three ways.

## PRODUCTION RISK MITIGATION STEPS

**1.** Ensuring key elements are satisfactorily addressed and resolved before the production phase (large expenditures) begins. Such issues include: finalizing a script that demands recognizable talent, engaging a reputable script clearance company to address legal issues, engaging a completion bond company that will create internal accountability and assure the completion of the film, and insuring the film has a committed case in place that have both the skills and draw to attract distributors as well as an audience.

**2.** Create alternate plans for personnel and workflow that limit production delays due to unexpected circumstances. The producers of Bucky are experienced in the field and possess excellent production planning and execution skills. Essential factors in planning are to have qualified personnel available to step into key positions in case of emergency. Additionally, management will have alternate shooting sites available when inclement weather is anticipated and build the production schedule so it can easily accommodate necessary changes.

**3.** Ensure comprehensive production insurance is in place to mitigate any expense that might truly be out of the producer's control. Procuring business insurance might seem obvious; however, too often inexperienced producers take shortcuts when it comes to production insurance. Although the management team's first goal is to continue working once the momentum of full production starts, it is vital that all measures be taken to ensure the project will be completed and there is no legal exposure that endangers delivery. Comprehensive coverage will include Film Producer's Indemnity (Cast Insurance), Negative Film Coverage (or digital equivalent), Producer's Errors and Omissions, etc.

# Production Plan

An investment in producing a motion picture is speculative and involves a degree of risk. Producers will seek accredited investors who understand this risk. The ideal investor is one who believes that Bucky should be shown to the widest audience possible. With this goal in mind, the Producers have established an accurate budget and have prepared a marketing strategy for major and minor releases. This is in an effort to eliminate the element of chance and to ensure profitability.

# *Development (1-3 Weeks)

* Fully develop the shooting script
* Complete preliminary shooting schedule
* Complete preliminary budget
* Secure preliminary talent commitments
* Secure project funding into escrow account

# *Preproduction (6 Weeks)

* Set Up production offices and accounting department
* Final casting, cast rehearsals
* Inform major and mini-major distributors of production status and establish tracking procedures
* Hire complete production team and crew
* Adjust and finalize production schedule and budget
* Complete all production design planning
* Book all equipment according to schedule
* Complete facilities bookings and contracting
* Engage music licensing and pre-recording
* Book all travel arrangements according to schedule and agreements

The first process in the animation pipeline, and also one of the most important, is pre-production. It begins with the main models/concepts, which are initially turned into a full story. Once the story has been finalized, other pieces such as the script, shot sequence and camera angles are developed.

Some major components of pre production are Story Boarding, Layouts, Model Sheets and Animatics.

## —Storyboarding

The Storyboard helps to finalize the development of the storyline, and is a vital stage of the animation process. It is made up of illustrations in the form of a comic strip, and is used to both help visualize the animation and to

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCKY "the Surfer Boy"   **2 7**

communicate distinct ideas. It details the scene and changes in the animation, often accompanied by text notes describing things occurring within the scene itself, such as camera movements.

Storyboards provide a visual reminder of the original plan; something that can be referred back to throughout the production.

## —*Layouts*

communicate distinct ideas. It details the scene and changes in the animation, often accompanied by text notes describing things occurring within the scene itself, such as camera movements.

Storyboards provide a visual reminder of the original plan; something that can be referred back to throughout the production.

## —*Model Sheets*

Model sheets are precisely drawn groups of pictures that show all of the possible expressions that a character can make, and all of the many different poses that they could adopt. These sheets are created in order to both accurately maintain character detail and to keep the designs of the characters uniform whilst different animators are working on them across several shots.

During this stage the character designs are finalized so that when production starts their blueprints can be sent to the modeling department who are responsible for creating the final character models.

## —*Animatics*

In order to give a better idea of the motion and timing of complex animation sequences and VFX-heavy scenes, the pre-visualization department within the VFX studio creates simplified mock-ups called "Animatics" shortly after the storyboarding process.

These help the Director plan how they will go about staging the above sequences, as well as how visual effects will be integrated into the final shot.

# *Production (12 weeks)

Once the storyboard has been approved the project enters the production phase. It's here that the actual work can start, based on the guidelines established during pre-production. Some major parts are layout, modeling, texturing, lighting, rigging and animation.

## —Layout

Using low-resolution models or blocks of geometry in the place of the final set and characters, the Layout Artist is responsible for composing the shot and delivering rough animation to the animators as a guide. What they produce is the 3D version of what the storyboard artists had previously drawn on paper.

During this stage the Director approves camera moves, depth of field and the composition of the models making up the set and set dressing. It is then the responsibility of the Modeling department to deliver these approved set, prop and character models in the final layout stages.

## —Modeling

Modelers are usually split into two or more departments. Whilst organic modelers tend to have a sculpture background and specialize in building the characters and other freeform surfaces, hard-surface modelers often have a more industrial design or architectural background, and as such they model the vehicles, weapons, props and buildings.

Working closely with the Art Directors, Visual Effects Supervisors and Animation Supervisors, modelers turn the 2D concept art and traditionally sculpted maquettes into high detail, topologically sound 3D models. They then assist the Technical Animator and Enveloper as the model has a skeleton put in place and the skin is developed. Following this, the model may be handed back to the Modeler, who will proceed to sculpt facial expressions and any specific muscle tension/jiggle shapes that may be required.

Once the model is approved, it will be made available to the rigging and texture paint departments, who complete the final stages in preparing the model for animation and rendering. With luck, the model will move through the production pipeline without coming back for modeling fixes, although some amount of fixes are inevitable - problems with models sometimes don't appear until the rendering stage, in which case the lighter will send the model back to be fixed.

## —Texturing

Whether creating a texture from scratch or through editing an existing image, Texturing Artists are responsible for writing shaders and painting textures as per the scene requirements.

Working hand-in-hand with the surfacing and shading departments, textures are painted to match the approved concept art and designs which were delivered by the art department. These textures are created in the form of maps which are then assigned to the model.

## —Lighting

Not only does a Lighting Artist have to think lighting the individual scenes, they also have to consider how to bring together all of the elements that have been created by the other departments. In most companies, lighting TDs combine the latest version of the animation, the effects, the camera moves, the shaders and textures into the final scenes, and render out an updated version every day.

Copyright 2008, WGA Reg., BSH, Inc. All rights reserved.

Lighters have a broad range of responsibilities, including placing lights, defining light properties, defining how light interacts with different types of materials, the qualities and complexities of the realistic textures involved, how the position and intensity of lights affect mood and believability, as well as color theory and harmony. They are required to establish direct and reflected lighting and shadows for each assigned shot, ensuring that each shot fits within the continuity of a sequence, all the while aiming to fulfill the vision of the Directors, Production Designers, Art Directors and VFX Supervisors.

## —Rigging

Rigging is the process of adding bones to a character or defining the movement of a mechanical object, and it's central to the animation process. A character TD will make test animations showing how a creature or character appears when deformed into different poses, and based on the results corrective adjustments are often made.

The rigging department is also involved in developing cloth simulation – so as well as making a character able to clench their fist or rotate their arm, the rigging and cloth department is responsible for making their costume move in a believable manner.

## —Animation

The practice of meticulously planning a character's performance frame by frame is applied in 3D graphics using the same basic principles and aesthetic judgments that were first developed for 2D and stop-motion animation. If motion capture is used at the studio to digitize the motion of real actors, then a great deal of an animator's time will also be spent cleaning up the motion captured performance and completing the portions of the motion (such as the eyes and hands) that may not have been digitized during the process.

The effects team also produce elements such as smoke, dust, water and explosions, although development on these aspects does not start until the final animation/lighting has been approved as they are integral to the final shot and often computationally heavy.

# ✳Post Production (10-12 weeks)

- Complete editorial of film
- Engage music scoring and record score
- Engage sound design including all foley and looping activities
- Complete all digital effects
- Schedule and execute test screenings and collect data appropriately
- Make adjustments to final edit based on test screening data
- Mix and master final sound and picture for Dolby mix and/or THX Digital Master
- Complete all deliverables for domestic and foreign release including sound, music, trailer, print (film and digital), DVD, publicity, and legal requirements

Post-production is the third and final step in film creation, and it refers to the tasks that must be completed or executed after the filming or shooting ends. These include the editing of raw footage to cut scenes together, inserting transitional effects, working with voice and sound actors and dubbing to name just a few of the many post-production tasks.

Overall, however, the three main phases of post-production are compositing, sound editing and video editing.

## —Compositing

The compositing department brings together all of the 3D elements produced by the previous departments in the pipeline, to create the final rendered image ready for film! Compositors take rendered images from lighters and sometimes also start with compositing scripts that TDs develop in order to initially comp together their dailies (working versions of the shot.)

General compositing tasks include rendering the different passes delivered by a lighting department to form the final shot, paint fixes and rotoscoping (although compositors sometimes rely on mattes created by a dedicated rotoscoping department), as well as the compositing of fx elements and general color grading.

## —Sound Editing

This department is responsible for selecting and assembling the sound recordings in preparation for the final sound mix, ensuring lip sync and adding all of the sound effects required for the final film.

## —Video Editing

Video editing is the process of manipulating and rearranging shots to create a seamless final product, and it is at this stage that any unwanted footage and scenes are removed. Editing is a crucial step in making sure the video flows in a way which achieves the initial goal. Other tasks include titling and adding any effects to the final video and text.

# ✳Conclusion

The production pipeline detailed above is broadly common in most studios, however each studio is likely to have a custom pipeline determined by the type of project they are currently undertaking. A 2D production pipeline starts with workbook and goes all the way through final checking, compositing and film output, whilst the 3D CGI production process emphasizes the design, modeling and rigging and animation stages. Moreover, animation production is a very coordinated process where different teams of artists work together while utilizing optimum resources and achieving the initial goal in the time available.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

# Financial Plan
## Investment Strategy

## > *ROI*

Investors will recoup 120% of their investment before any profits are distributed. After that point all of the net profits will be split on a 50/50 basis with 50% being distributed to the investors on a pro rata basis and the other 50 going to the producing entity.

## > *100% Hard Equity*

Investors will be able to buy 50 of 100 available shares in the film LLC.

Each share will be valued at $165,100.00 and will give an investor a 1% profit share of the full gross stay in the film.

Investors can then at the end of the investment year use the 181 tax code and deduct 100% of their investment into the film in order to protect their risk. Depending on the investors tax bracket they can get back upwards of 50% of their investment.

## > *Time to ROI*

Once the $8,255,000.00 has been secured, the movie will commence pre-production. The film will have a schedule of approximately 33 weeks.

The movie will then be released. Since the film market is somewhat cyclical, the producers will release the completed movies during periods, which maximize the chances of generating the most profit. Traditional movies of this genre tend to do well in the spring and fall seasons.

This may include pre-releasing at festivals for select titles. At any point along the production cycle, qualified offers from traditional and reputable distributors may also be considered.

While it is quite possible the movies will be released or sold within 36 weeks after production begins – the producers are projecting a more conservative ROI date of 24 months. This allows the greatest chance for maximum return for the film.

## > *Financial Requirement*

The producers intend to raise $8,255,000.00 USD to produce and market Bucky. The major budget categories are presented in the table below. A more detailed accounting of estimated costs is available upon request.

## > Estimated Budget for Production

| | |
|---|---|
| Screenplay | $125,000.00 |
| Producers Unit | $300,000.00 |
| Directors Unit | $150,000.00 |
| Cast | $2,500,000.00 |
| Travel & Lodging | $200,000.00 |
| | |
| Production Staff | $100,000.00 |
| Story Boarding | $125,000.00 |
| Modeling | $500,000.00 |
| Illustration | $400,000.00 |
| | |
| Animation | $2,400,000.00 |
| Camera | $200,000.00 |
| Lighting | $130,000.00 |
| Recording Facilities | $150,000.00 |
| Production Design | $250,000.00 |
| Film & Lab | $20,000.00 |
| Catering | $15,000.00 |
| | |
| Editing | $150,000.00 |
| Music | $180,000.00 |
| Post Production Sound | $70,000.00 |
| Post Production Film and Lab | $20,000.00 |
| Main and End Titles | $25,000.00 |
| | |
| Publicity | $200,000.00 |
| Insurance | $20,000.00 |
| General Overhead | $15,000.00 |
| Fees, Charges, Misc. | $10,000.00 |
| **TOTAL** | **$8,255,000.00** |

## > *Estimated Sale Return*

The following estimates are based on information received to date from the distributors in each of the territories. These estimates cannot be relied upon or distributed to 3rd parties without the consent of Buck Woodall. All rights are hereby reserved.

Once distributors have recouped their Minimum Guarantee, as listed below, plus marketing costs and distribution fees in each of their territories, the balances will be due to the Producer.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCKY "the Surfer Boy"   **3 3**

The producers estimate that for the life of the first exploitation cycle (18 years) the revenues of all these territories will be an additional $22,356,250.00 USD which will consist of income from home entertainment (DVD sales through retailers such as Walmart, Target & Tesco), digital exploitation (streaming, VOD), and pay and free TV sales. Traditionally, the so-called library value of this type of movie, after the first cycle, has a value of about 175% of the first release box office for the life of the copyright. The producers have used the MG estimates as the basis of this calculation.

## > Estimated Budget for Production

| TERRITORY | ASK $ | TAKE $ | CONSERVATIVE $ |
|---|---|---|---|
| **NORTH AMERICA** | | | |
| USA | 3,166,667 | | 2,500,000 |
| CANADA | 833,333 | | 500,000 |
| **EUROPE** | | | |
| United Kingdom | 2,062,500 | | 1,500,000 |
| France | 1,575,000 | | 900,000 |
| Germany/Austria / Switzerland | 1,200,000 | | 800,000 |
| Italy | 466,667 | | 280,000 |
| Spain | 833,333 | | 500,000 |
| Belgium/Luxembourg | 75,000 | | 50,000 |
| Denmark | 116,667 | | 70,000 |
| Norway | 50,000 | | 30,000 |
| Sweden | 75,000 | | 50,000 |
| Finland | 75,000 | | 50,000 |
| Iceland | 8,333 | | 5,000 |
| Netherlands | 14,286 | | 10,000 |
| Greece | 14,286 | | 10,000 |
| Portugal | 14,286 | | 10,000 |
| **AUSTRALASIA** | | | |
| Australia/New Zealand | 1,200,000 | | 800,000 |
| **ASIA** | | | |
| Japan | 1,820,000 | | 1,300,000 |
| South Korea | 75,000 | | 50,000 |
| Taiwan | 116,667 | | 70,000 |
| Hong Kong | 75,000 | | 50,000 |
| Thailand | 14,286 | | 10,000 |
| China | 1,666,670 | | 1,000,000 |
| Philippines | 14,286 | | 10,000 |
| Indonesia | 8,333 | | 5,000 |

| TERRITORY | ASK $ | TAKE $ | CONSERVATIVE $ |
|---|---|---|---|
| Malaysia | 8,333 | | 5,000 |
| Singapore | 14,286 | | 10,000 |
| India | 833,333 | | 500,000 |
| **LATIN AMERICA** | | | |
| Argentina | 166,667 | | 100,000 |
| Paraguay | 14,286 | | 10,000 |
| Uruguay | 14,286 | | 10,000 |
| Chile | 250,000 | | 150,000 |
| Central America | 14,286 | | 10,000 |
| Brazil | 500,000 | | 300,000 |
| Mexico | 1,575,000 | | 900,000 |
| Venezuela | 33,333 | | 20,000 |
| Colombia | 33,333 | | 20,000 |
| Bolivia/Peru/Ecuador | 50,000 | | 30,000 |
| West Indies | 8,333 | | 5,000 |
| **EASTERN EUROPE** | | | |
| Russia/Former U.S.S.R. | 0 | | 0 |
| Poland | 14,286 | | 10,000 |
| Czech Republic / Slovakia | 14,286 | | 10,000 |
| Hungary | 14,286 | | 10,000 |
| Former Yugoslavia | 8,333 | | 5,000 |
| Romania | 14,286 | | 10,000 |
| Bulgaria | 8,333 | | 5,000 |
| **MIDDLE EAST** | | | |
| Israel | 14,286 | | 10,000 |
| Middle East | 33,333 | | 20,000 |
| Turkey | 8,333 | | 5,000 |
| **OTHER** | | | |
| South Africa | 75,000 | | 50,000 |
| Central/Northern Africa | 14,286 | | 10,000 |
| Airlines | 0 | | 0 |
| **GRAND TOTAL** | **19,305,124** | **0** | **12,775,000** |

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

## > *The Return*

Predicting the return on any film in investment is speculative. The above numbers are estimates taken as of October 2015. Some data may be subject to change.

The production team has spent much time exploring all positions and has determined one thing is certain: there is limited available data on the world's average ROI for film, statistical risk analysis for independent film projects, or even success to failure ratios for independent productions.

The production team has developed a specific strategy for maximizing earnings over the life of the film. This strategy will adhere to the following guidelines:

### 1. Budget the project appropriately to market

At the American Film Market and European Film Markets in 2013, it was widely observed and reported the buyers were specifically looking for projects with negative production costs between 5,000,000.00 and 25,000,000.00. Projects with larger budgets were broadly ignored, regardless of Attached talent. Minimizing overhead and maximizing results.

### 2. Collect project specific data from industry

Although some general information regarding current deals being made for animated features will be useful to our sales strategy, getting project specific data is critical. Not only will there be knowledgeable information available on "realistic" pricing for the film, but foreign sales agents will also have input on potential talent choices that will work well overseas to maximize revenue.

### 3. Explore all possible revenue streams

As mentioned theatrical, video on demand (VOD) for internet and cable, DVD/Blu-ray, Broadcast and Foreign distribution outlets will be pursued. Specific strategies will be explored for all revenue streams.

### 4. Invest in the right places

A recent analysis of spending indicated that a 10% increase in talent expenditures is currently yielding approximately 2% increase in return. A 10% increase in marketing spending, on the other hand, is yielding a 10% increase in return. Additional marketing dollars makes the most sense to a film's bottom line and is good investing.

## > *Merchandising*

Merchandising is a form of marketing for the movie industry. Movie merchandise has also been a catalyst for trend, hence proves its great impact in movie promotion and advertising. With toy merchandise, movie producers are hitting two markets, generating revenue on both sides.

Although Bucky has an exciting and engaging storyline, the creators have also developed these unique characters to appeal to children in the form of merchandise such as toys, apparel, books and school supplies. Merchandise is very instrumental in branding the film and characters. The production of merchandise and the film automatically cross-promote each other.

Producers have poised the character ensemble toys to seek multiple revenue streams to help recoup some of the production and marketing costs in the face of reduced licensing fees, animation filmmakers are increasingly interested in generating cash flow from licensed merchandise. At the same time, however, licensing is a challenging proposition due to fragmentation of the animation market, which decreases awareness for individual programs; retail consolidation, which lessens the shelf space available for products; and consolidation among manufacturing companies, which leaves fewer licensees from which to choose. All of these factors combined to make merchandise licensing a challenge for property owners. However, there is still huge revenue potential.

The first step in a licensing effort is to realistically examine whether a given property has merchandising potential. We have carefully done the marketing research in our targeted demographics to make sure that *Bucky* and supporting characters do have a place in the market and retail value.

## > *Assumptions That Affect The Bottom Line Return*

In evaluating the financial potential for *Bucky* the Production Team has used a very conservative approach based on industry standards:

**1.** Domestic Box Office reflects gross dollars of ticket sales BEFORE the exhibitor splits the total with distributor.

**2.** All funds flow from each revenue source (exhibitor) to distributor, who deducts his print and advertising expense before distributing revenue to the production company.

**3.** Distribution fees are generally based on 30% of all distributor gross revenue, both domestic and foreign. This is a generally accepted estimate method used by industry analysts and trade publications. Distribution deals are based on negotiation and very greatly.

**4.** A period of at least one year from start of principal photography to delivery of finished film should be anticipated for this, or any other feature film. This period can vary, but accommodates most circumstances that can affect delivery.

**5.** The film's release date depends on finalization of distribution arrangements, which may occur either before or after the film has been completed, and is an unknown variable at this time. The budget, also known as the films "negative cost," covers only the expenses that are needed to create the master print of the film with a relatively modest publicity budget. All marketing costs, or "distribution expenses," which include copies of the master print, digital distribution conversions, and major advertising costs, our distributor costs and are normally recouped by the distribution company before monies are disbursed to the producers.

**6.** Production costs are projected to fall on the high side of estimates. This is done to minimize the likelihood of financial shortfall. If there are overage in funds available, these funds will be assessed to determine if best spent on marketing or if they will be returned to the investors.

**7.** The majority of revenues are traditionally realized within three years of the release date. Although the earning life of the film can be much longer (an accepted average is seven years), the Production Team is assuming this trend will hold true for *Bucky*.

**8.** The producers will seek an advance from distributors to cover the initial loan, allowing for an earlier payout. However, such a payment is not guaranteed.

Copyright 2008, WGA Reg., BSH, Inc. All rights reserved.

# Marketing & Release

## Leading Industry Professionals .

The Production Team will utilize proven industry professionals and/or qualified consultants for all services and department head positions to ensure completion of a quality product and to best protect the interest of the lenders. There is no substitute for experience, and shortcuts are not acceptable – where most independent films' suffer in their hiring process, Bucky will outperform.

## Subject Marketability .

The huge success of films such as *Lilo & Stitch*, which relied mostly on Hawaiian culture shows an interest in cultural themed animated genre spanning worldwide markets. *Lilo & Stitch* went on to gross $263M worldwide in 2002. The recent success of animated features shows a continued demand for these types of films.

## Start to Finish Marketing .

Although in the early stages of development, the Production Team for *Bucky* will immediately begin implementing their marketing philosophy. Marketing starts at the beginning of development and finishes after release on all distribution platforms. This means immediately beginning grassroots marketing efforts through social media and targeted genre fan bases.

## Sales Realism .

The majority of independent films suffer from an unrealistic expectation for the film's release – *Bucky* excels in that it recognizes the necessity of the sales input from an early stage. By attaching a well-known sales company during the development phase, *Bucky* is able to execute on strong cast selections, generate early interest in the film before production is complete, and introduce the concept of the market before beginning physical sales.

## Foreign Sales .

In terms of foreign sales, there are U.S. based distributors that specialize in foreign markets. These companies deal with networks of sub-distributors in various countries. There are distinct differences between a distributor and a foreign sales agent when dealing with these countries. If a company is granted the rights to a film for distribution of a foreign market, that company becomes the foreign distributor. If the producer retains these rights, and grants someone only a percentage of the box office, in exchange for obtaining distribution contracts for these territories, then that person is called a sales agent.

# Distribution Plan

There is no 'typical' distribution deal, but one thing is for certain, The Producing Team for *Bucky* will negotiate for as much as possible, and give away as little as possible.

How much gross a distribution company will want to retain, depends on its participation in the negative costs of the film. The greater the distribution company's expenses up front, the greater the percentage of incoming revenues it will seek. In this case, the Producers intend to secure full production financing through private equity resources, thus reducing the back end participation demand from a distributor.

*Bucky* will seek a distribution deal where we would receive a favorable percentage of the adjusted gross revenues from our film in all domestic distribution outlets, to split with our investors. We also plan to grant the foreign distribution rights of the film directly to groups who specialize in these foreign markets. This is intended to avoid accounting troubles concerning actual foreign box-office receipts.

## . *Major Distribution Plan* .

Management's first strategy concerns attracting a major or mini-major distributor. This is not an easy task. The major obstacle is simply the volume of films being made every year. Theater screens are primarily reserved for studio – produced blockbusters with very large marketing budgets – in the tens of millions. The surest way for a film to get into wine distribution is to become a studio product. It is not an exaggeration to say an independent film needs to be irresistible to justify this positioning.

## . *Major Distributors As Target Market* .

Viewing major distributors as a target market creates the proper perspective. Filmmakers often focus solely on a potential "public" audience rather than fully considering their first customers, distributors. Although public marketability is surely THE major consideration of a distributor, without a fully developed sales strategy to distributors, filmmakers often leave wide release to chance.

## . *The Big Six* .

Six companies and their subsidiaries dominated film distribution in 2011, taking 79.34% of the domestic box office market share. And oligopoly, major studios not only produce and distribute motion pictures to theatrical exhibitors worldwide, but all are owned by large media conglomerates with interests in television, radio, publishing, cable, and home entertainment. The conglomerates trend toward purchasing from within their organization, which often impacts an outsider's ability to reach a wider audience.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

## . *Reaching Major Distribution* .

### )) Hire Professionals

By far, the professional who can do the most you going to retention for our project will be our sales representation. Combining the promotional skills of a publicist, the deal making ability of a lawyer, and the marketing skills of the salesperson – our company will guide our film's trajectory. Although many reps prefer to get involved with the project during post production,
management's approach is to engage the producer's rep as soon as possible. Many early milestones can be reached much easier with reputable assistance.

### )) Get to Acquisition Departments Early

Management will begin to contact the acquisition departments of targeted distributors and give them the opportunity to "track" the project. This process must start early, as larger distributors need time to review a project to be sure there is a fit. Once a project is being "tracked" a potential distributor becomes the recipient of updates during the course of production. When the film is completed, there will be special screenings in Los Angeles for those distributors were tracking the film.

### )) Be Proactive In The Distribution Strategy

All of the above is pointless if a Porsche studio deal is negotiated. It's simply cannot be assumed that a studio deal will provide acceptable distribution and revenue solutions. Being proactive means focusing on distribution strategies that maximize opportunities to return revenue to our investors.





Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

# Treatment

SKY ABOVE GREEN MOUNTAINS OF KAUAI, HAWAII, PRESENT DAY.  A sightseeing HELI-COPTER with a small FAMILY of tourists INSIDE HOVERS around the CLIFFS of a cathedral-like eroded mountain wall with large waterfalls cascading down from them. Both the MOTHER and FATHER (in their 40's) are dressed in flowered shirts and bright-colored pants. Their only child— BUCKY-- a thin, 13-year-old boy with blond hair, is also dressed similarly in red shorts and a blue-flowered shirt-- though his overall demeanor doesn't match his festive attire— or his parent's "overly-zealous" mood at all.  He leans his head up against the window, bored. He doesn't even glance down as the helicopter passes over the breath-taking mountain range below.  His Father's camera FLASHES repeatedly as he gawks at all the beauty with his wife.  Bucky sighs, loudly.

Their informative, native PILOT/GUIDE, 30's, explains that the Hawaiian Islands are the most isolated islands in the world with this one, Kauai, being the oldest.  The isolation of the Ha-waiian Islands allowed some of the rarest species of plants and animals on earth to both develop and live untouched for a long time… many are still not found anywhere else in the world. He goes on to explain that it took humans a very long time to find the islands. Sometime after 1250 A.D. the Tahitian's arrived, and then many other cultures came after that-- so many, in fact, that the culture became very rich in Hawaiian lore. Storytelling be-came a very important part of the lifestyle, resulting in hundreds of ancient legends that are still told today…

Bucky's Mother, hoping to get Bucky interested in the tour, says she wants to hear one.  She points out that the mountain range below has a spiny ridge that towers over the bay-- looks like a dragon and there must be a story about a mountain that looks like that. Bucky doesn't even flinch.

The Guide tells her she's right and points out that his head is where the mountains meet the sea, the jagged peaks form his spine along his body, and the part near the shore is his back heel.  Says the whole thing is part of a large volcanic mountain range that connects all the Hawaiian Islands with the biggest volcano of them all being Mauna Kea on the Big Island. In the active Kilauea creator on the Big Island, PELE, the great fire Goddess of Hawaii, lives and holds many secrets of the land.

His Mother is intrigued.  Says instead of learning more about the dragon she wants to hear more about Pele and the land's secrets.  Bucky doesn't lead on that he's listening—though he's starting to, somewhat…



LOW ANGLE OCEAN,
CLIPPER TOWARDS CAM
TRACK WITH IT AS
IT LANDS IN THE WATER
AND EXITS SCENE.

CLIPPER OUT
OF FRAME

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

The Guide explains that Pele used to have a romantic admirer—KAMAPUA'A, the Demi-God. It is said that Kamapua'a had the ability to change shapes.

He was born a hansom man but over years of struggle with his jealous father he became bitter and mean. He ravaged the land and raped and pillaged leading other evil men down his path.

Over the years his evil actions changed his appearance. He shaved his head leaving only a strip of hair down the center of his skull and a patch down his chin. He tattoo'd his body with dark images. He became known as Kamapua'a the hog man.

He was born on Oahu but sailed to Maui and eventually the Big Island where he found Pele and fell deeply in love.

Kamapua'a tried to win Pele's heart but his tattoos and hairy pig-like appearance repulsed her. She tried to keep him away but his persistence broke her and she weakened. He eventually seduced her. It was their destiny.

Pele received the love that no other would except and Kamapua'a momentarily changed back into a kind and loving soul. Pele's love helped him heal from the pain and bitterness he harbored due to his fathers abuse.

The sudden change scared Pele and made her feel insecure. She was confused and suddenly told him to leave her alone. He begged her to be his wife. He wanted to be loved.

"No, not again," Pele whispered. "leave me alone Kamapua'a.

Pele wanted to be queen but Kamapua'a was more powerful than she.
Pele asked him to go away forever.

Pele told Kamapua'a that he could have the land and lush valleys in the north of the Big Island (Hawaii). The lush forested land of Hilo, Kamuela and Kohala where the water flowed.

She stayed on the south side of the island where it was hot and dry.

Pele slipped away from him and took her family and hid in the lava tubes and caves of Kiluea.

Kamapua'a searched and searched for Pele until one day he saw the lava flowing down over the face of Kiluea. He was broken hearted believing only that his beloved Pele perished beneath the burning fire.

As the lava violently flowed to the shore Kamapua'a quickly turned into a fish and plunged into the ocean seeking shelter from the flames. He swims the ocean in the form of a fish now named after him. The Humu-humu nuku-nuku apua'a.

Seasons later Pele gave birth to a child.  It was Kamapua'a's son, Opelu-nui-kauhaalilo. This child became the ancestor of certain chiefs and common people.

Pele could see Kamapua'a in her child and missed him deeply. She longed for his cooling presence. In vain, Pele searched the land chanting and crying, longing for the cool refreshing love of Kamapua'a.

The fire Goddess needed to be balanced.  She needed the coolness of Kamapua'as love. She needed the moisture just as the land needs rain.
She was burning in fury and rage.

Never returning to the Big Island Kamapua'a's spirit roams the cool mountains of Kohala protecting the waterfalls, pigs and fertile land. It is said that he also protects the pain of a wounded heart.

SEE A BEACH FRONT BELOW. Large, up-scale hotels line the shore without end. The Chinese flag-- followed by a Japanese, Korean, Portuguese, Puerto Rican, German, Spanish, Russian, Norwegian, and a Filipino one-- all fly in the breeze out front of them as TOURISTS play in the ocean.  Lush golf courses are seen in the distance…

Guide continues sadly, "Some people just don't know when to stop building, though some still do…"

OTHER SIDE OF BEACH FRONT BEHIND LARGE ROCKS.  See a large, wise, OLDER HAWAIIAN MAN in his 60's as he throws a net into the water like they did in ancient times.

HELICOPTER.  As Bucky watches and listens a VISION in the Old Man's net comes to him of an OWL (PUEO) FLYING.  This startles him—until it soars towards a BIG WAVE in the ocean and changes into the form of him SURFING the giant wave superbly. Bucky is in awe as he imagines himself riding this massive wave… Then the rippling water fades away and takes the form of a YOUNG TEENAGE GIRL— a real Girl--

Bucky sees the real Girl SURFING below and suddenly gets excited for the first time since he's been there— states he wants to surf too!

The Guide laughs, "Yes, that is one of the big lures of why people come here; surfing was created by Hawaiian royalty. It allows you to experienced the 'mana' of the islands and land and sea very intensely." Bucky asks, "What's mana?" The Guide refers to the Girl on the wave below as he answers, "Watch…"
The wave's CREST takes the Girl by the DRAGON'S HEEL on her surfboard and then she seems to become one with the wave as she RIDES it's FACE towards a DANGEROUS REEF. Bucky's parents look concerned as they all watch her RIDE the monstrous wave like a PRO. Bucky wants to do the same.  The Guide tells him about a surf camp he could take at the

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

beach, but he is quickly bombarded by reasons not to go by his over-protective parents. His Father runs off about how he's too young to surf-- his Mother says it's too dangerous— he could get hurt or drown. Bucky's hopes fizzle away like air escaping a balloon. "Why'd we have to come to Hawaii then for our summer vacation? We should have just stayed in New Mexico where's there's no ocean." States he hates it here.

The Guide tells him everything happens for a reason— he's supposed to be here. Bucky doesn't think so. The Guide says the islands will tell him soon enough the reason for his visit-- "You'll see— they speak to everyone." Bucky thinks that's crazy— islands don't speak.

Suddenly an EYE opens up at the end of the mountain range where it meets the ocean and the mountains take the form of a real GIANT DRAGON. He cracks a friendly SMILE and WINKS at Bucky— startling him—then disappears. Bucky now realizes that no one seems to be seeing any of these images but him… Is he going crazy?

RESORT BEACH, KAUAI. Out-of-shape TOURISTS tan on lawn chairs-- ONE is badly sun-burned. Other TOURISTS stand out in their bright-colored clothing against the natural beach setting. One LADY stands waist-deep in the ocean talking loudly on her iPhone. The scene represents a global tourist destination with people flocking from all over the world to experience the phenomenal beauty.

Bucky sits in the sand looking bored again as he watches some SURFERS far out on a reef. Other TOURISTS float by on rafts and use boogie boards for less-adventurous recreation.

His parents try to coax him to help them build a sandcastle like he's 3, not 13. He's annoyed and still just wants to surf. His Mother thinks she has an idea for a compromise…

MOUNTAINS BEHIND BEACH FRONT, DARK CAVE. SHAMAR, 50's, a heavy-set, ruthless, greedy developer with a sly look on his face, approaches a DARK CAVE suddenly something is THROWN OUT of the cave. It is an ANCIENT-LOOKING SCROLL tied up with a ribbon.

Shamar excitedly grabs the scroll and opens it, looking delighted as he looks at the map on it— "Yes! This is just what I hoped it would show me—and you're sure this is the only writ-ten record stating it's whereabouts?"

An angry GROWL is heard. Shamar doesn't want to upset the presence in the cave—"Of course it is— I don't know why I keep asking these silly quest--"
Before he can continue a large, SCARY SHADOW of KAMAPUA'A— in half-man, half-hog form— is seen on the WALL of the CAVE. It TOWERS over Shamar as it threatens— "SILENCE—you insignificant   fool! Now that you have what you need I expect you to pro-ceed with our plan immediately or else you'll wish you never found this cave! Understand?"

Shamar gulps, "Of course--" then hears the SOUNDS of a CAR APPROACHING-- and coming

up the steep hill way too fast for the terrain... It contains two more goons-- SCRUB and JAKE, both 30's-- who come treading through the forest in an old 1951 Mercury Coupe with tinted windows. They THRASH THROUGH bushes and TURN UP MUD, disturbing every bit of nature they come across. Scrub is a loud-mouthed, snide trickster with sunglasses that are permanently molded onto his face. Jake is his strong, mean, not-so-bright partner in crime.

They SLAM on the brakes, HALTING to a STOP right near Shamar— COVERING him with MUD and causing him to DROP the scroll. It SLIPS OUT of his hands and FALLS DOWN a nearby LAVA TUBE wedging between TWO LARGE ROCKS below. He grows furious and gives Scrub and Jake a thorough scolding-- showing that though he might be afraid of the dark entity in the cave, he's definitely the authority figure of this trio. He angrily points to the mysterious scroll stuck below and tells them they have to get it back.

Shamar GRABS SCRUB by his ankles and tries to LOWER him DOWN into the lava tube to get it. Scrub's body gets STUCK on the way down and he can't even move to reach it. It takes BOTH Shamar and Jake to pull him BACK OUT. Shamar then TRIES to LIFT JAKE to try the same thing with him, but CAN'T even PICK him UP. Shamar gives up and tells them they need to get it back before the tide comes in because that's the only map showing the exact location of where the place he needs to find along the Dragon's Heel is so they'd better find a way to get down in there and grab it or else he'll feed them both to the sharks! He leaves them to deal with it. Both Scrub and Jake try again and realize that they are both too big to make it down— need a skinny kid.

RESORT BEACH, OCEAN. Meanwhile, Bucky floats holding onto a small boogie board in about three feet of water. He looks humiliated and ridiculous. A female "diva-like" turtle, BOMBSHELL, swims by, seemingly laughing at him. Bucky gets mad and yells at her to go away. She seems to understand him. Bucky can't believe it— tries to talk to her again— she responds. Bucky is thrilled— finally— someone to vent to!
Bucky tells Bombshell that he wants to be out there surfing like the people he's watching glide down the waves. His Father, who is on a lawn chair reading the newspaper a few yards away on the shore, overhears him and watches curiously. Is his son talking to a turtle? Realizes he is— quickly tells him to quit talking to the animals because people just don't do that— it's strange behavior.

Bombshell tells Bucky not to pay attention to his Father and to listen to her— tells him if he wants to surf then he has to stand on the board. He does and tries to surf down a small wave by standing on the short boogie board, but he's too big and it CRASHES on shore and SCATTERS SAND onto his Father's newspaper and all over his Mother, who is tanning on a lawn chair next to him. As Bombshell laughs cause she knew it wouldn't work Bucky gets annoyed and embarrassed. His Father sarcastically says it serves him right for talking to a turtle. Bucky says he's taking the board back. His Mother yells for him to be back in time for the hotel's luau dinner in half an hour.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

**BUCKY** "the Surfer Boy"   **47**





Episode ___TRAILER___        Page __6__

Sc 7
Panel ①

EXT KAUAI ROAD/DAY.
JAKE AND SCRUBS CAR
TOWARDS CAM (CLOUD OF DUST,
MONGOOSE IN FG
REACTS ....

Sc 7/cont
Panel ②

... MONGOOSE LEAPS (OS)
AS CAR SPEEDS
TOWARDS CAM.
TRACK WITH CAR
AS IT TURNS TO
STAGE RT, CONTINUING
TOWARDS CAM...

Sc 7/cont
Panel ③

Sc
Panel

STOP

... FRONT HUB CAP
FILLS FRAME
SPINS A BEAT OR
TWO, THEN ....

Copyright 2008, WGA Reg., BSHi, Inc. All rights, reserved.

FURTHER DOWN THE BEACH, BEACH RENTAL SHOP. Jake and Scrub stand near a bulletin board in front of the shop listing island activities to do. They scan the beach looking for a kid the right size. All are too fat. Then they see Bucky approaching and both look excited.

Bucky shuffles his feet in the sand in frustration. He gives the boogie board back to BUBBLES, 20's, the easy-going local worker of the rental shop, and then notices a flyer on the bulletin board for the surf camp the Guide had spoken about. It states you can be a pro in three days. He tells Bubbles he wishes he could take it, but doesn't know how he can sneak away from his parents for that long-- they watch him like a hawk.

Jake and Scrub overhear and tell him they can teach him to surf right now. Bucky says really? Then realizes he doesn't have any money on him. They say that's all right, the first lesson is always free— it's the Hawaiian way. Bucky can't believe his luck!

HANALEI PEIR. An old, beat-up surfboard is negligently tossed into the back of the shady gangster-like old car. Bucky watches two SURFERS out in the ocean. He asks why they just don't surf here? They tell him they know a better place to learn and not to worry-- soon he will be back here riding the waves with the best of them. Jake opens the door for Bucky to ride in the back. Bucky is reluctant, but gets in— telling them they have to hurry and get back soon— he only has twenty minutes to do this and get back in time before the luau.

MOUNTAINS BEHIND BEACH FRONT. At the bottom of the hill to the dark cave, Scrub directs Bucky's attention towards the increasingly DANGEROUS-LOOKING OCEAN as Jake quickly tapes a sloppy, handmade sign saying "SURF TRAINING GROUNDS" over a real sign that says "NO TRESPASSING" next to a barbed-wire fence.

They tell Bucky it's now time to start his "training." Jake holds up the barbed wire fence while Scrub and Bucky sneak underneath. Bucky looks at the makeshift sign Jake had put up suspiciously as he follows Scrub and Jake up the hill. As they get further from the shore below he asks them why they are going way up here before they even get in the water. Scrub tells him it's all part of his "training" to test his "endurance." As they start to approach another very large "NO TRESPASSING" sign Jake quickly covers it with a large banana leaf. Luckily, Bucky doesn't notice. They come to the lava tube and stand at its entrance. Scrub tells Bucky this next test is to test his "reach" in "paddling…"

Suddenly Jake GRABS BUCKY by the ANKLES and HANGS HIM UPSIDE-DOWN OVER the LAVA TUBE OPENING. Bucky yells to be put down— is scared. Scrub says this is his "initia-tion/test" to see if he's even meant to be a surfer-- if he can grab the scroll he has good reach and can surf. If not, he can't learn-- ever. Desperately wanting to surf, Bucky agrees to try.

Bucky is SLOWLY LOWERED further down into the crack of the tube until his slender shoul-ders are lodged by the walls of the crevasse. He can see the scroll, but it's not quite in his reach. Seeing the tide start to come in, Scrub and Jake pressure Bucky to hurry up. He strains hard to reach it and finally grabs hold of it.



7/ sc CONT

Panel

☒ | PAN BG    Page __7__

HUB CAP ANIMATES AWAY FROM CAMERA



sc 7/cont

Panel

''CAR CONTINUES AWAY FROM CAM TILL CUT.



Sc 8

Panel

①

(STOP)    (PAN)    (START)

← | PAN BG    INT JAKE AND SCRUB'S CAR

JAKE THROWS CLUTCH TOWARDS CAM, STEPS ON GAS PEDAL
PAN TO SCRUB AND BUCKY IN BACK SEAT
BUCKY HANDS SCRUB HIS "SURF CAMP MONEY"

Copyright 2008, WGA Reg., BSH, Inc. All rights reserved.





Episode ___

Page _9_

Sc 11 / cont
Panel ②

THE CAR ZOOMS
AWAY FROM
CAM (TILL CUT)
KICKING UP
A CLOUD OF
DUST

SCENE ⑫ Panel ①

SCENE ⑫

STOP   (PAN)   START

13/CONT
Sc
Panel ②

. A HUGE WAVE
  CRASHES CLOSE TO
. SHORE, PAN TO
  JAKE+ SCRUBS CAR
  RACING TOWARDS CAM.

IT SCREECHES TO
A SUDDEN STOP
CLOSE TO CAM

Sc 13
Panel ①

EXT CAR, WAVE'S
REFLECTION SEEN IN
GLASS, BUCKY WORRIED,
SCRUB POINTS TO CAM
DX REFLECTION
SCRUB

"TIME FOR YOUR
FIRST SURF
LESSON!'

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

Jake lifts Bucky OUT and DROPS HIM on the ground HEAD FIRST. He grabs the scroll and throws it to Scrub. They begin to walk away when Bucky inquires about his surf lesson. He got the scroll, so this means he's meant to be a surfer— right? They had already forgotten about that-- Scrub looks over and smiles at Jake as the tide gets nearer, looking more and more DANGEROUS…

Deciding to have a little fun, Scrub and Jake explain to Bucky that since he passed both of the first two parts of the "test" he definitely is meant to be a surfer, but now he has to pass the last and final test. He needs to test his "bravery" by starting at this spot and paddling out alone… that is how all the great ones do it. Bucky looks at the MONSTROUS WAVES forming and isn't so sure— doesn't seem like they're meant for an amateur. His Mother's words of concern for his safety echo through his head. He asks if it's really the best spot to start from. They tell him they wouldn't lie to him— it's not pono (not right).

Trusting that, Bucky walks out on a rock, lays his board on the water, and begins to paddle out into the POUNDING SURF while Scrub and Jake encourage him from the shore. Bucky TRIES to CATCH his FIRST WAVE, but it BREAKS VIOLENTLY on the ROCKS. He attempts to DUCK-DIVE another ONE when suddenly a THIRD WAVE CRASHES OVER him. Bucky comes out the other side, still CLINGING ONTO his BOARD, looking terrified. He RIDES OUT the other WAVES like he's on a roller coaster while trying DESPERATELY to just HANG ONTO his BOARD for dear life.

Scrub and Jake stand on the shore laughing as they watch Bucky TUMBLE over and over in the WAVES helplessly. They RUN BACK DOWN the HILL, ditching Bucky behind.

Bucky looks back-- not seeing an ENORMOUS WAVE forming BEHIND him— and hears the SOUND of the loud car STARTING and PEELING OUT from the distance. He panics-- they've left him! Then suddenly the MONSTROUS WAVE CRASHES DOWN on him. He's engulfed by WHITE-CAPPED SURF as his eyes tremble with fear… He TUMBLES in a washing-machine-like-motion INSIDE the WAVE. The wave sends him SOARING and SNAPS his board in HALF. Bucky is sent FLYING into what looks like certain DOOM toward a sharp, jagged REEF below—

 

OUTSIDE SHAMAR'S HOUSE. Scrub and Jake SLAM on the BRAKES and give Shamar the scroll. Shamar is delighted— says now he has the exact location of the ancient ruins on the land so he can blow it up, and as long as he keeps the scroll with him until the ruins are destroyed then nobody will ever find out that the land is sacred so it is his to develop to become the richest man of all the islands! He tells them to go get everything ready for the press conference now at the development site.

OCEAN. Bucky is heading STRAIGHT TOWARDS the REEF-- then suddenly Bombshell AP-PEARS underneath him swimming to the rescue. She carries a half-conscious Bucky on the top of her shell and swims to safe waters at a nearby SHORE. She pushes him up onto HA-NALEI BEACH and leaves the defeated and helpless Bucky lying on the sand looking barely alive. She tells him not to worry— his fate has brought him here-- and then goes back into the ocean. Both pieces of his broken surfboard wash up next to him.

The same SURFER GIRL he had seen from the helicopter earlier walks toward him from down the beach. She's 13 and a real native Hawaiian with a Hibiscus flower in her hair.

She sees Bucky's limp body, takes off her FISHHOOK NECKLACE (made of bone), and puts it around Bucky's neck as she whispers a "chant." Bucky suddenly wakes up-- spitting out a mouthful of ocean water. She laughs, introducing herself as LEOLANI and saying her "cure" worked faster than she expected. Bucky, somewhat afraid, wants to give the necklace back, but she tells him no, he still needs it— explains it will help build his strength for his safety in the ocean. It always helps her surf— especially with a big wave she tackled earlier. States she never surfs without it, but she's not surfing now, so it's his turn to wear it. She invites him to her family gathering while he continues to get better. Bucky now sees a small group under a pop-up tent further down the beach. He is drawn to Leolani in a strange way as he follows her toward it.

Along the way they come to the same OLDER MAN seen fishing earlier as he still fishes-- only this time with bells rigged up to several poles stuck in the sand to indicate when a fish is hooked on one of the pole's lines. Leolani introduces him to Bucky as her grandfather MAKANI. He is a large, older, very sincere Hawaiian man in his 60's with gray hair and who has a certain radiance coming from him. He's deep into living by his ancestor's ways and is a firm believer in mana-- the Hawaiian super-natural/divine power. He believes a person can accomplish superhuman feats of strength and skill when in harmony with the divine spirit realm. Greeting Bucky, he shows him the fish he has already caught and says now he thinks they have enough for everyone. They all walk on towards the tent.
FURTHER AWAY. A large, pop-up TENT covers a potluck-style-barbecue set-up near the shore. Bombshell swims around on some waves close by.
Leolani and Makani enter the scene with Bucky behind them. Leolani introduces Bucky to AUNTIE LUKA, Makani's wife, who's an old-fashioned Kauai woman in her 50's getting the feast ready. In the sand is a smoldering imu (underground oven). Steam rises from a fire under rocks. Above the rocks are purple sweet potatoes wrapped in Ti leaves and a few hot-

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.



dogs on sticks.  Auntie Luka hugs Bucky and kisses him on the cheek. Bucky turns red.  He doesn't understand the local traditions.  She wears a string of Niihau shells around her neck.

A young teen, KIMO, 14, eats a bowl of noodles with some chopsticks and has a ukulele strapped around his body.  He is "hapa," meaning of mixed ancestry because half white (anglo) and half Hawaiian. Living in Hawaii he takes on some of the Hawaiian ways of life but also takes on traits of the many other cultures around him. He only speaks the pidgin dialect, is dopey and clumsy, but has a heart of gold.  Leolani introduces him to Bucky, saying he's her cousin.

COSMO, 13, walks under the tent, surfboard in hand, dripping wet from the ocean. Cosmo is a good-looking, witty surfer boy who's Kimo's friend from Australia. He greets Bucky like he's already a true friend by giving him a handshake that Bucky doesn't exactly get right the first time.

While they all eat barbequed fish and fresh poi, Bucky learns Leolani, Kimo, and Cosmo are "the Hui" and they all live with Makani and Auntie Luka every summer. Their lifestyle consists of surfing, wild adventures, and barbequing together everyday.

Kimo stands up and fixes his flip flop with a chopstick by pushing the tab of the thong piece back in the hole. Auntie Luka tactfully gives him a little speech on having manners— for besides it not being sanitary, it's also not polite to interrupt a dinner and leave the table while some are still eating--

Suddenly a double-hulled canoe CRASHES UP onto shore in the background.  It contains NA'ILIMA (NAI), a tall, stout, native Hawaiian traditional wood carver and canoe builder in his late 20's who's a creative genius and is very in tune with Hawaii's culture and lore.  He excitedly shares that he's taking a surfing voyage to the Napali Coast tomorrow and would like some adventurous volunteers to go with him. The Hui is more than ready. They want Bucky to go.  He admits timidly that he doesn't know how to surf.  Cosmo is shocked-- "We'll teach you right now!"  All grab their boards--

SURFING MONTAGE BEGINS:

OCEAN.  Makani and Bucky float on surfboards in some small waves. Makani's board is an old-fashioned, wooden long-board. He shows Bucky the basics of finding his balance to stand and then catching a wave. Bucky tries, but falls.  Bombshell watches-- laughing.  The others all surf great around him— Bucky can't even stand up once.
SURFING MONTAGE ENDS.

OCEAN.  Bucky floats on his board near Bombshell far away from the others.  He watches Cosmo, Kimo, and Makani having fun SURFING a BIG WAVE together in the distance.  Bucky says he wishes he never came to Hawaii. That's not the way Bombshell sees it— she believes he came to help them all.  Bucky is puzzled by what she means.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

Just then Leolani EMERGES from the WATER and catches Bucky and Bombshell in conversation. Leolani is overjoyed in the discovery of Bucky's gift of "Ho'aumakua"
(the ability to communicate with family ancestors or personal Gods). She tells him he is communicating with some of his ancient ancestors who are now in animal-guardian form. She explains they are his helpers and protectors, and even when it seems like the darkest moment they will hear his call and answer it. Few people have the ability to hear animals like this, but Makani has it too. Bucky says, "Then you don't think it's strange then?" She says, "No, why?" He thinks of his dad's words, then realizes that maybe it's not so strange. Says, "No reason." Then all of them-- Bucky, Bombshell, and Leolani-- CATCH a WAVE happily. Bucky ALMOST stands UP, but then FALLS. He gets really fed up now and wants to just give up…

Makani approaches and urges Bucky to think about taking things one step at a time instead of three-- complements that he's quite good for a beginner and besides, it's the trying that really matters in the journey he's on now anyway…

Kimo drops into a wave nearby and gives Bucky a shaka (hang loose sign). Cosmo cheers towards them all as he catches the next wave— a BIG one.

Bucky is determined to do this now. He paddles out to the LARGER SET of WAVES behind them-- despite Makani yelling at him to wait. He paddles out all the way, even past Cosmo and Kimo. He goes for the BIGGEST WAVE of the BUNCH and tries to find his balance while Makani, Kimo, and the others yell for him to come back— it's too dangerous.

Bucky CATCHES the WAVE at the right moment. He becomes like a little flea compared to the MONSTER-SIZED WAVE-- but he's doing it and he can't believe it himself. But then the FACE of the WAVE gets TOO STEEP and he's sent TUMBLING DOWN. Bombshell swims to AID Bucky from falling again. She helps Bucky LAND back in the WATER and then they are BOTH SENT CRASHING ONTO a REEF. The WAVES PUSH Bucky ONTO the SHORE near--

HANALEI PIER NEAR DRAGON'S HEEL. Further down the beach a TV CREW is set up for a press conference next to a BIG BILLBOARD for a NEW RESORT being planned.

Shamar is next to the billboard wearing a hard-hat as he scoops up the first piece of dirt from the ground with a shovel and gives the FEMALE TV REPORTER, 30's, a declaration that he plans to build a new, huge resort from the back of the mountains to the beach near the Dragon's Heel where it's the best surfing. A large BULLDOZER is off to the side of the billboard. The TV Reporter says since this is the largest piece of land ever being developed on the island she wants to know if Shamar has made sure the land is free of any ancient ruins to be developed on. Shamar nonchalantly makes sure the scroll is safely hidden in his back pocket as he says, "Yes, I've gone to great length to make sure there's nothing on the land that will ever be missed… and now that I have the deed to it from the town hall (referring to another piece of rolled-up PAPER in his hand) the demolition crew will be here tomorrow to start blowing up the parts I need to destroy— I mean, get out of the way…" He puts the deed in his back pocket along with the ancient scroll.

Scrub unravels a WIRE FENCE around the ENTIRE PERIMETER of the LAND to be DESTROYED as Jake pounds a GIANT SIGN on the beach that reads:"PRIVATE BEACH, STAY OUT!  NO TRES-PASSING, NO SWIMMING, NO SURFING, NO EATING, NO BREATHING, NO FUN!" (The "no's" run indefinitely down the sign and decrease smaller in size like an eye chart.)

Kimo, Leolani, Makani, and Cosmo make it to shore and run up to Bucky, making sure he's okay.  He is.  Leolani says her necklace is still working for him-- but she will need it back in time for the surfing trip in the morning.

Jake makes his way down to all of them and pounds a SIGN that says the same message as the others into the sand. He tells them all to leave because they are now on private resort property.

Makani and the others now see the News Crew further away.  Makani leads them all up to the construction site where the TV Reporter continues to interview Shamar.

Makani interrupts and explains that no one person can own the land or a beach in  Hawaii-- it belongs to all the people, their ancestors spirits.  Shamar frowns and takes out what he thinks is the rolled-up deed to the land out of his back pocket— but then realizes it's the ancient scroll he's pulled out by mistake and quickly does a switch of the two like a skilled magician as he holds up the other piece of paper and then states that he must be a spirit then cause this deed to the land says he not only owns it— he's now building the biggest,



STATT                              PAN                        STOP

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCKY "the Surfer Boy"  **59**



grandest resort the islands have ever seen on it!  He shows it to all of them— it has all the right signatures and entitlement on it from the town hall.  Bucky thinks he recognized the ancient scroll he pulled out first— or was he just seeing things again?  He listens closely as Shamar continues to ramble on about how great the new resort will be…

TINY and SMITTY, two very stout local brothers in their 20's, show up in a big-lifted truck. Makani tells them what's going on and says he wants to investigate further incase the town missed anything in its records that could show the land is sacred where Shamar is building. The Brothers say they'll help any way they can.

Other LOCALS and TOURISTS start to gather too.  Scrub and Jake run everyone back to the perimeter of the private property with megaphones.  People get upset— they do not want this resort.

Shamar grabs a megaphone from Jake and tells everyone that they are on private property. He threatens that the authorities have been called to come and arrest anyone who's still there when they show up— so they must leave now!

Cosmo plants his board in the sand.  He exclaims they can't kick him off-- this is his "home." This angers Shamar even more. He takes Cosmo's surfboard and say's it's now his because it's on his private property.
Meanwhile, Bucky wanders off toward the large bulldozer.  When nobody's looking he climbs into the cabin of it.

Shamar and Cosmo play TUG-A-WAR with the surfboard.

Out of curiosity, Bucky turns the key and the giant bulldozer STARTS UP. Thrilled, he pushes a LEVER and the bulldozer goes forward FAST— PUSHING a LARGE PILE of SAND TOWARDS the billboard.  Both Jake and Scrub JUMP out of the way just in time as Bucky KNOCKS OVER the "PRIVATE BEACH" sign, the wire fence, and then comes to a STOP right in front of the BILLBOARD for the new resort-- completely COVERING IT UP with the HUGE PILE of dirt and debris.

The on-lookers all CHEER. Bucky is a hero to them all now!

Cosmo RIPS the surfboard out of Shamar's hands victoriously.

The TV Reporter states to Shamar with pure glee, "Locals, 1. Developer, 0. Looks like the war is on—"

Shamar is furious. Says they may have won this one, but won't again. His demolition crew is arriving in the morning and will start blowing up the land for his resort by tomorrow afternoon! He leaves upset. Others are now worried-- doesn't give them much time.

Bucky's parents show up looking distraught— they saw the commotion on the local news at the hotel.  They're very upset and tell him they're never letting him out of their sight again for the rest of the trip.  Bucky protests— says he was invited to go surfing in the morning to the Napali Coast with his new friends— is told he can't go and is dragged off— doesn't even get to say good-bye to the Hui.

The Hui sadly watches him leave—especially Leolani.

DARK CAVE. Shamar is enraged and asks the dark entity inside the cave what to do about the kids who started the protest. Suddenly the dark, scary, Shadow EMERGES and demands more. Shamar then tosses a small bag of gold coins on the cave floor.  Still standing in the shadow of the cave, Kamapua'a grabs the bag and rips the string tie off. As a ray of sunlight shines in front of the dark cave all that is seen are his large hairy, black hands as he poors the gold coins one by one out of the sack.

Meanwhile, Jake initiates a GUAVA FIGHT with Scrub. Shamar's temper escalates. He grabs them both by the collar in front of the entrance and BONKS their HEADS TOGETHER.  But before he can do it again suddenly a LOUD, ANGRY GROWL is heard as ORANGE RAYS of LIGHT SHOOT OUT from the CAVE and TRANSFORMS Shamar and the two Goons into three tiny, cute-looking TOADS. Jake thinks they look adorable, but Shamar is upset— what did the dark entity do to them?  The dark, scary VOICE says that he just gave them his power of shape-shifting-- which will now give them the ability to watch the kids unknowingly so their plan wouldn't get stopped.  Kamapua'a order them to follow the kids and not let them out of their sight. Delighted, Shamar tests their new powers on his own-- turning he and the two Goons all into large, ugly, brown/black MINAH BIRDS. "That's more like it!" Feels now they can't be stopped-- they fly away, determined with their new powers.

MAKANI'S PORCH, THAT NIGHT. The only light shining in the surroundings of the dark forest and mountains is Makani's old, plantation-style home where he grows Taro  (a plant grown in water) for a living. Makani sits in an old rocking chair with Leolani, Kimo, Cosmo, Nai, and Auntie Luka who are all gathered around on old furniture in a candlelit setting. Leolani watches a GECKO chase an INSECT. Kimo plays his ukulele.  A wise old owl, PUEO, watches them all from a tree.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

Leolani is really saddened about the land she's played on all her life becoming another development. They all talk about ways to save it. Auntie Luka says the best way would be to find an ancient archeological site on the land, but need proof it's there. Makani says all the sacred sites are written down on ancient scrolls— if not in town records then no reason to protect it. Leolani says then they need to go to the town hall tomorrow instead of going surfing-- it feels wrong for them to go on this surfing trip now at a time like this.

Makani says it's the perfect time to go so they can all let go of all their worries— there's a reason for everything and the timing is always right-- even if it doesn't seem it, you're always where you're supposed to be…

Makani looks outside and notices a large black wild hog learking around and has a feeling that Kamapua'a may have something to do with this land issue. He ponders the story of Kamapua'a and Pele and says nothing…

Nai suddenly gets an idea for a new quest-- says they will sail to the Big Island of Hawaii instead of the Napali Coast and will ask Pele for help with how to save the land. Makani says that's a great idea, and he will go to the mountain top and call on the Moon (Mahina) to help them get there fast by making the tide take them there quickly. They are all excited about this. Suddenly Leolani really misses Bucky-- wishes he could go. Says she knows he has something to offer this journey, is a gifted one cause he can talk to animals like Makani. Makani says then the animals will always help guide him, but he still should only do what's in his heart always.

The three Minah birds have been listening from the roof the entire time. They FLY AWAY and meet in private on the other side of the house. Shamar says, "Good-- now we can get rid of all of them tomorrow while they're at sea— will be easy with our new powers." Scrub says, "What about Bucky?" Shamar grins, "Don't worry, now I know he can talk to animals it will be easy to take care of him." They all FLY OFF. Pueo watches them leave curiously… HOTEL. Meanwhile, Bucky gets ready for bed in his own hotel room connected to his parent's room. When he removes his shirt he realizes he's still wearing Leolani's fishhook necklace and gets worried— knows she needs it for surfing in the morning, but he can't sneak out now— what if he gets caught? He's already in enough trouble… wonders what he should do…

Suddenly an OWL FLIES to the WINDOW, startling Bucky. It tells him Leolani will get hurt if he doesn't go with the Hui tomorrow, then FLIES OFF. Bucky now realizes he has to go and give the necklace back, at least. Decides that yes, that is what he'll do. He'll just go real early, give the necklace back, and then come back to the hotel before his parents even wake up. He climbs into bed…

DISSOLVE TO JUST BEFORE SUNRISE THE NEXT MORNING. As his parents still sleep, Bucky SNEAKS OFF…

HANALEI PIER. Nai has his canoe loaded up with supplies for the journey. Auntie Luka drops the kids off next to it. All are excited, but still wish Bucky was there. Suddenly he approaches. All are glad. Says he wanted to give Leolani her necklace back so she'd stay safe. Leolani is touched— says she'll really need it now since they're going to the Big Island to talk to Pele instead of the Napali Coast. Asks him to come along. He says he can't— but then sees the Owl FLY BY overhead. He remembers it's warning about Leolani getting hurt if he doesn't go and says okay and climbs aboard. Everyone says goodbye to Auntie Luka as they SET OUT into the OPEN WATER.



LARGE TREE ON HILLSIDE. Shamar-- as the Owl Bucky just saw-- lands next to Scrub and Jake still in the form of large Minah birds. They all watch Bucky and the Hui PADDLE OUT to the OCEAN. Shamar laughs-- his trick on Bucky worked! He tells Scrub and Jake to fly over the ocean after them, turn into sharks, and capsize their boat. Their orders are to get rid of all of them, but specifically Bucky-- his biggest enemy since he started the whole thing with the bulldozer.

Shamar says he will follow Makani on land and work on the demolition plans at the de-

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.



velopment site. He plans to start the demolition of the site later today. He already ordered enough dynamite to blow up the first part. Should be arriving soon...

OCEAN. It's smooth sailing on the beautiful eroded coastline. The sky is clear. Scrub and Jake catch up to the boat and turn into SHARKS as they DIVE INTO the WATER. They follow closely behind, unnoticed.

MOUNTAIN TOP. Makani places a rock into a Ti leaf and kneels down on one foot. Pueo, the same owl from the night before at Makani's house, sits on a nearby tree, watching closely. Makani gestures to him to go make sure his offering to the Moon (Mahina) is noticed. Pueo TAKES OFF TOWARDS the SEA as Makani begins to say a CHANT to the Moon while HOLD-ING UP his OFFERING.

Further away Shamar turns from an Owl into a large WASP and flies threw the air with his STINGER AIMED AT Makani.

Makani is now in a deep metitative trance CHANTING in Hawaiian with his eyes closed.

Shamar doesn't see a large-- practically invisible— SPIDER WEB in his path right behind Makani and flies straight into the sticky strings. The hungry, large SPIDER comes out onto the web. Stuck, Shamar SPINS AROUND in circles, FRANTICALLY trying to ESCAPE.

"VIBRATIONS" ASCEND from the Ti leaf in Makani's hands. They go HIGHER and HIGHER into the air as he CHANTS LOUDER and LOUDER...

As the Spider nears her pray, Shamar changes back into HUMAN FORM. He PULLS the web OFF of his BODY, THROWS it DOWN in FRUSTRATION, and then quickly turns back into a large MINAH BIRD and FLIES AWAY.

OUTER SPACE. The Moon (Mahina) catches the VIBRATIONS as they RISE. She BLOWS a BIG GUST of WIND towards Earth--

OCEAN. Bucky thinks they're all strange for thinking they'll learn how to save the land from a volcano. Nai says nature is always talking to us if we just listen and pay closer attention-- Just then the wind PICKS UP suddenly and the sky CLOUDS UP. Nai knows it's time to batten down the hatches-- Makani has made communication with the Moon! Bucky is shocked. Others are excited. Nai asks the kids to hold onto some of the loose items like their surf-boards. They have an extra one on board for Bucky. Nai takes his paddle and tries to prevent the canoe from veering too close to some churning water.

At the same time Scrub and Jake, as sharks, start to ATTACK the boat, ROCKING it. Suddenly LARGE WAVES build up--- bigger than they've ever seen. Bucky looks worried— thinks this is what the owl must have meant about Leolani getting hurt. It turns out that the small churning water is a GIANT WHIRLPOOL and the canoe is getting SUCKED into its PULL.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

The storm is increasingly getting worse with thunder, lightning, and wind.

The sharks ATTACK again--- making it even HARDER to keep the canoe UPRIGHT.

The Hui all GRAB paddles and try to DIRECT the vessel the other direction. Bucky is inexperi-enced in paddling and LOOSES a paddle. The storm is too strong. Even Nai looks frightened, as they now have no control over the sea or the sharks---

Pueo APPEARS OVERHEAD, trying hard to keep up in the storm.  Bucky looks at Leolani, wor-ried.  Nai tells them all to GRAB their surfboards--- just in case they have to bail out.

Just then LIGHTENING STIKES DOWN as the as the SHARKS also BITE DOWN-RIPPING the CANOE in TWO!  As it SINKS they all start to RIDE the CHOPPY OCEAN on their boards, head-ing STRAIGH TOWARDS a---

MONSTEROUSLY HUGE WAVE STRAIGHT IN THEIR PATH!

As they all RIDE it a WHITE LIGHT APPEARS in it's FACE and OVERTAKES them---

They DISAPPEAR through it and SURF OUT the other side-- going UP and DOWN like a roller coaster one by one. Bucky CLINGS to his board in FEAR as he PASSES THROUGH the LIGHT--- The sharks go to BITE DOWN on the back of Bucky's board at the SAME TIME and BOTH make it THROUGH the wave RIGHT ON HIS HEELS!  Pueo FOLLOWS THEM overhead--

Everyone has survived the journey through the wave, even the sharks-- who are then sent TUMBLING into DEEPER WATERS by sheer inertia.

The Hui all sit on their boards, BOBBING UP and DOWN in the now calm waters--- wonder-ing what just happened.  Where did the storm go?

A strange, FIERY LAND MASS appears in front of them. Nai is puzzled about what it might be. This scares the kids to know that even he is uncertain about their whereabouts. They all paddle towards it when suddenly Jake, as a shark, JUMPS out of the water and takes a giant CHOMP out of Leolani's board. She strikes him in the nose--- KNOCKING him for a loop.  She says Makani had told her to do that to ward off sharks.

Bucky is scared, then Scrub takes a BITE out of Cosmo's board. Cosmo hits him so hard he goes FLYING OUT of the water.

Nai and Kimo are busy trying to keep on top of their boards. The sharks come back for more. This time Scrub GRABS a HOLD of Kimo's board, almost biting it in two--- Nai states he has never seen such behavior from sharks before.

Just as Jake goes to bite down on Bucky and his board Pueo APPEARS and yells out "WHOOO"



overhead— Suddenly HAPPY, a large, playful, adventure-seeking, macho dolphin appears in the water next to Bucky. Happy BATTLES BOTH SHARKS with his nose— not scared of them in the least. His ability to maneuver around the sharks easily intimidates them— soon sending both Scrub and Jake away, scared.

Bucky thanks Happy. He tells Bucky he can just repay him by saving the land and reef for all of them now... Then tells him to follow him— he can get them all to land fast. Surfing towards the island becomes much easier as they all follow Happy, surfing and paddling towards shore. Bucky now realizes his Ho'amakua powers are getting stronger...

ISLAND. The Hui is tired as they make it to shore. Nai says it looks like the storm took them to another part of Kauai— will have to hike to find a road and make it back home to start over again tomorrow. Others look sad.

Bucky comes to the shore further away from the others. The area is covered in dried-up lava. Off in the horizon is a silhouette of a MALE WARRIOR SPEARING FISH in the shallow water. He does not look friendly as he does it. Scared, Bucky runs to get the others to show them. Nai sees the lava area and Warrior and knows what he is. He's a native-- only dressed like they did hundreds of years ago, not now. This is a strange land where destiny has lead them...

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

Nai leads the kids around a bend and finds a spot up on a hill where they can see more of where they are. They suddenly find themselves OVERLOOKING a SMALL VALLEY where an ANCIENT-LOOKING HAWAIIAN VILLAGE is THRIVING below...

A typical AHUPUAA DISTRICT (a land division extending from the mountains to the sea which ancient Hawaiians lived on) can be seen. Pili grass huts are scattered about the land on either side of a stream leading to the ocean. Some MEN surround a smoldering imu (underground oven)— the same kind they had used on the beach earlier, only this one is much larger. One MAN teaches his SON how to pound the Taro root into poi on a flat, oval rock with a poi-pounder. Taro patches surround the outer edges of the district. Groves of fruit trees are spread across the land. Some WOMEN teach their CHILDREN to weave together baskets out of Hala tree leaves.

The Hui tries to remain still and silent as they watch, wondering where they are.

The leader of the village-- CHEIF (ALI'I) KAWAI LANI, 40's-- paddles in on an outrigger canoe. He wears a feather cape and helmet. He steps onto the land of his district. His MEN carry the day's supply of fish behind him. His pretty WIFE, 30's, with a BABY in her arms, greets him.

From the hill they can all also see a HUGE VOLCANO in the middle of the island SPITTING OUT fire and lava. Now the fire becomes more identifiable to Nai as PELE, the fire Goddess, who's currently atop her home on Kilauea on the Big Island. Nai points out that they're definitely on the Big Island, not Kauai as he first thought, only things seem different-- this village doesn't exist in their time. He's extremely baffled until they all suddenly realize at the same time that they're IN SOME ANCIENT TIME IN HISTORY! Nai then realizes that they must have gone through a "ripple in time wave--" states Makani's chant must have been very powerful! It's very rare, but there's always a reason for it when it happens... Nai knows the ancient lore— when this kind of portal wave opens it only stays open for 12 hours— the moon's rising and setting controls it. They will have to catch it back by nightfall or else they will all be stuck in this ancient land forever. He tells the kids that they must be cautious and watch every step they take-- one wrong move could alter the future. The ancient Hawaiians must not see them, ever.

As Nai lectures, he realizes Bucky isn't there. He tells the others they have to go find Bucky before the ancient Hawaiians see him.



STAND          PAN          STOP     TRUCK-IN

Meanwhile, Scrub and Jake, as sharks, have finally found their enemies on the hill. They change into large, prehistoric-looking BEES and FLY AFTER them.

FURTHER AWAY NEAR THE SHORE. Bucky explores his new surroundings near a CLEAR STREAM. Nearby, some bushes CRACKLE and a young, elegant NATIVE HAWAIIAN GIRL named PRINCESS PUALANI, 13, reveals herself. She giggles at the strangers she sees. She was getting water. Asks what he was doing and why he's wearing such "funny" clothes. She's dressed in native, young princess attire and looks beautiful…

Bucky can't even move— he has seen the girl of his dreams! He's in awe. She smiles at him. He blushes, not able to make much sense as he tries to talk.

Suddenly Jake FLIES IN and STINGS BUCKY on the BACK of the NECK. He YELLS and DANCES around in PAIN. Jake is very pleased as Pualani HIDES behind a tree, not sure what is happening to Bucky or if he is doing an "evil spell dance" on her.

The Hui hears Bucky and runs to him— hoping to get to him before the villagers do. They do and quickly inform Bucky that that they are in the wrong time and need to leave before they're seen.

Just then Pualani comes out from hiding and, not scared in the least, demands to know who they are and what they want on her island. Nai tries to cover, explaining that they came from a far off island called "Neverland." Pualani states she knows all the islands in the Pacific-- her Father taught her well and there's no such island called "Neverland" where Nai says they're from. Because of his crush Bucky spills the beans and says they're really from the future and need to ask Pele, the volcano Goddess, for help saving some land in their own time. Leolani— slightly jealous of Bucky's obvious attraction to Pualani-- intervenes by saying, "So now you know so we can all just get on our way— so let's go guys, Bucky…"

Feeling that they are telling her the truth now and that they mean no harm to her or her island, Pualani decides she wants to help them-- but she points up the fiery mountain at Pele and says they all can't go-- the Goddess doesn't like it when large, strange groups try to approach her. Pualani points to the evidence of some imprints in the lava where some non-native warriors had fallen in an attempt to approach her. Pele knew the warriors were not from this island and therefore didn't know how to respectfully approach her like the native villagers do, so they were sent all the way back to here by her lava… Now Leolani's stuck. Bucky doesn't seem to mind the delay. Pualani says the best way she can help them is to go with only one of them up to see Pele while the others hide out back here so that the other villagers won't find them. Now, who will it be who goes with her? Not wanting her to pick Bucky, Leolani quickly volunteers.

Pueo LANDS close by them on a tree branch. Bucky suddenly "hears" Pueo say to him, "This is your journey Bucky-- you should go." He then remembers the "warning" about Leolani

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

getting hurt again and immediately says, "No Leolani— I'll go." Pueo is glad as he FLIES OFF. Pualani sees his caring for his friend and also knows he heard the Owl's message, for she did too— though she doesn't let on that she did. She just agrees that he's the best one to go. The others are shocked that it is Bucky who Pualani picks. But they must trust Pualani, for she knows this time period best. Bucky looks up at Pele's BURNING MOUNTAIN, unsure he's doing the right thing, but tries to put on a brave face.

The others say they will stay by the shore and wait for the big portal wave. Leolani gives Bucky her fishhook necklace again to help him have a safe journey— and as a reminder of her. Nai gives Bucky his stone adze (Polynesian wood carving tool) in case he may need it. Cosmo says he's got an extra surfboard back home that's Bucky's if they make it back. Kimo just encourages him to make it back to meet them at the portal wave safely.

Pualani and Bucky set out. The Bees, after witnessing all this, follow them.

MOUNTAIN TOP, PRESENT DAY. Makani sits quietly CHANTING until Pueo FLIES UP and STOPS him, saying it worked-- but too strong— the Moon opened up a "ripple in time"







wave portal. Informs Makani that everyone is now back in the ancient world—even Bucky. Makani is shocked— but glad Bucky decided it was in his heart to go. He knows there must be a reason for them to have gone back in time, but says it's now up to them to figure that out and make the right choices if they are to return in time. Tells Pueo that since he can live in all dimensions he thinks it would be best if he went back to the ancient world to keep an eye on them. Pueo agrees as he FLIES OFF.

Shamar, spying as a Minah bird again, witnesses the whole communication.

HOTEL. Bucky's upset and worried parents PACE in Bucky's empty room. His Mother tries to think of where he could be… His Father suddenly remembers that the group of kids he had meet the day before had invited him to go to the Napali Coast to go surfing— he must have decided to go with them. His Mother says they must go to try and find him-- hopes they haven't gone too far yet…

SLOPE OF KILAUEA, PAST. Bucky and Pualani ASCEND the STEEP FACE of the MOUNTAIN. Pualani is strong-- she has no problem with steep terrain. Bucky, on the other hand, struggles with each step, but tries to appear like it's no problem for him.

Pualani tells Bucky she picked him not because he volunteered to go, but because she heard the Owl tell him it was his journey to go on. Bucky now realizes she has the same gift of Ho'aumakua that he has. He starts to feel a deeper connection to her now.

Higher up in the elevation the clouds ROLL IN and the wind begins to WHISTLE as it RAINS. They trek up the STEEP GRADE as the wind and rain slants down SIDEWAYS on them. They can barely make their way up the mountain now. Pualani points to a dark cave not far up the slope that they still have to make it up to.

The Bees struggle to keep up against the wind and rain.

DARK CAVE, PRESENT DAY. Shamar, now in HUMAN FORM, sets a a gold bar in front of the entrance. He tells Kamapua'a that the Hui are on the Big Island aproaching the Volcano Goddess. Kamapua'a becomes very, very motivated as he recalls his old lover, Pele. He longs to see her again even though she banished him from her land. In return he asks to make sure that the Hui never makes it back from the past. The gold bar is SUCKED into the cave by some sort of telepathy.

SMALL VILLAGE, PAST. Chief Kawai Lani sits down to eat a bowl of poi. He takes his cape and helmet off. His Men check the food wrapped in Ti-leafs in the imu.

His Wife approaches, upset. The Chief asks what's wrong. She tells him Pualani hasn't returned with the water yet-- has never taken her this long to come back and is worried.

RIDGE. Meanwhile, Nai, Leolani, and Cosmo are carefully sneaking up the ridgeline in search

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

of their own food. They are careful not to make any noise. Below in the valley is the ancient Hawaiian village. They tiptoe in search of native fruits. The ground underneath them is loose volcanic rock and they do not realize that it is CRUMBLING BENEATH their feet. The little pebbles hit bigger ones, that then hit even bigger ones… all ROLLING DOWN into the valley BELOW…

SMALL VILLAGE. The rocks ROLL RIGHT NEXT TO the Chief and his Wife. He looks up to where the rocks came from and suspects that Kamapua'a, the half-man, half-hog God, must have taken Pualani as revenge for Pele driving him away from Kiluea. He asks for two brave men to help him go after Kamapua'a to help him rescue his daughter.

EDGE OF FOREST, NEAR SHORE. Kimo looks out for the portal wave while the others are looking for food. All the surfboards are rested together on some rocks partly hidden by forest. Suddenly a DARK, SCARY SHADOW like the one seen in present day on the wall of the dark cave APPROACHES…

RIDGE. Nai teaches the kids that anytime you take from the land you have to give back. He opens a piece of fruit, takes out some seeds, and plants them in the ground.
EDGE OF FOREST, NEAR SHORE. Kimo suddenly realizes one of the surfboards—his-- is gone! He notices something hidden behind it now RUNNING AWAY with it--

Kimo GRABS the rest of the surfboards and RUNS UP the ridge to the others— says he must get his board back. Nai agrees because a modern surfboard could let the natives know they are on their island and then they would all seriously alter history if they're found. Just then they see the top of Kimo's board RACE BY BELOW them. They FOLLOW AFTER it—

SLOPE OF KILAUEA. The wind and rain is still FIERCELY BLOWING at Bucky and Pualani. It is too much for the Bees and they're BLOWN INTO a huge, wet LEAF on a tree. They cling to it desperately-- LOSING SIGHT of Bucky and Pualani.

As Pualani and Bucky make it higher the storm suddenly STOPS. They are above the clouds. Once at the top, Pualani hands an offering of Ohelo berries and Ti-leaves to Bucky. She tells him she showed him the way up, but since it's his quest he must enter the cave alone, make a native offering, and then ask for what he needs on his own. Bucky tries to put on a brave face as he says of course he knew that… The big cave looks dark and frightening. Pualani gives Bucky an extra little "nudge" to push him in its direction…

PELE'S CAVE. As Bucky reluctantly enters, a MEAN, DEEP, ANGRY FEMALE VOICE BOOMS from the DARKNESS-- demanding to know "How dare someone disturb me!" The dark cave quickly ILLUMINAHTES with BRIGHT ORANGE LAVA COLORS. The SOUND of ERUPTION nears CLOSER and CLOSER. Bucky timidly places the offering on a rock and quickly jumps back, sensing something big is about to happen…

The approaching, THUNDEROUS SOUND suddenly EXPLODES. LAVA RISES in ALL DIRECTIONS and COVERS the WALLS of the cave SURROUNDING Bucky. PELE'S HEAD and TORSO

EMERGE from a TOWER of LAVA and SMOKE… The Goddess LOOMS OVER Bucky with her hands on her hips defiantly.  She GRIPES that she was busy flowing threw one of her new lava tubes and was rudely interrupted… Bucky emphasizes that he left an offering in return for her help.  Explains that he came from far away— the future, in fact— and needs her help to save some land in that future.  He starts to explain more, but she interrupts him by unexpectedly LUNGING forward-- coming FACE TO FACE with him as she SHOUTS, "I know all past and present and know exactly what brought you here— but tell me, are you sure this land you are trying to save in the future is really mine? And if it is, why is saving it so important to you?"



Copyright 2008, WGA Reg., BSH, Inc. All rights reserved.





Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.



Bucky leans back to shield himself from the heat, suddenly unsure, but then remembers the Guide's story from the helicopter ride and says confidently, "Yes! Yes it is yours because you made these islands and all Hawaiian land is yours except what you gave to Kamapua'a in Hilo, Kamuela and Kohala. I want to save it because it's my new friend's favorite beach to surf on and if it gets turned into a private resort they won't be able to enjoy the natural beauty of it anymore— so I have to try and help them keep that part free for them and everyone to enjoy.  But I don't have much time— I also have to find the "ripple in time wave portal" by nightfall in order to get back and save it before it gets blown up."

Pele says that since she's impressed that he knows his island lore and wants to do this for his friends and others-- not just himself-- she will help him— but she still never knows if this is just one of Kampua'a's tricks being played on her so she can't just "give" him her secrets to the land outright.  She tells him if he really is doing what he claims he is and he truly does want to help save her land for the good of all, then fate will allow him plenty of time to figure out how to do that as he solves this--

She gives him a riddle: "Go across the Kalo Patch, between the Sacred Mountains, under the Koa Tree, and through the Blue Room to find what the Dragon's Heel conceals."

She says the first four parts are for finding his way back home and the last part is for finding his answer once he returns— if he does. Then she DISAPPEARS.

Bucky leaves the cave and tells the riddle to Pualani. Pualani looks worried—what Pele mentions in the riddle are all places on the island, but they're all also in Kamapua'a's-- the half-man, half-hog God-- territory. He's her village's biggest enemy and they're not protected from him when they're off Pele's land. Pualani explains, that the two sacred mountains are Mauna Loa which is here and Mauna Kea which is above the village of Hilo. It will be very dangerous to go to these places. Bucky says he has no choice, he has to go…

TOWN RECORDS OFFICE, PRESENT DAY. Makani is buried in rolls of paper that look like ancient scrolls up to his neck looking for sacred archeological sites. He takes the last scroll off of the shelf, reads through it, and looks discouraged. He starts to put all the papers back.

Shamar, as a CENTIPEDE now, looks happy as he WIGGLES THROUGH a small hole in the door, turns back into HUMAN FORM, and struts off down the hallway. The ancient scroll is seen peeking through the top of his back pocket.

DEEP NATIVE FOREST, PAST. Big Ohia Lehua Trees and Giant Tree Ferns TOWER OVER Nai and the kids. They quickly RUN and HIDE behind a LARGE ROCK.

The Chief and his Men RUSH BY in pursuit of Kamapua'a and his daughter. One of the Men stops to study a footprint on the ground made by one of the Hui. He shows the Chief that there isn't any toe marks from bare feet— not knowing he's really looking at a shoe-print. What is Kamapua'a turning himself into now? The footprints lead behind the large rock. They APPROACH the rock SLOWLY, but behind it find nobody there— only more footprints leading right up to a STEEP RAGING RIVER'S EDGE. The Chief and his Men RACE ALONG the bank UPSTREAM, unknowingly by-passing the Hui-- who are all HANGING UP in a GIANT TREE ABOVE THEM and the last prints, holding on for dear life!

SLOPE OF KILAUEA. Going down is a lot easier than going up for Bucky and Pualani, but Bucky still doesn't understand how he's going to figure out the riddle and make it back in time before the portal wave closes. Pualani says she knows where there's a Kalo Patch nearby so she can take him to the first part of the riddle now. They quickly HEAD TOWARDS it.

DEEP NATIVE FOREST. The SCARY SHADOW EMERGES out of a THICK PART of the FOREST and now KAMAPUA'A— in half-man, half-hog form-- is finally seen in all his creepy, ugly glory for the first time. He has an ugly hog's face with long tusks like a wild Boar. Sharp bristles run down his spine, and his hog-like legs end with hooves instead of feet. He rests Kimo's surfboard next to a big rock beside the steep, RAGING RIVER as he stops to GORGE on a bunch of LARGE BANANAS from a nearby tree. The rest of the Hui's surfboards are HIDDEN under HUGE BANANA LEAVES near him.

Nai and the group spot him from above as they HANG ONTO the giant tree. Kimo wants

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

to just reach down and grab his surfboard, but is frightened of the scary-looking creature. Leolani tells everyone to just follow her on the count of three—

Meanwhile, further up the river, the Chief and his two Men realize they must be going the wrong way. They turn and head BACK DOWN the RIVERBANK.

GIANT TREE. Leolani yells out, "Three-- JUMP!" In ONE swift MOVEMENT all FOUR JUMP OUT of the tree. Leolani GRABS Kimo's board— startling Kamapua'a-- as they all LAND next to the RAGING STREAM. The others each GRAB a surfboard from UNDER the huge banana LEAVES and PLACE them in the INLET. They all start to RIDE DOWN the RAPIDS one by one— not even giving the still-startled Kamapua'a time to react--

Just then he HEARS the Chief and his Men APPROACHING— Kamapua'a GRABS an OLD LOG and JUMPS ON it, SAILING DOWN the RAPIDS.

The Chief and his Men all APPEAR, see Kamapua'a SAILING AWAY, GRAB the GIANT BANANA LEAVES, and use them as "rafts" to BODYSURF DOWN the RIVER on AFTER HIM--

RIVER BANK, NEAR KALO PATCH. Pualani and Bucky make it to a large Kalo Patch near the RAGING RIVER running down the mountain. They both look tired as Pualani says the first part of the riddle must be around here somewhere… it's the biggest Kalo Patch on the island. Bucky says maybe it's to solve their thirst then— they go over to the ROARING RAPIDS. Pualani takes a drink. So does Bucky. There's a strong attraction between them. Bucky picks a white Hibiscus flower and gives it to Pualani. She blushes. Feeling brave, she starts to lean in for a kiss, when suddenly—

The Hui ZOOMS DOWN the RAPIDS PAST THEM. There's no way for them to stop. Cosmo yells out Bucky's name and it ECHOES the area.

Bucky and Pualani both HIDE behind a LARGE TREE.

Then the river becomes a busy highway. Kamapua'a FLIES BY on the log followed by the Chief and his Men BODYSURFING on the banana leaves in the flowing water.

Bucky and Pualani suddenly realizes they must go help her Father and the Hui-- Bucky immediately takes out the adze Nai gave him and hastily chops down a big piece of Koa wood. As he quickly makes a makeshift craft for them Pualani states this is as far as she can take Bucky— at the bottom of the river she must go back with her Father. Bucky looks at Leolani's necklace and agrees. He suddenly knows he belongs back with her and the Hui in his own time too. This must be the first part of figuring out the riddle— to get them to reunite with the people they truly belong with. They are both sad, but know they each have their own journey to follow… He says he's now glad he came to Hawaii and learned all this.

SKY, PRESENT DAY. Bucky's parents look for Bucky in a sightseeing helicopter with the same

Pilot/Guide as before.  As they fly above the ocean they see nothing but a BUNCH of BIG WAVES BELOW as well as one that— unknown to them— is the portal wave that's LOOMING CLOSER by the minute with FLYING FISH JUMPING out of it…   The Guide states it's waves like these that the group was probably going out to try to find to surf.  Bucky's Mother tells the Guide she would never let her son do something so dangerous—

RIVER BANK, PAST.  Bucky and Pualani place the floatation DEVICE on the RAGING WATER and SAIL DOWN the DANGEROUS RAPIDS.

MAKANI'S HOUSE, PRESENT DAY.  Makani comes home and tells Auntie Luka about Bucky joining the Hui and them all being back in time. He also states he couldn't  find any records of any ancient ruins being on the land for the new resort. Makani sadly says they'll just have to except that the land will now be turned into a resort.  He states his only concern now is for everyone's safety on the ancient journey.

Auntie Luka suggests that maybe they're back in time for a reason. Maybe something good might reveal itself because of it. Her optimism enlightens Makani.  He looks up at the sun— knows it will be setting soon and the moon will be coming out.  Both know the Hui needs to be back by then. He asks her, "What do we do now?" "Hope…"

OVERHEAD VIEW OF FOREST, PAST.  Scrub and Jake, as Bees, FLY over trees trying to keep up with Bucky and Pualani FLYING THROUGH the RAGING WATER. They accelerate down to them and TRANSFORM INTO large, mean, ancient-looking PIRANHA-LIKE FISH and FOLLOW THEM DOWN the RAPIDS.

SMALL BODY OF WATER.  Nai and the crew FLOW with the STREAM until it EMPTIES INTO a SMALL POOL and they all STOP. Kimo is thrilled with the ride they just took as the others try to catch their breath.  NOISES come from UPSTREAM-- they must hide-- but the only place available is a SMALL CLUMP of RIVER REEDS near the SHORE.

FURTHER UPSTREAM.  Pualani and Bucky easily make their way down the RUSHING STREAM in the makeshift craft.  The DORSAL FINS of Scrub and Jake begin to TAIL behind them. Suddenly the BACK END where Bucky sits is abruptly RIPPED OFF by one of the piranah's JAWS. There is little time to react-- the vessel is QUICKLY FILLING UP with WATER. Another piranha bite RIPS OFF one of the OUTER WALLS. Bucky HITS the piranha on the NOSE like it's a shark. This KNOCKS him OUT for a moment.  Scrub RIPS OFF the other OUTER WALL of the craft. Now the kids are just COASTING on a FLAT BOARD— until another piranha BITES DOWN on it, SPLITTING it into TWO SEPARATE, FLAT PIECES of WOOD.  Bucky and Pualani each CLING to ONE— both of which look just like old-fashioned, long-board surfboards…

Pualani asks what they should do now. Bucky is now forced to attempt to stand up and surf. He tries, and finally GETS HIS BALANCE! He shows off his SURFING ABILITIES to Pualani. She is a little timid at first, but then catches on as she stands up on hers too, MIMICKING him. They both SURF DOWN the RAPIDS SWIFTLY TOWARDS the--

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

SMALL BODY OF WATER. Kamapua'a FLIES THROUGH the AIR on his log over the last RAPID of RIVER before coming into the pool, making a SPLASH LANDING.

The Chief and his Men BODYSURF into the pool and make a BIGGER SPLASH LANDING RIGHT ON TOP OF HIM!

The Hui HIDE NEARBY UNDERWATER using the hollow river reed shoots as breathing tubes. Their surfboards are HIDDEN on the SHORE.

The Chief and his Men GRAB Kamapua'a and DEMAND to know where Pualani is. He says he doesn't know what they are talking about. Not believing him, they begin to RUMBLE—

Meanwhile, Bucky sees the FIGHT happening UP AHEAD and STOPS SURFING right before the small body of water. He HIDES in the BUSHES. Pualani waves good-bye as she CON-TINES ON and LANDS RIGHT NEXT TO her Father and the Men FIGHTING Kamapua'a. When she APPEARS the Men all LET GO of their GRIP on Kamapua'a, giving him time to turn into a SEAGULL and FLY AWAY before they can catch him.

The Chief is relieved to see his daughter— asks if she's all right. She tells him yes, as she sadly sees Bucky watching from the bushes. The Chief, Pualani, and Men turn to go back to their village.

Once they're gone EVERYONE EMERGES from the WATER at the same time and GASPS for breath after witnesses what just took place. They are glad Pualani is back with her Father and Kamapua'a is gone, but are worried about Bucky— did he not make it back? Suddenly Bucky SURFS DOWN to them and the Hui are thrilled to be reunited with him— especially Leolani.

Bucky tells them about the riddle Pele gave him— states Pualani took him through the first part and they figured out returning to their own people was what it meant as Bucky gives Leolani her fishhook necklace back, saying now he doesn't need a "reminder" of her anymore. She blushes, getting his underlying meaning. He states he's still unsure of the rest though. Leolani points to the two mountains, Mauna Kea and Mauna Loa, on either side of them. The river they're now in runs between them, so they must be the Sacred Moun-tains— the second part of the riddle— so they must be headed in the right direction to find the portal wave.

Nai says he is glad she figured that out fast cause nightfall is coming soon and they must hurry to figure out the rest of the riddle to make the journey back in time. They hurry on to go to the next part—finding a Koa Tree…

Scrub and Jake, back in Bee form, watch from a distance. They observe other BEES pollinat-ing some flowers in a nearby field of flowers among a HUGE KOA FOREST. This gives them

an idea. They follow some BEES back to their hive.

DRAGON'S HEEL DEVELOPMENT SITE, PRESENT DAY.  The TV Reporter and Bucky's parents ask for the public's help with finding Bucky. It will soon be getting dark now, so his parents are very worried. In the foreground LOCALS have picket signs reading: "NO NEW RESORTS," "BEACHES ARE FOR EVERYONE," "SAVE DA AINA (LAND)", and "MALAMA KAUI (TAKE CARE OF KAUI)."  Smitty, Tiny, and Bubbles, while picketing, recognize Bucky's picture immediately as the hero from yesterday.  Are all sad he's lost.

Shamar arrives with the DEMOLITION CREW to blow up the Dragon's Heel.  Is glad every-one's there to watch— including the TV crew.  States to the TV Reporter sarcastically, "Now today it will be "Developer, 1, locals 0—"

MAKANI'S HOUSE.  Makani and Auntie Luka see all this on TV.  Makani says, "Lets go tell Bucky's parents what's happened."

BEE HIVE, PAST.  TWO strict-looking, GUARDIAN BEES dressed like the London Tower Guards stop Scrub and Jake at the entrance— saying they know they're "foreigners" of another hive and can't be allowed in without a passport. Scrub expresses that they have urgent news for the Queen— would effect all the hives of the island if she doesn't find out about it. The Guards seem doubtful, but decide to let the Queen decide for herself if she believes them.

The two Goons are brought to the elderly-looking QUEEN BEE sitting on her thrown. She wears a Hawaiian-like robe and acts more than a little "forgetful." The two Goons realize they are definitely in luck with trying to fool her!  Scrub warns the Queen Bee about some island "invaders" who are here to destroy all the flowers on the island so none will be left for them to pollinate.  She's immediately interested in seeing this for herself.  Escorted by her two, still-skeptical Guardians, the Queen Bee follows Scrub and Jake out of the hive.

KOA FOREST.  The Hui stands looking at a forest of Koa Trees as far as the eye can see. Cosmo is curious if Pele meant just finding one Koa Tree specifically or a whole group— for if she meant only finding one this is going to be a serious undertaking and they don't have much time!  Bucky goes over the riddle again…

Further away Jake, Scrub, the Queen, and her Two Guardians all look down from a ridge. They watch as Kimo TRIPS and FALLS on a patch of flowers— FLATTENING them completely. Alarmed, this "accidental happening" now convinces the senile Queen Bee that they really are a threat to their entire world of flowers!

Back on the Hui, Cosmo skips ahead in the riddle and focuses on the part about the Drag-on's Heel. Wonders if the "dragon" could be code for "crocodile." Leolani reminds him that Hawaii doesn't have crocodiles and that he's thinking of Australia--

Suddenly a THUNDEROUS BUZZING SOUND is HEARD. The Hui looks up to see a CLOUD of

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BLACK DOTS INVADING the sunny sky. It's a pack of BEES preparing for ATTACK. Scrub and Jake LEAD the army and COMMAND a dive-bomb on the Hui. All five of them RETREAT INTO the FOREST as the PACK of black dots SWOOPS DOWN in a big V-SHAPE. The BEES ZOOM TOWARDS THEM-- trying to ATTACK the kids ONE BY ONE. Kimo BATS AWAY some BEES with his surfboard.

OUTER SPACE. The Moon (Mahina) wakes up and starts to rise as the sun sets. She BLOWS WIND towards Earth again—

KOA FOREST, PAST. The sky DARKENS RAPIDLY above. FIERCE trade WINDS FOLLOW. The BEES are instantly BLOWN AWAY. Branches FLY OFF of trees and some UP-ROOT. Jake and Scrub are BLOWN TOWARDS the OCEAN in the distance.

Bucky is suddenly PICKED UP in the AIR by the WIND. Everyone else is also PICKED UP and BLOWN AWAY through the AIR. The wind CARRIES THEM all until they CRASH-LAND ON a soft carpet of LARGE FERNS near a CLIFF. Everyone is disoriented by the fall…
The WIND is still STRONG, but the tall, JAGGED ROCKS SURROUNDING THEM partly shields them all now. When Bucky comes to, he murmurs that now they're too far away from the Koa Forrest to find the tree and that means they won't solve the next part of the riddle in time-- he has failed to get them to the wave portal! Time is running out and they are going to be stuck here forever… All look sad, but say it's not Bucky's fault, they all tried together… Defeated and feeling like it is his fault, Bucky stands up and walks towards the edge of the cliff so they won't see his guilt. He pauses at the sight of a lone, giant Koa Tree standing near the very edge of it. Underneath it is a small LAVA TUBE that looks just like the same lava tube opening where he grabbed the scroll. He suddenly sees an "image" of the scroll wedged between the rocks the day he got it out— and then it morphs into the same scroll he thought he saw in Shamar's hand at the construction site.

Something suddenly dawns on Bucky as his hope is revived-- he excitedly announces that they're not too late— he figured it out! He now knows their answer for saving the land lies on the scroll when they get back! Now all they have to do is get back in time and get it from Shamar— states this Koa Tree led him to the clue so it must be the one Pele meant for them to find, so they need to paddle out to the portal wave from here now! Nai doesn't think they can go through the lava tube to get to the water— the waves are usually too dangerous near them. Bucky says they can— he did it before. Others are shocked, but trust him completely now. Start to go towards the lava tube below.

Suddenly Kamapua'a APPEARS in FRONT of the TUBE and says they're not getting off the island to go back and save any land that belongs to Pele! With a snort he holds out his horrid hand and PROJECTS a HAU BUSH (an impassible, intertwined, entanglement of thick, wild Hibiscus) at the OPENING of the lava tube. An infinite BARRICADE of the plant BLOCKS the way to the WHOLE OPENING. Kamapua'a laughs and snorts as it GROWS WILDLY. Leolani tries to reason with him, but he only SURROUNDS them ALL in DEEPER HAU. The Hui knows there's no time to loose. Nai asks for the adze he gave Bucky back and begins using it to

CHOP AWAY at the TANGLED MESS. Bucky, Cosmo, Kimo, and Leolani use their own bare hands to physically BREAK the BRANCHES APART--

SUDDENLY a THUNDEROUS SOUND works its way to the group. The Earth RUMBLES…

KILAUEA SUMMIT. Pele EXPLODES and out comes a MASSIVE ERUPTION. LAVA OOZES OUT and colors the mountain BRIGHT ORANGE.

SMALL VILLAGE. Chief Kaiwi Lani reunites Pualani with her Mother. She is thrilled to have her back. They all see the fiery Goddess is at work and become spectators to the event— know she must be battling Kamapua'a again. Pualani hopes so, holding the flower that Bucky gave her, keeping him in her thoughts.

LAVA TUBE. Lava begins to FLOOD the LAND behind them setting FIRE to some of it. The Hui continues to RIP APART the Hau that surrounds them to make a CLEAR PATH to the lava tube OPENING. Pele's LAVA QUICKLY ROLLS TOWARD them, BURNING UP EVERYTHING it comes into CONTACT with. Kamapua'a SLIPS AWAY once again-- thinking they're all DOOMED. The Hui realizes it's now or never-- with the combined strength of everyone they RIP the Hau AWAY from the OPENING. Nai makes sure everyone ENTERS the OPENING JUST as the LAVA REACHES them. The Hui makes it down to the ocean with the LAVA still FAST APPROACHING--

They all JUMP IN the WATER, fighting against the STILL-STRONG WINDS, as they PADDLE on their surfboards towards the MONTROUS WAVES— but which one is the portal wave? Cosmo says he now knows the next part of the riddle—the "Blue Room" means finding the biggest, most perfect tube they can enter— but there are many waves to choose from, sets are rolling in by the second— will they find the right one in time?

Just then Jake and Scrub APPEAR back in the form of SHARKS. They look very hungry as they approach the surfers… Suddenly Bucky calls out for help— Happy, the dolphin from earlier, APPEARS and says to Jake and Scrub, "Hello again mates." Now terrified, they INSTANTLY turn themselves back into HUMANS. Happy laughs just as Pueo APPEARS overhead and tells Bucky to follow him to the portal wave— and hurry, it's about to close!

Bucky tells the others to all follow him as Happy has them all form a LONG CHAIN so he can PULL THEM out towards the right wave quickly. Once Pueo points it out, they all stand up one by one and SURF INTO the "BLUE ROOM" TUBE of the WAVE. Nai is the last to SURF THROUGH the OPENING of the PORTAL— just barely making it before the wave CRASHES.

As the WAVE CRASHES the PORTAL CLOSES and Scrub and Jake—FLOUNDERING AND SPLASHING ABOUT— miss going through it. They realize they are now stuck there forever! Suddenly a FAT, TIGER SHARK swims up and looks at them hungrily… They both gulp.

Kamapua'a swims away in the form of the (small fish) Humu-humu nuku-nuku apua'a.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

OCEAN, PRESENT DAY. The Hui all SURF THROUGH the portal wave and move towards the LIGHT at the end of the TUNNEL. The light turns into a BLURRY BLEND of COLORS. All SURF into the PRESENT and TOWARDS SHORE until they've all MADE IT BACK to PRESENT DAY. Birds CHIRP at their arrival. Bombshell and Pueo GREET them.

DRAGON'S HEEL DEVELOPMENT SITE. Makani and Auntie Luka talk with Bucky's parents. They are in disbelief. Don't believe them. Makani watches the WAVES ROLL IN and wishes the kids were riding them.

Suddenly Leolani "appears" out in the ocean being "SPIT OUT" of the BARREL of a WAVE— followed by Kimo, Cosmo, and Nai. Makani and Auntie Luka both jump with excitement. Say to Bucky's parents, "Now do you believe us?" Bucky's Mother says, "Yes," sadly, "but where's Bucky?" Makani now realizes he's not seen among the others. Maybe the wave closed on him... They all wait, then finally-- see Bucky EMERGE from the TUBE! There is a BEAUTIFUL SUNSET in the background...
The whole Hui now makes it to shore and everyone gives each other hugs in this joyous moment of REUNION.

Shamar is shocked and worried— tells his Demolition Crew to hurry up. The CREW SUPER-VISOR says it's getting too dark— yells, "It's quitting time now boys!" His Crew all stops working. Shamar says then he'll just do it himself!
Bucky's parents are glad as they hug Bucky, then get upset. Say he's in bigger trouble now— let's go. Bucky says he can't go yet— still need to solve the last part of the riddle to save the land by seeing what's being "concealed at the Dragon's Heel." Makani points out the land referring to the "Dragon's Heel" nearby that makes up that part of the mountain range. Now they can all see the "heel of the dragon--" which Shamar is about to blow up to start his project!

From a loud speaker Shamar tells the Picketers in front of the Dragon's Heel that they're trespassing on private land and need to evacuate because it's going to be blown up now.

Bucky hears and says they must stop him! A blank look is on his parent's face. He begs them to believe him. They reluctantly let him proceed. Bucky grabs Scrub's megaphone and demands that Shamar show them the ancient scroll he knows he has.

Makani watches Shamar closely. The Picketers wait to see what will happen next. Shamar says he doesn't know what he's talking about as he tries to find the right fuses to light to blow up the site. Makani now notices the ancient-looking scroll sticking out of his back pocket--

Before anyone can stop him Bucky RUNS OVER to the place where the demolition is about to happen and FINDS a LARGE PILE of HAU-LIKE BUSHES under all the EXPLOSIVES that's COVERING UP something UNDERNEATH it. He repeats the last part of the riddle again— says it must mean it's "concealing something" underneath here— he just knows it! He




YELLS for EVERYONE who wants to help save the land to help him rip it all away. Smitty, Tiny, Bubbles, Nai, the rest of the Hui, all the Picketers— and even the Demolition Crew Workers themselves now all help him MOVE the EXPLOSIVES and then RIP the BUSHES OUT OF THE WAY-- REVEALING a LARGE HEIAU (a sacred Hawaiian Temple) UNDERNEATH—

Everyone is shocked— but glad— it's a sacred ruin that can't be destroyed.  The land is saved!
Defeated, Shamar stops trying to blow it up now. Makani approaches and grabs the ancient scroll from his back pocket, telling him he won't need to be "concealing" this any longer either now— belongs back in the town records…  Shamar looks upset, knowing he's been caught.

Bucky is happy. Makani congratulates him. Pueo FLIES overhead.  His parents are proud of him— they forgive Bucky for running away. His Father regrets not treating him more grown-up now. His Mother agrees.  Leolani lets them know that Bucky is brave— he saved the land and is now not just a hero in Hawaii, he's her hero. She kisses his cheek. He blushes, but is glad.  His new friends invite them all to a real luau celebration now-- they except.

HANALEI BEACH, LATER.  Campfires are lit up and down the beach. The LOCALS enjoy their playground once again.

The pop-up tent is BACK UP.  Bucky and the Hui have a celebration/luau with his parents. Kimo and Cosmo invite Bucky to check out the incredible surf that awaits them. Auntie Luka says that the land is happy again and their reward is great surf. Bucky's parents want to see him surf now.

DARK CAVE.  Shamar approaches the cave. He tells the scary Shadow inside that he will get them next time. The Shadow says since he messed up there won't be a next time with him— ZAPS him into a RAT forever. Shamar SCURRIES away into the FOREST.  The Shadow EMERGES from the cave as KAMAPUA'A in the same half-man, half-hog form as seen in the

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.



STANT ⟶ PAN ⟶ STOP

past. He looks out into the surrounding land and grumbles that now he will have to find another human to feed his greed.

OCEAN. Bucky paddles out into the GREAT SURF. Cosmo rides a BIG WAVE. Kimo WIPES OUT, but recovers in his usual, happy way. Leolani, Nai, and Makani all SURF ONE BIG WAVE together. Bucky drops into the BIGGEST, MOST SPECTACULAR WAVE of the evening. Bombshell JOINS IN on the RIDE DOWN and Pueo SOARS OVERHEAD. Everyone CHEERS for him— especially his parents. He has now mastered surfing!

**THE END.**





© Copyright 2015 by Buck G. Woodall
Nothing shown may be reproduced in any form without obtaining the permission of the publisher
and any other person or company who may have copyright ownership.

**Final screenplay submitted to Marchick in 2011.**



## "THE WAVE WARRIOR"

Material:   Animated Feature

Genre:   Mystical Time Travel Adventure (ages eight & up)

Written By:  Buck GoodDay Woodall & Meghan Gallagher

Copyright 2016 All Rights Reserved
WGA Registered

SKY ABOVE KAUAI ISLAND AT NIGHT, WITH FULL MOON.

Show dragon lying down in the Kauai forrest with his head against a rock, waterfall in background. Dragon puts on his reading glasses, opens a book with "Bucky The Wave Warrior" written on the cover. He begins to read the text in the book.      Disney's opening scene in Moana is just like mine, only they make it a hawk flying over the island instead of a helicopter.

Cut to: Ext. SKY NEAR KAUAI, HAWAII - DAY

A SIGHTSEEING HELICOPTER swoops around the cliffs of an eroded, cathedral-like MOUNTAIN. Large WATERFALLS cascade down the rock wall as the helicopter zooms by.

                    Pilot guide (O.S.)
          Kauai is the oldest of the Hawaiian islands.

The helicopter flies over the breathtaking mountain and lush, exotic greenery, then over the ocean.

                    Pilot guide (O.S.) (CONT'D)
          Some of the rarest species of plants and ani-
          mals on earth can only be found right here.

The beauty of the land is breathtaking. Through one of the helicopter windows we see BUCKY (13), thin, blond, in gaudy tourist attire, SIGH LOUDLY. He thumps his forehead against the window, bored.


Int. Sightseeing helicopter - day

The PILOT GUIDE (30), native Hawaiian, flies A FAMILY OF TOURISTS. The MOTHER (40), loud flowered dress and enormous sun hat, gawks at the sight out the window. The FATHER (40), floral shirt and bright shorts, takes a photo every second.

                    Pilot guide
          Because Hawaii is one of the most isolated
          places on earth, these rare species flourished
          without interruption for ages before people
          showed up.

Bucky stares right through the breathtaking scene below.

> Pilot guide (CONT'D)
> Sometime after 1250 AD, the Tahitians
> arrived. Many others came after that. So many,
> in fact, that the culture became very rich in
> unique Hawaiian lore.

Bucky's mother notices her son not paying attention. Annoyed, she SNAPS HER FINGERS to get him to listen. It doesn't work.

> PILOT GUIDE (CONT'D)
> Storytelling became a very important part of
> the lifestyle, and many ancient legends are
> still told today.

Here is a scene were my pilot character talks about storytelling being a very important part of the lifestyle in Hawaii. In Moana the second scene is of Moana´s grandmother telling the story of Maui to the children.

> mother
> I want to hear one. Do you, Bucky?

> Bucky
> Whatever.

Here Bucky`s Mother asks the Pilot to tell a story.

The camera CLICKS away as Bucky's mother looks out the window again, more determined than ever.

> BUCKY'S MOTHER
> That mountain range below looks like a drag-
> on, don't you think, Bucky? Surely there's a
> story about a mountain that looks like that.

Here Bucky`s mother points out a Dragon figure in the mountain range of the Island.  In Moana they introduce the Island of Motonui with a Goddess figure in the mountain.

> Pilot guide
> Actually, you're right. The head is where the
> mountains meet the sea.

Bucky focuses on the mountain without moving his body. He easily identifies the parts that the pilot guide points out.

> Pilot guide (CONT'D)
> The jagged peaks form his spine, and the part
> near the shore is his back heel. It's part of a
> volcanic mountain range that connects all of
> the Hawaiian islands.

> Mother
> That's quite something, isn't it?

Bucky SIGHS loudly again. His mother isn't impressed.

> Pilot guide

The biggest volcano is Mauna Kea on the Big Island. The Kilauea crater is said to be the home of Pele, the fire goddess of Hawaii. She holds many secrets of the land.

                    MOTHER
What secrets? I want to hear about Pele, don't you, Bucky?

                    Father
Well, I know I certainly would.

Bucky doesn't acknowledge them. He is so bored.

The Pilot proceeds to tell a story about Kamapuaà and Pele the Demigods of polynesian folklore.

                    PILOT GUIDE
The story goes that Pele had a romantic admirer: Kamapua'a, the half man, half hog demigod.

As Bucky blankly stares out the window, he begins to VIVIDLY IMAGINE the story of Pele and Kamapua'a.

                    Pilot guide (CONT'D)
Kamapua'a tried to charm Pele into marrying him. But just when she was about to say yes, she realized he was greedy and was after her land. Pele grew fearful and asked him to leave her alone. He continued to peruse her despite her wishes. Upset and broken-hearted, she threw an angry gust of flames at Kamapua'a, but he turned into the humuhumunukunukua-puaa fish. His tough scales protected him and he escaped into the ocean.

In this paragraph the fire goddess Pele throws a gust of flames at the demigod Kamapuaà.  This occurs in Moana when Maui is attacked by Teka, Disney`s version of a fire goddess.  Maui is also a demigod who shapeshifts, where`s tattoos a skirt and carries a hook shaped club.

As Bucky IMAGINES Kamapua'a eluding Pele, he steals a quick glance at the pilot guide, hoping to hear more.

                    PILOT GUIDE (CONT'D)
After much fighting, Pele and Kamapua'a realized that they couldn't destroy one another. They decided to divide up the land that they both wanted equally. Pele would control the beaches and the volcanoes connected to them, and Kamapua'a would control the rainy, forested areas in the north of the Big Island.

The battle continues.

Bucky identifies the land that the pilot guide refers to.

                    PILOT GUIDE (CONT'D)
It's been that way ever since, but Kamapua'a

always wants more, and continues to try and
gain control over Pele's territory all the time.

                    Father
Well, why is that, would you say?

              PILOT GUIDE
Pele didn't want to keep the land from Kama-
pua'a just because he broke her heart.

                                        Here it is mentioned that Kamapuaà
              Mother                    breaks the heart of Pele.  In Moana Maui
Well then, why did she?                 steals the heart of Tefiti and turns her into
                                        Teka the fire goddess.
              Pilot guide
Because Kamapua'a, just like some people
now, had different ideas about how the land
should be used.

Bucky watches the land below and looks appreciative as he really sees it this
time. His imagined world of Pele and Kamapua'a dissolves.


Ext. Sky near kAUAI, HAWAII - day

LARGE, UPSCALE HOTELS loom into view as the helicopter flies past. Several
TOURISTS play in the pristine ocean; the many FLAGS that represent them
wave in front of the hotels. Lush GOLF COURSES stretch for miles into the
distance.

              Pilot guide (O.S.)
          (sadly)
Some people just don't know when to stop
building when they could enjoy what's already
here...

Bucky can be seen inside the helicopter taking it all in as they soar to a more
deserted part of the beach. The pilot guide's VOICE fades into the background.


Int. sightseeing Helicopter - day

Bucky notices an OLD HAWAIIAN MAN (65) cast a fishing net into the water.
Bucky is in awe as he watches the scene.


EXT. ROCKY BEACH - DAY

Suddenly a vision of PUEO, an owl, flies out of the net toward a big wave. Pueo
transforms into BUCKY SURFING the wave with ease. Then, the rippling water
fades away and takes the form of a YOUNG TEENAGE GIRL.

                        Here is the first shapeshifting scene in my
                        movie.  Disney copied this element to my story
                        as well and thrives on it throughout the epic
                        block buster, Moana.

Bucky watches the real girl surf below.

Int. sightseeing Helicopter - day

Bucky excitedly turns and faces his family, unwittingly interrupting the guide's spiel.

>                    BucKYBucky
>               (shouting)
>          I want to surf, too!

His mother and father blink at him, silently.

>                    Father
>     Too?

>                    Mother
>          It's rude to interrupt, Bucky.

>                    Pilot guide
>               (laughing)
>          That is one of the main reasons people come
>          here. Surfing was discovered by Hawaiian
>          royalty. It allows you to experience the mana
>          of the islands.

>                    Bucky
>          What's mana?

The pilot guide smiles at Bucky and motions to the girl surfing below.

>                    PILOT GUIDE

Here is where I first introduce my character Leolani.  She is who Disney copied to make Moana.

>          Watch.

Bucky presses his face against the glass, intrigued.

Ext. Rocky beach - day

The wave's crest carries the girl by the Dragon's Heel. She seems to become one with the wave as she rides it toward a dangerous reef.

Ext. Helicopter - day

Bucky's parents frown as they peer out. Their faces greatly contrast Bucky's excited face in the next window.

Int. Helicopter - day

Bucky's parents turn away from the window.

                    Mother
        I don't know about that, Bucky. Seems awfully
        dangerous.

                    Father
        I think you're much too young.

                    Bucky
        But I want to do it!

                    Pilot guide
        There is a surf camp  at the beach.

                    Mother
        So much water, and think of the creatures in
        there. You could get a rash, did you think of
        that?

                    Father
        Sharks and urchins. Reckless! Don't even get
        me started on sand fleas.

Bucky slumps into his seat as his hopes fizzle away.

                    BUCKY
        Why'd we have to come to Hawaii for vacation
        then? We should have stayed in New Mexico
        where there's no water.

Bucky leans against the window again apathetically. His mother returns to
being annoyed, and his father resumes taking photos.

                    Bucky (CONT'D)
        I hate it here.

                    Pilot guide
        Everything happens for a reason. You're sup-
        posed to be here.

Bucky shoots a seething look at the pilot guide.

                    Pilot guide (CONT'D)
        The islands will tell you why. You'll see. They
        speak to everyone.

Here there is a conflict between Bucky and his parents. Bucky wants to learn to surf but his parents say he is too young. In Moana there is a very similar conflict. Moana wants to sail beyond the reef and her father forbids her to do so.

Bucky is angry and upset but the Pilot encourages him and tells him everything happens for a reason and that the Islands will tell him why. In Moana she is angry and upset with her father and her grandmother encourages her to follow her heart and that eventually the island tells her what to do.

<div align="center">Bucky</div>
<div align="center">(under his breath)</div>
<div align="center">That's stupid. Islands can't speak.</div>

Bucky looks back to the mountains, annoyed.

Ext. kauai, hawaii - day

Suddenly, an EYE OPENS and the mountain range takes the form of a REAL GIANT DRAGON. The dragon CRACKS A SMILE AND WINKS at Bucky.

Int. SiGHTSEEING HELICOPTER - day

Bucky bolts upright in his seat, startled by what he saw.

Ext. Kauai, hawaii - day

The dragon re-takes the form of a regular old mountain range.

Int. SightSEEING HELICOPTER - day

Bucky looks to his parents, who seem not to have seen anything. The pilot guide acts as though nothing happened. Bucky looks out the window again, confused.

Int. Shamar's kitchen - day

SHAMAR (46), heavy-set, sly-looking, HUMS a tune while he prepares an elaborate roasted turkey dinner. A FEMALE NEWS REPORTER drones in the background from the television.

<div align="center">NEWS REPORTER</div>
<div align="center">The legislation states that new developments<br>cannot be built on ancient sacred sites.</div>

Shamar SCOFFS at the reporter.

<div align="center">NEWS REPORTER (CONT'D)</div>
<div align="center">Many consider it a good thing for Hawaii and<br>its people, but it makes us wonder; Is it good<br>for business? What will happen to developers<br>that can't find any land to build their resorts<br>on?</div>

Shamar reaches for the remote and TURNS OFF THE TV.

          Shamar
       (to himself)
   They'll be very rich if they can keep everyone
   else's nose out of their business.

He admires the finished turkey dinner and exits with it.


Ext. Resort beach - kauai

Out of shape TOURISTS lay out on lawn chairs, some badly SUNBURNED and all in bright clothing. One WOMAN stands waist-deep in the ocean TALKING LOUDLY on her cell phone. The busy brightness of it all sticks out against the natural beach.

Bucky sits alone in the sand, bored. He enviously watches a GROUP OF SURFERS far out in the water. More TOURISTS float by on boogie boards and air mattresses.

          Mother (o.S.)
   Bucky?

Bucky turns slowly to see his mother excitedly hold up a bucket of childish sand toys.

          Mother (CONT'D)
   We can make a castle!

Bucky's father takes out a tiny shovel and starts digging, coaxing Bucky to come join.

          Bucky
   I don't want to make a sand castle. I want to
   surf!

Bucky's father places his hands on his hips, exasperated.

          Father
   But this is much more fun!

          BUCKY
   I'm not a baby!

Bucky's mother thinks a moment.

          Mother
   I think I have the perfect idea for a
   compromise.

She excitedly jogs up the beach.

Above is a scene with a woman talking on her cell phone. There is an article posted on the Entertainment Weekly website that says that during an interview with the directors of Moana they mention that there was and earlier version of the Moana script where she is a westener who travels back in time and that she has an Iphone. You will soon see that my characters travel back in time as well.

Ext. dark cave in jungle - day

Shamar approaches a DARK CAVE with the turkey dinner. He looks slightly nervous as he approaches the dark space.

> SHAMAR
> See? I've brought my part of the bargain. But before I put it down, I want to be sure that you've brought yours. Understand?

Shamar waits for an awkward moment, listening carefully to the cave. Suddenly a VIOLENT GUST OF WIND BLOWS from inside and a loud, deep MALE VOICE GROWLS from inside. Shamar jumps, startled, and quickly places the tray on the ground.

The entire tray levitates for one moment and is then sucked into the cave with a vacuum of air. A HOG SQUEALS LOUDLY and the sounds of the food being devoured RESONATE. The empty pan is then thrown back out, along with an ANCIENT-LOOKING SCROLL tied up with a red ribbon.

Shamar regains his balance. He excitedly grabs the scroll and opens it, looking delighted as he reads. He regains his confidence.

> SHAMAR (CONT'D)
> Yes! This is just what I hoped for. You're sure it's the only written record stating its where-abouts?

Here Kamapuaà, my Demigod character is introduced in a dark cave.  In Moana, Maui is introduced in a dark cave as well.

The cave GROWLS ANGRILY. Shamar's confidence is lost.

> SHAMAR (CONT'D)
> Of course it is. I don't know why I keep asking these silly --

The large, scary SHADOW OF KAMAPUA'A in half-man, half-hog form grows and towers over Shamar on the cave wall.

> KAMAPUA'A
> Silence! Now that you have what you need I expect you to proceed with our plan immedi-ately or else you'll wish you never found this cave!

> SHAMAR
> (afraid)
> Of course.

A 1951 Mercury coupe ROARS up the hill. Inside are SCRUB (31), thin, snide,

wearing sunglasses, and JAKE (33), strong, mean and stupid-looking.

The truck squeals and turns up mud as it speeds up the hill much too fast, disturbing nature. Scrub slams on the brakes, halting to a stop right in front of Shamar, who loses his balance and drops the scroll.

It falls down a nearby lava tube and lands wedged between two large rocks below. Shamar reaches after it, devastated, as Scrub and Jake exit the truck.

>               Scrub
> Hey Shamar, did you get that thing you were
> coming for today?

>               SHAMAR
>           (shouting, furious)
> Yes, I found it. And you lost it!

He grabs Scrub by the scruff of the neck and shoves his face down the lava tube. Scrub struggles to pull his head out as hard as Shamar pushes it back in.

>               Jake
> What's the big deal about a piece of paper?

Jake peers into the tube beside Scrub. Shamar shoves them both down into it further, BONKING their heads together.

>               SHAMAR
> It's not a piece of paper, you goon! It's the only
> map showing where the stupid ruins are along
> the Dragon's Heel!

As he explains, he shoves Scrub further down the lava tube.

>           Shamar (CONT'D)
> If we don't destroy them, anyone could stum-
> ble upon them and my development would be
> ruined!

Scrub is wedged in as far as he can go. Shamar tries in vain to push further but it's no use. Jake scratches his head. Frustrated, Shamar gives up. He gets nose to nose with Jake.

>           SHAMAR (CONT'D)
> Listen. You got us into this mess. Get that
> scroll back before the tide comes in or I'll find
> an active lava tube to shove you down!

Shamar leaves in a huff. Jake watches him leave before grabbing Scrub by the ankles and pulling him out. They both fall to the ground from the force.

> Scrub
>> It's pretty far down there. We're gonna need a
>> skinny kid.

Scrub and Jake get back in the truck and ROAR off, causing even more destruction in their wake.


Ext. Resort beach - day

Bucky wears a pair of water wings as he floats on a boogie board in shallow water. He looks humiliated and ridiculous. His father reads a newspaper and his mother tans.

> Mother
>> See, Bucky? Isn't this fun?

> Bucky
> No.

BOMBSHELL, a Hawaiian Green Turtle, diva-like, swims right by Bucky's board. She LAUGHS at him. Bucky's temper rises. He splashes water at her.

> Bucky (CONT'D)
>> (yelling)
> Go away!

Here I have a turtle character named Bombshell. Moana introduces turtles in a scene with Baby Moana on the beach.

Bombshell stops laughing and looks at him as though to say she was just teasing.

> Bombshell
>> What's the matter, kid?

Bucky looks around, astonished, to make sure nobody else asked him the question.

> BUCKY
>> You can understand me?

> BOMBSHELL
>> Sure. What's on your mind?

Bombshell playfully swims back and forth while listening.

> BUCKY
>> It's my parents. They took me all the way to
>> Hawaii and they won't let me do anything. I
>> want to surf like the people I see out there!
>> Instead I'm here with this stupid boogie board

Just like in Mona, The element of frustration grows with the fact that his parents don't want him to go surfing

.

for little kids.

Bucky's father notices him speaking to the turtle and looks down his nose to the scene disapprovingly.

>                    Father
>           Bucky? Are you talking to a turtle?
>                (to Bucky's mother)
>           I think he's talking to a turtle.

Bucky's mother looks up, squinting in the sunlight.

>                    Mother
>           A turtle? Bucky! Stop that!
>                (to Bucky's father)
>           Maybe this is too much for him. We should
>           take the board back.

Bucky looks to Bombshell in frustration.

>                    Bucky
>           See?

>                    Bombshell
>           If you want to surf, all you have to do is stand
>           up!

>                    BUCKY
>           On this?

>                    BOMBSHELL
>           Sure! Go on.

Bucky looks to the boogie board skeptically. He stands up, wobbly, when a small wave is coming. Just as he's about to reach his full height, the board flies out from under him and CRASHES to the shore, scattering sand all over his parents.

Bucky sits in the water embarrassed as Bombshell LAUGHS and swims away. His parents brush the sand off, annoyed.

>                    Father
>           Serves you right for talking to a turtle.

>                    Mother
>           My eye. It's in my eye!

Bucky's father tries to calm his mother. Bucky grabs the boogie board and marches up the beach.

> Bucky
> I'm taking this back!

> father
> Be back in time for the hotel luau dinner expe-
> rience in half an hour!

Bucky fumes as he returns to the rental shop.


Ext. Hanalei pier - day

Scrub and Jake stand near a bulletin board in front of the shop, scanning the beach for a kid. Every one they lay their eyes on is too fat. They both grin when they spot Bucky.

Bucky shuffles up to the outdoor rental shop counter and hands the board back to the RENTAL CLERK. A surf lesson flyer on the bulletin board catches his attention.

> Bucky
> I wish I could surf.

> Rental clerk
> Then take the lesson, man.

> BUCKY
> Yeah right. My parents would never let me.
> They watch me like a hawk, and they never let
> me do anything fun. They think I'm a baby.

Jake and Scrub, listening in, inch closer to Bucky.

> Scrub
> Say, you don't need a surf lesson. We can
> teach you to surf right now!

The rental clerk looks Scrub and Jake up and down skeptically, shakes his head, and returns to his work.

> BUCKY
> Really?

> Jake
> Sure! It's easy.

> BUCKY
> But I don't have any money.

Scrub puts an arm around Bucky's shoulder as Jake flanks the other side of him.

They lead him away from the rental shop.

                    Scrub
          No problem! The first lesson is always free. It's
          the Hawaiian way.

                    BUCKY
          I guess I could go just for a minute.

Jake negligently tosses an old, beat-up surfboard into the back of the pickup
truck. Bucky watches a GROUP OF SURFERS out on the water.

                    Bucky (CONT'D)
          Why can't we just surf here?

                    Scrub
          No way. We know a better place to learn. Don't
          worry - soon you'll be out there with those
          guys, riding the waves.

He pats Bucky on the back a little too hard as Jake opens the tailgate. Reluc-
tantly, Bucky climbs in.

                    BUCKY
          Okay. But listen guys, we've got to hurry. I
          have to be back in time for the luau in twenty
          minutes.

                    Jake
          Don't worry about anything.

                    Scrub
          This is gonna be great.

Scrub and Jake get in the cab of the truck and it ROARS off. Bucky hangs on
tight as he watches the surfers, unsure.


Ext. Resort beach - day

Bucky's mother and father have changed into ridiculous-looking luau attire. His
father anxiously taps his foot on the ground and looks at his watch. His mother
scans the crowd.

                    Father
          What's taking him so long?

                    Mother
          He just isn't ready for this much
          independence! Come on, he can't be far.

Bucky's mother pulls his father off to search.

Ext. dARK CAVE IN JUNGLE - day

The truck ROARS to a stop. Scrub gets out and directs Bucky's attention to the now dangerous-looking ocean. Jake jumps out and tapes a shoddy "SURF TRAINING GROUNDS" sign overtop of a "NO TRESPASSING" sign while Bucky's back is turned.

> Scrub
> Now we start your training.

Jake holds up the barbed wire fence behind the sign for Scrub and Bucky to crawl through. Bucky eyes the sign suspiciously as Jake shuffles him through.

> Bucky
> Why are we going up here when the ocean is
> down there?

> SCRUB
> It's all part of your training. You know, to test
> your endurance.

Another "NO TRESPASSING" sign appears as they climb a hill toward the cave. Jake quickly pulls down a banana leaf to cover it. Bucky doesn't notice. They reach the lava tube at the entrance to the cave where the scroll lies.

> Scrub (CONT'D)
> Now, here's where we test your reach for pad-
> dling...

Suddenly, Jake grabs Bucky by the ankles and hangs him upside-down over the lava tube opening.

> Bucky
> (yelling, distressed)
> Put me down!

> SCRUB
> This is your initiation test! How can we know if
> you're even meant to be a surfer? You have to
> grab that scroll down there to prove you are!

Bucky looks down at the scroll. It's far out of reach.

> Scrub (CONT'D)
> If you can't get it, then you can never learn
> how to surf. Ever.

Bucky takes a DEEP BREATH and reaches for the scroll as hard as he can. Jake lowers him into the crack so far that his shoulders become lodged between the walls of the crevasse.

Scrub and Jake watch the openings to the lava tube and notice that the tide is beginning to come in.

Bucky, focused on the scroll, notices the water rush into the lava tube below it.

> SCRUB (CONT'D)
> You better hurry up kid, or the ocean's gonna take it!

Bucky strains and stretches as hard as he can. Finally he grabs hold of it and clutches it tight. He smiles as Jake pulls him up out of the opening.

Jake drops Bucky hard on the ground head first. He grabs the scroll, throws it to Scrub, and the two scurry away. Bucky, gathering his senses, panics at seeing them leave.

> Bucky
> Wait! What about my surf lesson?

Scrub and Jake stop in their tracks.

> Bucky (CONT'D)
> I passed the test, didn't I?

Scrub turns back sinisterly to Bucky and smiles at Jake. The tide comes further and further in, dangerously.

> Scrub
> Oh yeah. You passed the first part alright. But we still need to test your bravery. See that water? You have to paddle out there. Alone.

Jake looks as scared as Bucky as they all look out at the approaching ocean. Monstrous waves POUND the shore.

> BUCKY
> Right here?

> SCRUB
> It's how all the great ones do it.

> BUCKY
> It doesn't really look like it's meant for a beginner.

Bucky's mother's words echo through his head:

> Mother (V.O.)
> Looks much too dangerous to me.

Bucky, annoyed by the memory of his mother coddling him, looks at the water determinedly.

> BUCKY
> It's really the best place to start out?

> ScRUB
> We wouldn't lie to you. It's not pono.

> BUCKY
> Pono?

> Jake
> It's not right.

Bucky grabs the surfboard, holding it awkwardly. He walks out on a rock, lays his board on the water, lies down on it, and begins to paddle out into the POUNDING SURF.

> Scrub
> That's it!

> JAKE
> You're doing just fine!

Scrub and Jake LAUGH quietly to one another. Bucky tries to catch his first wave, but it breaks violently on the rocks, leaving him behind. He tries to duck-dive another one; suddenly a third wave falls down on him.

Bucky starts to panic as he comes out the other side, terrified. He rides the waves like he's on a roller coaster, clinging to his board.

Scrub and Jake LAUGH LOUDLY now as they watch Bucky tumble helplessly in the waves. They run back to the truck.

Bucky looks back. A huge wave forms behind him as he hears the sound of a pickup truck PEELING OUT. He panics as the truck drives away; he's horrified - they've ditched him.

The monstrous wave crashes down on him. White-capped surf engulfs him as his eyes tremble with fear. He tumbles as though in a washing machine inside the wave, over and over and over again.

Finally, he's sent tumbling toward a sharp, jagged reef below. His board hits it

> Here Bucky gets wiped out on a reef in the powerful surf.
> Disney writers copied my scene and made Moana get wiped out
> by a wave on the reef of Motonui.  See image comps in my
> video and still image comparisons.

                              KamaPUA'A
                    No! Don't be ridiculous.

                              SHAMAR
                    But the old man --

                              KAMAPUA'A
                    I don't care about the old man! I guess I'll just
                    have to go look after this myself. Really, I
                    thought you'd be better at this.

The empty wheelbarrow flies out of the cave and lands on Shamar with a
CLANG.


Ext. Island - ancient village - past

Chief Kawai Lani sits by the imu to eat his food. He removes his cape and
helmet. His men relax and check the food wrapped in ti leaves in the imu. His
wife approaches, upset.

                              Chief kawai Lani
                    What's wrong?

                              Wife
                    Pualani hasn't returned with the water yet. It's
                    never taken this long. I'm worried.

The chief sets his food down and rushes off with his wife.


Ext. Island - ridge - day

Leolani and Cosmo carefully and quietly sneak along the ridge line, searching
for something to eat. The village sits in the valley below.

They don't realize that the loose volcanic rock is CRUMBLING beneath their
feet. Little pebbles hit larger ones, and they roll into the village below.


Ext. Island - ancient village - day

The rocks roll right to the feet of the Chief and his wife. They look up the hill
suspiciously to where they came from but see nobody.

                              Wife
                    What if it's Kamapua'a, up to his old tricks?

The Chief turns back to his men, alarmed.

>                    CHIEF KAWAI LANI
>           I need two brave men! Kamapua'a has kid-
>           napped my daughter!

The men get up from around the fire with great urgency and charge up the ridge behind the Chief.


Ext. Island - beach - day

Kimo sits alone, watching the water for any sign of the wave portal. The surf-boards are stashed behind some low-hanging leaves nearby.

Suddenly a DARK SHADOW like the one on the wall of the cave approaches Kimo. He doesn't notice. He's too busy examining the waves.


Ext. Island - ridge - day

Leolani and Cosmo feast on native fruits. Cosmo carelessly tosses the waste from his on the ground. Leolani scowls at him, stopping him before he can do it again.

>                    Leolani
>           No!

She reaches into his hand and removes the seeds. She carefully places them in the ground.

>                    Leolani (CONT'D)
>           Whenever you take something from the land,
>           you have to give something back.

>                    Cosmo
>           Jeez, what's gotten into you? I was going to!

She watches him as he continues to eat, more carefully this time.


Int. Town records office - day - present day

Makani is buried in ancient scrolls piled high around him. He takes the last scroll off the shelf, reads it, and looks discouraged. He starts to put all of the papers back.

Shamar, as a centipede, happily wriggles down from Makani's table and then through a small hole in the door.


Int. Town records office - hallway - day

Shamar turns back into human form and struts down the hallway. The ancient scroll can be seen peeking out the top of his back pocket. He WHISTLES happily.

Ext. Island - beach - day - Past

Kimo scans the beach, bored. He becomes suddenly alert when he sees that one of the surfboards is missing. He sees the SHADOW running away with it into the trees.

He springs up, grabbing the remaining three boards and running up the ridge toward the others. He reaches the top of the ridge to catch Leolani and Cosmo eating away. They stare at him, a little ashamed.

> KIMO
> (out of breath)
> Someone took my board!

> Leolani

Who?

> KIMO
> (out of breath)
> I don't know! We have to get it back. If one of
> the villagers has it, they'll know we're here.

Just then they spot the top of Kimo's surfboard race by below. They each take a board from Kimo and all three run after it.

Ext. Slope of Kilauea - day

The wind and rain blow fiercely at Bucky and Pualani. Scrub and Jake are blown into a huge, wet leaf. They cling to it desperately, losing sight of Bucky and Pualani.

> Jake
> Maybe we should be something else?

> Scrub
> And risk being seen? You're lucky I'm here to
> show you how to do everything.

They struggle against the sopping leaves.

Just as it looks as though Bucky is going to give up, he takes one more giant step upward and the rain subsides. The wind dies down. He looks around, surprised - they have broken above the clouds.

Ext. Entrance to pele's cave - day

Relieved, Bucky joins Pualani on a flat area in front of the cave. He watches, mystified, as she hands an offering of ohelo berries and ti leaves to Bucky.

> PrINCESS PUALANI
> I showed you the way up, but this is your
> quest. You must enter the cave on your own.

> Bucky
> But I don't know what to do.

> PRINCESS PUALANI
> Make the offering, and then ask for what you
> need. Give and receive. It's simple.

Bucky looks to his hand, and then the dark cave. Pualani smiles at him and gives him a gentle nudge. Bucky tries to put on a brave face.

> BUCKY
> Of course. I... I knew that.

He hesitantly inches toward the cave. Each time he looks back at Pualani, she gives him an encouraging smile.

Int. Pele's cave - day

Bucky reluctantly enters the cave. It is an impressive hollowed out area of black volcanic rock. Bucky jumps as the sound of a mean, deep, angry female VOICE BOOMS in the dark.

> Pele
> How dare you disturb me?

The dark cave is suddenly illuminated with bright orange lava colors. The SOUND OF AN ERUPTION grows louder and louder.

Bucky timidly places his offering on a rock and jumps back. The THUNDEROUS SOUND then EXPLODES, louder than ever. Lava rises in all directions and covers the walls of the cave, surrounding Bucky.

Pele's head and torso emerge from a tower of lava and smoke. The goddess looms over Bucky with her hands on her hips defiantly. She is enormous and terrifying and beautiful.

> Pele (CONT'D)
> I was busy flowing through my lava tubes! Why
> do you interrupt me?

Here Pele, the fearsome volcano goddess is introduced and is descriped to be very much like Teka in Moana. Watch Moana.

She stares down at him. Bucky shakes in fear.

> Bucky
> I left an offering! Really, I didn't mean to make
> you mad.

Pele looks down at him threateningly, expecting more. Bucky clears his throat to
find his voice.

> Bucky (CONT'D)
> I came from far away - from the future. I need
> your help to save some land. I need --

Pele lunges toward Bucky, putting herself face to face with him. Bucky shields
his face from both the heat and fire.

> Pele
> (shouting)
> I know all past and present. I know exactly
> what brought you here!

She calms down quickly.

> Pele (CONT'D)
> Tell me. How do you know that this land is
> really mine? And if it is, why is saving it so
> important to you?

Confirmation that Bucky is on
a mission to save the island.
Just like Moana.

Bucky tries to back away. The heat is unbearable. He looks unsure of himself.
Pele waits impatiently until Bucky suddenly remembers something.

> Bucky
> It is yours! It's on the beach! I have to save it
> because it's my friends' favorite place to surf. If
> it gets turned into a private resort they won't be
> able to enjoy its natural beauty anymore. No-
> body will. It will all be developed into some-
> thing else.

Pele doesn't look impressed.

> PELE
> So why not just find the scroll that gives evi-
> dence of the site's importance? Surely that
> can't be hard, even for someone as puny as
> you.

> BUCKY
> That's what we were trying to do, but we end-

ed up here instead. You're our only hope now,
Pele. I have to keep the beach free for every-
one to enjoy, but I don't have much time. I
need to catch the time wave portal by nightfall
to get back, before the Dragon's Heel gets
blown up.

Pele thinks for a moment, looking Bucky up and down.

> PELE
> I'm impressed that you know your island lore,
> and that you want to do this for the sake of
> others. I would like to help you.

Bucky's face turns to joy. He looks up at Pele admiringly.

> Pele (CONT'D)
> But I can never be sure if this is one of Kama-
> pua'a's tricks! I can't just give you the secrets of
> the land. If you really want to save it for the
> good of everyone and you're honest about
> your intentions, then fate will allow you plenty
> of time to do that.

Bucky doesn't look as sure. He looks up at Pele, who glows even hotter than
usual.

> PELE (CONT'D)
> Go across the kalo patch, between the sacred
> mountains, under the koa tree, and through
> the blue room to find out what the Dragon's
> Heel conceals.

> Bucky
> Pele, I... I don't understand.

Pele looks down on him and for the first time looks kind. Then she suddenly
disappears in a giant cloud of smoke. Bucky looks around the cave, spooked.
It's dark again.


Ext. slope OF KILAUEA - DAY

Scrub and Jake inch up the mountain as SLUGS. It's tough going.

> Jake
> Honestly, let's just fly up.

> Scrub
> They'll see us! We have to stay small.

They huff and puff as they make their way up the steep hill. The crest to the entrance is in sight.

Ext. entrance to pele's cave - day

Bucky wanders out of the cave, perplexed. He looks a little dazed. Pualani eagerly awaits.

> PrINCESS PUALANI
> How did it go?

> Bucky
> (hopelessly)
> Go across the kalo patch, between the sacred mountains, under the koa tree, and through the blue room to find out what the Dragon's Heel conceals.

> PRINCESS PUALANI
> Ooh, a riddle!

She suddenly looks worried.

> BUCKY
> What?

> PRINCESS PUALANI
> All of those places are on Kamapua'a's territory. He's my village's biggest enemy. We're not protected from him when we're off of Pele's land. It might be very dangerous to go there.

> BUCKY
> I have no choice. I have to go.

He leads Pualani back down the mountain. They pass Scrub and Jake, nearly stepping on them, just as their heads peek over the crest. They lose sight of the kids instantly.

> Jake
> That didn't work so well.

> Scrub
> Shut up!

They start making their way back down.

Ext. deep native forest - day - past

Kimo, Cosmo and Leolani hurry through big ohia lehua trees and giant ferns, trying to catch the surfboard. Unbeknownst to them, the Chief and his men are hot on their trail. Leolani looks back and spots the angry villagers coming after them.

> Leolani
>
> Hide!

She pulls Cosmo and Kimo behind a large rock. Within seconds the Chief and his men rush by in pursuit of Kamapua'a. One of the CHIEF'S MEN stops suddenly in front of the rock. The kids huddle closer together.

He looks to the ground suspiciously and examines one of the flip-flop footprints of the hui.

> Chief's man
> (after Chief and other man)
> There aren't any toes! What's Kamapua'a
> turned himself into now?

The Chief and the OTHER MAN come back slowly. They all stare at the shoe print in wonder, completely confused.

They see two sets of flip-flop prints and one of bare feet leading behind the rock. They approach it slowly, and then peek behind, weapons drawn.

There's nobody there. More footprints lead to the steep edge of the raging river.

The Chief leads his men in pursuit of the prints upstream. They pass right by the hui, who hang in a giant tree above them, holding on for dear life.

Ext. Slope OF KILAUEA - DAY

Bucky and Pualani come down the volcano much easier than they went up. Pualani notices that Bucky looks troubled.

> PrINCESS PUALANI
> Don't worry. I know where the kalo patch is. I
> can take you to it.

> Bucky
> But what about the rest? I don't know how I
> can solve that riddle and make it back in time
> before the portal wave closes.

> PRINCESS PUALANI
> Have more faith! Pele wouldn't have given you
> something you can't handle.

Bucky mulls this over. Pualani grabs his hand and pulls him faster down the slope.

Ext. Deep native forest - day

The hui hang from the trees. As the Chief and his men disappear into the distance, they start to let themselves down, but stop suddenly when they hear a CRASH in the forest, getting nearer.

They watch in fear as the giant trees and leaves RUSTLE and BEND as though they were fragile. Finally, KAMAPUA'A emerges from the thickest part of the forest.

He stands there threateningly, in all his creepy, ugly glory. He is in half man, half hog form, with an ugly hog's face with long tusks. Sharp bristles run down his spine. His human arms and legs end in hooves instead of feet.

The hui watch in horror as Kamapua'a leans Kimo's surfboard against a big rock by the river's edge. He stops to GORGE on bananas. The rest of the hui's surfboards are hidden under huge banana leaves near him, too close for comfort.

> Kimo
> (whispering)
> I could just reach down and get it.

He starts to reach but Leolani SLAPS his hand back.

> Leolani
> (whispering)
> No! Follow my lead. On the count of three.

Further down the river, the Chief and his men run out of steam.

> Leolani (CONT'D)
> (whispering)
> One...

Cosmo has his eyes squeezed tight. The Chief and his men look confused.

> ChiEF KAWAI LANI
> We must be going the wrong way.

They head back up the riverbank.

> LEOLANI
> (whispering)
> Two.

rapidly fill with water. Pualani's face turns to panic.

Jake RIPS OFF one of the outer edges. Bucky HITS him on the nose like Leolani did to him as a shark. He falls back for a moment. Scrub CHOMPS off the other side.

> PrinCESS PUALANI
> What are we going to do?!

> Bucky
> Stay calm!

Their craft is now just a flat board. Water washes over its imperfect shape. They coast down faster than ever.

Jake turns up again and BITES DOWN on the board, splitting it into two pieces, separating Bucky and Pualani. They cling to the boards and each other.

> PRINCESS PUALANI
> I've got to be honest, I don't think I can stay
> calm much longer!

Bucky looks at both boards. He imagines that they could both do as crude surfboards.

> BUCKY
> I'm going to let go.

> PRINCESS PUALANI
> What? No!

> BUCKY
> We have to! Just follow me. I promise, every-
> thing will be okay. Be brave!

He slowly releases of Pualani's hand. She clings to her board and watches Bucky, her eyes trembling with fear like Bucky's did when he first tried to surf with Scrub and Jake.

Bucky slowly and carefully starts to stand up. He wobbles a little, but then catches his balance. He's surfing! The smile on his face spreads wide as he gains control of the board beneath him. He coasts down the waves, and starts to speed up.

Pualani watches him in amazement. Bucky looks back at her.

> Bucky (CONT'D)
> You can do it! If you want to surf, you have to
> stand up.

Pualani looks at Bucky like he's out of his mind.

>                     PrINCESS PUALANI
>          On this?!

Bucky LAUGHS at the similarity between this and when Bombshell tried to get
him to surf. He nods his head.

Pualani timidly sits up on her board, then kneels, and finally inches up until
she's fully standing. She's surprised at her ability and looks to Bucky, ecstatic.

They both LAUGH happily as they surf down the rapids, the eels losing ground
behind them. They get more confident and move back and forth, having more
and more fun.


Ext. end of river - day

Kamapua'a flies through the air on his log, over the last rapid, and SPLASHES
into the still pool.

The Chief and his men closely follow, each landing in a BIGGER SPLASH on
top of Kamapua'a.


Ext. River pond - day

Underwater, the Hui use river reeds to breathe. They see the many SPLASHES
Kamapua'a, the Chief and his men make as they each land in the water.


Ext. End of river - day

The Chief and his men surround Kamapua'a while he sits on the pond floor. He
gives them a sneaky smile.

>                     ChiEF KAWAI LANI
>          What have you done with my daughter, Kama-
>          pua'a?

>                     Kamapua'a
>          I'm afraid I have no idea what you're talking
>          about.

The Chief and his men GRUMBLE at Kamapua'a and inch closer to him with
their weapons drawn.


Ext. Raging river - day