UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-3772-CBM-(Ex) | Date | November 23, 2020 |

| | |
|---|---|
| Title | *Woodall v. The Walt Disney Co. et al.* |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER RE: DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

The matters before the Court are: (1) Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 68), currently set for hearing on December 1, 2020 at 10:00 a.m.

Defendants move to dismiss the First Amended Complaint in part on the ground "Plaintiff's copyright claim fails because application of the extrinsic test of substantial similarity demonstrates that the feature film *Moana* is not substantially similar to *Bucky* as a matter of law."

The parties are ordered to address **in writing, no later than December 4, 2020**, why comparison of the works at this early stage of the litigation is warranted, and whether ""[a]dditional evidence would help inform the question of substantial similarity." *Alfred v. Walt Disney Co.*, 821 F. App'x 727, 729 (9th Cir. 2020).

Accordingly, the hearing re: Defendants' Motion to Dismiss is continued to **January 12, 2021, at 10:00 a.m.** Defendants' Motion for Rule 11 Sanctions (Dkt. No. 71), currently set for hearing on December 1, 2020, is also continued to **January 12, 2021 at 10:00 a.m.**

**IT IS SO ORDERED.**