# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-3772-CBM(Ex) | Date | September 19, 2022 |
|---|---|---|---|
| Title | BUCK G. WOODALL v. THE WALT DISNEY COMPANY, ET AL. | | |

| Present: The Honorable | Charles F. Eick, United States Magistrate Judge | |
|---|---|---|
| Valencia Munroe | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| None | None |

**Proceedings:**   (IN CHAMBERS)

The previously noticed September 30, 2022 hearing on "Defendants' Motion to Compel, etc." ("the Motion"), filed September 8, 2022, is vacated.

On or before September 23, 2022, Plaintiff shall deliver directly to the Magistrate Judge's drop box outside of Room 1200, 12th Floor, Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Suite 760, Los Angeles, California 90012, unredacted copies of all of the disputed documents from the Benjamin Woodall production. The Magistrate Judge intends to review those documents in camera before ruling on the part of the Motion which seeks the production (or re-production) of those documents.

The remainder of the Motion is denied without prejudice. Plaintiff's recent document production and recently amended privilege log appear to have mooted some, though not all, of the disputes concerning the rest of the documents sought in the Motion. On or before September 23, 2022, counsel shall meet and confer again in a good faith effort to resolve all remaining disputes concerning those documents. If complete resolution is not achieved, Defendants may file another motion, accompanied by a new Local Rule 37-2 Joint Stipulation, and the Magistrate Judge may entertain such a motion on an accelerated basis, if appropriate.

cc:   Judge Marshall
      All Counsel of Record

Initials of Deputy Clerk   VMUN