|   |   |   |
|---|---|---|
| 1 | GERARD P. FOX (SBN 151649) | JAMES WES CHRISTIAN |
| 2 | ASHLEY R. MORRIS (SBN 225455) | (Admitted *Pro Hac Vice*) |
|   | GERARD FOX LAW, P.C. | CHRISTIAN ATTAR LAW GROUP |
| 3 | 1880 Century Park E, Suite 1410 | 2302 Fannin, Suite 500 |
|   | GERARD FOX LAW P.C. | Houston, Texas 77002 |
| 4 | Los Angeles, CA 90067 | Tel.: (877) 710-5170 |
|   | Tel: (310) 441-0500 | Fax: (713) 659-7641 |
| 5 | Fax:(310) 441-4447 | jchristian@christianlevinelaw.com |
|   | gfox@gerardfoxlaw.com |   |
| 6 | amorris@gerardfoxlaw.com |   |

7  GUSTAVO D. LAGE (Admitted *Pro Hac Vice*)
8  EL'AD D. BOTWIN (Admitted *Pro Hac Vice*)
9  SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ &
10 MACHADO, LLP
11 1200 Brickell Avenue, Ste 950
   Miami, Florida 33131
12 Tel.: (305) 377-1000
   Fax: (786) 304-2214
13 glage@smgqlaw.com
   ebotwin@smgqlaw.com
14
15 Attorneys for Plaintiff
   BUCK G. WOODALL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCK G. WOODALL, A.K.A. BUCK WOODALL, AN INDIVIDUAL,<br><br>     Plaintiff,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, A DELAWARE CORPORATION, ET AL.,<br><br>     Defendants. | **Case No.: 2:20-cv-03772-CBM-E**<br><br>**[DISCOVERY MATTER]**<br><br>**PLAINTIFF'S EX PARTE APPLICATION, PURSUANT TO STIPULATION OF ALL PARTIES, FOR ORDER DEEMING DKT. 318 TO HAVE BEEN TIMELY FILED AS OF SEPTEMBER 22, 2023**<br><br>**[Second Supplemental Declaration of El'ad Botwin and Declaration of Raul A. Reichard filed concurrently herewith]** |

---

EX PARTE APPLICATION TO DEEM DKT. 318 TIMELY FILED WITH THE COURT

1

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 | Assigned to the Hon. Consuelo B. Marshall |
| 4 | Magistrate: Judge Charles F. Eick |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff will, and hereby does, apply *ex parte,* pursuant to the stipulation of all parties, for an order deeming, as having been timely filed as of September 22, 2023, the supplemental filings of Plaintiff found at Dkt. 318, which were actually filed several minutes late (i.e., they were filed several minutes following 11:59 p.m. on September 22) as a result of technical issues with respect to the Court's CM/ECF system.

As explained further in the accompanying Memorandum of Points and Authorities, the Defendants have graciously stipulated to this relief. *See,* Reichard Declaration, Exhibit 1. This *ex parte* request is based on the grounds that the filing mishap resulted from technical CM/ECF issues and caused a filing delay measured only by several minutes past the midnight deadline. It is further based upon the authorities which suggest that in such circumstances the Court has the discretion to deem the filing to have been made in a timely manner and that the Court should consider exercising that discretion.

This *ex parte* application is based upon this Application, including the supporting Memorandum of Points and Authorities, the Second Supplemental Declaration of El'ad Botwin and the Declaration of Raul Reichard, all pleadings and papers on file in this action, and such other and further matters that the Court may consider prior to its ruling on this Application.

Dated: September 23, 2023

GERARD P. FOX LAW

SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO, LLP

By: _____*s/ Elad Botwin*_____
El'ad Botwin, Esq.
*Attorneys for Plaintiff*

## MEMORANDUM OF POINTS AND AUTHORITIES

*Ex parte* relief is warranted because the supplemental filings reflected by Dkt. 318 — i.e., those regarding Plaintiff's Motion for Four Truncated Depositions Exceeding The Ten Deposition Limitation — were filed several minutes late (shortly after midnight) as a result of technical issues experienced by Plaintiff's counsel El'ad Botwin with the Court's CM/ECF system. The Defendants have stipulated to the *ex parte* relief sought herein. *See,* Reichard Declaration, Exhibit 1. In these circumstances, Plaintiff submits that the Court should consider exercising its discretion to deem the filings, Dkt. 318, to have been timely made as of September 22.

The use of the *ex parte* remedy is justified, *inter alia,* when a party seeks a routine procedural order that cannot be obtained through a regularly noticed motion (e.g., to file an overlong brief or shorten the time within which a motion may be brought). *See, Horne v. Wells Fargo Bank,* N.A., 969 F. Supp. 2d 1203, 1205 (C.D. Cal. 2013). In the case at bar, this ground for *ex parte* relief applies because the parties obviously do not wish the Court to proceed to have to hear a motion on full notice and therefore to gain the impression beforehand that inexcusable late filings were made by Plaintiff under the circumstances presented. Judicial economy is best served by the Court knowing now that the parties have have stipulated to relief in requesting the Court to deem Dkt. 318 to have been timely filed by Plaintiff.

This Court has observed that *dicta* from relevant Ninth Circuit cases demonstrates that technical difficulties as a result of a CM/ECF court system malfunction may properly "extend the filing deadline to the next accessible day." *Peter T. Erdelyi & Associates v. Optimum Seismic, Inc.,* CV2011066JVSGJSX, 2021 WL 3557833, at *3 (C.D. Cal. Apr. 22, 2021) (citing *Manuel v. Barr,* 755 F. App'x 694, 695 (9th Cir. 2019)).

For all these reasons, Plaintiff respectfully requests that the Court enter an order deeming Plaintiff's filings associated with Dkt. 318 as having been timely

filed with the Court as of Friday, September 22, 2023.

Dated: September 23, 2023

GERARD P. FOX LAW

SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO, LLP

By: *s/ Elad Botwin*
 El'ad Botwin, Esq.
 *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: September 23, 2023                Respectfully Submitted,


                                    By:   *s/Elad Botwin*
                                          El'ad Botwin, Esq.
                                          *Attorneys for Plaintiff*