UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | CV 20-3772-CBM(Ex) | Date | October 11, 2023 |
|---|---|---|---|
| Title | BUCK G. WOODALL v. THE WALT DISNEY COMPANY, ET AL. | | |

Present: The Honorable  Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**
None

**Attorneys Present for Defendants:**
None

**Proceedings:**     (IN CHAMBERS)

The Magistrate Judge has read and considered all papers filed in support of and in opposition to "Plaintiff's Motion to Compel Defendants to Produce Five Emails, etc." ("the Motion"), filed September 29, 2023. The previously noticed October 20, 2023 hearing is vacated. The Magistrate Judge has taken the Motion under submission without oral argument.

In the Motion, Plaintiff seeks an order compelling Defendants to produce five particular emails. In "Plaintiff's Motion to Compel, etc.," filed September 1, 2023 ("the prior Motion"), Plaintiff previously sought an order compelling Defendants to produce the same five emails. In the prior Motion, Plaintiff contended that these emails were responsive to certain of Plaintiff's 2021 requests for production. By Minute Order, filed September 11, 2023, the Magistrate Judge denied the prior Motion on the ground that the emails were not responsive to Plaintiff's 2021 requests for production. However, the September 11 Minute Order provided in pertinent part: "[t]his ruling is without prejudice to Plaintiff's right to seek production of the same emails pursuant to a later served request for production of documents to which the subject emails reportedly are responsive."

The subject emails plainly are responsive to Plaintiff's Fourth Sets of Requests for Production, which were served in August of 2023. From the record now presented, the Magistrate Judge has concluded that the subject emails are nonprivileged, relevant to the parties' claims or defenses and proportional to the needs of the case. See Fed. R. Civ. P. 26(b). Accordingly, Defendants forthwith shall produce the subject emails to Plaintiff.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 20-3772-CBM(Ex) | Date | October 11, 2023 |
|---|---|---|---|
| Title | BUCK G. WOODALL v. THE WALT DISNEY COMPANY, ET AL. | | |

Plaintiff's request for sanctions is denied. <u>See</u> Fed. R. Civ. P. 37(a)(5); <u>see also</u> Minute Order, filed January 3, 2023, ¶ 3.

cc:   Judge Marshall
      All Counsel of Record

Initials of Deputy Clerk  <u>VMUN</u>