UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Buck G. Woodall, a.k.a. Buck Woodall, an individual,<br><br>　　　Plaintiff,<br><br>v.<br><br>The Walt Disney Company *et al.*,<br><br>　　　Defendants. | Case No.:  CV 20-3772-CBM(Ex)<br><br>**ORDER RE: REQUESTS FOR JUDICIAL NOTICE RE CROSS-SUMMARY JUDGMENT MOTIONS** |

The Court rules on the parties' requests for judicial notice filed in connection with the cross-summary judgment motions (Dkt. Nos. 418, 442, 480), as follows.

**A.　Defendants' Request for Judicial Notice in Support of Defendants' Motion for Summary Judgment (Dkt. No. 418)**

Defendants filed a request for judicial notice in support of their Motion for Summary Judgment (Dkt. No. 418), wherein they request that the Court take judicial notice of the following:

　　1.　Ex. A – The material deposited in the United States Copyright Office in connection with Registration Number VAu 624-809 (2004) for the work titled Bucky; and

　　2.　Ex. B – The material deposited in the United States Copyright Office in connection with Registration Number PAu 3-749-546 (2014) for the work titled Bucky the Surfer Boy.

The Court may take judicial notice of Exhibits A and B because they are matters of public records. *See* Fed. R. Evid. 201(b)(2); *Fabric Selection, Inc. v. NNW Import*, Inc., 2018 WL 1116529, at n.2 (C.D. Cal. Feb. 26, 2018) (taking judicial notice of copyright deposit material on ground that they are publicly available records). Therefore, the Court **GRANTS** Defendants' Request for Judicial Notice (Dkt. No. 418).

**B.     Plaintiff's Request for Judicial Notice in Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 480)**

Plaintiff filed a request for judicial notice in support of his opposition to Defendants' Motion for Summary Judgment (Dkt. No. 480), wherein Plaintiff requests that the Court take judicial notice of the following:

1. Botwin Decl. Ex. 1 - an article retrieved from the Wayback Machine, under the title *Walt Disney Animation Studios Announces 2016 Release, Moana*, source: Walt Disney Animation Studios, dated October 20, 2014, available at: https://web.archive.org/web/20141022052840/http://www.comingsoon.net/news/movienews.php?id=124209 (last accessed on May 21, 2024);

2. Botwin Decl. Ex. 2 – a Variety Magazine article under the title, *Disney Finds Voice of 'Moana' for Dwayne Johnson Animated Movie*, by Justin Kroll, dated October 7, 2015, obtained at Disney Finds Voice of 'Moana' for Dwayne Johnson Animated Movie (variety.com) (last accessed on May 21, 2024);

3. Botwin Decl. Ex. 3 - an Independent Magazine article, under the title *Moana will not have a love interest in new Disney movie*, by Jess Denham, dated July 22, 2016, obtained at Moana will not have a love interest in new Disney movie | The Independent | The Independent (last accessed on May 21, 2024);

4. Botwin Decl. Ex. 4 - a Business Insider article under the title *Everything we know about 'Moana,' Disney's upcoming animated musical starring The Rock*, by Caroline Moss, dated August 18, 2015, obtained at Everything We Know About

2

Disney's 'Moana' (businessinsider.com) (last accessed on May 21, 2024);

5. Botwin Decl. Ex. 6 - a video file containing an interview with *Moana* director, John Musker ("Musker"), uploaded to YouTube by DePaul Visiting Artists Series, obtained at John Musker, Moana, Writer/Director | DePaul VAS - YouTube, (last accessed on May 21, 2024);

6. Botwin Decl. Ex. 9 - a Mashable article under the title, *Moana and Maui outwit a giant eight-eyed bat monster in this 'Moana' deleted scene*, by Josh Dickey, dated February 21, 2017, obtained at Moana and Maui outwit a giant eight-eyed bat monster in this 'Moana' deleted scene | Mashable (last accessed on May 21, 2024)

7. Botwin Decl. Ex. 10 - a video file containing Disney's 2014 teaser trailer for *Moana*, uploaded to YouTube by Walt Disney Animation Studios, at Moana Official US Teaser Trailer - YouTube, as also posted at First 'Moana' trailer released, in theaters Thanksgiving (wate.com), under the title *First 'Moana' trailer released, in theaters Thanksgiving*, by Lauren Castle, on June 14, 2016 (last accessed on May 21, 2024);

8. Botwin Decl. Ex. 11 - the IMDB Pro profile for *Hawaii's Reel Stories*, obtained at Hawaii's Reel Stories - Production & Contact Info | IMDbPro (last accessed on May 21, 2024);

9. Botwin Decl. Ex. 12 - data obtained from the Muck Rack platform, listing the *Top 7 TV Outlets in Hawaii*, obtained at Top 7 TV Outlets in Hawaii | Muck Rack (last accessed on May 21, 2024);

10. Botwin Decl. Ex. 13 - the *2006 American Community Survey 1-Year Estimates for the State of Hawaii*, containing data provided by the Hawaii State Department of Business, Economic Development & Tourism, Research and Economic Analysis Division and the U.S. Consensus Bureau, obtained at Microsoft Word - ACS_2006_Hawaii_facts_f2.doc (last accessed on May 21, 2024);

11. Botwin Decl. Ex. 14 - a Honolulu Civil Beat article under the title *Hawaii's Local Film Industry Has Long Taken A Back*

|   |   |   |
|---|---|---|
|   |   | *Seat To Hollywood. New Money Might Help*, by Stewart Yerton, dated May 21, 2023, obtained at Hawaii's Local Film Industry Has Long Taken A Back Seat To Hollywood. New Money Might Help - Honolulu Civil Beat (last accessed on May 21, 2024); |
|   | 12. | Botwin Decl. Ex. 15 - a Collider article under the title *Directors Ron Clements & John Musker on Their Journey from 'The Little Mermaid' to 'Moana,'* by Christina Radish, dated November 23, 2016, obtained at Moana Directors on Adapting Oceanic Culture for Their Movie (collider.com) (last accessed on May 21, 2024); |
|   | 13. | Botwin Decl. Ex. 17 - an excerpt from an Animated Views article under the title *The Princess And The Frog's Directors John Musker and Ron Clements take us to "the other side" of animation!*, by Jérémie Noyer, dated June 1, 2010, obtained at The Princess And The Frog's Directors John Musker and Ron Clements take us to "the other side" of animation! – Animated Views (last accessed on May 21, 2024); |
|   | 14. | Botwin Decl. Ex. 18 - a Mirror Magazine article under the title *The Great Greek Hero*, dated November 9, 1997, obtained at The Sunday Times On The Web - Mirror Magazine (last accessed on May 21, 2024); |
|   | 15. | Botwin Decl. Ex. 19 - a screenshot from Walt Disney Animation Studio's website, obtained at Creative Development (disneyanimation.com) (last accessed on May 21, 2024); |
|   | 16. | Ex. 20 - a Los Angeles Times article, under the title *Disney can give thanks for 3-D 'Tangled,'* by Ben Fritz, dated November 29, 2010, obtained at Disney can give thanks for 3-D 'Tangled' - Los Angeles Times (latimes.com) (last accessed on May 21, 2024); |
|   | 17. | Botwin Decl. Ex. 21 - an excerpt from The Bulletin newspaper article under the headline *Seven Years to Make a 'Beauty,'* dated February 16, 1959, available at The Bulletin - Google Books (last accessed on May 21, 2024); |
|   | 18. | Botwin Decl. Ex. 22 - an ABC 7 Chicago News article under the title *11 things you didn't know about 'Princess and the |

*Frog*,' dated June 1, 2015, obtained at 11 things you didn't know about 'Princess and the Frog' - ABC7 Chicago (last accessed on May 21, 2024).

19. Botwin Decl. Ex. 23 - excerpts from *The Contemporary Pacific*, *Book and Media Reviews: Moana,* Volume 30, Number 1, 215–260, 2018, University of Hawaiʻi Press, by Candice Elanna Steiner, University of Hawaiʻi–Mānoa, obtained at content (hawaii.edu) (last accessed on May 21, 2024);

20. Botwin Decl. Ex. 25 - excerpts from the Brief of Petitioner in *Warner Chappell Music, Inc. v. Sherman Nealy and Music Specialist, Inc*., United States Supreme Court Docket No. 22-1078, obtained at Search - Supreme Court of the United States (last accessed on May 21, 2024);

21. Plaintiff Decl. Ex. 1 - records from Plaintiff's current YouTube account;

22. Plaintiff Decl. Ex. 2 - a confidentiality agreement that was displayed on Plaintiff's website, buckcreations.com;

23. Plaintiff Decl. Ex. 3 - records from the Wayback Machine of buckcreations.com from April 21, 2008, January 7, 2009, April 28, 2009, and 2011, obtained at Wayback Machine (archive.org) (last accessed on May 18, 2024);

24. Plaintiff Decl. Ex. 4 - a page from the website buckcreations.com under "animatics" from March 20, 2008, obtained at Wayback Machine (archive.org) (last accessed on May 18, 2024);

25. Plaintiff Decl. Ex. 5 - records from the Wayback Machine showing the layout of reelinginthedream.com and buckwoodall.com, the first constituting the first screenshot available on the Wayback Machine from buckwoodall.com dated February 8, 2011; the second from reelinginthedream.com dated August 16, 2018; the third from buckwoodall.com, dated April 30, 2022, REELING IN THE DREAM - Reeling In The Dream (archive.org) accessible at Wayback Machine (archive.org) and Wayback Machine (archive.org) (last accessed on May 21, 2024).

Plaintiff's Request for Judicial Notice (Dkt. No. 480.) is **GRANTED IN PART** and **DENIED IN PART** as follows:

As to the internet articles attached as Exhibits 1, 2, 3, 4, 9, 14, 15, 17, 18, 20, 21, 22, and 23 to Botwin's Declaration, the Court takes judicial notice of the existence of the internet articles and the fact that the articles contain the referenced content, but cannot take judicial notice of the truth of the contents therein. *See Threshold Enters. Ltd. v. Pressed Juicery, Inc.*, 445 F. Supp. 3d 139, 146 (N.D. Cal. 2020) ("To the extent the Court takes judicial notice that these documents contain certain information, the Court notices only the fact that the documents contain the referenced content. The Court does not take judicial notice of the truth of that content."); *Gerritsen v. Warner Bros. Ent. Inc.*, 112 F. Supp. 3d 1011, 1029 (C.D. Cal. 2015) ("[T]o the extent the court *can* take judicial notice of press releases and news articles, it can do so only to "indicate what was in the public realm at the time, not whether the contents of those articles were in fact true.") (citing *Von Saher v. Norton Simon Museum of Art at Pasadena,* 592 F.3d 954, 960 (9th Cir. 2010)).

The Court cannot take judicial notice of the truth of the contents of the IMDB Pro profile attached as Exhibit 11 to Botwin's Declaration, or the data from Muck Rack platform attached as Exhibit 12 to Botwin's Declaration as requested by Plaintiff. *See Gerritsen*, 112 F. Supp. 3d at 1044 (declining to take judicial notice of information on third party websites for their truth where the plaintiff requested that the court take judicial notice of the information published on the website "for the *truth* of the information published, not simply the *fact* of its publication," reasoning "information appearing on the third party websites is not a proper subject of judicial notice because it is not capable of accurate and ready determination") (emphasis in original).

With respect to the online video interview attached as Exhibit 6 to Botwin's Declaration and the YouTube video attached as Exhibit 10 to Botwin's

Declaration, the Court takes judicial notice of the existence of the videos and the information therein for purposes of determining what was available to the public at the time, but not for the truth of the contents therein. *See Novation Sols., Inc. v. Issuance Inc.*, 2023 WL 6373871, at *14 (C.D. Cal. Aug. 16, 2023) (taking judicial notice of content of youtube videos and the fact that the content was publicly available, but not for the truth of the matters asserted therein).

The Court takes judicial notice of census data from the Hawaiian state government attached as Exhibit 13 to Botwin's declaration because the data therein is "not subject to reasonable dispute." Fed. R. Evid. 201(b); *see also Mi Familia Vota v. Fontes*, 2024 WL 862406, at *1 n. 2 (D. Ariz. Feb. 29, 2024) (taking judicial notice of data from the U.S. Census and the Census Bureau's American Community Survey because the facts therein were not subject to reasonable dispute).

As to the screenshot from Defendant WDAS's website attached as Exhibit 19 to Botwin's declaration, the Court takes judicial notice of the content for purposes of determining what information was available to the public, but not for the truth of the content therein. *See Romero v. Securus Techs., Inc.*, 216 F. Supp. 3d 1078, 1085 n.1 (S.D. Cal. 2016) (taking judicial notice of screenshots from defendant's website "for the limited purpose of determining what information has been put into the public realm, but not for the truth of their contents").

The Court takes judicial notice of the existence of the brief attached as Exhibit 25 to Botwin's declaration filed in *Warner Chappell Music, Inc. v. Sherman Nealy and Music Specialist, Inc.* with the U.S. Supreme Court, and the date it was filed, but not for the truth of the contents therein. *See GemCap Lending, LLC v. Quarles & Brady, LLP*, 269 F. Supp. 3d 1007, 1019 (C.D. Cal. 2017) ("A court may also take judicial notice of the *existence* of another court's opinion or of the filing of pleadings in related proceedings; the Court may not, however, accept as true the facts found or alleged in such documents."), *aff'd sub*

*nom. GemCap Lending I, LLC v. Quarles & Brady, LLP*, 787 F. App'x 369 (9th Cir. 2019) (internal quotations and citation omitted).

The Court cannot take judicial notice of the records from Plaintiff's current YouTube account attached as Exhibit 1 to Plaintiff's declaration or the records from the Wayback Machine of buckcreations.com attached as Exhibit 3 to Plaintiff's declaration for the truth of the contents therein and because Defendant disputes their authenticity and they are not derived from a "source whose accuracy cannot reasonably be questioned." *Strojnik v. Azul Hospitality Grp.*, 2019 WL 6467494, at *2 (E.D. Cal. Dec. 2, 2019) (denying request for judicial notice of information on the internet on the ground they are not from a source whose accuracy cannot reasonably be questioned, and they were being offered for the truth of the matter asserted); *cf. Vogts v. Penske Media Corp.*, 2023 WL 7107276, at *6 (C.D. Cal. Aug. 30, 2023) ("facts taken from a party's website may be proper subjects for judicial notice so long as authenticity is not questioned").

The Court takes judicial notice of the confidentiality agreement displayed on Plaintiff's website attached as Exhibit 2, a page from Plaintiff's website attached as Exhibit 4, and screenshots from Plaintiff's website attached as Exhibit 5 to Plaintiff's declaration for purposes of determining what information was available to the public, but not for the truth of the content therein. *See Romero*, 216 F. Supp. 3d at 1085 n.1 (taking judicial notice of screenshots from defendant's website "for the limited purpose of determining what information has been put into the public realm, but not for the truth of their contents").

**C.  Plaintiff's Request for Judicial in support of Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 442)**

Plaintiff filed a request for judicial notice in support of Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 442) requesting that the Court take judicial notice of the following:

    1.    Botwin Decl. Ex. 10 – Certificate of Amendment to the

Articles of Incorporation of Walt Disney Pictures and Television from the year 2006, obtained at the California Secretary of State's website, at Search | California Secretary of State (last accessed on May 7, 2024);

2. Botwin Decl. Ex. 11 - The Walt Disney Company's 10-K public filing with the U.S. Securities and Exchange Commission ("SEC"), for the fiscal year ended September 30, 2004, highlighted for the Court's convenience, obtained at sec.gov (last accessed on May 7, 2024);

3. Botwin Decl. Ex. 12 - excerpts from The Walt Disney Company's 10-K public filing with the SEC, for the fiscal year ended September 30, 2004, highlighted for the Court's convenience, obtained at sec.gov (last accessed on May 7, 2024);

4. Botwin Decl. Ex. 13 - screenshots captured at Disney+ from the animated films *Cinderella II: Dreams Come True* (2002); *101 Dalmatians II: Patch's London Adventure* (2002); and *Kim Possible Movie: So the Drama* (2005), obtained at Disney+ | Movies and Shows (disneyplus.com) (last accessed on May 7, 2024);

5. Botwin Decl. Ex. 14 - a screenshot from the animated film, *Stitch! The Movie* (2003), obtained at Disney+ | Movies and Shows (disneyplus.com) (last accessed on May 7, 2024);

6. Botwin Decl. Ex. 15 - screenshots from the animated film, *Stitch! The Movie* (2003), obtained at Disney+ | Movies and Shows (disneyplus.com) (last accessed on May 7, 2024);

7. Botwin Decl. Ex. 16 - screenshots from the animated series, *Lilo & Stitch: The Series* (2003-2004), Season 1, Episode 1, obtained at Disney+ | Movies and Shows (disneyplus.com) (last accessed on May 7, 2024);

8. Botwin Decl. Ex. 17 - a screenshot of Walt Disney Animation Studio's website, referencing the animated film, *Lilo & Stitch* (2002), obtained at Lilo & Stitch (disneyanimation.com) (last accessed on May 7, 2024);

9. Botwin Decl. Ex. 19 - the public LinkedIn profile of Doug Short, obtained at https://www.linkedin.com/in/doug-short-

9

7743548/ (last accessed on May 7, 2024).

10. Botwin Decl. Ex. 20 - an interview with Doug Short, published on March 17, 2018, at Animated Views, by Jérémie Noyer, obtained at Get Enchanted! Chapter Two: Disney executive Doug Short, Giselle's champion! – Animated Views (last accessed on May 7, 2024);

11. Botwin Decl. Ex. 28 - a publication by the Walt Disney Company about Walt Disney Television Animation, dated November 8, 2019, obtained on the Walt Disney Company's official website, At 35, Disney Television Animation Continues to Tell HeartfeltStories in New and Innovative Ways -The Walt Disney Company (last accessed on May 7, 2024);

12. Botwin Decl. Ex. 29 – a printout from the Walt Disney Studios' public website, obtained at The Walt Disney Studios (last accessed on May 7, 2024);

13. Botwin Decl. Ex. 30 – form 10-K filed with the SEC, for the year 2016, obtained at sec.gov (last accessed on May 7, 2024).

14. Botwin Decl. Ex. 33 – a screenshot from *The Incredibles* (2004), obtained at Disney+ | Movies and Shows (disneyplus.com) (last accessed on May 7, 2024);

15. Botwin Decl. Ex. 34 - a screenshot from *The Incredibles* (2004), obtained at Disney+ | Movies and Shows (disneyplus.com) (last accessed on May 7, 2024).

16. Botwin Decl. Ex. 35 - a release by the Academy of Motion Picture Arts and Sciences via its official website at The 77th Academy Awards | 2005 (oscars.org) about the 77th Academy Awards (2005);

17. Botwin Decl. Ex. 38 - an article under the title *Feuds, firings, and the most radical Disney princess yet: the making of Moana*, by Robbie Collin, December 25, 2019, obtained at Feuds, firings, and the most radical Disney princess yet: the making of Moana(telegraph.co.uk) (last accessed on May 7, 2024);

18. Botwin Decl. Ex. 39 – an article under the title *Review: 'Moana' Is Disney's Best Movie In Decades, by Jon Negroni,*

10

|   |   |
|---|---|
| | November 21, 2016), obtained at <u>Review: 'Moana' Is Disney's Best</u> Movie In Decades - Jon Negroni (last accessed on May 7, 2024); |
| 19. | Botwin Decl. Ex. 40 - an article under the title *'Moana' directors won't cry over losing to 'Frozen' at the box office* (November 27, 2016), by Bryan Alexander, USA Today, obtained at 'Moana' directors won't cry over losing to 'Frozen' at the box office (usatoday.com) (last accessed on May 7, 2014); |
| 20. | Botwin Decl. Ex. 41 - an article under the title *Bringing Moana to Life*, by Drew Turney, Video and Filmmaker Magazine, May 3, 2017, obtained at BRINGING MOANA TO LIFE - Video & Filmmaker magazine Video & Filmmaker magazine (videoandfilmmaker.com) (last accessed on May 7, 2024); |
| 21. | Botwin Decl. Ex. 44 - excerpts of pages 122 and 125 from the book *The Art of Moana* (2016) by Jessica Julius and Maggie Malone; |
| 22. | Botwin Decl. Ex. 45 - an excerpt (*Moana the Wave Rider*, by Osnat Shurer) from the book under the title *5-Minute Moana Stories* (2020) published by Disney Book Group; |
| 23. | Botwin Decl. Ex. 46 - the book, *Moana's New Friend* (2019), by Jennifer Liberts (Author), Disney Storybook Art Team (Illustrator); |
| 24. | Botwin Decl. Ex. 49 - data published regarding the release of *Moana* on DVD, obtained at Moana DVD (blu-ray.com) (last accessed on May 7, 2024), and an excerpts from the theatrical release dates for *Moana* available on IMDB, obtained at Moana (2016) - Release info - IMDb (last accessed on May 7, 2024); |
| 25. | Botwin Decl. Ex. 50 - excerpts from The Walt Disney Company's 8-K public filing with the SEC, dated September 24, 2001, and an excerpt from The Walt Disney Company's 10-Q for the quarterly period ended April 2, 2022, highlighted for the Court's convenience, obtained at sec.gov (last accessed on May 7, 2024); |
| 26. | Botwin Decl. Ex. 51 - Exhibit 21 to The Walt Disney |

|   |   |   |
|---|---|---|
|   |   | Company's 10-K public filing with the SEC in 2005, listing subsidiaries, obtained at sec.gov (last accessed on May 7, 2024); |
|   | 27. | Botwin Decl. Ex. 52 - a press release posted on The Walt Disney Company's website, dated June 29, 2015, obtained at the Walt Disney Company's official website, at New Disney Segment to Combine Consumer Products and Interactive Divisions - The Walt Disney Company (last accessed on May 7, 2024); |
|   | 28. | Botwin Decl. Ex. 53 - information obtained at Disneystore.com and Disneyconnect.com (last accessed on May 7, 2024) about *Moana*-related consumer products; and |
|   | 29. | Botwin Decl. Ex. 56 - The Walt Disney Company's form 10-Q, for the quarterly period ended April 2, 2022, highlighted for the Court's convenience, obtained at sec.gov (last accessed on May 7, 2024). |

Defendants do not object to the Court taking judicial notice of Exhibit Nos. 10, 11, 12, 17, 28, 29, 30, 50, 51, 52, and 53 attached to Botwin's declaration.

Plaintiff's request for judicial notice (Dkt. No. 442) is **<u>GRANTED IN PART</u>** and **<u>DENIED IN PART</u>** as follows:

The Court grants Plaintiff's request for judicial notice as to Exs. 10, 11, 12, 30, 50, and 51 which are Walt Disney Pictures and Television's records filed with the California Secretary of State and The Walt Disney Company's SEC filings because they are matters of public record. *See* Fed. R. Civ. P. 201. The Court grants Plaintiff's request for judicial notice as to Exs. 17, 28, 29, 52, and 53, which are materials from Defendants' websites whose authenticity the parties do not question. *See Vogts*, 2023 WL 7107276, at *6 ("facts taken from a party's website may be proper subjects for judicial notice so long as authenticity is not questioned"); *Datel Holdings Ltd. v. Microsoft Corp.*, 712 F. Supp. 2d 974, 985 (N.D. Cal. 2010) ("printouts from Defendant's own website . . . are judicially noticeable").

The Court denies Plaintiff's request for judicial notice as to Botwin Decl. Exs. 13, 14, 15, 16, 33, and 34, because they are purported screenshots from works that are not at issue in this action and are therefore irrelevant.

The Court denies Plaintiff's request for judicial notice of the purported online LinkedIn profile of a nonparty attached as Ex. 19 to Botwin's Declaration because it is not the proper subject of judicial notice. *See TIW Holdings LLC v. Hotbox Farms LLC*, 2024 WL 1829656, at *3 (C.D. Cal. Jan. 18, 2024) (denying request for judicial notice of online LinkedIn pages because "LinkedIn itself is not a party to this action, and [the] complaint does not reference the pages depicted in [the LinkedIn pages]").

As to the online articles and online interviews attached as Exs. 20, 38, 39, 40, and 41 to Botwin's Declaration, the Court takes judicial notice of the existence of the articles and interviews and the fact that the articles and interviews contain the referenced content, but cannot take judicial notice of the truth of the contents therein. *See Threshold Enters. Ltd.*, 445 F. Supp. 3d at 146 ("To the extent the Court takes judicial notice that these documents contain certain information, the Court notices only the fact that the documents contain the referenced content. The Court does not take judicial notice of the truth of that content."); *Gerritsen*, 112 F. Supp. 3d at 1029 ("[T]o the extent the court *can* take judicial notice of press releases and news articles, it can do so only to "indicate what was in the public realm at the time, not whether the contents of those articles were in fact true.").

The Court denies Plaintiff's request for judicial notice of information from third-party websites attached as Exhibits 35 and 49 to Botwin's Declaration because the Court cannot take judicial notice of the truth of the contents therein. *See Gerritsen*, 112 F. Supp. 3d at 1044 (declining to take judicial notice of information on third party websites for their truth where the plaintiff requested that the court take judicial notice of the information published on the website "for the *truth* of the information published, not simply the *fact* of its publication,"

reasoning "information appearing on the third party websites is not a proper subject of judicial notice because it is not capable of accurate and ready determination") (emphasis in original).

As to excerpts from books attached as Exhibits 44, 45, and 46 to Botwin's Declaration, the Court can take judicial notice of their existence and for purposes of indicating what was in the public realm at the time, but not for the truth of the contents therein. *See Von Saher*, 592 F.3d at 960 ("The Museum also moves for judicial notice of the fact that various newspapers, magazines, and books have published information about the Cranachs. Courts may take judicial notice of publications introduced to indicate what was in the public realm at the time, not whether the contents of those articles were in fact true.") (internal quotations and citations omitted).

**IT IS SO ORDERED.**

DATED: November 1, 2024.

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE