1 | Michael D. Roth (Bar. No. 217464)
mroth@kslaw.com
2 | Arwen R. Johnson (Bar No. 247583)
arwen.johnson@kslaw.com
3 | KING & SPALDING LLP
4 | 633 W. 5th Street, Suite 1600
Los Angeles, California 90071
5 | Telephone:  (213) 443-4355
6
7 | Robert N. Klieger (Bar No. 192962)
rklieger@hueston.com
8 | Moez M. Kaba (Bar No. 257456)
mkaba@hueston.com
9 | HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
10 | Los Angeles, California 90014
11 | Telephone:  (213) 788-4340

12
13 | Attorneys for Defendant Buena
Vista Home Entertainment, Inc.

Peter Shimamoto (Bar No. 123422)
pshimamoto@willenken.com
Kenneth M. Trujillo-Jamison
  (Bar No. 280212)
ktrujillo-jamison@willenken.com
Michelle K. Millard (Bar No. 298245)
mmillard@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone:  (213) 955-9240
Facsimile:   (213) 955-9250

14

15 | UNITED STATES DISTRICT COURT

16 | CENTRAL DISTRICT OF CALIFORNIA

17 | BUCK G. WOODALL, a.k.a. Buck
18 | Woodall, an individual,

19 |          Plaintiff,

20 | v.

21

22 | THE WALT DISNEY COMPANY, a
Delaware Corporation; et al.,

23

24 |          Defendants.

25

26

27

28

Case No.: 2:20-cv-03772-CBM-E

**DEFENDANT BUENA VISTA
HOME ENTERTAINMENT,
INC.'S NOTICE OF PLAINTIFF'S
FILING OF NEW ACTION**

Pre-Trial Conf.:   January 14, 2025
Trial Date:           February 25, 2025
Assigned to Hon. Consuelo B. Marshall
Magistrate Judge: Charles F. Eick

1    Defendant Buena Vista Home Entertainment, Inc. ("Buena Vista") hereby

2 provides notice to the Court that, shortly after the Court issued its order today

3 denying Plaintiff's *ex parte* application to continue the pretrial conference (Dkt.

4 No. 607), Plaintiff filed a new lawsuit in the Central District of California against

5 Buena Vista and most of the former defendants in the instant action, captioned

6 *Buck G. Woodall v. The Walt Disney Company, et al.*, Case No. 2:25-cv-00273

7 (C.D. Cal. Jan. 10, 2025), purporting to bring claims for copyright infringement

8 relating to both *Moana* and *Moana 2*.

9    The complaint in Plaintiff's new lawsuit is 33 pages long, has 90 numbered

10 paragraphs, and attaches more than 330 pages of exhibits.  It was signed by

11 Plaintiff's lead trial counsel in the instant action, Gustavo D. Lage, and lists as co-

12 counsel two other attorneys (El'ad D. Botwin and James Wes Christian) who have

13 been actively involved in the instant action for many years.

14    The decision of Plaintiff's counsel to devote their resources to the

15 preparation of this new complaint, rather than compliance with the Local Rules and

16 this Court's Standing Order in connection with the instant action, is relevant to any

17 claim of excusable neglect or other argument that Plaintiff may make for relief

18 from the deadlines in the instant action.

19 Dated:  January 10, 2025                    HUESTON HENNIGAN LLP

20                                            KING & SPALDING LLP
                                             WILLENKEN LLP
21

22                                           By:    */s/ Robert N. Klieger*

23                                                  Robert N. Klieger
                                                   Attorneys for Defendant Buena Vista
24                                                 Home Entertainment, Inc.

25

26

27

28

NOTICE OF PLAINTIFF'S FILING OF NEW ACTION