UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 20-3772-CBM (Ex) | Date | January 14, 2025 |
|---|---|---|---|
| Title | Buck G. Woodall v. The Walt Disney Company, et al. | | |

| Present: The Honorable | CONSUELO B. MARSHALL<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| V.R. Vallery | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gustavo D. Lage | Robert N. Klieger |
| Video Appearance | Arwen Johnson |
| Elizabeth Yang | Michael D. Roth |
| | Moez M. Kaba |

**Proceedings:** Pretrial Conference; Defendant Buena Vista Home Entertainment, Inc.'s Motion to Exclude Opinions and Testimony of Plaintiff's Retained Expert Terry Hunt (A) Regarding Substantial Similarity, and (B) That *Moana* "Copied" Bucky **[564]**; Defendant's Motion In Limine No. 1 to Exclude Evidence or Argument Rendered Irrelevant or Inadmissible by Summary Judgment Ruling **[565]**; Defendant's Motion In Limine No. 2 to Exclude Evidence or Argument Regarding Alleged Discovery Violations or Failures to Produce **[566]**; Defendant's Motion In Limine No. 3 to Exclude Evidence or Argument Regarding Unrelated Infringement Claims and Credit Disputes **[567]**; Defendant's Motion In Limine No. 4 to Exclude Evidence or Argument Regarding *Moana 2 or* other Derivative Works **[568]**; Defendant's Motion to Exclude or Limit Opinions and Testimony of Plaintiff's Expert Cedar Boschan **[569]**; Defendant Buena Vista Home Entertainment, Inc.'s Motion in Limine No. 5 to Exclude Evidence or Argument of Plaintiff's Unregistered 2016 Treatment Entitled "Bucky the Surfer Boy" **[570]**; Defendant Buena Vista Home Entertainment, Inc.'s Motion to Preclude Plaintiff's Retained Expert Stan Smith from Opining at Trial about Disney+ **[576]**; Defendant Buena Vista Home Entertainment, Inc.'s Motion in Limine No. 6 to Exclude Cumulative Experts and Offering Undisclosed Opinions on Profits **[577]**

The hearing is held.   Following discussions with counsel, the Court sets the following dates:

1. good cause statement shall be filed Plaintiff no later than January 15, 2025 at 12:00 p.m. PST;
2. Defendant Buena Vista Home Entertainment's ("BVHE's") oppositions to Plaintiff's pending motions (Dkt. Nos. 610, 611, 617) shall be filed no later than January 17, 2025;
3. index of deposition testimony offered, page and line number, objections, and grounds for objections pursuant to L.R. 16-2.7 to be filed no later than February 11, 2025;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 20-3772-CBM (Ex) | Date | January 14, 2025 |
|---|---|---|---|
| Title | Buck G. Woodall v. The Walt Disney Company, et al. | | |

4.  proposed order regarding objections to deposition testimony to be filed and Microsoft Word version to be lodged no later than February 11, 2025;
5.  summary of witness testimony, exhibits to be used for each witness, and the order in which witnesses will be called shall be filed no later than February 11, 2025;
6.  joint exhibit list shall be filed no later than February 11, 2025;
7.  statement of the case, proposed voir dire, proposed verdict form and proposed jury instructions shall be filed no later than February 18, 2025;
8.  Further pretrial conference/status conference - February 24, 2025 at 9:00 a.m.

The parties have agreed to meet and confer no later than January 23, 2025.

The Court takes Defendant BVHE's pending motions under submission.   A written order will issue.

| | 1 | : | 31 |
|---|---|---|---|
| Initials of Preparer | | VRV | |