UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-03772-CBM-E | Date | February 5, 2025 |
| Title | Woodall v. The Walt Disney Co. et al. | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER RE: PLAINTIFF'S MOTION TO BIFURCATE LIABILITY FOR POST APRIL 24, 2017 ISSUES [617]**

The matter before the Court is Plaintiff's "Motion to Bifurcate Liability for Post April 24, 2017 Issues." (Dkt. No. 617.) Defendant Buena Vista Home Entertainment ("BVHE") filed an opposition. (Dkt. No. 636.)

The district court has discretion whether or not to order bifurcation. *Smith v. Beech Aircraft Corp.*, 178 F.3d 1300 (9th Cir. 1999). Here, Plaintiff seeks to bifurcate trial to try "claims related to post-June 2017 non-theatrical revenues first" "separately from other issues." It is unclear what "other issues" and "claims" Plaintiff requests to be tried second, but Plaintiff appears to request that "issues involving access, substantial similarity, and theatrical release revenues" be tried second. Plaintiff's Motion appears to be based on Plaintiff's belief that in addition to Plaintiff's "timely claim for copyright infringement against Defendant Buena Vista Home Entertainment ("BVHE")" for "its home video distribution of *Moana* . . . beyond April 24, 2017," "Plaintiff still has a timely claim against all Defendants regarding the issues of copyright access, substantial similarity and striking similarity." (Motion at 2.) However, no claims against the non-BVHE defendants remain to be tried, and the sole remaining claim for trial is Plaintiff's copyright claim against Defendant BVHE based on its distribution of *Moana* after April 24, 2017. (*See* Dkt. No. 558 (granting Defendants' Motion for Summary Judgment on Plaintiff's copyright claim on the ground "it is time-barred against all defendants except Defendant Buena Vista Home Entertainment," and stating "the remaining claim for trial is Plaintiff's copyright infringement claim based on distribution of *Moana* by Defendant Buena Vista Home Entertainment after April 24, 2017").)

To the extent Plaintiff seeks to bifurcate damages and liability so that the issue of damages is tried prior to liability, Plaintiff fails to meet his burden of demonstrating such bifurcation is warranted "[f]or convenience, to avoid prejudice, or to expedite and economize" under Fed. R. Civ. P. 42(b). *See Est. of Solis v. Cnty. of Riverside*, 2024 WL 4783818, at *1 (C.D. Cal. Oct. 21, 2024) (moving party carries the burden of demonstrating bifurcation is warranted); *Lindland v. TuSimple, Inc.*, 2022 WL 1017891, at *3 (S.D. Cal. Apr. 5, 2022) (noting bifurcating trial to determine damages prior to liability is an "extraordinary" and "drastic" measure which is uncommon in "ordinary litigation") (citations omitted).

Accordingly, Plaintiff's "Motion to Bifurcate Liability for Post April 24, 2017 Issues" is **<u>DENIED</u>**.

**IT IS SO ORDERED.**