Michael D. Roth (Bar. No. 217464)
mroth@kslaw.com
Arwen R. Johnson (Bar No. 247583)
arwen.johnson@kslaw.com
KING & SPALDING LLP
633 W. 5th Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 443-4355

Robert N. Klieger (Bar No. 192962)
rklieger@hueston.com
Moez M. Kaba (Bar No. 257456)
mkaba@hueston.com
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4310
Facsimile: (888) 775-0898

Peter Shimamoto (Bar No. 123422)
pshimamoto@willenken.com
Kenneth M. Trujillo-Jamison
 (Bar No. 280212)
ktrujillo-jamison@willenken.com
Michelle K. Millard (Bar No. 298245)
mmillard@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Attorneys for Defendant Buena Vista
Home Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCK G. WOODALL, a.k.a. Buck Woodall, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY, a Delaware Corporation; et al.,<br><br>Defendants. | Case No.: 2:20-cv-03772-CBM-E<br><br>**DEFENDANT'S SUMMARY OF TESTIMONY OF AND EXHIBITS TO BE USED WITH WITNESSES CALLED AS PART OF DEFENDANT'S CASE-IN-CHIEF**<br><br>Trial Date:     February 25, 2025<br><br>Assigned to Hon. Consuelo B. Marshall<br>Magistrate Judge: Charles F. Eick |

Pursuant to the Court's Order dated January 14, 2025 (Dkt. No. 633), Defendant Buena Vista Home Entertainment, Inc. ("Buena Vista") respectfully submits the following identification of the witnesses it contemplates calling as part of its case-in-chief, in the order Defendant anticipates calling them, along with a summary of the witness testimony and lists of exhibits contemplated to be used with each witness.

### 1. John Musker

Mr. Musker created and co-directed *Moana* with his longtime collaborator Ron Clements. Mr. Musker will testify about the conception, development, and production of *Moana*, as well as other movies in his filmography. Mr. Musker will testify that, before this action was filed, he had never heard of Plaintiff Buck Woodall or his "Bucky" project and that *Moana* was independently created without knowledge of Plaintiff or his copyrighted works.

Buena Vista anticipates using the following exhibits in connection with its examination of Mr. Musker: Trial Exhibits Nos. 294, 1000-1078, 1085-1091, 1094-1177, 1180-1338, 1390-1391, 1393, 1395-1399, 1402-404, 1407, 1410, and 1414-1416.

### 2. Ron Clements

Mr. Clements created and co-directed *Moana* with his longtime collaborator John Musker. Mr. Clements will testify about the conception, development, and production of *Moana*, as well as other movies in his filmography. Mr. Clements will testify that, before this action was filed, he had never heard of Plaintiff Buck Woodall or his "Bucky" project and that *Moana* was independently created without knowledge of Plaintiff or his copyrighted works.

Buena Vista anticipates using the following exhibits in connection with its examination of Mr. Clements: Trial Exhibits Nos. 1000-1084, 1089-1091, 1094-1177, 1180-1338, 1390-1391, 1393, 1395-1399, 1402-1404, 1407, 1410, and 1414-1416.

### 3. Jessica Julius

Ms. Juilus was an executive in Walt Disney Animation Studios' development group at the time *Moana* was developed and produced. Ms. Julius will testify about her involvement in the development of *Moana*, as well as Walt Disney Animation Studios policies and procedures, including the strictly enforced policy against accepting outside submissions.

Buena Vista anticipates using the following exhibits in connection with its examination of Ms. Julius: Trial Exhibit Nos. 80, 1089-1091, 1094-1178, 1180-1184, 1345-1346, 1390, 1410, and 1429.

### 4. Jenny Marchick

Ms. Marchick is Plaintiff Buck Woodall's brother's wife's step-sister and has been falsely targeted by Plaintiff as the mastermind of a two-decade-long scheme to steal Plaintiff's copyright works. Ms. Marchick will testify about her contacts with Plaintiff regarding his "Bucky" works and her handling of the "Bucky" materials that she received. Ms. Marchick will testify that she never provided any of Plaintiff's materials to Mr. Musker, Mr. Clements, or anyone at Walt Disney Animation Studios.

Buena Vista anticipates using the following exhibits in connection with its examination of Ms. Marchick: Trial Exhibit Nos. 1350, 1353-1354, 1357-1358, 1362-1363, 1365, and 1427-1428.

### 5. Osnat Shurer (by deposition)

Ms. Shurer was the producer of *Moana*. Ms. Shurer will testify about her involvement in the development and production of *Moana* and, if Plaintiff's evidence regarding several derivative publications is admitted over Buena Vista's objection, her involvement in those publications.

Buena Vista anticipates using the following exhibits in connection with its examination of Ms. Shurer: Trial Exhibit No. 228 (which was Exhibit 5 to Ms. Shurer's deposition).

### 6. Todd Lieberman

Mr. Lieberman was one of the co-founders of Mandeville Films, Inc. ("Mandeville"), the live-action production company where Jenny Marchick worked from 2002 through 2007. Mr. Lieberman will testify about Mandeville's first-look deal with Walt Disney Pictures, that Mandeville was not developing or producing animated projects in the 2000s, and that Jenny Marchick never discussed or provided Mandeville with anything related to Plaintiff Buck Woodall or his "Bucky" project.

Buena Vista does not anticipate using any exhibits in connection with its examination of Mr. Lieberman.

### 7. Louis Matthew "Doc" Kane

Mr. Kane is an Academy Award-winning sound engineer who performed several days of ADR services on *Moana*. Mr. Kane will testify about his work on the movies *The Incredibles* and *Moana*. He will also testify about his lack of knowledge of "Bucky" materials and that he did not receive or pass along any such materials to anyone, including anyone who worked on *Moana*.

Buena Vista anticipates using the following exhibits in connection with its examination of Mr. Kane: Trial Exhibit Nos. 21-24 and 240.

### 8. Katherine Speirs (by deposition)

Ms. Speirs is Plaintiff Buck Woodall's former fiancée who was an investor and producer on his "Bucky" project. Ms. Speirs will testify regarding her relationship with Plaintiff and her involvement in the "Bucky" project.

Buena Vista anticipates using the following exhibits in connection with its examination of Ms. Speirs: Trial Exhibit No. 1369 (which was Exhibit 2 to Ms. Speirs' deposition).

### 9. Pearl Young (by deposition)

Pearl Young is a Kauai resident who modeled for Plaintiff Buck Woodall as a teenager and signed the confidentiality agreement that Plaintiff has falsely

represented was signed by Jenny Marchick. Ms. Young will testify about her modeling for Plaintiff and that the signature on the confidentiality agreement appears to be her signature from when she was a teenager.

Buena Vista anticipates using the following exhibits in connection with its examination of Ms. Young: Trial Exhibit No. 19 (which was Exhibit 3 to Ms. Speirs' deposition); Trial Exhibit 61 (which was Exhibit 61 to Ms. Speirs' deposition); and Trial Exhibit No. 1350 (which was Exhibit 18 to Ms. Young's deposition).

### 10. Marie Alohalani Brown

Dr. Brown is a tenured Professor of Hawaiian and other Polynesian Religions for the Department of Religions and Ancient Civilizations at the University of Hawai'i at Mānoa. Dr. Brown will provide rebuttal expert testimony to that of Plaintiff Buck Woodall's retained expert Terry Hunt. In particular, Dr. Brown will explain ways in which Dr. Hunt overlooked, failed to consider, or misinterpreted important details and mythological elements and thereby overstated the extent of deviations from Polynesian mythologies and folklore and the supposed similarities between "Bucky" and *Moana*. Dr. Brown will also provide testimony relevant to what is protectable or not under the scenes-a-faire doctrine.

Buena Vista anticipates using the following exhibits in connection with its examination of Dr. Brown: Trial Exhibit Nos. 11-17, 1390-1391, 1399, and 1410.

### 11. Jeff Rovin

Mr. Rovin is a bestselling author who has written extensively on motion pictures. Mr. Rovin is Buena Vista's retained expert regarding substantial similarity. Mr. Rovin will compare Plaintiff Buck Woodall's copyrighted "Bucky" materials with *Moana* and perform a comparative extrinsic test of the works, and will further analyze other works ("prior art") from the same genres regarding certain elements in dispute in this matter, including for scenes-a-faire.

Buena Vista anticipates using the following exhibits in connection with its examination of Mr. Rovin: Trial Exhibit Nos. 11-17 and 1404-1416.

### 12. Sarah Eggebrecht

Ms. Eggebrecht is Vice President, Deal Analysis at The Walt Disney Company. Ms. Eggebrecht will testify about Buena Vista's financial records, including its revenues and expenses in connection with its distribution of *Moana* after April 24, 2017.

Buena Vista anticipates using the following exhibits in connection with its examination of Ms. Eggebrecht: Trial Exhibit Nos. 1417-1426.

### 13. Ronni Coulter

Ms. Coulter is an attorney and business affairs executive with extensive experience in the entertainment industry, including as the former Executive Vice President of Business Affairs and Administration at Sony Pictures Animation. Ms. Coulter is Buena Vista's retained expert and will testify about Plaintiff Buck Woodall's alleged actual damages, including the compensation that he would have received consistent with custom and practice in the animation industry if he had sold his "Bucky" project to a feature animation studio.

Buena Vista anticipates using the following exhibits in connection with its examination of Ms. Coulter: Trial Exhibit Nos. 1339, 1341, and 1343-1344.

### 14. Robert Wunderlich

Dr. Wunderlich is an economic and business consultant who is a principal at Discovery Economics Inc., which is a retained expert for Buena Vista in this matter. Dr. Wunderlich will testify regarding Plaintiff Buck Woodall's claims for actual damages and disgorgement of Buena Vista's profits, including an apportionment of the profits attributable to the alleged infringement.

OPPOSITION TO MOTION TO FILE OUT OF TIME OPPOSITIONS AND MOTIONS

Buena Vista anticipates using the following exhibits in connection with its examination of Dr. Wunderlich: Trial Exhibit Nos. 1417-1426.

Dated: February 11, 2025

HUESTON HENNIGAN LLP
KING & SPALDING LLP
WILLENKEN LLP

By: */s/ Robert N. Klieger*
    Robert N. Klieger
    Attorneys for Defendant Buena Vista
    Home Entertainment, Inc.