Michael D. Roth (Bar. No. 217464)
mroth@kslaw.com
Arwen R. Johnson (Bar No. 247583)
arwen.johnson@kslaw.com
KING & SPALDING LLP
633 W. 5th Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 443-4355

Robert N. Klieger (Bar No. 192962)
rklieger@hueston.com
Moez M. Kaba (Bar No. 257456)
mkaba@hueston.com
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4310
Facsimile: (888) 775-0898

Peter Shimamoto (Bar No. 123422)
pshimamoto@willenken.com
Kenneth M. Trujillo-Jamison
  (Bar No. 280212)
ktrujillo-jamison@willenken.com
Michelle K. Millard (Bar No. 298245)
mmillard@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Attorneys for Defendant Buena Vista
Home Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCK G. WOODALL, a.k.a. Buck Woodall, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY, a Delaware Corporation; et al.,<br><br>Defendants. | Case No.: 2:20-cv-03772-CBM-E<br><br>**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS OFFERED PURSUANT TO L.R. 16-2.7 AND COUNTER-DESIGNATIONS**<br><br>Trial Date: February 25, 2025<br><br>Assigned to Hon. Consuelo B. Marshall<br>Magistrate Judge: Charles F. Eick |

Defendant Buena Vista Home Entertainment, Inc. ("Buena Vista"), pursuant to L.R. 16-2.7 and this Court's February 13, 2025 Order (Dkt. No. 690), respectfully lodges the following objections and counter-designations to the deposition testimony of Peter Heckmann, Osnat Shurer, and Katherine Speirs untimely designated by Plaintiff Buck Woodall:

### A. Deposition of Peter Heckmann (12/8/23)

| Page : Line | Objection | Conditional Counter-Designation |
|---|---|---|
| 15:1-15<br>16:4-25<br>17:3-5<br>17:8-16<br>17:21-18:7 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); the declaration about which Mr. Heckmann is testifying is inadmissible hearsay and not on the exhibit list | |
| 18:8 | Partial question with no answer | |
| 19:10-20 | Relevance (FRE 401); reference is to a declaration that is inadmissible hearsay and not on the exhibit list | |
| 22:13-20 | Relevance (FRE 401) | |
| 31:7-33:9 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, and Wasting Time (FRE 403); Hearsay (FRE 802) | |
| 33:10-34:6 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, and Wasting Time (FRE 403) | |
| 34:7-17 | Attorney statement | |

| Page : Line | Objection | Conditional Counter-Designation |
|---|---|---|
| 34:18-35:6 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, and Wasting Time (FRE 403) | |
| 35:7-21 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, and Wasting Time (FRE 403) | |
| 35:24-36:8 | Attorney colloquy | |
| 36:9-14 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, and Wasting Time (FRE 403); Lack of Foundation (FRE 602) | |
| 36:14-37:10 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, and Wasting Time (FRE 403) | |
| 37:11-15 | Lack of Foundation (FRE 602) | |
| 38:15-17 | Attorney statement | |
| 39:14-40:1<br>40:9-15 | Relevance (FRE 401) | 40:16-22 |
| 40:25-46:8 | Relevance (FRE 401) | 41:9-11<br>41:15-18 |
| 46:15-48:16<br>48:21-49:3 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, and Wasting Time (FRE 403) | |
| 49:10-50:4 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Hearsay (FRE 802) | |

| Page : Line | Objection | Conditional Counter-Designation |
|---|---|---|
| 50:21-51:1 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | |
| 51:6-10 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | 52:17-19 |
| 53:1-54:1 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, and Wasting Time (FRE 403); Lack of Foundation (FRE 602) | |
| 62:13-21 | Relevance (FRE 401); Lack of Foundation (FRE 602) | |
| 66:10-16 | Relevance (FRE 401); Lack of Foundation (FRE 602) | |
| 68:3-10 | Non-responsive | |
| 68:11-14 | Attorney colloquy | |
| 70:16-23 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | |
| 71:1-15 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602); Hearsay (FRE 802) | |
| 71:23-72:16 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | |
| 75:3-76:10 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | |

| Page : Line | Objection | Conditional Counter-Designation |
|---|---|---|
| 77:11-78:6 | Lack of Foundation (FRE 602) | |
| 79:5-7 | Lack of Foundation (FRE 602); Vague and ambiguous | |
| 79:11-13 | Attorney statement | |
| 80:17-22<br>81:1-84:12<br>84:21-23 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); the notes are inadmissible hearsay, so testimony about the notes is irrelevant | |
| 85:13-21 | Lack of Foundation (FRE 602) after "I cannot tell you for sure" | |
| 85:22-86:16 | Relevance (FRE 402); Confusing the Issues and Misleading the Jury (FRE 403) | |
| 87:5-17 | Relevance (FRE 402); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602); Improper Opinion (FRE 701) | |
| 87:22-88:1 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); the notes are inadmissible hearsay, so testimony about the notes is irrelevant | |
| 88:16-21 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | |
| 90:17-19 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | 90:3-16 |
| 91:1-7 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | |

| Page : Line | Objection | Conditional Counter-Designation |
|---|---|---|
| 91:21-92:10<br>92:16-93:6 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); the notes are inadmissible hearsay, so testimony about the notes is irrelevant | |
| 94:10-24 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | |
| 95:8-15 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | |
| 96:16-19 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | |
| 97:11-98:15 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | |
| 98:18-23<br>100:13-102:15 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | |
| 103:14-16 | Answer without question; Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | |
| 104:2-105:7 | Partial answer without question; Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | 103:17-104:1 |
| 105:8-17 | Attorney statement | |
| 106:23-107:13 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | |
| 108:1-9 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Hearsay (FRE 802) | |

| Page : Line | Objection | Conditional Counter-Designation |
|---|---|---|
| 108:10-19 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | |
| 108:24-25 | Question without answer; Hearsay (FRE 802) | |
| 111:13-17 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | 112:10-16 |
| 136:5-137:6 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | |
| 137:13-25 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | |
| 138:17-22  139:4-9 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602); Improper Opinion (FRE 701) | |
| 139:10-11  139:14  139:21 | Relevance (FRE 401) | |
| 139:22-140:9 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602); Improper Opinion (FRE 701) | 140:10-12  140:22-23 |
| 140:24-141:7 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602); Improper Opinion (FRE 701) | 141:8-14 |

| Page : Line | Objection | Conditional Counter-Designation |
|---|---|---|
| 145:4-15 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | |
| 153:6-155:24 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, and Waste of Time (FRE 403) | |
| 156:3-6 | Question with no answer | |
| 157:5-7 | Attorney statement through "First of all" | |
| 157:7-13<br>157:17-20 | Relevance (FRE 401); Lack of Foundation (FRE 602); Improper Opinion (FRE 701) | |
| 157:21-158:4<br>159:11-22 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); the declaration about which Mr. Heckmann is testifying is inadmissible hearsay and is not on the exhibit list | |
| 161:2-4 | Vague and ambiguous; Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | |
| 163:10-19 | Leading; Asked and answered | |
| 164:17-165:3 | Leading | |

DEFENDANT'S OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| Page : Line | Objection | Conditional Counter-Designation |
|---|---|---|
| 165:10-166:4 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602); the declaration about which Mr. Heckmann is testifying is inadmissible hearsay and is not on the exhibit list | |
| 166:5-10 | Leading; Assumes facts; Lack of Foundation (FRE 602) | |
| 166:12-170:23 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602); the notes are unauthenticated, and testimony about them is irrelevant and lacks foundation | |
| 166:20-167:3 | Lack of Foundation (FRE 602); Improper Opinion (FRE 701) | |
| 167:4-14 | Lack of Foundation (FRE 602) | |
| 167:15-168:8 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | |
| 168:9-11 | Lack of Foundation (FRE 602) | |
| 168:15-19 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | |
| 168:20-169:13 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | |

| Page : Line | Objection | Conditional Counter-Designation |
|---|---|---|
| 169:14-16 | Attorney testimony | |
| 169:17-170:8 | Vague and ambiguous; Assumes facts; Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | |
| 170:9-23 | Lack of Foundation (FRE 602) | |
| 171:1 | Strike "This is attached to your declaration" because declaration is inadmissible hearsay and not on exhibit list | |
| 174:7-11 | Asked and answered; Lack of Foundation (FRE 602) | |
| 175:4-9 | Leading | |
| 175:10-12 | Leading; question without answer | |
| 175:19-176:1 | Leading; Compound; Assumes facts | |
| 176:2-11 | Leading; Lack of Foundation (FRE 602) | |
| 176:12-15 | Lack of Foundation (FRE 602) | |
| 179:6-15 | Leading; Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | 178:17-179:5 |
| 181:12-182:4 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | |
| 183:4-184:6 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | 184:15-24 |
| 185:12-22 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | 185:23-186:2 |

| Page : Line | Objection | Conditional Counter-Designation |
|---|---|---|
| 186:24-187:10 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); the notes are unauthenticated and inadmissible | |
| 189:20-190:8 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | |
| 193:6-194:3 | Lack of Foundation (FRE 602) | |

**Counter-Designations**

1. 54:23-55:7
2. 55:18 (after "I'll ask it again") - 56:11
3. 59:24-60:5
4. 64:3-6
5. 112:17-21
6. 116:4-117:4
7. 120:14-122:7
8. 127:24-128:3
9. 128:10-18
10. 128:24-129:5
11. 129:15-20
12. 129:24-130:10
13. 132:21-133:13
14. 150:18-19
15. 187:15-188:9
16. 191:8-11
17. 192:3-11

B. **Deposition of Osnat Shurer (5/15/23)**

| Page : Line | Objection | Conditional Counter-Designation |
|---|---|---|
| 24:25-25:3 | Hearsay (FRE 802) with respect to "Here in your LinkedIn profile you note that," as LinkedIn profile is inadmissible hearsay. No objection to "you were the producer of Moana and Raya and the Last Dragon; is that correct?" or "That's correct." | |
| 35:10 | Answer without question | |
| 35:11-18 | Incomplete response; Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | |
| 70:21-22 | Remove attorney objection | |
| 105:24-106:22 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | |
| 135:2-5 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602); Precluded by Order on Defendant's Motion In Limine No. to Exclude Evidence or Argument Regarding *Moana 2* or Other Derivative Works (Dkt. No. 662) | |
| 178:6-179:25 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602); Hearsay (FRE 802); Precluded by Order on Defendant's Motion | 180:1-3<br>180:6-7 |

| Page : Line | Objection | Conditional Counter-Designation |
|---|---|---|
| | In Limine No. to Exclude Evidence or Argument Regarding *Moana 2* or Other Derivative Works (Dkt. No. 662) | |
| 190:5-190:13 | Attorney statements; no testimony | |
| 190:14-193:15 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | |
| 193:16-194:2 | Precluded by Order on Defendant's Motion in Limine No. 3 to Exclude Evidence or Argument Regarding Unrelated Infringement Claims and Credit Disputes (Dkt. No. 664); Relevance (FRE 401); Misleading and Prejudicial (FRE 403); Lacks Foundation and Assumes Facts Not in Evidence (FRE 602) | |
| 204:2-23 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Hearsay (FRE 802) | |
| 205:3-8 | Relevance (FRE 401); Hearsay (FRE 802) | |
| 212:3-5 | Answer without question | |
| 243:3-244:21 | Relevance (FRE 401); Lack of Foundation (FRE 602) | |

**Counter-Designations:**

1. 189:2-8
2. 195:5-8

C. **Deposition of Katie Speirs (3/29/23)**

| Page: Line Number | Objection | Conditional Counter-Designation |
|---|---|---|
| 33:7-16 | Answer without question | |
| 46:25-48:7 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602); witness testified immediately above that she does not recall having seen the document before | 48:8-15<br>48:18-49:9 |
| 136:2-19 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602); witness testified she does not recall having seen the document before | 134:19-136:1 |

**Counter-Designations**

1. 33:4-6
2. 40:14-21
3. 41:14-16
4. 42:3-11
5. 43:22-44:1
6. 54:24-55:3

| | |
|---|---|
| Dated: February 14, 2025 | HUESTON HENNIGAN LLP<br>KING & SPALDING LLP<br>WILLENKEN LLP<br><br>By: */s/ Robert N. Klieger*<br>    Robert N. Klieger<br>    Attorneys for Defendant Buena Vista<br>    Home Entertainment, Inc. |