| | |
|---|---|
| Michael D. Roth (Bar. No. 217464)<br>mroth@kslaw.com<br>Arwen R. Johnson (Bar No. 247583)<br>arwen.johnson@kslaw.com<br>KING & SPALDING LLP<br>633 W. 5th Street, Suite 1600<br>Los Angeles, California 90071<br>Telephone: (213) 443-4355<br><br>Robert N. Klieger (Bar No. 192962)<br>rklieger@hueston.com<br>Moez M. Kaba (Bar No. 257456)<br>mkaba@hueston.com<br>HUESTON HENNIGAN LLP<br>523 W. 6th Street, Suite 400<br>Los Angeles, California 90014<br>Telephone: (213) 788-4340 | Peter Shimamoto (Bar No. 123422)<br>pshimamoto@willenken.com<br>Kenneth M. Trujillo-Jamison<br>   (Bar No. 280212)<br>ktrujillo-jamison@willenken.com<br>Michelle K. Millard (Bar No. 298245)<br>mmillard@willenken.com<br>WILLENKEN LLP<br>707 Wilshire Blvd., Suite 3850<br>Los Angeles, California 90017<br>Telephone: (213) 955-9240<br>Facsimile: (213) 955-9250 |

Attorneys for Defendant Buena Vista Home Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCK G. WOODALL, a.k.a. Buck Woodall, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY, a Delaware Corporation; et al.,<br><br>Defendants. | Case No.: 2:20-cv-03772-CBM-E<br><br>**JOINT STATEMENT OF THE CASE**<br><br>Trial Date: February 25, 2025<br><br>Assigned to Hon. Consuelo B. Marshall<br>Magistrate Judge: Charles F. Eick |

JOINT STATEMENT OF THE CASE

Pursuant to the Court's January 14, 2015 Order (Dkt. No. 633), the parties submit the following joint statement of the case:

This case is about alleged copyright infringement. The plaintiff is Buck Woodall, an individual. The defendant is Buena Vista Home Entertainment, Inc., which is part of The Walt Disney Company. The plaintiff claims that the defendant's distribution of the motion picture *Moana* infringed the copyright in certain of the plaintiff's works. The defendant denies infringement of the plaintiff's works.

Dated: February 18, 2025

HUESTON HENNIGAN LLP
KING & SPALDING LLP
WILLENKEN LLP

By: */s/ Robert N. Klieger*
Robert N. Klieger
Attorneys for Defendant
Buena Vista Home Entertainment, Inc.

Dated: February 18, 2025

SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO, LLP

By: */s/ Gustavo D. Lage*
Gustavo D. Lage
Attorneys for Plaintiff Buck G. Woodall

JOINT STATEMENT OF THE CASE