Michael D. Roth (Bar. No. 217464)
mroth@kslaw.com
Arwen R. Johnson (Bar No. 247583)
arwen.johnson@kslaw.com
KING & SPALDING LLP
633 W. 5th Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 443-4355

Robert N. Klieger (Bar No. 192962)
rklieger@hueston.com
Moez M. Kaba (Bar No. 257456)
mkaba@hueston.com
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340

Peter Shimamoto (Bar No. 123422)
pshimamoto@willenken.com
Kenneth M. Trujillo-Jamison
  (Bar No. 280212)
ktrujillo-jamison@willenken.com
Michelle K. Millard (Bar No. 298245)
mmillard@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Attorneys for Defendant Buena
Vista Home Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCK G. WOODALL, a.k.a. Buck Woodall, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY, a Delaware Corporation; et al.,<br><br>Defendants. | Case No.: 2:20-cv-03772-CBM-E<br><br>**DEFENDANT BUENA VISTA HOME ENTERTAINMENT, INC.'S PROPOSED *VOIR DIRE* BY THE COURT**<br><br>Trial Date:     February 25, 2025<br><br>Assigned to Hon. Consuelo B. Marshall<br>Magistrate Judge: Charles F. Eick |

DEFENDANT'S PROPOSED *VOIR DIRE* BY THE COURT

Defendant Buena Vista Home Entertainment, Inc. ("Defendant") submits the following proposed *voir dire* questions for the Court to pose of prospective jurors at the time of trial. Defendant requests that the following questions be asked in addition to, and to the extent that these topics and questions are not covered by, the Court's customary *voir dire*. Defendant reserves the right to amend these proposed *voir dire* questions. In addition to the proposed questions below, Defendant requests leave to orally tender supplemental questions as may be required by the answers of prospective jurors in oral *voir dire*.

### General Background Voir Dire Questions

1. Please state your name and age.
2. What is your marital status?
3. Do you have children?
4. What county do you reside in?
5. What is the highest level of school you completed (i.e., grade school, high school, college, etc.)? Please provide any degrees or certificates you have received. What was your major or concentration in school, if any?
6. Have you served in the military?
7. What is your employment status? Please describe your current employment and past work history.
8. Please describe your spouse or partner's current and past occupation and describe his/her educational background.
9. Have you ever been fired from a job? Please describe.
10. If you have any adult children, describe their level of schooling and/or employment.
11. Have you ever served on a jury before? If so, state how many times, the type of case, whether the trial was in state or federal court, if you reached a verdict, and if you were the foreperson.

12. Have you and/or a close family member or friend ever been a party to a lawsuit (i.e., sued someone or been sued by someone)? If so, please describe the type of case and circumstances.

13. Do you, a family member, or close friend have any connection with any of the law firms, lawyers, parties or witnesses in this case?

14. Do you have strong positive or negative feelings about the legal system that might make it difficult for you to serve as a juror in this case?

15. It is the job of the jury to hear all of the evidence before making a decision. Do any of you have a natural tendency to side with a plaintiff in a case even before hearing any evidence?

16. Prior to today, have you read or heard anything about this lawsuit?

### Case Specific Voir Dire Questions

17. Do you or a member of your immediate family/household have any formal education or special training in the **law, contracts, marketing, or copyrights**? If yes, please describe.

18. Have you or anyone in your family ever worked in the entertainment industry? If yes, please describe.

19. Have you ever signed an NDA (Non-Disclosure Agreement) or some type of confidentiality agreement? If yes, did you clearly understand the scope and terms of the agreement?

20. Have you or anyone in your family ever filed for a copyright with the Federal Government? If yes, please describe.

21. Do you have strong feelings, positive or negative, about **large corporations**? If yes, please describe. If yes, do you believe those attitudes will make it difficult for you to be fair and impartial in this case?

22. Do you have strong feelings, positive or negative, about the **entertainment industry**? If yes, please describe. If yes, do you believe those attitudes will make it difficult for you to be fair and impartial in this case?

DEFENDANT'S PROPOSED *VOIR DIRE* BY THE COURT

23. Do you have strong feelings, positive or negative, about **The Walt Disney Company**? If yes, please describe. If yes, do you believe those attitudes will make it difficult for you to be fair and impartial in this case?

24. Do you have any experience in computer animation or other special effects? If yes, please describe.

25. Have you seen the animated movie *Moana*?

26. Have you ever heard anything in the news about **Buena Vista Home Entertainment**? If yes, please describe. If yes, do you believe that information will make it difficult for you to be fair and impartial in this case?

27. Do you know or have you ever heard of a **Mr. Buck Woodall**? If yes, please describe. Do you have strong positive or negative feelings about Mr. Woodall that might make it difficult for you to serve as a juror in this case?

Dated: February 18, 2025

Respectfully submitted,

HUESTON HENNIGAN LLP
KING & SPALDING LLP
WILLENKEN LLP

By: /s/ Robert N. Klieger
Robert N. Klieger
Moez M. Kaba
Attorneys for Defendant Buena Vista Home Entertainment, Inc.