ELIZABETH YANG (SBN 249713)
YANG LAW OFFICES
199 W. Garvey Ave., Suite 201
Monterey, CA 91754
Tel: (877) 492-6452
Fax:(626) 988-8827
elizabeth@yanglawoffices.com

DOUGLAS E. EDE
(*Pro Hac Vice* To Be Submitted)
RUMBERGER, KIRK, & CALDWELL
80 Southwest 8th Street, Suite 3000
Miami, Florida 33130
Tel.: (305) 358-5577
Fax: (305) 371-7580
dede@rumberger.com

GUSTAVO D. LAGE
EL'AD D. BOTWIN
(Admitted *Pro Hac Vice*)
SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO, LLP
201 Alhambra Cir Suite1205
Coral Gables, FL 33134
Tel.: (305) 377-1000
Fax: (786) 304-2214
glage@smgqlaw.com
ebotwin@smgqlaw.com

JAMES WES CHRISTIAN
(Admitted *Pro Hac Vice*)
CHRISTIAN ATTAR
1177 W Loop South, Suite 1700
Houston, Texas 77027
Tel.: (877) 710-5170
Fax: (713) 659-7641
jchristian@christianattarlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCK G. WOODALL,<br><br>     Plaintiff,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, *et al*.<br><br>     Defendants. | **Case No.: 2:20-cv-03772-CBM-E**<br><br>**DECLARATION OF ELAD BOTWIN IN SUPPORT OF PLAINTIFF'S REPLY TO MOTION FOR RECONSIDERATION**<br><br>Trial Date: February 25, 2025<br><br>Assigned to the Hon. Consuelo B. Marshall<br>Magistrate: Judge Charles F. Eick |

<u>DECLARATION OF ELAD BOTWIN</u>

I, Elad Botwin, declare:

1. I have personal knowledge of the following facts and if called to testify I could and would competently testify thereto based on my personal knowledge.

2. I am an attorney at law duly licensed to practice before this Court. I am of counsel to the law firm of Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado, LLP, counsel of record for Plaintiff, Buck Woodall.

3. I make this declaration in support of Plaintiff's Reply to his Motion for Reconsideration.

4. Attached hereto as Exhibit 1 is a true and correct copy of a release by The Walt Disney Company under the title *The Walt Disney Company Reports Third Quarter and Nine Months Earnings for Fiscal 2024*, dated August 7, 2024, obtained from the website of the Securities and Exchange Commission ("SEC"), at https://www.sec.gov/Archives/edgar/data/1744489/000174448924000231/fy2024_q3xprxex991.htm (last accessed on February 18, 2025).

5. Attached hereto as Exhibit 2 is a true and correct copy of a release by the Walt Disney Company under the title The Walt Disney Company Reports First Quarter Earnings for Fiscal 2025, dated February 5, 2025, obtained via The Walt Disney Company's website, at The Walt Disney Company Reports First Quarter Earnings for Fiscal 2025 - The Walt Disney Company (last accessed on February 18, 2025).

6. Attached hereto as Exhibit 3 is a true and correct copy of the Terms of Use for The Walt Disney Company, obtained via The Walt Disney Company's website, at https://disneytermsofuse.com/english/ (last accessed on February 18, 2025).

7. Attached hereto as Exhibit 4 is a true and correct copy of the Terms of Use for Disney+, obtained via Disney+'s website, at https://www.disneyplus.com/legal/disney-terms-of-use (last accessed on February 18, 2025), highlighted for the Court's convenience.

---

Botwin Declaration in Support of Plaintiff's Reply to Motion for Reconsideration

8. Attached hereto as Exhibit 5 is a true and correct copy of domain information for disneytermsofuse.com, available on the website of GoDaddy, at https://www.godaddy.com/whois/results.aspx?itc=dlp_domain_whois&domain=Disneytermsofuse.com (last accessed on February 18, 2025).

9. Attached hereto as Exhibit 6 is a true and correct copy of a filing in Florida State court, Case No. 2024-CA-001616-O, styled *Piccolo v. Great Irish Pubs Florida, Inc., et al.*, captioned Defendant Walt Disney Parks and Resorts U.S., Inc.'s Motion to Compel Arbitration and Stay Case, highlighted for the Court's convenience.

10. Attached hereto as Exhibit 7 is a true and correct copy of the Subscriber Agreement with Disney+, obtained via the website for Disney+ at https://www.disneyplus.com/legal/subscriber-agreement (last accessed on February 18, 2025), highlighted for the Court's convenience.

11. Attached hereto as Exhibit 8 is a true and correct copy of the Privacy Policy of Disney+, obtained via the website for Disney+ at https://www.disneyplus.com/legal/privacy-policy (last accessed on February 18, 2025), highlighted for the Court's convenience.

12. Attached hereto as Exhibit 9 is a true and correct copy of a job posting for a Content Planning Manager position at Disney DTC, LLC, available on Disney Career's website, at https://www.disneycareers.com/en/job/glendale/content-planning-manager/391/74332557696 (last accessed on February 18, 2025), highlighted for the Court's convenience.

13. Attached hereto as Exhibit 10 is a true and correct copy of an article published by The Walt Disney Company on its website, under the title *The Walt Disney Company Announces Strategic Reorganization Of Its Media And Entertainment Businesses*, dated October 12, 2020, available at https://thewaltdisneycompany.com/the-walt-disney-company-announces-strategic-

reorganization-of-its-media-and-entertainment-businesses/ (last accessed on February 18, 2025), highlighted for the Court's convenience.

14. Attached hereto as Composite Exhibit 11 is a true and correct copy of records obtained from the Wayback Machine for November of 2020 for dmedmedmedia.disney.com, available at https://web.archive.org/web/20200801000000*/dmedmedia.disney.com, https://web.archive.org/web/20221208134950/https://dmedmedia.disney.com/ and https://web.archive.org/web/20201222053500/https://dmedmedia.disney.com/ (last accessed on February 18, 2025), highlighted for the Court's convenience.

15. Attached hereto as Exhibit 12 is a true and correct copy of a screenshot obtained via the Wayback Machine for disneystreaming.com https://web.archive.org/web/20191202045608/https:///disneystreaming.com (last accessed on February 18, 2025).

16. Attached hereto as Exhibit 13 is a true and correct copy of a Federal Communications Commission ("FCC") Radio Station Registration for Disney Streaming, LLC, obtained from the FCC's website, at GRANT DECISION by FCC-IB SES-REG-20210122-00087 SES-REG-20210122-000 (last accessed on February 18, 2025).

17. Attached hereto as Exhibit 14 is a true and correct copy of the annual report of Disney Streaming Services, LLC, for the year 2023, obtained from the North Carolina Secretary of State's website, at https://www.sosnc.gov/online_services/business_registration/flow_annual_report/20356894 (last accessed on February 18, 2025).

18. Attached hereto as Exhibit 15 is a true and correct copy of experts from The Walt Disney Company's website, regarding its business, mission, and leadership, available at https://thewaltdisneycompany.com/about/ (last accessed on February 18, 2025), highlighted for the Court's convenience.

19. Attached hereto as Exhibit 16 is a true and correct copy of a Notice of Defendant Disney DTC, LLC's Name Change in a case styled *City of Dallas v. Disney DTC, LLC*, Northern District of Texas Case No. Case No. 3:22-cv-02071-L.

20. Attached hereto as Exhibit 17 is a true and correct copy of a document to be filed under seal, produced by Defendants on October 12, 2023, bearing Bates range WDDTCI0000005 - WDDTCI0000015, marked Highly Confidential.

21. Attached hereto as Exhibit 18 is a true and correct copy of a document to be filed under seal, produced by Defendants on October 12, 2023, bearing Bates range WDP000000045 - WDP000000053, marked Highly Confidential.

22. Attached hereto as Exhibit 19 is a true and correct copy of an article under the title *The Nielsen ARTEY Awards: 2024 Streaming Unwrapped*, dated January 2025, obtained via the Nielsen Company's website at [The Nielsen ARTEY Awards: 2024 Streaming Unwrapped | Nielsen](#) (last accessed on February 18, 2025).

23. Attached hereto as Exhibit 20 is a true and correct copy of Exhibit 21 to The Walt Disney Company's 2023 annual report, comprising a list of its subsidiaries, available on the SEC's website at [https://www.sec.gov/Archives/edgar/data/1744489/000174448923000216/fy2023_q4x10kxex21.htm](https://www.sec.gov/Archives/edgar/data/1744489/000174448923000216/fy2023_q4x10kxex21.htm) (last accessed on February 18, 2025).

24. Attached hereto as Exhibit 21 is a true and correct copy of a release by The Walt Disney Company, under the title *Disney+ Launches Today—and a New Era of Disney Entertainment Begins*, dated November 12, 2019, obtained via The Walt Disney Company's website, at [Disney+ Launches Today—and a New Era of Disney Entertainment Begins - The Walt Disney Company](#) (last accessed on February 18, 2025).

25. Attached hereto as Exhibit 22 is a true and correct copy of a release by The Walt Disney Company, under the title *The Walt Disney Company Announces*

1 | *Strategic Restructuring, Restoring Accountability to Creative Businesses*, dated February 9, 2025, available at [The Walt Disney Company Announces Strategic Restructuring, Restoring Accountability to Creative Businesses - The Walt Disney Company](#) (last accessed on February 18, 2025).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: February 19, 2025

                                           *s/Elad Botwin*
                                            ELAD BOTWIN

Botwin Declaration in Support of Plaintiff's Reply to Motion for Reconsideration