# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 20-3772-CBM-E |
| Title: | Buck G. Woodall v. The Walt Disney Company, et al. |
| Date | February 25, 2025 |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| G. Lage; A. Lopez; V. Corrias Real; E. Yang | R. Klieger; M. Kaba |

___ Day Court Trial     1st Day Jury Trial

___ One day trial:   ___ Begun (1st day);   X Held & Continued;   ___ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.

X  Opening statements made by   both parties.

___ Witnesses called, sworn and testified.   ___ Exhibits Identified   ___ Exhibits admitted.

___ Plaintiff(s) rest.   ___ Defendant(s) rest.

___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.

___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.

___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.

___ Jury polled.   ___ Polling waived.

___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.

___ Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).

___ Case submitted.   ___ Briefs to be filed by _____

___ Motion to dismiss by _____ is  ___ granted.  ___ denied.  ___ submitted.

___ Motion for mistrial by _____ is  ___ granted.  ___ denied.  ___ submitted.

___ Motion for Judgment/Directed Verdict by _____ is  ___ granted.  ___ denied.  ___ submitted.

___ Settlement reached and placed on the record.

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

X  Case continued to   February 26, 2025 at 8:00 a.m.   for further trial/further jury deliberation.

___ Other:

                                                                                                5 : 57
                                                            Initials of Deputy Clerk     VRV

cc: