# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 20-3772-CBM-E |
| Title: | Buck G. Woodall v. The Walt Disney Company, et al. |
| Date | February 27, 2025 |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| G. Lage; A. Lopez; V. Corrias Real | R. Klieger; M. Kaba; Arwen Johnson |

\_\_\_ Day Court Trial     3rd Day Jury Trial

\_\_\_ One day trial:     \_\_\_ Begun (1st day);     X Held & Continued;     \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by _____
X Witnesses called, sworn and testified.     X Exhibits Identified     X Exhibits admitted.
\_\_\_ Plaintiff(s) rest.     \_\_\_ Defendant(s) rest.
\_\_\_ Closing arguments made by     \_\_\_ plaintiff(s)     \_\_\_ defendant(s).     \_\_\_ Court instructs jury.
\_\_\_ Bailiff(s) sworn.     \_\_\_ Jury retires to deliberate.     \_\_\_ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of     \_\_\_ plaintiff(s)     \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.     \_\_\_ Polling waived.
\_\_\_ Filed Witness & Exhibit Lists     \_\_\_ Filed jury notes.     \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for     \_\_\_ plaintiff(s)     \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by     \_\_\_ plaintiff(s)     \_\_\_ defendant(s).
\_\_\_ Case submitted.     \_\_\_ Briefs to be filed by _____
\_\_\_ Motion to dismiss by _____ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for mistrial by _____ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by _____ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to     February 28, 2025 at 8:00 a.m.     for further trial/further jury deliberation.
X Other:    Parties shall file simultaneous briefs re: the issue of access, not to exceed 10 pages, no later than 9:00 a.m. on February 28, 2025.

6 : 00

Initials of Deputy Clerk     VRV

cc: