# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| Case No. | CV 20-3772-CBM-E | | Date | February 28, 2025 |
|---|---|---|---|---|

| Title: | Buck G. Woodall v. The Walt Disney Company, et al. |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Catherine Jeang for V.R. Vallery | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| <u>Attorneys Present for Plaintiff(s):</u> | <u>Attorneys Present for Defendants:</u> |
|---|---|
| G. Lage; A. Lopez; V. Corrias Real | R. Klieger; M. Kaba; Arwen Johnson; John Chow |

Day Court Trial            4th        Day Jury Trial

____ One day trial: ____ Begun (1st day);  X  Held & Continued; ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

 X  Witnesses called, sworn and testified.  X  Exhibits Identified    X  Exhibits admitted.

____ Plaintiff(s) rest.                    ____ Defendant(s) rest.

____ Closing arguments made by    ____ plaintiff(s)    ____ defendant(s).    ____ Court instructs jury.

____ Bailiff(s) sworn.                    ____ Jury retires to deliberate.    ____ Jury resumes deliberations.

____ Jury Verdict in favor of    ____ plaintiff(s)    ____ defendant(s) is read and filed.

____ Jury polled.                        ____ Polling waived.

____ Filed Witness & Exhibit Lists    ____ Filed jury notes.    ____ Filed jury instructions.

____ Judgment by Court for _____    ____ plaintiff(s)    ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by    ____ plaintiff(s)    ____ defendant(s).

____ Case submitted.    ____ Briefs to be filed by _____

____ Motion to dismiss by _____    is    ____ granted.    ____ denied.    ____ submitted.

____ Motion for mistrial by _____    is    ____ granted.    ____ denied.    ____ submitted.

____ Motion for Judgment/Directed Verdict by _____    is    ____ granted.    ____ denied.    ____ submitted.

____ Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

 X  Case continued to    March 3, 2025 at 8:00 a.m.    for further trial/further jury deliberation.

 X  Other:    Court allows the rebuttal witnesses to read the trial transcripts for the witnesses they will be rebutting

| | 05 | : | 42 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ for VRV | |