# EXHIBIT 3





BUCK0005436



**2**    **BUCKY** "the Surfer Boy"

BUCK0005437

# Content

Executive Summary

Logline

5

Premise

Ratings and Financing

Distribution

7

Executives

8

Potential Cast

9

Risk

26

Production Plan

27

Financial Plan

32

Marketing Plan

38

Distribution Plan

39

Treatment

42

Cover illustrated by Arístides Ruiz and Buck G. Woodall
Logo design and layout by Cecilia Fernández

© Copyright 2015 by Buck G. Woodall
Nothing shown may be reproduced in any form without obtaining the permission of the publisher
and any other person or company who may have copyright ownership.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

 BUCKY "the Surfer Boy"    **3**

BUCK0005438



**4    BUCKY** "the Surfer Boy"

BUCK0005439

# Exectutive Summary

The purpose of this business plan and investor prospectus is to outline a solid course for the successful completion, marketing and distribution of the feature length animated motion picture *Bucky*.

Over the last three decades, the successes of animated feature films have leapt off the motion picture screens, and become immersed in the psyches of young viewers, subsequently infiltrating the broader world of the commercial realm, reaping financial recoupment exponentially beyond that which the film proper brings in.

The catchy tunes of successful animation tracks are heard in the streets in the voices of children belting the theme songs from animated films and series at the top of their lungs; toy characters and re-created play-acting settings for these characters are manufactured; themed apparel and school supplies are created; full party supplies are designed and marketed for themed birthday parties; DVD re-enactments of favorite scenes sell out on the impulse-buy racks at supermarkets.

The social science of cinema has taught us that creative stories that appeal to large audiences and demographics generally sell out at the box office and create a phenomenon that will span generations to come in multi-media formats. However, the financial success of an animated film is by no means limited to just the box office gross sales: other income revenues such as merchandise also support it.

Lastly, with the development of extraordinary technology, it has become possible to bring what was only previously possible in animation to live-action film. Success in the animated film market with concomitant new media releases in distribution, and manufacturing tie-ins can virtually DRIVE the development of a live-action version of the animated film.

And as such: the potential return on investment in an animated film is STAGGERING.

# Logline

A thirteen-year-old boy mistakenly gets transported back in time with his new group of surfing friends and then has to figure out a riddle he's told by Pele, an ancient fire Goddess, to both get back to present day in time and save a sacred piece of Hawaiian land from being destroyed.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005440



**6**   **BUCKY** "the Surfer Boy"

BUCK0005441

# Premise

A young teenage boy on summer vacation in Hawaii with his over-protective parents meets up with three young, local Hawaiian teenage surfers (a girl and two boys), who show him how to surf— without his parent's knowledge. When the young boy wipes out onto a nearby shore as he takes a bad fall, they all realize they have stumbled upon a new development site that is about to destroy their beloved beach by turning it into a new resort. They watch as a ruthless Developer (who's unknowingly teamed up with Kamapua'a— a mischievous Demi-God who wants to control all of Hawaii's land for himself), tells the press it will all be blown up tomorrow. Just then the boy's angry parents show up and take him away from his new friends without even letting him say good-bye. Later he realizes he still has a necklace that belongs to one of them, so he sneaks away from his hotel room early the next morning before his parents wake up to return it. But once at the beach he ends up joining his new friends and their expert sailing buddy on what he thinks will just be a "quick" voyage to the Big Island looking for help to save the land-- but instead ends up turning into a "mystical canoe trip" taking them all back to ancient Hawaii where he is then lead on a journey with an ancient native princess to talk to Pele, the Volcano Goddess, who holds the secrets of the land. Pele gives him a riddle to figure out and then-- with the help of his friends and animal spirits-- they use it to both find the portal wave to make it back to present time by nightfall and then save the precious, sacred land just as it's about to be destroyed!

# Ratings and Financing

The movie would likely receive an MPAA rating of "G," the film being suitable for all audiences. The film will not contain any explicit sex or offensive/controversial material. The financial requirement for this animated feature film is $8,255,000.00 USD.

The funds will provide for the development, production and post-production deliverables for the film. The structure allows for both a traditional distribution path of an acquisition deal as well as a self-motivated release strategy of festival activity, service deals and overall marketing costs.

# Distribution

The Producers of Bucky intend to build alliances with strong international film sales organizations as well as engage in direct sales to distributors who facilitate theatrical, cable, VOD and DVD.

Buck Woodall already has strong relationships with distribution companies who have advised on the content presentation, casting, marketing and sales positioning in an effort to avoid the typical pitfalls of indie sales.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.


BUCK0005442

The budget for the proposed film has been designed with the financial return in mind. The return strategy is based on a practical plan for accessing traditional animated film markets. Additionally, the Producers will target not only young audiences but the parents who recognize the value of a wholesome coming of age film.

Theatrical, broadcast, traditional DVD, cable Video on Demand (VOD), Direct to Consumer DVD, digital download, Internet streaming websites and foreign distribution outlets will be pursued.

# Executives

## Buck Woodall
*Executive Producer*

Buck G Woodall is a fine artist, writer, producer and director.  Born in Taos, New Mexico in 1973. At a young age Buck was encouraged by his parents to draw and paint as they believed he had a gift.  This is where the creativity began. Taos is a place that has drawn and inspired artists for centuries. Its natural beauty is deeply rooted in Native culture and mythology. The land, climate and colors are majestic.

He attended fine arts classes through middle school, junior high and at Taos High School. Buck also was fortunate to have had private art lessons at home.  In time his murals began to find their way throughout the town. He moved to the Big Island in 1992, and his airbrush artistry started appearing on surfboards all over the islands.

After a few years, it was back to the mainland where he attended The University of New Mexico and The American Film Institute in Hollywood to become more proficient in marrying his creative talent with the emerging technologies and media. Buck has spent over ten years honing his skills in a broad range of areas, all related to the expression of his visual artistry through fine art, film and multimedia technology.

His passion is film making and "Bucky" is Buck Woodall's masterpiece. After college Buck returned to Hawaii for another seven years of research and development for "Bucky". Buck has been working on this full-length animated feature ever since he created the first illustrations of Bucky in 1997. Buck is very passionate about seeing his film completed and showing on the big screen in theaters across the world.  For that reason Buck has not given up despite the many obstacles he has faced with the American economy and in the world of film financing.

"Bucky" is the story of a young surfer, mentored by a wise Native Hawaiian elder. It is sprinkled with ancient gods and folklore. It is a story about preserving the natural beauty and wildlife of today's Hawaii, while paying respect to its history. His new Hawaiian family's land is being threatened by development, which adds to the drama and its timeliness.



Surfing is one of Hawaii's gifts to the world. It has a purity of self-expression and union with nature that is the essence of magic. Historically, it is inseparable from unfettered access to the sea, a native right. It was, and still is an undulating salt-water temple for thousands of board riders. "Bucky" is Woodall's homage to this way of life and the need to protect it and the places that allow for it.

BUCK0005443

# Potential Cast

## Main Characters



■ BUCKY *age 13* ■

Thin, tan, athletically-challenged young blonde teen who learns he has the special ability of "Ho'aumakua," communicating with animals (who are really his spiritual ancestors in animal form). He's an only child vacationing in Hawaii for the summer with his over-protective parents. (They're from New Mexico.) He's an independent, brave, daring soul who's very likable and wants to be treated more grown up than his parents treat him. He enjoys the thrill of learning to surf and meeting his new local friends as he also discovers the real reason he came to Hawaii is to learn to follow his own instincts and do what's right.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005444

BUCKY

# Character Development



BUCK0005445



Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCKY "the Surfer Boy"    1 1

BUCK0005446

### ■ LEOLANI *age 13* ■

Graceful, athletic, smart, funny, island native who's the grand-daughter of Makani and Auntie Luka. Becomes Bucky's friend, best friend. Lives with her grandparents Makani and Auntie Luka in the summer so she can surf every day.



BUCK0005447

## KIMO *age 14*

Dopey and clumsy, but has a heart of gold. Is Leolani's cousin from the "other side" of her family from Makani and Auntie Luka. Is "hapa," meaning of mixed ancestry because he's half Anglo, half Hawaiian. Living in Hawaii he takes on some of the Hawaiian ways of life— like speaking only the pidgin dialect (local Hawaiian slang), but also takes on the traits of many other cultures around him. Is a very brave and good surfer. Lives with Makani and Auntie Luka in the summer so he can surf every day too.





Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005448







## ■ COSMO *age 13* ■

Good-looking, well-built, witty surfer boy who's Kimo's friend from Australia. Very strong and has a good sense of humor. His favorite past time is getting barreled in wave tubes-- "shacked" as he would put it. Treats Bucky like an instant friend and "little" brother. Once came to Hawaii on vacation with his family and ended up meeting Kimo, who taught him to fall in love with the great surfing. Now he comes back every summer and lives with Makani and Auntie Luka and his friends so they can all surf together.



BUCK0005449

### ■ NA'ILIMA (NA'I)  *age 20's* ■

Tall, stout, native Hawaian whose ancestors date all the way back to when the Tahitians first arrived on the islands. He's a Hawaiian traditional wood carver and canoe builder who's a creative genius and is very in tune with Hawaii's culture and lore. Also knows how to navigate by the stars in the Hawaiian sky. He lives and works in a rented hut on Makani's Taro plantation. Loves to surf with the local kids. He leads Bucky and the Hui on a voyage into ancient Hawaii.





Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005450

## Main Antagonist Characters

■ **KAMAPUA'A** *ageless* ■

Half-man, half-hog Demi-God. He's creepy and scary looking with an ugly hog's face with long tusks like a wild boar. Sharp bristles run down his spine and his hog-like legs and arms end with hooves instead of feet.  He's a devious, greedy, mischievous spirit who's constantly hungry and has the power of shape-shifting.  He resides in a dark cave on the island and always wants to try to gain control of more  land, which is why he aids Shamar in his development scheme by giving him the ancient scroll and his special shape-shifting powers so they can contain a large part of it on sacred grounds.



BUCK0005451



### SHAMAR *age 50's*

Ruthless, greedy developer with a sly look on his face.  Will do anything to try and be the richest man of all the islands by building the biggest resort the islands have ever seen on a piece of land he knows is sacred.  He teams up with Kamapua'a to obtain the location of the sacred site so he can destroy it in his development plans. Kamapua'a also gives him his power of shape-shifting so he can try to ward off the people working against his plan.





Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005452



### ■ SCRUB *age 30's* ■

Goon-like, obnoxious, loud-mouthed, snide trickster with sunglasses that are permanently molded onto his face. He speaks his mind and never holds back a remark. Scrub is involved with Shamar's "dirty work."



BUCK0005453





### ■ JAKE *age 30's* ■

Another goon-like sidekick who's Scrub's strong, mean, not-so-bright partner in crime.  Since he's Scrub's follower, he is also involved with Shamar's "dirty work."



Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCKY "the Surfer Boy"   **19**

BUCK0005454

# Supporting Characters



### ■ MAKANI *age 60's* ■

Large, wise, jolly, very sincere native Hawaiian elder with white hair and who always has a certain "radiance" coming from him. He's deep into living by his ancestor's ways and is a firm believer in mana— the Hawaiian supernatural/divine power.  He has a great knowledge of Hawaiian mythology and folklore and has the gift of Ho'aumakua (communicating with his ancient ancestors and spirit guides through animals).  Makani lives in an old, plantation-style shack on a large Taro farm with his beloved wife Auntie Luka.  He farms, surfs, weaves baskets, and loves fishing.  However, his most favorite past time is telling stories of old Hawaii.



BUCK0005455



## AUNTIE LUKA (MAHINA)
*age 50's*

Makani's wife who's an old-fashioned native Kauai woman who's soft-spoken, gentle, kind, spiritual, and full of love. She's a great cook, makes necklaces from island Niihau shells, and is naturally "one" with the ocean.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005456





■ **PRINCESS PUALANI** *age 13* ■

Beautiful, elegant native princess in ancient Hawaii times. Has a spiritual "light" about her that Bucky is instantly smittened with. Leads Bucky to Pele in the past to help him get back home.  A potential new love interest for Bucky while in the past.









BUCK0005457

## PELE *ageless*

The Great Fire Goddess of Hawaii. A very powerful energy force whose thought to be the "maker" of the Hawaiian Islands. Legend says she "rose" from the depths of the Pacific Ocean and created Hawaii through her volcanic eruptions, and now creates land and takes it away whenever she wishes. People fear her and yet she blesses people too-- when called upon she may come to listen and help those in need of her powers and wisdom. Bucky is lead to her by Pualani in the past. Pele gives Bucky a riddle to solve, which eventually leads him to victory in defeating Shamar and his plan to destroy a sacred Hawaiian piece of her land.





Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005458

## Minor Characters

■ **BUCKY'S FATHER** *age 40's* ■

Smart, strict, non-nonsense type architect.  Is on summer vacation with his family.  Doesn't seem to think Bucky's capable of taking care of himself— though he is.

■ **BUCKY'S MOTHER** *age 40's* ■

Caring, over-protective, loving artist. Is on summer vacation with her family. Treats Bucky like he's still a toddler, not a teenager.

■ **BOMBSHELL** ■

Female, "diva-like," brave, smart, mischievous turtle.  One of Bucky's animal helpers in present time.

■ **PUEO** ■

Male, wise, "protector-type" owl who can live in all dimensions (both past and present.)  Is a spirit guide to both Bucky and Makani.

■ **HAPPY** ■

Male, large, playful, fun, adventure-seeking, macho, "Crocodile Dundee-like" dolphin.  Is a spirit guide to Bucky in the past.

■ **CHIEF KAWAI LANI** *age 45's* ■

Strong, brave, male leader of the ancient village.   Goes after Kamapua'a, thinking he stole his daughter Pualani.

■ **TV REPORTER** *age 30's* ■

Female, professional looking but sarcastic.

BUCK0005459

### ■ BUBBLES *age 20's* ■

Easy-going, male island local who works at Beach Rental Shop. Pickets new resort.

### ■ SMITTY *age 30's* ■

Male, island local, stout and strong. Pickets new resort.

### ■ TINY *age 30's* ■

Younger brother of Smitty, island local, stout and strong. Pickets new resort.



*More character models and illustrations are available upon request.*    **S M I T T Y   &   T I N Y**

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005460

# Risk

An investment in producing a motion picture is speculative and involves a degree of risk. Producers will seek accredited investors who understand this risk. The ideal investor is one who believes that Bucky should be shown to the widest audience possible. With this goal in mind, the Producers have established an accurate budget and have prepared a marketing strategy for major and minor releases. This is in an effort to eliminate the element of chance and to ensure profitability.

# Production Risk

The cost of developing and producing motion pictures is often underestimated and may be increased by reasons or factors beyond the control of the Producers. The mistake many inexperienced filmmakers make is to begin pre-production and principal photography before all the elements are in place for the successful completion and delivery of a quality product. The producers intend to mitigate these production risks in three ways.

### PRODUCTION RISK MITIGATION STEPS

**1.**   Ensuring key elements are satisfactorily addressed and resolved before the production phase (large expenditures) begins. Such issues include: finalizing a script that demands recognizable talent, engaging a reputable script clearance company to address legal issues, engaging a completion bond company that will create internal accountability and assure the completion of the film, and insuring the film has a committed case in place that have both the skills and draw to attract distributors as well as an audience.

**2.**   Create alternate plans for personnel and workflow that limit production delays due to unexpected circumstances.  The producers of Bucky are experienced in the field and possess excellent production planning and execution skills. Essential factors in planning are to have qualified personnel available to step into key positions in case of emergency.  Additionally, management will have alternate shooting sites available when inclement weather is anticipated and build the production schedule so it can easily accommodate necessary changes.

**3.**   Ensure comprehensive production insurance is in place to mitigate any expense that might truly be out of the producer's control. Procuring business insurance might seem obvious; however, too often inexperienced producers take shortcuts when it comes to production insurance. Although the management team's first goal is to continue working once the momentum of full production starts, it is vital that all measures be taken to ensure the project will be completed and there is no legal exposure that endangers delivery. Comprehensive coverage will include Film Producer's Indemnity (Cast Insurance), Negative Film Coverage (or digital equivalent), Producer's Errors and Omissions, etc.

BUCK0005461

# Production Plan

An investment in producing a motion picture is speculative and involves a degree of risk. Producers will seek accredited investors who understand this risk. The ideal investor is one who believes that Bucky should be shown to the widest audience possible. With this goal in mind, the Producers have established an accurate budget and have prepared a marketing strategy for major and minor releases. This is in an effort to eliminate the element of chance and to ensure profitability.

## *Development (1-3 Weeks)

- Fully develop the shooting script
- Complete preliminary shooting schedule
- Complete preliminary budget
- Secure preliminary talent commitments
- Secure project funding into escrow account

## *Preproduction (6 Weeks)

- Set Up production offices and accounting department
- Final casting, cast rehearsals
- Inform major and mini-major distributors of production status and establish tracking procedures
- Hire complete production team and crew
- Adjust and finalize production schedule and budget
- Complete all production design planning
- Book all equipment according to schedule
- Complete facilities bookings and contracting
- Engage music licensing and pre-recording
- Book all travel arrangements according to schedule and agreements

The first process in the animation pipeline, and also one of the most important, is pre-production. It begins with the main models/concepts, which are initially turned into a full story. Once the story has been finalized, other pieces such as the script, shot sequence and camera angles are developed.

Some major components of pre production are Story Boarding, Layouts, Model Sheets and Animatics.

### —Storyboarding

The Storyboard helps to finalize the development of the storyline, and is a vital stage of the animation process. It is made up of illustrations in the form of a comic strip, and is used to both help visualize the animation and to

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

 **BUCKY** "the Surfer Boy"    **2 7**

BUCK0005462

communicate distinct ideas. It details the scene and changes in the animation, often accompanied by text notes describing things occurring within the scene itself, such as camera movements.

Storyboards provide a visual reminder of the original plan; something that can be referred back to throughout the production.

## —*Layouts*

communicate distinct ideas. It details the scene and changes in the animation, often accompanied by text notes describing things occurring within the scene itself, such as camera movements.

Storyboards provide a visual reminder of the original plan; something that can be referred back to throughout the production.

## —*Model Sheets*

Model sheets are precisely drawn groups of pictures that show all of the possible expressions that a character can make, and all of the many different poses that they could adopt. These sheets are created in order to both accurately maintain character detail and to keep the designs of the characters uniform whilst different animators are working on them across several shots.

During this stage the character designs are finalized so that when production starts their blueprints can be sent to the modeling department who are responsible for creating the final character models.

## —*Animatics*

In order to give a better idea of the motion and timing of complex animation sequences and VFX-heavy scenes, the pre-visualization department within the VFX studio creates simplified mock-ups called "Animatics" shortly after the storyboarding process.

These help the Director plan how they will go about staging the above sequences, as well as how visual effects will be integrated into the final shot.

# ✳Production (12 weeks)

Once the storyboard has been approved the project enters the production phase. It's here that the actual work can start, based on the guidelines established during pre-production. Some major parts are layout, modeling, texturing, lighting, rigging and animation.

BUCK0005463

## —Layout

Using low-resolution models or blocks of geometry in the place of the final set and characters, the Layout Artist is responsible for composing the shot and delivering rough animation to the animators as a guide. What they produce is the 3D version of what the storyboard artists had previously drawn on paper.

During this stage the Director approves camera moves, depth of field and the composition of the models making up the set and set dressing. It is then the responsibility of the Modeling department to deliver these approved set, prop and character models in the final layout stages.

## —Modeling

Modelers are usually split into two or more departments. Whilst organic modelers tend to have a sculpture background and specialize in building the characters and other freeform surfaces, hard-surface modelers often have a more industrial design or architectural background, and as such they model the vehicles, weapons, props and buildings.

Working closely with the Art Directors, Visual Effects Supervisors and Animation Supervisors, modelers turn the 2D concept art and traditionally sculpted maquettes into high detail, topologically sound 3D models. They then assist the Technical Animator and Enveloper as the model has a skeleton put in place and the skin is developed. Following this, the model may be handed back to the Modeler, who will proceed to sculpt facial expressions and any specific muscle tension/jiggle shapes that may be required.

Once the model is approved, it will be made available to the rigging and texture paint departments, who complete the final stages in preparing the model for animation and rendering. With luck, the model will move through the production pipeline without coming back for modeling fixes, although some amount of fixes are inevitable - problems with models sometimes don't appear until the rendering stage, in which case the lighter will send the model back to be fixed.

## —Texturing

Whether creating a texture from scratch or through editing an existing image, Texturing Artists are responsible for writing shaders and painting textures as per the scene requirements.

Working hand-in-hand with the surfacing and shading departments, textures are painted to match the approved concept art and designs which were delivered by the art department. These textures are created in the form of maps which are then assigned to the model.

## —Lighting

Not only does a Lighting Artist have to think lighting the individual scenes, they also have to consider how to bring together all of the elements that have been created by the other departments. In most companies, lighting TDs combine the latest version of the animation, the effects, the camera moves, the shaders and textures into the final scenes, and render out an updated version every day.

Copyright 2008, WGA Reg., BSH, Inc. All rights reserved.

 **BUCKY** "the Surfer Boy"  **29**

BUCK0005464

Lighters have a broad range of responsibilities, including placing lights, defining light properties, defining how light interacts with different types of materials, the qualities and complexities of the realistic textures involved, how the position and intensity of lights affect mood and believability, as well as color theory and harmony. They are required to establish direct and reflected lighting and shadows for each assigned shot, ensuring that each shot fits within the continuity of a sequence, all the while aiming to fulfill the vision of the Directors, Production Designers, Art Directors and VFX Supervisors.

## —*Rigging*

Rigging is the process of adding bones to a character or defining the movement of a mechanical object, and it's central to the animation process. A character TD will make test animations showing how a creature or character appears when deformed into different poses, and based on the results corrective adjustments are often made.

The rigging department is also involved in developing cloth simulation – so as well as making a character able to clench their fist or rotate their arm, the rigging and cloth department is responsible for making their costume move in a believable manner.

## —*Animation*

The practice of meticulously planning a character's performance frame by frame is applied in 3D graphics using the same basic principles and aesthetic judgments that were first developed for 2D and stop-motion animation. If motion capture is used at the studio to digitize the motion of real actors, then a great deal of an animator's time will also be spent cleaning up the motion captured performance and completing the portions of the motion (such as the eyes and hands) that may not have been digitized during the process.

The effects team also produce elements such as smoke, dust, water and explosions, although development on these aspects does not start until the final animation/lighting has been approved as they are integral to the final shot and often computationally heavy.

# ✳Post Production (10-12 weeks)

- Complete editorial of film
- Engage music scoring and record score
- Engage sound design including all foley and looping activities
- Complete all digital effects
- Schedule and execute test screenings and collect data appropriately
- Make adjustments to final edit based on test screening data
- Mix and master final sound and picture for Dolby mix and/or THX Digital Master
- Complete all deliverables for domestic and foreign release including sound, music, trailer, print (film and digital), DVD, publicity, and legal requirements

BUCK0005465

Post-production is the third and final step in film creation, and it refers to the tasks that must be completed or executed after the filming or shooting ends. These include the editing of raw footage to cut scenes together, inserting transitional effects, working with voice and sound actors and dubbing to name just a few of the many post-production tasks.

Overall, however, the three main phases of post-production are compositing, sound editing and video editing.

## —*Compositing*

The compositing department brings together all of the 3D elements produced by the previous departments in the pipeline, to create the final rendered image ready for film! Compositors take rendered images from lighters and sometimes also start with compositing scripts that TDs develop in order to initially comp together their dailies (working versions of the shot.)

General compositing tasks include rendering the different passes delivered by a lighting department to form the final shot, paint fixes and rotoscoping (although compositors sometimes rely on mattes created by a dedicated rotoscoping department), as well as the compositing of fx elements and general color grading.

## —*Sound Editing*

This department is responsible for selecting and assembling the sound recordings in preparation for the final sound mix, ensuring lip sync and adding all of the sound effects required for the final film.

## —*Video Editing*

Video editing is the process of manipulating and rearranging shots to create a seamless final product, and it is at this stage that any unwanted footage and scenes are removed. Editing is a crucial step in making sure the video flows in a way which achieves the initial goal. Other tasks include titling and adding any effects to the final video and text.

## *Conclusion

The production pipeline detailed above is broadly common in most studios, however each studio is likely to have a custom pipeline determined by the type of project they are currently undertaking. A 2D production pipeline starts with workbook and goes all the way through final checking, compositing and film output, whilst the 3D CGI production process emphasizes the design, modeling and rigging and animation stages. Moreover, animation production is a very coordinated process where different teams of artists work together while utilizing optimum resources and achieving the initial goal in the time available.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005466

# Financial Plan
## Investment Strategy

### > ROI

Investors will recoup 120% of their investment before any profits are distributed. After that point all of the net profits will be split on a 50/50 basis with 50% being distributed to the investors on a pro rata basis and the other 50 going to the producing entity.

### > 100% Hard Equity

Investors will be able to buy 50 of 100 available shares in the film LLC.

Each share will be valued at $165,100.00 and will give an investor a 1% profit share of the full gross stay in the film.

Investors can then at the end of the investment year use the 181 tax code and deduct 100% of their investment into the film in order to protect their risk. Depending on the investors tax bracket they can get back upwards of 50% of their investment.

### > Time to ROI

Once the $8,255,000.00 has been secured, the movie will commence pre-production. The film will have a schedule of approximately 33 weeks.

The movie will then be released. Since the film market is somewhat cyclical, the producers will release the completed movies during periods, which maximize the chances of generating the most profit. Traditional movies of this genre tend to do well in the spring and fall seasons.

This may include pre-releasing at festivals for select titles. At any point along the production cycle, qualified offers from traditional and reputable distributors may also be considered.

While it is quite possible the movies will be released or sold within 36 weeks after production begins – the producers are projecting a more conservative ROI date of 24 months. This allows the greatest chance for maximum return for the film.

### > Financial Requirement

The producers intend to raise $8,255,000.00 USD to produce and market Bucky. The major budget categories are presented in the table below. A more detailed accounting of estimated costs is available upon request.

BUCK0005467

# > Estimated Budget for Production

| | |
|---|---|
| Screenplay | $125,000.00 |
| Producers Unit | $300,000.00 |
| Directors Unit | $150,000.00 |
| Cast | $2,500,000.00 |
| Travel & Lodging | $200,000.00 |
| | |
| Production Staff | $100,000.00 |
| Story Boarding | $125,000.00 |
| Modeling | $500,000.00 |
| Illustration | $400,000.00 |
| | |
| Animation | $2,400,000.00 |
| Camera | $200,000.00 |
| Lighting | $130,000.00 |
| Recording Facilities | $150,000.00 |
| Production Design | $250,000.00 |
| Film & Lab | $20,000.00 |
| Catering | $15,000.00 |
| | |
| Editing | $150,000.00 |
| Music | $180,000.00 |
| Post Production Sound | $70,000.00 |
| Post Production Film and Lab | $20,000.00 |
| Main and End Titles | $25,000.00 |
| | |
| Publicity | $200,000.00 |
| Insurance | $20,000.00 |
| General Overhead | $15,000.00 |
| Fees, Charges, Misc. | $10,000.00 |
| **TOTAL** | **$8,255,000.00** |

# > *Estimated Sale Return*

The following estimates are based on information received to date from the distributors in each of the territories. These estimates cannot be relied  upon or distributed to 3rd parties without the consent of Buck Woodall. All rights are hereby reserved.

Once distributors have recouped their Minimum Guarantee, as listed below, plus marketing costs and distribution fees in each of their territories, the balances will be due to the Producer.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

 **BUCKY** "the Surfer Boy"    3 3

BUCK0005468

The producers estimate that for the life of the first exploitation cycle (18 years) the revenues of all these territories will be an additional $22,356,250.00 USD which will consist of income from home entertainment (DVD sales through retailers such as Walmart, Target & Tesco), digital exploitation (streaming, VOD), and pay and free TV sales. Traditionally, the so-called library value of this type of movie, after the first cycle, has a value of about 175% of the first release box office for the life of the copyright. The producers have used the MG estimates as the basis of this calculation.

## > *Estimated Budget for Production*

| TERRITORY | ASK $ | TAKE $ | CONSERVATIVE $ |
|---|---|---|---|
| **NORTH AMERICA** | | | |
| USA | 3,166,667 | | 2,500,000 |
| CANADA | 833,333 | | 500,000 |
| | | | |
| **EUROPE** | | | |
| United Kingdom | 2,062,500 | | 1,500,000 |
| France | 1,575,000 | | 900,000 |
| Germany/Austria / Switzerland | 1,200,000 | | 800,000 |
| Italy | 466,667 | | 280,000 |
| Spain | 833,333 | | 500,000 |
| Belgium/Luxembourg | 75,000 | | 50,000 |
| Denmark | 116,667 | | 70,000 |
| Norway | 50,000 | | 30,000 |
| Sweden | 75,000 | | 50,000 |
| Finland | 75,000 | | 50,000 |
| Iceland | 8,333 | | 5,000 |
| Netherlands | 14,286 | | 10,000 |
| Greece | 14,286 | | 10,000 |
| Portugal | 14,286 | | 10,000 |
| | | | |
| **AUSTRALASIA** | | | |
| Australia/New Zealand | 1,200,000 | | 800,000 |
| | | | |
| **ASIA** | | | |
| Japan | 1,820,000 | | 1,300,000 |
| South Korea | 75,000 | | 50,000 |
| Taiwan | 116,667 | | 70,000 |
| Hong Kong | 75,000 | | 50,000 |
| Thailand | 14,286 | | 10,000 |
| China | 1,666,670 | | 1,000,000 |
| Philippines | 14,286 | | 10,000 |
| Indonesia | 8,333 | | 5,000 |

BUCK0005469

| TERRITORY | ASK $ | TAKE $ | CONSERVATIVE $ |
|---|---|---|---|
| Malaysia | 8,333 | | 5,000 |
| Singapore | 14,286 | | 10,000 |
| India | 833,333 | | 500,000 |
| **LATIN AMERICA** | | | |
| Argentina | 166,667 | | 100,000 |
| Paraguay | 14,286 | | 10,000 |
| Uruguay | 14,286 | | 10,000 |
| Chile | 250,000 | | 150,000 |
| Central America | 14,286 | | 10,000 |
| Brazil | 500,000 | | 300,000 |
| Mexico | 1,575,000 | | 900,000 |
| Venezuela | 33,333 | | 20,000 |
| Colombia | 33,333 | | 20,000 |
| Bolivia/Peru/Ecuador | 50,000 | | 30,000 |
| West Indies | 8,333 | | 5,000 |
| **EASTERN EUROPE** | | | |
| Russia/Former U.S.S.R. | 0 | | 0 |
| Poland | 14,286 | | 10,000 |
| Czech Republic / Slovakia | 14,286 | | 10,000 |
| Hungary | 14,286 | | 10,000 |
| Former Yugoslavia | 8,333 | | 5,000 |
| Romania | 14,286 | | 10,000 |
| Bulgaria | 8,333 | | 5,000 |
| **MIDDLE EAST** | | | |
| Israel | 14,286 | | 10,000 |
| Middle East | 33,333 | | 20,000 |
| Turkey | 8,333 | | 5,000 |
| **OTHER** | | | |
| South Africa | 75,000 | | 50,000 |
| Central/Northern Africa | 14,286 | | 10,000 |
| Airlines | 0 | | 0 |
| **GRAND TOTAL** | **19,305,124** | **0** | **12,775,000** |

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005470

## > *The Return*

Predicting the return on any film in investment is speculative. The above numbers are estimates taken as of October 2015. Some data may be subject to change.

The production team has spent much time exploring all positions and has determined one thing is certain: there is limited available data on the world's average ROI for film, statistical risk analysis for independent film projects, or even success to failure ratios for independent productions.

The production team has developed a specific strategy for maximizing earnings over the life of the film. This strategy will adhere to the following guidelines:

### 1. Budget the project appropriately to market

At the American Film Market and European Film Markets in 2013, it was widely observed and reported the buyers were specifically looking for projects with negative production costs between 5,000,000.00 and 25,000,000.00. Projects with larger budgets were broadly ignored, regardless of Attached talent. Minimizing overhead and maximizing results.

### 2. Collect project specific data from industry

Although some general information regarding current deals being made for animated features will be useful to our sales strategy, getting project specific data is critical. Not only will there be knowledgeable information available on "realistic" pricing for the film, but foreign sales agents will also have input on potential talent choices that will work well overseas to maximize revenue.

### 3. Explore all possible revenue streams

As mentioned theatrical, video on demand (VOD) for internet and cable, DVD/Blu-ray, Broadcast and Foreign distribution outlets will be pursued. Specific strategies will be explored for all revenue streams.

### 4. Invest in the right places

A recent analysis of spending indicated that a 10% increase in talent expenditures is currently yielding approximately 2% increase in return. A 10% increase in marketing spending, on the other hand, is yielding a 10% increase in return. Additional marketing dollars makes the most sense to a film's bottom line and is good investing.

## > *Merchandising*

Merchandising is a form of marketing for the movie industry. Movie merchandise has also been a catalyst for trend, hence proves its great impact in movie promotion and advertising. With toy merchandise, movie producers are hitting two markets, generating revenue on both sides.

Although Bucky has an exciting and engaging storyline, the creators have also developed these unique characters to appeal to children in the form of merchandise such as toys, apparel, books and school supplies. Merchandise is very instrumental in branding the film and characters. The production of merchandise and the film automatically cross-promote each other.

BUCK0005471

Producers have poised the character ensemble toys to seek multiple revenue streams to help recoup some of the production and marketing costs in the face of reduced licensing fees, animation filmmakers are increasingly interested in generating cash flow from licensed merchandise. At the same time, however, licensing is a challenging proposition due to fragmentation of the animation market, which decreases awareness for individual programs; retail consolidation, which lessens the shelf space available for products; and consolidation among manufacturing companies, which leaves fewer licensees from which to choose. All of these factors combined to make merchandise licensing a challenge for property owners. However, there is still huge revenue potential.

The first step in a licensing effort is to realistically examine whether a given property has merchandising potential. We have carefully done the marketing research in our targeted demographics to make sure that *Bucky* and supporting characters do have a place in the market and retail value.

## > *Assumptions That Affect The Bottom Line Return*

In evaluating the financial potential for *Bucky* the Production Team has used a very conservative approach based on industry standards:

**1.** Domestic Box Office reflects gross dollars of ticket sales BEFORE the exhibitor splits the total with distributor.

**2.** All funds flow from each revenue source (exhibitor) to distributor, who deducts his print and advertising expense before distributing revenue to the production company.

**3.** Distribution fees are generally based on 30% of all distributor gross revenue, both domestic and foreign. This is a generally accepted estimate method used by industry analysts and trade publications. Distribution deals are based on negotiation and very greatly.

**4.** A period of at least one year from start of principal photography to delivery of finished film should be anticipated for this, or any other feature film. This period can vary, but accommodates most circumstances that can affect delivery.

**5.** The film's release date depends on finalization of distribution arrangements, which may occur either before or after the film has been completed, and is an unknown variable at this time. The budget, also known as the films "negative cost," covers only the expenses that are needed to create the master print of the film with a relatively modest publicity budget. All marketing costs, or "distribution expenses," which include copies of the master print, digital distribution conversions, and major advertising costs, our distributor costs and are normally recouped by the distribution company before monies are disbursed to the producers.

**6.** Production costs are projected to fall on the high side of estimates. This is done to minimize the likelihood of financial shortfall. If there are overage in funds available, these funds will be assessed to determine if best spent on marketing or if they will be returned to the investors.

**7.** The majority of revenues are traditionally realized within three years of the release date. Although the earning life of the film can be much longer (an accepted average is seven years), the Production Team is assuming this trend will hold true for *Bucky*.

**8.** The producers will seek an advance from distributors to cover the initial loan, allowing for an earlier payout. However, such a payment is not guaranteed.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005472

# Marketing & Release

## . *Leading Industry Professionals* .

The Production Team will utilize proven industry professionals and/or qualified consultants for all services and department head positions to ensure completion of a quality product and to best protect the interest of the lenders. There is no substitute for experience, and shortcuts are not acceptable – where most independent films' suffer in their hiring process, Bucky will outperform.

## . *Subject Marketability* .

The huge success of films such as *Lilo & Stitch*, which relied mostly on Hawaiian culture shows an interest in cultural themed animated genre spanning worldwide markets. *Lilo & Stitch* went on to gross $263M worldwide in 2002. The recent success of animated features shows a continued demand for these types of films.

## . *Start to Finish Marketing* .

Although in the early stages of development, the Production Team for *Bucky* will immediately begin implementing their marketing philosophy. Marketing starts at the beginning of development and finishes after release on all distribution platforms. This means immediately beginning grassroots marketing efforts through social media and targeted genre fan bases.

## . *Sales Realism* .

The majority of independent films suffer from an unrealistic expectation for the film's release – *Bucky* excels in that it recognizes the necessity of the sales input from an early stage. By attaching a well-known sales company during the development phase, *Bucky* is able to execute on strong cast selections, generate early interest in the film before production is complete, and introduce the concept of the market before beginning physical sales.

## . *Foreign Sales* .

In terms of foreign sales, there are U.S. based distributors that specialize in foreign markets. These companies  deal with networks of sub-distributors in various countries. There are distinct differences between a distributor and a foreign sales agent when dealing with these countries. If a company is granted the rights to a film for distribution of a foreign market, that company becomes the foreign distributor.  If the producer retains these rights, and grants someone only a percentage of the box office, in exchange for obtaining distribution contracts for these territories, then that person is called a sales agent.

BUCK0005473

# Distribution Plan

There is no 'typical' distribution deal, but one thing is for certain, The Producing Team for *Bucky* will negotiate for as much as possible, and give away as little as possible.

How much gross a distribution company will want to retain, depends on its participation in the negative costs of the film. The greater the distribution company's expenses up front, the greater the percentage of incoming revenues it will seek. In this case, the Producers intend to secure full production financing through private equity resources, thus reducing the back end participation demand from a distributor.

*Bucky* will seek a distribution deal where we would receive a favorable percentage of the adjusted gross revenues from our film in all domestic distribution outlets, to split with our investors. We also plan to grant the foreign distribution rights of the film directly to groups who specialize in these foreign markets. This is intended to avoid accounting troubles concerning actual foreign box-office receipts.

## . *Major Distribution Plan* .

Management's first strategy concerns attracting a major or mini-major distributor. This is not an easy task. The major obstacle is simply the volume of films being made every year. Theater screens are primarily reserved for studio – produced blockbusters with very large marketing budgets – in the tens of millions. The surest way for a film to get into wine distribution is to become a studio product. It is not an exaggeration to say an independent film needs to be irresistible to justify this positioning.

## . *Major Distributors As Target Market* .

Viewing major distributors as a target market creates the proper perspective. Filmmakers often focus solely on a potential "public" audience rather than fully considering their first customers, distributors. Although public marketability is surely THE major consideration of a distributor, without a fully developed sales strategy to distributors, filmmakers often leave wide release to chance.

## . *The Big Six* .

Six companies and their subsidiaries dominated film distribution in 2011, taking 79.34% of the domestic box office market share. And oligopoly, major studios not only produce and distribute motion pictures to theatrical exhibitors worldwide, but all are owned by large media conglomerates with interests in television, radio, publishing, cable, and home entertainment. The conglomerates trend toward purchasing from within their organization, which often impacts an outsider's ability to reach a wider audience.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005474

## *. Reaching Major Distribution .*

### )) Hire Professionals

By far, the professional who can do the most you going to retention for our project will be our sales representation. Combining the promotional skills of a publicist, the deal making ability of a lawyer, and the marketing skills of the salesperson – our company will guide our film's trajectory.  Although many reps prefer to get involved with the project during post production,
management's approach is to engage the producer's rep as soon as possible. Many early milestones can be reached much easier with reputable assistance.

### )) Get to Acquisition Departments Early

Management will begin to contact the acquisition departments of targeted distributors and give them the opportunity to "track" the project. This process must start early, as larger distributors need time to review a project to be sure there is a fit. Once a project is being "tracked" a potential distributor becomes the recipient of updates during the course of production. When the film is completed, there will be special screenings in Los Angeles for those distributors were tracking the film.

### )) Be Proactive In The Distribution Strategy

All of the above is pointless if a Porsche studio deal is negotiated. It's simply cannot be assumed that a studio deal will provide acceptable distribution and revenue solutions. Being proactive means focusing on distribution strategies that maximize opportunities to return revenue to our investors.



**BUCK0005475**



Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005476

# Treatment

SKY ABOVE GREEN MOUNTAINS OF KAUAI, HAWAII, PRESENT DAY.  A sightseeing HELI-COPTER with a small FAMILY of tourists INSIDE HOVERS around the CLIFFS of a cathedral-like eroded mountain wall with large waterfalls cascading down from them. Both the MOTHER and FATHER (in their 40's) are dressed in flowered shirts and bright-colored pants. Their only child— BUCKY-- a thin, 13-year-old boy with blond hair, is also dressed similarly in red shorts and a blue-flowered shirt-- though his overall demeanor doesn't match his festive attire— or his parent's "overly-zealous" mood at all.  He leans his head up against the window, bored. He doesn't even glance down as the helicopter passes over the breath-taking mountain range below.  His Father's camera FLASHES repeatedly as he gawks at all the beauty with his wife.  Bucky sighs, loudly.

Their informative, native PILOT/GUIDE, 30's, explains that the Hawaiian Islands are the most isolated islands in the world with this one, Kauai, being the oldest.  The isolation of the Ha-waiian Islands allowed some of the rarest species of plants and animals on earth to both develop and live untouched for a long time… many are still not found anywhere else in the world. He goes on to explain that it took humans a very long time to find the islands. Sometime after 1250 A.D. the Tahitian's arrived, and then many other cultures came after that-- so many, in fact, that the culture became very rich in Hawaiian lore. Storytelling be-came a very important part of the lifestyle, resulting in hundreds of ancient legends that are still told today…

Bucky's Mother, hoping to get Bucky interested in the tour, says she wants to hear one.  She points out that the mountain range below has a spiny ridge that towers over the bay-- looks like a dragon and there must be a story about a mountain that looks like that. Bucky doesn't even flinch.

The Guide tells her she's right and points out that his head is where the mountains meet the sea, the jagged peaks form his spine along his body, and the part near the shore is his back heel.  Says the whole thing is part of a large volcanic mountain range that connects all the Hawaiian Islands with the biggest volcano of them all being Mauna Kea on the Big Island. In the active Kilauea creator on the Big Island, PELE, the great fire Goddess of Hawaii, lives and holds many secrets of the land.

His Mother is intrigued.  Says instead of learning more about the dragon she wants to hear more about Pele and the land's secrets.  Bucky doesn't lead on that he's listening—though he's starting to, somewhat…

BUCK0005477

Sc 5 Panel 1

STOP ← PAN → START

Sc 5/CONT Panel 2

LOW ANGLE OCEAN, CLIPPER TOWARDS CAM TRACK WITH IT AS IT LANDS IN THE WATER AND EXITS SCENE.

Sc 5/CONT Panel 3

CLIPPER OUT OF FRAME

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCKY "the Surfer Boy"    43

BUCK0005478

The Guide explains that Pele used to have a romantic admirer—KAMAPUA'A, the Demi-God. It is said that Kamapua'a had the ability to change shapes.

He was born a hansom man but over years of struggle with his jealous father he became bitter and mean. He ravaged the land and raped and pillaged leading other evil men down his path.

Over the years his evil actions changed his appearance. He shaved his head leaving only a strip of hair down the center of his skull and a patch down his chin. He tattoo'd his body with dark images. He became known as Kamapua'a the hog man.

He was born on Oahu but sailed to Maui and eventually the Big Island where he found Pele and fell deeply in love.

Kamapua'a tried to win Pele's heart but his tattoos and hairy pig-like appearance repulsed her. She tried to keep him away but his persistence broke her and she weakened. He eventually seduced her. It was their destiny.

Pele received the love that no other would except and Kamapua'a momentarily changed back into a kind and loving soul. Pele's love helped him heal from the pain and bitterness he harbored due to his fathers abuse.

The sudden change scared Pele and made her feel insecure. She was confused and suddenly told him to leave her alone. He begged her to be his wife. He wanted to be loved.

'"No, not again, "Pele whispered. "leave me alone Kamapua'a.

Pele wanted to be queen but Kamapua'a was more powerful than she.
Pele asked him to go away forever.

Pele told Kamapua'a that he could have the land and lush valleys in the north of the Big Island (Hawaii). The lush forested land of Hilo, Kamuela and Kohala where the water flowed.

She stayed on the south side of the island where it was hot and dry.

Pele slipped away from him and took her family and hid in the lava tubes and caves of Kiluea.

Kamapua'a searched and searched for Pele until one day he saw the lava flowing down over the face of Kiluea. He was broken hearted believing only that his beloved Pele perished beneath the burning fire.

As the lava violently flowed to the shore Kamapua'a quickly turned into a fish and plunged into the ocean seeking shelter from the flames. He swims the ocean in the form of a fish now named after him. The Humu-humu nuku-nuku apua'a.

BUCK0005479

Seasons later Pele gave birth to a child.  It was Kamapua'a's son, Opelu-nui-kauhaalilo. This child became the ancestor of certain chiefs and common people.

Pele could see Kamapua'a in her child and missed him deeply. She longed for his cooling presence. In vain, Pele searched the land chanting and crying, longing for the cool refreshing love of Kamapua'a.

The fire Goddess needed to be balanced.  She needed the coolness of Kamapua'as love. She needed the moisture just as the land needs rain.
She was burning in fury and rage.

Never returning to the Big Island Kamapua'a's spirit roams the cool mountains of Kohala protecting the waterfalls, pigs and fertile land. It is said that he also protects the pain of a wounded heart.

SEE A BEACH FRONT BELOW. Large, up-scale hotels line the shore without end. The Chinese flag-- followed by a Japanese, Korean, Portuguese, Puerto Rican, German, Spanish, Russian, Norwegian, and a Filipino one-- all fly in the breeze out front of them as TOURISTS play in the ocean.  Lush golf courses are seen in the distance…

Guide continues sadly, "Some people just don't know when to stop building, though some still do…"

OTHER SIDE OF BEACH FRONT BEHIND LARGE ROCKS.  See a large, wise, OLDER HAWAIIAN MAN in his 60's as he throws a net into the water like they did in ancient times.

HELICOPTER.  As Bucky watches and listens a VISION in the Old Man's net comes to him of an OWL (PUEO) FLYING.  This startles him—until it soars towards a BIG WAVE in the ocean and changes into the form of him SURFING the giant wave superbly. Bucky is in awe as he imagines himself riding this massive wave... Then the rippling water fades away and takes the form of a YOUNG TEENAGE GIRL— a real Girl--

Bucky sees the real Girl SURFING below and suddenly gets excited for the first time since he's been there— states he wants to surf too!

The Guide laughs, "Yes, that is one of the big lures of why people come here; surfing was created by Hawaiian royalty. It allows you to experienced the 'mana' of the islands and land and sea very intensely." Bucky asks, "What's mana?" The Guide refers to the Girl on the wave below as he answers, "Watch…"
The wave's CREST takes the Girl by the DRAGON'S HEEL on her surfboard and then she seems to become one with the wave as she RIDES it's FACE towards a DANGEROUS REEF. Bucky's parents look concerned as they all watch her RIDE the monstrous wave like a PRO. Bucky wants to do the same.  The Guide tells him about a surf camp he could take at the

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005480

beach, but he is quickly bombarded by reasons not to go by his over-protective parents. His Father runs off about how he's too young to surf-- his Mother says it's too dangerous— he could get hurt or drown. Bucky's hopes fizzle away like air escaping a balloon. "Why'd we have to come to Hawaii then for our summer vacation? We should have just stayed in New Mexico where's there's no ocean." States he hates it here.

The Guide tells him everything happens for a reason— he's supposed to be here. Bucky doesn't think so. The Guide says the islands will tell him soon enough the reason for his visit-- "You'll see— they speak to everyone." Bucky thinks that's crazy— islands don't speak.

Suddenly an EYE opens up at the end of the mountain range where it meets the ocean and the mountains take the form of a real GIANT DRAGON. He cracks a friendly SMILE and WINKS at Bucky— startling him—then disappears. Bucky now realizes that no one seems to be seeing any of these images but him… Is he going crazy?

RESORT BEACH, KAUAI. Out-of-shape TOURISTS tan on lawn chairs-- ONE is badly sun-burned. Other TOURISTS stand out in their bright-colored clothing against the natural beach setting. One LADY stands waist-deep in the ocean talking loudly on her iPhone. The scene represents a global tourist destination with people flocking from all over the world to experience the phenomenal beauty.

Bucky sits in the sand looking bored again as he watches some SURFERS far out on a reef. Other TOURISTS float by on rafts and use boogie boards for less-adventurous recreation.

His parents try to coax him to help them build a sandcastle like he's 3, not 13. He's annoyed and still just wants to surf. His Mother thinks she has an idea for a compromise…

MOUNTAINS BEHIND BEACH FRONT, DARK CAVE. SHAMAR, 50's, a heavy-set, ruthless, greedy developer with a sly look on his face, approaches a DARK CAVE suddenly something is THROWN OUT of the cave. It is an ANCIENT-LOOKING SCROLL tied up with a ribbon.

Shamar excitedly grabs the scroll and opens it, looking delighted as he looks at the map on it— "Yes! This is just what I hoped it would show me—and you're sure this is the only written record stating it's whereabouts?"

An angry GROWL is heard. Shamar doesn't want to upset the presence in the cave—"Of course it is— I don't know why I keep asking these silly quest--"
Before he can continue a large, SCARY SHADOW of KAMAPUA'A— in half-man, half-hog form— is seen on the WALL of the CAVE. It TOWERS over Shamar as it threatens— "SILENCE—you insignificant  fool! Now that you have what you need I expect you to proceed with our plan immediately or else you'll wish you never found this cave! Understand?"

Shamar gulps, "Of course--" then hears the SOUNDS of a CAR APPROACHING-- and coming

BUCK0005481

up the steep hill way too fast for the terrain... It contains two more goons-- SCRUB and JAKE, both 30's-- who come treading through the forest in an old 1951 Mercury Coupe with tinted windows. They THRASH THROUGH bushes and TURN UP MUD, disturbing every bit of nature they come across. Scrub is a loud-mouthed, snide trickster with sunglasses that are permanently molded onto his face. Jake is his strong, mean, not-so-bright partner in crime.

They SLAM on the brakes, HALTING to a STOP right near Shamar— COVERING him with MUD and causing him to DROP the scroll. It SLIPS OUT of his hands and FALLS DOWN a nearby LAVA TUBE wedging between TWO LARGE ROCKS below. He grows furious and gives Scrub and Jake a thorough scolding-- showing that though he might be afraid of the dark entity in the cave, he's definitely the authority figure of this trio. He angrily points to the mysterious scroll stuck below and tells them they have to get it back.

Shamar GRABS SCRUB by his ankles and tries to LOWER him DOWN into the lava tube to get it. Scrub's body gets STUCK on the way down and he can't even move to reach it. It takes BOTH Shamar and Jake to pull him BACK OUT. Shamar then TRIES to LIFT JAKE to try the same thing with him, but CAN'T even PICK him UP. Shamar gives up and tells them they need to get it back before the tide comes in because that's the only map showing the exact location of where the place he needs to find along the Dragon's Heel is so they'd better find a way to get down in there and grab it or else he'll feed them both to the sharks! He leaves them to deal with it. Both Scrub and Jake try again and realize that they are both too big to make it down— need a skinny kid.

RESORT BEACH, OCEAN. Meanwhile, Bucky floats holding onto a small boogie board in about three feet of water. He looks humiliated and ridiculous. A female "diva-like" turtle, BOMBSHELL, swims by, seemingly laughing at him. Bucky gets mad and yells at her to go away. She seems to understand him. Bucky can't believe it— tries to talk to her again— she responds. Bucky is thrilled— finally-- someone to vent to!
Bucky tells Bombshell that he wants to be out there surfing like the people he's watching glide down the waves. His Father, who is on a lawn chair reading the newspaper a few yards away on the shore, overhears him and watches curiously. Is his son talking to a turtle? Realizes he is— quickly tells him to quit talking to the animals because people just don't do that— it's strange behavior.

Bombshell tells Bucky not to pay attention to his Father and to listen to her— tells him if he wants to surf then he has to stand on the board. He does and tries to surf down a small wave by standing on the short boogie board, but he's too big and it CRASHES on shore and SCATTERS SAND onto his Father's newspaper and all over his Mother, who is tanning on a lawn chair next to him. As Bombshell laughs cause she knew it wouldn't work Bucky gets annoyed and embarrassed. His Father sarcastically says it serves him right for talking to a turtle. Bucky says he's taking the board back. His Mother yells for him to be back in time for the hotel's luau dinner in half an hour.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005482



BUCK0005483



Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005484

FURTHER DOWN THE BEACH, BEACH RENTAL SHOP.  Jake and Scrub stand near a bulletin board in front of the shop listing island activities to do. They scan the beach looking for a kid the right size.  All are too fat.  Then they see Bucky approaching and both look excited.

Bucky shuffles his feet in the sand in frustration. He gives the boogie board back to BUBBLES, 20's, the easy-going local worker of the rental shop, and then notices a flyer on the bulletin board for the surf camp the Guide had spoken about.  It states you can be a pro in three days.  He tells Bubbles he wishes he could take it, but doesn't know how he can sneak away from his parents for that long-- they watch him like a hawk.

Jake and Scrub overhear and tell him they can teach him to surf right now.  Bucky says really?  Then realizes he doesn't have any money on him.  They say that's all right, the first lesson is always free— it's the Hawaiian way.  Bucky can't believe his luck!

HANALEI PEIR.  An old, beat-up surfboard is negligently tossed into the back of the shady gangster-like old car. Bucky watches two SURFERS out in the ocean. He asks why they just don't surf here?  They tell him they know a better place to learn and not to worry-- soon he will be back here riding the waves with the best of them.  Jake opens the door for Bucky to ride in the back. Bucky is reluctant, but gets in— telling them they have to hurry and get back soon— he only has twenty minutes to do this and get back in time before the luau.

MOUNTAINS BEHIND BEACH  FRONT.  At the bottom of the hill to the dark cave, Scrub directs Bucky's attention towards the increasingly DANGEROUS-LOOKING OCEAN as Jake quickly tapes a sloppy, handmade sign saying "SURF TRAINING GROUNDS" over a real sign that says "NO TRESPASSING" next to a barbed-wire fence.

They tell Bucky it's now time to start his "training." Jake holds up the barbed wire fence while Scrub and Bucky sneak underneath.  Bucky looks at the makeshift sign Jake had put up suspiciously as he follows Scrub and Jake up the hill. As they get further from the shore below he asks them why they are going way up here before they even get in the water.  Scrub tells him it's all part of his "training" to test his "endurance."  As they start to approach another very large "NO TRESPASSING" sign Jake quickly covers it with a large banana leaf.  Luckily, Bucky doesn't notice.  They come to the lava tube and stand at its entrance. Scrub tells Bucky this next test is to test his "reach" in "paddling…"

Suddenly Jake GRABS BUCKY by the ANKLES and HANGS HIM UPSIDE-DOWN OVER the LAVA TUBE OPENING.  Bucky yells to be put down— is scared.  Scrub says this is his "initiation/test" to see if he's even meant to be a surfer-- if he can grab the scroll he has good reach and can surf. If not, he can't learn-- ever.  Desperately wanting to surf, Bucky agrees to try.

Bucky is SLOWLY LOWERED further down into the crack of the tube until his slender shoulders are lodged by the walls of the crevasse. He can see the scroll, but it's not quite in his reach.  Seeing the tide start to come in, Scrub and Jake pressure Bucky to hurry up. He strains hard to reach it and finally grabs hold of it.

BUCK0005485



PAN BG
Page 7

HVB CAP ANIMATES AWAY FROM CAMERA.



7/CONT
Sc
Panel

''' CAR CONTINUES AWAY FROM CAM TILL CUT.



7/Cont
Sc
Panel



Sc 8
Panel ①

PAN BG

INT JAKE AND SCRUB'S CAR

JAKE THROWS CLUTCH TOWARDS CAM, STEPS ON GAS PEDAL
PAN TO SCRUB AND BUCKY IN BACK SEAT
BUCKY HANDS SCRUB HIS "SURF CAMP MONEY"

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005486



BUCK0005487

Episode_____

Page 9

Sc 11/cont
Panel 2



THE CAR ZOOMS
AWAY FROM
CAM (TILL CUT)
KICKING UP
A CLOUD OF
DUST

SCENE 12 Panel 1



STOP    PAN    START

Sc 12/CONT
Panel 2



. A HUGE WAVE
CRASHES CLOSE TO
SHORE, PAN TO
JAKE+ SCRUBS CAR
RACING TOWARDS CAM.

IT SCREECHES TO
A SUDDEN STOP
CLOSE TO CAM

Sc 13
Panel 1



EXT CAR, WAVE'S
REFLECTION SEEN IN
GLASS, BUCKY WORRIED,
SCRUB POINTS TO CAM
DX REFLECTION

SCRUB

"TIME FOR YOUR
FIRST SURF
LESSON."

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCKY "the Surfer Boy"    53

BUCK0005488

Jake lifts Bucky OUT and DROPS HIM on the ground HEAD FIRST. He grabs the scroll and throws it to Scrub. They begin to walk away when Bucky inquires about his surf lesson. He got the scroll, so this means he's meant to be a surfer— right? They had already forgotten about that-- Scrub looks over and smiles at Jake as the tide gets nearer, looking more and more DANGEROUS…

Deciding to have a little fun, Scrub and Jake explain to Bucky that since he passed both of the first two parts of the "test" he definitely is meant to be a surfer, but now he has to pass the last and final test. He needs to test his "bravery" by starting at this spot and paddling out alone… that is how all the great ones do it. Bucky looks at the MONSTROUS WAVES forming and isn't so sure— doesn't seem like they're meant for an amateur. His Mother's words of concern for his safety echo through his head. He asks if it's really the best spot to start from. They tell him they wouldn't lie to him— it's not pono (not right).

Trusting that, Bucky walks out on a rock, lays his board on the water, and begins to paddle out into the POUNDING SURF while Scrub and Jake encourage him from the shore. Bucky TRIES to CATCH his FIRST WAVE, but it BREAKS VIOLENTLY on the ROCKS. He attempts to DUCK-DIVE another ONE when suddenly a THIRD WAVE CRASHES OVER him. Bucky comes out the other side, still CLINGING ONTO his BOARD, looking terrified. He RIDES OUT the other WAVES like he's on a roller coaster while trying DESPERATELY to just HANG ONTO his BOARD for dear life.

Scrub and Jake stand on the shore laughing as they watch Bucky TUMBLE over and over in the WAVES helplessly. They RUN BACK DOWN the HILL, ditching Bucky behind.

Bucky looks back-- not seeing an ENORMOUS WAVE forming BEHIND him— and hears the SOUND of the loud car STARTING and PEELING OUT from the distance. He panics-- they've left him! Then suddenly the MONSTROUS WAVE CRASHES DOWN on him. He's engulfed by WHITE-CAPPED SURF as his eyes tremble with fear… He TUMBLES in a washing-machine-like-motion INSIDE THE WAVE. The wave sends him SOARING and SNAPS his board in HALF. Bucky is sent FLYING into what looks like certain DOOM toward a sharp, jagged REEF below—




BUCK0005489

OUTSIDE SHAMAR'S HOUSE.  Scrub and Jake SLAM on the BRAKES and give Shamar the scroll.  Shamar is delighted— says now he has the exact location of the ancient ruins on the land so he can blow it up, and as long as he keeps the scroll with him until the ruins are destroyed then nobody will ever find out that the land is sacred so it is his to develop to become the richest man of all the islands!  He tells them to go get everything ready for the press conference now at the development site.

OCEAN.  Bucky is heading STRAIGHT TOWARDS the REEF-- then suddenly Bombshell AP-PEARS underneath him swimming to the rescue.  She carries a half-conscious Bucky on the top of her shell and swims to safe waters at a nearby SHORE.  She pushes him up onto HA-NALEI BEACH and leaves the defeated and helpless Bucky lying on the sand looking barely alive.  She tells him not to worry— his fate has brought him here-- and then goes back into the ocean.  Both pieces of his broken surfboard wash up next to him.

The same SURFER GIRL he had seen from the helicopter earlier walks toward him from down the beach. She's 13 and a real native Hawaiian with a Hibiscus flower in her hair.

She sees Bucky's limp body, takes off her FISHHOOK NECKLACE (made of bone), and puts it around Bucky's neck as she whispers a "chant." Bucky suddenly wakes up-- spitting out a mouthful of ocean water. She laughs, introducing herself as LEOLANI and saying her "cure" worked faster than she expected.  Bucky, somewhat afraid, wants to give the necklace back, but she tells him no, he still needs it— explains it will help build his strength for his safety in the ocean.  It always helps her surf— especially with a big wave she tackled earlier.  States she never surfs without it, but she's not surfing now, so it's his turn to wear it.  She invites him to her family gathering while he continues to get better.  Bucky now sees a small group under a pop-up tent further down the beach.  He is drawn to Leolani in a strange way as he follows her toward it.

Along the way they come to the same OLDER MAN seen fishing earlier as he still fishes-- only this time with bells rigged up to several poles stuck in the sand to indicate when a fish is hooked on one of the pole's lines.  Leolani introduces him to Bucky as her grandfather MAKANI. He is a large, older, very sincere Hawaiian man in his 60's with gray hair and who has a certain radiance coming from him. He's deep into living by his ancestor's ways and is a firm believer in mana-- the Hawaiian super-natural/divine power. He believes a person can accomplish superhuman feats of strength and skill when in harmony with the divine spirit realm.  Greeting Bucky, he shows him the fish he has already caught and says now he thinks they all have enough for everyone. They all walk on towards the tent.
FURTHER AWAY.  A large, pop-up TENT covers a potluck-style-barbecue set-up near the shore.  Bombshell swims around on some waves close by.
Leolani and Makani enter the scene with Bucky behind them. Leolani introduces Bucky to AUNTIE LUKA, Makani's wife, who's an old-fashioned Kauai woman in her 50's getting the feast ready. In the sand is a smoldering imu (underground oven).  Steam rises from a fire under rocks. Above the rocks are purple sweet potatoes wrapped in Ti leaves and a few hot-

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005490



BUCK0005491

dogs on sticks.  Auntie Luka hugs Bucky and kisses him on the cheek. Bucky turns red.  He doesn't understand the local traditions.  She wears a string of Niihau shells around her neck.

A young teen, KIMO, 14, eats a bowl of noodles with some chopsticks and has a ukulele strapped around his body.  He is "hapa," meaning of mixed ancestry because half white (anglo) and half Hawaiian. Living in Hawaii he takes on some of the Hawaiian ways of life but also takes on traits of the many other cultures around him. He only speaks the pidgin dialect, is dopey and clumsy, but has a heart of gold. Leolani introduces him to Bucky, saying he's her cousin.

COSMO, 13, walks under the tent, surfboard in hand, dripping wet from the ocean. Cosmo is a good-looking, witty surfer boy who's Kimo's friend from Australia. He greets Bucky like he's already a true friend by giving him a handshake that Bucky doesn't exactly get right the first time.

While they all eat barbequed fish and fresh poi, Bucky learns Leolani, Kimo, and Cosmo are "the Hui" and they all live with Makani and Auntie Luka every summer. Their lifestyle consists of surfing, wild adventures, and barbequing together everyday.

Kimo stands up and fixes his flip flop with a chopstick by pushing the tab of the thong piece back in the hole. Auntie Luka tactfully gives him a little speech on having manners— for besides it not being sanitary, it's also not polite to interrupt a dinner and leave the table while some are still eating--

Suddenly a double-hulled canoe CRASHES UP onto shore in the background.  It contains NA'ILIMA (NAI), a tall, stout, native Hawaiian traditional wood carver and canoe builder in his late 20's who's a creative genius and is very in tune with Hawaii's culture and lore.  He excit-edly shares that he's taking a surfing voyage to the Napali Coast tomorrow and would like some adventurous volunteers to go with him. The Hui is more than ready. They want Bucky to go.  He admits timidly that he doesn't know how to surf.  Cosmo is shocked-- "We'll teach you right now!"  All grab their boards--

SURFING MONTAGE BEGINS:

OCEAN.  Makani and Bucky float on surfboards in some small waves. Makani's board is an old-fashioned, wooden long-board. He shows Bucky the basics of finding his balance to stand and then catching a wave. Bucky tries, but falls.  Bombshell watches-- laughing.  The others all surf great around him— Bucky can't even stand up once.
SURFING MONTAGE ENDS.

OCEAN.  Bucky floats on his board near Bombshell far away from the others.  He watches Cosmo, Kimo, and Makani having fun SURFING a BIG WAVE together in the distance.  Bucky says he wishes he never came to Hawaii. That's not the way Bombshell sees it— she be-lieves he came to help them all.  Bucky is puzzled by what she means.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCKY "the Surfer Boy"   5 7

BUCK0005492

Just then Leolani EMERGES from the WATER and catches Bucky and Bombshell in conversation. Leolani is overjoyed in the discovery of Bucky's gift of "Ho'aumakua"
(the ability to communicate with family ancestors or personal Gods). She tells him he is communicating with some of his ancient ancestors who are now in animal-guardian form. She explains they are his helpers and protectors, and even when it seems like the darkest moment they will hear his call and answer it. Few people have the ability to hear animals like this, but Makani has it too. Bucky says, "Then you don't think it's strange then?" She says, "No, why?" He thinks of his dad's words, then realizes that maybe it's not so strange. Says, "No reason." Then all of them-- Bucky, Bombshell, and Leolani-- CATCH a WAVE happily. Bucky ALMOST stands UP, but then FALLS. He gets really fed up now and wants to just give up…

Makani approaches and urges Bucky to think about taking things one step at a time instead of three-- complements that he's quite good for a beginner and besides, it's the trying that really matters in the journey he's on now anyway...

Kimo drops into a wave nearby and gives Bucky a shaka (hang loose sign). Cosmo cheers towards them all as he catches the next wave— a BIG one.

Bucky is determined to do this now. He paddles out to the LARGER SET of WAVES behind them-- despite Makani yelling at him to wait. He paddles out all the way, even past Cosmo and Kimo. He goes for the BIGGEST WAVE of the BUNCH and tries to find his balance while Makani, Kimo, and the others yell for him to come back— it's too dangerous.

Bucky CATCHES the WAVE at the right moment. He becomes like a little flea compared to the MONSTER-SIZED WAVE-- but he's doing it and he can't believe it himself. But then the FACE of the WAVE gets TOO STEEP and he's sent TUMBLING DOWN. Bombshell swims to AID Bucky from falling again. She helps Bucky LAND back in the WATER and then they are BOTH SENT CRASHING ONTO a REEF. The WAVES PUSH Bucky ONTO the SHORE near--

HANALEI PIER NEAR DRAGON'S HEEL. Further down the beach a TV CREW is set up for a press conference next to a BIG BILLBOARD for a NEW RESORT being planned.

Shamar is next to the billboard wearing a hard-hat as he scoops up the first piece of dirt from the ground with a shovel and gives the FEMALE TV REPORTER, 30's, a declaration that he plans to build a new, huge resort from the back of the mountains to the beach near the Dragon's Heel where it's the best surfing. A large BULLDOZER is off to the side of the billboard. The TV Reporter says since this is the largest piece of land ever being developed on the island she wants to know if Shamar has made sure the land is free of any ancient ruins to be developed on. Shamar nonchalantly makes sure the scroll is safely hidden in his back pocket as he says, "Yes, I've gone to great length to make sure there's nothing on the land that will ever be missed… and now that I have the deed to it from the town hall (referring to another piece of rolled-up PAPER in his hand) the demolition crew will be here tomorrow to start blowing up the parts I need to destroy— I mean, get out of the way…" He puts the deed in his back pocket along with the ancient scroll.

BUCK0005493

Scrub unravels a WIRE FENCE around the ENTIRE PERIMETER of the LAND to be DESTROYED as Jake pounds a GIANT SIGN on the beach that reads:"PRIVATE BEACH, STAY OUT!  NO TRES-PASSING, NO SWIMMING, NO SURFING, NO EATING, NO BREATHING, NO FUN!" (The "no's" run indefinitely down the sign and decrease smaller in size like an eye chart.)

Kimo, Leolani, Makani, and Cosmo make it to shore and run up to Bucky, making sure he's okay.  He is.  Leolani says her necklace is still working for him-- but she will need it back in time for the surfing trip in the morning.

Jake makes his way down to all of them and pounds a SIGN that says the same message as the others into the sand. He tells them all to leave because they are now on private resort property.

Makani and the others now see the News Crew further away.  Makani leads them all up to the construction site where the TV Reporter continues to interview Shamar.

Makani interrupts and explains that no one person can own the land or a beach in  Hawaii-- it belongs to all the people, their ancestors spirits.  Shamar frowns and takes out what he thinks is the rolled-up deed to the land out of his back pocket— but then realizes it's the ancient scroll he's pulled out by mistake and quickly does a switch of the two like a skilled magician as he holds up the other piece of paper and then states that he must be a spirit then cause this deed to the land says he not only owns it— he's now building the biggest,



Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005494

 

grandest resort the islands have ever seen on it!  He shows it to all of them— it has all the right signatures and entitlement on it from the town hall.  Bucky thinks he recognized the ancient scroll he pulled out first— or was he just seeing things again?  He listens closely as Shamar continues to ramble on about how great the new resort will be…

TINY and SMITTY, two very stout local brothers in their 20's, show up in a big-lifted truck. Makani tells them what's going on and says he wants to investigate further incase the town missed anything in its records that could show the land is sacred where Shamar is building. The Brothers say they'll help any way they can.

Other LOCALS and TOURISTS start to gather too.  Scrub and Jake run everyone back to the perimeter of the private property with megaphones.  People get upset— they do not want this resort.

Shamar grabs a megaphone from Jake and tells everyone that they are on private property. He threatens that the authorities have been called to come and arrest anyone who's still there when they show up— so they must leave now!

Cosmo plants his board in the sand.  He exclaims they can't kick him off-- this is his "home." This angers Shamar even more. He takes Cosmo's surfboard and say's it's now his because it's on his private property.
Meanwhile, Bucky wanders off toward the large bulldozer.  When nobody's looking he climbs into the cabin of it.

Shamar and Cosmo play TUG-A-WAR with the surfboard.

Out of curiosity, Bucky turns the key and the giant bulldozer STARTS UP.  Thrilled, he pushes a LEVER and the bulldozer goes forward FAST— PUSHING a LARGE PILE of SAND TOWARDS the billboard.  Both Jake and Scrub JUMP out of the way just in time as Bucky KNOCKS OVER the "PRIVATE BEACH" sign, the wire fence, and then comes to a STOP right in front of the BILLBOARD for the new resort-- completely COVERING IT UP with the HUGE PILE of dirt and debris.

BUCK0005495

The on-lookers all CHEER. Bucky is a hero to them all now!

Cosmo RIPS the surfboard out of Shamar's hands victoriously.

The TV Reporter states to Shamar with pure glee, "Locals, 1. Developer, 0. Looks like the war is on—"

Shamar is furious. Says they may have won this one, but won't again. His demolition crew is arriving in the morning and will start blowing up the land for his resort by tomorrow afternoon! He leaves upset. Others are now worried-- doesn't give them much time.

Bucky's parents show up looking distraught— they saw the commotion on the local news at the hotel. They're very upset and tell him they're never letting him out of their sight again for the rest of the trip. Bucky protests— says he was invited to go surfing in the morning to the Napali Coast with his new friends— is told he can't go and is dragged off— doesn't even get to say good-bye to the Hui.

The Hui sadly watches him leave—especially Leolani.

DARK CAVE. Shamar is enraged and asks the dark entity inside the cave what to do about the kids who started the protest. Suddenly the dark, scary, Shadow EMERGES and demands more. Shamar then tosses a small bag of gold coins on the cave floor. Still standing in the shadow of the cave, Kamapua'a grabs the bag and rips the string tie off. As a ray of sunlight shines in front of the dark cave all that is seen are his large hairy, black hands as he poors the gold coins one by one out of the sack.

Meanwhile, Jake initiates a GUAVA FIGHT with Scrub. Shamar's temper escalates. He grabs them both by the collar in front of the entrance and BONKS their HEADS TOGETHER. But before he can do it again suddenly a LOUD, ANGRY GROWL is heard as ORANGE RAYS of LIGHT SHOOT OUT from the CAVE and TRANSFORMS Shamar and the two Goons into three tiny, cute-looking TOADS. Jake thinks they look adorable, but Shamar is upset— what did the dark entity do to them? The dark, scary VOICE says that he just gave them his power of shape-shifting-- which will now give them the ability to watch the kids unknowingly so their plan wouldn't get stopped. Kamapua'a order them to follow the kids and not let them out of their sight. Delighted, Shamar tests their new powers on his own-- turning he and the two Goons all into large, ugly, brown/black MINAH BIRDS. "That's more like it!" Feels now they can't be stopped-- they fly away, determined with their new powers.

MAKANI'S PORCH, THAT NIGHT. The only light shining in the surroundings of the dark forest and mountains is Makani's old, plantation-style home where he grows Taro (a plant grown in water) for a living. Makani sits in an old rocking chair with Leolani, Kimo, Cosmo, Nai, and Auntie Luka who are all gathered around on old furniture in a candlelit setting. Leolani watches a GECKO chase an INSECT. Kimo plays his ukulele. A wise old owl, PUEO, watches them all from a tree.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005496

Leolani is really saddened about the land she's played on all her life becoming another development. They all talk about ways to save it. Auntie Luka says the best way would be to find an ancient archeological site on the land, but need proof it's there. Makani says all the sacred sites are written down on ancient scrolls— if not in town records then no reason to protect it. Leolani says then they need to go to the town hall tomorrow instead of going surfing-- it feels wrong for them to go on this surfing trip now at a time like this.

Makani says it's the perfect time to go so they can all let go of all their worries— there's a reason for everything and the timing is always right-- even if it doesn't seem it, you're always where you're supposed to be…

Makani looks outside and notices a large black wild hog learking around and has a feeling that Kamapua'a may have something to do with this land issue. He ponders the story of Kamapua'a and Pele and says nothing…

Nai suddenly gets an idea for a new quest-- says they will sail to the Big Island of Hawaii instead of the Napali Coast and will ask Pele for help with how to save the land. Makani says that's a great idea, and he will go to the mountain top and call on the Moon (Mahina) to help them get there fast by making the tide take them there quickly. They are all excited about this. Suddenly Leolani really misses Bucky-- wishes he could go. Says she knows he has something to offer this journey, is a gifted one cause he can talk to animals like Makani. Makani says then the animals will always help guide him, but he still should only do what's in his heart always.

The three Minah birds have been listening from the roof the entire time. They FLY AWAY and meet in private on the other side of the house. Shamar says, "Good-- now we can get rid of all of them tomorrow while they're at sea— will be easy with our new powers." Scrub says, "What about Bucky?" Shamar grins, "Don't worry, now I know he can talk to animals it will be easy to take care of him." They all FLY OFF. Pueo watches them leave curiously… HOTEL. Meanwhile, Bucky gets ready for bed in his own hotel room connected to his parent's room. When he removes his shirt he realizes he's still wearing Leolani's fishhook neck-lace and gets worried— knows she needs it for surfing in the morning, but he can't sneak out now— what if he gets caught? He's already in enough trouble… wonders what he should do…

Suddenly an OWL FLIES to the WINDOW, startling Bucky. It tells him Leolani will get hurt if he doesn't go with the Hui tomorrow, then FLIES OFF. Bucky now realizes he has to go and give the necklace back, at least. Decides that yes, that is what he'll do. He'll just go real early, give the necklace back, and then come back to the hotel before his parents even wake up. He climbs into bed…

DISSOLVE TO JUST BEFORE SUNRISE THE NEXT MORNING. As his parents still sleep, Bucky SNEAKS OFF…

BUCK0005497

HANALEI PIER. Nai has his canoe loaded up with supplies for the journey. Auntie Luka drops the kids off next to it. All are excited, but still wish Bucky was there. Suddenly he approaches. All are glad. Says he wanted to give Leolani her necklace back so she'd stay safe. Leolani is touched— says she'll really need it now since they're going to the Big Island to talk to Pele instead of the Napali Coast. Asks him to come along. He says he can't— but then sees the Owl FLY BY overhead. He remembers it's warning about Leolani getting hurt if he doesn't go and says okay and climbs aboard. Everyone says goodbye to Auntie Luka as they SET OUT into the OPEN WATER.



LARGE TREE ON HILLSIDE. Shamar-- as the Owl Bucky just saw-- lands next to Scrub and Jake still in the form of large Minah birds. They all watch Bucky and the Hui PADDLE OUT to the OCEAN. Shamar laughs-- his trick on Bucky worked! He tells Scrub and Jake to fly over the ocean after them, turn into sharks, and capsize their boat. Their orders are to get rid of all of them, but specifically Bucky-- his biggest enemy since he started the whole thing with the bulldozer.

Shamar says he will follow Makani on land and work on the demolition plans at the de-

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005498



BUCK0005499

velopment site. He plans to start the demolition of the site later today.  He already ordered enough dynamite to blow up the first part.  Should be arriving soon…

OCEAN.  It's smooth sailing on the beautiful eroded coastline. The sky is clear.  Scrub and Jake catch up to the boat and turn into SHARKS as they DIVE INTO the WATER. They follow closely behind, unnoticed.

MOUNTAIN TOP. Makani places a rock into a Ti leaf and kneels down on one foot.  Pueo, the same owl from the night before at Makani's house, sits on a nearby tree, watching closely. Makani gestures to him to go make sure his offering to the Moon (Mahina) is noticed.  Pueo TAKES OFF TOWARDS the SEA as Makani begins to say a CHANT to the Moon while HOLD-ING UP his OFFERING.

Further away Shamar turns from an Owl into a large WASP and flies threw the air with his STINGER AIMED AT Makani.

Makani is now in a deep metitative trance CHANTING in Hawaiian with his eyes closed.

Shamar doesn't see a large-- practically invisible— SPIDER WEB in his path right behind Makani and flies straight into the sticky strings. The hungry, large SPIDER comes out onto the web.  Stuck, Shamar SPINS AROUND in circles, FRANTICALLY trying to ESCAPE.

"VIBRATIONS" ASCEND from the Ti leaf in Makani's hands.  They go HIGHER and HIGHER into the air as he CHANTS LOUDER and LOUDER…

As the Spider nears her pray, Shamar changes back into HUMAN FORM. He PULLS the web OFF of his BODY, THROWS it DOWN in FRUSTRATION, and then quickly turns back into a large MINAH BIRD and FLIES AWAY.

OUTER SPACE.  The Moon (Mahina) catches the VIBRATIONS as they RISE. She BLOWS a BIG GUST of WIND towards Earth--

OCEAN.  Bucky thinks they're all strange for thinking they'll learn how to save the land from a volcano.  Nai says nature is always talking to us if we just listen and pay closer attention-- Just then the wind PICKS UP suddenly and the sky CLOUDS UP. Nai knows it's time to batten down the hatches-- Makani has made communication with the Moon!  Bucky is shocked. Others are excited.  Nai asks the kids to hold onto some of the loose items like their surf-boards. They have an extra one on board for Bucky. Nai takes his paddle and tries to prevent the canoe from veering too close to some churning water.

At the same time Scrub and Jake, as sharks, start to ATTACK the boat, ROCKING it.
Suddenly LARGE WAVES build up— bigger than they've ever seen.  Bucky looks worried— thinks this is what the owl must have meant about Leolani getting hurt. It turns out that the small churning water is a GIANT WHIRLPOOL and the canoe is getting SUCKED into its PULL.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCKY "the Surfer Boy"   6 5

BUCK0005500

The storm is increasingly getting worse with thunder, lightning, and wind.

The sharks ATTACK again— making it even HARDER to keep the canoe UPRIGHT.

The Hui all GRAB paddles and try to DIRECT the vessel the other direction. Bucky is inexperienced in paddling and LOOSES a paddle. The storm is too strong. Even Nai looks frightened, as they now have no control over the sea or the sharks—

Pueo APPEARS OVERHEAD, trying hard to keep up in the storm. Bucky looks at Leolani, worried. Nai tells them all to GRAB their surfboards— just in case they have to bail out.

Just then LIGHTENING STIKES DOWN as the as the SHARKS also BITE DOWN-RIPPING the CANOE in TWO!  As it SINKS they all start to RIDE the CHOPPY OCEAN on their boards, heading STRAIGH TOWARDS a—

MONSTEROUSLY HUGE WAVE STRAIGHT IN THEIR PATH!

As they all RIDE it a WHITE LIGHT APPEARS in it's FACE and OVERTAKES them—

They DISAPPEAR through it and SURF OUT the other side-- going UP and DOWN like a roller coaster one by one. Bucky CLINGS to his board in FEAR as he PASSES THROUGH the LIGHT—  The sharks go to BITE DOWN on the back of Bucky's board at the SAME TIME and BOTH make it THROUGH the wave RIGHT ON HIS HEELS!  Pueo FOLLOWS THEM overhead--

Everyone has survived the journey through the wave, even the sharks-- who are then sent TUMBLING into DEEPER WATERS by sheer inertia.

The Hui all sit on their boards, BOBBING UP and DOWN in the now calm waters— wondering what just happened.  Where did the storm go?

A strange, FIERY LAND MASS appears in front of them. Nai is puzzled about what it might be. This scares the kids to know that even he is uncertain about their whereabouts. They all paddle towards it when suddenly Jake, as a shark, JUMPS out of the water and takes a giant CHOMP out of Leolani's board. She strikes him in the nose— KNOCKING him for a loop.  She says Makani had told her to do that to ward off sharks.

Bucky is scared, then Scrub takes a BITE out of Cosmo's board. Cosmo hits him so hard he goes FLYING OUT of the water.

Nai and Kimo are busy trying to keep on top of their boards. The sharks come back for more. This time Scrub GRABS a HOLD of Kimo's board, almost biting it in two—  Nai states he has never seen such behavior from sharks before.

Just as Jake goes to bite down on Bucky and his board Pueo APPEARS and yells out "WHOOO"

BUCK0005501



overhead— Suddenly HAPPY, a large, playful, adventure-seeking, macho dolphin appears in the water next to Bucky. Happy BATTLES BOTH SHARKS with his nose— not scared of them in the least. His ability to maneuver around the sharks easily intimidates them— soon sending both Scrub and Jake away, scared.

Bucky thanks Happy.  He tells Bucky he can just repay him by saving the land and reef for all of them now... Then tells him to follow him— he can get them all to land fast.  Surfing towards the island becomes much easier as they all follow Happy, surfing and paddling towards shore.  Bucky now realizes his Ho'amakua powers are getting stronger…

ISLAND.  The Hui is tired as they make it to shore. Nai says it looks like the storm took them to another part of Kauai— will have to hike to find a road and make it back home to start over again tomorrow.  Others look sad.

Bucky comes to the shore further away from the others. The area is covered in dried-up lava. Off in the horizon is a silhouette of a MALE WARRIOR SPEARING FISH in the shallow water. He does not look friendly as he does it.  Scared, Bucky runs to get the others to show them.  Nai sees the lava area and Warrior and knows what he is.  He's a native-- only dressed like they did hundreds of years ago, not now.  This is a strange land where destiny has lead them…

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCKY "the Surfer Boy"   **67**

BUCK0005502

Nai leads the kids around a bend and finds a spot up on a hill where they can see more of where they are. They suddenly find themselves OVERLOOKING a SMALL VALLEY where an ANCIENT-LOOKING HAWAIIAN VILLAGE is THRIVING below...

A typical AHUPUAA DISTRICT (a land division extending from the mountains to the sea which ancient Hawaiians lived on) can be seen. Pili grass huts are scattered about the land on either side of a stream leading to the ocean. Some MEN surround a smoldering imu (underground oven)— the same kind they had used on the beach earlier, only this one is much larger. One MAN teaches his SON how to pound the Taro root into poi on a flat, oval rock with a poi-pounder. Taro patches surround the outer edges of the district. Groves of fruit trees are spread across the land. Some WOMEN teach their CHILDREN to weave together baskets out of Hala tree leaves.

The Hui tries to remain still and silent as they watch, wondering where they are.

The leader of the village-- CHEIF (ALI'I) KAWAI LANI, 40's-- paddles in on an outrigger canoe. He wears a feather cape and helmet. He steps onto the land of his district. His MEN carry the day's supply of fish behind him. His pretty WIFE, 30's, with a BABY in her arms, greets him.

From the hill they can all also see a HUGE VOLCANO in the middle of the island SPITTING OUT fire and lava. Now the fire becomes more identifiable to Nai as PELE, the fire Goddess, who's currently atop her home on Kilauea on the Big Island. Nai points out that they're definitely on the Big Island, not Kauai as he first thought, only things seem different-- this village doesn't exist in their time. He's extremely baffled until they all suddenly realize at the same time that they're IN SOME ANCIENT TIME IN HISTORY! Nai then realizes that they must have gone through a "ripple in time wave--" states Makani's chant must have been very powerful! It's very rare, but there's always a reason for it when it happens... Nai knows the ancient lore— when this kind of portal wave opens it only stays open for 12 hours— the moon's rising and setting controls it. They will have to catch it back by nightfall or else they will all be stuck in this ancient land forever. He tells the kids that they must be cautious and watch every step they take-- one wrong move could alter the future. The ancient Hawaiians must not see them, ever.

As Nai lectures, he realizes Bucky isn't there. He tells the others they have to go find Bucky before the ancient Hawaiians see him.



BUCK0005503

Meanwhile, Scrub and Jake, as sharks, have finally found their enemies on the hill. They change into large, prehistoric-looking BEES and FLY AFTER them.

FURTHER AWAY NEAR THE SHORE. Bucky explores his new surroundings near a CLEAR STREAM.  Nearby, some bushes CRACKLE and a young, elegant NATIVE HAWAIIAN GIRL named PRINCESS PUALANI, 13, reveals herself. She giggles at the strangers she sees.  She was getting water.  Asks what he was doing and why he's wearing such "funny" clothes. She's dressed in native, young princess attire and looks beautiful…

Bucky can't even move— he has seen the girl of his dreams! He's in awe. She smiles at him. He blushes, not able to make much sense as he tries to talk.

Suddenly Jake FLIES IN and STINGS BUCKY on the BACK of the NECK. He YELLS and DANCES around in PAIN.  Jake is very pleased as Pualani HIDES behind a tree, not sure what is happening to Bucky or if he is doing an "evil spell dance" on her.

The Hui hears Bucky and runs to him— hoping to get to him before the villagers do.  They do and quickly inform Bucky that that they are in the wrong time and need to leave before they're seen.

Just then Pualani comes out from hiding and, not scared in the least, demands to know who they are and what they want on her island.  Nai tries to cover, explaining that they came from a far off island called "Neverland."  Pualani states she knows all the islands in the Pacific-- her Father taught her well and there's no such island called "Neverland" where Nai says they're from. Because of his crush Bucky spills the beans and says they're really from the future and need to ask Pele, the volcano Goddess, for help saving some land in their own time.  Leolani— slightly jealous of Bucky's obvious attraction to Pualani-- intervenes by saying, "So now you know so we can all just get on our way— so let's go guys, Bucky…"

Feeling that they are telling her the truth now and that they mean no harm to her or her island, Pualani decides she wants to help them-- but she points up the fiery mountain at Pele and says they all can't go-- the Goddess doesn't like it when large, strange groups try to approach her.  Pualani points to the evidence of some imprints in the lava where some non-native warriors had fallen in an attempt to approach her. Pele knew the warriors were not from this island and therefore didn't know how to respectfully approach her like the native villagers do, so they were sent all the way back to here by her lava… Now Leolani's stuck.  Bucky doesn't seem to mind the delay.  Pualani says the best way she can help them is to go with only one of them up to see Pele while the others hide out back here so that the other villagers won't find them.  Now, who will it be who goes with her? Not wanting her to pick Bucky, Leolani quickly volunteers.

Pueo LANDS close by them on a tree branch. Bucky suddenly "hears" Pueo say to him, "This is your journey Bucky-- you should go."  He then remembers the "warning" about Leolani

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCKY "the Surfer Boy"    **69**

BUCK0005504

getting hurt again and immediately says, "No Leolani— I'll go." Pueo is glad as he FLIES OFF. Pualani sees his caring for his friend and also knows he heard the Owl's message, for she did too— though she doesn't let on that she did. She just agrees that he's the best one to go. The others are shocked that it is Bucky who Pualani picks. But they must trust Pualani, for she knows this time period best. Bucky looks up at Pele's BURNING MOUNTAIN, unsure he's doing the right thing, but tries to put on a brave face.

The others say they will stay by the shore and wait for the big portal wave. Leolani gives Bucky her fishhook necklace again to help him have a safe journey— and as a reminder of her. Nai gives Bucky his stone adze (Polynesian wood carving tool) in case he may need it. Cosmo says he's got an extra surfboard back home that's Bucky's if they make it back. Kimo just encourages him to make it back to meet them at the portal wave safely.

Pualani and Bucky set out. The Bees, after witnessing all this, follow them.

MOUNTAIN TOP, PRESENT DAY. Makani sits quietly CHANTING until Pueo FLIES UP and STOPS him, saying it worked-- but too strong— the Moon opened up a "ripple in time"







BUCK0005505

wave portal. Informs Makani that everyone is now back in the ancient world—even Bucky. Makani is shocked— but glad Bucky decided it was in his heart to go. He knows there must be a reason for them to have gone back in time, but says it's now up to them to figure that out and make the right choices if they are to return in time. Tells Pueo that since he can live in all dimensions he thinks it would be best if he went back to the ancient world to keep an eye on them. Pueo agrees as he FLIES OFF.

Shamar, spying as a Minah bird again, witnesses the whole communication.

HOTEL. Bucky's upset and worried parents PACE in Bucky's empty room. His Mother tries to think of where he could be… His Father suddenly remembers that the group of kids he had meet the day before had invited him to go to the Napali Coast to go surfing— he must have decided to go with them. His Mother says they must go to try and find  him-- hopes they haven't gone too far yet…

SLOPE OF KILAUEA, PAST. Bucky and Pualani ASCEND the STEEP FACE of the MOUNTAIN. Pualani is strong--  she has no problem with steep terrain. Bucky, on the other hand, struggles with each step, but tries to appear like it's no problem for him.

Pualani tells Bucky she picked him not because he volunteered to go, but because she heard the Owl tell him it was his journey to go on. Bucky now realizes she has the same gift of Ho'aumakua that he has. He starts to feel a deeper connection to her now.

Higher up in the elevation the clouds ROLL IN and the wind begins to WHISTLE as it RAINS. They trek up the STEEP GRADE as the wind and rain slants down SIDEWAYS on them. They can barely make their way up the mountain now. Pualani points to a dark cave not far up the slope that they still have to make it up to.

The Bees struggle to keep up against the wind and rain.

DARK CAVE, PRESENT DAY. Shamar, now in HUMAN FORM, sets a a gold bar in front of the entrance. He tells Kamapua'a that the Hui are on the Big Island aproaching the Volcano Goddess. Kamapua'a becomes very, very motivated as he recalls his old lover, Pele. He longs to see her again even though she banished him from her land. In return he asks to make sure that the Hui never makes it back from the past. The gold bar is SUCKED into the cave by some sort of telepathy.

SMALL VILLAGE, PAST. Chief Kawai Lani sits down to eat a bowl of poi. He takes his cape and helmet off. His Men check the food wrapped in Ti-leafs in the imu.

His Wife approaches, upset. The Chief asks what's wrong. She tells him Pualani hasn't returned with the water yet-- has never taken her this long to come back and is worried.

RIDGE. Meanwhile, Nai, Leolani, and Cosmo are carefully sneaking up the ridgeline in search

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCKY "the Surfer Boy"    7 1

of their own food. They are careful not to make any noise. Below in the valley is the ancient Hawaiian village. They tiptoe in search of native fruits. The ground underneath them is loose volcanic rock and they do not realize that it is CRUMBLING BENEATH their feet. The little pebbles hit bigger ones, that then hit even bigger ones… all ROLLING DOWN into the valley BELOW...

SMALL VILLAGE. The rocks ROLL RIGHT NEXT TO the Chief and his Wife. He looks up to where the rocks came from and suspects that Kamapua'a, the half-man, half-hog God, must have taken Pualani as revenge for Pele driving him away from Kiluea. He asks for two brave men to help him go after Kamapua'a to help him rescue his daughter.

EDGE OF FOREST, NEAR SHORE. Kimo looks out for the portal wave while the others are looking for food. All the surfboards are rested together on some rocks partly hidden by forest. Suddenly a DARK, SCARY SHADOW like the one seen in present day on the wall of the dark cave APPROACHES...

RIDGE. Nai teaches the kids that anytime you take from the land you have to give back. He opens a piece of fruit, takes out some seeds, and plants them in the ground.
EDGE OF FOREST, NEAR SHORE. Kimo suddenly realizes one of the surfboards—his-- is gone! He notices something hidden behind it now RUNNING AWAY with it--

Kimo GRABS the rest of the surfboards and RUNS UP the ridge to the others— says he must get his board back. Nai agrees because a modern surfboard could let the natives know they are on their island and then they would all seriously alter history if they're found. Just then they see the top of Kimo's board RACE BY BELOW them. They FOLLOW AFTER it—

SLOPE OF KILAUEA. The wind and rain is still FIERCELY BLOWING at Bucky and Pualani. It is too much for the Bees and they're BLOWN INTO a huge, wet LEAF on a tree. They cling to it desperately-- LOSING SIGHT of Bucky and Pualani.

As Pualani and Bucky make it higher the storm suddenly STOPS. They are above the clouds. Once at the top, Pualani hands an offering of Ohelo berries and Ti-leaves to Bucky. She tells him she showed him the way up, but since it's his quest he must enter the cave alone, make a native offering, and then ask for what he needs on his own. Bucky tries to put on a brave face as he says of course he knew that…  The big cave looks dark and frightening. Pualani gives Bucky an extra little "nudge" to push him in its direction…

PELE'S CAVE. As Bucky reluctantly enters, a MEAN, DEEP, ANGRY FEMALE VOICE BOOMS from the DARKNESS-- demanding to know "How dare someone disturb me!" The dark cave quickly ILLUMINAHTES with BRIGHT ORANGE LAVA COLORS. The SOUND of ERUPTION nears CLOSER and CLOSER. Bucky timidly places the offering on a rock and quickly jumps back, sensing something big is about to happen…

The approaching, THUNDEROUS SOUND suddenly EXPLODES. LAVA RISES in ALL DIRECTIONS and COVERS the WALLS of the cave SURROUNDING Bucky. PELE'S HEAD and TORSO

BUCK0005507

EMERGE from a TOWER of LAVA and SMOKE… The Goddess LOOMS OVER Bucky with her hands on her hips defiantly. She GRIPES that she was busy flowing threw one of her new lava tubes and was rudely interrupted… Bucky emphasizes that he left an offering in return for her help. Explains that he came from far away— the future, in fact— and needs her help to save some land in that future. He starts to explain more, but she interrupts him by unexpectedly LUNGING forward-- coming FACE TO FACE with him as she SHOUTS, "I know all past and present and know exactly what brought you here— but tell me, are you sure this land you are trying to save in the future is really mine? And if it is, why is saving it so important to you?"



Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005508





BUCK0005509



Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCKY "the Surfer Boy"    75



Bucky leans back to shield himself from the heat, suddenly unsure, but then remembers the Guide's story from the helicopter ride and says confidently, "Yes! Yes it is yours because you made these islands and all Hawaiian land is yours except what you gave to Kamapua'a in HIlo, Kamuela and Kohala. I want to save it because it's my new friend's favorite beach to surf on and if it gets turned into a private resort they won't be able to enjoy the natural beauty of it anymore— so I have to try and help them keep that part free for them and everyone to enjoy. But I don't have much time— I also have to find the "ripple in time wave portal" by nightfall in order to get back and save it before it gets blown up."

Pele says that since she's impressed that he knows his island lore and wants to do this for his friends and others-- not just himself-- she will help him— but she still never knows if this is just one of Kampua'a's tricks being played on her so she can't just "give" him her secrets to the land outright. She tells him if he really is doing what he claims he is and he truly does want to help save her land for the good of all, then fate will allow him plenty of time to figure out how to do that as he solves this--

She gives him a riddle: "Go across the Kalo Patch, between the Sacred Mountains, under the Koa Tree, and through the Blue Room to find what the Dragon's Heel conceals."

BUCK0005511

She says the first four parts are for finding his way back home and the last part is for finding his answer once he returns— if he does. Then she DISAPPEARS.

Bucky leaves the cave and tells the riddle to Pualani. Pualani looks worried—what Pele mentions in the riddle are all places on the island, but they're all also in Kamapua'a's-- the half-man, half-hog God-- territory. He's her village's biggest enemy and they're not protected from him when they're off Pele's land. Pualani explains, that the two sacred mountains are Mauna Loa which is here and Mauna Kea which is above the village of Hilo. It will be very dangerous to go to these places. Bucky says he has no choice, he has to go…

TOWN RECORDS OFFICE, PRESENT DAY. Makani is buried in rolls of paper that look like ancient scrolls up to his neck looking for sacred archeological sites. He takes the last scroll off of the shelf, reads through it, and looks discouraged. He starts to put all the papers back.

Shamar, as a CENTIPEDE now, looks happy as he WIGGLES THROUGH a small hole in the door, turns back into HUMAN FORM, and struts off down the hallway. The ancient scroll is seen peeking through the top of his back pocket.

DEEP NATIVE FOREST, PAST. Big Ohia Lehua Trees and Giant Tree Ferns TOWER OVER Nai and the kids. They quickly RUN and HIDE behind a LARGE ROCK.

The Chief and his Men RUSH BY in pursuit of Kamapua'a and his daughter. One of the Men stops to study a footprint on the ground made by one of the Hui. He shows the Chief that there isn't any toe marks from bare feet— not knowing he's really looking at a shoe-print. What is Kamapua'a turning himself into now? The footprints lead behind the large rock. They APPROACH the rock SLOWLY, but behind it find nobody there— only more footprints leading right up to a STEEP RAGING RIVER'S EDGE. The Chief and his Men RACE ALONG the bank UPSTREAM, unknowingly by-passing the Hui-- who are ALL HANGING UP in a GIANT TREE ABOVE THEM and the last prints, holding on for dear life!

SLOPE OF KILAUEA. Going down is a lot easier than going up for Bucky and Pualani, but Bucky still doesn't understand how he's going to figure out the riddle and make it back in time before the portal wave closes. Pualani says she knows where there's a Kalo Patch nearby so she can take him to the first part of the riddle now. They quickly HEAD TOWARDS it.

DEEP NATIVE FOREST. The SCARY SHADOW EMERGES out of a THICK PART of the FOREST and now KAMAPUA'A— in half-man, half-hog form-- is finally seen in all his creepy, ugly glory for the first time. He has an ugly hog's face with long tusks like a wild Boar. Sharp bristles run down his spine, and his hog-like legs end with hooves instead of feet. He rests Kimo's surfboard next to a big rock beside the steep, RAGING RIVER as he stops to GORGE on a bunch of LARGE BANANAS from a nearby tree. The rest of the Hui's surfboards are HIDDEN under HUGE BANANA LEAVES near him.

Nai and the group spot him from above as they HANG ONTO the giant tree. Kimo wants

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCKY "the Surfer Boy"    77

BUCK0005512

to just reach down and grab his surfboard, but is frightened of the scary-looking creature. Leolani tells everyone to just follow her on the count of three—

Meanwhile, further up the river, the Chief and his two Men realize they must be going the wrong way. They turn and head BACK DOWN the RIVERBANK.

GIANT TREE. Leolani yells out, "Three-- JUMP!" In ONE swift MOVEMENT all FOUR JUMP OUT of the tree. Leolani GRABS Kimo's board— startling Kamapua'a-- as they all LAND next to the RAGING STREAM. The others each GRAB a surfboard from UNDER the huge banana LEAVES and PLACE them in the INLET. They all start to RIDE DOWN the RAPIDS one by one— not even giving the still-startled Kamapua'a time to react--

Just then he HEARS the Chief and his Men APPROACHING— Kamapua'a GRABS an OLD LOG and JUMPS ON it, SAILING DOWN the RAPIDS.

The Chief and his Men all APPEAR, see Kamapua'a SAILING AWAY, GRAB the GIANT BANANA LEAVES, and use them as "rafts" to BODYSURF DOWN the RIVER on AFTER HIM--

RIVER BANK, NEAR KALO PATCH. Pualani and Bucky make it to a large Kalo Patch near the RAGING RIVER running down the mountain. They both look tired as Pualani says the first part of the riddle must be around here somewhere… it's the biggest Kalo Patch on the island. Bucky says maybe it's to solve their thirst then— they go over to the ROARING RAPIDS. Pualani takes a drink. So does Bucky. There's a strong attraction between them. Bucky picks a white Hibiscus flower and gives it to Pualani. She blushes. Feeling brave, she starts to lean in for a kiss, when suddenly—

The Hui ZOOMS DOWN the RAPIDS PAST THEM. There's no way for them to stop. Cosmo yells out Bucky's name and it ECHOES the area.

Bucky and Pualani both HIDE behind a LARGE TREE.

Then the river becomes a busy highway. Kamapua'a FLIES BY on the log followed by the Chief and his Men BODYSURFING on the banana leaves in the flowing water.

Bucky and Pualani suddenly realizes they must go help her Father and the Hui-- Bucky immediately takes out the adze Nai gave him and hastily chops down a big piece of Koa wood. As he quickly makes a makeshift craft for them Pualani states this is as far as she can take Bucky— at the bottom of the river she must go back with her Father. Bucky looks at Leolani's necklace and agrees. He suddenly knows he belongs back with her and the Hui in his own time too. This must be the first part of figuring out the riddle— to get them to reunite with the people they truly belong with. They are both sad, but know they each have their own journey to follow… He says he's now glad he came to Hawaii and learned all this.

SKY, PRESENT DAY. Bucky's parents look for Bucky in a sightseeing helicopter with the same

BUCK0005513

Pilot/Guide as before.  As they fly above the ocean they see nothing but a BUNCH of BIG WAVES BELOW as well as one that— unknown to them— is the portal wave that's LOOMING CLOSER by the minute with FLYING FISH JUMPING out of it…   The Guide states it's waves like these that the group was probably going out to try to find to surf.  Bucky's Mother tells the Guide she would never let her son do something so dangerous—

RIVER BANK, PAST.  Bucky and Pualani place the floatation DEVICE on the RAGING WATER and SAIL DOWN the DANGEROUS RAPIDS.

MAKANI'S HOUSE, PRESENT DAY.  Makani comes home and tells Auntie Luka about Bucky joining the Hui and them all being back in time.  He also states he couldn't find any records of any ancient ruins being on the land for the new resort.  Makani sadly says they'll just have to except that the land will now be turned into a resort.  He states his only concern now is for everyone's safety on the ancient journey.

Auntie Luka suggests that maybe they're back in time for a reason. Maybe something good might reveal itself because of it. Her optimism enlightens Makani.  He looks up at the sun— knows it will be setting soon and the moon will be coming out.  Both know the Hui needs to be back by then. He asks her, "What do we do now?" "Hope…"

OVERHEAD VIEW OF FOREST, PAST.  Scrub and Jake, as Bees, FLY over trees trying to keep up with Bucky and Pualani FLYING THROUGH the RAGING WATER. They accelerate down to them and TRANSFORM INTO large, mean, ancient-looking PIRANHA-LIKE FISH and FOLLOW THEM DOWN the RAPIDS.

SMALL BODY OF WATER.  Nai and the crew FLOW with the STREAM until it EMPTIES INTO a SMALL POOL and they all STOP. Kimo is thrilled with the ride they just took as the others try to catch their breath.  NOISES come from UPSTREAM-- they must hide-- but the only place available is a SMALL CLUMP of RIVER REEDS near the SHORE.

FURTHER UPSTREAM.  Pualani and Bucky easily make their way down the RUSHING STREAM in the makeshift craft.  The DORSAL FINS of Scrub and Jake begin to TAIL behind them. Suddenly the BACK END where Bucky sits is abruptly RIPPED OFF by one of the piranah's JAWS. There is little time to react-- the vessel is QUICKLY FILLING UP with WATER. Another piranha bite RIPS OFF one of the OUTER WALLS. Bucky HITS the piranha on the NOSE like it's a shark. This KNOCKS him OUT for a moment.  Scrub RIPS OFF the other OUTER WALL of the craft. Now the kids are just COASTING on a FLAT BOARD— until another piranha BITES DOWN on it, SPLITTING it into TWO SEPARATE, FLAT PIECES OF WOOD.  Bucky and Pualani each CLING to ONE— both of which look just like old-fashioned, long-board surfboards…

Pualani asks what they should do now. Bucky is now forced to attempt to stand up and surf. He tries, and finally GETS HIS BALANCE!  He shows off his SURFING ABILITIES to Pualani. She is a little timid at first, but then catches on as she stands up on hers too, MIMICKING him. They both SURF DOWN the RAPIDS SWIFTLY TOWARDS the--

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005514

SMALL BODY OF WATER. Kamapua'a FLIES THROUGH the AIR on his log over the last RAPID of RIVER before coming into the pool, making a SPLASH LANDING.

The Chief and his Men BODYSURF into the pool and make a BIGGER SPLASH LANDING RIGHT ON TOP OF HIM!

The Hui HIDE NEARBY UNDERWATER using the hollow river reed shoots as breathing tubes. Their surfboards are HIDDEN on the SHORE.

The Chief and his Men GRAB Kamapua'a and DEMAND to know where Pualani is. He says he doesn't know what they are talking about. Not believing him, they begin to RUMBLE—

Meanwhile, Bucky sees the FIGHT happening UP AHEAD and STOPS SURFING right before the small body of water. He HIDES in the BUSHES. Pualani waves good-bye as she CON-TINES ON and LANDS RIGHT NEXT TO her Father and the Men FIGHTING Kamapua'a. When she APPEARS the Men all LET GO of their GRIP on Kamapua'a, giving him time to turn into a SEAGULL and FLY AWAY before they can catch him.

The Chief is relieved to see his daughter— asks if she's all right. She tells him yes, as she sadly sees Bucky watching from the bushes. The Chief, Pualani, and Men turn to go back to their village.

Once they're gone EVERYONE EMERGES from the WATER at the same time and GASPS for breath after witnesses what just took place. They are glad Pualani is back with her Father and Kamapua'a is gone, but are worried about Bucky— did he not make it back? Suddenly Bucky SURFS DOWN to them and the Hui are thrilled to be reunited with him— especially Leolani.

Bucky tells them about the riddle Pele gave him— states Pualani took him through the first part and they figured out returning to their own people was what it meant as Bucky gives Leolani her fishhook necklace back, saying now he doesn't need a "reminder" of her anymore. She blushes, getting his underlying meaning. He states he's still unsure of the rest though. Leolani points to the two mountains, Mauna Kea and Mauna Loa, on either side of them. The river they're now in runs between them, so they must be the Sacred Moun-tains— the second part of the riddle-- so they must be headed in the right direction to find the portal wave.

Nai says he is glad she figured that out fast cause nightfall is coming soon and they must hurry to figure out the rest of the riddle to make the journey back in time. They hurry on to go to the next part—finding a Koa Tree…

Scrub and Jake, back in Bee form, watch from a distance. They observe other BEES pollinat-ing some flowers in a nearby field of flowers among a HUGE KOA FOREST. This gives them

BUCK0005515

an idea. They follow some BEES back to their hive.

DRAGON'S HEEL DEVELOPMENT SITE, PRESENT DAY.  The TV Reporter and Bucky's parents ask for the public's help in finding Bucky.  It will soon be getting dark now, so his parents are very worried.  In the foreground LOCALS have picket signs reading: "NO NEW RESORTS," "BEACHES ARE FOR EVERYONE," "SAVE DA AINA (LAND)", and "MALAMA KAUI (TAKE CARE OF KAUI)."  Smitty, Tiny, and Bubbles, while picketing, recognize Bucky's picture immediately as the hero from yesterday.  Are all sad he's lost.

Shamar arrives with the DEMOLITION CREW to blow up the Dragon's Heel.  Is glad every-one's there to watch— including the TV crew.  States to the TV Reporter sarcastically, "Now today it will be "Developer, 1, locals 0--""

MAKANI'S HOUSE.  Makani and Auntie Luka see all this on TV.  Makani says, "Lets go tell Bucky's parents what's happened."

BEE HIVE, PAST.  TWO strict-looking, GUARDIAN BEES dressed like the London Tower Guards stop Scrub and Jake at the entrance— saying they know they're "foreigners" of another hive and can't be allowed in without a passport. Scrub expresses that they have urgent news for the Queen— would effect all the hives of the island if she doesn't find out about it. The Guards seem doubtful, but decide to let the Queen decide for herself if she believes them.

The two Goons are brought to the elderly-looking QUEEN BEE sitting on her thrown. She wears a Hawaiian-like robe and acts more than a little "forgetful." The two Goons realize they are definitely in luck with trying to fool her!  Scrub warns the Queen Bee about some island "invaders" who are here to destroy all the flowers on the island so none will be left for them to pollinate.  She's immediately interested in seeing this for herself.  Escorted by her two, still-skeptical Guardians, the Queen Bee follows Scrub and Jake out of the hive.

KOA FOREST.  The Hui stands looking at a forest of Koa Trees as far as the eye can see. Cosmo is curious if Pele meant just finding one Koa Tree specifically or a whole group— for if she meant only finding one this is going to be a serious undertaking and they don't have much time!  Bucky goes over the riddle again…

Further away Jake, Scrub, the Queen, and her Two Guardians all look down from a ridge. They watch as Kimo TRIPS and FALLS on a patch of flowers— FLATTENING them completely. Alarmed, this "accidental happening" now convinces the senile Queen Bee that they really are a threat to their entire world of flowers!

Back on the Hui, Cosmo skips ahead in the riddle and focuses on the part about the Drag-on's Heel. Wonders if the "dragon" could be code for "crocodile." Leolani reminds him that Hawaii doesn't have crocodiles and that he's thinking of Australia--

Suddenly a THUNDEROUS BUZZING SOUND is HEARD. The Hui looks up to see a CLOUD of

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.

BUCK0005516

BLACK DOTS INVADING the sunny sky. It's a pack of BEES preparing for ATTACK. Scrub and Jake LEAD the army and COMMAND a dive-bomb on the Hui. All five of them RETREAT INTO the FOREST as the PACK of black dots SWOOPS DOWN in a big V-SHAPE. The BEES ZOOM TOWARDS THEM-- trying to ATTACK the kids ONE BY ONE. Kimo BATS AWAY some BEES with his surfboard.

OUTER SPACE. The Moon (Mahina) wakes up and starts to rise as the sun sets. She BLOWS WIND towards Earth again—

KOA FOREST, PAST. The sky DARKENS RAPIDLY above. FIERCE trade WINDS FOLLOW. The BEES are instantly BLOWN AWAY. Branches FLY OFF of trees and some UP-ROOT. Jake and Scrub are BLOWN TOWARDS the OCEAN in the distance.

Bucky is suddenly PICKED UP in the AIR by the WIND. Everyone else is also PICKED UP and BLOWN AWAY through the AIR. The wind CARRIES THEM all until they CRASH-LAND ON a soft carpet of LARGE FERNS near a CLIFF. Everyone is disoriented by the fall…
The WIND is still STRONG, but the tall, JAGGED ROCKS SURROUNDING THEM partly shields them all now. When Bucky comes to, he murmurs that now they're too far away from the Koa Forrest to find the tree and that means they won't solve the next part of the riddle in time-- he has failed to get them to the wave portal! Time is running out and they are going to be stuck here forever... All look sad, but say it's not Bucky's fault, they all tried together… Defeated and feeling like it is his fault, Bucky stands up and walks towards the edge of the cliff so they won't see his guilt. He pauses at the sight of a lone, giant Koa Tree standing near the very edge of it. Underneath it is a small LAVA TUBE that looks just like the same lava tube opening where he grabbed the scroll. He suddenly sees an "image" of the scroll wedged between the rocks the day he got it out— and then it morphs into the same scroll he thought he saw in Shamar's hand at the construction site.

Something suddenly dawns on Bucky as his hope is revived-- he excitedly announces that they're not too late— he figured it out! He now knows their answer for saving the land lies on the scroll when they get back! Now all they have to do is get back in time and get it from Shamar— states this Koa Tree led him to the clue so it must be the one Pele meant for them to find, so they need to paddle out to the portal wave from here now! Nai doesn't think they can go through the lava tube to get to the water— the waves are usually too dangerous near them. Bucky says they can— he did it before. Others are shocked, but trust him completely now. Start to go towards the lava tube below.

Suddenly Kamapua'a APPEARS in FRONT of the TUBE and says they're not getting off the is-land to go back and save any land that belongs to Pele! With a snort he holds out his horrid hand and PROJECTS a HAU BUSH (an impassible, intertwined, entanglement of thick, wild Hibiscus) at the OPENING of the lava tube. An infinite BARRICADE of the plant BLOCKS the way to the WHOLE OPENING. Kamapua'a laughs and snorts as it GROWS WILDLY. Leolani tries to reason with him, but he only SURROUNDS them ALL in DEEPER HAU. The Hui knows there's no time to loose. Nai asks for the adze he gave Bucky back and begins using it to

BUCK0005517

CHOP AWAY at the TANGLED MESS. Bucky, Cosmo, Kimo, and Leolani use their own bare hands to physically BREAK the BRANCHES APART--

SUDDENLY a THUNDEROUS SOUND works its way to the group. The Earth RUMBLES…

KILAUEA SUMMIT. Pele EXPLODES and out comes a MASSIVE ERUPTION. LAVA OOZES OUT and colors the mountain BRIGHT ORANGE.

SMALL VILLAGE. Chief Kaiwi Lani reunites Pualani with her Mother. She is thrilled to have her back. They all see the fiery Goddess is at work and become spectators to the event— know she must be battling Kamapua'a again. Pualani hopes so, holding the flower that Bucky gave her, keeping him in her thoughts.

LAVA TUBE. Lava begins to FLOOD the LAND behind them setting FIRE to some of it. The Hui continues to RIP APART the Hau that surrounds them to make a CLEAR PATH to the lava tube OPENING. Pele's LAVA QUICKLY ROLLS TOWARD them, BURNING UP EVERYTHING it comes into CONTACT with. Kamapua'a SLIPS AWAY once again-- thinking they're all DOOMED. The Hui realizes it's now or never-- with the combined strength of everyone they RIP the Hau AWAY from the OPENING. Nai makes sure everyone ENTERS the OPENING JUST as the LAVA REACHES them. The Hui makes it down to the ocean with the LAVA still FAST APPROACHING--

They all JUMP IN the WATER, fighting against the STILL-STRONG WINDS, as they PADDLE on their surfboards towards the MONTROUS WAVES— but which one is the portal wave? Cosmo says he now knows the next part of the riddle—the "Blue Room" means finding the biggest, most perfect tube they can enter— but there are many waves to choose from, sets are rolling in by the second— will they find the right one in time?

Just then Jake and Scrub APPEAR back in the form of SHARKS. They look very hungry as they approach the surfers… Suddenly Bucky calls out for help— Happy, the dolphin from earlier, APPEARS and says to Jake and Scrub, "Hello again mates." Now terrified, they INSTANTLY turn themselves back into HUMANS. Happy laughs just as Pueo APPEARS overhead and tells Bucky to follow him to the portal wave— and hurry, it's about to close!

Bucky tells the others to all follow him as Happy has them all form a LONG CHAIN so he can PULL THEM out towards the right wave quickly. Once Pueo points it out, they all stand up one by one and SURF INTO the "BLUE ROOM" TUBE of the WAVE. Nai is the last to SURF THROUGH the OPENING of the PORTAL— just barely making it before the wave CRASHES.

As the WAVE CRASHES the PORTAL CLOSES and Scrub and Jake—FLOUNDERING AND SPLASHING ABOUT— miss going through it. They realize they are now stuck there forever! Suddenly a FAT, TIGER SHARK swims up and looks at them hungrily… They both gulp.

Kamapua'a swims away in the form of the (small fish) Humu-humu nuku-nuku apua'a.

Copyright 2008, WGA Reg., BSH, Inc. All rights, reserved.    BUCKY "the Surfer Boy"    **8 3**

OCEAN, PRESENT DAY. The Hui all SURF THROUGH the portal wave and move towards the LIGHT at the end of the TUNNEL. The light turns into a BLURRY BLEND of COLORS. All SURF into the PRESENT and TOWARDS SHORE until they've all MADE IT BACK to PRESENT DAY. Birds CHIRP at their arrival. Bombshell and Pueo GREET them.

DRAGON'S HEEL DEVELOPMENT SITE. Makani and Auntie Luka talk with Bucky's parents. They are in disbelief. Don't believe them. Makani watches the WAVES ROLL IN and wishes the kids were riding them.

Suddenly Leolani "appears" out in the ocean being "SPIT OUT" of the BARREL of a WAVE— followed by Kimo, Cosmo, and Nai. Makani and Auntie Luka both jump with excitement. Say to Bucky's parents, "Now do you believe us?" Bucky's Mother says, "Yes," sadly, "but where's Bucky?" Makani now realizes he's not seen among the others. Maybe the wave closed on him… They all wait, then finally-- see Bucky EMERGE from the TUBE! There is a BEAUTIFUL SUNSET in the background…
The whole Hui now makes it to shore and everyone gives each other hugs in this joyous moment of REUNION.

Shamar is shocked and worried— tells his Demolition Crew to hurry up. The CREW SUPERVISOR says it's getting too dark— yells, "It's quitting time now boys!" His Crew all stops working. Shamar says then he'll just do it himself!
Bucky's parents are glad as they hug Bucky, then get upset. Say he's in bigger trouble now— let's go. Bucky says he can't go yet— still need to solve the last part of the riddle to save the land by seeing what's being "concealed at the Dragon's Heel." Makani points out the land referring to the "Dragon's Heel" nearby that makes up that part of the mountain range. Now they can all see the "heel of the dragon--" which Shamar is about to blow up to start his project!

From a loud speaker Shamar tells the Picketers in front of the Dragon's Heel that they're trespassing on private land and need to evacuate because it's going to be blown up now.

Bucky hears and says they must stop him! A blank look is on his parent's face. He begs them to believe him. They reluctantly let him proceed. Bucky grabs Scrub's megaphone and demands that Shamar show them the ancient scroll he knows he has.

Makani watches Shamar closely. The Picketers wait to see what will happen next. Shamar says he doesn't know what he's talking about as he tries to find the right fuses to light to blow up the site. Makani now notices the ancient-looking scroll sticking out of his back pocket--

Before anyone can stop him Bucky RUNS OVER to the place where the demolition is about to happen and FINDS a LARGE PILE of HAU-LIKE BUSHES under all the EXPLOSIVES that's COVERING UP something UNDERNEATH it. He repeats the last part of the riddle again— says it must mean it's "concealing something" underneath here— he just knows it! He

BUCK0005519

 

YELLS for EVERYONE who wants to help save the land to help him rip it all away. Smitty, Tiny, Bubbles, Nai, the rest of the Hui, all the Picketers— and even the Demolition Crew Workers themselves now all help him MOVE the EXPLOSIVES and then RIP the BUSHES OUT OF THE WAY-- REVEALING a LARGE HEIAU (a sacred Hawaiian Temple) UNDERNEATH—

Everyone is shocked— but glad— it's a sacred ruin that can't be destroyed. The land is saved!
Defeated, Shamar stops trying to blow it up now. Makani approaches and grabs the ancient scroll from his back pocket, telling him he won't need to be "concealing" this any longer either now— belongs back in the town records… Shamar looks upset, knowing he's been caught.

Bucky is happy. Makani congratulates him. Pueo FLIES overhead. His parents are proud of him— they forgive Bucky for running away. His Father regrets not treating him more grown-up now. His Mother agrees. Leolani lets them know that Bucky is brave— he saved the land and is now not just a hero in Hawaii, he's her hero. She kisses his cheek. He blushes, but is glad. His new friends invite them all to a real luau celebration now-- they except.

HANALEI BEACH, LATER. Campfires are lit up and down the beach. The LOCALS enjoy their playground once again.

The pop-up tent is BACK UP. Bucky and the Hui have a celebration/luau with his parents. Kimo and Cosmo invite Bucky to check out the incredible surf that awaits them. Auntie Luka says that the land is happy again and their reward is great surf. Bucky's parents want to see him surf now.

DARK CAVE. Shamar approaches the cave. He tells the scary Shadow inside that he will get them next time. The Shadow says since he messed up there won't be a next time with him— ZAPS him into a RAT forever. Shamar SCURRIES away into the FOREST. The Shadow EMERGES from the cave as KAMAPUA'A in the same half-man, half-hog form as seen in the

Copyright 2008, WGA Reg., BSH, Inc. All rights reserved.

BUCK0005520



past. He looks out into the surrounding land and grumbles that now he will have to find another human to feed his greed.

OCEAN. Bucky paddles out into the GREAT SURF. Cosmo rides a BIG WAVE.   Kimo WIPES OUT, but recovers in his usual, happy way. Leolani, Nai, and Makani all SURF ONE BIG WAVE together. Bucky drops into the BIGGEST, MOST SPECTACULAR WAVE of the evening. Bomb-shell JOINS IN on the RIDE DOWN and Pueo SOARS OVERHEAD. Everyone CHEERS for him— especially his parents. He has now mastered surfing!

**THE END.**

BUCK0005521





© Copyright 2015 by Buck G. Woodall
Nothing shown may be reproduced in any form without obtaining the permission of the publisher
and any other person or company who may have copyright ownership.

BUCK0005522