# EXHIBIT 4

# Budget
## Animated Film



BY IKARIA ANIMATION STUDIOS, LLC



824 Canyon Rd,
Santa Fe, NM 87501,
United States
(646) 285-2364

BUCK0004849

| EXPENSE CATEGORY | SUB TYPE | COST ID |
|---|---|---|

**Animation: Cycles: (60) Assets**

| | | |
|---|---|---|
| **Production** | | |
| **Animation** | | |
| Equipment | | $1,800 |
| Labor | | $34,320 |
| *Animation Total* | | **$36,120** |
| *Production Total* | | **$36,120** |
| ***Expense Total*** | | **$36,120** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **Artist Relocation: (1) Staff** | | | | |
| | **Overhead** | | | |
| | | **Staff** | | |
| | | | Labor | $750,000 |
| | | *Staff  Total* | | **$750,000** |
| | | *Overhead  Total* | | **$750,000** |
| | | ***Expense Total*** | | **$750,000** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

BUCK0004851

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **Artistic Supervisors: (1) Staff** | | | | |
| | **Overhead** | | | |
| | | **Management** | | |
| | | | Equipment | $15,000 |
| | | | Labor | $5,353,920 |
| | | *Management Total* | | **$5,368,920** |
| | | *Overhead Total* | | **$5,368,920** |
| | | ***Expense Total*** | | **$5,368,920** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

BUCK0004852

| EXPENSE | CATEGORY | SUB | TYPE | COST ID |
|---|---|---|---|---|
| **Characters: Animal: (19) Assets** | | | | |
| **Pre-Production** | | | | |
| **Character Development** | | | | |
| | | Equipment | $22,800 | |
| | | Labor | $434,720 | |
| | *Character Development  Total* | | **$457,520** | |
| | *Pre-Production  Total* | | **$457,520** | |
| | *Expense Total* | | **$457,520** | |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **Characters: Background: (3) Assets** | | | | |
| **Pre-Production** | | | | |
| **Character Development** | | | | |
| | | Equipment | | $4,950 |
| | | Labor | | $94,380 |
| | *Character Development  Total* | | | **$99,330** |
| | *Pre-Production  Total* | | | **$99,330** |
| | *Expense Total* | | | **$99,330** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **Characters: Main: (16) Assets** | | | | |
| **Pre-Production** | | | | |
| **Character Development** | | | | |
| | | Equipment | | $24,000 |
| | | Labor | | $457,600 |
| | *Character Development  Total* | | | **$481,600** |
| | *Pre-Production  Total* | | | **$481,600** |
| | *Expense Total* | | | **$481,600** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **Characters: Secondary: (9) Assets** | | | | |
| **Pre-Production** | | | | |
| **Character Development** | | | | |
| | | Equipment | | $8,100 |
| | | Labor | | $154,440 |
| | *Character Development  Total* | | | **$162,540** |
| | *Pre-Production  Total* | | | **$162,540** |
| | *Expense Total* | | | **$162,540** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

BUCK0004856

| EXPENSE CATEGORY | SUB TYPE | COST |
|---|---|---|
| **Complete Shot: Level 1 - Basic: (700) Shots** | | |
| **Post-Production** | | |
| **Compositing** | | |
| | Equipment | $52,500 |
| | Labor | $1,001,000 |
| | *Compositing  Total* | **$1,053,500** |
| **Sound Editing** | | |
| | Equipment | $21,000 |
| | Labor | $400,400 |
| | *Sound Editing  Total* | **$421,400** |
| **Video Editing** | | |
| | Equipment | $21,000 |
| | Labor | $400,400 |
| | *Video Editing  Total* | **$421,400** |
| | *Post-Production  Total* | **$1,896,300** |
| **Pre-Production** | | |
| **Animatics** | | |
| | Equipment | $21,000 |
| | Labor | $400,400 |
| | *Animatics  Total* | **$421,400** |
| **Storyboarding** | | |
| | Equipment | $10,500 |
| | Labor | $200,200 |
| | *Storyboarding  Total* | **$210,700** |
| | *Pre-Production  Total* | **$632,100** |
| **Production** | | |
| **Animation** | | |
| | Equipment | $105,000 |
| | Labor | $2,002,000 |
| | *Animation  Total* | **$2,107,000** |
| **FX** | | |
| | Equipment | $52,500 |
| | Labor | $1,001,000 |
| | *FX  Total* | **$1,053,500** |
| **Layout** | | |
| | Equipment | $52,500 |
| | Labor | $1,001,000 |
| | *Layout  Total* | **$1,053,500** |
| **Lighting** | | |
| | Equipment | $105,000 |
| | Labor | $2,002,000 |
| | *Lighting  Total* | **$2,107,000** |
| **Matte Painting** | | |
| | Equipment | $21,000 |
| | Labor | $400,400 |
| | *Matte Painting  Total* | **$421,400** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

BUCK0004857

| EXPENSE CATEGORY | SUB | TYPE | COST |
|---|---|---|---|
| | **Voice-over Recording** | | |
| | | Equipment | $10,500 |
| | | Labor | $200,200 |
| | *Voice-over Recording*  Total | | **$210,700** |
| | *Production*  Total | | **$6,953,100** |
| | ***Expense Total*** | | **$9,481,500** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

BUCK0004858

| EXPENSE CATEGORY | SUB TYPE | COST |
|---|---|---|
| **Complete Shot: Level 2 - Challenging: (550) Shots** | | |
| **Post-Production** | | |
| **Compositing** | | |
| | Equipment | $66,000 |
| | Labor | $1,258,400 |
| | *Compositing  Total* | **$1,324,400** |
| **Sound Editing** | | |
| | Equipment | $16,500 |
| | Labor | $314,600 |
| | *Sound Editing  Total* | **$331,100** |
| **Video Editing** | | |
| | Equipment | $16,500 |
| | Labor | $314,600 |
| | *Video Editing  Total* | **$331,100** |
| | *Post-Production  Total* | **$1,986,600** |
| **Pre-Production** | | |
| **Animatics** | | |
| | Equipment | $24,750 |
| | Labor | $471,900 |
| | *Animatics  Total* | **$496,650** |
| **Storyboarding** | | |
| | Equipment | $8,250 |
| | Labor | $157,300 |
| | *Storyboarding  Total* | **$165,550** |
| | *Pre-Production  Total* | **$662,200** |
| **Production** | | |
| **Animation** | | |
| | Equipment | $165,000 |
| | Labor | $3,146,000 |
| | *Animation  Total* | **$3,311,000** |
| **FX** | | |
| | Equipment | $123,750 |
| | Labor | $2,359,500 |
| | *FX  Total* | **$2,483,250** |
| **Layout** | | |
| | Equipment | $41,250 |
| | Labor | $786,500 |
| | *Layout  Total* | **$827,750** |
| **Lighting** | | |
| | Equipment | $123,750 |
| | Labor | $2,359,500 |
| | *Lighting  Total* | **$2,483,250** |
| **Matte Painting** | | |
| | Equipment | $49,500 |
| | Labor | $943,800 |
| | *Matte Painting  Total* | **$993,300** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

BUCK0004859

| EXPENSE | CATEGORY | SUB TYPE | COST |
|---|---|---|---|
| | **Voice-over Recording** | | |
| | Equipment | | $24,750 |
| | Labor | | $471,900 |
| | *Voice-over Recording* Total | | **$496,650** |
| | *Production* Total | | **$10,595,200** |
| | ***Expense* Total** | | **$13,244,000** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

BUCK0004860

| EXPENSE CATEGORY | SUB TYPE | COST |
|---|---|---|
| **Complete Shot: Level 3 - Difficult: (350) Shots** | | |
| **Post-Production** | | |
| **Compositing** | | |
| | Equipment | $52,500 |
| | Labor | $1,001,000 |
| | *Compositing  Total* | **$1,053,500** |
| **Sound Editing** | | |
| | Equipment | $52,500 |
| | Labor | $1,001,000 |
| | *Sound Editing  Total* | **$1,053,500** |
| **Video Editing** | | |
| | Equipment | $5,250 |
| | Labor | $100,100 |
| | *Video Editing  Total* | **$105,350** |
| | *Post-Production  Total* | **$2,212,350** |
| **Pre-Production** | | |
| **Animatics** | | |
| | Equipment | $15,750 |
| | Labor | $300,300 |
| | *Animatics  Total* | **$316,050** |
| **Storyboarding** | | |
| | Equipment | $5,250 |
| | Labor | $100,100 |
| | *Storyboarding  Total* | **$105,350** |
| | *Pre-Production  Total* | **$421,400** |
| **Production** | | |
| **Animation** | | |
| | Equipment | $105,000 |
| | Labor | $2,002,000 |
| | *Animation  Total* | **$2,107,000** |
| **FX** | | |
| | Equipment | $157,500 |
| | Labor | $3,003,000 |
| | *FX  Total* | **$3,160,500** |
| **Layout** | | |
| | Equipment | $26,250 |
| | Labor | $500,500 |
| | *Layout  Total* | **$526,750** |
| **Lighting** | | |
| | Equipment | $105,000 |
| | Labor | $2,002,000 |
| | *Lighting  Total* | **$2,107,000** |
| **Matte Painting** | | |
| | Equipment | $52,500 |
| | Labor | $1,001,000 |
| | *Matte Painting  Total* | **$1,053,500** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

BUCK0004861

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| | **Voice-over Recording** | | | |
| | | | Equipment | $15,750 |
| | | | Labor | $300,300 |
| | *Voice-over Recording* | *Total* | | **$316,050** |
| | *Production* | *Total* | | **$9,270,800** |
| | | *Expense Total* | | **$11,904,550** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

BUCK0004862

| Environment: Level 1 - Basic: (8) Assets | | |
|---|---|---|
| **Pre-Production** | | |
| **Look Development** | | |
| | Equipment | $1,200 |
| | Labor | $22,880 |
| *Look Development  Total* | | **$24,080** |
| *Pre-Production  Total* | | **$24,080** |
| **Production** | | |
| **Lighting** | | |
| | Equipment | $1,800 |
| | Labor | $34,320 |
| *Lighting  Total* | | **$36,120** |
| **Modeling** | | |
| | Equipment | $4,800 |
| | Labor | $91,520 |
| *Modeling  Total* | | **$96,320** |
| **Texturing** | | |
| | Equipment | $3,600 |
| | Labor | $68,640 |
| *Texturing  Total* | | **$72,240** |
| *Production  Total* | | **$204,680** |
| *Expense Total* | | **$228,760** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

BUCK0004863

| EXPENSE CATEGORY | SUB TYPE | COST |
|---|---|---|

**Environment: Level 2 - Advanced: (14) Assets**

| | | |
|---|---|---|
| **Pre-Production** | | |
| **Look Development** | | |
| | Equipment | $4,200 |
| | Labor | $80,080 |
| | *Look Development*  Total | **$84,280** |
| | *Pre-Production*  Total | **$84,280** |
| **Production** | | |
| **Lighting** | | |
| | Equipment | $4,200 |
| | Labor | $80,080 |
| | *Lighting*  Total | **$84,280** |
| **Modeling** | | |
| | Equipment | $12,600 |
| | Labor | $240,240 |
| | *Modeling*  Total | **$252,840** |
| **Texturing** | | |
| | Equipment | $10,500 |
| | Labor | $200,200 |
| | *Texturing*  Total | **$210,700** |
| | *Production*  Total | **$547,820** |
| | ***Expense Total*** | **$632,100** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

BUCK0004864

| EXPENSE CATEGORY | SUB TYPE | COST |
|---|---|---|

**Environment: Level 3 - Enhanced: (13) Assets**

| | | |
|---|---|---|
| **Pre-Production** | | |
| **Look Development** | | |
| | Equipment | $5,850 |
| | Labor | $111,540 |
| | *Look Development  Total* | **$117,390** |
| | *Pre-Production  Total* | **$117,390** |
| **Production** | | |
| **Lighting** | | |
| | Equipment | $4,875 |
| | Labor | $92,950 |
| | *Lighting  Total* | **$97,825** |
| **Modeling** | | |
| | Equipment | $15,600 |
| | Labor | $297,440 |
| | *Modeling  Total* | **$313,040** |
| **Texturing** | | |
| | Equipment | $12,675 |
| | Labor | $241,670 |
| | *Texturing  Total* | **$254,345** |
| | *Production  Total* | **$665,210** |
| | *Expense Total* | **$782,600** |

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **FX Character Transformations: (6) Assets** | | | | |
| | Production | | | |
| | | Modeling | | |
| | | | Equipment | $1,350 |
| | | | Labor | $25,740 |
| | | | *Modeling  Total* | **$27,090** |
| | | Rigging | | |
| | | | Equipment | $900 |
| | | | Labor | $17,160 |
| | | | *Rigging  Total* | **$18,060** |
| | | Texturing | | |
| | | | Equipment | $900 |
| | | | Labor | $17,160 |
| | | | *Texturing  Total* | **$18,060** |
| | | | *Production  Total* | **$63,210** |
| | | | ***Expense Total*** | **$63,210** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

BUCK0004866

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **FX Setup: Level 1 Basic: (5) Assets** | | | | |
| | Production | | | |
| | | FX | | |
| | | | Equipment | $750 |
| | | | Labor | $14,300 |
| | | | *FX Total* | **$15,050** |
| | | | *Production Total* | **$15,050** |
| | | | *Expense Total* | **$15,050** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **FX Setup: Level 2 Advanced: (3) Assets** | | | | |
| | **Production** | | | |
| | | **FX** | | |
| | | | Equipment | $1,350 |
| | | | Labor | $25,740 |
| | | *FX Total* | | **$27,090** |
| | | *Production Total* | | **$27,090** |
| | | ***Expense Total*** | | **$27,090** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

BUCK0004868

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **FX Setup: Level 3 Difficult: (13) Shots** | | | | |
| | **Production** | | | |
| | | **FX** | | |
| | | | Equipment | $7,800 |
| | | | Labor | $148,720 |
| | | | *FX Total* | **$156,520** |
| | | *Production Total* | | **$156,520** |
| | | ***Expense Total*** | | **$156,520** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

BUCK0004869

| EXPENSE | CATEGORY | SUB TYPE | COST |
|---|---|---|---|
| **IT & Pipeline: (1) Staff** | | | |
| | **Overhead** | | |
| | **Support & Development** | | |
| | | Equipment | $27,000 |
| | | Labor | $2,825,680 |
| | *Support & Development  Total* | | **$2,852,680** |
| | *Overhead  Total* | | **$2,852,680** |
| | ***Expense Total*** | | **$2,852,680** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

| EXPENSE CATEGORY | SUB TYPE | COST |
|---|---|---|
| **Legal, HR, Accounting: (1) Staff** | | |
| **Overhead** | | |
| **Support** | | |
| | Labor | $1,640,000 |
| | *Support* Total | **$1,640,000** |
| | *Overhead* Total | **$1,640,000** |
| | ***Expense Total*** | **$1,640,000** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

BUCK0004871

| EXPENSE | CATEGORY | SUB | TYPE | COST |
|---|---|---|---|---|
| **Production Management: (1) Staff** | | | | |
| **Overhead** | | | | |
| **Production & Coordination** | | | | |
| | | Equipment | | $48,000 |
| | | Labor | | $5,115,968 |
| | *Production & Coordination Total* | | | **$5,163,968** |
| | *Overhead Total* | | | **$5,163,968** |
| | ***Expense Total*** | | | **$5,163,968** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

BUCK0004872

| EXPENSE | CATEGORY | SUB TYPE | COST |
|---|---|---|---|
| **Production Studio: (1) Facilities** | | | |
| | Overhead | | |
| | Facilities | | |
| | | Equipment | $1,400,000 |
| | | Overhead | $2,195,200 |
| | | *Facilities Total* | **$3,595,200** |
| | Maintenance | | |
| | | Labor | $104,000 |
| | | Overhead | $259,300 |
| | | *Maintenance Total* | **$363,300** |
| | | *Overhead Total* | **$3,958,500** |
| | | *Expense Total* | **$3,958,500** |
| | | **Grand Total** | **$57,506,558** |

ANIMATED FEATURE FILM PRODUCTION BUDGET. PREPARED BY AND PROPERTY OF IKARIA ANIMATION STUDIOS, LLC

BUCK0004873