# EXHIBIT 6

# BUCKY & THE HUI

## "THE JOURNEY HOME"

An Animated Feature & Television Series Project

"Bucky & The Hui" is a compelling coming of age tale about a young surfer boy taken in by a wise Hawaiian elder and his hui (gang) of wayward kids. Together they embark on a journey to save the most precious gift they have, their Hawaiian homeland. A brilliant time travel adventure that carries you through Hawaii's past to preserve it's future. Experience the stunning embrace of mystical lore and ancient Hawaii in this epic animated film.

Written by: BUCK WOODALL

Copyright 2006, WGA Registered. Blazing Sun Hawaii, Inc. All rights reserved.

BUCK0003198