# EXHIBIT 7

# BUCKY AND THE HUI

Treatment written by: Paul Ross
Based on original story By: Buck G. Woodall

Modern day Hawaii.

Bucky arrives in Hawaii, after an argument he had with his father. He: s away from friends and anything familiar. Grandfather Makani, an old man who takes a liking to Bucky. The boy is moody, somber, and starting to grow rebellious.
The old man is aloof and poor. Although he lives in a natural island paradise, Bucky starts to feel trapped there with nothing to do and no money to do anything with. The only bright spot is Leolani, a gorgeous native girl, who is the old man's granddaughter. Grandfather Makani, showers her with unlimited affection, making Bucky feel a bit discriminated against.
Out of loneliness and frustration, Bucky falls in with a gang of slum town thugs led by Shamar. Our hero is going down the wrong road. Leolani turns her back on him completely.
One night The Hui (gang) trusts Bucky enough to allow their mischief to cross the line into criminality; they decide to mug someone. With vicious intent, they descend on a victim who- much to their horrified surprise- defends himself and sends them flying in fear. The tables turned and abandoned by his new friends; Bucky is left to the mercy of the enraged victim...who turns out to be Grandfather Makani, Bucky is almost relieved to be dragged back home.
Despite himself, he has respect for this captor who isn't above threatening to keep the boy in line. And stranger still, Bucky enjoys some of the chores he's made to do. Of course, he only complains to Leolani who hints mysteriously that what Bucky has seen is just a hint of the things that he doesn't know of Grandfather Makani:s power.
One day, while watching the lad at work, Grandfather Makani notices Becky's agility and gets an idea. Challenging the boy's self-professed toughness, the old man and his granddaughter introduce Bucky to surfing.
It's a scary and exhilarating experience. Bucky is hooked. The sport leads the boy into a different world, one filled with new friends and the true spirit of the islands. Bucky even comes to believe that he stands a chance with Leolani. But Grandfather Makani is sad, he's senses * a great darkness*, a foreboding evil is about to befall them. He will not even tell his granddaughter what it is.
Then Shamar and the gang re-enter the picture. The lead thug has eyes for Leolani and has also marked Bucky as a traitor for dropping out of * The Hui *. Although Bucky makes light of the threat, he knows it's real and that someday he'll have to face the danger. Leolani presses her grandfather, wanting to know if the gang's vow of vengeance is the evil that threatens them. Grandfather Makani shakes his head no, silently indicating something far direr.
Out of range of Leolani and his friends, Bucky asks the old man to teach him to fight. Grandfather Napua refuses with the cryptic rejoinder, * you are not ready *.
Rebuffed and more determined than ever before in his life to prove himself, Bucky pushes his surfing skills.
One day, far out on a big day, Leolani notices a huge shark following in Becky's wake (which the boy doesn't see). She starts to cry out a warning but her grandfather stops her. * If you frighten him, he will fall for sure.* They watch helpless as the oblivious lad

merrily joins a school of fish gamboling through the surf.  Waving at his fans on the beach he doesn't see the megalithic monster cleave the water to his right and take out half a dozen fish in one mighty bite.  He is confused by Leolani:s terrified reaction and glancing around, misses a second attack to his left.  He does see the one right in front of him. Leolani turns away, unable to watch, as the colossus fin is now on a collision course with the boy.  Before Becky's and Grandfather Makani:s astounded eyes, the specter disappears.  At her grandfather's sight of relief the crying Leolani looks up to see a pale and shaking Bucky emerging, unharmed from the surf.

   Ignoring the boy's statement, I think I want to take up another sport, Grandfather Makani tells him, * Now you are ready.*  Leolani knows that the old man has seen something special in the boy that no one else has ever – or could ever be-seen.  The danger past, Leolani:s whispers hopefully in her grandfather's ears.  * Was the shark what you feared?*

    Again her grandfather shakes his head – NO.  * What I saw will eat our island *!

    Grandfather Makani begins training Bucky in new ways.  They're unfathomable and strange, but the boy just regards them as a game.  Though he doesn't realize it, he is being indoctrinated in the ancient ways.  He learns island history and lore.  He begins to recognize the diversity of nature around him, he memorizes ritual and language.

    Leolani is thrilled and amazed but her grandfather is disappointed that the boy, now renamed Kawika, fails to understand the meaning of the gifts he's being given.  Kawika feels he is ready in mind and body.
Grandfather Napua warns him that the final initiation is the hardest test.  The boy faces a crisis of doubt, envisioning physical torture; but he forges ahead and asks to be given the test.  Grandfather Makani tells him his father is dead.  The boy refuses to believe, until Grandfather Makani convinces him with the truth of logic.

    *Your father loved you.*  Angered and hurt, Kawika turns inward and seeks solitude.

    Then the menace that the old man foresaw strikes in the form of a mainland developer who is going to build a massive construction project on a sacred site and turn paradise into a Disney field resort.  And there is nothing that can be done to stop it.  In fact, before anyone comprehends what's happening, the skeletal center of the hotel is thrown up at the very edge of the shore.
Throwing a bone to the local community, the developer, Shamar announces a last international surfing contest with a huge cash prize.  He'll get the publicity and *then* he'll make the entire coast a private beach open only to visiting, rich hotel guests .  * No locals, surfers and other riffraff *.

   Kwika decides to enter the contest and use the evil Baron's money  and influence to defeat him;  he'll hire the top lawyer with the winnings, use the media attention to save the sacred site.....and, thereby win Leolani.  His fired-up defense of his newly adopted home is proof of his spiritual conversion and verifies the faith Grandfather Napua places in the boy.

    But Shamar and his gang show up to claim the same prizes.  They cheat their way into the finals where it becomes a showdown between Kawika and his old rival.

     Unknown to anyone outside his immediate evil empire, Shamar plans to dynamite a coral reef.

    But--,* protests one of his followers, * you'll kill the surfers!*

   Thus proving that the area is too dangerous for that sport, smiles the Shamar, but just right for my new yacht marina*.

     As a result  of the underwater demolition-or from the reaction of the angered goddess Pele – volcano erupts, creating a giant and deadly, tidal wave incredibly, Kawika is able to surf it, being towed in by a dolphin – even saving both Leolani and his rival Shamar along the way.  But the massive wall of water is fast headed for everyone on shore and there is no time or place to run.  The giant tsunami crests and crashes.  When all is again calm, Kawika and Leolani see that –worse for wear- everyone had survived, shielded by the hotel, which was destroyed.

       Grandfather Napua and Kawika embrace, all is forgiven.  Leolani asks her grandfather, why are you smiling? – Shamar can rebuild *

What Shamar? *, questions the old man knowingly.
Out at sea, the fin of a huge --- and very satiated shark swims towards the sunset.

Copyright 2004 Buck G Woodall
WGA Registered

**After viewing Woodall`s first pitch package sometime between February first and July first in 2005 , Jenny Marchick told Buck that Disney executives would like to see an animated trailer.**