# EXHIBIT 8

**Second draft of writing development shared with Marchick in 2007.**    1



Copyright 2006, WGA Registered. Blazing Sun Hawaii, Inc. All rights reserved.

Script synopsis treatment

By
Sam C. Hamilton

Based on Characters and ideas of
Buck G. Woodall

BUCK0003206

## PRONUNCIATION OF HAWAIIAN

VOWELS:                          CONSONANTS:

A, like a in above                H, K, L, M, N, P, like English
E, like e in bet                  W, after I and E, usually like V, after U and O usually
I, like y in city                 like W
O, like o in sole
U, like oo in moon


' Okina, also known as a glottal stop.

DIPHTHONGS:

AU, and AO like out in about.
OU, is just like o in sole.
AE, and AI are just like I in Ireland
EI, just like e in bet, but carried longer.
OI, similar like oi in point

LEGEND:                                              OTHERS:

AHUPUAA= land division usually spanning upland to sea.    ADZE = Polynesian ax.
AUMAKUA= Ancestral spirit guardians.                     KALABASH = Bowl.
HAPA= Mixed ancestry.                                    SHAKA = Hang loose.
HUI= A group, club or organization.                      SLIPPERS = Flip flops.
HAU = Wild hibiscus. ( hibiscus tiliaceus)
IMU= Underground oven made of heated stones.
KA LA = The Sun.
KALO = Another word for Taro, (colocasia esculenta)
KI = Hawaiian word for Ti plant (cordyline terminalis)
MAHINA = The Moon.
MANA = Supernatural or divine power.
MENEHUNE = Legendary small race of people.
MAUNA LOA = 13'000 foot volcano on the Big Island.
NIIHAU = Westernmost of the main 8 Hawaiian islands.
OHIA LEHUA = Tree only found in Hawaii. (metrosideros collina)
PILI GRASS = A grass. (heteropogan contortus)
POI = Taro root mashed down with water, becomes the purple paste, poi.
PUEO = Hawaiian Owl. (flammeus sandwhichensis)

BUCK0003207

EXT. HANALEI VALLEY - KAUAI – NIGHT

 The mountain range has a spiny ridge that towers over the bay. Specks of light from
houses lightly sprinkle the valley. An eye opens up at the base of the mountain range and
suddenly the whole ridge becomes the body and head of a dragon. An old friendly
looking dragon lifts his head up from the water. He takes his pipe and lights it with his
fire breath. The whole pipe torches up into flames. He quickly blows out the fire. He's a
little bit embarrassed cause he didn't see that we were watching. 'Oh!'
He slips on a pair of reading glasses and takes a puff from his charred pipe.
"Once upon a time there was a young boy….."
The moonlight's reflection ripples vividly on the ocean water. The pattern moves more
quickly, and it becomes a hypnotic porthole that transports the viewer to another world.

EXT. NEW MEXICO HIGH DESERT COUNTRY - DAWN

Vibrant pink and orange colors awaken the new day. A faint Native American Indian
style drumming is in the background. In the floor of a valley, is a teepee and a pile of
wood.

A small cry comes from the inside of a tee-pee. There is some rustling, and out comes an
Elder carrying a newborn child. Little Joe is a one hundred year-old Native with a baby in
his hands. He holds the baby up to the new day sky. The old man sees a male deer (a
buck) feeding on some grass and names him, Buck.

The Baby's Mother exits the teepee and adds to the name. It becomes Bucky because she
thinks it's cute.

A magical force blows away the remaining clouds in the sky and the sun brightly shines
down on the scene. Bucky's anointing attracts the squirrels and birds from the nooks and
crannies of the desert scenery to witness the event.

 Bucky is handed over to some arms reaching out of the tee-pee opening. A hawk flies
overhead.

EXT. A BACKYARD – DAY – SIX YEARS LATER

As the years pass by, Bucky grows into his world. He's fascinated with the mechanics of
nature. He can be seen throwing rocks into ponds and watching the ripples up close.

EXT.  A BACKYARD – SAME TIME

Another time he's seen lifting up a plywood board looking at insects.

EXT. NEIGHBOR'S FENCES – A FEW YEARS LATER

BUCK0003208

He pushes the limits in his surroundings, as he grows older. He runs across the tops of backyard fences. A Neighbor gripes at this ruckus.

EXT. DESERT SCAPE – MONTAGE – A COUPLE YEARS LATER

He goes from making a roller coaster off of his back porch with a wagon, to bike jumps, then to skateboard ramps. All scenes, he has the same look of fascination.

EXT. RIO GRANDE RIVER – A YEAR LATER - DAY

Bucky is now around age ten to twelve. He takes a surfboard and paddles out to the wake of the river. As he hits the wave, he glides down it. He turns his head to his animal friends the Hawk and the Squirrel watching him on the bank of the river.

INT. BUCKY'S BEDROOM –  PRESENT  DAY

A messy room with clothes and toys spread around the floor. On the walls hang, crooked posters of surfers riding giant sized waves. The window is open and he sits next to it, conversing with his friends the Hawk and the Squirrel. Bucky's gift from his birth is the ability to speak with animals and see and hear from spirit helpers. He is unaware that this is his gift.

A shadow appears underneath his door. Someone is knocking on the door. The Hawk and the Squirrel are startled by it. It's Bucky's Father, asking, who he's talking to. Bucky replies that it's his friends, Hawk and Squirrel. His Father's reply is full of sarcasm and disbelief. He tells Bucky, that he's too old for imaginary friends.

INT. PUBLIC LIBRARY – COMPUTER ROOM

Bucky is seated at a computer. On an Internet site, he finds what he was looking for.
A page reads: Surf camp; will show the ins and outs of surfing. Experienced surfers teach you to be a pro in one week.

Bucky's eye's light up, and he clicks print with the mouse.

INT. BUCKY'S LIVING ROOM – THAT NIGHT

It's the quiet period after dinner. Bucky is seated on the couch with an eager look.
His Parent's are present but are only seen as shadows. Bucky uses the quiet time to pitch the surf camp idea.
He is quickly bombarded by reasons no to go. His Father runs off about how expensive it is and how he should be focusing on school. His Mother chimes in, saying how dangerous surfing is. Bucky's hopes fizzle away like air escaping a balloon.

INT. BUCKY'S BEDROOM – BEDTIME

BUCK0003209

Bucky lies in his bed, hopes shattered, dreams crushed. He pouts, but stops when a water rippling effect manifests itself on the ceiling.

A vision comes to him surfing a giant wave of victory and people dotted along the shoreline cheering for him. Bucky is in awe from this glimpse of what he considers his future. An Owl appears in the vision then the rippling water fades away.

Not another moment to loose, Bucky opens up his drawers and packs his belongings in a small backpack.


EXT. BUCKY'S BEDROOM WINDOW- NIGHT

Bucky climbs out of the window with his backpack on and a piggy bank in his hands. He takes his bike and surfboard that are propped on the side of the house, and strolls off into the night.

INT. OLD PROPELLER PLANE – DAY

The seats are filled with tourists in flowered shirts and bright clothes. Buck has his head fixed in the little port window while watching the plane pass over the different Hawaiian Islands.

EXT. SHORES OF KAUAI – DAY

Kauai's verdant mountains are in the background. The old propeller plane makes a dive toward the sea but hits the surface of the ocean and makes a series of light hops like a rock when skipped in a body of water. The plane perfectly parks itself parallel next to the exit ladder.

EXT. HANALEI PEIR – DAY

Bucky is greeted by, Scrub a loud mouthed snide kleptomaniac with sunglasses that are permanently molded into his facial expression. Bucky hands his piggy bank over to Scrub.

From behind, Bucky's backpack is confiscated by a mean local boy named, Jake; Scrub's partner in crime. The backpack is negligently tossed into the back of an old Nine-teen-fifty-one Mercury followed by, the surfboard.

Bucky is told that he will learn to surf today, but for more money, they'll make him a pro tomorrow. Jake lets down the rusty tailgate for Bucky to ride in the back of the shady looking car.

BUCK0003210

EXT.  NEAR HANALEI BEACH – DAY

The old Mercury is parked next to the beach. Scrub and Jake explain to Bucky that the
only way to learn to surf is by starting at this spot, and paddling out alone.

The waves are monstrous and not meant for the amateur. Bucky has no choice but to go
out. He has never feared anything dangerous in his life before but this time, his Mother's
words of concern for safety echo threw his head.

Bucky paddles out into the pounding surf while Scrub and Jake break open the piggy
bank and count the wadded up dollar bills and change.

Bucky tries to catch his first wave but these waves break violently on the sand and any
surfer would know not to try to ride them. The wave sends him flying and snaps his board
in half.

Scrub and Jake stand on the sidelines laughing at the mishap that would remind someone
of Beavis and Butthead. They peel out in the old car and ditch Bucky behind.

EXT. RAIN FOREST – DARK CAVE – DAY

SHAMAR, a heavy-set ruthless developer who cares only about his business, approaches
a cave with a roast chicken in a pan. He lays it down in front of the entrance and backs
off a bit. A dark entity levitates the chicken and sucks it into the cave with a vacuum of
air. In exchange, a scroll tied up in ribbon is thrown from the cave.

Interrupting the quiet dark atmosphere is Scrub and Jake, who come treading threw the
forest in the old car. They thrash through bushes and turn up the mud, disturbing every bit
of nature they come across.

Shamar is nearly splashed with mud. He gives Scrub and Jake a thorough scolding,
showing he's the authority figure of the trio. The two goons brought the fencing and tools
that Shamar needs in the back of the pick-up.

Shamar holds in his hands, this mysterious scroll, something he's been trying to acquire
for years.

EXT. NEAR HANALEI BEACH – DAY

Bucky sits on the beach next to his snapped surfboard, looking defeated and helpless.

 A young Girl about his age keeps walking toward him from down the beach. Leolani, is
a beautiful island girl with a hibiscus flower in her hair. She sees the sadness in Bucky's
body language and invites him over to her family gathering on the beach. A small group
under a pop-up tent can be seen down the beach.

EXT. DOWN THE BEACH – DAY

Leolani introduces Bucky to her Grandfather Makani, who is busy fishing. He has bells
rigged up to the poles to indicate a fish on the hook. Makani is a large older Hawaiian
man with all gray hair and no shirt on. A very sincere man, you can see a certain radiance
coming from him. Bucky is drawn to him in a strange way.

Next, Bucky is introduced to Auntie Ruth who is Makani's wife. She is an old fashioned
local woman sitting, stringing, a Niihau shell-lei. (special shells only found on Kauai and
Niihau.) She invites Bucky to come and eat. There is plenty of food under the pop-up tent
and Makani is reeling in more. Bucky is told he is not the first to fall for the surf camp
scam.

Some Surfers come to shore from a good surf break and approach the gathering. Kimo, a
local hapa (mixed ancestry)  boy with a genuine manner about him is happy to meet
Bucky. He only speaks the pidgin dialect but say's he'll teach him to surf.

Just coming in from the ocean, dripping wet, is Cosmo, a witty Australian surfer boy
turned local. He greets Bucky like he's already a true friend. Leolani, Kimo, and Cosmo
are the Hui. Their lifestyles consist of, surfing, wild adventures and barbequing together
everyday.

While eating barbequed fish and some fresh poi, Bucky is able to relax and observe his
surroundings. Kimo fixes his slipper (flip flop) with a chopstick by pushing the tab of the
thong piece back in the hole.

SHOT is a boy who fell off of his bunk bed as a child, and as a result, he is a bit strange.
He comes up to them and starts eating food without permission. Auntie Ruth tactfully
wards him off by giving a non-directed little speech on having manners.

Bucky's new friends learn that Bucky is stuck with no money and no place to stay.
Strong sympathy is given toward his plight. Makani sees a radiant aura around Bucky's
head. This radiance, inspires him to give up a room in his house for the stranded
newcomer.

A double-hulled sailing canoe comes on shore in the background. It's Na'ilima, a wood
carver, and canoe builder very in tune with his culture. He shares that he's taking a
voyage to the Na Pali coast tomorrow and would like some adventurous volunteers for a
surfing expedition. The Hui is more then ready, rain or shine.

BUBBLES a local surf bum, walks into the conversation and mumbles complete non-
sense. Everyone knows to just ignore him because he lost his mind long ago. It appears
maybe, that he had too much sun but, people know he's harmless and just act as if he's
not there.

EXT. MAIN ROAD – DAY

A luxury car followed by Scrub's Pick-up, a dump truck and a semi-truck carrying a bulldozer shake the earth as they approach the beach. This disrupts all the birds around as well as the people on the beach.

EXT. HANALEI BEACH – DAY

Scrub makes his way down to everyone on the beach next to the pop-up tent. He pounds a sign that reads private beach into the sand. Everyone is told to leave because they are now on resort property.

Makani is the first to lead everyone up to the developement site where a television crew is interviewing Shamar.

Shamar wears a hard-hat and scoops with a shovel, the first dirt-load from the ground. A Reporter quickly snaps photos of Shamar posing in a proud stance. He gives Reporters a declaration that he plans a resort from the back of the mountains to the beach. He holds the title of the land in his hands, the same mysterious scroll delivered from the dark cave.

Jake and Scrub unravel the familiar wire fence around the entire perimeter of the land. Jake pounds a giant sign on the beach that reads: Private beach, stay out. No trespassing, no swimming, no surfing, no swimming, no eating, no swimming, no breathing, no fun. The no's run indefinitely down the sign and decrease smaller like an eye chart at the eye doctor.

The giant bulldozer is parked right behind Shamar giving his speech about his lavish new resort. Makani interrupts everyone and explains that this is sacred land they plan to develop. Nobody can own a beach in Hawaii. Shamar frowns by the interruption then continues to ramble on about how great the resort will be.

Forced to leave, the barbeque is already packed up in the back of Makani's old nineteen-sixties style truck, including Bucky and the Hui. Makani sadly strolls slowly toward his driver seat next to Auntie Ruth.

INT. MAKANI'S PORCH – NIGHT

The only light shining in the surroundings of dark forest and mountains is Makani's old plantation style home. Makani sits in an old rocking chair with Leolani, Kimo, Cosmo and Bucky. They are gathered around on old furniture in a candlelit setting. Bucky watches a gecko that greets him as it chases an insect. Leolani plays a light ukulele in the background.

Makani tells a tale about Pele the volcano goddess and her battle for the land.

Bucky begins to have his own visuals of the fire goddess in the background of Makani.

BUCK0003213

In the story, Pele, is confronted by a handsome young man that her sisters approve of. Pele knows different and she screams that he is Kamapuaa the hog-man. Angry, she throws a gust of flames at Kamapuaa to destroy him.

Bucky visualizes a stream of flame coming from a fierce looking Goddess.

EXT. MAUNA LOA – DAYDREAM SEQUENCE

Pele looks down the mountain and find's Kama in his hog form growling at her. This time she musters up all her power and attempts to eliminate him. Kama turns into a fish (the humuhumunukunukuapuaa) as the flames hit him but, with the tuff scales he is not harmed and jumps into the ocean. Since neither, Kama or Pele can destroy one another, they decide to divide up the land. Pele owns the lava land and Kama owns the forested parts. It's been that way ever since.

EXT. MAKANI'S PORCH – END DAYDREAM

Makani teaches the kids that no person can own the land. It belongs to the spirits and the ancestors. It's a silly concept derived from selfishness.

Leolani expresses her worries on the development sight. Makani is determined to find a way to save the land. One idea would be find an ancient archeological sight.

Bucky pours hot candle wax on the old couch. Everyone pauses from the conversation to see his destruction. Bucky tries an innocent expression but it doesn't really fly with them.

INT. MAKANI'S SPARE BEDROOM - NIGHT

Bucky is awake and scared by his new surroundings. A Pueo briefly visits the window-pane then flies off. (Pueo is a Hawaiian owl.) Bucky is comforted by it's visit.

EXT. MAKANI'S BACKYARD – MORNING

Makani wakes Bucky bright and early to help him work in the yard. Makani teaches Bucky how to harvest coconuts by climbing trees and shaking them down. Some fall on his head. He learns to cut down stocks of bananas and then learns how to pound taro roots (kalo) into poi. This is all physically demanding work that Bucky doesn't appreciate very much but this is Makani's way to teach Bucky work ethic.

While cleaning up a pile of rocks, Bucky makes friends with a couple of Zebra Doves. He murmers to them, that he made a mistake coming to Hawaii. That's not the way the Doves see it, they believe he was lured to Hawaii to see the Pueo and receive instructions from him. Bucky is puzzled by this new thought.

Just then, Makani emerges from the forest and catches Bucky and the birds in conversation. Makani is overjoyed in the discovery of Bucky's gifts.

BUCK0003214

EXT. MOUNTAIN TOP – MORNING

The view is Hanalei bay from above. The blue sky touches the light blue ocean. The shape of the Hanalei dragon is subtlety revealed to the viewer in the background. They are close to the surging Waioli falls. Makani has brought Bucky to his sanctuary.

Bucky is tired while Makani is charged with energy. Makani teaches Bucky about mana. (Hawaiian supernatural or divine power.) A person can accomplish superhuman feats of strength and skill when in harmony with the divine spirit realm.

 Bucky is told he has a gift to communicate with his Aumakua. (Animal ancestral spirit guardians)  They are your spirit helpers and your protectors, too. Even when it seems like the darkest moment, they will hear your call and help answer your prayers. They are always at your side. This knowledge has been lost from people out of touch with consciousness. Few have the ability to see and hear from this realm but Bucky, has this rare gift naturally.

The Pueo lives behind an old banyan tree. Bucky is given instructions to connect with his amakua, the Pueo. Makani also tells him that the Pueo has been inspecting him.

From there, the big banyan tree looks dark and frightening. Makani gives Bucky an extra little nudge to push him in that direction.

On a rock, underneath the big banyan tree, is the Pueo sitting patiently. The doves were friendly but the owl looks intimidating to Bucky. The Pueo pulls out his monocle and mounts it in his eye. Pueo explains that his family lives in all dimensions and they see all. Bucky's instructions are to free the land to complete the dream. The owl flies away.

When Bucky returns, Makani gives Bucky his Hawaiian name, Kawika

EXT. OCEAN – DAY

Makani and Bucky  are floating on surfboards in some small waves. Makani's board is an old fashioned wooden longboard. Bucky is shown the basics of catching a wave by Makani.

This is where Hau'oli the dolphin decides to join in on the surfing. Hau'oli is another one of Bucky's Aumakua. All three, Bucky Makani and Hau'oli catch a wave. Bucky does much better then the ruff waves from before. Bucky's practice from earlier life gives him the edge on the sport. Makani complements that he's quite good for a beginner.

After mastering the small wave, Bucky decides to try the larger set behind them. He paddles out despite Makani yelling at him to wait.

BUCK0003215

A familiar face pops up from the bigger waves. Kimo drops into the wave and gives Bucky a shaka (hang loose sign) at the same time. Cosmo cheers at Bucky as he catches the next wave.

With a stunning move, Bucky paddles all the way out, even past Cosmo and Kimo. He goes for the biggest waves.

At last, Bucky finds balance. This is what he traveled across the pacific-ocean for. The voice of thePueo runs threw Bucky's head again while Makani and even Kimo yell to come back. Maybe he's freeing the land by surfing this big wave and not being afraid.

Bucky catches the wave at the right moment. Makani, Cosmo and Kimo are the audience. Bucky becomes like a little flea compared to the monster-sized wave. He's doing it, and he can't believe it himself. Unfortunately, the face of the wave is too steep and he's sent tumbling down. Happy is to the rescue and swims to aid Bucky from falling. The Dolphin is used as a sort of cushion before Bucky lands back in the water and is sent crashing onto the reef.

EXT. HANALEI BEACH – DAY

Bucky wakes up in the sand. Kimo and Cosmo run up to him making sure he is okay. Makani urges Bucky to think about taking things, one step at a time instead of three.

They all notice the Private beach sign and wire fencing which they are in the perimeters of.  At that moment, a short angry local guy in a security uniform named, KEONI tells them to leave the property.

Kimo exclaims that you can't own the property or kick them off. This is Kimo's church.

This angers Keoni even more. He takes Kimo's surfboard and say's it's his because it's on private property.

Meanwhile, Bucky wanders off toward a large crane. He can't resist but to swing on the crane hook like a giant rope swing. It's a thrill until the hook and cable swing back, throwing Bucky into the cabin of the dump truck. He bonks his head then snaps out of it.

Keoni and Kimo play tug-a-war with the surfboard.

Out of curiosity, Bucky turns the key and the giant dump truck starts. He pushes a lever that looks interesting. The dumper dumps a giant load of dirt and completely covers the billboard for the upcoming resort.

Kimo and Cosmo cheer. Kimo is much stronger then Keoni and rips the surfboard out of his hands.

Keoni blows a whistle at Bucky. He quickly dials up somebody on his cell phone.

BUCK0003216

The cheering gathers other local residents. Burp a disheveled local and his Bird pal Cracker join in on the fun. Bubbles can be seen pacing around.

Just then, Braddah Smitty and Tiny show up in a big lifted truck. They are two very stout local brothers. One wears ope'ee shells and the other hangs a ukulele out the side of the truck. They run over the wire fence and flatten it like a steamroller.

Bucky had started a riot without even trying. In the foreground, locals have picket signs. One reads : beaches are for everyone. Another reads, free the aina.

EXT. HILLSIDE – DAY

Shamar is viewing the uproar from his Rolls Royce while talking on his cell phone to Keoni. He is infuriated.

EXT. HANALEI BEACH – DAY

Scrub and Jake run everyone back to the perimeter of the private property with their Mercury.

Keoni tells everyone that this is private property, threw a megaphone. He threatens, that the authorities have been called.

EXT. HILLSIDE – DAY

Shamar watches Bucky and the Hui paddle back out to the waves threw his binoculars. The kids are the enemies, especially Bucky, who started the whole thing.

Out of nowhere, a lone banana peel whizzes past Shamar.

EXT. RAIN FOREST – DARK CAVE – DAY

Shamar is enraged and asks the dark force within the cave for more help. He needs some way of keeping an eye on the kids who started the protest.

Scrub and Jake are wheeling wheelbarrows of food and dumping it in front of the cave entrance. Jake initiates a guava fight with Scrub. Shamar's temper escalates. He drags both of them by the collar toward the entrance and bonks their heads together.

The Dark Entity demands more food then, they will receive his powers.

Scrub and Jake retrieve two more wheelbarrows full of food.

After a few seconds, orange rays beam from the cave and transform Shamar and the Goons into bumble bees.  They fly away determined, with their new powers.

BUCK0003217

EXT. HANALEI BEACH – DAY

There must be a way to save the land. Makani converses with Braddah Smitty and Tiny. Makani says that he will get to the bottom of this. He wants to investigate how Shamar gained the title of the land. The Brothers are supportive in any help they can offer.

Shamar and the Goons arrive just in time to listen to Makani's plan to search for land records.

EXT. PARKING LOT – DAY

The Hui and Bucky load up their surfboards and themselves in the back of Makani's truck.

The Bees follow behind as they exit the parking lot.

EXT. DOCKING AREA – DAY

Na'ilima has his canoe loaded up with supplies for the journey. Makani drops the kids off next to the sailing canoe.

Leolani is really saddened about the land she's played on all her life becoming a development. She tells her Grandfather that it feels wrong for them to go on this paddling journey at a time like this.

Makani puts it under a new light, it's time to sail and let go of worries. Na'ilima is an excellent navigator and they will see places they have never seen. Kimo and Cosmo are the best friends anyone can have. The Newcomer Bucky, has something to offer this journey, he is a gifted one. This is a time to be thankful for what they do have.

Makani takes a Polynesian bone hook necklace and places it over Bucky's neck. The necklace is for strength and prosperity but most important, safety over seas.

The Bees have been listening inside of hibiscus flowers the entire time.

Everyone says goodbye to Makani as they sail away. Makani reminds them to pray and he'll stay on a mission to save the land.

The Bees split up. Shamar will follow Makani and the goons will follow the canoe. Their orders are too specifically keep an eye on Bucky.

EXT. NAPALI COAST – DAY

It's smooth sailing on the beautiful eroded coastline. The sky is clear. The two bees follow closely behind.

BUCK0003218

EXT. MOUNTAIN TOP – DAY

Makani wraps a rock into a ti leaf and kneels down on one foot. He begins to say a chant prayer about stopping the evil development.

Shamar hears this and flies threw the air with his stinger facing Makani at a high speed.

Makani is now in a deep zone chanting in Hawaiian.

Shamar doesn't see a spider web in his path and flies straight into the sticky strings. He is stuck. The spider comes out onto the web. Shamar spins around in circles trying to escape.

Makani places the ti leaf prayer on a rock ledge and leaves.

As the spider nears her pray, Shamar changes back into human form. He pulls the web off of his body and throws it down in frustration.

Vibrations ascend from the ti leaf prayer higher and higher into the air.

EXT. OUTER SPACE – DARK

The sun (Ka la) and the moon (Mahina) catch some of the vibrations as they rise. Some vibrations rise higher even higher into space. Kala and Mahina send vibration messages back and forth to each other. Mahina blows a gust of wind at the Earth.

EXT. NAPALI COAST – DAY

The wind picks up suddenly and the sky clouds up. Na'ilima knows it's time to batten down the hatches. He asks the kids to hold onto some of the loose items like food and surfboards. The Navigator takes his paddle and tries to prevent the canoe from veering too close to some churning water.

Scrub and Jake as bees, are sucked in by the wind and brought towards the canoe. They cling onto the sail.

It turns out that the small churning water is a giant whirlpool and the canoe is getting sucked into its pull. The storm is increasingly worse with thunder, lightning and wind.

The Kids all grab paddles and try to direct the vessel the other direction. Bucky is inexperienced in paddling and looses a paddle. The storm is too strong. Even Na'ilima is looking frightened, as they now have no control over being sucked into the eye of the whirlpool.

BUCK0003219

Round and round, the canoe circles until they hit the center. A white light overtakes them and they disappear.

EXT. OCEAN SOMEWHERE – NIGHT

The waves rock the canoe front up and down like a roller coaster. Everyone has survived the journey, even the bees whose wings are rain-soaked and can't fly. Na'ilima and Kimo use kalabashes to take out the water that has pooled up on the floor of the canoe. Kimo unknowingly scoops the bees and empties them out into the ocean.

Underwater, Scrub and Jake realize their abilities to shape-shift and change into sharks. Now, they really have it out for the heroes, especially Kimo.

The canoe bobs up and down in the treacherous waters. A strange fiery land mass appears in front of them. Nai'lima, the trusted leader in this situation is puzzled on what it might be that lies ahead of them. This scares the kids to know that even he, is uncertain about their whereabouts. The fire becomes more identifiable as they sail closer. The fire is Lava, and Pele the fire Goddess can be seen looming above the exploding Mauna Loa on the Big Island.

Out of the water, jumps Scrub in shark form. He takes a giant chomp out of one of the hulls of the canoe. Then, Jake joins in on dismantling other parts of the canoe. Leolani informs everyone on what Makani had told her about warding off sharks. She demonstrates by striking Jake over the nose with a paddle. This knocks him for a loop.

Bucky is not sure what to do and then Scrub takes a bite out of the wall of the canoe right next to him. Luckily, Cosmo has picked up a paddle and strikes Scrub on the nose.

Na'ilima and Kimo are busy trying to keep the canoe steady in the storm.

This is when Bucky remembers Makani's words on aumakua. He says a little silent prayer and calls out for help. Leolani overhears but is too busy battling sharks.

Mahina shines above them. She hears Bucky's vibrations of prayer and stops blowing wind.

The storm stops and the waters are calm again. Sailing toward the island becomes much easier.

 The sharks come back for more. This time Scrub grabs a hold of Cosmo's paddle, bites it in two and swallows it. Nai'lima has never seen such behavior from sharks before.

Hau'oli the dolphin appears in the water next to them. Bucky's aumakua has heard the call. Hau'oli battles the sharks with his nose. The Dolphin's ability to maneuver around the Sharks sends both of them away scared.

BUCK0003220

Bucky realizes his prayer power is real.

EXT. SOUTH POINT – BIG ISLAND – SUNSET

The Hui is tired. They take their supplies from the canoe and unload them on shore. Na'ilima decides it's best to set up camp here so they can rest.

Bucky wanders down the beach by himself. Off in the horizon is a silhouette of a Man with a surfboard standing on the water. The Man image tells him, no matter what he's always around. Even when he's not in sight, he's always close by. This gives Bucky a new inspiration.

EXT. SOUTH POINT – BIG ISLAND – NEXT MORNING

Everyone is sleeping on a green sand beach. The battered sailing canoe is beached.

Scrub and Jake as sharks have found their enemies on the beach. They spy on them from shallow water. It seems better to be on land so they change back into bees. Now they appear above the sleeping crew laughing and plotting their helpless victims.

Jake sees Bucky sleeping on the sand. Jake gives him a sting on the neck. Bucky wakes everyone up with his yell. Jake is very pleased.

EXT. LAVA COVERED AREA – DAY

This is a strange land where destiny has lead them. Na'ilima points out that they're on the Big Island. Only, things seem different. There should be a road where they're standing. He is extremely baffled.

EXT. SMALL VALLEY – DAY

The kids are led by Na'ilima around a bend and find a vantage point. They overlook a valley where a Hawaiian village is still thriving.
A typical ahupuaa (pie pieced shape of land Hawaiians lived on) district can be seen. Pili grass huts are scattered about the land. Some Men surround a smoldering imu. (underground oven) Taro (kalo) patches surround the outer edges of the district. Groves of fruit trees are spread across the land.

Some Women are teaching their Children to weave together baskets out of the hala tree leaves.

A Man teaches his Son how to pound the taro root into poi on a rock.

CHEIF KAWAI has paddled in on an outrigger canoe. The Chief is wearing a feather cape and hat. He steps onto the land of his district. His men carry the day's supply of fish behind him. His Wife, with a Baby in her hands, meets him.

BUCK0003221

On the hill, everyone realizes they are in the wrong time. This village doesn't exist in their time. Nai'lima tells the kids that they must be cautious and watch every step they take. One wrong move could alter the future. The ancient Hawaiians must not see them.

As Na'ilima lectures, he realizes he's only talking to half of the kids. Bucky has disappeared. Kimo and Cosmo have followed after. They are seen in the distance paddling out to waves breaking off of a black sand beach. The ancient Hawaiians could easily see them if they were looking that direction.

Na'ilima explains that the kids are about to surf the famous surf break called, Drainpipes, off of the black sand beach called Kalapana. Kalapana was destroyed by a flow from the Kilauea volcano in nineteen-ninety.

EXT. KALAPANA – DAY

Nai'lima and Leolani hurry down to nab their friends out of the water. From there, they can see the Hawaiian village just down the beach a ways.

Jake and Scrub have followed everyone and realize they can do more damage as sharks then bees in this situation. They transform and swim out to get the Surfers. They still have a personal vendetta against Kimo.

A big wave knocks down Bucky and washes him onto a dry reef table. Nai'lima and Leolani walk out to the reef and help pick him up. His inexperience on waves still shows.

In the water, Cosmo rides a perfect wave a far distance. His board is immediately grabbed by Jake and chomped to pieces. Cosmo slips his leg out of the leash and swims for shore. Jake swallows the whole board, and it changes his shark shape into surfboard shape.

On shore, they can see their friends in trouble with the sharks. Leolani chants for their safety and protection.

Hau'oli the dolphin answers her call immediately. This time He brought his pal Bombshell the green sea turtle to help battle the sharks. Scrub finds Kimo from underwater and prepares for the attack. Bombshell intervenes by nipping Scrub. This results in Kimo riding a great wave into shore where his friends await him.

Hau'oli wards off Jake by swimming circles around him till he's dizzy. Cosmo paddles to shore.

Nearby, some bushes crackle and a young Hawaiian girl named KEAHE reveals herself. She giggles at the strangers she sees.

BUCK0003222

Bucky has seen the girl of his dreams. He is in awe. She smiles at him, he blushes.

Nai'lima tells everyone to run. Kimo and Cosmo still don't understand but follow everyone anyway.

EXT. SMALL HILL – DAY

Everyone catches their breath after the heavy run. Kimo and Cosmo are informed that they are in the wrong time.

Just then, Keahe appears standing right in front of them, not scared, just giggling and as if she'd been there the whole time. She asks them where they got their funny clothes.

Na'ilima tries to be the responsible one and explains a lie that they came from a far off island. Of course, she knows all of the islands in the pacific, with her knowledge of navigation that her Father has taught her. This island isn't one she's heard of, in fact, there's no island where Na'ilima says they're from.

Bucky spills the beans, because of his little crush he has.

 Leolani has to intervene by asking how they might get back. Keahe says only the spirit world can help them and points up the fiery mountain at Pele. The Goddess doesn't like when large groups try to approach her. Keahe points to the evidence of some imprints in the lava where some Warriors had fallen in an attempt to approach her. The Warriors weren't being respectful in their approach.

Someone must go, who will it be? Nai'lima, is the group's choice, but he feels he must stay and make sure no mistakes are made that would jeopardize the future world.

A Pueo lands close by them. Only Bucky and Keahe notice him. The Pueo looks into Bucky's eyes and says that he must free the land. Keahe is the only other one with the ability to hear from him. To the rest, it's just bird-calls.

Bucky must go. The others are shocked that Bucky of all people, is who Keahe picks. They must trust Keahe, she knows the land the best. Bucky trembles in fear, as he looks up at Pele's burning mountain.

The others will stay and gather supplies to repair the damaged canoe. Leolani gives Bucky her Niihau shell bracelet for good luck. Nai'lima gives Bucky his stone adze (Polynesian wood carving tool) in case he may need it. Cosmo's got an extra surfboard back home that's Bucky's if they make it back. Kimo encourages him to make Hawaii his home.

The bees have just made it back, this time a little more tired and beat-up. They must keep an eye on Bucky, that's their orders, so they follow him.

BUCK0003223

INT. COUNTY RECORDS ROOM – PRESENT DAY – DAY

Makani is buried in rolls of paper up to his neck, looking for archeological sights. He takes the last roll of paper off of the shelf and it's what he's looking for. Makani has found something good. He holds onto an important piece of paper.

Shamar, in bee form, keeps trying to fit threw a small space in between a window crack. He changes into a centipede and is able to slip threw the gap. He's got to stop Makani, so he speeds up quickly to try and bite Makani's leg. Makani decides to stand up and unknowingly squashes Shamar by stepping backwards.

EXT. AIRPORT – PRESENT DAY – DAY

Private Investigator MUDDWELL enters the airport security area. He is short detective in a plaid suit with a big accessory case strapped to his belt. A contraption he built, allows him to look threw his magnifying glass hands free. This warps his face from magnification and we never see him any different.  His bushy mustache is his nose.

He is interrogating airport personnel. Muddwell asks if they have seen a little blond boy. Bucky's parents have sent Muddwell to track their missing boy. Search parties have been started around Bucky's home in New Mexico as well. The Detective is investigating the surf camp scam. He climbs in his rental car and drives off.

EXT. DOCKING AREA – PRESENT DAY- DAY

Makani is concerned because the canoe is not docked where it should be.

EXT. MOUNTAIN TOP – PRESENT DAY – DAY

Makani sits quietly in his sanctuary until the Pueo flies from behind Waioli falls.

The Pueo informs Makani that everyone is in another world. It's up to them to make the right choices to return. Makani is still very concerned but has the faith that the combination of resources the group has will bring them back.

Shamar spies in bee form and witnesses the communication.

EXT. SLOPES OF MAUNA LOA – PAST – DAY

Bucky and Keahe ascend the steep face of the mountain. Keahe is strong, she has no problem with steep terrain. Bucky on the other hand, struggles with each step.

Keahe asks if Bucky comes from a royal family. Bucky replies no, but asks why she would ask that. She wonders how Bucky obtained his gifts of Mana, because in her culture only the royal obtain these gifts. Bucky learns that she is princess and is learning these gifts.

BUCK0003224

The bees are tired of flying. All they can do is whisper words of discouragement in Bucky's ears. He hears he'll never make it to the top, or Pele will destroy him.

Discouragement comes quickly when they leave the good weather behind. Higher up in elevation the clouds roll in and the wind begins to whistle. They trek up the steep grade as the wind and rain slants sideways down on them.

A dark rain cloud with an angry face, purposefully angles rain, so they can barely make their way up the mountain. Keahe points to a dark cave not far up the slope.

EXT. RAIN FOREST – DARK CAVE – PRESENT DAY - DAY

Shamar is now in human form. He brings the Dark Entity a feast in a wheelbarrow. In return, he wants to make sure that the kids never make it back from the past. The food is sucked into the cave. The Dark Entity agrees.

Shamar also complains that it's getting harder for him to shift back to human. With no more food to offer, he gets no answer in return.

EXT. SMALL VALLEY – PAST – DAY

Chief Kawai sits down to eat his bowl of food. He takes his cape and helmet off to be more comfortable. His men check the food wrapped in ti-leafs in the imu.

Kamapuaa the pig-god sneaks around the village site in his human form. He spots the Chief's feather cape and hat laying on a rock. Kamapuaa shape-shifts into a pig. With his snout, he grabs both items and runs off.

EXT. RIDGE – PAST – DAY

Meanwhile, Na'ilima and the Hui are carefully sneaking up the ridgeline in search of some supplies. They are careful not to make any noise. Below in the valley, is the Hawaiian village. They tiptoe in search of a breadfruit tree. The wood will be used for the damaged hull of the canoe.

EXT. SMALL VALLEY – PAST – DAY

The Hawaiian Chief finishes his bowl of food then goes to put his cape and helmet back on. He is infuriated when his much valued attire is missing. His men have not seen it.

EXT. RIDGE – PAST – DAY

The ground is loose volcanic rock and the heroes don't realize that it is crumbling little pebbles down below.

BUCK0003225

Little pebbles hit bigger ones, that hit even bigger ones, and down they roll into the valley.

EXT. SMALL VALLEY- PAST – DAY

The rocks roll right next to the Chief and his men. He suspects their rivals from another valley have stolen his cape and helmet.

EXT. RIDGE – PAST – DAY

Kimo has been chosen as the lookout while the others cut pieces from a breadfruit tree that they need. He has his surfboard rested on some rocks next to a forest.

Na'ilima teaches the kids that anytime you take from the land you have to give it back. He keeps a cutting from the chopped breadfruit tree and plants it in the ground.

Kimo realizes his surfboard is gone. He peers into the forest and sees Stink the Menehune running away with it. (Menehunes are a small mythical people that are thought to run the forest in ancient Hawaii. Now thought to be the original small stature Polynesians that inhabited before the larger people arrived.)

Kimo must get his board back. Na'ilima insists because a modern surfboard could seriously alter history.

Just then, they can see the tops of spears running toward them from below. So, they jump into the forest and follow the same route that the Menehune took.

EXT. SLOPES OF MAUNA  LOA – PAST – DAY

The wind is still fiercely blowing at Bucky and Keahe. It is too much for the bees and they're blown away.

The Pueo appears and shows them to keep progressing toward the cave.

As they make it higher, the storm suddenly stops. They are above the clouds.

Once at the top, Keahe hands the offerings to him. Ohelo berries are wrapped in ti-leaves for Pele. Bucky enters the cave.

INT. CAVE – PAST - DAY

A deep Woman's voice booms from the lava. "How dare somebody approach me!" The dark cave quickly illuminates with bright orange lava colors. The sound of eruption nears closer and closer. Bucky places the offerings on a rock and takes some steps back. Something big is about to happen.

BUCK0003226

The approaching thunderous sound suddenly explodes. Lava rises in all directions and covers the outsides of the cave. Pele's head and torso emerge from a tower of lava and smoke. The Goddess looms over Keahe and Bucky with her hands on her hips.

She gripes that she was busy flowing threw one of her new tubes and rudely interrupted.

Bucky emphasizes that they left offerings in return for help on finding a way back.

At first the Goddess seams very hesitant to comply but extends her torso and the tower of lava higher contemplate.  She pinches her lips in deep thought and frowns.

Unexpectedly, she lunges forward and comes face to face with Bucky. He steps back a bit to shield himself, from the heat.

She gives him this riddle:
Over the Kalo patch, threw the saddle under the Koa tree and at the dragon's heel.
They must hurry, because the portal will close soon.
Then she warns them that their journey will be on the hog-man's territory not hers.

INT. RUNNED DOWN SHACK – PRESENT DAY – DAY

Investigator Muddwell enters a run down building that say's, surf camp.

Keoni is busy counting money behind a cobweb ridden counter. He is rude as usual, but the persistent investigator doesn't except rudeness, he wants answers. Keoni insists that they're closed.

The sun, shines threw the shack, then shines threw the Detective's magnifying glass, straight onto Keoni's forehead and begins to cook it. Keoni insists that he doesn't know anything about a little blond kid.

That's when Muddwell discovers Bucky's broken piggy bank on a table. He confiscates it even though, Keoni argues otherwise.

The piggy bank is dusted for fingerprints. Different ones can be seen. He finds a match with those on the piggy bank and in his fold out. With this evidence, the Detective seizes the bank and exits the building.

EXT. FUTURE DEVELOPMENT SITE – PRESENT DAY – DAY

Makani is disguised as a bush and sneaks past the security guard.

Once past security, he searches the area for any possible sights of ancient Hawaii. In his hands is the important map of archeological sites.

Shamar is in bee form again. He flies over to the Security Guard to try to warn him that Makani is trespassing. With as many hand movements as he can, he tries to get the guard's attention but can't. He also is unable to change back into human form. The guard thinks some pesky bee is bothering him so he swats Shamar down with a rolled up magazine.

EXT. NATIVE RAINFOREST – PAST – DAY

Big Doctor Suess like ohia lehua trees and Giant tree ferns tower over Na'ilima and the kids. They quickly run and hide behind a large rock.

The Chief and his Men rush by in pursuit of the cape snatcher.

One of the Men studies a footprint on the ground made by one of the kids. He shows the Chief that there isn't any toe marks from bare feet. He's really looking at a shoe-print. The footprints lead behind the rock.

Behind the rock there's nobody there but the footprints lead deeper in the forest.

Everyone is hanging up in tree, holding on for life.

EXT. SLOPES OF MAUNA  LOA – PAST – DAY

Going down is a lot easier then going up for Bucky and Keahe. Discouragement and confusion drowns Bucky's hopes. He doesn't understand how he's going to figure out the riddle and make it back in time.

Keahe knows where the saddle is, and can take him that far.

EXT. DEEP NATIVE FOREST – PAST – DAY

Three Menehunes stand in a human chain and pass rocks to each other to make a heiau. (Hawaiian alter) Kimo's surfboard is resting next to the heiau on some rocks.

Nai'lima and the group are spying from a giant tree fern. Kimo needs to get his surfboard back but it's too much in the open. Leolani asks everyone to follow her.

Meanwhile the Chief and his two Trackers are not far behind. They again follow the group's toe-less footprints toward their hiding spot.

In a swift movement, they jump from the tree, Leolani grabs the board, they get to a raging stream and place the surfboard at the inlet. All four, quickly sit on the board and take a quick ride down the rapids escaping the Menehunes before there's time for them to react.

BUCK0003228

Just then, the Chief and his Men come out in the open and find the Menehune's, standing helpless. The Chief automatically accuses them and chases after the little people.

The Menehunes copy the runaway crew and take a banana tree leaf to sail down the rapids on.

This doesn't stop the Chief and his men. They jump in and bodysurf down the stream.

EXT. STREAM BANK – PAST – DAY

Next, to some roaring rapids, Keahe washes her dirty foot in the water. This serves as a peaceful rest stop from a long journey.

Bucky picks a white hibiscus flower and gives it to Keahe. She blushes.

Suddenly, Bucky's friends zoom down the rapids next to them. There's no way for them to stop. Cosmo yells out Bucky's name and it echoes the area.

Then, the water becomes a busy highway. Menehunes on a banana leaf flow by followed by the Chief and his Men body surfing the flowing water.

The Chief recognizes his daughter and screams out her name as he flows by. Keahes name echoes the area.

Bucky must find his friends to hurry and take them back to the future. The adze Nai'lima gave him will come in handy in chopping some kind of flotation devise for them. Keahe shows him that Koa wood is the right wood for this purpose. This familiarizes Bucky with Koa trees so he knows what one looks like for the solving of the riddle.

EXT.  RUNNED DOWN SHACK – PRESENT DAY – DAY

Investigator Muddwell has found Scrub and Jake's old car. He brushes on the white finger print powder where the door handle is. The fingerprints match some of those on the piggy bank.

He then finds red-dirt inside the tire treads. With a stick, he gathers a sample and places it in his evidence bag.

Keoni is spying from the window of the shack.

EXT. FUTURE DEVELOPMENT SITE – PRESENT DAY – DAY

Makani has become discouraged in his search for any archeological sites for the day. There is much more land toward the waterfall to search but the leaves of camouflage begin to wilt in the hot sun.

BUCK0003229

Shamar is still in bee form. Stars circle around his head from being swatted. He snaps out of it and can see Makani escaping his camouflage. With a Quick tactic, he flies through the air and stings Security Guard as he's dosing off. The Guard suddenly jumps up in time to catch Makani exiting the premises.

Makani is climbing on the fence and a whistle blows at him. He hustles his big body over and darts to his truck.

Shamar flies and follows the truck.

EXT. OVERHEAD VIEW OF FOREST – PAST – DAY

Scrub and Jake buzz over trees and have a birds-eye-view advantage in search of Bucky. They find Bucky and Keahe next to the stream. The Bees accelerate down to them.

Bucky and Keahe have created a make shift craft to take them down the stream. They quickly pile in and take on the raging waters.

Scrub and Jake transform into large mean piranha like fish and follow after down the rapids.

EXT. SMALL BODY OF WATER – PAST – DAY

Nai'lima and the crew have flowed with the stream until it empties into a stagnant pool. The surfboard has stopped. Kimo is thrilled with the ride they just took.

Some noises come from upstream, they must run and hide but there's no place to go except to a small clump of bamboo.

The Menehunes fly through the air on their banana leaf at the last rapid of river before it becomes lake. They make a small splash landing.

The Hawaiians body surf into the pool and make a big splash.

The Hui is nowhere to be found. They are underwater using hollow bamboo shoots as breathing tubes.

Absent mindedly, they forgot about the surfboard that floats on top of the water. Its fluorescent colors cannot be missed in the nature setting.

The Menehunes find the surfboard, grab it and make their escape between two giant mountains before the Chief and his men can scramble through the water.

EXT. UPSTREAM – PAST – DAY

Keahe and Bucky make there way easily down the rushing stream in the new craft.

BUCK0003230

The dorsal fins of Scrub and Jake begin to tail behind them.

Bucky is having a blast taking on the rushing water.The back end where Bucky sits is abruptly ripped off by one of the Piranah's jaws. There is little time to react but Bucky knows to call on his Aumakua to come save him.

The vessel is quickly filling up with water. Another piranah bite rips off one of the outer walls. Keahe begins to chant lightly.

The Pueo flies over the stream with a coconut in it's claws. One coconut is dropped onto Jake's piranah head. This knocks him out for a moment.

Scrub rips off the other outer wall of the craft. Now the kids are just coasting on a flat board.

Another bite splits Bucky and Keahe onto two separate flat pieces of wood.

Pueo drops another coconut directly on Scrub's head and sends him seeing stars.

This is Bucky's time to show off his surfing abilities to Keahe. He stands up on the board and rides the rapids down. She is a little timid but catches on and stands up. They both surf down the rapids with the Pueo following overhead.

EXT. SMALL BODY OF WATER – PAST – DAY

The Chief finally gives up on pursuing his stolen cape and hat. He gripes about the Menehunes and their thievery. His men promise that a new cape and hat can be made.

EXT. UPSTREAM – PAST- DAY

The waters are becoming calm enough that Bucky and Keahe have a chance to rest in a small nook. At that moment, Keahe spots the top of giant spears walking close by the stream. She recognizes her Father and his Men. She pulls Bucky to the side.

This is as far as she can take Bucky. This is where they must say good-bye. She must walk back with her father. Bucky gives her a flower and a kiss. Keahe blushes. They are both sad but know they each have their own journey's to follow.

Bucky is unsure about the riddle and finding his way. Keahe points to the center of the mountains, Mauna Kea and Mauna Loa. This is the saddle. She reminds him that he has a guide, the Pueo who patiently waits for him in a tree.

Bucky surfs down the rapids on the little board.

EXT. SMALL BODY OF WATER – PAST – DAY

BUCK0003231

Everyone emerges from the water at the same time and gasps for breath. Thanks to Na'ilima's bamboo inventions, they were able to remain un-seen the whole time. Leolani makes sure to replace her ruined flower.

Bucky arrives from the stream on his little board and skids across the surface of the water to where his friends stand. The Hui cheers when they see him. They can't believe he made it to the same place.

Na'ilima mentions that he can tell Bucky has gained wisdom on his trek to see Pele. He and the others can see it in him. Everyone gives him love and praise. In the morning, they will make the journey back.


EXT. MUDDY ROAD – PRESENT DAY – DAY

The Investigator finds a red-dirt road that leads deep into the forest. He matches the red-dirt with what he found in the tire-tread. This is an important clue so he follows the road.

EXT. RAIN FOREST – DARK CAVE - PRESENT DAY – DAY

The Detective finds the wheelbarrows that were used for delivering food. He peers his head inside the dark cave but there is only some chicken bones.

Three sets of shoe prints are found. He measures each one with his tape measure.

EXT. FUTURE DEVELOPMENT SITE – PRESENT DAY

The Detective follows a red-dirt trail that leads to the site of development. The tracks lead underneath the gate of the wire fence. From here he can see protesters with picket signs.

The Detective shows a picture of Bucky to protesters. Burp and Cracker, Schmitty and Tiny recognize him immediately as the hero that staying at Makani's house.

INT. MAKANI'S HOUSE – PRESENT DAY – NIGHT

It's time for dinner, and Auntie Ruth turns off the stove. She brings a nice plate of kalua pig and rice to the table. Makani is tired from his long day of searching.

They discuss how quiet it is without Leilani and the kids around. Makani is concerned for everyone on the journey.

Auntie Ruth suggests that maybe they're back in time for a reason. Maybe, it's an answer to prayers. Something good might reveal itself. Her optimism enlightens Makani.

28

EXT. MAKANI'S HOUSE – PRESENT DAY – NIGHT

Shamar stands at the front door in human form. He concentrates hard and turns into an
alligator. This upsets him, so he concentrates again. He goes from rabbit, to elephant, to
rat and finally centipede. Now, he can fit underneath the gap of the door.

INT. MAKANI'S HOUSE – PRESENT DAY - NIGHT

Shamar  as a centipede, crawls underneath the kitchen table where Makani and Auntie
Ruth eat. He finds the important archeological paper next to Makani and grabs it with his
mouth.

Makani and Auntie Ruth are too busy eating and conversing to notice Shamar slip under
the crack of the door with the paper.

EXT. MAKANI'S HOUSE – PRESENT DAY – NIGHT

At the front door, Shamar tries to change himself back to human form. He squeezes real
hard but becomes a bee. Third times a charm, he's a human again.

INT. MAKANI'S LIVING ROOM – PRESENT DAY – NIGHT

Meanwhile, Makani is conversing with the Pueo threw an open window. The Pueo shows
the vision of the time travel porthole getting smaller. Makani decides that some extra
chanting and prayer is needed early in the morning.

EXT. NAPUA'S HOUSE – PRESENT DAY – NIGHT

Shamar has lit the important piece of paper on fire. He laughs as it burns into ash.

Behind a car is Investigator Muddwell, keeping an eye on the house. He takes a tape
measure to Shamar's footprint and it matches the one of the one's at the cave. This seems
like a reason to follow Shamar.

EXT. TARO PATCH – PAST – MORNING

Na'ilima pounds Poi out of taro roots. Everyone has been put to work making rations for
the journey ahead.

EXT. THE SADDLE – PAST – MORNING

It's a grueling hike between the two mountains. Everyone is exhausted from the climb
and sweating profusely.

BUCK0003233

Scrub and Jake in bee form, follow behind at a distant pace. That's when they observe other bees pollinating some flowers. This gives them an idea. They follow some bees back to their hive.

INT. BEE HIVE – PAST- MORNING

The Guardians to the hive first stop Scrub and Jake at the entrance. They express that they have urgent news for the Queen.

The two Goons are brought to the Queen bee sitting on a thrown. She wears a Hawaiian queen's robe. The two are definitely out of place. They are some strange looking bees.

Scrub warns the Queen about invaders who are taking all of the flowers and none will be left for pollinating.

EXT. THE SADDLE – PAST – MORNING

The Queen is escorted by her Two Guardians. Scrub and Jake point t the Hui climbing over the ridge. Leolani stops and picks a new hibiscus flower from a plant and replaces an old wilted one behind her ear.

The Queen is convinced they are a threat to the world of flower pollinating.

EXT. KOA FOREST – PAST – MORNING

The stand looking at a koa forest as far as the eye can see. Looking for the right koa tree is going to be a serious under taking. Nai'lima is curious if Pele meant just one Koa tree. Bucky goes over the riddle again.

Cosmo skips ahead in the riddle and focuses on the dragon's heel. He thinks the dragon could be a crocodile. Leolani reminds him that Hawaii doesn't have crocodiles, and that he's stuck in Australia.

A thunderous buzzing sound enters the quiet setting.

The Hui looks up to see a cloud of black dots invading the sunny sky. It's a pack of bees preparing for attack.

Scrub and Jake lead the army  and command a dive bomb on the humans.

All five of them retreat for the forest as the pack of black dots swoops in a big v-shape of attack.

EXT. MOUNTAIN TOP – PRESENT DAY – MORNING

BUCK0003234

Makani is deeply burdened by his worries for the kids. He thinks he has lost the important archeological map. He has a large pile of ti-leaf wrapped rocks in front of him.

The Pueo suddenly lands near by and shows Makani a vision of his friends in the past running from bees. They are in serious danger. The portal is now closing smaller.

Makani performs some serious chanting and says an extensive prayer and chant.

EXT. KOA FOREST – PAST – MORNING

The bees zoom down, one after another trying to destroy the heroes.

Kimo bats away some bees with a stick.

EXT. OUTER SPACE – PAST – DARK

Mahina answers Makani's prayer vibration by communicating to the cloud with the angry face on it. The Cloud accelerates and expands at the same time.

EXT. KOA FOREST – PAST – MORNING

The sky darkens rapidly above. Fierce trade winds follow. The bees are instantly blown away. Branches fly off of trees and some up-root.

Bucky is suddenly picked up in the air by the wind. Everyone else is also picked up and blown away threw the air.

The wind carries everyone far through the air until they crash land on a soft carpet of ferns. Everyone is disoriented by the fall.

The wind tapers off and clouds begin to clear.

When Bucky comes to, he murmurs that he has failed his calling. Time must have run out. They are probably stuck here forever.

When Nai'lima stands up and brushes himself off, he pauses at the sight of a giant Koa tree standing on a hill. Underneath it is a small lava tube. He announces that they've found it. There's no mistaking that this is it.

Bucky's hopes are revived. This is the portal and it's slowly growing smaller.

 Kamapuaa the pig man enters the picture. He wears the Chief's stolen attire while standing upright but in pig form. His hands stay human. The bristles run down his back.

BUCK0003235

With a snort, he holds out his arm and projects hau bush ( An impassible intertwined entanglement of thicket; wild hibiscus) at the portal. An infinite barricade of the plant blocks the way to the lava tube. Kama laughs out loud, with some more snorts.

Leolani tries to reason with the hog-man but he laughs at her. Then he decides to surround everyone in deep hau. The plant rapidly grows around everyone.

Na'ilima knows there's no time to loose. He takes out his adze and begins chopping away at the tangled mess.

Kimo uses his brutal strength to physically break the branches with his bare hands.

Leolani mentions that it's time for them to combine their mana and call for help. She and Bucky close their eyes and concentrate. Cosmo is next to them and joins them in chanting.

A thunderous sound works it's way closer to the group. The Earth rumbles.

EXT. MAUNA LOA SUMMIT – PAST – DAY

Pele explodes and out comes a massive eruption. Lava oozes out and colors the mountain bright orange.

The Menehunes nearby, catch the vibrations from the prayers.

EXT. SMALL VALLEY – PAST – DAY

Chief Kaiwi, his wife, Keahe and the Men can see the fiery Goddess at work. They become spectators to the event.

Keahe holds the flower that Bucky gave her, keeping him in her thoughts.

EXT. KOA FOREST- PAST- DAY

Lava begins to flood the hau and set fire to some of it.

The Menehunes have come to the rescue. One of them still has the surfboard. They help rip apart the hau that surrounds the group. They help make a clear path to the closing lava tube. The lava is approaching rapidly.

With the combined strength of everyone, the hau is ripped away from the tube. The tube itself is looking very small already.

Pele's lava rolls quickly toward them, eating away everything it comes into contact with.

BUCK0003236

It's now or never, Na,ilima makes sure everyone enters the closing portal before it collapses.

Kimo wants to bargain with Stink the Menehune to get his surfboard back, but there's no time.

Nai'lima is last to squeeze through the portal.

The orange lava mows over Kama's creation of hau then floods toward him. He scurries away like a little piglet. Pele is too strong for him this time.

As the portal shrinks to grape size, Scrub and Jake buzz into the hole just in time for the final closure.

INT. LAVA TUBE- PAST/PRESENT – DAY

Everyone moves toward the light at the end of the tunnel. The light turns into a blurry blend of colors. They are behind a waterfall. When they walk around the raging falls, Hanalei bay lays in front of them. The landscape is dotted with houses. They've made it back to present day. Birds chirp at their arrival.

EXT. MAKANI'S PORCH – DAY

Makani sits with Auntie Ruth drinking tea at the table. They watch the waves roll in and wish the kids were riding them.
The Pueo appears Leolani, Bucky, Kimo, Nai'lima and Cosmo into the picture.

Makani and Auntie Ruth jump with excitement. Everyone gives each other hugs in this moment of reunion.

INT. RUNNED DOWN SHACK – DAY

Scrub and Jake have reunited with Shamar in human form. He scolds them for being imbeciles and letting the kids return.

Keoni is also there. He promises that there are five new kids that have fallen for the surf camp scam. Shamar could care less.

Detective Muddwell has been spying through a windowless window frame the whole time.

EXT. MAKANI'S PORCH – DAY

It's story-telling time about the adventure. Bucky is asked to re-tell the riddle that Pele gave him.

BUCK0003237

He begins to tell it and pauses at the dragon's heel part. They have not found this part of the riddle.

Makani understands the riddle. A blank look is on everyone's face.

EXT. HANALEI PIER – DAY

Bucky and Nai'lima are on the pier with Makani. From here, Makani points out the body of the dragon that makes up the mountain range. Now they can see the heel of the dragon.

All of them are saddened that the wire fence extends all the way up to the dragons heel. This brings up the unsolved development problem. Pele said to go, so they must.

EXT. HANALEI BAY- SKY – DAY

Na'ilima transports Bucky and Makani in a gyro-copter. They hover high over the development sight. The dragon's heel is below them. The craft begins to lower and they prepare for landing.

EXT. DEVELOPMENT SIGHT – DAY

Keoni is security at the site. He witnesses the gyro-copter land.

Protesters on the other side of the fence cheer at the sight of this.

Keoni flips open his cell phone and calls Shamar.

Shamar is on his way in his Rolls Royce, screeching tires and speeding through Hanalei. Tourists run out of the road.

EXT. DRAGON'S HEEL – DAY

Makani stops at the sight of an ancient petroglyph in the ground.

Bucky looks inside the bushes and finds a large pile of rocks. Na'ilima takes a look and confirms that it's a heiau. This is the answer Makani's been looking for.

From a loud speaker, they can hear Shamar telling them that they're trespassing on private land.

Na'ilima attaches a rope to some bushes then climbs in his craft.

EXT. PROTEST SIGHT – DAY

BUCK0003238

Bruddah Schmitty and Tiny, Burp and Cracker, Shot, Bubbles and others witness
Na'ilima rip the bushes out of the way by flying up with the rope attached. This reveals
the heiau to the Spectators.

The Protesters cheer. The land is saved.

EXT. DEVELOPMENT SIGHT – DAY

 In anger, Shamar throws down his megaphone. He knows he's been defeated.

EXT. MAKANI'S ROOF – DAY

Auntie Ruth, Leolani, Cosmo and Kimo jump up and down in happiness. They can see
the heiau.

EXT. DRAGON'S HEEL – DAY

On top of the heiau lies Kimo's surfboard.

Bucky is so happy, he believed and held on just a little longer. Makani congratulates him
for it. The Pueo flies overhead.

On the other side of the heiau, a Menehune appears and gives a shaka (hang loose hand
symbol) to the screen.

EXT. DEVELOPMENT SIGHT – DAY

Shamar, Scrub and Jake are very angry watching the protesters tear down the wire fence.
There must be something they can do. They go to the cave.

Out of nowhere, Investigator Muddwell handcuffs Shamar and places him under arrest
for running a surf camp scam.

Shamar switches into bee form. The cuffs fall to the ground. Scrub and Jake convert to
bees and follow Shamar flying away.

Muddwell has a scowl on his face.

EXT. RAINFOREST – DARK CAVE –DAY

Shamar and the two Goons approach the cave as bees. Shamar begs for help from the
Dark Entity.

This time, they didn't bring offerings. This upsets the Entity, so he zaps the evil trio into
cockroaches. The Cockroaches run away into the forest.

BUCK0003239

35

The Entity decides to walk out of the cave into the light. It's Kamapuaa, the hog-man. He wears the cape and helmet in his half-man-pig-form. He smiles and takes a bite of a chicken dumpling.

EXT. HANALEI BEACH – SUNSET

Campfires are lit up and down the beach. The locals enjoy their playground once again.

The pop-up tent is back, Bucky and the Hui have a celebration.

Kimo and Cosmo invite Bucky to check out the incredible surf that awaits them. Auntie Ruth mentions that the land is happy again and its reward is great surf.

Inspector Muddwell walks up to Bucky and opens his infinite bag of gadgets. This time he has a computer screen with Bucky's parents via live communication.

His parents forgive him for running away. They just want to make sure he is safe. His Father regrets not supporting his dreams. Leolani lets them know that Bucky saved the land. He is a hero in Hawaii.

Inspector Muddwell removes his magnifying contraption from his face and we see his head is a lot smaller then his body. He grabs some food and joins in on the fun.

With that resolved, Bucky paddles out into the great surf.

Kimo rides a spectacular wave.

Cosmo wipes out but recovers with his usual happy self.

Na'ilima flows down a wave on his outrigger canoe.

Bucky drops into the biggest most spectacular wave of the evening. Happy and Bombshell join in on the ride down. Everyone cheers for him. He has now mastered surfing.

There is a beautiful sunset in the background.

EXT. HANALEI BEACH - EVENING

The ocean washes some sand away and reveals an ancient petroglyph of a Hawaiian sailing canoe.

The moonlight reflects on the ocean and becomes a vivid rippling transport once more.

EXT. HANALEI VALLEY- KAUAI – NIGHT

BUCK0003240

36

"…and that's the story of a young boy."
The friendly Dragon is done telling the story. He takes a puff at his pipe. The Dragon lays back into the bay and blends back in with the scenery.

THE END

BUCK0003241