# EXHIBIT 9

**Exhibit 005**
BUCK WOODALL



Copyright © 2003
Buck Creations Multimedia, Buck Woodall
All Rights Reserved

## Bucky's Creator...

**BUCK WOODALL** was born in Taos, New Mexico in September 1973. He was raised in the mountains surrounding the majestic Taos Pueblo. After graduating from high school in 1992, he began his career as an artist, studying under his talented art professor Michael Martinez. He then went on to attend the Ringling School of Art and Design in Sarasota, Florida, where he studied illustration.

After school he moved to the Big Island of Hawaii for three years. During this time, he was teaching art at a private high school, instructing windsurfing, and developing his reputation as a talented surfboard airbrush designer on the island. Due to the great beauty of the island, his fascination with the Hawaiian culture, and his art skills, the idea for his animated film "Bucky" was born. He began drawing and creating, however had the desire to return to school.

©Copyright, 2003 & WGA Registered
Buck Creations Multimedia, Buck Woodall

BUCKPRIV0002235
BUCKPRIV0002235

In 1996 he decided to relocate to the mainland to further his education. He studied Computer Technology at the University of New Mexico. This entailed: HTML, Computer Graphics, Business Applications, and Web Development. During this time he interned at La Plaza Telecommunications as a web designer. Later, he successfully produced, directed, and illustrated animation, and website development. He also took a freelance acting course, which sparked a new passion, and knew he had to make it be a part of his future. This led to his discovery and love for film. As a result, in 1997 he enrolled at the American Film Institute in Hollywood, CA. He intensively studied and learned about all aspects of film, and filmmaking, including animation. This further inspired his insightful animation project *Bucky*.

He discovered that the Multimedia industry was booming, and started his own business called Buck Creations Multimedia. His goal being, to offer services including graphic design, website development, illustration, animation, fine art, murals, and airbrush art. He returned to the Big Island Hawaii, where he partnered with Motherland Surf Company as Creative Director and took them on as a top client. He was responsible for planning and organizing all events, creating and developing designs for a clothing line, arranging various promotions such as the organization of musical events, planning advertising campaigns, designing posters, flyers, newspaper ads, and television spots, creating extensive websites using live models, digital photography, animation, and video.  Also through out this time, he was continually developing his animation project in terms of the story, characters, and background art.

Buck decided to take a year off, to take time to surf and grow spiritually. He went to Todos Santos, Mexico, to his family's retreat in Southern Baja where they reside part-time through out the year. He focused on surfing and the advancement of his animation. After time he began to miss his love, Hawaii.

©Copyright, 2003 & WGA Registered
Buck Creations Multimedia  Buck Woodall

BUCKPRIV0002236
BUCKPRIV0002236

He returned to Hawaii, but yet to another island. The fantastic Garden Island, Kauai for it's rich culture, magical beauty, and world-renowned surfing. This island has truly inspired the majority of his artwork, and specifically the background scenery for *Bucky*. After intensive character development, and research, he again retuned to Taos, New Mexico to extend his animation skills. He graduated with a degree in Multimedia from the University of New Mexico.

After the completion of his education he returned to Kauai, where he currently resides, to fulfill his dream of making *Bucky* finally come to life. Through years of hard work and determination, belief, and the help of many kind, diligent, inspired people, the animation is on its way to life.



Copyright© Buck Creations Multimedia
Buck Woodall, 2003
**All rights reserved**

©Copyright, 2003 & WGA Registered
Buck Creations Multimedia, Buck Woodall

24

**BUCKPRIV0002237**
BUCKPRIV0002237



Copyright © 2003 Buck Creations Multimedia, Buck Woodall
All Rights Reserved

**Bucky** is an animated feature created, written and illustrated by Buck Woodall of Kauai, Hawaii.

Bucky will bestow influential and prevailing messages for people through our intention of combining, life in Hawaii today with Hawaiian mythology and folklore...this includes of course, Hawaii's predominant sport: SURFING!

*The synopsis...*

BUCKY is a young surfer who leaves his hometown in New Mexico, and adapts to a new life on the island of Kauai, Hawaii.  He has a good group of friends who introduce him to surfing, and a Kahuna Grandfather who teaches him about Hawaiian mythology and folklore.  Bucky discovers that he is able to call upon Spirit and Animal helpers who guide him in life and through times of danger.  He adores a lovely, and beautiful island princess named Keahe. Bucky elludes many perilous situations by overcoming Tiger the Shark, The Evil Bee Pack, Ancient Hawaiian Warriors, and the classic mean local guys. Bucky and his friends learn lessons and survive challenges, which result in making a positive difference in Hawaii today.

©Copyright, 2003 & WGA Registered
Buck Creations Multimedia, Buck Woodall

3

BUCKPRIV0002238
BUCKPRIV0002238

**The Story...** we have left the script open to allow any creative department the ability to write according to their particular style. However, our guidelines and focus are within the following storyline (s) and character development.

*...now let's go surfing...*
Bucky is a quiet and sensitive boy seeking freedom from the emotional pain of loosing his father. In need of change, Bucky leaves his homeland (New Mexico) to live with his Grandfather in Hawaii. A very wise native Hawaiian man "Napua" teaches Bucky of Hawaiian mythology and folklore. Bucky soon meets a good group of friends, who encourage him to surf. As destiny would have it, Bucky discovers surfing is the very exercise he needs to feel balanced and healthy.

Bucky spends time with Napua and Auntie Ruth, who welcome him into their home with true Aloha. Bucky is introduced to Aunty Ruth's daughter, Leolani who quickly becomes a good friend. Bucky spends time getting familiar with Hanalei, the locals, the surf spots, and the magical beauty of the island. He also learns of the issues negatively impacting Kauai and Hawaii as a whole. (At this point in the script, we would like to emphasize the realities that are impacting the state: mass development, high rent issues, territorialism (in the surf and on the land), and environmental abuse). Bucky and his friends want to do something to help make a positive change.

(At this point in the script, we see a few years pass and Bucky growing into a strong young man).

Bucky and his friends decide to set out on a sailing journey to find perfect waves. Along the way they discover a mysterious cave and are pulled into a time vortex that leads them to the past. Bucky and his friends find out what it is like to live in ancient Hawaii. Along the way they have many adventures. They meet the "Talking Tiki Brothers", "Pueo the Hawaiian Owl", "Java the Crazy Tiki Monster", "Stink the Menehune", "Smokey the Mystical Dragon", and <u>many</u> others who make them laugh and lighten up their spirits along the way. Bucky and his pals make new friends and learn several valuable lessons on their quest.

©Copyright, 2003 & WGA Registered
Buck Creations Multimedia, Buck Woodall

4

BUCKPRIV0002239
BUCKPRIV0002239

The animal helpers bring them to their friends who are sipping coconuts while awaiting their return on a nearby beach. The gang is united. They decide it is time to form a circle and ask the Great Spirit for help in finding their way home. Keahe then receives a prophecy from Kala (the sun) and Mahina (the moon). The instruction is that Bucky must get barreled in the tube of a wave at a specific place during the full moon. Only then will he return and ask Napua to help the others get back to modern day Hawaii.

Upon his arrival home Bucky has a talk with Napua and learns that Keahe is no ordinary girl, but a princess descendant of a long line of native Hawaiian royalty and it is the will of her ancestors that she is to transport home with Bucky and the others in order to help restore Hawaii and the Hawaiian culture. Her guardian spirit ancestors have been watching Bucky and ask him to marry and help her adjust to modern day civilization in Hawaii. Bucky is honored and agrees to marry and care for Keahe for as long as they both live.

With the special blessing of Napua and the ancestor spirits, Bucky returns to the past through the wave porthole and explains what needs to be done. Keahe confesses her God given love for Bucky and accepts. The gang comes together to have a special ceremony along a beautiful sea ledge cropping out into the aqua blue ocean. Bucky and Keahe forge rings for each other made from turtle shells and the gang makes Ni'i Hau shell neck laces and plumeria flower leis for everyone to wear. The two take their vows, kiss and suddenly a great porthole opens out of the ocean sky! The whole gang is lead into the porthole by a rainbow of colorful light and return to the island paradise they know best.

After the long and dangerous adventure Bucky proves to himself and the gods that he is worthy of their royal princess. In spirit, Bucky is a warrior battling between good and evil, struggling to survive. He develops his mind, spirit, and body and with this newfound strength his friends and family love, honor and respect him. He is given a Hawaiian name, "Kavika".

©Copyright, 2003 & WGA Registered
Buck Creations Multimedia, Buck Woodall

6

While exploring old Hawaii Bucky and the gang eventually have a run in with Keahe, a beautiful Hawaiian girl. Bucky, naturally falls instantly in a trance and soon learns there is a price for everything, even true love. In hot pursuit for Keahe's heart, Bucky is trying to impress her with his surfing ability. Caught off guard Bucky and Keahe are violently separated from their friends by a fierce south pacific hurricane. In dangerous trouble, Bucky realizes he is being tested by the gods.  Hungry, desperate and alone, Keahe and Bucky are forced to forage for island fruits, spear fish, hunt wild boar and chickens for food. Eventually they must find their way home.

Lost in the jungle the two accidentally run into "The Evil Bee Pack". Barely eluding the nasty Bees they end up getting captured by native Hawaiian warriors seeking to take their lives for trespassing on their sacred island Heiau. The angry Hawaiians take Bucky and Keahe to their ruler.  The Hawaiian King is merciful and Bucky and Keahe are given a Hawaiian sailing canoe. They thank the Hawaiian people for their gracious aloha and manage to navigate through fierce waves and treacherous coral reefs. Guided by the spirits and stars in the sky, Bucky and Keahe sail along the Na Pali coast of Kauai in search of the cave-site where Bucky and his friends originally landed. Tested to the maximum of their abilities both physically and spiritually they face a final test. Finding the cave they enter, hoping to return to their family, home and present time.  To their unpleasant surprise, they are forced to escape the wrath of "Tiger" a very large hungry shark. Feverishly circling the deep blue ocean cave Tiger has claimed the cave for his new home and hunting ground. Intending to kill, the vicious shark attacks the canoe. His mighty jaws clamp onto the hull while Bucky and Keahe struggle to stay out of the water. They pass the test by praying for the animal helpers to save them. "Bombshell the sea turtle" swims into the cave to lure Tiger away from the sinking canoe and "Happy the dolphin" rams into his side. Tiger retreats!  Bombshell and Happy save the day! Bucky and Keahe ride on the backs of the dolphin and sea turtle to safety.

©Copyright, 2003 & WGA Registered
Buck Creations Multimedia, Buck Woodall

5

BUCKPRIV0002241
BUCKPRIV0002241

## GOOD GUYS:

### BUCKY

Bucky is a young surfer boy with the special ability of traveling through wave tubes that lead him into the past and future of Hawaii. The eternal boy: optimistic, enthusiastic. Everyone likes him. He's an independent spirit. He's very physical with an incredible sense of balance, strength and grace. Bucky enjoys the thrill of riding waves. Bucky is thin, tan, blonde and wears red shorts with a white stripe on one side.

### Napua

A native Hawaiian Kahuna. Napua is a teacher of Hawaiian mythology and folklore. A wise and loving man with gentle eyes and long white hair. Napua is jolly, a bit chubby and has a tattoo on his left arm. He loves to care for his taro patch and wife Aunty Ruth. Napua lives in an old plantation style shack with cascading water falls near by. He surfs, weaves baskets and loves to fish. Although, his most favorite past time is telling stories of old Hawaii.

### Auntie Ruth (Luka)

Wife of Napua, Luka always speaks with a loving tone in her voice. She is soft spoken, gentle and kind. Luka loves to make flower leis from Plumeria trees. If she's not making leis she is cooking for her beloved husband Napua. Luka has strong faith and believes in the power of prayer. She calls on the Aumakua's (spirits) of old Hawaii to care for her family and loved ones. Ruth grew up surfing and playing in the warm Hawaiian ocean waters. She is naturally one with the ocean.

### Leolani

Graceful daughter of Napua and Auntie Ruth, Leolani is Bucky's life saving Hanai (adopted) sister who has taken him under her wing into her beautiful, yet dangerous world. Hawaii is new and exciting but very foreign to Bucky. It is Leolani's grace that invites Bucky into an otherwise uninvited entrance to her local group of friends on Kauai.

©Copyright, 2003 & WGA Registered
Buck Creations Multimedia, Buck Woodall

8

BUCKPRIV0002242
BUCKPRIV0002242

### Cosmo

Bucky's Australian surf buddy. Cosmo is a radical surfer dude with a totally cosmic sense of humor. Cosmo has a witty intelligence. His favorite past time is getting barreled in wave tubes, "shacked" as he would put it. Cosmo is always there for Bucky. A true pal to Bucky and his gang of friends.

### Kimo

Kimo is not the brightest branch on the tree but has a heart of gold. Stout and strong, Kimo is a brave wave rider who is never afraid to paddle out into the huge Hawaiian surf. Kimo speaks thick pidgin English (local Hawaiian slang). Kimo's favorite pass time is driving around the island with his friends in his big yellow truck in search of good surf.

### Sharon

The talented young surf star with lots of zeal. Sharon is always up beat and enthusiastic. She is sometimes obnoxious. Sharon grew up in the ritzy neighborhood and likes it that way. She is the best surfer girl on the pro surfing tour. Hawaii born Sharon is what Hawaiians call a local Haole (Meaning: Caucasian foreigner. A term used frequently by local Hawaiian's referring to people who have moved to the islands). Sharon's fame and fortune have lead her to think quite highly of herself and her ego has naturally made her look a bit shallow and ditsy in the eyes of her friends. Everyone still loves her since after all she is a local girl.

### Keahe

Keahe is Bucky's dream girl. The ultimate Hawaiian Princess. She is sophisticated, smart, funny and very talented. She can Hula dance like the gentle breeze and has a strong spiritual energy about her. Keahe is true royalty with the elegance and gracious manners that come from a Queen. Keahe possesses a meek quiet spirit that sets into Bucky's heart and soul without him allowing it. It's a mystical attraction brought on by "Cupid's Bow" but ordained by The Great Spirit in the Heavens.

©Copyright, 2003 & WGA Registered
Buck Creations Multimedia, Buck Woodall

9

BUCKPRIV0002243
BUCKPRIV0002243

## Sky

The most laid back surfer in the world. Sky is a classic surfer. The only things important to Sky are the waves, his surfboard and surf wax. As long as he has these three very essential ingredients Sky is ultra happy. A bit shy when it comes to the girls Sky is one who tends to be quiet most of the time. He is a vegetarian and would not hurt a fly. He also likes to meditate for hours on the beach in between surf sessions.

## BAD GUYS:

## Realtor & Developer

The realtor and developer are the instigators of a huge development plan on Kauai. Bucky & his group of friends rise up against them in a political battle to save a local surf break. These characters are responsible for destroying a large span of coral reef on the island. Because of a reckless bull dozing team working under a plan designed to make the realtor and developer large sums of money many fish and other sea creatures have suffered or died. Mudslides are created during heavy rains washing soil into the ocean from the new dirt roads and cleared lots. The soiled rainwater then flows into the ocean and covers the coral reef destroying the existing sea life that has been thriving for centuries.

## Scrub

The obnoxious loud mouth who always speaks his mind, never holding back a remark Scrub is not a friendly person. He looks like an easy going, laid back kind of guy but inside lives a snide, rude and conniving rip-off.  Yes, Scrub is a kleptomaniac who cannot seem to keep his hands off of miscellaneous tourist belongings. While hiding in the dark pine trees near beaches, his victims go for a swim in the ocean. Scrub then quickly snatches everything from sun tan lotion to diamond rings. He does not work alone. His ally Jake is nearly always watching his back while Scrub performs his dirty looting. Jake is a mean local boy who gives everyone stink eye (mean looks) as they pass by.

©Copyright, 2003 & WGA Registered
Buck Creations Multimedia, Buck Woodall

10

BUCKPRIV0002244
BUCKPRIV0002244

**Jake**
A mean local boy who gives everyone stink eye (mean looks) as they pass by. Jake is a very competitive die-hard surfer who entered and won many surf contests in the amateur circuit of Hawaii. Jake does not always play fair as he cheated his way through several events. Jake grew up in the city of Honolulu and has picked up some nasty habits along the way. Raised by his ex convict uncle, he was not reared properly. Always up to no good, Jake hates tourists and visitors to Hawaii. Second to surfing, his favorite pass time is painting graffiti on posted real estate and highway signs.

**Shamar**
Leader of the rival gang. Shamar is an evil scam artist who is trying to cash in on a local hotel development project. He has talked Japanese investors into building a billion dollar resort on a picture perfect beach. Bucky and friends are against this development because it means the destruction of a local surf break and all the marine life living in the live coral reef. Shamar is dark in complexion and his eyes are black and blood shot red. His voice is deep like the voice of James Earl Jones and he laughs like a wicked Devil.

**Keoni**
Keoni is a short, angry, local guy sometimes seen hanging around the beach parks with Scrub and Jake. Keoni is a poser, surfer and has many bad habits like burping out load and picking his nose in public. Keoni is very unattractive and he thinks the world owes him everything. He hates work and likes to sleep in till one or two in the afternoon every day.

**EVIL BEE BACK:**

**Da Bee**
Angry leader of The Evil Bee Pack. Nasty and ruthless Da Bee will go through anything to lead Bucky to destruction. He is the devil in disguise! Always complaining. Never satisfied. Da Bee doesn't have any particular powers past the skill of seductive suggestion. This causes people to give into temptation, follow their worst instincts, act impulsively, and do things they know better not to do.

©Copyright, 2003 & WGA Registered
Buck Creations Multimedia, Buck Woodall

11

BUCKPRIV0002245
BUCKPRIV0002245

### Jr. Bee

Disgruntled, only child of Da Bee (leader of The Bee Pack). He is very conniving and malicious with no understanding of compassion. Mercy does not exist in his pea brain mind. His weakness is naturally, honey.

### Tiki Bee

Tiki Bee is the lying, cheating, two-faced sidekick of Da Bee (leader of The Bee Pack). He can never do anything right and always makes a fool of himself and the rest of The Bee Pack. He is constantly speaking out of turn and is basically a babbling fool.

## FRIENDS & FAMILY:

### Keoki

Keoki is a jolly man who likes to grow organic vegetables on his land in Kilauea Farms, Kauai. He is up early every day caring for his crop and can usually be found at the farmers market on Saturday mornings. If the surf is good Keoki may not show up, he is likely to be on his long board surfing Hanalei Bay.

### Java

Java is a crazy Tiki monster that lives in the coffee fields of Kauai. He is very territorial and has a personality similar to "The Tasmanian Devil". He shouts "Kapu"(no trespassing) and other bizarre noises to those who walk through his coffee fields.

### Shot

Having a very unfortunate accident at a young age, Shot fell off the top bunk of his bed when he was a kid. Shot is weird and very lonely, always looking to latch onto Bucky and his friends in their activities. They humor him but try to loose his bizarre and unwanted company every chance they get.

©Copyright, 2003 & WGA Registered
Buck Creations Multimedia, Buck Woodall

12

BUCKPRIV0002246
BUCKPRIV0002246

**Stink**

Menehune (little man). Stink is a warrior in his own mind. He is an excellent tracker and hunter. Stink spends his time collecting wild plums for pie and hunts wild bore with a spear. He is a resident of the rain forest in Kauai. Stink lives in a small hut made from Hawaiian grasses and coco palms. He is generally a hermit and has little interest in the outside world.

**Burp & Cracker**

Burp is a Born Again Christian who hangs around town (Hanalei) with his parrot "Cracker". He really likes conversation and tries to talk to just about every random person who happens to pass by. He is an alcoholic but has strong beliefs in Jesus being his savior and is constantly claiming Bible promises of forgiveness and mercy. Burp is generally harmless and very loving.

**Oakley**

Oakley is a crazy surfer who moved to Hawaii from California. He is always hyper, likes to listen to load music and never stops talking. He likes to wear sculpting gel in his hair and spikes it straight up. He means well despite his wild ways. Bucky and his friends know Oakley would never let down anyone, not intentionally anyway.

**Lilia**

Lilia is a hula dancing instructor and good friend of Auntie Ruth. She is Japanese and her family has lived in Hawaii for three generations. Her grandfather worked in the sugarcane fields when she was a baby. Lilia enjoys talking to people about the Aloha spirit.

**Nai'lima**

Nai'lima is a native Hawaiian wood carver and canoe builder. He enjoys his time working with his hands carving the native woods of Hawaii. Bucky learns the art of carving wood into Hawaiian Gods and Hawaiian outrigger canoes from Nai'lima, his hanai uncle. Nai'lima also has the special knowledge and gift of navigating by the stars in the sky. This was passed down to him through many generations. His great, great Grandfather came to Hawaii on the first voyage across the ocean from Tahiti.

©Copyright, 2003 & WGA Registered
Buck Creations Multimedia. Buck Woodall

13

BUCKPRIV0002247
BUCKPRIV0002247

**Braddah Smitty & Tiny**
These two characters look like lean, mean tough guys. Everyone on the island shows them respect. Braddah Smitty and Tiny were orphans who grew up together. Braddah Smitty likes to play His Ukulele and Tiny enjoys picking Opee'ee (shellfish that grow on lava rocks along the shoreline) all day long. In truth the two are really marshmallows under their tough exterior. They are friends with Bucky and his friends.

**Sterling**
Bucky's Indian friend from Taos, New Mexico. Sterling enjoys woodcutting for a living and in his spare time he might be found rock climbing, bow hunting, hand fishing or looking for arrowheads. He is very active and strong. He has long flowing hair and wears silver hoop earrings on both ears. Sterling is Bucky's best friend back home in Taos.

**Lina**
Lina is a beautiful Mermaid of the deep blue Pacific Ocean. She has long black hair and wears a swimsuit top made from shells. Her lips are bright red and her eyes blue and green like the sea. Lina loves her home in the Islands and is thought to be a myth. Bucky learns this is not so. She can be seen very early in the morning's sun bathing on lava rock ledges by the sea.

**Bubbles**
Bubble's is a total surf bum. He is hilarious and doesn't even know it. He sadly lost his mind some time back. Locals believe he has had too much sun. Bubble's is always a joy to see and doesn't have a mean bone in his body. He is also an awesome surfer!

**Menehune Family**
Menehune's are the little people who live in the forest. They don't like many humans and stay away from modern civilization. They are hunters and gatherers. They live off the land eating, bananas, papayas, mangoes, macadamia nuts, guava, fish and chickens. They are also known for stealing taro from farmers in Hanalei to make poi.

©Copyright, 2003 & WGA Registered
Buck Creations Multimedia, Buck Woodall

14

BUCKPRIV0002248
BUCKPRIV0002248

### Little Joe
100-year-old Indian man who was present for Bucky's birth in New Mexico. Bucky was born in a log cabin Hogan while his father and many others where praying in a teepee during a Native American ceremony. Bucky's middle name is Dua'kaoi (Good day). Bucky was blessed by Little Joe first thing in the morning after his birth. Little Joe fanned him with the smoke of burning cedar using an eagle feather and prayed for him to have a good life.

### Oscar and Jane – Bucky's Parents
Oscar and Jane are Bucky's parents. They live in Taos, New Mexico. Jane met Bucky's father in Oahu before he finished college. Jane was visiting Waikiki during a family vacation. She was in need of a surf lesson and Oscar happened to be one of the beach boys. They married two months later and moved to Taos for a change in scenery. Eventually Bucky was born.


## SPIRIT HELPERS:

### Great Spirit
The Great Spirit pays a visit to Bucky one day while sitting on the beach. Bucky is very discouraged and feeling depressed when the spirit appears in the form of a strong grown man. Holding a surfboard he walks out of the white wash of the surf and speaks to Bucky. The young boy is encouraged and visualizes himself as a grown man.

### Waterfalls
The waterfalls in Kauai have a mystical spirit that speaks to Bucky when he looks into the foaming white wash beneath the cascading cool waters. This is one of the many magical forces of the Aina's (island's) Mana (spiritual power) that keep him strong.

### Kala & Mahina
Kala & Mahina (the sun and the moon) are always watching over mother earth. They are the powerful rulers of the wind, rain and snow. They create tornadoes, hurricanes, tidal waves, earthquakes and every other natural force of weather in our world. They are concerned for our planet and are keeping a close eye on man.

©Copyright, 2003 & WGA Registered
Buck Creations Multimedia  Buck Woodall

15

BUCKPRIV0002249
BUCKPRIV0002249

**Pele**
Pele (The Volcano Goddess) is a very powerful energy force. The maker of the Hawaiian Islands Pele rose from the depths of the Pacific Ocean and created Hawaii. To this day she is building the islands as Kilauea Volcano continues to flow on The Big Island. She gives land and takes it away as the black sands and palm trees of Kalapana beach were covered by molten lava in 1992. When called upon she may come to listen and help those in need of her. Many offerings have been made to Pele out of respect for her mercy and power.

**Pua**
The flower fairy lives in the rolling hills in the high county of Kauai. She enjoys flying about the blossoming flowers and green grass. She often beds down on mushroom tops to sleep. Bucky meets her one-day while exploring the island.

**Mele**
The spirit of Mele (Mary) comforts Bucky when missing his mother at home in New Mexico. He has a picture of Mele in his room above his bed. Mele blesses Bucky with calmness and peace.

**Takamura**
The dark angel, Takamura comes out at night when the moon is full and tries to seduce Bucky to drink his secret potion. He is not totally evil but lonely and is constantly trying to trap other souls into the middle world where he is stuck for all eternity. His character is similar to Gollum from The Lord Of The Rings.

**The Talking Tiki Brothers**
The Talking Tiki brothers are a couple of loud mouths. They are comedians who like to talk story in pidgin English (Hawaiian slang). There mission in life is to make people laugh and they definitely do their jobs. They look mean and nasty but they are actually very friendly.

©Copyright, 2003 & WGA Registered
Buck Creations Multimedia, Buck Woodall

16

BUCKPRIV0002250
BUCKPRIV0002250

**Guardian Angel**
The Great Spirit sends a guardian angel to watch over Bucky because Jane (Bucky's mother) has prayed for the angel to protect him on his journey to and around Hawaii. She is very concerned as Bucky is adventurous and she is aware of the dangers that await him.

## ANIMAL FRIENDS:

**Smokey (The Mystical Dragon)**
Smokey lives in the mountains surrounding majestic Hanalei Bay. He only comes out at night during a full moon. Smokey likes to fly through the misty valleys of the north shore on Kauai. Most locals only know him as a myth but Bucky has a real live encounter with him.

**Pedro The Lost Pelican**
Pedro is from Baja, Mexico. He some how lost his way and ended up in Kauai, Hawaii. He speaks with a very strong Spanish accent. Pedro generally spends his time looking for sardines to eat. He's a bit clumsy and sometimes runs into sail boats, palm trees and other foreign objects floating in the ocean.

**Happy The Dolphin**
Happy is an Australian dolphin. He is very playful and acrobatic. He loves to perform stunts like, back flips, high jumps and spins through the air. He will also play beach volleyball if prompted. Happy is Bucky's guardian in the ocean. He protects Bucky from Tiger the shark.

**Bombshell**
Bombshell is a beautiful green turtle that saves Bucky and Keahe from danger. She is often swimming around Bucky and his friends while they surf. She is a female turtle with a British accent and is very prissy. She is constantly looking for a mate and wants to have some baby turtles. It is Bombshell's life dream to raise a family.

©Copyright, 2003 & WGA Registered
Buck Creations Multimedia, Buck Woodall

BUCKPRIV0002251
BUCKPRIV0002251

## Iva

The albatross is a beautiful bird that soars high above the ocean waters surrounding Hawaii. He helps guide Bucky back to shore when lost at sea on a Hawaiian sailing canoe. The Iva is very large and dark brown in color. The majestic bird flies around in circles when it finds fish and swoops upon them when surfacing from the depths of the ocean.

## Ne'ne's

The Ne'ne's (Hawaiian Geese) like to hang around the high country in the Hawaiian Islands. They spend most of there time feeding on greens and the occasional insect. Ne'ne's are very friendly and social. They stick together in flocks, sometimes up to twenty or more. They often fly through the sky in v-shaped patterns at dusk.

## Pueo

The Hawaiian owl (Pueo) is a mystical creature of the forest. Pueo comes out to hunt mice and other small rodents at dusk. It is considered a blessing to see Pueo in Hawaii. When and if it happens, one should never point their finger at Pueo, as it could become a curse.

## Tusk

Tusk the wild boar of Hawaii. Tusk is very aggressive; he has been known to kill hunting dogs. Many Hawaiian hunters go after Tusk to feed their families. Somehow he has managed to survive to this day. Tusk is very pesky as he is always getting into farms and gardens. People often put up fences to keep him away from their crops.

## Slick

Slick the Hawaiian Monk Seal. He is very bashful and loves to sun bathe on the beaches of Kauai. He usually goes where there are few people since he does not like to be disturbed during rest. Slick eats fish and is a very fast swimmer. His character is similar to Winnie The Pooh's, Eeyore.

## Io

The Hawaiian Hawk is rarely seen. An amazing creature the Io is cunning and very aggressive. When hunting the Hawaiian hawk feeds on mice, chickens, mongoose, lizards and other small birds. Bucky is fortunate enough to see one while traveling through the jungle on the Big Island near Kilauea volcano.

©Copyright, 2003 & WGA Registered
Buck Creations Multimedia, Buck Woodall

BUCKPRIV0002252
BUCKPRIV0002252

**Zippy**

Zippy is a humming bird that likes to follow Bucky around on his adventures. He speaks to Bucky by chirping and making gestures. Zippy is very intuitive and senses danger easily. Bucky always looks to Zippy to get a second opinion when making decisions.

**Tiger**

Tiger is a very large Tiger Shark living in the ocean along the north shore of Kauai. He hunts the murky waters of river mouths flowing into the warm south pacific sea. Tiger feeds on sea turtles, monk seals, fish and occasionally surfers.



Copyright © 2003
Buck Creations Multimedia, Buck Woodall
All Rights Reserved

©Copyright, 2003 & WGA Registered
Buck Creations Multimedia, Buck Woodall

19

BUCKPRIV0002253
BUCKPRIV0002253



BUCKPRIV0002254
BUCKPRIV0002254



BUCKPRIV0002255
BUCKPRIV0002255



BUCKPRIV0002256
BUCKPRIV0002256



BUCKPRIV0002257
BUCKPRIV0002257



BUCKPRIV0002258
BUCKPRIV0002258




BUCKPRIV0002259
BUCKPRIV0002259



BUCKPRIV0002260
BUCKPRIV0002260



BUCKPRIV0002261
BUCKPRIV0002261



BUCKPRIV0002262
BUCKPRIV0002262



BUCKPRIV0002263
BUCKPRIV0002263



BUCKPRIV0002264
BUCKPRIV0002264



BUCKPRIV0002265
BUCKPRIV0002265



BUCKPRIV0002266
BUCKPRIV0002266



BUCKPRIV0002267
BUCKPRIV0002267




BUCKPRIV0002268
BUCKPRIV0002268



BUCKPRIV0002269
BUCKPRIV0002269



BUCKPRIV0002270
BUCKPRIV0002270



BUCKPRIV0002271
BUCKPRIV0002271



BUCKPRIV0002272
BUCKPRIV0002272

■ NA'ILIMA (NA'I)   age 20's ■

Tall, stout, native Hawaiian whose ancestors date back to when the Tahitians first arrived on the islands. He's a native Hawaiian wood carver and canoe builder who is very knowledgable of Hawaii's culture and lore.  Na'i also knows how to navigate by the stars in the Hawaiian sky. He lives and works in a rented hut on Makani's Taro plantation. Loves to surf with the local kids.  He leads Bucky on a voyage into ancient Hawaii.





BUCKPRIV0002274
BUCKPRIV0002274



BUCKPRIV0002275
BUCKPRIV0002275



BUCKPRIV0002276
BUCKPRIV0002276



BUCKPRIV0002277
BUCKPRIV0002277



BUCKPRIV0002278
BUCKPRIV0002278



BUCKPRIV0002279
BUCKPRIV0002279



BUCKPRIV0002280
BUCKPRIV0002280



BUCKPRIV0002281
BUCKPRIV0002281



Pele's Hair

BUCKPRIV0002282
BUCKPRIV0002282



BUCKPRIV0002283
BUCKPRIV0002283



BUCKPRIV0002284
BUCKPRIV0002284



BUCKPRIV0002285
BUCKPRIV0002285



**BUCKPRIV0002286**
BUCKPRIV0002286



BUCKPRIV0002287
BUCKPRIV0002287



BUCKPRIV0002288
BUCKPRIV0002288



# Java The Crazy Tiki Monster

BUCKPRIV0002289
BUCKPRIV0002289



**BUCKPRIV0002290**
BUCKPRIV0002290

# Iva

The albatross is a beautiful bird that soars high above the ocean waters surrounding Hawaii. He helps guide Bucky back to shore when lost at sea on a Hawaiian sailing canoe. The Iva is very large and dark brown in color. The majestic bird flies around in circles when it finds fish and swoops upon them when surfacing from the depths of the ocean.

BUCKPRIV0002291
BUCKPRIV0002291



BUCKPRIV0002292
BUCKPRIV0002292



**BUCKPRIV0002293**
BUCKPRIV0002293