# EXHIBIT 10

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-749-546**

Effective date of registration:

December 5, 2014

---

### Title
- **Title of Work:** Bucky The Surfer Boy

### Completion/Publication
- **Year of Completion:** 2014

### Author
- **Author:** Buck Goodday Woodall
- **Author Created:** text
- **Work made for hire:** Yes
- **Citizen of:** United States

### Copyright claimant
- **Copyright Claimant:** Buck Goodday Woodall
  PO Box 1170, Hanalei, HI, 96714, United States

### Limitation of copyright claim
- **Material excluded from this claim:** text
- **Previous registration and year:** VAu000624809  2004-05-25
- **New material included in claim:** revisions/additions to text

### Rights and Permissions
- **Name:** Buck Goodday Woodall
- **Email:** buckwoodall@yahoo.com        **Telephone:** 808-282-1181

### Certification
- **Name:** Buck Goodday Woodall
- **Date:** December 5, 2014

---

- **Correspondence:** Yes

Page 1 of 1

BUCK0003187

```
Type of Work:       Visual Material

Registration Number / Date:
                    VAu000624809 / 2004-05-25

Title:              Bucky : an animated feature project.

Description:        1 v.

Notes:              Artwork & text.

Copyright Claimant:
                    Buck G. Woodall, 1973-

Date of Creation:   2003

Variant title:      Bucky : an animated feature project.

Names:              Woodall, Buck G., 1973-

================================================================================
```

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VAu 624 – 809**

EFFECTIVE DATE OF REGISTRATION
5 - 25 - 04

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼: **BUCKY**
Nature of This Work ▼: **Animation Art**

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** 
a. NAME OF AUTHOR ▼: **BUCK G. WOODALL**
DATES OF BIRTH AND DEATH
Year Born ▼ **1973**   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☒ No
Author's Nationality or Domicile: Citizen of **USA**
Was This Author's Contribution to the Work:
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

Nature of Authorship Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture  ☐ Map  ☐ Technical drawing
☒ 2 Dimensional artwork   ☐ Photograph  ☒ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

b. Name of Author ▼
Dates of Birth and Death: Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
Author's Nationality or Domicile: Citizen of ___ Domiciled in ___
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

Nature of Authorship
☐ 3 Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3** 
a. Year in Which Creation of This Work Was Completed: **DEC. 1, 2003**
b. Date and Nation of First Publication of This Particular Work: Month ___ Day ___ Year ___ Nation ___

**4** COPYRIGHT CLAIMANT(S): 
**BUCK G. WOODALL
P O BOX 563
Hanalei, HI 96714**

APPLICATION RECEIVED: MAY 25 2004
ONE DEPOSIT RECEIVED: MAY 25 2004
TWO DEPOSITS RECEIVED:
FUNDS RECEIVED:

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

BUCK0003189

EXAMINED BY ___S/SW___  FORM VA

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR COPYRIGHT OFFICE USE ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼ _____ **Year of Registration** ▼ _____

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a **Name** ▼ _____ **Account Number** ▼ _____

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

BUCK G. WOODALL
PO BOX 563
HANALEI, HI 96714

Area code and daytime telephone number  808-645-1168   Fax number  808 828-6185
Email  buckwoodall@yahoo.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶ ☒ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

BUCK G. WOODALL                                    Date APRIL 28, 2004

Handwritten signature (X) ▼
X _[signature]_

**9**
Certificate will be mailed in window envelope to this address

Name ▼
BUCK G. WOODALL
Number/Street/Apt ▼
P.O. BOX 563
City/State/ZIP ▼
HANALEI, HI 96714

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—30,000  Web Rev. June 2002  ● Printed on recycled paper    U.S. Government Printing Office: 2003-496-605/60,026

BUCK0003190

```
Type of Work:      Dramatic Work and Music; or Choreography

Registration Number / Date:
                   PAu003749546 / 2014-12-05

Application Title: Bucky The Surfer Boy.

Title:             Bucky The Surfer Boy.

Description:       Electronic file (eService)

Copyright Claimant:
                   Buck Goodday Woodall.

Date of Creation:  2014

Authorship on Application:
                   Buck Goodday Woodall, employer for hire; Citizenship:
                      United States. Authorship: text.

Previous Registration:
                   2004-05-25, VAu000624809.

Pre-existing Material:
                   text.

Basis of Claim:    revisions/additions to text.

Rights and Permissions:
                   Buck Goodday Woodall, (808) 282-1181, buckwoodall@yahoo.com

Copyright Note:    C.O. correspondence.

Names:             Woodall, Buck Goodday

================================================================================
```

Writers Guild of America, west Script Registration - WGAw Registry 4/25/17 9:11 PM



# Please Print This Page For Your Records

## Registration Confirmation

**Please print this page for your records.**

## Registration Number : 1145937

Thank you for your registration. Your material has been successfully registered with the WGA Intellectual Property Registry. Registrations are valid for a term of five years and can be renewed upon expiration. Please remember that changes cannot be made once material has been registered with the WGAw Intellectual Property Online Registration Service.

Should you have any questions regarding your online registration, please mail or fax your photo ID along with your written request to the Intellectual Property Registry at (323) 782-4803.

We greatly appreciate your business and would like your feedback. Click here to let us know your thoughts and suggestions about our service.

### Registered Item Information:

| | |
|---|---|
| Material Type : | SCREENPLAY |
| Intended Medium : | SCREEN |
| Item Title : | Bucky & The Hui |
| Filename : | TREATMENT-BUCKY-&-THE-HUI.doc |
| Submission Date : | 7/25/2006 2:19:53 PM |

### Registrant/Author Information:

| | |
|---|---|
| Registrant ID : | 585755383 |
| Registrant Last Name : | Woodall |
| Registrant First Name : | Buck |
| Registrant Middle Name : | G |

### Credit Card was Charged:

| | |
|---|---|
| Credit Card # : | XXXXXXXXX-9085 |
| Name on Card: | Buck Woodall |
| Credit Card Expiration Date(mmyy) : | 0209 |

file:///users/macbookpro/Desktop/Bucky%20Copyright%20Docs./Writers%20Guild%20Registration-treatment.webarchive          Page 1 of 2

BUCK0003192