# EXHIBIT 39



9/22/04

Hi Jenny,

  Here is the script and DVD you requested.  I designed the DVD so you could view three separate parts.

   1-  Storyboard animatic for a short surfing scene.
   2-  Character development (includes all character development drawings w/color and some background drawings including color for general feel of series.
   3-  One minute pilot. ( I only have this in a low resolution as it was designed for the web.)  Note: The name has been changed from Bucky & Da Hui to Bucky.

 If you will, please sign the enclosed confidentiality sheet and mail to:

Buck Creations
P.O. Box 585
Arroyo Seco, N.M. 87514.

 I look forward to seeing Bucky animated.  Hopefully through Mandeville and Disney.

 Thank you so much for all your help and please let me know if you need me to work

more on this package.

                                   Kind regards, Buck Woodall

 505 758-1422
 buckwoodall@yahoo.com



BUCK0009760