# EXHIBIT 58

**Jenny Marchick**
2435 N. Beachwood Dr. #6 Hollywood, CA 90068
310-369-3191 (W)          310.467.2023 (C)          jenny.marchick@gmail.com

# E X P E R I E N C E

**Twentieth Century Fox**
Director, Production and Development                                                                                          11/07 - present
  Worked on produced movies THE TOOTH FAIRY, DATE NIGHT, KNIGHT AND DAY, and GULLIVER'S TRAVELS. Acquired and oversaw development for AVON MAN (Hugh Jackman to star, Kevin Lima to direct, set to start production 10/10), FATHER KNOWS BEST, THE OPPOSITE OF LOVE (Anne Hathaway attached to star), THE TEN BEST DAYS OF MY LIFE (Amy Adams attached to star), PERSONAL SECURITY (Hugh Jackman attached to star), The UNT. BABY ADVENTURE, and RIP X.

**Mandeville Films/Television**                                                                                                                       5/06 – 11/07
Director of Development
  Responsible for overseeing slate of approximately10 projects including: SOUTH OF THE BORDER (Disney), THE PROPOSAL (Disney), HOW TO BE A VILLAIN (New Line), UNT. DANE COOK PROJECT (Disney), OH HAPPY DAY (Disney), PARENTAL GUIDANCE (Summit).

**Mandeville Films/Television**                                                                                                                       8/05 – 5/06
Creative Executive
- Found, acquired, and sold life rights for ANGELO BROOKS PROJECT to Disney 8/05.
- Responsible for bringing in material, including specs, articles, research, and original ideas. point person for tracking material across town including specs, pitches, and books.
- Actively met with writers to generate and develop ideas, including two original ideas on company's active slate.

**Mandeville Films/Television**                                                                                                                       8/02 – 8/05
Story Editor/Development Assistant to Todd Lieberman, President
- Assisted in developing and managing slate of over 30 projects.
- Assistant to producer through production of RAISING HELEN, THE LAST SHOT, EIGHT BELOW, and BEAUTY SHOP
- Actively involved in development, including reading and covering submitted materials for executives of the company.
- Point person for production office and Mandeville Films, consistently deal with all aspects and personnel on production.

**"Ultimate X" (IMAX Documentary); Walt Disney Pictures**                                                                     7/01 – 9/01
Assistant to the Producer (Art Repola producer, Bruce Hendricks, director)
- Was on set daily side by side with producer. Trouble shot issues while on location.
- Coordinated meetings between talent, ESPN, Disney production team, and executives.
- Extensive research, including screening and cataloging incoming videotape.

**David B. and Edward C. Goodstein Foundation**                                                                                    12/00 – 7/01
Manager of Programs for Francesca Eastman, Principal
- Managed and maintained various programs within the foundation and Ms. Eastman's independent work; including after school art program, local community art committee, and educational mentorship program.
- Advised and counseled students benefited by the foundation in both an educational and personal capacity.

**VenusSports.com, Inc.**                                                                                                                                     9/99 – 8/00
Manager, Business Development Strategic Alliances/Partner Marketing
- Recruited as first employee of start up company, and helped company grow to a staff over 20.
- Created, lead, and executed strategic partnership and partner marketing strategy.
- Researched and created detailed analysis for on-line companies, initiated contact through networking and cold calling, wrote and presented proposals, and was lead negotiator for priority deals.

# E D U C A T I O N

**Connecticut College, New London CT**                                                                                                BA Cum Laude
Major: Psychology Based Human Relations; emphasis in social psychology, group think, and perception.
- Graduated *Cum Laude* and with Distinction; Awarded Dean's High Honors
- Varsity athlete; Sports Editor, Connecticut College Voice

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                                              MARCHICK000023