# EXHIBIT 188

# JENNY MARCHICK

ANIMATION EXECUTIVE

✉ jenny.marchick@gmail.com

📞 310-467-2023

📍 3040 Berkeley Ave. Los Angeles, CA 90026

in linkedin.com/in/jenny-marchick-0713b42a

# EDUCATION

**BA Cum Laude /Psychology Based Human Relations**
Connecticut College, New London, CT 2013

*Emphasis in social psychology, group think, and perception.*
- Graduated Cum Laude and with Distinction; Awarded Dean's High Honors
- Varsity athlete; Sports Editor, Connecticut College Voice

# RESUME

Senior Creative Development and Production Executive with 15+ years in the film business. Established and maintained relationships with talent, representatives, and executives that have traveled from live action producer, to live action studio, to animation studio. Thrives in collaborative group environment, with a passion for storytelling and talent development.

## EXPERIENCE

### Sony Pictures Animation
*Sr. Vice President, Creative - 2015- Present*
*Vice President, Creative Development - 2012-2014*
- Oversaw acquisition, development, and production for slate of movies including HOTEL TRANSYLVANIA 3 and THE STAR.
- Identified, recruited, and managed key talent including directors Tim Reckart, Joaquim dos Santos, Lauren Montgomery, Sharon Bridgeman, Tron Mai, Lauren Faust, Ellen DeGeneres, and Benj Pasek & Justin Paul.
- Was key in developing and executing a strategy to triple slate of original films in 4 years.
- Created program for Creative Consultants to increase efficiency and decrease budget spend. Created incubator for diverse voices in partnership with Mitu.
- Worked closely with Business Affairs on strategy for deals with both talent and material.
- Worked with departments across Sony Pictures Entertainment to build support for projects in development.
- Hired and developed executive talent who have been promoted within the organization.

### Disney Channel
*Consultant, Original Movies 2011*
- Oversaw development for Teen Beach Musical. Worked with department to broaden talent and material pool for creative.

### Twentieth Century Fox
*Director, Production and Development 2007-2010*
- Worked on produced movies THE TOOTH FAIRY, DATE NIGHT, KNIGHT AND DAY, and GULLIVER'S TRAVELS. Acquired and oversaw development for AVON MAN (attached Hugh Jackman to star, and Kevin Lima to direct), FATHER KNOWS BEST, THE OPPOSITE OF LOVE (attached Anne Hathaway to star), THE TEN BEST DAYS OF MY LIFE (Amy Adams attached to star), PERSONAL SECURITY (attached Hugh Jackman to star.

### Mandeville Films/Television
*Director of Development 2005-2007, Assistant to Todd Lieberman 2002-2005*
- Responsible for overseeing slate of approximately 10 projects including: SOUTH OF THE BORDER (Disney), THE PROPOSAL (Disney), HOW TO BE A VILLAIN (New Line),
- Found and sold specs, books, and life rights to multiple studios around town.
- Developed original ideas, and packaged with writers and directors.

### David B. and Edward C. Goodstein Foundation
*Manager of Programs for Francesca Eastman, Principal*
- Managed and maintained various programs within the foundation and Ms. Eastman's independent work; including school art program, and educational mentorship.

CONFIDENTIAL                                                                                                   MARCHICK000041