# EXHIBIT 215

MK  4/26/23
MARCHICK
11

**Re: Hey Jenny**

Bucky David Tuku'u Woodall <reelinginthedream@gmail.com>
Fri 4/1/2016 2:18 PM
**To:** Jenny Marchick <jmarchick@hotmail.com>

Fantastic Jenny! That's a brilliant decision. Thank you so much for responding. Hopefully you never find yourself in my shoes.
Take care,  Buck

Sent from my iPhone

On Apr 1, 2016, at 12:03 PM, Jenny Marchick <jmarchick@hotmail.com> wrote:

> Buck - I used the word "reiterate" because in your last email you sent, after I said I didn't work in or at Disney Animation,  you said "So, when I gave the Bucky material to you at the Disney Animation Studios...".  So to me that felt like you were trying to force a point and so I am trying to respond as clear as possible.  It still seems that there is a disconnect.
>
> I can empathize with your point of view, but I am not going to engage in this.  I'm sorry if you feel that is letting you down, but it's my decision.
>
> ---
>
> Date: Fri, 1 Apr 2016 11:06:38 -0700
> Subject: Re: Hey Jenny
> From: reelinginthedream@gmail.com
> To: jmarchick@hotmail.com
>
> Dear Jenny Marchick,
>   There was no need for you to reiterate anything.  I understood your first email.  I feel like you are coming from a defensive point of view with your response.   I very much appreciate you trying to help me pitch my project in the past.   I do know that my brother Ben Woodall mentioned to you that Disney is releasing a new animated feature film called "Moana". I have been following the art and info that Walt Disney Animation has been posting online.  Google MOANA on Wikipedia and take a look for yourself. To me it is very, very obvious that it is an adaptation of my film. I understand that this is not your problem but I am guessing this is why you are responding to me with this tone.
>
>  I would like to refresh your memory as you mentioned you don't remember what happened to my material. I will explain my concerns regarding my film project.  When I first gave you the pitch package for my film "Bucky & The Hui" (previous working title) I personally delivered by hand my pitch package, a story synopsis, a treatment, character descriptions and illustrations for my project.  You where working in the Disney Animation Studio offices at that time.  You got me a pass to drive in to the studios and meet with you.  You told me you would pass my material on to the creative director at Disney as you were working in the same office or department.

Confidential    MARCHICK000001

Whether you were working for Disney or at Disney for another company is totally irrelevant to me and my concerns.  A few days after I met with you I spoke with you over the phone and you told me that the creative director wanted to see a fully animated trailer.  I then returned to my home in Hawaii and proceeded to produce a three minute fully animated concept trailer.  It took two years and cost me hundreds of thousands of dollars to produce.   Once it was finally finished, I contacted you again and you asked me to mail you a copy of the trailer on a DVD disc.  I designed a nice label for the disc and mailed it to you.......  After a few days or weeks you told me that the creative department was not interested.

 Ok, fine  that is all history but now MOANA is being released around October 2016 and the characters all look very, very much like mine along with the story taking place in Hawaii aboard a Hawaiian sailing canoe and it involves Pele, the volcano Goddess and other characters from Hawaiian folklore which are also in my story.  I am sure that there is no way that this is all coincidental.  Therefore,  I am retracing what actually happened and digging up all the possible avenues that could have lead to Walt Disney Animation ripping off my material.

I was not initially contacting you to tell you about my concerns with Walt Disney Studios stealing my copyrighted material.  I honestly was trying to move forward with my project on a positive note and only wanted to find out if you could help me now.   If there is anything you can do please consider what I am going through.  I have half a million dollars invested in my film project and it is my life's work, which I have been very carefully developing for 22 years .

This is not something I am taking lightly so please have some compassion and try to understand what I am going through.  Now, after explaining this all to you, can you still honestly tell me that you do not remember whether you gave my copyrighted material to anyone working at the Disney Studios or in the the company you were working for at that time?  I really could use your help on this one Jenny.  Really and truly, I need some honest answers.  We are family, please do not let me down....

Very Sincerely,  Buck Woodall

On Thu, Mar 31, 2016 at 5:02 PM, Jenny Marchick <jmarchick@hotmail.com> wrote:

> Hey Buck - -  again I want to reiterate - I never worked at Disney Animation Studios, nor did we have any development at Disney Animation Studios. I don't remember if the trailer and pitch package went beyond my desk.  It would have been over 10 years ago, I don't recall.  Really nothing more I can say to that.
>
> ---
>
> From: reelinginthedream@gmail.com
> Subject: Fwd: Hey Jenny
> Date: Thu, 31 Mar 2016 13:55:03 -0700
> To: jmarchick@hotmail.com

Confidential                                                                                                    MARCHICK000002

Sent from my iPhone

Begin forwarded message:

> **From:** Bucky David Tuku'u Woodall <reelinginthedream@gmail.com>
> **Date:** March 29, 2016 at 6:21:19 PM GMT-7
> **To:** Jenny Marchick <jmarchick@hotmail.com>
> **Subject: Re: Hey Jenny**
>
> Hi Jenny,
> I'm so happy for you.  Do you like working at Sony?  Sorry for the mix up.  I never did know that you were not working for Disney.  So, when I gave the Bucky material to you at the Disney Animation Studios did you pass it on to the creative department at Disney or the company you were working for? I always thought you gave it to the creative director at Disney Animation.  Am I correct?  I am just wondering because all this time I was under the impression that Disney received my Bucky development trailer and pitch package. 🙈
>
> Sent from my iPhone
>
> On Mar 29, 2016, at 4:56 PM, Jenny Marchick <jmarchick@hotmail.com> wrote:
>
>> hi Buck - glad to hear you are doing well.  I am now at Sony Pictures Animation and have been here for a few years.  And just to clarify - I never worked at Disney Animation.  I worked at a live action production company with a deal at Walt Disney Studios.  We never did animated films while I was there or developed anything with the animation side of Disney.  We just did fully live action and live action/CGI hybrids.
>>
>> In terms of contacts for your project I'm sorry that I can't help you out.  I an not in the independent business and my studio has not done movies at that low of a price point.  So no need to send me the script, I wouldn't be able to look at it anyways since it didn't come through the proper channels.  But I wish you the best of luck with the project, I

Confidential                                                                                                 MARCHICK000003

know it is a deep passion of yours.

Best regards,
Jenny

---

Date: Tue, 29 Mar 2016 09:46:34 -0700
Subject: Hey Jenny
From: reelinginthedream@gmail.com
To: Jmarchick@hotmail.com

Hi Jenny,
How have you been? It's been a long time since we've been in touch. Are you still working for Fox? I know it's been a number of years since I first sent the "Bucky" pitch package to you at while working for Disney Animation. I just wanted to let you know I have done a lot of work to develop the project further. It has a new title now (a Hawaiian name for the boy) the script is finished and has changed a lot. I also have an updated business plan and budget for the project. We managed to get the budget down to 8.2 million. It was very high before. I'm not sure a studio will go for it but I am going for an independent if I can't find the right studio to pick it up. I was wondering, do you currently have any contacts that you think might take a look at this project? I am looking for executive producers that might take interest in the project if not a major studio. I can send you the script and new material via Dropbox. Just let me know if you want to take a look and I will send it over to you. Thank you in advance for any help you can offer.
Sincerely, Bucky David Tukuu Woodall

Confidential                                                                                    MARCHICK000004