# EXHIBIT 243

       

| | | | | | |
|---|---|---|---|---|---|
| Home | My Network | Jobs | Messaging | Notifications | Me ▾ |

For Business ▾    Post



## Jenny Marchick (She/Her) · 3rd

Head of Development, Features at DreamWorks Animation

- DreamWorks Animation
- Connecticut College

Los Angeles, California, United States · **Contact info**

**500+** connections

Message    **+ Follow**    More

MK  4/26/23

**MARCHICK**

**2**

## Activity

692 followers

**Jenny hasn't posted lately**

Jenny's recent posts and comments will be displayed here.

Show all activity →

## Experience

 **Head of Development, Features**
DreamWorks Animation · Full-time
Feb 2020 - Present · 3 yrs 3 mos

 **Sony Pictures Animation**
8 yrs 5 mos

**Sr. Vice President, Creative**
Oct 2015 - Feb 2020 · 4 yrs 5 mos

**Vice President, Creative Development**
Oct 2011 - Oct 2015 · 4 yrs 1 mo

**Consultant, Original Movies**
Disney Channel
May 2011 - Aug 2011 · 4 mos
Greater Los Angeles Area

 **Director, Production and Development**
20th Century Fox Film
Nov 2007 - Nov 2010 · 3 yrs 1 mo
Greater Los Angeles Area

**Director of Development**
Mandeville Films Inc.
Aug 2005 - Oct 2007 · 2 yrs 3 mos
Greater Los Angeles Area

Show all 8 experiences →

## Education

 **Connecticut College**
BA, Psychology Based Human Relations
1995 - 1999

## Skills

**Feature Films**

👤 Endorsed by John Baldecchi and 2 others who are highly skilled at this

🎬 Endorsed by 3 colleagues at Sony Pictures Entertainment

👥 11 endorsements

**Screenwriting**

👤 Endorsed by Rob Gallagher and 1 other who is highly skilled at this

👥 4 endorsements

**Film Production**

👤 Endorsed by John Baldecchi and 3 others who are highly skilled at this

🎬 Endorsed by 2 colleagues at Sony Pictures Entertainment

👥 12 endorsements

Show all 16 skills →

## Interests

**Companies**    Schools

 **Sony Pictures Animation**
178,902 followers

＋ Follow

 **Stoopid Buddy Stoodios**
7,234 followers

＋ Follow

Show all 6 companies →

Ad ···

Post a job for free with LinkedIn Jobs.

 

Patty, find the people you want to interview

Post a free job

## People also viewed

 **Ben Cawood** · 3rd
SVP of Development, DreamWorks Animation Television at DreamWorks Animation at DreamWorks Animation

 Message

 **Stephanie Bang** · 3rd
VP, Feature Development at DreamWorks Animation

 Connect

 **Teri Weiss** · 3rd
EVP, TV Development at DreamWorks

 Connect

 **Megan Barnard** · 3rd
Creative Executive at DreamWorks Animation

 Message

 **Chris Kuser** · 3rd
SVP, Feature Development, DreamWorks

 Message

Show more ⌄

## People you may know

 **Laura Benvenuto**
Conflicts Manager at Boies Schiller Flexner LLP

 Connect

 **Vanessa Tussey, Esq.**
Senior Associate at BSF | Co-founder of READ USA | Problem Solver

 Connect

 **Nick Standish**
Senior Associate at WilmerHale

 Connect

 **Sandra Perkins Borger**
Perkins Paralegal Support Services, LLC

 Connect

**Diane Larghi**

Case Manager at Boies Schiller Flexner LLP

Connect

Show more