# EXHIBIT 244

Message
───────────────────────────────────────────────

**From:** Jenny Marchick [jenny.marchick@gmail.com]
**Sent:** 6/11/2010 10:47:19 PM
**To:** bhohman@hmllit.com
**Subject:** Resume
**Attachments:** JM Resume6 10.doc

Hi Bob,
Attached is an updated resume.  Would you mind taking a look?  I welcome any feedback. You see so many of these and I don't know how they are done at this level.

Thank you so much!  I am excited to meet David.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                 MARCHICK000022

# Jenny Marchick

2435 N. Beachwood Dr. #6 Hollywood, CA 90068
310-369-3191 (W)     310.467.2023 (C)     jenny.marchick@gmail.com

## EXPERIENCE

**Twentieth Century Fox**
Director, Production and Development                                              11/07 - present
    Worked on produced movies THE TOOTH FAIRY, DATE NIGHT, KNIGHT AND DAY, and GULLIVER'S TRAVELS. Acquired and oversaw development for AVON MAN (Hugh Jackman to star, Kevin Lima to direct, set to start production 10/10), FATHER KNOWS BEST, THE OPPOSITE OF LOVE (Anne Hathaway attached to star), THE TEN BEST DAYS OF MY LIFE (Amy Adams attached to star), PERSONAL SECURITY (Hugh Jackman attached to star), The UNT. BABY ADVENTURE, and RIP X.

**Mandeville Films/Television**                                                   5/06 – 11/07
Director of Development
    Responsible for overseeing slate of approximately10 projects including: SOUTH OF THE BORDER (Disney), THE PROPOSAL (Disney), HOW TO BE A VILLAIN (New Line), UNT. DANE COOK PROJECT (Disney), OH HAPPY DAY (Disney), PARENTAL GUIDANCE (Summit).

**Mandeville Films/Television**                                                   8/05 – 5/06
Creative Executive
- Found, acquired, and sold life rights for ANGELO BROOKS PROJECT to Disney 8/05.
- Responsible for bringing in material, including specs, articles, research, and original ideas. point person for tracking material across town including specs, pitches, and books.
- Actively met with writers to generate and develop ideas, including two original ideas on company's active slate.

**Mandeville Films/Television**                                                   8/02 – 8/05
Story Editor/Development Assistant to Todd Lieberman, President
- Assisted in developing and managing slate of over 30 projects.
- Assistant to producer through production of RAISING HELEN, THE LAST SHOT, EIGHT BELOW, and BEAUTY SHOP
- Actively involved in development, including reading and covering submitted materials for executives of the company.
- Point person for production office and Mandeville Films, consistently deal with all aspects and personnel on production.

**"Ultimate X" (IMAX Documentary); Walt Disney Pictures**                         7/01 – 9/01
Assistant to the Producer (Art Repola producer, Bruce Hendricks, director)
- Was on set daily side by side with producer. Trouble shot issues while on location.
- Coordinated meetings between talent, ESPN, Disney production team, and executives.
- Extensive research, including screening and cataloging incoming videotape.

**David B. and Edward C. Goodstein Foundation**                                   12/00 – 7/01
Manager of Programs for Francesca Eastman, Principal
- Managed and maintained various programs within the foundation and Ms. Eastman's independent work; including after school art program, local community art committee, and educational mentorship program.
- Advised and counseled students benefited by the foundation in both an educational and personal capacity.

**VenusSports.com, Inc.**                                                         9/99 – 8/00
Manager, Business Development Strategic Alliances/Partner Marketing
- Recruited as first employee of start up company, and helped company grow to a staff over 20.
- Created, lead, and executed strategic partnership and partner marketing strategy.
- Researched and created detailed analysis for on-line companies, initiated contact through networking and cold calling, wrote and presented proposals, and was lead negotiator for priority deals.

## EDUCATION

**Connecticut College, New London CT**                                            BA Cum Laude
Major: Psychology Based Human Relations; emphasis in social psychology, group think, and perception.
- Graduated *Cum Laude* and with Distinction; Awarded Dean's High Honors
- Varsity athlete; Sports Editor, Connecticut College Voice

Message

| | |
|---|---|
| **From:** | Jenny Marchick [jenny.marchick@gmail.com] |
| **Sent:** | 9/23/2010 11:19:12 PM |
| **To:** | mrosen@caa.com |
| **Subject:** | dude |
| **Attachments:** | JM Resume6 10.doc |

Great to see you, and thanks for looking out for me.  Attached is the rez - let me know if there is anything else I can do.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

# Jenny Marchick
2435 N. Beachwood Dr. #6 Hollywood, CA 90068
310-369-3191 (W)    310.467.2023 (C)    jenny.marchick@gmail.com

## EXPERIENCE

**Twentieth Century Fox**
Director, Production and Development                                     11/07 - present
    Worked on produced movies THE TOOTH FAIRY, DATE NIGHT, KNIGHT AND DAY, and GULLIVER'S TRAVELS. Acquired and oversaw development for AVON MAN (Hugh Jackman to star, Kevin Lima to direct, set to start production 10/10), FATHER KNOWS BEST, THE OPPOSITE OF LOVE (Anne Hathaway attached to star), THE TEN BEST DAYS OF MY LIFE (Amy Adams attached to star), PERSONAL SECURITY (Hugh Jackman attached to star), The UNT. BABY ADVENTURE, and RIP X.

**Mandeville Films/Television**                                         5/06 – 11/07
Director of Development
    Responsible for overseeing slate of approximately10 projects including: SOUTH OF THE BORDER (Disney), THE PROPOSAL (Disney), HOW TO BE A VILLAIN (New Line), UNT. DANE COOK PROJECT (Disney), OH HAPPY DAY (Disney), PARENTAL GUIDANCE (Summit).

**Mandeville Films/Television**                                         8/05 – 5/06
Creative Executive
- Found, acquired, and sold life rights for ANGELO BROOKS PROJECT to Disney 8/05.
- Responsible for bringing in material, including specs, articles, research, and original ideas. Point person for tracking material across town including specs, pitches, and books.
- Actively met with writers to generate and develop ideas, including two original ideas on company's active slate.

**Mandeville Films/Television**                                         8/02 – 8/05
Story Editor/Development Assistant to Todd Lieberman, President
- Assisted in developing and managing slate of over 30 projects.
- Assistant to producer through production of RAISING HELEN, THE LAST SHOT, EIGHT BELOW, and BEAUTY SHOP
- Actively involved in development, including reading and covering submitted materials for executives of the company.
- Point person for production office and Mandeville Films, consistently deal with all aspects and personnel on production.

**"Ultimate X" (IMAX Documentary); Walt Disney Pictures**              7/01 – 9/01
Assistant to the Producer (Art Repola producer, Bruce Hendricks, director)
- Was on set daily side by side with producer. Trouble shot issues while on location.
- Coordinated meetings between talent, ESPN, Disney production team, and executives.
- Extensive research, including screening and cataloging incoming videotape.

**David B. and Edward C. Goodstein Foundation**                         12/00 – 7/01
Manager of Programs for Francesca Eastman, Principal
- Managed and maintained various programs within the foundation and Ms. Eastman's independent work; including after school art program, local community art committee, and educational mentorship program.
- Advised and counseled students benefited by the foundation in both an educational and personal capacity.

**VenusSports.com, Inc.**                                               9/99 – 8/00
Manager, Business Development Strategic Alliances/Partner Marketing
- Recruited as first employee of start up company, and helped company grow to a staff over 20.
- Created, lead, and executed strategic partnership and partner marketing strategy.
- Researched and created detailed analysis for on-line companies, initiated contact through networking and cold calling, wrote and presented proposals, and was lead negotiator for priority deals.

## EDUCATION

**Connecticut College, New London CT**                                  BA Cum Laude
Major: Psychology Based Human Relations; emphasis in social psychology, group think, and perception.
- Graduated *Cum Laude* and with Distinction; Awarded Dean's High Honors
- Varsity athlete; Sports Editor, Connecticut College Voice

Message

| | |
|---|---|
| **From:** | Jenny Marchick [jenny.marchick@gmail.com] |
| **Sent:** | 11/1/2011 7:01:54 PM |
| **To:** | Heidi Sherman Grey [hsherman@newregency.com] |
| **Subject:** | Resume |
| **Attachments:** | JMResume7.11.doc (01).pdf |

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                              MARCHICK000026

# Jenny Marchick

2435 N. Beachwood Dr. #6 Hollywood, CA 90068
310.467.2023 (C)   jmarchick@me.com

## E X P E R I E N C E

**Disney Channel**                                                                                                       5/11-7/11
Consultant, Original Movies
   Worked on existing projects and building slate for department.  Brought in personal relationships and helped focus on broadening talent and material pool for creative.

**Twentieth Century Fox**
Director, Production and Development                                                                 11/07 – 11/10
   Worked on produced movies THE TOOTH FAIRY, DATE NIGHT, KNIGHT AND DAY, and GULLIVER'S TRAVELS.  Acquired and oversaw development for AVON MAN (attached Hugh Jackman to star, and Kevin Lima to direct), FATHER KNOWS BEST, THE OPPOSITE OF LOVE (attached Anne Hathaway to star), THE TEN BEST DAYS OF MY LIFE (Amy Adams attached to star), PERSONAL SECURITY (attached Hugh Jackman to star), The UNT. BABY ADVENTURE (attached Clay Weiner to direct), and RIP X.

**Mandeville Films/Television**                                                                            5/06 – 11/07
Director of Development
   Responsible for overseeing slate of approximately 10 projects including:  SOUTH OF THE BORDER (Disney), THE PROPOSAL (Disney), HOW TO BE A VILLAIN (New Line), UNT. DANE COOK PROJECT (Disney), OH HAPPY DAY (Disney), PARENTAL GUIDANCE (Summit).

**Mandeville Films/Television**                                                                             8/05 – 5/06
Creative Executive
- Found, acquired, and sold life rights for ANGELO BROOKS PROJECT to Disney 8/05.
- Responsible for bringing in material, including specs, articles, research, and original ideas. Point person for tracking material across town including specs, pitches, and books.
- Actively met with writers to generate and develop ideas, including two original ideas on company's active slate.

**Mandeville Films/Television**                                                                             8/02 – 8/05
Story Editor/Development Assistant to Todd Lieberman, President
- Assisted in developing and managing slate of over 30 projects.
- Assistant to producer through production of RAISING HELEN, THE LAST SHOT, EIGHT BELOW, and BEAUTY SHOP
- Actively involved in development, including reading and covering submitted materials for executives of the company.
- Point person for production office and Mandeville Films, consistently deal with all aspects and personnel on production.

**David B. and Edward C. Goodstein Foundation**                                           12/00 – 7/01
Manager of Programs for Francesca Eastman, Principal
- Managed and maintained various programs within the foundation and Ms. Eastman's independent work; including after school art program, local community art committee, and educational mentorship program.  Advised and counseled students benefited by the foundation in both an educational and personal capacity.

**VenusSports.com, Inc.**                                                                                        9/99 – 8/00
Manager, Business Development Strategic Alliances/Partner Marketing
- Recruited as first employee of start up company, and helped company grow to a staff over 20.
- Created, lead, and executed strategic partnership and partner marketing strategy.  Researched and created detailed analysis for on-line companies, initiated contact through networking and cold calling, wrote and presented proposals, and was lead negotiator for priority deals.

## E D U C A T I O N
**Connecticut College, New London CT**                                                            BA Cum Laude
Major: Psychology Based Human Relations; emphasis in social psychology, group think, and perception.
- Graduated *Cum Laude* and with Distinction; Awarded Dean's High Honors; Varsity athlete; Sports Editor, Connecticut College Voice

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                           MARCHICK000027

Message

**From:** Jenny Marchick [jmarchick@me.com]
**Sent:** 4/9/2012 4:49:20 PM
**To:** Jenny Marchick [jenny.marchick@gmail.com]
**Subject:** Fwd: Resume
**Attachments:** Untitled attachment.htm; JMResume7.11.doc (01).pdf; Untitled attachment.htm

```
Begin forwarded message:

> From: Jenny Marchick <jmarchick@me.com>
> Date: December 18, 2011 11:02:47 PM PST
> To: Heidi Sherman Grey <heidishermangrey@gmail.com>
> Subject: Resume
>
> Sorry I forgot to do this earlier this week. Let me know if you need anything.
>
```

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                                  MARCHICK000028

Begin forwarded message:

**From:** Jenny Marchick <jmarchick@me.com>
**Date:** December 18, 2011 11:02:47 PM PST
**To:** Heidi Sherman Grey <heidishermangrey@gmail.com>
**Subject: Resume**

Sorry I forgot to do this earlier this week. Let me know if you need anything.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY              MARCHICK000029

# Jenny Marchick

2435 N. Beachwood Dr. #6 Hollywood, CA 90068
310.467.2023 (C)      jmarchick@me.com

## EXPERIENCE

**Disney Channel**                                                                                                5/11-7/11
Consultant, Original Movies
    Worked on existing projects and building slate for department. Brought in personal relationships and helped focus on broadening talent and material pool for creative.

**Twentieth Century Fox**                                                                                    11/07 – 11/10
Director, Production and Development
    Worked on produced movies THE TOOTH FAIRY, DATE NIGHT, KNIGHT AND DAY, and GULLIVER'S TRAVELS. Acquired and oversaw development for AVON MAN (attached Hugh Jackman to star, and Kevin Lima to direct), FATHER KNOWS BEST, THE OPPOSITE OF LOVE (attached Anne Hathaway to star), THE TEN BEST DAYS OF MY LIFE (Amy Adams attached to star), PERSONAL SECURITY (attached Hugh Jackman to star), The UNT. BABY ADVENTURE (attached Clay Weiner to direct), and RIP X.

**Mandeville Films/Television**                                                                            5/06 – 11/07
Director of Development
    Responsible for overseeing slate of approximately 10 projects including: SOUTH OF THE BORDER (Disney), THE PROPOSAL (Disney), HOW TO BE A VILLAIN (New Line), UNT. DANE COOK PROJECT (Disney), OH HAPPY DAY (Disney), PARENTAL GUIDANCE (Summit).

**Mandeville Films/Television**                                                                            8/05 – 5/06
Creative Executive
- Found, acquired, and sold life rights for ANGELO BROOKS PROJECT to Disney 8/05.
- Responsible for bringing in material, including specs, articles, research, and original ideas. Point person for tracking material across town including specs, pitches, and books.
- Actively met with writers to generate and develop ideas, including two original ideas on company's active slate.

**Mandeville Films/Television**                                                                            8/02 – 8/05
Story Editor/Development Assistant to Todd Lieberman, President
- Assisted in developing and managing slate of over 30 projects.
- Assistant to producer through production of RAISING HELEN, THE LAST SHOT, EIGHT BELOW, and BEAUTY SHOP
- Actively involved in development, including reading and covering submitted materials for executives of the company.
- Point person for production office and Mandeville Films, consistently deal with all aspects and personnel on production.

**David B. and Edward C. Goodstein Foundation**                                            12/00 – 7/01
Manager of Programs for Francesca Eastman, Principal
- Managed and maintained various programs within the foundation and Ms. Eastman's independent work; including after school art program, local community art committee, and educational mentorship program. Advised and counseled students benefited by the foundation in both an educational and personal capacity.

**VenusSports.com, Inc.**                                                                                      9/99 – 8/00
Manager, Business Development Strategic Alliances/Partner Marketing
- Recruited as first employee of start up company, and helped company grow to a staff over 20.
- Created, lead, and executed strategic partnership and partner marketing strategy. Researched and created detailed analysis for on-line companies, initiated contact through networking and cold calling, wrote and presented proposals, and was lead negotiator for priority deals.

## EDUCATION

**Connecticut College, New London CT**                                                       BA Cum Laude
Major: Psychology Based Human Relations; emphasis in social psychology, group think, and perception.
- Graduated *Cum Laude* and with Distinction; Awarded Dean's High Honors; Varsity athlete; Sports Editor, Connecticut College Voice

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                            MARCHICK000030

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                             MARCHICK000031

Message

| | |
|---|---|
| **From:** | Jenny Marchick [jenny.marchick@gmail.com] |
| **Sent:** | 1/11/2011 4:06:05 PM |
| **To:** | Jenny Marchick [jenny.marchick@gmail.com] |
| **Subject:** | Resume |
| **Attachments:** | JM Resume1 11.doc |

CONFIDENTIAL

# Jenny Marchick

2435 N. Beachwood Dr. #6 Hollywood, CA 90068
310.467.2023 (C)     jmarchick@me.com

## EXPERIENCE

**Twentieth Century Fox**
Director, Production and Development                               11/07 – 11/10
  Worked on produced movies THE TOOTH FAIRY, DATE NIGHT, KNIGHT AND DAY, and GULLIVER'S TRAVELS. Acquired and oversaw development for AVON MAN (attached Hugh Jackman to star, and Kevin Lima to direct), FATHER KNOWS BEST, THE OPPOSITE OF LOVE (attached Anne Hathaway to star), THE TEN BEST DAYS OF MY LIFE (Amy Adams attached to star), PERSONAL SECURITY (attached Hugh Jackman to star), The UNT. BABY ADVENTURE (attached Clay Weiner to direct), and RIP X.

**Mandeville Films/Television**                                    5/06 – 11/07
Director of Development
  Responsible for overseeing slate of approximately 10 projects including: SOUTH OF THE BORDER (Disney), THE PROPOSAL (Disney), HOW TO BE A VILLAIN (New Line), UNT. DANE COOK PROJECT (Disney), OH HAPPY DAY (Disney), PARENTAL GUIDANCE (Summit).

**Mandeville Films/Television**                                    8/05 – 5/06
Creative Executive
- Found, acquired, and sold life rights for ANGELO BROOKS PROJECT to Disney 8/05.
- Responsible for bringing in material, including specs, articles, research, and original ideas. Point person for tracking material across town including specs, pitches, and books.
- Actively met with writers to generate and develop ideas, including two original ideas on company's active slate.

**Mandeville Films/Television**                                    8/02 – 8/05
Story Editor/Development Assistant to Todd Lieberman, President
- Assisted in developing and managing slate of over 30 projects.
- Assistant to producer through production of RAISING HELEN, THE LAST SHOT, EIGHT BELOW, and BEAUTY SHOP
- Actively involved in development, including reading and covering submitted materials for executives of the company.
- Point person for production office and Mandeville Films, consistently deal with all aspects and personnel on production.

**"Ultimate X" (IMAX Documentary); Walt Disney Pictures**          7/01 – 9/01
Assistant to the Producer (Art Repola producer, Bruce Hendricks, director)
- Was on set daily side by side with producer. Trouble shot issues while on location.
- Coordinated meetings between talent, ESPN, Disney production team, and executives.
- Extensive research, including screening and cataloging incoming videotape.

**David B. and Edward C. Goodstein Foundation**                    12/00 – 7/01
Manager of Programs for Francesca Eastman, Principal
- Managed and maintained various programs within the foundation and Ms. Eastman's independent work; including after school art program, local community art committee, and educational mentorship program.
- Advised and counseled students benefited by the foundation in both an educational and personal capacity.

**VenusSports.com, Inc.**                                          9/99 – 8/00
Manager, Business Development Strategic Alliances/Partner Marketing
- Recruited as first employee of start up company, and helped company grow to a staff over 20.
- Created, lead, and executed strategic partnership and partner marketing strategy.
- Researched and created detailed analysis for on-line companies, initiated contact through networking and cold calling, wrote and presented proposals, and was lead negotiator for priority deals.

## EDUCATION

**Connecticut College, New London CT**                             BA Cum Laude
Major: Psychology Based Human Relations; emphasis in social psychology, group think, and perception.
- Graduated *Cum Laude* and with Distinction; Awarded Dean's High Honors
- Varsity athlete; Sports Editor, Connecticut College Voice