# EXHIBIT 296

