1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BUCK G. WOODALL, a.k.a. Buck
Woodall, an individual,

　　　　　　Plaintiff,

v.

THE WALT DISNEY COMPANY, a
Delaware Corporation; et al.,

　　　　　　Defendants.

Case No.: 2:20-cv-03772-CBM-E

**ORDER RE: DEFENDANT'S
OBJECTIONS TO PLAINTIFF'S
DEPOSITION DESIGNATIONS
OFFERED PURSUANT TO L.R.
16-2.7**

Trial Date:　　　February 25, 2025

Assigned to Hon. Consuelo B. Marshall
Magistrate Judge: Charles F. Eick

The matter before the Court is Defendant Buena Vista Home Entertainment, Inc. ("Buena Vista") objections to Plaintiff Buck Woodall's designations of deposition testimony.    Having considered the proposed testimony and Buena Vista's objections thereto, the Court rules as follows:

A.    **Deposition of Peter Heckmann (12/8/23)**

| Page: Line | Objection | Ruling |
|---|---|---|
| 15:1-15<br>16:4-25<br>17:3-5<br>17:8-16<br>17:21-18:7 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | ___X___ Sustained<br><br>_____ Overruled |
| 18:8 | Partial question with no answer | ___X___ Sustained<br><br>_____ Overruled |
| 19:10-20 | Relevance (FRE 401) | ___X___ Sustained<br><br>_____ Overruled |
| 22:13-20 | Relevance (FRE 401) | ___X___ Sustained<br><br>_____ Overruled |

ORDER RE: OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| Page: Line | Objection | Ruling |
|---|---|---|
| 31:7-33:9 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, and Wasting Time (FRE 403); Hearsay (FRE 802) | ___X___ Sustained as to 31:11-32:3 and 33:25-33:9<br><br>___X__ Overruled as to 31:7-10 and 32:4-24; |
| 33:10-34:6 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, and Wasting Time (FRE 403) | ___X___ Sustained<br><br>_____ Overruled |
| 34:7-17 | Attorney statement | ___X___ Sustained<br><br>_____ Overruled |
| 34:18-35:6 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, and Wasting Time (FRE 403) | _____ Sustained<br><br>___X__ Overruled |
| 35:7-21 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, and Wasting Time (FRE 403) | ___X___ Sustained<br><br>_____ Overruled |
| 35:24-36:8 | Attorney colloquy | ___X___ Sustained<br><br>_____ Overruled |

ORDER RE: OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| Page: Line | Objection | Ruling |
|---|---|---|
| 36:9-14 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, and Wasting Time (FRE 403); Lack of Foundation (FRE 602) | ___X___ Sustained<br><br>_____ Overruled |
| 36:14-37:10 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, and Wasting Time (FRE 403) | ___X___ Sustained as to 36:14-18, and 36:24-37:1 through "Q. Yes, correct."<br><br>___X___ Overruled as to 36:19-23, and 37:1 starting at "What did Mr. Woodall tell you…" through 37:5 |
| 37:11-15 | Lack of Foundation (FRE 602) | _____ Sustained<br><br>__X___ Overruled |
| 38:15-17 | Attorney statement | ___X___ Sustained<br><br>_____ Overruled |

ORDER RE: OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| Page: Line | Objection | Ruling |
|---|---|---|
| 39:14-40:1<br>40:9-15 | Relevance (FRE 401) | ___X___ Sustained<br><br>_____ Overruled |
| 40:25-46:8 | Relevance (FRE 401) | ___X___ Sustained<br>as to 40:25-41:8<br>and 44:11-19;<br><br>__X___ Overruled<br>as to 42:17-43:20,<br>44:3-10, 45:3-18. |
| 46:15-48:16<br>48:21-49:3 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, and Wasting Time (FRE 403) | _____ Sustained<br><br>__X__ Overruled |
| 49:10-50:4 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Hearsay (FRE 802) | _____ Sustained<br><br>__X___ Overruled |
| 50:21-51:1 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | _____ Sustained<br><br>__X___ Overruled |
| 51:6-10 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | _____ Sustained<br><br>__X___ Overruled |

ORDER RE: OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| Page: Line | Objection | Ruling |
|---|---|---|
| 53:1-54:1 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, and Wasting Time (FRE 403); Lack of Foundation (FRE 602) | _____ Sustained<br><br>\_\_X\_\_\_ Overruled |
| 62:13-21 | Relevance (FRE 401); Lack of Foundation (FRE 602) | _____ Sustained<br><br>\_\_X\_\_\_ Overruled |
| 66:10-16 | Relevance (FRE 401); Lack of Foundation (FRE 602) | _____ Sustained<br><br>\_\_X\_\_\_ Overruled |
| 68:3-10 | Non-responsive | _____ Sustained<br><br>\_\_X\_\_\_ Overruled |
| 68:11-14 | Attorney colloquy | \_\_X\_\_\_ Sustained<br><br>_____ Overruled |
| 70:16-23 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | _____ Sustained<br><br>\_\_X\_\_\_ Overruled |
| 71:1-15 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602); Hearsay (FRE 802) | \_\_\_X\_\_\_ Sustained<br><br>_____ Overruled |

ORDER RE: OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| Page: Line | Objection | Ruling |
|---|---|---|
| 71:23-72:16 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | __X___ Sustained<br><br>_____ Overruled |
| 75:3-76:10 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | _____ Sustained<br><br>__X___ Overruled |
| 77:11-78:6 | Lack of Foundation (FRE 602) | _____ Sustained<br><br>__X___ Overruled |
| 79:5-7 | Lack of Foundation (FRE 602); Vague and Ambiguous | __X___ Sustained<br><br>_____ Overruled |
| 79:11-13 | Attorney statement | __X___ Sustained<br><br>_____ Overruled |
| 80:17-22 81:1-84:12 84:21-23 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | _____ Sustained<br><br>__X___ Overruled |
| 85:13-21 | Lack of Foundation (FRE 602) after "I cannot tell you for sure" | _____ Sustained<br><br>__X___ Overruled |

ORDER RE: OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| Page: Line | Objection | Ruling |
|---|---|---|
| 85:22-86:16 | Relevance (FRE 402); Confusing the Issues and Misleading the Jury (FRE 403) | _____ Sustained<br><br>__X___ Overruled |
| 87:5-17 | Relevance (FRE 402); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602); Improper Opinion (FRE 701) | _____ Sustained<br><br>__X___ Overruled |
| 87:22-88:1 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | _____ Sustained<br><br>__X___ Overruled |
| 88:16-21 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | _____ Sustained<br><br>__X___ Overruled |
| 90:17-19 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | _____ Sustained<br><br>__X___ Overruled |
| 91:1-7 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | _____ Sustained<br><br>___X__ Overruled |
| 91:21-92:10<br>92:16-93:6 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | _____ Sustained<br><br>__X___ Overruled |

ORDER RE: OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| Page: Line | Objection | Ruling |
|---|---|---|
| 94:10-24 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | _____ Sustained<br><br>__X___ Overruled |
| 95:8-15 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | ___X___ Sustained as to 95:15;<br><br>__X___ Overruled as to 95:8-14. |
| 96:16-19 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | _____ Sustained<br><br>__X___ Overruled |
| 97:11-98:15 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | ___X___ Sustained<br><br>_____ Overruled |
| 98:18-23<br>100:13-102:15 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | ___X___ Sustained<br><br>_____ Overruled |
| 103:14-16 | Answer without question; Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | __X_____ Sustained<br><br>_____ Overruled |

ORDER RE: OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| Page: Line | Objection | Ruling |
|---|---|---|
| 104:2-105:7 | Partial answer without question; Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | ___X___ Sustained<br><br>_____ Overruled |
| 105:8-17 | Attorney statement | ___X___ Sustained<br><br>_____ Overruled |
| 106:23-107:13 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | __X____ Sustained<br><br>_____ Overruled |
| 108:1-9 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Hearsay (FRE 802) | __X____ Sustained<br><br>_____ Overruled |
| 108:10-19 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | __X___ Sustained<br><br>_____ Overruled |
| 108:24-25 | Question without answer; Hearsay (FRE 802) | ___X___ Sustained<br><br>_____ Overruled |
| 111:13-17 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | ____X__ Sustained<br><br>_____ Overruled |

ORDER RE: OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| Page: Line | Objection | Ruling |
|---|---|---|
| 136:5-137:6 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | ___X___ Sustained<br><br>_____ Overruled |
| 137:13-25 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | ___X___ Sustained<br><br>_____ Overruled |
| 138:17-22<br>139:4-9 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602); Improper Opinion (FRE 701) | ___X___ Sustained<br><br>_____ Overruled |
| 139:10-11<br>139:14<br>139:21 | Relevance (FRE 401) | ___X___ Sustained<br><br>_____ Overruled |
| 139:22-140:9 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602); Improper Opinion (FRE 701) | ___X___ Sustained<br><br>_____ Overruled |
| 140:24-141:7 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602); Improper Opinion (FRE 701) | ___X___ Sustained<br><br>_____ Overruled |
| 145:4-15 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | ___X___ Sustained<br><br>_____ Overruled |

ORDER RE: OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| Page: Line | Objection | Ruling |
|---|---|---|
| 153:6-155:24 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, and Waste of Time (FRE 403) | ___X___ Sustained<br><br>_____ Overruled |
| 156:3-6 | Question with no answer | ___X___ Sustained<br><br>_____ Overruled |
| 157:5-7 | Attorney statement through "First of all" | ___X___ Sustained<br><br>_____ Overruled |
| 157:7-13<br>157:17-20 | Relevance (FRE 401); Lack of Foundation (FRE 602); Improper Opinion (FRE 701) | ___X___ Sustained<br><br>_____ Overruled |
| 157:21-158:4<br>159:11-22 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | ___X___ Sustained as to 157:21-158:4;<br><br>__X___ Overruled as to 159:11-22. |
| 161:2-4 | Vague and ambiguous; Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | __X___ Sustained<br><br>_____ Overruled |

ORDER RE: OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| Page: Line | Objection | Ruling |
|---|---|---|
| 163:10-19 | Leading; Asked and answered | _____ Sustained<br><br>__X___ Overruled |
| 164:17-165:3 | Leading | _____ Sustained<br><br>__X___ Overruled |
| 165:10-166:4 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | _____ Sustained<br><br>__X___ Overruled |
| 166:5-10 | Leading; Assumes facts; Lack of Foundation (FRE 602) | _____ Sustained<br><br>__X___ Overruled |
| 166:12-170:23 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | _____ Sustained<br><br>__X___ Overruled |
| 166:20-167:3 | Lack of Foundation (FRE 602); Improper Opinion (FRE 701) | _____ Sustained<br><br>__X___ Overruled |
| 167:4-14 | Lack of Foundation (FRE 602) | _____ Sustained<br><br>__X___ Overruled |

ORDER RE: OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| Page: Line | Objection | Ruling |
|---|---|---|
| 167:15-168:8 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | _____ Sustained<br><br>___X___ Overruled |
| 168:9-11 | Lack of Foundation (FRE 602) | _____ Sustained<br><br>__X___ Overruled |
| 168:15-19 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | ___X___ Sustained<br><br>_____ Overruled |
| 168:20-169:13 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | _____ Sustained<br><br>__X___ Overruled |
| 169:14-16 | Attorney testimony | __X_____ Sustained as to "so that might be where Emeryville is" at 169:14-15;<br>__X___ Overruled as to remainder of 169:14-16. |

| Page: Line | Objection | Ruling |
|---|---|---|
| 169:17-170:8 | Vague and ambiguous; Assumes facts; Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | _____ Sustained<br>___X___ Overruled |
| 170:9-23 | Lack of Foundation (FRE 602) | _____ Sustained<br>___X___ Overruled |
| 171:1 | Strike "This is attached to your declaration" (FRE 403) | _____ Sustained<br>__X___ Overruled |
| 174:7-11 | Asked and answered; Lack of Foundation (FRE 602) | _____ Sustained<br>__X___ Overruled |
| 175:4-9 | Leading | _____ Sustained<br>__X___ Overruled |
| 175:10-12 | Leading; question without answer | __X___ Sustained<br>_____ Overruled |
| 175:19-176:1 | Leading; Compound; Assumes facts | _____ Sustained<br>__X___ Overruled |

ORDER RE: OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| Page: Line | Objection | Ruling |
|---|---|---|
| 176:2-11 | Leading; Lack of Foundation (FRE 602) | _____ Sustained<br><br>__X___ Overruled |
| 176:12-15 | Lack of Foundation (FRE 602) | _____ Sustained<br><br>__X___ Overruled |
| 179:6-15 | Leading; Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | ___X___ Sustained<br><br>_____ Overruled |
| 181:12-182:4 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | _____ Sustained<br><br>__X___ Overruled |
| 183:4-184:6 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | _____ Sustained<br><br>__X___ Overruled |
| 185:12-22 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | _____ Sustained<br><br>__X___ Overruled |
| 186:24-187:10 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | _____ Sustained<br><br>__X___ Overruled |

ORDER RE: OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| Page: Line | Objection | Ruling |
|---|---|---|
| 189:20-190:8 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | _____ Sustained<br><br>__X___ Overruled |
| 193:6-194:3 | Lack of Foundation (FRE 602) | _____ Sustained<br><br>__X___ Overruled |

**B.**   **Deposition of Osnat Shurer**

| Page: Line | Objection | Ruling |
|---|---|---|
| 24:25-25:3 | Hearsay (FRE 802) with respect to "Here in your LinkedIn profile you note that." | _____ Sustained<br><br>__X___ Overruled |
| 35:10 | Answer without question | __X___ Sustained<br><br>_____ Overruled |
| 35:11-18 | Incomplete response; Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | ___X___ Sustained<br><br>_____ Overruled |

ORDER RE: OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| Page: Line | Objection | Ruling |
|---|---|---|
| 70:21-22 | Attorney objection | ___X___ Sustained<br><br>_____ Overruled |
| 105:24-106:22 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | _____ Sustained<br><br>__X___ Overruled |
| 135:2-5 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602); Precluded by Order on Defendant's Motion In Limine No. to Exclude Evidence or Argument Regarding *Moana 2* or Other Derivative Works (Dkt. No. 662) | ___X___ Sustained<br><br>_____ Overruled |
| 178:6-179:25 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lacks Foundation (FRE 602); Hearsay (FRE 802); Precluded by Order on Defendant's Motion In Limine No. to Exclude Evidence or Argument Regarding *Moana 2* or Other Derivative Works (Dkt. No. 662) | ___X___ Sustained<br><br>_____ Overruled |

| Page: Line | Objection | Ruling |
|---|---|---|
| 190:5-190:13 | Attorney statements; no testimony | ___X___ Sustained<br><br>_____ Overruled |
| 190:14-193:15 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403) | _____ Sustained<br><br>___X__ Overruled |
| 193:16-194:2 | Precluded by Order on Defendant's Motion in Limine No. 3 to Exclude Evidence or Argument Regarding Unrelated Infringement Claims and Credit Disputes (Dkt. No. 664); Relevance (FRE 401); Misleading and Prejudicial (FRE 403); Lack of Foundation and Assumes Facts Not in Evidence (FRE 602) | ___X___ Sustained<br><br>_____ Overruled |
| 204:2-23 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Hearsay (FRE 802) | ___X___ Sustained as to 204:15-23;<br><br>___X__ Overruled as to 204:2-14. |
| 205:3-8 | Relevance (FRE 401); Hearsay (FRE 802) | ___X___ Sustained<br><br>_____ Overruled |

ORDER RE: OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| Page: Line | Objection | Ruling |
|---|---|---|
| 212:3-5 | Answer without question | ___X___ Sustained<br><br>_____ Overruled |
| 243:3-244:21 | Relevance (FRE 401); Lack of Foundation (FRE 602) | _____ Sustained<br><br>__X___ Overruled |

**C.    Deposition of Katie Speirs (3/29/23)**

| Page: Line | Objection | Ruling |
|---|---|---|
| 33:7-16 | Answer without question | ___X___ Sustained<br><br>_____ Overruled |
| 46:25-48:7 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | _____ Sustained<br><br>__ X___ Overruled |

ORDER RE: OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| Page: Line | Objection | Ruling |
|---|---|---|
| 136:2-19 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury (FRE 403); Lack of Foundation (FRE 602) | __ X___ Sustained<br><br>_____ Overruled |

**IT IS SO ORDERED.**

Dated: March 4, 2025

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

ORDER RE: OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS