1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11   BUCK G. WOODALL,                      **Case No.: 2:20-cv-03772-CBM-E**

12        Plaintiff,                        **ORDER RE: PLAINTIFF'S**
                                            **OBJECTIONS TO DEFENDANT'S**
13   vs.                                    **DEPOSITION DESIGNATIONS**

14   THE WALT DISNEY COMPANY,               Trial Date: February 25, 2025
     *et al*.
15        Defendants.

16

17                                          Assigned to the Hon. Consuelo B. Marshall
                                            Magistrate: Judge Charles F. Eick
18

19

20

21         Defendant Buena Vista Home Entertainment designated deposition

22   testimony that it may offer at trial.  (Dkt. No. 676.)  Plaintiff filed Objections to

23   portions of Defendant Buena Vista Home Entertainment's designated deposition

24   testimony.  (Dkt. No. 674.)

25         The Court rules on Plaintiff's Objections to Defendant Buena Vista Home

26   Entertainment's deposition designations as follows:

27   / / /

28   / / /

                                    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| OSNAT SHURER DEPOSITION – May 15, 2023 | | | |
|---|---|---|---|
| **Page: Line** | **Objection** | **Ruling** | |
| 21:13-20 | Hearsay (FRE 802) | _____Sustained | __X__Overruled |
| 52:17-53:6 | Speculation (FRE 701); Lack of Personal Knowledge (FRE 602) | _____Sustained | __X__Overruled |
| 53:19-54:18 | Speculation (FRE 701); Lack of Personal Knowledge (FRE 602) | _____Sustained | __X__Overruled |
| 55:2-24 | Speculation (FRE 701); Lack of Personal Knowledge (FRE 602) | _____Sustained | __X__Overruled |
| 64:14-21 | Relevance (FRE 401) | _____Sustained | __X__Overruled |
| 109:22-110:4 | Hearsay (FRE 802); Improper Opinion (FRE 701) | _____Sustained | __X__Overruled |
| 115:18-20; 115:116:16 | Hearsay (FRE 802); Improper Opinion (FRE 701) | _____Sustained | __X__Overruled |
| 116:17-25 | Hearsay (FRE 802); Improper Opinion (FRE 701) | _____Sustained | __X__Overruled |
| 117:1-118:1 | Misleading the Jury (FRE 803) | _____Sustained | __X__Overruled |
| 118:3-119:16 | Misleading the Jury (FRE 803) | _____Sustained | __X__Overruled |
| 128:5-13 | Hearsay (FRE 802) | _____Sustained | __X__Overruled |
| 128:18-24 | Speculation (FRE 701) | _____Sustained | __X__Overruled |

Order re: Plaintiff's Objections to Defendant's Deposition Designations

| OSNAT SHURER DEPOSITION – May 15, 2023 | | |
|---|---|---|
| **Page: Line** | **Objection** | **Ruling** |
| 129:2-17 | Speculation (FRE 701); Improper Opinion (FRE 701) | _____Sustained \| __X__Overruled |
| 129:22-130:3 | Hearsay (FRE 802) | _____Sustained \| __X__Overruled |
| 143:7-144:8 | Speculation (FRE 701); Improper Opinion (FRE 701) | _____Sustained \| __X__Overruled |
| 147:7-24 | Lack of Foundation (Assumes Facts Not in Evidence) (FRE 602); Speculative (FRE 701) | _____Sustained \| __X__Overruled |
| 151:2-4 | Hearsay (FRE 802); Lack of Foundation (Assumes Facts Not in Evidence) (FRE 602) | _____Sustained \| __X__Overruled |
| 153:6-15 | Hearsay (FRE 802); Lack of Foundation (Assumes Facts Not in Evidence) (FRE 602) | _____Sustained \| __X__Overruled |
| 156:17-19; 157:1-5 | Improper Opinion (FRE 701) | _____Sustained \| __X__Overruled |
| 157:10-15 | Improper Opinion (FRE 701); Lack of Personal Knowledge (FRE 602) | _____Sustained \| __X__Overruled |

Order re: Plaintiff's Objections to Defendant's Deposition Designations

| OSNAT SHURER DEPOSITION – May 15, 2023 | | |
|---|---|---|
| **Page: Line** | **Objection** | **Ruling** |
| 157:18-23 | Speculation (FRE 701); Lack of Personal Knowledge (FRE 602) | ____Sustained    __X__Overruled |
| 158:15-21 | Speculation (FRE 701); Lack of Personal Knowledge (FRE 602) | ____Sustained    __X__Overruled |
| 158:24-159:5 | Hearsay (FRE 802) | ____Sustained    __X__Overruled |
| 159:7-8 | Improper Opinion (FRE 701) | ____Sustained    __X__Overruled |
| 159:19-22 | Speculation (FRE 701); Lack of Personal Knowledge (FRE 602) | ____Sustained    __X__Overruled |

| PEARL YOUNG DEPOSITION – December 7, 2022 | | |
|---|---|---|
| **Page: Line** | **Objection** | **Ruling** |
| 8:16-23 | Hearsay (FRE 802); Lack of Foundation (Assumes Facts Not in Evidence) (FRE 602) | ____Sustained    __X__Overruled |
| 8:24-9:4 | Speculation (FRE 701); Improper Opinion (FRE 701) | ____Sustained    __X__Overruled |

/ / /

/ / /

/ / /

/ / /

4

Order re: Plaintiff's Objections to Defendant's Deposition Designations

| KATHERINE SPEIRS DEPOSITION – March 29, 2023 | | |
|---|---|---|
| **Page: Line** | **Objection** | **Ruling** |
| 9:15-18; 10:15-18 | Incomplete Designation (FRE 106) | _____Sustained    __X__Overruled |
| 21:8-14 | Lack of Foundation (Assumes Facts Not in Evidence) (FRE 602) | _____Sustained    __X__Overruled |
| 25:9-19 | Relevance (FRE 401) | _____Sustained    __X__Overruled |
| 26:5-11 | Relevance (FRE 401) | _____Sustained    __X__Overruled |
| 31:5-14 | Speculation (FRE 701) | _____Sustained    __X__Overruled |
| 35:6-15 | Compound Question (FRE 403; 611(a)) | _____Sustained    __X__Overruled |
| 39:22- 40:5 | Unfairly Prejudicial (FRE 403) | __X__Sustained    _____Overruled |
| 45:8-13 | Assumes Facts Not in Evidence (FRE 602) | _____Sustained    __X__Overruled |
| 46:7-16 | Lack of Foundation (Failure to Authenticate) (FRE 901) | _____Sustained    __X__Overruled |
| 56:2-8 | Compound Question (FRE 403; 611(a)) | _____Sustained    __X__Overruled |
| 57:16-20 | Compound Question (FRE 403; 611(a)) | _____Sustained    __X__Overruled |
| 57:25; 58:1-4 | Relevance (FRE 401) | _____Sustained    __X__Overruled |
| 96:21-25 | Assumes Facts Not in Evidence (FRE 602) | _____Sustained    __X__Overruled |
| 97:4-8 | Argumentative (FRE 403; 611(a)) | _____Sustained    __X__Overruled |

Order re: Plaintiff's Objections to Defendant's Deposition Designations

| KATHERINE SPEIRS DEPOSITION – March 29, 2023 | | | |
|---|---|---|---|
| **Page: Line** | **Objection** | **Ruling** | |
| 99:15-18 | Relevance (FRE 401) | __X__ Sustained | ____Overruled |
| 100:1-4 | Improper Opinion (FRE 701); Unfair Prejudice (FRE 403); Relevance (FRE 401) | __X__ Sustained | ____Overruled |
| 101:1-6 | Relevance (FRE 401); Argumentative (FRE 403; 611(a)); Unfair Prejudice (FRE 403) | __X__ Sustained | ____Overruled |
| 101:7-13 | Compound Question (FRE 403; 611(a)); Improper Opinion (FRE 701); Relevance (FRE 401); Unfair Prejudice (FRE 403) | __X__ Sustained | ____Overruled |
| 101:24-102:10 | Assumes Facts Not in Evidence (FRE 602) | ____Sustained | __X__ Overruled |
| 103:6-10 | Relevance (FRE 401); Improper Opinion (FRE 701) | ____Sustained | __X__ Overruled |
| 103:14-25 | Hearsay (FRE 802); Argumentative (FRE 403; 611(a)); Compound Question (FRE 403; 611(a)) | __X__ Sustained as to "which although Mr. Woodall apparently disagrees, reads to me is a very measured response" at 103:14-17 | __X__ Overruled as to remainder. |
| 104:2-5 | Speculation (FRE 701) | __X__ Sustained | ____Overruled |

Order re: Plaintiff's Objections to Defendant's Deposition Designations

| | KATHERINE SPEIRS DEPOSITION – March 29, 2023 | | |
|---|---|---|---|
| **Page: Line** | **Objection** |  | **Ruling** |
| 104:6-11 | Compound Question (FRE 403; 611(a)) | _____Sustained | __X__Overruled |
| 104:13-105:8 | Relevance (FRE 401) | __X__Sustained | _____Overruled |
| 105:16-25 | Relevance (FRE 401); Unfairly Prejudicial (FRE 403) | __X__Sustained | _____Overruled |
| 106:2-23 | Relevance (FRE 401); Unfairly Prejudicial (FRE 403) | __X__Sustained | _____Overruled |
| 107; 108:1 | Hearsay (FRE 802); Unfairly Prejudicial (FRE 403); Relevance (FRE 401) | __X__Sustained | _____Overruled |
| 108:25-109:9 | Argumentative (FRE 403; 611(a)); Relevance (FRE 401); Unfairly Prejudicial (FRE 403) | _____Sustained | __X__Overruled |
| 109:21-110:6 | Argumentative (FRE 403; 611(a)); Relevance (FRE 401); Vague (FRE 403; 611(a)); Unfairly Prejudicial (FRE 403) | _____Sustained | __X__Overruled |

Order re: Plaintiff's Objections to Defendant's Deposition Designations

| KATHERINE SPEIRS DEPOSITION – March 29, 2023 | | |
|---|---|---|
| **Page: Line** | **Objection** | **Ruling** |
| 110:7-19 | Argumentative (FRE 403; 611(a)); Hearsay (FRE 802); Assumes Facts Not in Evidence (FRE 602); Relevance (FRE 401); Vague (FRE 403; 611(a)); Unfairly Prejudicial (FRE 403) | _____Sustained   __X__Overruled |
| 119:14-16 | Argumentative (FRE 403; 611(a)); Relevance (FRE 401) | _____Sustained   __X__Overruled |
| 119:17-24 | Assumes Facts Not in Evidence (FRE 602) | _____Sustained   __X__Overruled |

**IT IS SO ORDERED.**

Dated: March 4, 2025.

_____

Hon. Consuelo B. Marshall

United States District Judge

Order re: Plaintiff's Objections to Defendant's Deposition Designations