# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCK G. WOODALL,<br><br>    Plaintiff,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, *et al*.<br><br>    Defendants. | **Case No.: 2:20-cv-03772-CBM-E**<br><br>**ORDER RE: PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DEPOSITION COUNTER DESIGNATIONS OFFERED PURSUANT TO L.R. 16-2.7**<br><br><br>Assigned to the Hon. Consuelo B. Marshall<br>Magistrate: Judge Charles F. Eick |

**ORDER RE: PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DEPOSITION COUNTER DESIGNATIONS OFFERED PURSUANT TO L.R. 16-2.7**

The matter before the Court is Plaintiff Buck G. Woodall's ("Plaintiff") objections to Defendant Buena Vista Home Entertainment, Inc.'s designations of deposition testimony. Having considered the proposed testimony and Plaintiff's objections thereto, the Court rules as follows:

1. Deposition Testimony of Peter Heckman dated December 8, 2023.

| Page and Line Number | Objection | Ruling |
|---|---|---|
| 55:18 (after "I'll ask it again")—56:11 | Confusing the Issues, Misleading the Jury, and Wasting Time (FRE 403) | _____ Sustained<br>__X__ Overruled |
| 59:24-60:5 | Unfair Prejudice (FRE 403) | _____ Sustained<br>__X__ Overruled |
| 112:17-21 | Relevance (FRE 401); Unfair Prejudice (FRE 403); Improper Character Evidence (FRE 404) | __X__ Sustained<br>_____ Overruled |
| 116:4-117:4 | Relevance (FRE 401); Unfair Prejudice (FRE 403); Improper Character Evidence (FRE 404) | __X__ Sustained<br>_____ Overruled |
| 120:14-122:7 | Relevance (FRE 401); Confusing the Issues and Misleading the Jury, and Wasting Time (FRE 403) | __X__ Sustained<br>_____ Overruled |
| 127:24-128:3 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, Wasting | __X__ Sustained<br>_____ Overruled |

1

| Page and Line Number | Objection | Ruling |
|---|---|---|
| | Time, and Unfair Prejudice (FRE 403); Improper Character Evidence (FRE 404) | |
| 128:10-18 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, Wasting Time, and Unfair Prejudice (FRE 403); Improper Character Evidence (FRE 404) | __X__ Sustained _____ Overruled |
| 128:24-129:5 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, Wasting Time, and Unfair Prejudice (FRE 403); Improper Character Evidence (FRE 404) | __X__ Sustained _____ Overruled |
| 129:15-20 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, Wasting Time (FRE 403) | _X___ Sustained _____ Overruled |
| 129:24-130:10 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury, Wasting Time (FRE 403) | __X__ Sustained _____ Overruled |
| 132:21-133:13 | Relevance (FRE 401); Confusing the Issues, | __X__ Sustained as to 132:21-133:2 & 133:11-13; __X__ Overruled as to 133:3-10 |

2

**ORDER RE: PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DEPOSITION COUNTER DESIGNATIONS OFFERED PURSUANT TO L.R. 16-2.7**

| Page and Line Number | Objection | Ruling |
|---|---|---|
| | Misleading the Jury, Wasting Time, and Unfair Prejudice (FRE 403); Improper Character Evidence (FRE 404) | |
| 150:18-19 | Relevance (FRE 401) | _____ Sustained<br>\_X\_\_ Overruled |
| 187:15-188:9 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury (FRE 403) | _____ Sustained<br>\_X\_\_ Overruled |
| 191:8-11 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury (FRE 403) | _____ Sustained<br>\_X\_\_ Overruled |
| 192:3-11 | Relevance (FRE 401); Confusing the Issues, Misleading the Jury (FRE 403) | _____ Sustained<br>\_X\_\_ Overruled |

2. Deposition Testimony of Katie Speirs dated March 29, 2023.

| Page and Line Number | Objection | Ruling |
|---|---|---|
| 42:3-11 | Confusing the Issues, Misleading the Jury (FRE 403), need full excerpt to provide accurate context | _____ Sustained<br>\_X\_\_ Overruled |

**ORDER RE: PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DEPOSITION COUNTER DESIGNATIONS OFFERED PURSUANT TO L.R. 16-2.7**

| Page and Line Number | Objection | Ruling |
|---|---|---|
| 43:22-44:1 | Confusing the Issues, Misleading the Jury (FRE 403), need full excerpt to provide accurate context | _____ Sustained __X__ Overruled |

**IT IS SO ORDERED.**

Dated: March 4, 2025

HON. CONSUELO B. MARSHALL

UNITED STATES DISTRICT JUDGE