# EXHIBIT A

# Deposition Transcript

Case Number: 2:20-cv-03772-CBM-E

Date: October 19, 2023

In the matter of:

# WOODALL v THE WALT DISNEY COMPANY, et al.

## DAVID HOBERMAN

**CERTIFIED COPY**

Reported by:

Vanese Killingbeck
RPR, CRR



Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F

1                UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
2
                 CASE NO.:  2:20-cv-03772-CBM-E
3

4    BUCK G. WOODALL,

5         Plaintiff,

6    vs.

7    THE WALT DISNEY COMPANY, ET AL.,

8         Defendants.
     _____/
9

10     VIDEOTAPED REMOTE DEPOSITION OF DAVID HOBERMAN
                    PAGES 1 through 71
11
                  Thursday, October 19, 2023
12              10:14 a.m. to 12:04 p.m. PST

13

14

15

16

17

18

19

20

21

22

23

24              Stenographically Reported By:
                Vanese Killingbeck, RPR, CRR
25            Registered Professional Reporter
                Certified Realtime Reporter

```
 1                A P P E A R A N C E S:

 2    On Behalf of Plaintiff:
            GERARD FOX LAW, P.C.
 3          1880 Century Park East, Suite 1410
            Los Angeles, California 90067
 4          (310) 441-0500
            gfox@gerardfoxlaw.com
 5          amorris@gerardfoxlaw.com
            BY:   GERARD P. FOX, ESQUIRE
 6
                  ASHLEY R. MORRIS, ESQUIRE
 7                VIA VIDEO CONFERENCE

 8
      On Behalf of Defendants:
 9          WILLENKEN, LLP
            707 Wilshire Boulevard, # 3850
10          Los Angeles, California 90017
            (213) 955-9240
11          pshimamoto@willenken.com
            BY:   PETER SHIMAMOTO, ESQUIRE
12                VIA VIDEO CONFERENCE

13
            HUESTON HENNIGAN, LLP
14          523 West 6th Street, Suite 400
            Los Angeles, California 90014
15          (213) 788-4340
            rklieger@hueston.com
16          BY:   ROBERT N. KLIEGER, ESQUIRE
                  VIA VIDEO CONFERENCE
17

18
            THE WALT DISNEY COMPANY
19          500 South Buena Vista Street
            Burbank, California 91521
20          (818) 560-1192
            jon.y.chow@disney.com
21          john.mcguire@disney.com
            BY:   JON Y. CHOW, ESQUIRE
22                VIA VIDEO CONFERENCE

23                JOHN McGUIRE, ESQUIRE
                  VIA VIDEO CONFERENCE
24
      Also Present:
25          Braxton Vallejo, Videographer
```

DAVID HOBERMAN                                          JOB NO. 719224
OCTOBER 19, 2023

```
 1                    INDEX OF PROCEEDINGS

 2
      Deposition of DAVID HOBERMAN              Page
 3

 4    Direct Examination by MR. FOX                7
      Cross-Examination by MR. KLIEGER            64
 5    Certificate of Oath                         69
      Certificate of Reporter                     70
 6    Errata Sheet                                71

 7                   PLAINTIFF'S EXHIBITS

 8
      Number            Description              Page
 9
                     (NONE MARKED.)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

 1   Deposition taken before Vanese Killingbeck, RPR,

 2   CRR, Registered Professional Reporter, Certified

 3   Realtime Reporter, and Notary Public in and for the

 4   State of Florida at Large in the above cause.

 5                    - - - - -

 6          VIDEOGRAPHER:  Good morning.  We are on

 7          the record at 10:14 a.m. Pacific time on

 8          October 19th, 2023 to begin the deposition of

 9          David Hoberman in his capacity as chief

10          executive officer, secretary, and chief

11          financial officer of defendant

12          Mandeville Films, Incorporated, in the matter

13          of Woodall v. The Walt Disney Company, et al.

14          This case is venued in the United States

15          District Court, Central District of California.

16          The Case No. is 2:20-cv-03772-CBM-E.

17          This deposition is taking place via Zoom

18          videoconference.  The legal videographer is

19          Braxton Vallejo, here on behalf of Steno.  And

20          the court reporter is Vanese Killingbeck, also

21          here on behalf of Steno.

22          Would counsel please identify yourselves

23          and state whom you represent.

24          MR. FOX:  Yes.

25          This is Gerard Fox of Gerard Fox Law.  And

1  I represent the plaintiff, Mr. Woodall.

2      MS. MORRIS:  Ashley Morris with

3  Gerard Fox Law representing the plaintiff,

4  Mr. Woodall.

5      MR. KLIEGER:  Robert Klieger of

6  Hueston Hennigan representing defendants and

7  also the witness.

8      MR. SHIMAMOTO:  Peter Shimamoto of

9  Willenken, LLP representing the defendants.

10     I'd just like to clarify.  This is not a

11  30(b)(6) depo.

12     MR. FOX:  No, it's not.

13     VIDEOGRAPHER:  And, Mr. Chow, would you

14  like to make an appearance?

15     MR. CHOW:  Sure.

16     This is Jon Chow, inhouse counsel for

17  The Walt Disney Company.

18     VIDEOGRAPHER:  Okay.  Thank you.

19     We'll now pass things over to our court

20  reporter.

21     COURT REPORTER:  Thank you.  I have a

22  brief read-on, and I'll swear in the witness.

23     The attorneys appearing in this deposition

24  acknowledge that I am not physically present in

25  the deposition room, that I will be reporting

DAVID HOBERMAN
OCTOBER 19, 2023

JOB NO. 719224

 1   this deposition remotely, and that I will

 2   administer the oath to the witness remotely.

 3        The parties and their counsel further

 4   agree that the witness may be in a state where

 5   I am not a notary and stipulate, pursuant to

 6   Federal Rule of Civil Procedure 29, that this

 7   deposition may be taken before me.

 8        If any party does have an objection to

 9   this manner of reporting or anything stated

10   above, please state so now.

11        Hearing none, we can proceed.

12        Mr. Hoberman, please raise your right

13   hand.

14        Do you swear or affirm the testimony you

15   are about to give will be the truth, the whole

16   truth, and nothing but the truth so help you

17   God?

18        THE WITNESS:  Yes, I do.

19        COURT REPORTER:  Thank you.

20        Counsel, you may proceed.

21        MR. FOX:  Thank you.

22

23

24

25

```
 1   THEREUPON,
 2                     DAVID HOBERMAN,
 3   having been first duly sworn testified as follows:
 4                   DIRECT EXAMINATION
 5   BY MR. FOX:
 6        Q.   Good morning, Mr. Hoberman.  As I said, my
 7   name is Gerry Fox, Gerard, but Gerry.  And I'm here
 8   to take your deposition today.
 9             If you need to take a break for any
10   reason, just let me know.  If a question's pending,
11   you'd have to answer it before you take the break,
12   but -- and if, of course, your call blanks out --
13   the screen -- we'll -- we'll take a break as well.
14   And we'll take a break for lunch if it gets to that
15   point.  So this is not an endurance contest
16   whatsoever.
17             The first question I have for you is:  Did
18   you meet with any attorneys in preparation for this
19   deposition, whether it was in a Zoom or a phone call
20   or in person?
21        A.   Yes.
22        Q.   And who -- what attorneys did you meet
23   with?
24        A.   Chow, Klieger, and Shimamoto.
25        Q.   Okay.  And did you meet with them in
```

```
 1   person or in a Zoom phone call?  How did you meet
 2   with them?
 3        A.   Zoom.
 4        Q.   And -- and when was that?
 5        A.   Yesterday.
 6        Q.   And for how long did that Zoom last?
 7        A.   About 45 minutes.
 8        Q.   And were you shown any documents?
 9        A.   No.
10        Q.   Okay.  And other than that 45-minute Zoom
11   with the attorneys you just identified, did you talk
12   to any other attorneys about this deposition today?
13        A.   No.
14        Q.   And did you do anything to prepare for the
15   deposition, as in review any documents on your own?
16        A.   No.
17        Q.   Okay.  Have you given prior deposition
18   testimony before?
19        A.   Yes.
20        Q.   And how many times, roughly?
21        A.   I don't -- I don't recall how many times.
22        Q.   Do you know whether it's more than six?
23        A.   No.
24        Q.   Okay.  Can you tell me the last time you
25   were deposed, roughly?
```

DAVID HOBERMAN                                      JOB NO. 719224
OCTOBER 19, 2023

1        A.    I can't.

2        Q.    Okay.  Can you tell me the names of the

3   cases in which you were deposed?  You should be able

4   to do that.

5        A.    I don't remember.

6        Q.    You don't remember any case in which

7   you've been deposed?

8        A.    That's right.

9        Q.    Do you remember what projects that

10  those -- any of those depositions related to?

11       A.    I don't remember.

12       Q.    You have no recollection -- you sat

13  through a handful of depositions.

14             You have no recollection of the project,

15  the film, or anything that the cases were about; is

16  that correct?

17       A.    Correct.

18       Q.    And did you -- have you ever given trial

19  testimony in court with a judge?

20       A.    I -- I think so, but I don't recall for

21  certain.

22       Q.    You think you testified at trial, but

23  you're not sure; is that your answer?

24       A.    Yeah.  It was -- would have been 30,

25  40 years ago --

1        Q.    Uh-huh.

2        A.    -- so...

3        Q.    Who were you working for at the time that

4   you went to trial and testified?

5        A.    Disney.

6        Q.    And do you recall who your counsel was at

7   that time?

8        A.    No.

9        Q.    Okay.  Have you ever testified in an

10   arbitration hearing?

11        A.    I don't think so.

12        Q.    All right.  So the one trial that you

13   think you might have testified in might have been 30

14   to 40 years ago; is that correct?

15        A.    Yes.

16        Q.    And you worked for Disney at the time?

17        A.    Yes.

18        Q.    Correct?

19        A.    Yes.

20        Q.    Okay.  All right.

21              Where did you grow up, and where did you

22   go to high school, you know?  I just want to get a

23   general start of your background.

24        A.    I was born in Detroit, Michigan.  I moved

25   to Long Island at age 5 and then Los Angeles in

1  1960.

2       Q.   Where did you go to high school?

3       A.   High school?  Palisades --

4  Pacific Palisades High.

5       Q.   And did -- and where did you go to

6  college?

7       A.   San Diego State, UC Santa Barbara, UCLA.

8       Q.   Did you get a degree from UCLA?

9       A.   No.

10      Q.   So you had a couple years of college

11  education and did not get a degree; is that correct?

12      A.   Correct.

13      Q.   And when you were in college, what was

14  your general area of study, if you can recall?

15      A.   Philosophy.

16      Q.   And I want to put together your work

17  history, you know, getting to the filmmaking part of

18  it as quickly as I can.

19           When you got out of college, what was the

20  first full-time job you had?

21      A.   Mail room at KABC Television.

22      Q.   Okay.  And did you stay at KABC Television

23  for more than a year?

24      A.   I don't think so.

25      Q.   And where did you work next?

 1      A.   ABC Entertainment Center.

 2      Q.   And what was your position there?

 3      A.   Mail boy.

 4      Q.   And what was -- and for how long were you

 5   in that position, a year or less?

 6      A.   Over.

 7      Q.   Okay.  And then where did you work next?

 8      A.   Tandem/T.A.T., T-A-T; Norman Lear,

 9   Jerry Perenchio's company.

10      Q.   What year was that, roughly?

11      A.   No idea.

12      Q.   Somewhere back in time.

13           When you were at ABC Entertainment, did

14   you ever get promoted out of the mail room, or did

15   you just move from the mail room to Tandem/T.A.T.?

16      A.   I think I just moved --

17      Q.   Okay.

18      A.   -- to Tandem/T.A.T.

19      Q.   And what did you do at Tandem/T.A.T.?

20      A.   I started as a chauffeur for

21   Sherman Hemsley at the Jefferson's.

22      Q.   Yeah.  That brings back good memories.

23           That's, you know -- so the -- and then how

24   long were you at Tandem/T.A.T.?

25      A.   A few years.  I worked my way into movie

1    development and TV movie development.

2         Q.   Okay.  So you say a few years.

3              Is that three?  Four?  Five?  Any?  Does

4    it ring a bell, any number of years?

5         A.   I don't remember.

6         Q.   And who -- you know, who did you report to

7    when you were doing this TV development, if you can

8    recall?

9         A.   I don't remember their names.

10        Q.   Okay.  And what type of programming were

11   you developing?

12        A.   I think I said movies and movies of the

13   week.

14        Q.   Okay.  And were you doing any writing for

15   those shows or --

16        A.   No.

17        Q.   -- were you just -- okay.

18             And you -- were you directing?

19        A.   Executive.

20        Q.   Okay.  And so just generally, how would

21   you describe your production role at that time?

22        A.   Reading scripts and giving notes on

23   projects in development.

24        Q.   And would those scripts come to you from

25   someone in the company or from outside the company?

 1      A.    Both.

 2      Q.    Okay.  And if they -- if you received them

 3  from outside the company, were those always from

 4  agents or lawyers, or were they just from

 5  individuals who were sending in ideas?

 6      A.    I have to presume agents and lawyers.

 7      Q.    But as far as you know, it could have been

 8  direct submissions; you don't know?

 9      A.    It's -- it's 50 years ago.

10      Q.    Yeah.  Okay.

11            All right.  So after you left that job,

12  what did you do next?

13      A.    I became a literary agent at

14  Writers and Artists Agency.

15      Q.    And you -- you became an agent there,

16  correct?

17      A.    Yes.

18      Q.    And for how long were you there?

19      A.    Don't remember.

20      Q.    More than two or three years?

21      A.    No.

22      Q.    Okay.  What did you do next?  What was

23  your next job?

24      A.    I became a literary agent at

25  Zeigler & Associates.

1        Q.    All right.  And then --

2        A.    And that was --

3        Q.    Okay.  So at Zeigler, how long were you

4   there, roughly?

5        A.    I think maybe about a year.  They were

6   bought by ICM.

7        Q.    Okay.  And you were an agent at ICM also,

8   correct?

9        A.    Yes.

10       Q.    When you say literary agent, were -- what

11   type of properties were you handling?

12       A.    Scripts and writers and directors.

13       Q.    Okay.  And you would make submissions to

14   production companies or networks or studios,

15   correct?

16       A.    Yes.  Correct.

17       Q.    And if the -- if the script that you

18   submitted was not accepted, would they always be

19   returned to you?

20       A.    The physical?

21       Q.    Yes.

22       A.    No.

23       Q.    Okay.  And so after leaving ICM, what did

24   you do next?

25       A.    Well, vice president of

1    The Walt Disney Company.

2        Q.    Okay.

3        A.    I know that date, 1985.

4        Q.    Okay.  Who hired you?

5        A.    Jeffrey Katzenberg and Michael Eisner.

6        Q.    And can you describe what your

7    responsibilities were as the vice president of

8    The Walt Disney Company at that time, roughly?

9        A.    Well, I developed scripts, buy scripts,

10   supervised production, participated in all hires for

11   production.

12       Q.    When you were developing a script, as

13   opposed to buying a script, what's the process that

14   you went through?

15       A.    When you read a script, you do -- give

16   notes to the writer on the script.  And then that

17   goes back and forth and back and forth.

18       Q.    Okay.  Was there, at the time that you

19   were the vice president of Walt Disney Company, a

20   library of materials that Disney had received or

21   acquired over time?

22       A.    Not that I'm aware of.

23       Q.    And were there people inhouse who would,

24   you know, sit in a room and talk about a rough idea

25   for a film, then they would be inhouse, and they'd

1    be writers, and you'd develop it inhouse?

2              MR. KLIEGER:  Vague and ambiguous.

3         A.   I don't understand the question.

4    BY MR. FOX:

5         Q.   Yeah.  In other words, did Disney have

6    a -- you know, a process for developing scripts

7    inhouse at the time you were a vice president of

8    Walt Disney Company?

9         A.   We developed our own ideas at times.

10        Q.   And do you remember what those ideas were,

11   you know, generally based upon, just -- you know,

12   did you have properties that you bought, books that

13   you bought?  You know, did you have -- did anybody

14   bring any materials into meetings that gave birth to

15   those ideas?  How generally did you just give birth

16   to something inhouse?

17        A.   It came from any number of different

18   sources.  And I didn't do a lot of inhouse

19   development from our own ideas --

20        Q.   Okay.

21        A.   -- or properties.

22        Q.   Yeah.

23             How long were you the vice president of

24   The Walt Disney Company?

25        A.   I don't remember.

```
 1        Q.   Was it more than five years?

 2        A.   No.

 3        Q.   Do you know if it was more than one year?

 4        A.   Yes.

 5        Q.   Okay.  So it would have been two to three,

 6   maybe four years?

 7        A.   Well, I can -- I can cut through this.

 8             I was a VP of production for a couple

 9   years, senior VP of production for a couple of

10   years, president of production, president of the

11   motion picture group, all in a ten-year span.

12        Q.   Okay.  So when did you become -- was VP of

13   production for Disney; is that correct?

14        A.   For Walt Disney Studios.

15        Q.   Okay.  And you were VP of

16   The Walt Disney Company, correct?

17        A.   Walt Disney Studios, I believe.

18        Q.   Okay.  So Studios.  Okay.

19             And when you were at Walt Disney Studios,

20   you would get your paychecks from

21   Walt Disney Studios, correct?

22        A.   I -- I don't remember.

23        Q.   Uh-huh.  And then you were -- you said

24   after VP of production, you were senior --

25        A.   Senior VP.
```

DAVID HOBERMAN                                            JOB NO. 719224
OCTOBER 19, 2023

```
 1        Q.   VP of production.
 2             And was that also for the
 3   Walt Disney Studios?
 4        A.   Yes.
 5        Q.   And what type of properties were you
 6   developing at that time?  Were they theatrical
 7   motion pictures, any --
 8        A.   Always.
 9        Q.   Always theatrical motion pictures.
10             Would that include animation?
11        A.   No.
12        Q.   No.
13             All right.  And -- and then you said after
14   senior VP of production, you had another position.
15   You mentioned the --
16        A.   I had several.  I was president of
17   Touchstone Pictures.  I was president of
18   Walt Disney Pictures.  And I was president of
19   Hollywood Pictures and then president -- and then
20   president of the Motion Picture Group, which
21   included all three labels.
22        Q.   Okay.  So you're president of Touchstone;
23             President of Walt Disney;
24             And I missed the third one.
25        A.   Hollywood.
```

1     Q.   And were -- were -- was Touchstone an

2   independent production -- production company,

3   studio, or was it under the Disney umbrella?

4     A.   Under the Disney umbrella.

5     Q.   And what -- what about the Hollywood

6   entity, was that also under the Disney umbrella?

7     A.   Yes.

8     Q.   All right.  And then they formed a motion

9   picture group, which basically encapsulated

10  Walt Disney Studios, Touchstone, and Hollywood?

11    A.   Yes.

12    Q.   Okay.  And so --

13    A.   It was just a title.

14    Q.   Yeah, I got it.

15         Did any of those entities do animation?

16    A.   No.

17    Q.   Okay.  All right.  So after that, what did

18  you -- after those positions, what did you do next?

19    A.   Formed Mandeville Films.

20    Q.   Can you tell me the year in which you did

21  that?

22    A.   I believe '95.

23    Q.   And did you have partners or other

24  co-owners to the business when you formed it?

25    A.   No.

DAVID HOBERMAN                                    JOB NO. 719224
OCTOBER 19, 2023

1    Q.   So -- and when you opened

2    Mandeville Films, was it on the Disney lot?

3    A.   Yes.

4    Q.   Immediate -- so immediately it was on the

5    Disney lot.

6         And did you have a first-look deal with

7    Disney?

8    A.   Yes.

9    Q.   Okay.  And -- but did Mandeville Films

10   keep its own records as it hired employees, its own

11   payroll records, it's own tax records, it's own, you

12   know, materials that received in submission -- did

13   it keep its own materials internally somewhere?

14   A.   You asked lot of different things.

15   Q.   Oh, so I'll slow it down.

16        Okay.  So Mandeville Films, did you start

17   hiring people to work at Mandeville Films?

18   A.   Yes.

19   Q.   And, you know, as it grew over time, what

20   was the largest number of employees that you had at

21   Mandeville Films -- or roughly -- roughly, how many

22   people?

23   A.   Six or seven.

24   Q.   Okay.  And were they paid by

25   Mandeville Films, or were they paid by Disney?

DAVID HOBERMAN
OCTOBER 19, 2023

JOB NO. 719224

1          A.   Disney.

2          Q.   Okay.  And, therefore, any payroll records

3     related to them would be in the Disney company,

4     the --

5          A.   Correct.

6          Q.   And if materials were sent into

7     Mandeville Films, did that go through the Disney

8     mail room to Mandeville, or did it come straight

9     into Mandeville?

10         A.   Straight into Mandeville.

11         Q.   And did you have a process for what you

12    did with submitted materials, how you stored them,

13    how you kept them?

14         A.   I honestly don't recall.

15         Q.   Do you know whether any of those materials

16    were submitted to Disney for storage?

17         A.   I don't know.

18         Q.   Okay.  And the six to seven people who

19    came to Mandeville Films, can you tell me generally

20    what their names were, if you -- if you remember,

21    whoever you do remember.

22         A.   I can't.

23         Q.   Not one of them?

24         A.   I remember -- yes, I do.  I remember a

25    couple in the beginning, Mike Karz and

1   Albert Beveridge.

2       Q.   Any others?

3       A.   A guy named Greg.  I can't remember his

4   last name.  He ran Warner Bros. for a while.

5       Q.   Any others?

6       A.   No.

7       Q.   Did Mandeville Films have a first-look

8   deal with Disney?

9       A.   Yes.

10      Q.   And was that from its inception on?

11      A.   Yes.

12      Q.   And did the people at the company, these

13  six or seven people, were they made aware of that,

14  that they -- that Disney had a first-look deal?

15      A.   Sure.

16      Q.   Okay.  So if materials came in, they

17  understood that Disney was to receive a first look

18  at any project that might go forward, correct?

19           MR. KLIEGER:  Vague and ambiguous.

20       Assumes facts.

21           MR. FOX:  You can answer that.  That's

22       just his objection.

23           Let me say it differently.

24  BY MR. FOX:

25      Q.   They weren't allowed to go do deals on

1  their -- like, on their own off to the side while

2  working for Mandeville, subject to a first-look

3  deal?

4       A.   Correct.

5            MR. KLIEGER:  Vague -- vague and

6       ambiguous.  Calls for a legal opinion.

7            MR. FOX:  He answered it.

8            MR. KLIEGER:  I understand.  But I'm still

9       allowed to state my objection for the record.

10            MR. FOX:  I know.  I know.  Just, you

11       know, so --

12            THE WITNESS:  Sorry, Robert.

13  BY MR. FOX:

14       Q.   And the -- at some point in time, did

15  Mandeville Films take on another owner?

16       A.   No.

17       Q.   Okay.  And for how long did you run

18  Mandeville Films?

19       A.   32 years.

20       Q.   Okay.  And when -- is -- is

21  Mandeville Films still an active corporation today?

22       A.   I don't know if it's an active

23  corporation, but we are -- me and my former partner

24  still develop Mandeville projects.

25       Q.   And do you -- does Mandeville still have a

```
 1   location on the Disney lot, an --

 2        A.    No.

 3        Q.    -- office?

 4              Okay.  So when did Mandeville move off of

 5   the Disney lot?

 6        A.    About five years ago to Universal.

 7        Q.    Okay.  So you have offices at Universal?

 8        A.    We did.

 9        Q.    Until when?

10        A.    About two years ago.

11        Q.    Okay.  You said your partner.

12              Who was your partner at Mandeville?

13        A.    Todd Lieberman.

14        Q.    And when did he become your partner at

15   Mandeville?

16        A.    I don't know.

17        Q.    And have you been a partner in or been

18   participant in any other production companies

19   besides Mandeville?

20        A.    Yes.

21        Q.    And what are the names of those other

22   production companies?

23        A.    Hyde Park.

24        Q.    High or Hide?

25        A.    H-y-d-e.
```

DAVID HOBERMAN
OCTOBER 19, 2023                                          JOB NO. 719224

```
 1        Q.    Okay.  Thanks.

 2              And any others?

 3        A.    No.

 4        Q.    And when did you form Hyde Park?

 5        A.    Don't remember.

 6        Q.    And was it in existence at the same time

 7   as Mandeville?

 8        A.    Good question.  I don't know.

 9        Q.    What was the purpose for starting

10   Hyde Park, separate and apart from Mandeville?

11        A.    It was a financing company.

12        Q.    Where was it located?

13        A.    MGM offices.

14        Q.    Does Hyde Park -- is Hyde Park still in

15   business today?

16        A.    No idea.  I hope not.

17        Q.    Did -- did -- when did your involvement

18   with Hyde Park end?

19        A.    No idea.

20        Q.    If you could --

21        A.    I'm not very good with dates.

22        Q.    That's fine.

23              When -- was there ever a time where

24   Mandeville -- I think you said it was, but I wanna

25   get this pinned down.
```

1          When -- when did Mandeville close down its

2    location on the Disney lot and move off of it?

3          A.    That was an end office of some kind on the

4    Disney lot, even through Hyde Park.

5          Q.    And was that a Mandeville office, or just

6    a Disney office they were allowing you to have?

7          A.    Disney office, I would call it.

8          Q.    And when Mandeville -- because you said

9    that you still had Mandeville projects.

10          When Mandeville -- before you got in

11    office at Disney, was there -- was there a bigger

12    location where you had several offices for

13    Mandeville at Disney?

14          MR. KLIEGER:  Vague and ambiguous.

15    BY MR. FOX:

16          Q.    In other words, what -- what pre-existed

17    your having an office at Disney for Mandeville?

18          MR. KLIEGER:  Vague and ambiguous.

19          MR. FOX:  You can answer that.

20          THE WITNESS:  I -- I can't hear you,

21          Robert.

22          MR. FOX:  Okay.  He said vague and

23          ambiguous.  It's a legal objection.  It has

24          nothing to do with whether you answer.

25

 1   BY MR. FOX:

 2        Q.   You know, production companies set up

 3   their offices on studio lots.  And sometimes they

 4   have several offices.  Sometimes they just have one.

 5   Sometimes they have, you know, their own building.

 6             What was --

 7        A.   I can tell you that when I started

 8   Mandeville, I had an office at Disney and then

 9   Beverly Hills, the Beverly Hills office for a few

10   years.

11             Then went back and just had offices at

12   Disney.  I had, you know, half a dozen offices

13   there.  Then went to Hyde Park, had one office

14   there.

15             When I quit Hyde Park, I went back to

16   Disney and had several offices there.

17        Q.   When you received scripts for Hyde Park,

18   were those kept at a separate location than --

19        A.   Yes.

20        Q.   And if you received scripts at

21   Beverly Hills, would you -- where would those go?

22        A.   Ultimately they went back to my offices at

23   Disney.

24        Q.   And when you closed your offices from

25   Mandeville at Disney, what did you do with all of

```
 1    the creative materials that were on hand; scripts,

 2    revised scripts, story boards, et cetera?

 3         A.   When I left Disney for Universal?

 4         Q.   Yes.

 5         A.   We cleaned out as much as wasn't relevant

 6    anymore.

 7         Q.   And when you say cleaned out, what do you

 8    mean?  Threw it out?

 9         A.   (Nonverbal response.)

10         Q.   Got rid of it?  Destroyed it?

11         A.   Threw it out.

12         Q.   And who made that decision as to what

13    could be destroyed and what wasn't relevant?

14         A.   Probably between me and my assistant.

15         Q.   Who was your assistant?

16         A.   Julie Meschko.

17         Q.   Okay.  And did you take some of those

18    materials to Universal that you didn't destroy --

19    did you take the rest of those materials to

20    Universal?

21         A.   Yes.

22         Q.   Okay.  And are -- and then -- you're not

23    still at Universal now, right; you left Universal

24    also, correct?

25         A.   Correct.
```

 1      Q.   So what happened with those materials when

 2   you left Universal?

 3      A.   Well, we did some more cleaning, and then

 4   Julie put them somewhere.  I don't even know where.

 5      Q.   Do you have a storage facility that has

 6   the old Mandeville stuff in it?

 7      A.   I don't know.

 8      Q.   Okay.  So how do you spell Julie's last

 9   name?

10      A.   M-e-s-c-h-k-o.

11      Q.   And she -- she was the one who ultimately

12   would take the stuff that you kept that you didn't

13   destroy and put it somewhere, correct?

14      A.   Yes.

15      Q.   Okay.  And how many employees did

16   Hyde Park have or --

17      A.   I don't remember.

18          COURT REPORTER:  Apologies.  I didn't get

19      the answer.

20          MR. KLIEGER:  He said I don't remember.

21          COURT REPORTER:  Okay.  Thank you.

22   BY MR. FOX:

23      Q.   And did you -- did Julie also take the

24   materials from Hyde Park that weren't destroyed and

25   put them somewhere?

DAVID HOBERMAN                                          JOB NO. 719224
OCTOBER 19, 2023

1      A.   She wasn't with me at the time.

2      Q.   So who -- who handled the Hyde Park

3   materials, if you know?

4      A.   I don't remember.

5      Q.   Now, while you were at Mandeville, did you

6   produce any films that had animated parts or

7   segments?

8      A.   Yeah.  A couple years ago Rescue Rangers.

9      Q.   Any others?

10     A.   Not to the -- no.

11     Q.   Okay.  And do you understand -- what's

12  your understanding of the --

13     A.   Oh, sorry.  Beauty and the Beast.

14     Q.   Okay.  And this was all done while you

15  were at Mandeville, correct?

16     A.   Yes.

17     Q.   And what's the purpose of a first -- your

18  understanding, not a legal definition.

19          But what's your understanding of why a

20  first-look agreement goes into place?  What's the

21  purpose of it?

22     A.   They give me money and overhead.  And in

23  exchange, if something comes to me that I like and

24  want to present to them, I have to present it to

25  them first.

DAVID HOBERMAN
OCTOBER 19, 2023

JOB NO. 719224

```
1        Q.   Okay.  As opposed to doing it on your own
2   or presenting it to another studio, correct?
3        A.   Correct.
4        Q.   And that would include projects that were
5   animated, like Beauty and the Beast or
6   Rescue Rangers, correct?
7             MR. KLIEGER:  Vague and ambiguous.
8        A.   Beauty and the Beast and Rescue Rangers
9   were generated out of Walt Disney Studios
10  The Walt Disney Company.  They were properties that
11  they owned.
12       Q.   Okay.  But you would agree with me that if
13  you had an idea for an animated film and the concept
14  you were pushing, you couldn't take that out on your
15  own or give it to another studio; you'd have to give
16  that to Disney as well, correct?
17            MR. KLIEGER:  Vague and ambiguous.
18  BY MR. FOX:
19       Q.   For a first look?
20       A.   That never happened, but correct.
21       Q.   Okay.  What -- what is the role of a
22  creative -- creative executive of a production
23  company?
24       A.   I mean, basically to do what -- to serve
25  the needs of the vice presidents or above.
```

1      Q.   What needs are you talking about?

2      A.   I don't know.  Administrative needs,

3   typing up notes, a limited amount of looking for

4   material from agencies.

5      Q.   Yeah.  That was my next question.

6           Do creative executives take in or receive

7   submissions from outside of the company?

8      A.   At times.

9      Q.   And -- okay.

10          What are they required to do with the

11   materials that they receive?  What are they

12   generally required to do, at least in Mandeville?

13          MR. KLIEGER:  Vague and ambiguous.

14      Overbroad.

15          MR. FOX:  You can answer.

16      A.   I don't know.

17   BY MR. FOX:

18      Q.   Well, if you had a creative -- let's just,

19   you know, go back to your days at Mandeville.

20          Creative executive receives an outside

21   submission?

22          What was your understanding of what they

23   were supposed to do with that?  I mean --

24      A.   Read it.

25      Q.   Okay.  And if they liked it, then what?

1        A.   They would talk to their bosses.

2        Q.   One of whom might be you?

3        A.   Yes.

4        Q.   Okay.  What is the position of director of

5   production development, as best you understand it?

6        A.   Director.  A director is above a creative

7   executive.  And they read, take submissions, do

8   notes, assist in production.

9        Q.   Got it.

10            So those are different responsibilities

11   than the creative executives, correct?

12        A.   Yes.

13        Q.   Do the directors of production development

14   sometimes come up with their own ideas for a film

15   project?

16        A.   They can.

17        Q.   Is that often the case or --

18        A.   Not really.

19        Q.   Okay.  I'm gonna name some films and ask

20   you whether your -- you had involvement in these

21   films from a production standpoint.

22            The Shaggy Dog?

23        A.   Yes.

24        Q.   And was that through Mandeville Films --

25        A.   Yes.

DAVID HOBERMAN
OCTOBER 19, 2023

JOB NO. 719224

1     Q.   -- while you were on the -- on the Disney
2 lot?
3     A.   Yes.
4     Q.   And who -- who -- did -- did that idea --
5 was it a submission from outside of Mandeville?
6     A.   It was a property owned by Disney.
7     Q.   Okay.  So Disney had a property that it
8 owned.
9        And did any portion of that movie
10 feature animation?
11     A.   Yes, it did.
12     Q.   Okay.
13     A.   It reminded me that is one that did.
14        Oh, there -- there's probably
15 Beverly Hills Chihuahua that did.
16     Q.   And how about The Muppets?  Were -- were
17 you involved in the production of that project?
18     A.   Yes.
19     Q.   And did that involve any animation?
20     A.   Very limited.
21     Q.   But some?
22     A.   Some.
23     Q.   And Chip 'n Dale:  Rescue Rangers, that's
24 what you were referring to earlier as an animated
25 film feature that you could remember Mandeville

DAVID HOBERMAN
OCTOBER 19, 2023

JOB NO. 719224

 1  being involved in, correct?

 2      A.   That would not be considered an animated

 3  film feature.

 4      Q.   No portion of that was animated?

 5      A.   Yes.  But it's considered a movie.

 6      Q.   Well, all of these fall under the heading

 7  of theatrical films, correct?

 8      A.   Yes.

 9      Q.   Okay.  And do you feel that it's fair to

10  say you have extensive experience in producing

11  projects with animation?

12      A.   No.

13      Q.   How would you describe your experience in

14  animation?  Moderate?

15      A.   Limited.

16      Q.   Limited.  Okay.

17           And I'll name some people.

18           Did you ever -- do you ever remember

19  working with Maggie Malone?

20      A.   I don't.

21      Q.   Do you remember her being head of

22  development for Disney Animation?

23      A.   I don't.

24      Q.   How about Osnat Shurer?  It's O-s-n-a-t,

25  first name.  Shurer, S-h-u-r-e-r.

DAVID HOBERMAN
OCTOBER 19, 2023

JOB NO. 719224

```
 1      A.   No.

 2      Q.   John Lasseter?

 3      A.   I know of John.

 4      Q.   Do you remember working with him on any

 5  productions?

 6      A.   No.

 7      Q.   How do you know of him?  Do you know of

 8  him, just his name, because you know he's in the

 9  industry, or did you run into him?  Did you have

10  associations with him?

11      A.   I -- I -- I met him once at the Disney

12  rotunda.

13      Q.   When was that?

14      A.   No idea.

15      Q.   Okay.  More than ten years ago?  Five

16  years ago?

17      A.   Probably more than ten.

18      Q.   Ron Clements, C-l-e-m-e-n-t-s?

19      A.   No.

20      Q.   John Musker?

21      A.   No.

22      Q.   Pamela Ribon, R-i-b-o-n?

23      A.   No.

24      Q.   Jessica Julius, J-u-l-i-u-s?

25      A.   No.
```

1      Q.   Is it true that while at Disney -- and

2   this might have been through Mandeville Films --

3   that you were involved in or promoted the first ever

4   full-length, stop-motion animated feature titled

5   Nightmare Before Christmas?

6           MR. KLIEGER:  Vague and ambiguous.

7      A.   Yes.

8   BY MR. FOX:

9      Q.   Okay.  But your answer's yes?

10     A.   (Nonverbal response.)

11     Q.   And what was your involvement in

12   Nightmare Before Christmas?

13     A.   I was the executive in charge of it.

14     Q.   And where did that idea come from?  Where

15   was the original concept?  Where was it born?

16     A.   It was written by Tim Burton when he was

17   in the animation department, and Disney owned it.

18           MR. FOX:  By the way, off the record.

19           One of my kids and my favorite holiday

20       movies.  Just a great movie --

21           THE WITNESS:  Thank you.

22           MR. FOX:  -- to cross over -- cross

23       over -- it crosses you over from Halloween to

24       Christmas.

25           THE WITNESS:  Yeah.

1    BY MR. FOX:

2         Q.   Do you know what year Disney began to

3    develop that film?

4         A.   I don't.

5         Q.   Do you know what year it came out?

6         A.   I don't.

7         Q.   Was that film developed in partnership

8    with another production company?

9         A.   I don't really remember.

10        Q.   Was Touchstone Pictures involved?

11        A.   Yes.

12        Q.   And Skellington Productions, Inc.?

13        A.   I don't remember that name, but that would

14   probably fall under Disney and needing to come up

15   with a name for the production, I think.

16        Q.   And Tim Burton Productions, was

17   Tim Burton, his own production company being

18   involved?

19        A.   He was involved.  I don't recall his,

20   quote, production company was involved.

21        Q.   Were you involved in the development of

22   that film from its beginning?

23        A.   Yes.

24        Q.   And, again, do you remember when you

25   started working on that project?

1        A.   No.

2        Q.   Were you there when Tim Burton made the

3   pitch for the idea for the film?

4        A.   He did not make the pitch for the idea.

5        Q.   Who did?

6        A.   I -- as I said, it -- it was a written

7   document that Disney owned.

8        Q.   Do you know where they got that document

9   from?

10       A.   From Tim Burton when he worked in

11   animation.

12       Q.   Okay.  So who pitched the idea of turning

13   this into a film?

14       A.   Tim's agent called me.  Tim had an overall

15   deal with Warner Bros.  Warner Bros. wanted to

16   develop it.  They asked if I would let it go.  I had

17   no idea what it was.  I found out what it was and

18   decided to make it ourselves and not give it to

19   Warner Bros.

20       Q.   All right.  And were you excited to become

21   involved in the development of a full-length

22   animation feature like that?

23       A.   Yeah.  No one had ever done stop motion as

24   a movie before.  And working with Tim.

25       Q.   Which department or division within Disney

 1  performed the animation for the

 2  Nightmare Before Christmas?

 3        A.   It was all through the live action

 4  department.  I only worked in live action.

 5        Q.   Okay.  Got it.

 6             Were there any other departments or

 7  divisions that assisted in the creation of the

 8  development of Nightmare Before Christmas, or was it

 9  all through the live action?

10        A.   All through live action.

11        Q.   And besides the ones I've named, were you

12  involved in the creation development of any other

13  animated works while employed by Disney or under a

14  first-look deal with Disney?

15        A.   I -- I don't.  But you've reminded me of a

16  couple, so...

17        Q.   Yeah.  Okay.

18             MR. KLIEGER:  We've been going for about

19        an hour, so if there's a good time to take a

20        five-minute --

21             MR. FOX:  Sure.

22             MR. KLIEGER:  -- break.

23             MR. FOX:  Yeah, sure.  We'll take a

24        ten-minute break.  It's 11:03.  We can come

25        back at 11:15.

1        How's that?  We'll make it a 12-minute

2     break.

3            MR. KLIEGER:  Sounds good.

4            MR. FOX:  Thank you.

5            VIDEOGRAPHER:  We're now off the record.

6     The time is 11:03 a.m. Pacific time.

7                 (Recess taken.)

8            VIDEOGRAPHER:  We're now back on the

9     record.  The time is 11:16 a.m. Pacific time.

10  BY MR. FOX:

11     Q.   Mr. Hoberman, did you talk to any of your

12  lawyers on the break?

13     A.   Yes.

14     Q.   And did you talk about the deposition and

15  your testimony you've given on the break?

16     A.   No.

17     Q.   Okay.  Did they talk to you about any

18  aspect of today's deposition on the break?

19     A.   More just how I was doing.

20     Q.   Okay.  The -- with respect to

21  Nightmare Before Christmas -- and you said it was

22  done by live action -- who -- who -- who -- who were

23  the people who did the animation, not their names,

24  but who -- did they work for Mandeville?  Did they

25  work for Disney?  I mean -- or Tim Burton's

1    production company, or do we know?  Do you know?

2              MR. KLIEGER:  Vague and ambiguous.

3         A.   I don't remember.

4    BY MR. FOX:

5         Q.   So you don't know who the -- who the

6    animators were working for at the time?

7         A.    I assumed they were being paid by

8    The Walt Disney Company, maybe through a

9    Skellington, that company you mentioned.

10             Q.   Okay.  Thanks.

11             Okay.  Did you make -- did you produce

12   films for Disney outside of the first-look deal with

13   Mandeville Films?

14             In other words, did you do films that were

15   just, you know, for Disney where you weren't --

16   Mandeville was not involved?

17        A.    No.

18        Q.    Okay.  And generally, how do you pick a

19   project and determine whether or not it will be

20   animated or contain some animation?

21        A.    It -- it's not a consideration.

22        Q.    It either comes in as an animation or it

23   doesn't?

24        A.    No.  Sometimes I don't even know if

25   there's gonna be animation in a movie.

1      Q.   Okay.  Isn't it true that

2  Mandeville Films, The Aeronauts originally had an

3  opening animated scene when it was initially

4  screened before an audience?

5           Do you remember The Aeronauts?

6      A.   Yes.

7      Q.   And do you remember it having an opening

8  animated scene when it was originally screened

9  before an audience?

10     A.   I don't.

11     Q.   At Mandeville Films, were you comfortable

12 working on both -- on animated projects, live

13 action, and hybrid products?

14          MR. KLIEGER:  Vague and ambiguous.

15     A.   Was I comfortable?

16 BY MR. FOX:

17     Q.   Yes.

18          Were you comfortable working on animated

19 live action and hybrid products as a producer?

20     A.   The only movie that was -- that I would

21 consider a hybrid project was Rescue Rangers.  And I

22 had very little to do with that movie.  It was

23 supervised by Todd Lieberman and other executives of

24 art.

25     Q.   Okay.

```
1        A.   So I was totally comfortable.
2        Q.   Did Mandeville Films have a particular
3    focus on the type of projects it wanted to develop
4    at any period or point in time?
5        A.   No.
6             And as you can see, it's a wide range of
7    types of movies.
8        Q.   Isn't it true that the Chip 'n Dale script
9    referred to animated portions of the movie?
10       A.   Yes.
11       Q.   In 2005 at Mandeville Films, did you have
12   an assistant?
13       A.   Sure.
14       Q.   And who was that?
15       A.   I don't remember.
16       Q.   Do you remember the names of any of your
17   assistants at Mandeville Films?
18       A.   Kim.
19       Q.   Okay.
20       A.   Kim Ferandelli.
21       Q.   Do you remember Jenny Marchick?
22       A.   Yeah.  She was not my assistant.
23       Q.   She was Mr. Lieberman's assistant?
24       A.   Yeah.
25       Q.   Okay.  And how many creative executives
```

1    did Mandeville employ at any given time?

2         A.    Probably two or three.

3         Q.    And who did they report to?

4         A.    Todd or myself.

5         Q.    And did anybody report to them?

6         A.    No.

7         Q.    Okay.  How many directors of production

8    development were at Mandeville at any point in time?

9         A.    Probably two, maybe.

10        Q.    Okay.  Isn't it true that in 2005

11   Jenny Marchick was a creative executive of

12   Mandeville?

13        A.    I don't remember any dates.

14        Q.    And she was later promoted to director of

15   development production.

16              Do you remember that?

17        A.    I don't.

18        Q.    Who would have made the decision to

19   promote her, assuming it happened to director of

20   development production at Mandeville?

21        A.    Todd and I.

22        Q.    You don't remember making that decision?

23        A.    I don't.

24        Q.    Better question for Mr. Lieberman?

25        A.    Yeah.  Probably.

DAVID HOBERMAN
OCTOBER 19, 2023

JOB NO. 719224

1     Q.   Do you remember the name RJ Palacio,

2   P-a-l-a-c-i-o?

3     A.   No.

4     Q.   Was -- he was -- he was not an employee of

5   Mandeville, correct?

6     A.   Not that I'm aware of.

7     Q.   Do you remember the White Bird being a

8   feature film based on a story by RJ Palacio's?

9     A.   Oh, RJ.  I'm sorry.  Yes, of course.

10     Q.   Okay.  And this was an outside submission,

11   correct?

12     A.   Well, yes.  I mean, we did Wunder with RJ.

13   And as a follow-up to that, she submitted White Bird

14   to us.

15     Q.   Who did?  RJ specifically or --

16     A.   Yes.

17     Q.   Okay.  And --

18     A.   I know her as Raquel.  That's why it threw

19   me.

20     Q.   Okay.  Sorry.

21          And was Chip 'n Dale:  Rescue Rangers a

22   Disney property, or did it come from outside?

23     A.   Disney property.  It was a series,

24   animated series.

25     Q.   Got it.

1          Did -- was Mandeville interested in

2    developing a project based on the video game

3    Rabbids, R-a-b-b-i-d-s?

4          A.   Yes.

5          Q.   And that would have been an animated film,

6    correct?

7          A.   Yes.  A hybrid.

8          Q.   Okay.  And all those projects, you honored

9    your first look-deal with Disney, correct?

10          They would get --

11         A.   Yes.

12         Q.   -- the first look.

13          When you had a project in production, how

14    often did you travel to be on set?

15         A.   Except during COVID, I traveled on all of

16    them for some length of time.

17         Q.   And for what purpose?

18         A.   To make sure we're making the best film we

19    could.

20         Q.   And -- and to make sure you're on

21    schedule, correct?

22         A.   Yeah.

23         Q.   Okay.  When you were travelling, who was

24    in charge of the office, Mr. Lieberman; is that

25    correct?

 1      A.   Yes.  Sometimes we were both away.

 2      Q.   So then who would be in charge of the

 3  office?

 4      A.   No one.

 5      Q.   Okay.  When you and Mr. Lieberman were

 6  away, who was responsible for reviewing submissions

 7  to determine whether or not an idea needed to be

 8  submitted to Disney?

 9      A.   Our executives.

10      Q.   Okay.  So your creative executives were

11  authorized to submit ideas or projects to Disney

12  when you weren't around, correct?

13           MR. KLIEGER:  Vague and ambiguous.

14      Misstates testimony.

15           MR. FOX:  You -- you can go ahead and

16      answer.

17      A.   I mean, we had phones.  I mean, they would

18  run things by us for sure.  Nothing -- nothing

19  changed when we were away.

20  BY MR. FOX:

21      Q.   Yeah.  But they'd be able to send ITS to

22  Disney, correct?

23           MR. KLIEGER:  Same objections.

24           MR. FOX:  You can answer.

25      A.   Can you rephrase?

DAVID HOBERMAN                                            JOB NO. 719224
OCTOBER 19, 2023

 1   BY MR. FOX:

 2       Q.   Yeah.

 3            Your creative executives were able to send

 4   ideas to Disney, correct?

 5       A.   They wouldn't without discussing it with

 6   us first.

 7       Q.   Okay.  Do you know when your first-look

 8   agreement with Disney ended?

 9       A.   Not specifically, no.

10       Q.   Do you -- when you do projects now, is it

11   subject to a first-look deal with Disney?

12       A.   No.

13       Q.   Okay.  How much latitude did the creative

14   executives have in deciding which ideas should be

15   run up the flagpole when they were received from an

16   outside source?

17       A.   A little to none.

18       Q.   Okay.  When you say a little, what do you

19   mean by that?  In other words, an idea comes from

20   outside that you think it should be considered by

21   you or Todd, what -- you know, little, what do you

22   mean?

23       A.   Let's say none.

24       Q.   So if they got a great idea, they were

25   supposed to do nothing with it?

DAVID HOBERMAN                                                      JOB NO. 719224
OCTOBER 19, 2023

1        A.    That's what comes to us.

2        Q.    Pardon?

3        A.    They're supposed to come to Todd or I.

4        Q.    Okay.  Got it.

5              And you or Todd would approve or be the

6    people who submitted projects to Disney under the

7    first-look agreement; is that correct?

8        A.    Yes.

9        Q.    And just -- I think I asked this before,

10   but I just want to make sure.

11             What was the role of the director of

12   production development at Mandeville?  What was

13   their job responsibility?

14       A.    Development and helping with production.

15       Q.    Okay.

16       A.    And soliciting material --

17       Q.    Got it.

18       A.    -- to agencies.

19       Q.    Got it.

20             When you had people working in the

21   position of director of production development, they

22   were either -- what did you do to make sure they

23   understood that there was a first-look deal with

24   Disney?  Did you assume everyone understood that, or

25   did you tell them at some point in time?

DAVID HOBERMAN
OCTOBER 19, 2023

JOB NO. 719224

1    A.    We assumed everyone understands that.

2    Q.    Okay.  Who was responsible for drafting

3  your biography on the Mandeville Web page?

4    A.    My assistant.

5    Q.    Did you review it before it was published?

6    A.    Sure.

7    Q.    And is it accurate that Mandeville Films

8  was a Disney-based company?

9    A.    Yeah.

10    Q.    And what does that --

11    A.    During the time it was, yes.

12    Q.    Yeah.  What does that mean when you say

13  Disney based?

14    A.    We had a first-look deal.

15    Q.    Okay.  Do you know what divisions in

16  Disney worked on Beauty and the Beast?  Do you

17  know --

18    A.    Can you be more specific?

19    Q.    Yeah.

20          In the production, in the animation of

21  Disney -- of Beauty and the Beast, what divisions

22  within Disney worked on that project?

23    A.    Live action division.

24    Q.    Only the live action division?

25    A.    Yes.

1    Q.    Did other departments within Disney share

2    ideas with Mandeville for film productions?

3    A.    Can you rephrase?

4    Q.    Yeah.

5    Did other -- did departments that were

6    outside of Mandeville, within Disney, share ideas

7    with Disney -- I mean -- sorry -- share ideas with

8    Mandeville for film productions?

9    MR. KLIEGER:  Vague and ambiguous.

10    A.    No --

11    BY MR. FOX:

12    Q.    So Disney --

13    A.    -- not that I'm -- not that I'm aware of.

14    Q.    So Disney never came and said we'd like to

15    do this production with you, Mandeville Films?

16    A.    I -- you said outside of the movie.

17    Q.    Mandeville -- no.  No.  No.  Let me --

18    just -- okay.  Sorry.  That was a bad question.

19    I'll restate it.

20    Did people working for different Disney

21    departments ever come to Mandeville with the idea

22    for a film project that they wanted to work on with

23    Mandeville?

24    A.    Occasionally, the motion picture

25    department would.

```
 1        Q.   Okay.  Do you recall

 2    Raya, R-a-y-a, and the Dragon?

 3        A.   I -- I -- I know that name.

 4        Q.   Do you remember it being originally a

 5    Disney TV concept?

 6        A.   No.

 7        Q.   Or do you remember it as a feature film?

 8        A.   Well, I don't remember much at all.

 9        Q.   Okay.  When there was a submission from

10    outside of Mandeville, to anybody within Mandeville,

11    was there a process for logging those submissions or

12    keeping a record of what was submitted from the

13    outside?

14        A.   Yes.

15        Q.   And what --

16        A.   Yeah.

17        Q.   Yeah.  What was that process?

18        A.   No idea.

19        Q.   So you know there was a process, but you

20    have no idea what it was?

21        A.   Correct.

22        Q.   Who -- who created that process?

23        A.   The assistants.

24        Q.   Okay.  And have you ever seen it?  Was it

25    written up?  Was it in writing?
```

1      A.   I -- yes.

2      Q.   And so there was a written document about

3   how to handle submissions created by the creative

4   assistants, correct?

5      A.   Well, I think more created by the

6   executives' assistants, senior executive assistant.

7      Q.   Okay.  On average, do you recall how many

8   outside submissions Mandeville, in its entirety,

9   would receive a month?

10     A.   Somewhere between 50 and 100.  I don't

11  know.

12     Q.   And when they came in, those 50 to 100,

13  where were they traditionally stored?  Where were

14  they kept?

15     A.   They were read and dealt with.  So they --

16  once they were read, they would either come to us or

17  they'd throw them away.

18     Q.   Would they ever return the materials?

19     A.   Maybe a book, but no.

20     Q.   When you and Mr. Lieberman were working

21  together, what was the process for reaching a

22  consensus on what projects you did?

23     A.   All right.  Could you repeat?

24     Q.   Yes.

25          When you were working with Mr. Lieberman

1  at Mandeville, what was the process for reaching a

2  consensus on the films you would do?

3      A.   We would discuss it.  If both of us loved

4  it, we would do it.

5          If one of us loved it, we would probably

6  do it if the other couldn't talk the other out of

7  it.

8      Q.   Did you have a process for documenting and

9  informing somebody that their idea has been rejected

10 or their concept or their script or their book?

11     A.   We'd send a letter or a phone call or an

12 e-mail, I mean.

13     Q.   Would there ever be situations where you

14 received materials where there was a script, you

15 know, a treatment or a book from an outside source

16 where you took the position that you might do the

17 production but you'd -- you'd have to get back to

18 them later?

19         MR. KLIEGER:  Vague and ambiguous.

20         MR. FOX:  You can answer.

21     A.   I don't understand.

22 BY MR. FOX:

23     Q.   In other words, some -- an idea comes in,

24 a script comes in, a book comes in.  You like it,

25 but you're kind of busy with other productions.  And

1   you tell them not -- not through phone call or

2   e-mail or letter that you're rejecting the materials

3   but that you're still considering them.

4           Did you ever have those situations?

5       A.   Sure.

6       Q.   Did -- did you maintain your own HR

7   documents, you know, personnel files for your

8   employees or documenting any complaints that were

9   lodged or, you know, that would have called

10  traditionally HR human resource files, or were those

11  really just all that because Disney was paying them,

12  that was all maintained by Disney?

13          MR. KLIEGER:  Vague and ambiguous.

14      Compound.

15          MR. FOX:  You can go ahead and answer.

16      A.   I don't understand.

17  BY MR. FOX:

18      Q.   In other words, did you have a person who

19  handled, you know, your employees; if they wanted to

20  take vacation time, if they took too much time off,

21  if they needed to be disciplined, if they had a

22  complaint about how they were being treated?  Who

23  handled that from Mandeville?

24      A.   Their superior.  And I would assume Todd

25  and I were made aware of it if it was important.

1    Q.   Did you ever go to Disney to consult on

2    any issues relating to your employees, how to handle

3    them?

4    A.   I vaguely recall getting advice from HR on

5    something.

6    Q.   From Disney's HR, correct?

7    A.   Yes.

8    Q.   Okay.  When Mandeville -- when you moved

9    your offices off the Disney lot, did you return any

10   documents or give anything over to Disney; say, Hey,

11   this is your stuff, or we're giving this to you?  Do

12   you remember anything being returned to Disney?

13          MR. KLIEGER:  Vague and ambiguous.

14   A.   No idea.

15   BY MR. FOX:

16   Q.   No idea one way or the other, correct?

17   A.   Correct.

18   Q.   Who -- who would have that idea?  Who

19   would know?

20   A.   Don't know.

21   Q.   Okay.  Did you have your own outside

22   accountant to, you know, prepare a tax return for

23   the company -- you know, for the company.  You know,

24   did you have somebody who handled the accounting

25   issues for the company?

 1        A.   Yes.

 2        Q.   Okay.  And they -- they did -- were they

 3   someone separate from Disney?

 4        A.   Yes.

 5        Q.   Okay.  Have you ever heard of a submission

 6   waiver agreement?

 7        A.   A submission -- submission waiver

 8   agreement.

 9             I think I know what you're getting at, but

10   I can't -- I -- I -- I don't -- I don't know.

11        Q.   Have you ever been a party to or approved

12   a submission waiver?

13             MR. KLIEGER:  Vague and ambiguous.

14             MR. FOX:  You can answer.

15        A.   I tended to only accept things that were

16   submitted by lawyers and/or agencies and/or

17   managers.

18             So I would say overall, I -- I did not

19   necessarily participate or have to participate in

20   any waiver agreements.

21   BY MR. FOX:

22        Q.   Okay.  Do you know if Mr. Lieberman did?

23        A.   No, I don't know.  You'd have to ask him.

24        Q.   Did Mandeville have any animators that

25   worked for Mandeville -- I mean, like animators that

```
 1   actually worked for Mandeville?

 2        A.   Not that I'm aware of.

 3        Q.   Yeah.  So if you -- did you have different

 4   meetings over your time on the Disney lot with

 5   animators that worked for Disney?

 6             MR. KLIEGER:  Vague and ambiguous.

 7        A.   No.  Other than I knew -- I knew the heads

 8   of animation or -- back in the day.

 9   BY MR. FOX:

10        Q.   Uh-huh.  Did you ever talk to them about

11   any film concepts?

12        A.   No.

13        Q.   Did Mandeville ever produce something for

14   Disney TV?

15        A.   I'm sorry.  Are -- were you wearing the

16   headset earlier?

17        Q.   Yes.

18             Can you hear me?

19        A.   Yeah.  I have hearing issues --

20        Q.   No.  No.  No worries.  My microphone's --

21   yeah.  Where my microphone's positioned might be

22   helpful.

23             Did you ever produce anything for Disney

24   TV?

25        A.   Yes.
```

1    Q.    And what did you produce for Disney TV

2    that is Mandeville?

3    A.    I don't know.  Several things.  I -- I'd

4    have to look at a list of things we did.  The

5    only one I've -- oh, I remembered, too, the Family

6    and Detroit 1-8-7.  Those are two that I remember

7    for ABC through Disney.

8    Q.    Okay.  When you submit something to Disney

9    on -- when Mandeville would submit something to

10   Disney on a first-look basis, would that be through

11   a written submission, or do you walk it into a

12   meeting with them?  I mean, how'd that work?

13   A.    I would say probably usually it was a

14   written submission.

15   Q.    But sometimes you'd just walk into

16   someone's office with the -- with an idea?

17   A.    Maybe.  I -- I don't remember.

18   Q.    And if Disney was passing, would you get a

19   formal rejection letter, something that you could

20   document, put in your files that Disney was passing

21   on the idea?

22   A.    Not necessarily.

23   Q.    Okay.

24   A.    I don't --

25   Q.    Did Mandeville develop any original ideas

```
 1  inhouse, in other words, where you had created

 2  people who created an idea for a film project?

 3      A.   Yes.

 4      Q.   And what projects were those?

 5      A.   No idea.

 6      Q.   When a work came into Mandeville, a

 7  project, a script, a treatment, a book or something

 8  for production into a film, who would decide within

 9  Mandeville whether you were going to consider it for

10  production?

11      A.   Todd and I.  Or before that, me.

12      Q.   Do you remember a movie that was around

13  the Terry Pratchett novel, Mr. Mort?

14           Do you remember that production?

15      A.   Mr. what?

16      Q.   Mr. Mort, M-o-r-t.

17      A.   No.

18      Q.   Did you discuss film project ideas with

19  Jenny Marchick, if you recall?

20      A.   I don't recall.

21      Q.   One way or the other?

22      A.   Yes.  I --

23      Q.   Okay.  Do you recall Jenny Marchick ever

24  showing you or submitting materials from the outside

25  for discussion with you?
```

1       A.   I don't recall.

2       Q.   One way or the other, correct?

3       A.   Yes.

4       Q.   She might have or she might not have.

5            Okay.   Did Jenny Marchick ever share with

6    you that she had a submission waiver signed, related

7    to an outside submission of any type?

8       A.   No.

9       Q.   Do you know who replaced Jenny Marchick

10   when she left Disney -- I mean, left as director of

11   production for your company?

12      A.   Yikes.   I don't know.

13      Q.   Do you know when she left what were done

14   with the documents that were in her office?

15      A.   No idea.

16           MR. FOX:   Okay.   I'm gonna take a

17      ten-minute break.   I might be done.   But I just

18      wanna take a ten-minute break to -- let's say

19      until 12:00 noon.   If I'm done, I'm done.   I'll

20      let you know when I get back on the record.

21           VIDEOGRAPHER:   We're now off the record.

22      The time is 11:49 a.m. Pacific time.

23                 (Recess taken.)

24           VIDEOGRAPHER:   We're now back on the

25      record.   The time is 12:00 p.m. Pacific time.

1    BY MR. FOX:

2        Q.   Mr. Hoberman, did you talk with your

3    lawyers on this break?

4        A.   Yes.

5        Q.   And did they -- did you talk about any

6    questions that they might ask you?

7        A.   No.

8        Q.   All right.

9             MR. FOX:   Well, I thank you for your time,

10        sir.   I appreciate most of your films that you

11        produced, and hopefully you continue producing

12        something, you know, of --

13       A.   I hope so.   Thank you.

14            MR. KLIEGER:   I do --

15            MR. FOX:   I have no -- I have no further

16        questions.

17            MR. KLIEGER:   I -- I do have a small

18        handful of questions.

19                       CROSS-EXAMINATION

20    BY MR. KLIEGER:

21       Q.   Mr. Hoberman, before this litigation was

22    filed, had you ever heard of a gentleman named

23    Buck Woodall?

24       A.   No.

25       Q.   Before this litigation was filed, had you

```
 1   ever heard of a project entitled Bucky?
 2        A.   Entitled what?
 3        Q.   Bucky, B-u-c-k-y.
 4        A.   No.
 5        Q.   Did Mandeville Films do any work with
 6   Walt Disney Animation Studios?
 7        A.   No.
 8        Q.   Have you done any work with
 9   Walt Disney Animation Studios?
10        A.   No.
11        Q.   Did Mandeville, to your knowledge, ever
12   submit any ideas for motion pictures or other
13   projects to Walt Disney Animation Studios?
14        A.   No.
15        Q.   You testified that you would consider
16   Rescue Rangers a hybrid product.
17             Did Mandeville ever work on any films that
18   you would consider animated motion pictures?
19        A.   No.
20        Q.   You testified that Mandeville received as
21   many as 50 to 100 submissions per month.
22             Were all of those submissions passed along
23   to Walt Disney Pictures under Mandeville's
24   first-look deal?
25        A.   Oh, God, no.
```

1     Q.   When would -- when would submissions be

2   passed along to Walt Disney Pictures under the

3   first-look deal?

4     A.   It's something -- if it was something that

5   we liked and wanted to pursue.  Small percentage of

6   that, 50 to 100.

7     Q.   Was Mandeville involved in the development

8   of the motion picture Moana?

9     A.   No.

10     Q.   Was Mandeville involved in the production

11   of the motion picture Moana?

12     A.   No.

13     Q.   Did Mandeville have any involvement

14   whatsoever with the motion picture Moana?

15     A.   No.

16     Q.   Have you ever seen Moana?

17     A.   No.

18         MR. KLIEGER:  I have no further questions.

19         MR. FOX:  Yeah, I have no further

20       questions.

21         VIDEOGRAPHER:  All right.  Counsel, if

22       there are no further questions, then I just

23       need to confirm everybody's video and

24       transcript orders both on the record here.

25         Mr. Fox, we have your standing order.

 1      Would you like to add anything to that?

 2      MR. FOX:  No.

 3      VIDEOGRAPHER:  Okay.  Mr. Klieger, for

 4   video and transcript?

 5      MR. KLIEGER:  We would like a certified

 6   trans -- certified copy of the transcript, as

 7   well as the video.

 8      VIDEOGRAPHER:  Okay.  Then I'll just ask

 9   you to stay on afterwards as well so I can

10   confirm some information.

11      MR. KLIEGER:  Absolutely.

12      VIDEOGRAPHER:  Well, let's see.

13      And for you, Mr. Shimamoto?

14      MR. SHIMAMOTO:  Nothing as of now.

15      VIDEOGRAPHER:  Okay.  And Mr. Chow?

16      MR. CHOW:  I don't need anything either.

17      VIDEOGRAPHER:  And, Ms. Morris, I

18   understand that you're with Mr. Fox.

19      Standing order?

20      MS. MORRIS:  Correct.

21      VIDEOGRAPHER:  Okay.  All right.  Well,

22   with that being said here, this concludes the

23   deposition of David Hoberman in his capacity as

24   chief executive officer, secretary, and chief

25   financial officer of defendant

1   Mandeville Films, Incorporated, in the matter

2   of Woodall v. The Walt Disney Company, et al.

3        We're now off the record.  The time is

4   12:04 p.m. Pacific time.

5        COURT REPORTER:  Mr. Klieger, will 30 days

6   for review of the transcript suffice?

7        MR. KLIEGER:  30 days is fine.

8    (Deposition concluded at 12:04 p.m. PST)

9                  - - - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DAVID HOBERMAN                                    JOB NO. 719224
OCTOBER 19, 2023

1                    REMOTE DECLARATION

2

3    STATE OF FLORIDA
     COUNTY OF FLAGLER
4

5              I, Vanese Killingbeck, RPR, CRR,

6    Registered Professional Reporter, Certified Realtime

7    Reporter, and Notary Public of the State of Florida,

8    certify that DAVID HOBERMAN declared his testimony

9    in this matter is under penalty of perjury, before

10   the giving of his deposition.

11

12             Signed this 19th day of October 2023.

13

14

15

16

17

18

19

20   _____
     Vanese Killingbeck, RPR, CRR
21   Notary Public, State of Florida
     Commission No:  HH 345922
22   Commission Expires:  January 13, 2027

23

24

25

```
 1            REPORTER'S DEPOSITION CERTIFICATE

 2   STATE OF FLORIDA
     COUNTY OF FLAGLER
 3

 4            I, Vanese Killingbeck, RPR, CRR,

 5   Registered Professional Reporter and Certified

 6   Realtime Reporter and Notary Public, certify that I

 7   was authorized to and did stenographically report

 8   the deposition of DAVID HOBERMAN,  pages 5 through

 9   66, that a review of the transcript was requested;

10   and that the transcript is a true record of my

11   stenographic notes.

12            I further certify that the deposition was

13   taken remotely within the State of Florida at the

14   time and place specified herein above and that I am

15   not a relative, employee, attorney, or counsel of

16   any of the parties, nor am I a relative or employee

17   of any of the parties' attorneys or counsel

18   connected with the action, nor am I financially

19   interested in the action.

20

21            Dated this 6th day of November 2023.

22

23   _____

24            Vanese Killingbeck, RPR, CRR
              Registered Professional Reporter
              Certified Realtime Reporter
25
```

DAVID HOBERMAN                                                JOB NO. 719224
OCTOBER 19, 2023

1    PLEASE ATTACH TO THE DEPOSITION OF DAVID HOBERMAN
     TAKEN ON OCTOBER 19, 2023 IN THE CASE OF WOODALL VS.
2    THE WALT DISNEY COMPANY, ET AL.

3

4    PAGE          LINE     CORRECTION AND REASON THEREFOR

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19
     I HAVE READ THE FOREGOING PAGES AND, EXCEPT FOR ANY
20   CORRECTIONS OR AMENDMENTS INDICATED ABOVE, I HEREBY
     SUBSCRIBE TO THE ACCURACY OF THIS TRANSCRIPT.
21

22   _____          _____
     DAVID HOBERMAN                      DATE
23

24   _____          _____
     WITNESS TO SIGNATURE                DATE
25

DAVID HOBERMAN
OCTOBER 19, 2023

JOB NO. 719224

**1**

**1-8-7** 61:6
**100** 55:10,12 65:21 66:6
**10:14** 4:7
**11:03** 41:24 42:6
**11:15** 41:25
**11:16** 42:9
**11:49** 63:22
**12-minute** 42:1
**12:00** 63:19,25
**12:04** 68:4,8
**1960** 11:1
**1985** 16:3
**19th** 4:8

**2**

**2005** 45:11 46:10
**2023** 4:8
**29** 6:6
**2:20-cv-03772-cbm-e** 4:16

**3**

**30** 9:24 10:13 68:5,7
**30(b)(6)** 5:11
**32** 24:19

**4**

**40** 9:25 10:14
**45** 8:7
**45-minute** 8:10

**5**

**5** 10:25
**50** 14:9 55:10,12 65:21 66:6

**9**

**95** 20:22

**A**

**a.m.** 4:7 42:6,9 63:22
**ABC** 12:1,13 61:7
**Absolutely** 67:11
**accept** 59:15
**accepted** 15:18
**accountant** 58:22
**accounting** 58:24
**accurate** 52:7
**acknowledge** 5:24
**acquired** 16:21
**action** 41:3,4,9,10 42:22 44:13,19 52:23,24
**active** 24:21,22
**add** 67:1
**administer** 6:2
**Administrative** 33:2
**advice** 58:4
**Aeronauts** 44:2,5
**affirm** 6:14
**age** 10:25
**agencies** 33:4 51:18 59:16
**Agency** 14:14
**agent** 14:13,15,24 15:7, 10 40:14
**agents** 14:4,6
**agree** 6:4 32:12
**agreement** 31:20 50:8 51:7 59:6,8
**agreements** 59:20
**ahead** 49:15 57:15
**Albert** 23:1

**allowed** 23:25 24:9
**allowing** 27:6
**ambiguous** 17:2 23:19 24:6 27:14,18,23 32:7, 17 33:13 38:6 43:2 44:14 49:13 53:9 56:19 57:13 58:13 59:13 60:6
**amount** 33:3
**and/or** 59:16
**Angeles** 10:25
**animated** 31:6 32:5,13 35:24 36:2,4 38:4 41:13 43:20 44:3,8,12,18 45:9 47:24 48:5 65:18
**animation** 19:10 20:15 35:10,19 36:11,14,22 38:17 40:11,22 41:1 42:23 43:20,22,25 52:20 60:8 65:6,9,13
**animators** 43:6 59:24, 25 60:5
**answer's** 38:9
**anymore** 29:6
**Apologies** 30:18
**appearance** 5:14
**appearing** 5:23
**approve** 51:5
**approved** 59:11
**arbitration** 10:10
**area** 11:14
**art** 44:24
**Artists** 14:14
**Ashley** 5:2
**aspect** 42:18
**assist** 34:8
**assistant** 29:14,15 45:12,22,23 52:4 55:6
**assistants** 45:17 54:23 55:4,6
**assisted** 41:7
**Associates** 14:25

**associations** 37:10
**assume** 51:24 57:24
**assumed** 43:7 52:1
**Assumes** 23:20
**assuming** 46:19
**attorneys** 5:23 7:18,22 8:11,12
**audience** 44:4,9
**authorized** 49:11
**average** 55:7
**aware** 16:22 23:13 47:6 53:13 57:25 60:2

**B**

**B-U-C-K-Y** 65:3
**back** 12:12,22 16:17 28:11,15,22 33:19 41:25 42:8 56:17 60:8 63:20,24
**background** 10:23
**bad** 53:18
**Barbara** 11:7
**based** 17:11 47:8 48:2 52:13
**basically** 20:9 32:24
**basis** 61:10
**Beast** 31:13 32:5,8 52:16,21
**Beauty** 31:13 32:5,8 52:16,21
**began** 39:2
**begin** 4:8
**beginning** 22:25 39:22
**behalf** 4:19,21
**bell** 13:4
**Beveridge** 23:1
**Beverly** 28:9,21 35:15
**bigger** 27:11
**biography** 52:3

**Bird** 47:7,13

**birth** 17:14,15

**blanks** 7:12

**boards** 29:2

**book** 55:19 56:10,15,24 62:7

**books** 17:12

**born** 10:24 38:15

**bosses** 34:1

**bought** 15:6 17:12,13

**boy** 12:3

**Braxton** 4:19

**break** 7:9,11,13,14 41:22,24 42:2,12,15,18 63:17,18 64:3

**bring** 17:14

**brings** 12:22

**Bros** 23:4 40:15,19

**Buck** 64:23

**Bucky** 65:1,3

**building** 28:5

**Burton** 38:16 39:16,17 40:2,10

**Burton's** 42:25

**business** 20:24 26:15

**busy** 56:25

**buy** 16:9

**buying** 16:13

---

**C**

**C-L-E-M-E-N-T-S** 37:18

**California** 4:15

**call** 7:12,19 8:1 27:7 56:11 57:1

**called** 40:14 57:9

**Calls** 24:6

**capacity** 4:9 67:23

**case** 4:14,16 9:6 34:17

**cases** 9:3,15

**Center** 12:1

**Central** 4:15

**certified** 4:2 67:5,6

**cetera** 29:2

**changed** 49:19

**charge** 38:13 48:24 49:2

**chauffeur** 12:20

**chief** 4:9,10 67:24

**Chihuahua** 35:15

**Chip** 35:23 45:8 47:21

**Chow** 5:13,15,16 7:24 67:15,16

**Christmas** 38:5,12,24 41:2,8 42:21

**Civil** 6:6

**clarify** 5:10

**cleaned** 29:5,7

**cleaning** 30:3

**Clements** 37:18

**close** 27:1

**closed** 28:24

**co-owners** 20:24

**college** 11:6,10,13,19

**comfortable** 44:11,15, 18 45:1

**companies** 15:14 25:18,22 28:2

**company** 4:13 5:17 12:9 13:25 14:3 16:1,8, 19 17:8,24 18:16 20:2 22:3 23:12 26:11 32:10, 23 33:7 39:8,17,20 43:1,8,9 52:8 58:23,25 63:11 68:2

**complaint** 57:22

**complaints** 57:8

**Compound** 57:14

**concept** 32:13 38:15 54:5 56:10

**concepts** 60:11

**concluded** 68:8

**concludes** 67:22

**confirm** 66:23 67:10

**consensus** 55:22 56:2

**consideration** 43:21

**considered** 36:2,5 50:20

**consult** 58:1

**contest** 7:15

**continue** 64:11

**copy** 67:6

**corporation** 24:21,23

**correct** 9:16,17 10:14, 18 11:11,12 14:16 15:8, 15,16 18:13,16,21 22:5 23:18 24:4 29:24,25 30:13 31:15 32:2,3,6, 16,20 34:11 36:1,7 47:5,11 48:6,9,21,25 49:12,22 50:4 51:7 54:21 55:4 58:6,16,17 63:2 67:20

**counsel** 4:22 5:16 6:3, 20 10:6 66:21

**couple** 11:10 18:8,9 22:25 31:8 41:16

**court** 4:15,20 5:19,21 6:19 9:19 30:18,21 68:5

**COVID** 48:15

**created** 54:22 55:3,5 62:1,2

**creation** 41:7,12

**creative** 29:1 32:22 33:6,18,20 34:6,11 45:25 46:11 49:10 50:3, 13 55:3

**cross** 38:22

**CROSS-EXAMINATION** 64:19

**crosses** 38:23

**CRR** 4:2

**cut** 18:7

---

**D**

**Dale** 35:23 45:8 47:21

**date** 16:3

**dates** 26:21 46:13

**David** 4:9 7:2 67:23

**day** 60:8

**days** 33:19 68:5,7

**deal** 21:6 23:8,14 24:3 40:15 41:14 43:12 50:11 51:23 52:14 65:24 66:3

**deals** 23:25

**dealt** 55:15

**decide** 62:8

**decided** 40:18

**deciding** 50:14

**decision** 29:12 46:18, 22

**defendant** 4:11 67:25

**defendants** 5:6,9

**definition** 31:18

**degree** 11:8,11

**department** 38:17 40:25 41:4 53:25

**departments** 41:6 53:1,5,21

**depo** 5:11

**deposed** 8:25 9:3,7

**deposition** 4:1,8,17 5:23,25 6:1,7 7:8,19 8:12,15,17 42:14,18 67:23 68:8

**depositions** 9:10,13

**describe** 13:21 16:6 36:13

**destroy** 29:18 30:13

**destroyed** 29:10,13 30:24

**determine** 43:19 49:7

DAVID HOBERMAN
OCTOBER 19, 2023

JOB NO. 719224

**Detroit** 10:24 61:6

**develop** 17:1 24:24 39:3 40:16 45:3 61:25

**developed** 16:9 17:9 39:7

**developing** 13:11 16:12 17:6 19:6 48:2

**development** 13:1,7, 23 17:19 34:5,13 36:22 39:21 40:21 41:8,12 46:8,15,20 51:12,14,21 66:7

**Diego** 11:7

**differently** 23:23

**direct** 7:4 14:8

**directing** 13:18

**director** 34:4,6 46:14, 19 51:11,21 63:10

**directors** 15:12 34:13 46:7

**disciplined** 57:21

**discuss** 56:3 62:18

**discussing** 50:5

**discussion** 62:25

**Disney** 4:13 5:17 10:5, 16 16:1,8,19,20 17:5,8, 24 18:13,14,16,17,19, 21 19:3,18,23 20:3,4,6, 10 21:2,5,7,25 22:1,3,7, 16 23:8,14,17 25:1,5 27:2,4,6,7,11,13,17 28:8,12,16,23,25 29:3 32:9,10,16 35:1,6,7 36:22 37:11 38:1,17 39:2,14 40:7,25 41:13, 14 42:25 43:8,12,15 47:22,23 48:9 49:8,11, 22 50:4,8,11 51:6,24 52:13,16,21,22 53:1,6, 7,12,14,20 54:5 57:11, 12 58:1,9,10,12 59:3 60:4,5,14,23 61:1,7,8, 10,18,20 63:10 65:6,9, 13,23 66:2 68:2

**Disney's** 58:6

**Disney-based** 52:8

**District** 4:15

**division** 40:25 52:23, 24

**divisions** 41:7 52:15, 21

**document** 40:7,8 55:2 61:20

**documenting** 56:8 57:8

**documents** 8:8,15 57:7 58:10 63:14

**Dog** 34:22

**dozen** 28:12

**drafting** 52:2

**Dragon** 54:2

**duly** 7:3

## E

**e-mail** 56:12 57:2

**earlier** 35:24 60:16

**education** 11:11

**Eisner** 16:5

**employ** 46:1

**employed** 41:13

**employee** 47:4

**employees** 21:10,20 30:15 57:8,19 58:2

**encapsulated** 20:9

**end** 26:18 27:3

**ended** 50:8

**endurance** 7:15

**Entertainment** 12:1,13

**entirety** 55:8

**entities** 20:15

**entitled** 65:1,2

**entity** 20:6

**et al** 4:13 68:2

**everybody's** 66:23

**EXAMINATION** 7:4

**exchange** 31:23

**excited** 40:20

**executive** 4:10 13:19 32:22 33:20 34:7 38:13 46:11 55:6 67:24

**executives** 33:6 34:11 44:23 45:25 49:9,10 50:3,14

**executives'** 55:6

**existence** 26:6

**experience** 36:10,13

**extensive** 36:10

## F

**facility** 30:5

**facts** 23:20

**fair** 36:9

**fall** 36:6 39:14

**Family** 61:5

**favorite** 38:19

**feature** 35:10,25 36:3 38:4 40:22 47:8 54:7

**Federal** 6:6

**feel** 36:9

**Ferandelli** 45:20

**filed** 64:22,25

**files** 57:7,10 61:20

**film** 9:15 16:25 32:13 34:14 35:25 36:3 39:3, 7,22 40:3,13 47:8 48:5, 18 53:2,8,22 54:7 60:11 62:2,8,18

**filmmaking** 11:17

**films** 4:12 20:19 21:2,9, 16,17,21,25 22:7,19 23:7 24:15,18,21 31:6 34:19,21,24 36:7 38:2 43:12,13,14 44:2,11 45:2,11,17 52:7 53:15 56:2 64:10 65:5,17 68:1

**financial** 4:11 67:25

**financing** 26:11

**fine** 26:22 68:7

**first-look** 21:6 23:7,14 24:2 31:20 41:14 43:12 50:7,11 51:7,23 52:14 61:10 65:24 66:3

**five-minute** 41:20

**flagpole** 50:15

**Florida** 4:4

**focus** 45:3

**follow-up** 47:13

**form** 26:4

**formal** 61:19

**formed** 20:8,19,24

**forward** 23:18

**found** 40:17

**Fox** 4:24,25 5:3,12 6:21 7:5,7 17:4 23:21,24 24:7,10,13 27:15,19,22 28:1 30:22 32:18 33:15, 17 38:8,18,22 39:1 41:21,23 42:4,10 43:4 44:16 49:15,20,24 50:1 53:11 56:20,22 57:15, 17 58:15 59:14,21 60:9 63:16 64:1,9,15 66:19, 25 67:2,18

**full-length** 38:4 40:21

**full-time** 11:20

## G

**game** 48:2

**gave** 17:14

**general** 10:23 11:14

**generally** 13:20 17:11, 15 22:19 33:12 43:18

**generated** 32:9

**gentleman** 64:22

**Gerard** 4:25 5:3 7:7

**Gerry** 7:7

**give** 6:15 16:15 17:15 31:22 32:15 40:18 58:10

DAVID HOBERMAN
OCTOBER 19, 2023

JOB NO. 719224

**giving** 13:22 58:11

**God** 6:17 65:25

**good** 4:6 7:6 12:22 26:8,21 41:19 42:3

**great** 38:20 50:24

**Greg** 23:3

**grew** 21:19

**group** 18:11 19:20 20:9

**grow** 10:21

**guy** 23:3

---

### H

**H-Y-D-E** 25:25

**half** 28:12

**Halloween** 38:23

**hand** 6:13 29:1

**handful** 9:13 64:18

**handle** 55:3 58:2

**handled** 31:2 57:19,23 58:24

**handling** 15:11

**happened** 30:1 32:20 46:19

**head** 36:21

**heading** 36:6

**heads** 60:7

**headset** 60:16

**hear** 27:20 60:18

**heard** 59:5 64:22 65:1

**hearing** 6:11 10:10 60:19

**helpful** 60:22

**helping** 51:14

**Hemsley** 12:21

**Hennigan** 5:6

**Hey** 58:10

**Hide** 25:24

**high** 10:22 11:2,3,4 25:24

**Hills** 28:9,21 35:15

**hired** 16:4 21:10

**hires** 16:10

**hiring** 21:17

**history** 11:17

**Hoberman** 4:9 6:12 7:2,6 42:11 64:2,21 67:23

**holiday** 38:19

**Hollywood** 19:19,25 20:5,10

**honestly** 22:14

**honored** 48:8

**hope** 26:16 64:13

**hour** 41:19

**how'd** 61:12

**How's** 42:1

**HR** 57:6,10 58:4,6

**Hueston** 5:6

**human** 57:10

**hybrid** 44:13,19,21 48:7 65:16

**Hyde** 25:23 26:4,10,14, 18 27:4 28:13,15,17 30:16,24 31:2

---

### I

**ICM** 15:6,7,23

**idea** 12:11 16:24 26:16, 19 32:13 35:4 37:14 38:14 40:3,4,12,17 49:7 50:19,24 53:21 54:18, 20 56:9,23 58:14,16,18 61:16,21 62:2,5 63:15

**ideas** 14:5 17:9,10,15, 19 34:14 49:11 50:4,14 53:2,6,7 61:25 62:18 65:12

**identified** 8:11

**identify** 4:22

**immediately** 21:4

**important** 57:25

**inception** 23:10

**include** 19:10 32:4

**included** 19:21

**Incorporated** 4:12 68:1

**independent** 20:2

**individuals** 14:5

**industry** 37:9

**information** 67:10

**informing** 56:9

**inhouse** 5:16 16:23,25 17:1,7,16,18 62:1

**initially** 44:3

**interested** 48:1

**internally** 21:13

**involve** 35:19

**involved** 35:17 36:1 38:3 39:10,18,19,20,21 40:21 41:12 43:16 66:7, 10

**involvement** 26:17 34:20 38:11 66:13

**Island** 10:25

**issues** 58:2,25 60:19

---

### J

**J-U-L-I-U-S** 37:24

**Jefferson's** 12:21

**Jeffrey** 16:5

**Jenny** 45:21 46:11 62:19,23 63:5,9

**Jerry** 12:9

**Jessica** 37:24

**job** 11:20 14:11,23 51:13

**John** 37:2,3,20

**Jon** 5:16

**judge** 9:19

**Julie** 29:16 30:4,23

**Julie's** 30:8

**Julius** 37:24

---

### K

**KABC** 11:21,22

**Karz** 22:25

**Katzenberg** 16:5

**keeping** 54:12

**kids** 38:19

**Killingbeck** 4:1,20

**Kim** 45:18,20

**kind** 27:3 56:25

**Klieger** 5:5 7:24 17:2 23:19 24:5,8 27:14,18 30:20 32:7,17 33:13 38:6 41:18,22 42:3 43:2 44:14 49:13,23 53:9 56:19 57:13 58:13 59:13 60:6 64:14,17,20 66:18 67:3,5,11 68:5,7

**knew** 60:7

**knowledge** 65:11

---

### L

**labels** 19:21

**Large** 4:4

**largest** 21:20

**Lasseter** 37:2

**latitude** 50:13

**Law** 4:25 5:3

**lawyers** 14:4,6 42:12 59:16 64:3

**Lear** 12:8

**leaving** 15:23

**left** 14:11 29:3,23 30:2 63:10,13

**legal** 4:18 24:6 27:23 31:18

**length** 48:16

DAVID HOBERMAN
OCTOBER 19, 2023

JOB NO. 719224

**letter** 56:11 57:2 61:19

**library** 16:20

**Lieberman** 25:13 44:23 46:24 48:24 49:5 55:20,25 59:22

**Lieberman's** 45:23

**limited** 33:3 35:20 36:15,16

**list** 61:4

**literary** 14:13,24 15:10

**litigation** 64:21,25

**live** 41:3,4,9,10 42:22 44:12,19 52:23,24

**LLP** 5:9

**located** 26:12

**location** 25:1 27:2,12 28:18

**lodged** 57:9

**logging** 54:11

**long** 8:6 10:25 12:4,24 14:18 15:3 17:23 24:17

**look-deal** 48:9

**Los** 10:25

**lot** 17:18 21:2,5,14 25:1, 5 27:2,4 35:2 58:9 60:4

**lots** 28:3

**loved** 56:3,5

**lunch** 7:14

---

**M**

**M-E-S-C-H-K-O** 30:10

**M-O-R-T** 62:16

**made** 23:13 29:12 40:2 46:18 57:25

**Maggie** 36:19

**mail** 11:21 12:3,14,15 22:8

**maintain** 57:6

**maintained** 57:12

**make** 5:14 15:13 40:4,

**18** 42:1 43:11 48:18,20 51:10,22

**making** 46:22 48:18

**Malone** 36:19

**managers** 59:17

**Mandeville** 4:12 20:19 21:2,9,16,17,21,25 22:7,8,9,10,19 23:7 24:2,15,18,21,24,25 25:4,12,15,19 26:7,10, 24 27:1,5,8,9,10,13,17 28:8,25 30:6 31:5,15 33:12,19 34:24 35:5,25 38:2 42:24 43:13,16 44:2,11 45:2,11,17 46:1,8,12,20 47:5 48:1 51:12 52:3,7 53:2,6,8, 15,17,21,23 54:10 55:8 56:1 57:23 58:8 59:24, 25 60:1,13 61:2,9,25 62:6,9 65:5,11,17,20 66:7,10,13 68:1

**Mandeville's** 65:23

**manner** 6:9

**Marchick** 45:21 46:11 62:19,23 63:5,9

**material** 33:4 51:16

**materials** 16:20 17:14 21:12,13 22:6,12,15 23:16 29:1,18,19 30:1, 24 31:3 33:11 55:18 56:14 57:2 62:24

**matter** 4:12 68:1

**meet** 7:18,22,25 8:1

**meeting** 61:12

**meetings** 17:14 60:4

**memories** 12:22

**mentioned** 19:15 43:9

**Meschko** 29:16

**met** 37:11

**MGM** 26:13

**Michael** 16:5

**Michigan** 10:24

**microphone's** 60:20, 21

**Mike** 22:25

**minutes** 8:7

**missed** 19:24

**Misstates** 49:14

**Moana** 66:8,11,14,16

**Moderate** 36:14

**money** 31:22

**month** 55:9 65:21

**morning** 4:6 7:6

**Morris** 5:2 67:17,20

**Mort** 62:13,16

**motion** 18:11 19:7,9,20 20:8 40:23 53:24 65:12, 18 66:8,11,14

**move** 12:15 25:4 27:2

**moved** 10:24 12:16 58:8

**movie** 12:25 13:1 35:9 36:5 38:20 40:24 43:25 44:20,22 45:9 53:16 62:12

**movies** 13:12 38:20 45:7

**Muppets** 35:16

**Musker** 37:20

---

**N**

**named** 23:3 41:11 64:22

**names** 9:2 13:9 22:20 25:21 42:23 45:16

**necessarily** 59:19 61:22

**needed** 49:7 57:21

**needing** 39:14

**networks** 15:14

**Nightmare** 38:5,12 41:2,8 42:21

**nonverbal** 29:9 38:10

**noon** 63:19

**Norman** 12:8

**notary** 4:3 6:5

**notes** 13:22 16:16 33:3 34:8

**number** 13:4 17:17 21:20

---

**O**

**O-S-N-A-T** 36:24

**oath** 6:2

**objection** 6:8 23:22 24:9 27:23

**objections** 49:23

**Occasionally** 53:24

**October** 4:8

**office** 25:3 27:3,5,6,7, 11,17 28:8,9,13 48:24 49:3 61:16 63:14

**officer** 4:10,11 67:24, 25

**offices** 25:7 26:13 27:12 28:3,4,11,12,16, 22,24 58:9

**opened** 21:1

**opening** 44:3,7

**opinion** 24:6

**opposed** 16:13 32:1

**order** 66:25 67:19

**orders** 66:24

**original** 38:15 61:25

**originally** 44:2,8 54:4

**Osnat** 36:24

**Overbroad** 33:14

**overhead** 31:22

**owned** 32:11 35:6,8 38:17 40:7

**owner** 24:15

---

**P**

**P-A-L-A-C-I-O** 47:2

DAVID HOBERMAN
OCTOBER 19, 2023

JOB NO. 719224

**p.m.** 63:25 68:4,8

**Pacific** 4:7 11:4 42:6,9 63:22,25 68:4

**paid** 21:24,25 43:7

**Palacio** 47:1

**Palacio's** 47:8

**Palisades** 11:3,4

**Pamela** 37:22

**Pardon** 51:2

**Park** 25:23 26:4,10,14, 18 27:4 28:13,15,17 30:16,24 31:2

**part** 11:17

**participant** 25:18

**participate** 59:19

**participated** 16:10

**parties** 6:3

**partner** 24:23 25:11,12, 14,17

**partners** 20:23

**partnership** 39:7

**parts** 31:6

**party** 6:8 59:11

**pass** 5:19

**passed** 65:22 66:2

**passing** 61:18,20

**paychecks** 18:20

**paying** 57:11

**payroll** 21:11 22:2

**pending** 7:10

**people** 16:23 21:17,22 22:18 23:12,13 36:17 42:23 51:6,20 53:20 62:2

**percentage** 66:5

**Perenchio's** 12:9

**performed** 41:1

**period** 45:4

**person** 7:20 8:1 57:18

**personnel** 57:7

**Peter** 5:8

**Philosophy** 11:15

**phone** 7:19 8:1 56:11 57:1

**phones** 49:17

**physical** 15:20

**physically** 5:24

**pick** 43:18

**picture** 18:11 19:20 20:9 53:24 66:8,11,14

**pictures** 19:7,9,17,18, 19 39:10 65:12,18,23 66:2

**pinned** 26:25

**pitch** 40:3,4

**pitched** 40:12

**place** 4:17 31:20

**plaintiff** 5:1,3

**point** 7:15 24:14 45:4 46:8 51:25

**portion** 35:9 36:4

**portions** 45:9

**position** 12:2,5 19:14 34:4 51:21 56:16

**positioned** 60:21

**positions** 20:18

**Pratchett** 62:13

**pre-existed** 27:16

**preparation** 7:18

**prepare** 8:14 58:22

**present** 5:24 31:24

**presenting** 32:2

**president** 15:25 16:7, 19 17:7,23 18:10 19:16, 17,18,19,20,22,23

**presidents** 32:25

**presume** 14:6

**prior** 8:17

**Procedure** 6:6

**proceed** 6:11,20

**process** 16:13 17:6 22:11 54:11,17,19,22 55:21 56:1,8

**produce** 31:6 43:11 60:13,23 61:1

**produced** 64:11

**producer** 44:19

**producing** 36:10 64:11

**product** 65:16

**production** 13:21 15:14 16:10,11 18:8,9, 10,13,24 19:1,14 20:2 25:18,22 28:2 32:22 34:5,8,13,21 35:17 39:8,15,17,20 43:1 46:7,15,20 48:13 51:12, 14,21 52:20 53:15 56:17 62:8,10,14 63:11 66:10

**productions** 37:5 39:12,16 53:2,8 56:25

**products** 44:13,19

**Professional** 4:2

**programming** 13:10

**project** 9:14 23:18 34:15 35:17 39:25 43:19 44:21 48:2,13 52:22 53:22 62:2,7,18 65:1

**projects** 9:9 13:23 24:24 27:9 32:4 36:11 44:12 45:3 48:8 49:11 50:10 51:6 55:22 62:4 65:13

**promote** 46:19

**promoted** 12:14 38:3 46:14

**properties** 15:11 17:12,21 19:5 32:10

**property** 35:6,7 47:22, 23

**PST** 68:8

**Public** 4:3

**published** 52:5

**purpose** 26:9 31:17,21 48:17

**pursuant** 6:5

**pursue** 66:5

**pushing** 32:14

**put** 11:16 30:4,13,25 61:20

---

**Q**

**question** 7:17 17:3 26:8 33:5 46:24 53:18

**question's** 7:10

**questions** 64:6,16,18 66:18,20,22

**quickly** 11:18

**quit** 28:15

**quote** 39:20

---

**R**

**R-A-B-B-I-D-S** 48:3

**R-A-Y-A** 54:2

**R-I-B-O-N** 37:22

**Rabbids** 48:3

**raise** 6:12

**ran** 23:4

**range** 45:6

**Rangers** 31:8 32:6,8 35:23 44:21 47:21 65:16

**Raquel** 47:18

**Raya** 54:2

**reaching** 55:21 56:1

**read** 16:15 33:24 34:7 55:15,16

**read-on** 5:22

**Reading** 13:22

**Realtime** 4:3

**reason** 7:10

DAVID HOBERMAN
OCTOBER 19, 2023

JOB NO. 719224

**recall** 8:21 9:20 10:6 11:14 13:8 22:14 39:19 54:1 55:7 58:4 62:19, 20,23 63:1

**receive** 23:17 33:6,11 55:9

**received** 14:2 16:20 21:12 28:17,20 50:15 56:14 65:20

**receives** 33:20

**recess** 42:7 63:23

**recollection** 9:12,14

**record** 4:7 24:9 38:18 42:5,9 54:12 63:20,21, 25 66:24 68:3

**records** 21:10,11 22:2

**referred** 45:9

**referring** 35:24

**Registered** 4:2

**rejected** 56:9

**rejecting** 57:2

**rejection** 61:19

**related** 9:10 22:3 63:6

**relating** 58:2

**relevant** 29:5,13

**remember** 9:5,6,9,11 13:5,9 14:19 17:10,25 18:22 22:20,21,24 23:3 26:5 30:17,20 31:4 35:25 36:18,21 37:4 39:9,13,24 43:3 44:5,7 45:15,16,21 46:13,16, 22 47:1,7 54:4,7,8 58:12 61:6,17 62:12,14

**remembered** 61:5

**reminded** 35:13 41:15

**remotely** 6:1,2

**repeat** 55:23

**rephrase** 49:25 53:3

**replaced** 63:9

**report** 13:6 46:3,5

**reporter** 4:2,3,20 5:20, 21 6:19 30:18,21 68:5

**reporting** 5:25 6:9

**represent** 4:23 5:1

**representing** 5:3,6,9

**required** 33:10,12

**Rescue** 31:8 32:6,8 35:23 44:21 47:21 65:16

**resource** 57:10

**respect** 42:20

**response** 29:9 38:10

**responsibilities** 16:7 34:10

**responsibility** 51:13

**responsible** 49:6 52:2

**rest** 29:19

**restate** 53:19

**return** 55:18 58:9,22

**returned** 15:19 58:12

**review** 8:15 52:5 68:6

**reviewing** 49:6

**revised** 29:2

**Ribon** 37:22

**rid** 29:10

**ring** 13:4

**RJ** 47:1,8,9,12,15

**Robert** 5:5 24:12 27:21

**role** 13:21 32:21 51:11

**Ron** 37:18

**room** 5:25 11:21 12:14, 15 16:24 22:8

**rotunda** 37:12

**rough** 16:24

**roughly** 8:20,25 12:10 15:4 16:8 21:21

**RPR** 4:1

**Rule** 6:6

**run** 24:17 37:9 49:18 50:15

---
**S**
---

**S-H-U-R-E-R** 36:25

**San** 11:7

**Santa** 11:7

**sat** 9:12

**scene** 44:3,8

**schedule** 48:21

**school** 10:22 11:2,3

**screen** 7:13

**screened** 44:4,8

**script** 15:17 16:12,13, 15,16 45:8 56:10,14,24 62:7

**scripts** 13:22,24 15:12 16:9 17:6 28:17,20 29:1,2

**secretary** 4:10 67:24

**segments** 31:7

**send** 49:21 50:3 56:11

**sending** 14:5

**senior** 18:9,24,25 19:14 55:6

**separate** 26:10 28:18 59:3

**series** 47:23,24

**serve** 32:24

**set** 28:2 48:14

**Shaggy** 34:22

**share** 53:1,6,7 63:5

**Sherman** 12:21

**Shimamoto** 5:8 7:24 67:13,14

**showing** 62:24

**shown** 8:8

**shows** 13:15

**Shurer** 36:24,25

**side** 24:1

**signed** 63:6

**sir** 64:10

**sit** 16:24

**situations** 56:13 57:4

**Skellington** 39:12 43:9

**slow** 21:15

**small** 64:17 66:5

**soliciting** 51:16

**someone's** 61:16

**Sounds** 42:3

**source** 50:16 56:15

**sources** 17:18

**span** 18:11

**specific** 52:18

**specifically** 47:15 50:9

**spell** 30:8

**standing** 66:25 67:19

**standpoint** 34:21

**start** 10:23 21:16

**started** 12:20 28:7 39:25

**starting** 26:9

**state** 4:4,23 6:4,10 11:7 24:9

**stated** 6:9

**States** 4:14

**stay** 11:22 67:9

**Steno** 4:19,21

**stipulate** 6:5

**stop** 40:23

**stop-motion** 38:4

**storage** 22:16 30:5

**stored** 22:12 55:13

**story** 29:2 47:8

**straight** 22:8,10

**studio** 20:3 28:3 32:2, 15

**studios** 15:14 18:14, 17,18,19,21 19:3 20:10 32:9 65:6,9,13

DAVID HOBERMAN
OCTOBER 19, 2023

JOB NO. 719224

**study** 11:14

**stuff** 30:6,12 58:11

**subject** 24:2 50:11

**submission** 21:12
33:21 35:5 47:10 54:9
59:5,7,12 61:11,14
63:6,7

**submissions** 14:8
15:13 33:7 34:7 49:6
54:11 55:3,8 65:21,22
66:1

**submit** 49:11 61:8,9
65:12

**submitted** 15:18
22:12,16 47:13 49:8
51:6 54:12 59:16

**submitting** 62:24

**suffice** 68:6

**superior** 57:24

**supervised** 16:10
44:23

**supposed** 33:23 50:25
51:3

**swear** 5:22 6:14

**sworn** 7:3

───────────

**T**

**T-A-T** 12:8

**taking** 4:17

**talk** 8:11 16:24 34:1
42:11,14,17 56:6 60:10
64:2,5

**talking** 33:1

**Tandem/t.a.t.** 12:8,15,
18,19,24

**tax** 21:11 58:22

**Television** 11:21,22

**ten** 37:15,17

**ten-minute** 41:24
63:17,18

**ten-year** 18:11

**tended** 59:15

**Terry** 62:13

**testified** 7:3 9:22 10:4,
9,13 65:15,20

**testimony** 6:14 8:18
9:19 42:15 49:14

**theatrical** 19:6,9 36:7

**things** 5:19 21:14
49:18 59:15 61:3,4

**threw** 29:8,11 47:18

**throw** 55:17

**Tim** 38:16 39:16,17
40:2,10,14,24 42:25

**Tim's** 40:14

**time** 4:7 8:24 10:3,7,16
12:12 13:21 16:8,18,21
17:7 19:6 21:19 24:14
26:6,23 31:1 41:19
42:6,9 43:6 45:4 46:1,8
48:16 51:25 52:11
57:20 60:4 63:22,25
64:9 68:3,4

**times** 8:20,21 17:9 33:8

**title** 20:13

**titled** 38:4

**today** 7:8 8:12 24:21
26:15

**today's** 42:18

**Todd** 25:13 44:23 46:4,
21 50:21 51:3,5 57:24
62:11

**totally** 45:1

**Touchstone** 19:17,22
20:1,10 39:10

**traditionally** 55:13
57:10

**trans** 67:6

**transcript** 66:24 67:4,6
68:6

**travel** 48:14

**traveled** 48:15

**travelling** 48:23

**treated** 57:22

**treatment** 56:15 62:7

**trial** 9:18,22 10:4,12

**true** 38:1 44:1 45:8
46:10

**truth** 6:15,16

**turning** 40:12

**TV** 13:1,7 54:5 60:14,24
61:1

**type** 13:10 15:11 19:5
45:3 63:7

**types** 45:7

**typing** 33:3

───────────

**U**

**UC** 11:7

**UCLA** 11:7,8

**Uh-huh** 10:1 18:23
60:10

**ultimately** 28:22 30:11

**umbrella** 20:3,4,6

**understand** 17:3 24:8
31:11 34:5 56:21 57:16
67:18

**understanding** 31:12,
18,19 33:22

**understands** 52:1

**understood** 23:17
51:23,24

**United** 4:14

**Universal** 25:6,7 29:3,
18,20,23 30:2

───────────

**V**

**vacation** 57:20

**vague** 17:2 23:19 24:5
27:14,18,22 32:7,17
33:13 38:6 43:2 44:14
49:13 53:9 56:19 57:13
58:13 59:13 60:6

**vaguely** 58:4

**Vallejo** 4:19

**Vanese** 4:1,20

**venued** 4:14

**vice** 15:25 16:7,19 17:7,
23 32:25

**video** 48:2 66:23 67:4,7

**videoconference** 4:18

**VP** 18:8,9,12,15,24,25
19:1,14

───────────

**W**

**waiver** 59:6,7,12,20
63:6

**walk** 61:11,15

**Walt** 4:13 5:17 16:1,8,
19 17:8,24 18:14,16,17,
19,21 19:3,18,23 20:10
32:9,10 43:8 65:6,9,13,
23 66:2 68:2

**wanna** 26:24 63:18

**wanted** 40:15 45:3
53:22 57:19 66:5

**Warner** 23:4 40:15,19

**wearing** 60:15

**Web** 52:3

**week** 13:13

**whatsoever** 7:16
66:14

**White** 47:7,13

**wide** 45:6

**Willenken** 5:9

**Woodall** 4:13 5:1,4
64:23 68:2

**words** 17:5 27:16 43:14
50:19 56:23 57:18 62:1

**work** 11:16,25 12:7
21:17 42:24,25 53:22
61:12 62:6 65:5,8,17

**worked** 10:16 12:25
40:10 41:4 52:16,22
59:25 60:1,5

**working** 10:3 24:2
36:19 37:4 39:25 40:24
43:6 44:12,18 51:20

53:20 55:20,25

**works** 41:13

**worries** 60:20

**writer** 16:16

**writers** 14:14 15:12
17:1

**writing** 13:14 54:25

**written** 38:16 40:6
54:25 55:2 61:11,14

**Wunder** 47:12

---

### Y

**year** 11:23 12:5,10 15:5
18:3 20:20 39:2,5

**years** 9:25 10:14 11:10
12:25 13:2,4 14:9,20
18:1,6,9,10 24:19 25:6,
10 28:10 31:8 37:15,16

**Yesterday** 8:5

**Yikes** 63:12

---

### Z

**Zeigler** 14:25 15:3

**Zoom** 4:17 7:19 8:1,3,6,
10