UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK, U.S. DISTRICT COURT
March 3, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: VRV  DEPUTY

Buck G. Woodall,

    Plaintiff(s),

vs.

The Walt Disney Company, et al.,

    Defendant(s).

Case No.: CV 20-03772-CBM-E

NOTE # __1__ FROM THE JURY PRIOR TO DELIBERATIONS:

Date: MARCH 3, 2025

---

#3 Would watching Disney movies be important in identifying originality when comparing expression of ideas? & Why?

#2 Would watching Disney movies mentioned be important when determining originality of mood, selection, and arrangement? & Why?

#1 Would Disney stories be considered contemporary literature? & Why?