UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCK G. WOODALL, a.k.a. Buck Woodall, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BUENA VISTA HOME ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 2:20-cv-03772-CBM-E<br><br>**JOINT PROPOSED SPECIAL VERDICT FORM**<br><br>Trial Date:    February 25, 2025<br><br>Assigned to Hon. Consuelo B. Marshall<br>Magistrate Judge: Charles F. Eick |

SPECIAL VERDICT

1. Did Plaintiff prove the creators of *Moana* had access to Plaintiff's copyrighted works identified below?

   a. The 2003 Treatment entitled BUCKY, which is Exhibit 11:

   _____     _____
   Yes           No

   b. The 2008 Treatment entitled BUCKY THE SURFER BOY, which is Exhibit 13, and additional 2008 materials, which are Exhibits 14, 15, 16, and 17:

   _____     _____
   Yes           No

   c. The 2011 Script entitled BUCKY THE SURFER BOY, which is Exhibit 12:

   _____     _____
   Yes           No

*If you answered "No" to all of (a), (b), and (c) above, you do not need to answer any further questions. Skip to the end and sign and date the Verdict Form.*

*If you answered "Yes" to one or more of (a), (b), or (c) above, proceed to Question No. 2.*

2. For each of Plaintiff's copyrighted works for which you answered "Yes" to Question No. 1, did Plaintiff prove there is substantial similarity between Plaintiff's copyrighted work and *Moana* to satisfy the extrinsic test?

   a. The 2003 Treatment entitled BUCKY, which is Exhibit 11:

   _____   _____
   Yes           No

   b. The 2008 Treatment entitled BUCKY THE SURFER BOY, which is Exhibit 13, and additional 2008 materials, which are Exhibits 14, 15, 16, and 17:

   _____   _____
   Yes           No

   c. The 2011 Script entitled BUCKY THE SURFER BOY, which is Exhibit 12:

   _____   _____
   Yes           No

*Only if you answered "Yes" to one or more of (a), (b), or (c) above, proceed to Question No. 3. Otherwise, skip to the end and sign and date the Verdict Form.*

3. For each of Plaintiff's copyrighted works for which you answered "Yes" with respect to both Question Nos. 1 and 2, did Plaintiff prove there is substantial similarity between Plaintiff's copyrighted work and *Moana* to satisfy the intrinsic test?

    a. The 2003 Treatment entitled BUCKY, which is Exhibit 11:

        _____        _____
         Yes             No

    b. The 2008 Treatment entitled BUCKY THE SURFER BOY, which is Exhibit 13, and additional 2008 materials, which are Exhibits 14, 15, 16, and 17:

        _____        _____
         Yes             No

    c. The 2011 Script entitled BUCKY THE SURFER BOY, which is Exhibit 12:

        _____        _____
         Yes             No

*Only if you answered "Yes" to one or more of (a), (b), or (c) above, proceed to Question No. 4. Otherwise, skip to the end and sign and date the Verdict Form.*

4.   Did Defendant prove *Moana* was independently created?

_____                    _____
   Yes                              No

*If you answered "Yes" to Question No. 4, skip to the end and sign and date the Verdict Form. If you answered "No" to Question No. 4, proceed to Question No. 5.*

5.   What amount of Defendant's profits, if any, do you award Plaintiff?

$ _____

*You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the Verdict Form in the spaces below and notify the Court personnel that you have reached a verdict. The Presiding Juror should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.*

Dated: _____, 2025        Signature: _____

                                                Name: _____