Michael D. Roth (Bar. No. 217464)
mroth@kslaw.com
Arwen R. Johnson (Bar No. 247583)
arwen.johnson@kslaw.com
KING & SPALDING LLP
633 W. 5th Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 443-4355

Robert N. Klieger (Bar No. 192962)
rklieger@hueston.com
Moez M. Kaba (Bar No. 257456)
mkaba@hueston.com
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4310
Facsimile: (888) 775-0898

Peter Shimamoto (Bar No. 123422)
pshimamoto@willenken.com
Kenneth M. Trujillo-Jamison
  (Bar No. 280212)
ktrujillo-jamison@willenken.com
Michelle K. Millard (Bar No. 298245)
mmillard@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Attorneys for Defendant Buena Vista
Home Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCK G. WOODALL, a.k.a. Buck Woodall, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY, a Delaware Corporation; et al.,<br><br>Defendants. | Case No.: 2:20-cv-03772-CBM-E<br><br>**JOINT PROPOSED DAMAGES INSTRUCTION**<br><br>Trial Date:       February 25, 2025<br><br>Assigned to Hon. Consuelo B. Marshall<br>Magistrate Judge: Charles F. Eick |

**INSTRUCTION NO. 29**

If you find for Plaintiff on Plaintiff's copyright infringement claim, Plaintiff is entitled to recover any profits of Defendant attributable to the infringement.

You may make an award of Defendant's profits only if you find that Plaintiff showed a causal relationship between the infringement and Defendant's gross revenue.

The parties have stipulated to the amount of Defendant's gross revenues and profit from *Moana*.

Unless you find that a portion of the profit from the sale of *Moana* is attributable to factors other than use of Plaintiff's copyrighted works, all of the profit is to be attributed to the infringement. Defendant has the burden of proving the portion of the profit, if any, attributable to factors other than infringing Plaintiff's copyrighted works.