| | |
|---|---|
| Michael D. Roth (Bar. No. 217464) <br> mroth@kslaw.com <br> Arwen R. Johnson (Bar No. 247583) <br> arwen.johnson@kslaw.com <br> KING & SPALDING LLP <br> 633 W. 5th Street, Suite 1600 <br> Los Angeles, California 90071 <br> Telephone: (213) 443-4355 <br><br> Robert N. Klieger (Bar No. 192962) <br> rklieger@hueston.com <br> Moez M. Kaba (Bar No. 257456) <br> mkaba@hueston.com <br> HUESTON HENNIGAN LLP <br> 523 W. 6th Street, Suite 400 <br> Los Angeles, California 90014 <br> Telephone: (213) 788-4340 <br><br> Attorneys for Defendant Buena Vista Home Entertainment, Inc. | Peter Shimamoto (Bar No. 123422) <br> pshimamoto@willenken.com <br> Kenneth M. Trujillo-Jamison <br>  (Bar No. 280212) <br> ktrujillo-jamison@willenken.com <br> Michelle K. Millard (Bar No. 298245) <br> mmillard@willenken.com <br> WILLENKEN LLP <br> 707 Wilshire Blvd., Suite 3850 <br> Los Angeles, California 90017 <br> Telephone: (213) 955-9240 <br> Facsimile: (213) 955-9250 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCK G. WOODALL, a.k.a. Buck Woodall, an individual, <br><br> Plaintiff, <br><br> v. <br><br> THE WALT DISNEY COMPANY, a Delaware Corporation; et al., <br><br> Defendants. | Case No.: 2:20-cv-03772-CBM-E <br><br> **JOINT STATEMENT RE MEET AND CONFER REGARDING DEMONSTRATIVES** <br><br> Trial Date: February 25, 2025 <br><br> Assigned to Hon. Consuelo B. Marshall <br> Magistrate Judge: Charles F. Eick |

The parties have met and conferred and have resolved all disputes regarding demonstratives to be used during closing arguments on March 10, 2025 in the above captioned action.

Dated: March 9, 2025            Respectfully submitted,

                                         HUESTON HENNIGAN LLP

                                         By: */s/ Robert N. Klieger*
                                               Robert N. Klieger
                                               Attorneys for Defendant
                                               Buena Vista Home Entertainment, Inc.