```
                    FILED
              CLERK, U.S. DISTRICT COURT
                 March 10, 2025
           CENTRAL DISTRICT OF CALIFORNIA
           BY:        VRV         DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCK G. WOODALL, a.k.a. Buck Woodall, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BUENA VISTA HOME ENTERTAINMENT, INC., a Delaware Corporation, <br><br> Defendant. | Case No.: 2.20-cv-03772-CBM-E <br><br> **SPECIAL VERDICT FORM** |

1

SPECIAL VERDICT FORM

1. Did Plaintiff prove the creators of *Moana* had access to Plaintiff's copyrighted works identified below?

    a.  The 2003 Treatment entitled BUCKY, which is Exhibit 11:

    _____ Yes    ✓ No

    b.  The 2008 Treatment entitled BUCKY THE SURFER BOY, which is Exhibit 13, and additional 2008 materials, which are Exhibits 14, 15, 16, and 17:

    _____ Yes    ✓ No

    c.  The 2011 Script entitled BUCKY THE SURFER BOY, which is Exhibit 12:

    _____ Yes    ✓ No

If you answered "No" to all of (a), (b), and (c) above, you do not need to answer any further questions. Skip to the end and sign and date the Verdict Form.

If you answered "Yes" to one or more of (a), (b), or (c) above, proceed to Question No. 2.

///
///
///
///

2. For each of Plaintiff's copyrighted works for which you answered "Yes" to Question No. 1, did Plaintiff prove there is substantial similarity between Plaintiff's copyrighted work and *Moana* to satisfy the extrinsic test?

    a. The 2003 Treatment entitled BUCKY, which is Exhibit 11:

        _____ Yes      _____ No

    b. The 2008 Treatment entitled BUCKY THE SURFER BOY, which is Exhibit 13, and additional 2008 materials, which are Exhibits 14, 15, 16, and 17:

        _____ Yes      _____ No

    c. The 2011 Script entitled BUCKY THE SURFER BOY, which is Exhibit 12:

        _____ Yes      _____ No

*Only if you answered "Yes" to one or more of (a), (b), or (c) above, proceed to Question No. 3. Otherwise, skip to the end and sign and date the Verdict Form.*

///
///
///
///
///
///

3. For each of Plaintiff's copyrighted works for which you answered "Yes" with respect to both Question Nos. 1 and 2, did Plaintiff prove there is substantial similarity between Plaintiff's copyrighted work and *Moana* to satisfy the intrinsic test?

    a. The 2003 Treatment entitled BUCKY, which is Exhibit 11:

        _____ Yes        _____ No

    b. The 2008 Treatment entitled BUCKY THE SURFER BOY, which is Exhibit 13, and additional 2008 materials, which are Exhibits 14, 15, 16, and 17:

        _____ Yes        _____ No

    c. The 2011 Script entitled BUCKY THE SURFER BOY, which is Exhibit 12:

        _____ Yes        _____ No

*Only if you answered "Yes" to one or more of (a), (b), or (c) above, proceed to Question No. 4. Otherwise, skip to the end and sign and date the Verdict Form.*

///
///
///
///
///

4.   Did Defendant prove *Moana* was independently created?

_____          _____
   Yes               No

*If you answered "Yes" to Question No. 4, skip to the end and sign and date the Verdict Form. If you answered "No" to Question No. 4, proceed to Question No. 5.*

5.   What amount of Defendant's profits, if any, do you award Plaintiff?

$ _____

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the Verdict Form in the spaces below and notify the Court personnel that you have reached a verdict. The Presiding Juror should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.

Dated: __03/10__, 2025     Signature █████████

Name: █████████