JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCK G. WOODALL, a.k.a. Buck Woodall, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>THE WALT DISNEY COMPANY, a Delaware Corporation; et al.,<br><br>    Defendants. | Case No. 2:20-cv-03772-CBM-E<br><br>*Hon. Consuelo B. Marshall, Courtroom 8D*<br><br>**JUDGMENT**<br><br>Action Filed:   April 24, 2020<br>Trial Date:    Feb. 25, 2025 |

1       Pursuant to the Court's November 1, 2024 Order Re: Cross-Summary Judgment Motions (Dkt. No. 558), and the jury's unanimous Special Verdict of March 10, 2025,

      IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendants The Walt Disney Company, Walt Disney Pictures, Walt Disney Animation Studios, Disney Enterprises, Inc., Disney Consumer Products, Inc., Disney Consumer Products & Interactive Media, Inc., Walt Disney Direct-to-Consumer & International, Disney Interactive Studios, Inc., Disney Store USA, LLC, Disney Shopping, Inc., Buena Vista Home Entertainment, Inc., Buena Vista Books, Inc., Mandeville Films, Inc., Jenny Marchick, and Pamela Ribon (collectively, "Defendants"), and this action is hereby dismissed with prejudice. Defendants shall recover costs from Plaintiff Buck G. Woodall.

DATED: March 13, 2025

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE