Michael D. Roth (Bar. No. 217464)
mroth@kslaw.com
Arwen R. Johnson (Bar No. 247583)
arwen.johnson@kslaw.com
KING & SPALDING LLP
633 W. 5th Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 443-4355

Robert N. Klieger (Bar No. 192962)
rklieger@hueston.com
Moez M. Kaba (Bar No. 257456)
mkaba@hueston.com
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4310
Facsimile: (888) 775-0898

Peter Shimamoto (Bar No. 123422)
pshimamoto@willenken.com
Kenneth M. Trujillo-Jamison
(Bar No. 280212)
ktrujillo-jamison@willenken.com
Michelle K. Millard (Bar No. 298245)
mmillard@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BUCK G. WOODALL, a.k.a. Buck Woodall, an individual,

Plaintiff,

v.

THE WALT DISNEY COMPANY, a Delaware corporation, et al.,

Defendants.

Case No. 2:20-cv-03772-CBM-E

**DECLARATION OF PETER SHIMAMOTO IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

Date: April 22, 2025
Time: 10:00 a.m.
Courtroom: 8D

Trial Date: February 25, 2025

Assigned to Hon. Consuelo B. Marshall
Magistrate Judge: Charles F. Eick

# DECLARATION OF PETER SHIMAMOTO

I, Peter Shimamoto, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am a partner of the law firm of Willenken LLP, counsel of record for Defendants The Walt Disney Company, Walt Disney Pictures, Walt Disney Animation Studios, Disney Enterprises, Inc., Disney Consumer Products, Inc., Disney Consumer Products & Interactive Media, Inc., Walt Disney Direct-to- Consumer & International, Disney Interactive Studios, Inc., Disney Store USA, LLC, Disney Shopping, Inc., Buena Vista Home Entertainment, Inc., Buena Vista Books, Inc., Mandeville Films, Inc., Jenny Marchick, and Pamela Ribon (collectively, "Defendants") in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. In September 2020, less than two months after Plaintiff filed his First Amended Complaint, I advised Gustavo D. Lage, Esq. that Defendants believed the Confidentiality Agreement attached as Exhibit C to the First Amended Complaint (the "Confidentiality Agreement") was a forgery.

3. Attached hereto as Exhibit A is a true and correct copy of a letter dated September 9, 2020 from Mr. Lage to me and my colleague, Kenneth M. Trujillo-Jamison, Esq., with highlighting added to the pertinent part.

4. During the parties' Rule 26(f) conference on October 29, 2021, I advised Plaintiff's counsel that Defendants wanted to arrange for a forensic document expert to examine the Confidentiality Agreement.

5. Attached hereto as Exhibit B is a true and correct copy of excerpts from Defendants' First Set of Requests for Production of Documents to Plaintiff Buck G. Woodall, with highlighting added to the pertinent part.

6. Attached hereto as Exhibit C is a true and correct copy of excerpts from Plaintiff's Responses and Objections to Defendants' First Set of Requests for Production of Documents to Plaintiff Buck G. Woodall, with highlighting added to the pertinent part.

7. Attached hereto as Exhibit D is a true and correct copy of an email that I sent to James W. Christian, Esq. via his legal assistant, Holly A. Pappas, on November 17, 2021, with copies to Mr. Lage and Eric Buether, with highlighting added to the pertinent part.

8. Attached hereto as Exhibit E is a true and correct copy of an email that I sent to Elan Botwin, Esq. on November 30, 3021, with copies to Mr. Lage, Mr. Christian, Mr. Buether, and Mr. Trujillo-Jamison, with highlighting added to the pertinent part.

9. Attached hereto as Exhibit F is a true and correct copy of an email that I received from Mr. Botwin on December 2, 2021, with copies to Mr. Lage, Mr. Christian, Mr. Buether, and Mr. Trujillo-Jamison, with highlighting added to the pertinent part.

10. Attached hereto as Exhibit G is a true and correct copy of an email that I sent to Mr. Botwin on December 3, 2021, with copies to Mr. Lage, Mr. Christian, Mr. Buether, and Mr. Trujillo-Jamison, with highlighting added to the pertinent part.

11. Attached hereto as Exhibit H is a true and correct copy of excerpts from Defendant Walt Disney Animation Studios' First Set of Interrogatories to Plaintiff Buck G. Woodall, with highlighting added to the pertinent part.

12. Attached hereto as Exhibit I is a true and correct copy of excerpts from Plaintiff's Responses to Defendant Walt Disney Animation Studios' First Set of Interrogatories to Plaintiff Buck G. Woodall, with highlighting added to the pertinent part.

13. Attached hereto as Exhibit J is a true and correct copy of Plaintiff's Supplemental Interrogatory Responses to Defendant Walt Disney Animation Studios' First Set of Interrogatories, with highlighting added to the pertinent part.

14. Attached hereto as Exhibit K is a true and correct copy of Defendants' First Set of Requests for Admission to Plaintiff Buck G. Woodall, with highlighting added to the pertinent part.

15. Attached hereto as Exhibit L is a true and correct copy of excerpts from Plaintiff's Responses and Objections to Defendants' First Set of Requests for Admission to Plaintiff Buck G. Woodall, with highlighting added to the pertinent part.

16. Attached hereto as Exhibit M is a true and correct copy of excerpts from Defendants' Second Set of Requests for Admission to Plaintiff Buck G. Woodall, with highlighting added to the pertinent part.

17. Attached hereto as Exhibit N is a true and correct copy of excerpts from Plaintiff's Responses and Objections to Defendants' Second Set of Requests for Admission to Plaintiff Buck G. Woodall, with highlighting added to the pertinent part.

18. Attached hereto as Exhibit O is a true and correct copy of a letter dated August 5, 2022 that I sent to Mr. Botwin, with a copy to Plaintiff's other counsel, with highlighting added to the pertinent part.

19. Attached hereto as Exhibit P is a true and correct copy of excerpts from Plaintiff's Supplemental Responses to Defendant Buena Vista Books, Inc.'s First Set of Interrogatories, with highlighting added to the pertinent part.

20. Attached hereto as Exhibit Q is a true and correct copy of excerpts from Plaintiff's Supplemental Responses to Defendant Disney Consumer Products, Inc.'s First Set of Interrogatories, with highlighting added to the pertinent part.

21. Attached hereto as Exhibit R is a true and correct copy of excerpts from Plaintiff's Supplemental Responses to Defendant Disney Store USA, LLC's First Set of Interrogatories, with highlighting added to the pertinent part.

22. Attached hereto as Exhibit S is a true and correct copy of excerpts from Plaintiff's Supplemental Responses to Defendant Walt Disney Consumer Products & Interactive Media, Inc.'s First Set of Interrogatories, with highlighting added to the pertinent part.

23. Attached hereto as Exhibit T is a true and correct copy of excerpts from Plaintiff's Supplemental Responses to Defendant Disney Interactive Studios, Inc.'s First Set of Interrogatories, with highlighting added to the pertinent part.

24. Attached hereto as Exhibit U is a true and correct copy of excerpts from Plaintiff's Supplemental Responses to Defendant Walt Disney Direct-to-Consumer & International's First Set of Interrogatories, with highlighting added to the pertinent part.

25. Attached hereto as Exhibit V are a true and correct copies of Willenken's invoices for legal services performed in this matter from August 2020 through September 2024. My hourly rate, as well as the hourly rates of Kenneth Trujilo-Jamison, Michelle Millard, and Sherin Varghese, charged on this matter reflected a significant discount off of our standard rates in the years those services were rendered.

26. Willenken has received national recognition as one of the most elite litigation firms in the country, including by Benchmark Litigation, *The American Lawyer*, and *Corporate Counsel*. I have more than 30 years of experience in complex commercial litigation, with an emphasis on entertainment and intellectual property matters. I, along with Mr. Trujillo-Jamison, Ms. Millard, and Ms. Varghese, regularly represent Fortune 500 companies and other clients in high-profile copyright and other intellectual property disputes. True and correct copies of our respective biographies are attached hereto as Exhibits W through Z.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of March, 2025, at Los Angeles, California.

*/s/ Peter Shimamoto*
Peter Shimamoto