# KLIEGER DECL., EX. F

# BUCKY

~~"The Surfer Boy"~~

~~Material: Animated or Live Action Feature~~

~~Genre: Mystical Time Travel Adventure (ages eight & up)~~

BUCKY AND THE HUI

Written ~~By: Buck G.~~

~~Woodall &~~by Meghan

Gallagher

~~top — ight 20 14, Blazing Sun Hawaii Inc.~~
~~WGA Registered~~

Based on the treatment by

Melissa Pilgrim

And

Case 2:20-cv-03772-CBM-E Document 426-3 Filed 04/22/24 Page 3 of 156 Page
ID #:25505

The story by

Buck Woodall, Sam Hamilton, and Keith Tucker

Third Draft
June 24,
2011

meegsgallagher@gmail.com
604.564.7812

~~Ext~~EXT. SKY NEAR KAUAI, HAWAII - DAY

A SIGHTSEEING HELICOPTER swoops around the cliffs of an eroded, cathe~~-~~dral-like MOUNTAIN. Large WATERFALLS cascade down the rock wall as the helicopter zooms by.

~~Pilot guide (O.S.)~~ PILOT GUIDE (O.S.)

Kauai is the oldest of the Hawaiian islands.

The helicopter flies over the breathtaking mountain and lush, exotic greenery, then over the ocean.

~~Pilot guide~~PILOT GUIDE (O.S.) (CONT’D)

Some of the rarest species of plants and ani~~-~~mals on earth can only be found right here.

The beauty of the land is breathtaking. Through one of the helicopter windows we see BUCKY (13), thin, blond, in gaudy tourist attire, SIGH LOUDLY. He thumps his forehead against the window, bored.

~~Int. Sightseeing helicopter - day~~INT. SIGHTSEEING HELICOPTER - DAY

The PILOT GUIDE (30), native Hawaiian, flies A FAMILY OF TOURISTS. The MOTHER (40), loud flowered dress and enormous sun hat, gawks at the sight out the window. The FATHER (40), floral shirt and bright shorts, takes a photo every second.

~~Pilot guide~~PILOT GUIDE

Because Hawaii is one of the most isolated places on earth, these rare species flourished without interruption for ages before people showed up.

Bucky stares right through the breathtaking scene below.

~~Pilot guide~~PILOT GUIDE (CONT~~'~~’D)

Sometime after 1250 AD, the Tahitians arrived. Many others came after that. So many, in fact, that the culture became very rich in unique Hawaiian lore.

Bucky’s mother notices her son not paying attention. Annoyed, she SNAPS HER

FINGERS to get him to listen. It doesn't work.

PILOT GUIDE (CONT'D)
Storytelling became a very important part of the lifestyle, and many ancient legends are still told today.

MOTHER
I want to hear one. Do you, Bucky?

BUCKY
Whatever.

The camera CLICKS away as Bucky's mother looks out the window again, more determined than ever.

BUCKY'S MOTHER
That mountain range below looks like a dragon, don't you think, Bucky? Surely there's a story about a mountain that looks like that.

PILOT GUIDE
Actually, you're right. The head is where the mountains meet the sea.

Bucky focuses on the mountain without moving his body. He easily identifies the parts that the pilot guide points out.

PILOT GUIDE (CONT'D)
The jagged peaks form his spine, and the part near the shore is his back heel. It's part of a volcanic mountain range that connects all of the Hawaiian islands.

MOTHER
That's quite something, isn't it?

Bucky SIGHS loudly again. His mother isn't impressed.

PILOT GUIDE
The biggest volcano is Mauna Kea on the Big Island. The Kilauea crater is said to be the home of Pele, the fire goddess of Hawaii. She holds many secrets of the land.

MOTHER
What secrets? I want to hear about

~~Pete~~Pele, don~~'~~'t you, Bucky?

~~Father~~
FATHER
Well, I know I certainly would.

Bucky doesn~~'~~’t acknowledge them. He is so bored.

PILOT GUIDE
The story goes that ~~Pete~~Pele had a romantic ad~~-~~mirer: Kamapua’a, the half man, half hog demigod.

As Bucky blankly stares out the window, he begins to VIVIDLY IMAGINE the story of ~~Pete~~Pele and Kamapua~~'~~’a.

~~Pilot guide~~PILOT GUIDE (CONT~~'~~’D)
Kamapua~~'~~’a tried to charm ~~Pete~~Pele into marrying him. But just when she was about to say yes, she ~~realized he was greedy and~~learned that he didn’t really love her. He was only after ~~her~~the land~~. Pete grew fearful and asked him to leave her alone. He continued to peruse her despite her wishes~~ that she controlled. Upset and broken- hearted, she threw an angry gust of flames at Kamapua~~'~~’a, but he turned into the humuhumunukunukua~~-~~puaa fish. His tough scales protected him and he escaped into the ocean.

As Bucky IMAGINES Kamapua~~'~~’a eluding ~~Pete~~Pele, he steals a quick glance at the pilot guide, hoping to hear more.

PILOT GUIDE (CONT~~'~~’D)
After much fighting, ~~Pete~~Pele and Kamapua’a real~~-~~ized that they couldn~~'~~’t destroy one another. They decided to divide up the land that they both wanted equally. ~~Pete~~Pele would control the beaches and the volcanoes connected to them, and Kamapua~~'~~’a would control the rainy, forested areas ~~in~~on the ~~north~~middle of ~~the Big Island~~each island.

Bucky identifies the land that the pilot guide refers to.

PILOT GUIDE (CONT~~'~~’D)
It~~'~~’s been that way ever since, but Kamapua’a always wants more, and continues to try and gain control over ~~Pete'~~Pele’s territory all the time.

FATHER
~~Father~~ Well, why is that, would you say?

PILOT GUIDE

~~Pete~~Pele didn’t want to keep the land from Kama~~-~~pua~~'~~’a just because he broke her heart.

MOTHER

~~Mother~~ Well then, why did she?

~~Pilot guide~~PILOT GUIDE

Because Kamapua~~'~~’a, just like some people now, had different ideas about how the land should be used.

Bucky watches the land below and looks appreciative as he really sees it this time. His imagined world of ~~Pete~~Pele and Kamapua~~'~~’a dissolves.

~~Ext~~EXT. ~~Sky near kAUAI~~SKY NEAR KAUAI, HAWAII - ~~day~~DAY

LARGE, UPSCALE HOTELS loom into view as the helicopter flies past. Several TOURISTS play in the pristine ocean; the many FLAGS that represent them wave in front of the hotels. Lush GOLF COURSES stretch for miles into the distance.

~~Pilot guide~~PILOT GUIDE (O.S.)

(sadly)

Some people just don~~'~~’t know when to stop building when they could enjoy what~~'~~’s already here...

Bucky can be seen inside the helicopter taking it all in as they soar to a more deserted part of the beach. The pilot guide~~'~~’s VOICE fades into the background.

~~Int. sightseeing Helicopter - day~~INT. SIGHTSEEING HELICOPTER - DAY

Bucky notices an OLD HAWAIIAN MAN (65) cast a fishing net into the water. Bucky is in awe as he watches the scene.

EXT. ROCKY BEACH - DAY

Suddenly a vision of PUEO, an owl, flies out of the net toward a big wave. Pueo transforms into BUCKY SURFING the wave with ease. Then, the rippling water fades away and takes the form of a YOUNG TEENAGE GIRL.

Bucky watches the real girl surf below.

~~Int. sightseeing Helicopter - day~~INT. SIGHTSEEING HELICOPTER - DAY

Bucky excitedly turns and faces his family, unwittingly interrupting the guide~~'~~’s spiel.

~~BucKY~~

BUCKY
(shouting)
I want to surf, too!

His mother and father blink at him, silently.

~~Father~~

FATHER
Too?

~~Mother~~

MOTHER
It~~'~~’s rude to interrupt, Bucky.

PILOT GUIDE
~~Pilot guide~~ (laughing)
That is one of the main reasons people come here. Surfing was discovered by Hawaiian royalty. It allows you to experience the mana of the islands.

BUCKY
~~Bucky~~ What~~'~~’s mana?

The pilot guide smiles at Bucky and motions to the girl surfing below.

PILOT GUIDE
Watch.

Bucky presses his face against the glass, intrigued.

~~Ext. Rocky beach - day~~EXT. ROCKY BEACH - DAY

The wave’s crest carries the girl by the Dragon’s Heel. She seems to become one with the wave as she rides it toward a dangerous reef.

~~Ext. Helicopter - day~~EXT. HELICOPTER - DAY

Bucky~~'~~’s parents frown as they peer out. Their faces greatly contrast Bucky~~'~~’s excited face in the next window.

~~Int. Helicopter - day~~INT. HELICOPTER - DAY

Bucky’s parents turn

Case 2:20-cv-03772-CBM-E Document 426-30 Filed 04/22/24 Page 12 of 156 Page ID #:25524



away from the window.

~~Mother~~

MOTHER

FATHER

I don'’t know about that, Bucky. Seems awfully dangerous.

~~Father~~

I think you'’re much too young.

BUCKY
Bucky But I want to do it!

Pilot guidePILOT GUIDE
There is a surf camp at the beach.

Mother

MOTHER
So much water, and think of the creatures in there. You could get a rash, did you think of that?

Father

FATHER
Sharks and urchins. Reckless! Don't even get me started on sand fleas.

Bucky slumps into his seat as his hopes fizzle away.

BUCKY
Why'd we have to come to Hawaii for vacation then? We should have stayed in New Mexico where there''s no water.

Bucky leans against the window again apathetically. His mother returns to being annoyed, and his father resumes taking photos.

BuckyBUCKY (CONT'D)
I hate it here.

Pilot guidePILOT GUIDE
Everything happens for a reason. You''re sup-posed to be here.

Bucky shoots a seething look at the pilot guide.

Pilot guidePILOT GUIDE (CONT''D)

The islands will tell you why.
You'll see. They speak to
everyone.

~~Bucky~~

BUCKY
(under his breath)
That's stupid. Islands can't speak.

Bucky looks back to the mountains, annoyed.

~~Ext. kauai, hawaii - day~~EXT. KAUAI, HAWAII - DAY

Suddenly, an EYE OPENS and the mountain range takes the form of a REAL GIANT DRAGON. The dragon CRACKS A SMILE AND WINKS at Bucky.

~~Int~~INT. ~~SiGHTSEEING~~SIGHTSEEING HELICOPTER - ~~day~~DAY

Bucky bolts upright in his seat, startled by what he saw.

~~Ext. Kauai, hawaii - day~~EXT. KAUAI, HAWAII - DAY

The dragon re-takes the form of a regular old mountain range.

~~Int~~INT. ~~SightSEEING~~SIGHTSEEING HELICOPTER - ~~day~~DAY

Bucky looks to his parents, who seem not to have seen anything. The pilot guide acts as though nothing happened. Bucky looks out the window again, confused.

~~Int. Shamar's kitchen - day~~INT. SHAMAR'S KITCHEN - DAY

SHAMAR (46), heavy-set, sly-looking, HUMS a tune while he prepares an elaborate roasted turkey dinner. A FEMALE NEWS REPORTER drones in the background from the television.

NEWS REPORTER
The legislation states that new developments cannot be built on ancient sacred sites.

Shamar SCOFFS at the reporter.

NEWS REPORTER (CONT'D)
Many consider it a good thing for Hawaii and its people, but it makes us wonder; ~~is~~Is it good for business? What will happen to developers

that can’t find any land to build their resorts on?

Shamar reaches for the remote and TURNS OFF THE TV.

SHAMAR
~~Shamar~~ (to himself)
They’ll be very rich if they can keep everyone else’s nose out of their business.

He admires the finished turkey dinner and exits with it.

~~Ext. Resort beach - kauai~~EXT. RESORT BEACH - KAUAI

Out of shape TOURISTS lay out on lawn chairs, some badly SUNBURNED and all in bright clothing. One WOMAN stands waist-deep in the ocean TALKING LOUDLY on her cell phone. The busy brightness of it all sticks out against the natural beach.

Bucky sits alone in the sand, bored. He enviously watches a GROUP OF SURFERS far out in the water. More TOURISTS float by on boogie boards and air mattresses.

~~Mother (o~~MOTHER (O.S.)
Bucky?

Bucky turns slowly to see his mother excitedly hold up a bucket of childish sand toys.

~~Mother~~MOTHER (CONT’D)
We can make a castle!

Bucky’s father takes out a tiny shovel and starts digging, coaxing Bucky to come join.

~~Bucky~~

BUCKY
I don’t want to make a sand castle. I want to surf!

Bucky’s father places his hands on his hips, exasperated.

~~Father~~

FATHER
But this is much more fun!

BUCKY
I’m not a baby!

Bucky’s mother thinks a moment.

~~Mother~~

MOTHER
I think I have the perfect idea
for a compromise.

She excitedly jogs up the beach.

~~Ext. dark cave in jungle - day~~EXT. DARK CAVE IN JUNGLE - DAY

Shamar approaches a DARK CAVE with the turkey dinner.
He looks slightly nervous as he approaches the dark
space.

~~Shamar~~

SHAMAR
See? I’ve brought my part of the
bargain. But before I put it down,
I want to be sure that you’ve
brought yours. Understand?

Shamar waits for an awkward moment, listening carefully to
the cave. Suddenly a VIOLENT GUST OF WIND BLOWS from inside
and a loud, deep MALE VOICE GROWLS from inside. Shamar
jumps, startled, and quickly places the tray on the ground.

The entire tray levitates for one moment and is then sucked
into the cave with a vacuum of air. A HOG SQUEALS LOUDLY and
the sounds of the food being devoured RESONATE. The empty pan
is then thrown back out, along with an ANCIENT-LOOKING SCROLL
tied up with a red ribbon.

Shamar regains his balance. He excitedly grabs the scroll and
opens it, looking delighted as he reads. He regains his
confidence.

~~Shamar~~SHAMAR (CONT’D)
Yes! This is just what I hoped
for. You’re sure it’s the only
written record stating its where~~-~~
abouts?

The cave GROWLS ANGRILY. Shamar’s confidence is lost.

SHAMAR (CONT’D)
Of course it is. I don’t know why
I keep asking these silly --

The large, scary SHADOW OF KAMAPUA’A in half-man, half-hog
form grows and towers over Shamar on the cave wall.

~~Kamapua'a~~

KAMAPUA'A

Silence! Now that you have what you need I expect you to proceed with our plan immedi~~-~~ately or else you~~'~~'ll wish you never found this cave!

SHAMAR

(afraid)

~~Cif~~Of course.

A 1951 Mercury ~~coupe~~pick-up truck ROARS up the hill. Inside are SCRUB (31), thin, snide, wearing sunglasses, and JAKE (33), strong, mean and stupid-looking.

The truck squeals and turns up mud as it speeds up the hill much too fast, disturbing nature. Scrub slams on the brakes, halting to a stop right in front of Shamar, who loses his balance and drops the scroll.

It falls down a nearby lava tube and lands wedged between two large rocks below. Shamar reaches after it, devastated, as Scrub and Jake exit the truck.

~~Scrub~~

SCRUB

Hey Shamar, did you get that thing you were coming for today?

SHAMAR

(shouting, furious)

Yes, I found it. And you lost it!

He grabs Scrub by the scruff of the neck and shoves his face down the lava tube. Scrub struggles to pull his head out as hard as Shamar pushes it back in.

~~Jake~~

JAKE

What~~'~~'s the big deal about a piece of paper?

Jake peers into the tube beside Scrub. Shamar shoves them both down into it further, BONKING their heads together.

SHAMAR

It's not a piece of paper, you goon! It~~'~~'s the only map showing where the stupid ruins are along the Dragon~~'~~'s Heel!

As he explains, he shoves Scrub further down the lava tube.

~~Shamar~~SHAMAR (CONT'D)

If we don~~'~~'t destroy them, anyone could stum~~-~~ble upon them and my development would be ruined!

Scrub is wedged in as far as he can go. Shamar tries in vain to push further but it''s no use. Jake scratches his head.
Frustrated, Shamar gives up. He gets nose to nose with Jake.

SHAMAR (CONT''D)
Listen. You got us into this mess. Get that scroll back before the tide comes in or I'll find an active lava tube to shove you down!

Shamar leaves in a huff. Jake watches him leave before grabbing Scrub by the ankles and pulling him out. They both fall to the ground from the force.

~~Scrub~~
SCRUB
It''s pretty far down there. We're gonna need a skinny kid.

Scrub and Jake get back in the truck and ROAR off, causing even more destruc-tion in their wake.

~~Ext. Resort beach - day~~EXT. RESORT BEACH - DAY

Bucky wears a pair of water wings as he floats on a boogie board in shallow water. He looks humiliated and ridiculous. His father reads a newspaper and his mother tans.

~~Mother~~

MOTHER
See, Bucky? Isn''t this fun?

~~Bucky~~

BUCKY
No.

BOMBSHELL, a Hawaiian Green Turtle, diva-like, swims right by Bucky''s board. She LAUGHS at him. Bucky's temper rises. He splashes water at her.

~~Bucky~~BUCKY (CONT''D)
(yelling)
Go away!

Bombshell stops laughing and looks at him as though to say she was just teasing.

BOMBSHELL
~~Bombshell~~ What's the matter, kid?

Bucky looks around, astonished, to make sure nobody else asked him the question.

BUCKY
You can understand me?

BOMBSHELL
Sure. What''s on your mind?

Bombshell playfully swims back and forth while listening.

BUCKY
It''s my parents. They took me all the way to Hawaii and they won''t let me do anything. I want to surf like the people I see out there! Instead I''m here with this stupid boogie board for little kids.

Bucky's father notices him speaking to the turtle and looks down his nose to the scene disapprovingly.

~~Father~~
FATHER
Bucky? Are you talking to a turtle? (to Bucky''s mother)
I think he's talking to a turtle.

Bucky''s mother looks up, squinting in the sunlight.

~~Mother~~

MOTHER
A turtle? Bucky! Stop that!
(to Bucky''s father)
Maybe this is too much for him. We should take the board back.

Bucky looks to Bombshell in frustration.

~~Bucky~~

BUCKY
See?

~~Bombshell~~
BOMBSHELL
If you want to surf, all you have to do is stand up!

BUCKY

On this?

BOMBSHELL
Sure! Go on.

~~BUCKY BOMBSHELL~~

Bucky looks to the boogie board

skeptically. He stands up, wobbly,

when a

small wave is coming. Just as he's about to reach his full height, the board washes under him and CRASHES to the shore, scattering sand all over his parents.

BUCK0008426

Bucky sits in the water embarrassed as Bombshell LAUGHS and swims away. His parents brush the sand off, annoyed.

~~Father~~
FATHER
Serves you right for talking to a turtle.

MOTHER
~~Mother~~ My eye. It~~'~~’s in my eye!

Bucky~~'~~’s father tries to calm his mother. Bucky grabs the boogie board and marches up the beach.

~~Bucky~~

BUCKY
I~~'~~’m taking this back!

~~father~~

FATHER
Be back in time for the hotel luau dinner expe~~-~~rience in half an hour!

Bucky fumes as he returns to the rental shop.

~~Ext. hanalei pier - day~~EXT. HANALEI PIER - DAY

Scrub and Jake stand near a bulletin board in front of the shop, scanning the beach for a kid. Every one they lay their eyes on is too fat. They both grin when they spot Bucky.

Bucky shuffles up to the outdoor rental shop counter and hands the board back to the RENTAL CLERK. A surf lesson flyer on the bulletin board catches his attention.

BUCKY
~~Bucky~~ I wish I could surf.

RENTAL CLERK
~~Rental clerk~~ Then take the lesson, man.

BUCKY
Yeah right. My parents would never let me. They watch me like a hawk, and they never let me do anything fun. They think I~~'~~’m a baby.

Jake and Scrub, listening in, inch closer to Bucky.

Case 2:20-cv-03772-CBM-E Document 406-30 Filed 04/22/24 Page 22 of 156 Page ID #:25514


BUCK0008427

~~Scrub~~

SCRUB
Say, you don’t need a surf lesson. We can teach you to surf right now!

The rental clerk looks Scrub and Jake up and down skeptically, shakes his head, and returns to his work.

BUCKY
Really?

~~Jake~~

JAKE
Sure! It’s easy.

BUCKY
But I don’t have any money.

Scrub puts an arm around Bucky'’s shoulder as Jake flanks the other side of him. They lead him away from the rental shop.

~~Scrub~~

SCRUB
No problem! The first lesson is always free. It'’s the Hawaiian way.

BUCKY
I guess I could go just for a minute.

Jake negligently tosses an old, beat-up surfboard into the back of the pickup truck. Bucky watches a GROUP OF SURFERS out on the water.

~~Bucky~~BUCKY (CONT'’D)
Why can'’t we just surf here?

~~Scrub~~

SCRUB
No way. We know a better place to learn. Don'’t worry - soon you’ll be out there with those guys, riding the waves.

He pats Bucky on the back a little too hard as Jake opens the

tailgate. Reluc-tantly, Bucky climbs in.

BUCKY
Okay. But listen guys, we''ve got to hurry. I have to be back in time for the luau in twenty minutes.

~~Jake~~
JAKE
Don't worry about anything.

BUCK0008428

~~Scrub~~
SCRUB
This is gonna be great.

Scrub and Jake get in the cab of the truck and it ROARS off. Bucky hangs on tight as he watches the surfers, unsure.

~~Ext. Resort beach - day~~EXT. RESORT BEACH - DAY

Bucky''s mother and father have changed into ridiculous-looking luau attire. His father anxiously taps his foot on the ground and looks at his watch. His mother scans the crowd.

~~Father~~
FATHER
What''s taking him so long?

~~Mother~~
MOTHER
He just isn't ready for this much independence! Come on, he can't be far.

Bucky''s mother pulls his father off to search.

~~Ext~~EXT. ~~dARK~~DARK CAVE IN JUNGLE - ~~day~~DAY

The truck ROARS to a stop. Scrub gets out and directs Bucky’s attention to the now dangerous-looking ocean. Jake jumps out and tapes a shoddy “SURF TRAINING GROUNDS” sign overtop of a “NO TRESPASSING” sign while Bucky’s back is turned.

~~Scrub~~

SCRUB

Now we start your training.

Jake holds up the barbed wire fence behind the sign for Scrub and Bucky to crawl through. Bucky eyes the sign suspiciously as Jake shuffles him through.

~~Bucky~~

BUCKY

Why are we going up here when the ocean is down there?

SCRUB

It’s all part of your training. You know, to test your endurance.

Another “NO TRESPASSING” sign appears as they climb a hill toward the cave. Jake quickly pulls down a banana leaf to cover it. Bucky doesn’t notice. They reach the lava tube at the entrance to the cave where the scroll lies.

~~BUCK0008429~~

~~Scrub~~

SCRUB (CONT’D)

Now, here’s where we test your reach for pad-dling...

Suddenly, Jake grabs Bucky by the ankles and hangs him upside- down over the lava tube opening.

BUCKY

~~Bucky~~ (yelling, distressed) Put me down!

SCRUB
This is your initiation test! How can we know if you’re even meant to be a surfer? You have to grab that scroll down there to prove you are!

Bucky looks down at the scroll. It’s far out of reach.

~~Scrub~~SCRUB (CONT’D)
If you can’t get it, then you can never learn how to surf. Ever.

Bucky takes a DEEP BREATH and reaches for the scroll as hard as he can. Jake lowers him into the crack so far that his shoulders become lodged be~~-~~tween the walls of the crevasse.

Scrub and Jake watch the openings to the lava tube and notice that the tide is beginning to come in.

Bucky, focused on the scroll, notices the water rush into the lava tube below it.

SCRUB (CONT’D)
You better hurry up kid, or the ocean’s gonna take it!

Bucky strains and stretches as hard as he can. Finally he grabs hold of it and clutches it tight. He smiles as Jake pulls him up out of the opening.

Jake drops Bucky hard on the ground head first. He grabs the scroll, throws it to Scrub, and the two scurry away. Bucky, gathering his senses, panics at seeing them leave.

BUCKY
~~Bucky~~ Wait! What about my surf lesson?

Scrub and Jake stop in their tracks.

BUCK0008430

Bucky

BUCKY (CONT'’D)
I passed the test, didn’t I?

Scrub turns back sinisterly to Bucky and smiles at Jake. The tide comes further and further in, dangerously.

Scrub
SCRUB
Oh yeah. You passed the first part alright. But we still need to test your bravery. See that water? You have to paddle out there. Alone.

Jake looks as scared as Bucky as they all look out at the approaching ocean. Monstrous waves POUND the shore.

BUCKY
Right here?

SCRUB
It'’s how all the great ones do it.

BUCKY
It doesn'’t really look like it'’s meant for a begin-ner.

Bucky'’s mother'’s words echo through his head:

MotherMOTHER (V.O.)
Looks much too dangerous to me.

Bucky, annoyed by the memory of his mother coddling him, looks at the water determinedly.

BUCKY
It'’s really the best place to start out?

ScRUB
SCRUB
We wouldn’t lie to you. It'’s not pono.

BUCKY
BUCKY
Pono?

JAKE
It'’s not right.

-

Jake

Bucky grabs the surfboard, holding it awkwardly. He walks out on a rock, lays his board on the water, lies down on it, and begins to paddle out into the POUNDING SURF.

SCRUB
That'’s it!

Scrub

JAKE

You'’re doing just fine!

Scrub and Jake LAUGH quietly to one another. Bucky tries to catch his first wave, but it breaks violently on the rocks, leaving him behind. He tries to duck-dive another one; suddenly a third wave falls down on him.

Bucky starts to panic as he comes out the other side, terrified. He rides the waves like he’s on a roller coaster, clinging to his board.

Scrub and Jake LAUGH LOUDLY now as they watch Bucky tumble helplessly in the waves. They run back to the truck.

Bucky looks back. A huge wave forms behind him as he hears the sound of a pickup truck PEELING OUT. He panics as the truck drives away; he'’s horrified - they'’ve ditched him.

The monstrous wave crashes down on him. White-capped surf engulfs him as his eyes tremble with fear. He tumbles as though in a washing machine inside the wave, over and over and over again.

Finally, he'’s sent tumbling toward a sharp, jagged reef below. His board hits it first and BREAKS in half. Bucky'’s eyes fill with fear as he grows ever closer to it.

Suddenly Bombshell appears underneath him. Bucky lands hard on her shell and she swiftly carries him out of danger, through the treacherous water toward the beach.

Ext. Lumahai beach - dayEXT. LUMAHAI BEACH - DAY

Bombshell pushes Bucky, half-conscious, onto the beach.

BOMBSHELL
Bombshell Don’t worry. You'’re safe here.

Bucky barely reacts as Bombshell dives back into the ocean. The pieces of his broken surfboard wash up next to him.

Ext. Shamar's house - dayEXT. SHAMAR’S HOUSE - DAY

Scrub and Jake roar up in their pickup truck and slam on the brakes. They jump out of the truck excitedly.

JAKE

Shamar!

~~Jake~~

~~Scrub~~

SCRUB

We got it buddy, we got it for you!

Scrub holds the SCROLL above his head victoriously as they run up to the porch. Shamar emerges from the house in a rich- looking HOUSECOAT.

Shamar''s face turns to sheer delight as he SNATCHES the scroll from Scrub''s grasp and opens it, eyes wide from what he reads. Scrub and Jake hover, reading over his shoulder.

~~Shamar~~

SHAMAR

Oh, everything''s going according to plan!

~~Scrub~~

SCRUB

Should we announce the development then?

SHAMAR

Yes. Call a press conference. I want to get this moving as soon as possible. I''m going to be the richest man of all the islands!

Shamar goes back into his house with glee.

JAKE

~~Jake~~ What about us?

~~Scrub~~

SCRUB

Don''t worry, Jake. Shamar will look after us too.

Shamar LAUGHS delightedly from inside the house.

~~Ext. lumahai beach - day~~EXT. LUMAHAI BEACH - DAY

Bucky''s vision slowly ~~comes intö~~comes into focus to reveal LEOLANI (13), native Hawaiian, attractive, hibiscus flower in her hair, looks down at him. She is the same surfer

girl ~~rte~~he saw earlier from the helicopter.

Leolani removes the beautiful Hawaiian sunrise necklace she wears and places it around Bucky's neck. She WHISPERS A HAWAIIAN CHANT into his ear. Bucky wakes up fully and tries to sit up, startled.

~~Leolani~~

BUCK0008433

LEOLANI
(laughing)
My cure worked faster than I expected.

Bucky reaches to unclasp the necklace to return it.

~~Leolani~~LEOLANI (CONT'D) No. You still need it - to build your strength and keep you safe in the ocean.

Bucky sits up so he and Leolani are on the same level.

~~Leolani~~LEOLANI (CONT'D) It always helps me surf. I'm not surfing now though, so you can wear it.

~~Bucky~~

BUCKY
I've never seen anything like it.

LEOLANI
It's a Hawaiian sunrise necklace. If you find one, it means you belong in Kauai.

Leolani smiles at Bucky, trying to squash the awkward silence between them.

LEOLANI (CONT'D) Hey, do you want to come to dinner with my family? It might make you feel better.

Bucky opens his mouth to protest, but she grabs him by the

Case 2:20-cv-03772-CBM-E Document 406-3 Filed 04/22/24 Page 33 of 156 Page ID #:25536



wrist and pulls him up.

LEOLANI (CONT'’D)

Come on!

She runs down the beach, dragging Bucky behind. They pass MAKANI, the same old man Bucky saw from the helicopter. He FISHES with a net and bells rigged up to several poles.

LEOLANI (CONT’D)

Hi, Makani!

~~Leolani (CONT'D)~~

~~Makani~~

MAKANI

Hello, Leolani! Who'’s your friend?

Leolani keeps running, dragging Bucky behind.

LEOLANI

~~Leolani~~ (to Bucky)

BUCK0008434

What'’s your name, anyway?

Bucky

BUCKY
Bucky.

Leolani

LEOLANI
This is Bucky!

MAKANI
Makani
(laughing)
Hello, Bucky!

LEOLANI
That'’s my grandfather, Makani. He still fishes the old way, and he grows taro. He’s really into mana, and knows everything about the islands.

Bucky looks back to the old man they passed so quickly.

ExtEXT. lumahaiLUMAHAI BEACH COOKOUT - dayDAY

A large pop-up tent covers a potluck-style barbecue near the water. Leolani pulls Bucky into the tent. Makani closely follows. AUNTIE LUKA (59), old-fashioned, tends to the feast. She walks right up to Bucky and kisses him on the cheek.

Bucky burns red as Auntie Luka returns to her cooking. There is a smoldering imu in the sand, and steam rises from fire under rocks. Purple sweet potatoes and hot dogs on sticks cook over the heat.

Leolani

LEOLANI
Everyone, this is Bucky. I found him on the beach.

KIMO (14), good-looking, witty, eats a bowl of noodles with chopsticks. COSMO (13), dopey, clumsy, with an Australian accent, sits on the table, fiddling with his flip-flop.

KIMO How'’s it, Bucky?

COSMO
AUNTIE LUKA Hey, Bucky.
AUNTIE LUKA

Were

COSMO
We’re just about to sartstart dinner.

Leolani leads Bucky to the fire. They sit down and eat barbecued fish and fresh poi.

LEOLANI
Bucky, this is Auntie Luka, Makani''s wife, and this is Kimo, my cousin. And that''s Cosmo. He''s from Australia, but he spends every sum-mer here with us. We''re a hui.

~~Bucky~~

A hui?

~~Cosmo~~

BUCKY

COSMO
Yeah. Like a gang of mates.

~~Kimo~~

KIMO
We surf and find stuff to do, and barbecue together every day.

~~Auntie luka~~AUNTIE LUKA
And get into trouble.

She exchanges a knowing smile with Makani and then, seeming to just notice what Cosmo''s doing, shoos him off the table.

~~Auntie luka~~AUNTIE LUKA (CONT''D)
Cosmo, that''s not very sanitary. Nor is it polite.

COSMO
~~Cosmo~~ I just can''t seem to fix it so it sticks!

KIMO
So get a new pair!

COSMO
Nah. These ones are still good. They''ve never let me down.

NA''ILIMA (29) tall, native Hawaiian, comes into the tent.

~~Na'ilima~~NA'ILIMA
That''s all the work done for today, Makani.

Na’ilima settles next to the fire and starts dishing up a plate. He eats voraciously, like he’s been working hard. Leolani leans over to Bucky.

~~Leolani~~

LEOLANI
(whisper)
That'’s Na'’ilima. He works on Makani’s taro plantation.

na'NA’ILIMA
Tomorrow would be a great day for a surfing trip to the Napali Coast.
Like go?

LEOLANI
Yes!

KIMO
Yeah, brah.

COSMO
For sure!

-
~~Leolani~~

~~COSITIO~~

They all look at Bucky expectantly. He'’s a little uneasy about how quickly they'’ve accepted him.

~~Bucky~~
BUCKY
I... ~~1...~~ I can’t surf.

The hui, Makani, and Auntie Luka all stare blankly at Bucky. Na'’ilima is so stunned that he stops eating.

COSMO
We'’ll teach you right now!

They all abandon what was left of their dinner, grab their boards, and rush outside, leaving Auntie Luka alone. She smiles and looks to the sky.

~~Auntie luka~~AUNTIE LUKA
(to herself)
Those kids.

She continues her meal in peace.

~~Ext~~EXT. LUMAHAI BEACH - ~~ocean~~OCEAN -

~~day~~DAY MONTAGE - THE HUI SURFING

- Makani shows Bucky how to float on a board on small waves.

- Na'alima paddles out to the water and expertly catches an impressive wave. Bucky is in awe.

- Makani uses his old-fashioned wooden long-board to show Bucky the basics of finding his balance to stand. Then he catches an impressive wave, leaving Bucky in awe.

- Bucky tries to stand up on a wave, but falls. Bombshell watches and laughs.

- Cosmo, Kimo and Leolani surf really well around him. Bucky tries and falls again.

END MONTAGE

~~Ext. Ocean - day~~EXT. OCEAN - DAY

Bucky floats on his board near Bombshell, far away from the others. He watches them SURF a big wave together.

~~Bucky~~

BUCKY
I wish I never came to Hawaii.

~~Bombshell~~

BOMBSHELL
Don’t say that. I think you came here to help all of us.

BUCKY
How can I help anyone do anything? I can’t even surf.

Leolani pops up from the water. Her eyes widen with glee.

~~Leolani~~

LEOLANI
You have ho’aumakua!

Bucky checks over himself, as though looking to discover a terrible rash.

BUCKY
(panicked)
What? Where?

LEOLANI
You can talk to animals! Makani can do it too, but not many can these days.

BUCKY
So you don’t think it’s weird?

LEOLANI

BUCK0008438

No way! They''re your guardians in animal form. They''re here to protect you when you need it most. You're lucky!

A big, beautiful wave swells toward them.

LeolaniLEOLANI (CONT'D)
Get ready!

Bucky, Bombshell, and Leolani all catch it. Bucky nearly stands before losing his balance and crashing into the water.

He PUNCHES the water in frustration when he emerges from it. Makani paddles up to him.

MAKANI
~~Makani~~ You almost had it!

BUCKY
~~Bucky~~ Yeah, well I didn''t.

MAKANI
(laughing)
Try taking things one step at a time instead of three. You''re doing well, but you can''t run be- fore you walk. Choose the wave that''s meant for you!

BUCKY
I don't know how.

MAKANI
The important thing is that you keep trying.

Na'ilima surfs by at breakneck speed. Kimo drops into a nearby wave and gives Bucky a "hang loose" sign. Cosmo comes in on the next big one. Bucky is determined. He paddles out to the larger waves behind them.

~~Makani~~MAKANI (CONT'D)
Wait! Bucky, wait!

Bucky keeps paddling, past Cosmo, and then Kimo. He sets his eye on the BIGGEST WAVE of the set.

COSMO
Come back!

~~OSITIO~~

~~Kimo~~

BUCK0008439

KIMO
It's too dangerous!

Bucky sticks his tongue out in concentration. The wave is coming. He catches it! He looks like a little flea in contrast to the massive wave. He surfs for a moment until the face of the wave becomes too steep.

Bucky falls and tumbles down the face of the wave, out of control. Bombshell tries to guide Bucky into a safe place to land.

They both crash into a reef, Bucky protected from the sharpness by his board and Bombshell by her shell. The waves push Bucky ashore near --

~~Ext~~EXT. HANALEI PIER - ~~black pot beach~~BLACK POT BEACH - DAY

A TV CREW is gathered for a press conference near a billboard for a new resort. Shamar stands next to it, wearing a hard hat. He shovels the first piece of dirt and then turns to the news reporter from earlier.

~~Shamar~~
SHAMAR
My new resort is going to be the most impres~~-~~sive thing to come to this island ever. It~~'~~’s going to stretch from the back of the mountains to the beach. Everyone knows that~~'~~’s where the best surfing is.

NEWS REPORTER As you know, this is the largest development to ever be built on the island. Has your project been approved by all parties involved?

A BULLDOZER sits in the background, ready to get to work. Shamar makes sure that the scroll is safely in his back pocket.

~~Shamar~~
SHAMAR
I~~'~~’ve gone to great lengths to make sure there~~'~~’s nothing on the land that will ever be missed. Now that I have the deed from town hall --

Shamar holds up a SIMILAR SCROLL to the ancient one, tied with BLUE RIBBON. He shows it carefully to the camera.

~~Shamar~~SHAMAR (CONT~~'~~’D)
The demolition crew will be here tomorrow to start blowing up the hillside -- I mean, start the project.

He returns the deed to his back pocket and flashes a cheesy smile to the

camera. Bucky watches, confused. Meanwhile, Scrub sections off the perimeter of the land with wire.

The kids, Makani, and Na'‘ilima catch up to Bucky on shore and take in the scene.

KIMO

Hey, are you alright? That was a pretty big wave.

BUCKY

I'’m fine.

-

~~Bucky~~

~~Leolani~~

LEOLANI

My necklace must be working really well. I'’m gonna need it back before the trip tomorrow.

Jake walks up to them and pounds a sign into the ground that reads "“PRIVATE BEACH, STAY OUT! NO TRESPASSING, NO SWIMMING, NO SURFING, NO EATING, NO BREATHING, NO FUN!"” They stare at the sign that now sits mere inches from their faces.

~~Jake~~

JAKE

You all have to leave. You'’re on private resort property now.

Jake walks away, his arms loaded with similar signs to put up all throughout the property.

~~Cosmo~~

COSMO

Private property? What are they talking about?

~~Leolani~~

LEOLANI

We'’ve surfed here all our lives!

Makani leads the kids up to the construction site, where Shamar'’s interview continues.

~~Makani~~

MAKANI

What is all this about? No one person can own the land or a beach in Hawaii. It belongs to the people, the land, their ancestors, and the is-land’s living

creatures.

Shamar frowns. He removes the ANCIENT SCROLL from his pocket, thinking it's the land deed. He waves it in front of Makani's face condescendingly. Realizing it's the wrong paper, he quickly switches them with the skill of a magician.

Shamar

SHAMAR
Well this deed here says otherwise. Not only do I own this land, but I'’m going to build the biggest, grandest resort the islands have ever seen on it!

Shamar unravels the deed and shows it to the many curious eyes that have gathered. It has all the right signatures and entitlement on it from town hall. Bucky examines the paper.

BUCKY
Bucky (whispering to Leolani) Did you see him switch papers?

Leolani

Huh? LEOLANI (whispering to Bucky)

Huh?

BUCKY (whispering to Leolani)
I could have sworn he started with a different scroll. I must be seeing things again.

LEOLANI
(whispering to Bucky)
After all the spills you’ve taken today I wouldn’t be surprised.

Many LOCALS have gathered. Scrub and Jake try to push them back with the wire fence. They grow angry and PROTEST. Shamar grabs a megaphone.

Shamar

SHAMAR
People, you are now on private property. The authorities have been called to arrest anyone that refuses to leave!

Cosmo defiantly plants his board in the sand.

Cosmo

COSMO
You can'’t kick us off of our home!

Shamar, annoyed, grabs Cosmo'’s surfboard.

Shamar

SHAMAR

Really? It doesn't sound like you're from around here. And I guess this is mine now since you refuse to remove it from my property!

Bucky watches as the locals grow angrier at Shamar and his goons. Shamar and Cosmo play tug-of-war with the surfboard. Realizing nobody is watching, Bucky wanders away and climbs into the cabin of the bulldozer.

He turns the key and it STARTS UP. He pushes a lever. It lurches forward, pushing sand against the billboard. Scrub and Jake barely make it out of the way before it CRACKS AND FALLS TO THE GROUND.

The on-lookers CHEER. Bucky is thrilled. Cosmo rips the surfboard out of Shamar's hands victoriously. The news reporter turns back to her camera, excited.

NEWS REPORTER
Locals, 1. Developer, ~~O~~0. Looks like the war for this land is on!

SHAMAR
(furiously, disheveled)
They may have won this one, but it won't hap~~-~~pen again. My demolition crew is arriving in the morning and will start blowing up this rock by tomorrow afternoon!

Shamar storms away, upset. The locals are worried at how little time they have left. Bucky's mother and father appear, staring up at him from the foot of the bulldozer.

~~father~~

FATHER
Young man, you'd best get down here this second.

~~mother~~

MOTHER
What are you doing up there? If you think we're letting you out of our sight again during this trip, you are sadly mistaken!

Bucky begins to climb down sadly.

~~Bucky~~

BUCKY
But I was invited to go to the Napali Coast with my new friends!

~~Father~~

FATHER
Not this time.

~~Mother~~

MOTHER
Can you imagine my dismay when I

Case 2:20-cv-03772-CBM-E Document 426-30 Filed 05/27/25 Page 49 of 156 Page ID #:25560


see you

on the local news driving a
bulldozer in the middle of a riot?

FATHER
It was atrocious! Really, I don'’t
know what you were doing.

They each take Bucky by an elbow and lead him away hastily.
The Hui sadly watches him leave, especially Leolani.

~~Ext~~EXT. ~~Dark cave~~DARK CAVE IN JUNGLE - ~~night~~NIGHT

Shamar paces in front of the cave, enraged.

~~Shamar~~

SHAMAR
Did you see what that brat did
to my billboard? I don'’t know
how to get rid of those darned
kids!

The shadow of Kamapua'’a grows on the cave wall,
illuminated by torch light.

~~KamaPUA~~KAMAPUA’A
Give me food and maybe I'’ll give
you the hint you so badly need!

Scrub and Jake wheel in two huge wheelbarrows full of
food and dump it in front of the cave entrance. It is
instantly LEVITATED AND DEVOURED.

A LOUD, ANGRY GROWL paired with ORANGE RAYS OF LIGHT shoot
out from the cave. Shamar, Scrub, and Jake are instantly
TRANSFORMED into little TOADS.

JAKE
~~Jake~~ Look how cute!

SHAMAR
~~Shamar~~ (furious)
What in the devil is the meaning
of this?! What have you done?

Scrub tries jumping. It’s awkward, but he enjoys himself.
Even as a toad he has sunglasses on his face.

~~Kamapua'a~~
KAMAPUA’A
Shape shifting is the most useful
tool in defeat-ing the worst kinds
of creatures; especially kids. I
have given you my extraordinary
power.

If you can’t beat them like this, there’s nothing I can do to help you.

Shamar smiles slowly, warming up to the idea. He tries shape shifting on his own and turns into a large, ugly MYNAH BIRD. Scrub and Jake follow suit.

~~Shamar~~

SHAMAR

That’s more like it! We won’t be stopped now.

The trio flies away, determined.

~~Ext. Makani's porch - night~~EXT. MAKANI’S PORCH - NIGHT

Makani’s old, plantation-style home shines in the darkness of the surrounding jungle. Makani sits in an old rocking chair, surrounded by Auntie Luka, Leolani, Kimo, Na’ilima and Cosmo on old comfortable furniture and candlelight. Kimo plays a UKULELE.

~~Na'ILIMA~~

NA’ILIMA

This is bad news.

~~Leolani~~

LEOLANI

I can’t believe the land we’ve played on our entire lives is about to be lost to a crummy resort.

~~Cosmo~~

COSMO

There has to be a way to stop it.

~~Auntie luka~~AUNTIE LUKA

Without evidence of any ruins, it’s hard to stop these people from building.

~~Leolani~~

LEOLANI

So how do we find evidence?

~~Makani~~

MAKANI

All of the sacred sites are written down on ancient scrolls. If they’re not recorded in the town records, I’m afraid we’re out of luck.

~~LeoLANI~~

LEOLANI

Well, I don't see how we can surf at a time like this. We should go to town hall and find a way to protect this site tomorrow instead.

MAKANI

Are you sure? The perfect time
to surf may be now, so we can
let go of our worries and trou-
bles.

Leolani jumps up, frustrated and determined. Kimo stops playing music. An OWL HOOTS in the distance.

LEOLANI
No! We can’t just let this happen!
We have to stop it.

MAKANI
Leolani, stay calm, please. If
this is what your heart is telling
you to do, then you should do it.
I will go to the mountain top
tomorrow and meditate under
Mahina. The tides will carry you
swiftly to where you need to be.

~~Na'ILIMA~~
NA’ILIMA
I agree.

Leolani calms down a bit, embarrassed by her sudden outburst.

LEOLANI
(to Kimo and Cosmo)
Well? Are you coming with
me?

KIMO
Of course. I’d feel better if we
at least try.

~~Cosmo~~
COSMO
As long as we can surf a
little too, I’m in.

Leolani sits back down.

~~Leolani~~
LEOLANI
I wish Bucky was coming. I know
he’s an im-portant part of this
journey.

COSMO
Oooooh, Bucky.

~~Kimo~~
KIMO
Does little cousin have a little
crush?

Leolani scowls, and throws a cushion at Cosmo. He laughs as it hits him with a soft THUD.

~~Leolani~~
LEOLANI
No! He’s gifted because he can
talk to animals like Makani.
That’s all.

MAKANI
~~Makani~~ (laughing)
That’s good. The animals
will always help guide him.
(MORE) MAKANI (CONT'D)
But he should do what’s in his
heart just like you’re doing
what’s in yours, Leolani. Whether
that means going or staying is up
to him.

Leolani thinks about that a moment. Up above, the three mynah birds have been listening in the entire time.

SHAMAR
~~Shamar~~ (whisper)
Perfect. Now we can get rid of
them all tomor~~-~~row while they’re
at sea. They couldn’t have made it
any easier for us!

SCRUB
~~Scrub~~
(whisper) What
about Bucky?

SHAMAR
(whisper)
I’ll worry about him.

Shamar takes off into the night.

~~Int. Hotel BATHroom - night~~INT. HOTEL BATHROOM - NIGHT

Bucky gets ready for bed. After brushing his teeth he pulls his shirt off to reveal Leolani’s necklace. He notices in the mirror that he’s still wearing it and looks panicked.

An OWL, much darker and more sinister looking than Pueo, lands on the windowsill, startling Bucky.

OWL
Leolani will get hurt if you don’t
go with the Hui tomorrow.

~~Bucky~~
BUCKY
But I’m not allowed to go. My
parents would kill

me.

The owl notices Bucky''s fixation on the necklace.

OWL
You should at least give her necklace back.

Bucky
BUCKY
But how can I? I''m stuck in here. Will you take it back for me?

Bucky holds the necklace out but the owl flies away without answering. Bucky looks put out. He looks at the necklace and himself in the mirror. Then, he shuts off the light and exits.

Bucky

BUCKY (O.S.) (CONT'D)
Good night, mom. Good night, dad.

MotherMOTHER (O.S.)
Good night, Bucky.

Father
FATHER
Good night, Bucky (O.S.)

EXT. HOTEL ROOM - NIGHT

All of the lights in the suite FLICK OFF.

Ext. Mountain top - nightEXT. MOUNTAIN TOP - NIGHT

On top of a deserted mountain under an enormous full moon, Makani places a rock into a ti leaf and kneels down. Pueo sits on a nearby tree, watching.

Makani
MAKANI
Please Pueo, ensure Mahina accepts my of-fering.

Pueo HOOTS and flies off toward the sea. Makani begins to CHANT, facing the moon, and holds up his offering.

Ext. Hanalei pier - sunriseEXT. HANALEI PIER - SUNRISE

Auntie Luka drops Leolani, Cosmo and Kimo off where Na'ilima is already waiting with the outrigger canoe laden with traditional supplies for a Tahitian voyage, including a pig in a cage, chickens, coconuts and gourds.

Auntie lukaAUNTIE LUKA
Just be careful.

NaNA'ILIMA
No worries. They''re in good hands.

Kimo

KIMO
Plus we''ve done this a thousand times.

Leolani looks back toward the beach. She seems a little sad. She''s the last one to step onto the boat.

COSMO
Cosmo This is gonna be great.

Auntie Luka is just about to help them push off when...

Bucky (oBUCKY (O.S.)
(yelling)
Wait!

Everyone turns to see Bucky dashing down the beach at full tilt. They all smile at the sight of him and CHEER. Finally he gets to the end of the pier, out of breath. He holds the necklace out to Leolani.

BuckyBUCKY (CONT''D)
Take this with you.

Leolani

LEOLANI
Thanks, I''m going to need it. We''re going to search the town records instead, to find evi-dence that the development site is sacred.

KIMO
You should come along.

COSIO

COSMO
Yeah!

Bucky looks at the boat full of surf boards and supplies. He thinks hard for a moment.

Bucky

BUCKY
I really can''t. My parents are already going to wring my neck when they see I snuck out. Anyway,

I don't even know how to surf.
I'll just hold you guys back.

~~Auntie luka~~AUNTIE LUKA
Nobody gets better at surfing by staying on the beach.

The hui all look at him expectantly. Bucky notices the owl that visited him the previous night fly by overhead. He looks determined.

BUCKY
Alright. I’ll come.

The hui CHEER. Na’ilima looks pleased. Auntie Luka smiles as Bucky jumps on board. He has no supplies on him but the shorts he’s wearing. She pushes the boat away from the pier and watches them fade into the distance.

~~Ext. Hanalei pier - large tree on hillside - sunrise~~EXT. HANALEI PIER - LARGE TREE ON HILLSIDE - SUNRISE

The owl Bucky saw lands in the tree next to Scrub and Jake, who are disguised as mynah birds. They watch Bucky and the hui travel into the ocean. The owl LAUGHS before transforming back into a mynah bird we recognize as Shamar.

~~Shamar~~
SHAMAR
Fly out after them. Make sure they all drown, especially Bucky. He’s been a thorn in my side ever since he pulled that stunt with my bull~~-~~dozer. I’m going to track down the old man.

~~Scrub~~
SCRUB
What should we do when we’re done?

SHAMAR
Meet me at the development site. I’ve ordered enough dynamite to blow up all the ruins. It should be arriving soon.

Scrub and Jake fly out to the ocean while Shamar flies to the hills.

~~Ext. ocean - sunrise~~EXT. OCEAN - SUNRISE

The sky is clear and the boat sails smoothly along the coastline. Scrub and Jake fly really fast and then smoothly transform into sharks, diving into the water with a SPLASH. They swim close behind the boat.

~~Ext. Mountain top - sunrise~~EXT. MOUNTAIN TOP - SUNRISE

Makani sits, CHANTING, holding up his ti leaf. He looks as though he has been meditating all night. The energy rises off of him in vibrations, moving forever upward into the sky.

MAKANI
~~Makani~~ (whispering, chanting)
~~0~~ O kala kala mahina...

~~Ext. Outer space~~EXT. OUTER SPACE

MONTAGE - THE SUN AND MOON

- The vibrations from Makani reach the MOON. She stirs awake and looks down to earth, where she sees the kids sailing on the ocean.

- On the opposite end of the horizon, the SUN rises as the moon is about to set. The sun spots the kids as well.

- The sun and moon give each other a knowing look. They each BLOW a gust of wind downward.

~~Ext. Ocean - sunrise~~EXT. OCEAN - SUNRISE

- The power from the sun and moon interact, causing STRONG WIND to blow.

~~Makani (o.S.)~~ MAKANI (O.S.)
(whispering, chanting)
O kai, o kala, o mahina help me.

- Pueo flies by, swooping down near the water. A SCHOOL OF AHI TUNA leap out of the water behind him. Several other FISH move through the ocean together.

~~Ext. Outer space~~EXT. OUTER SPACE

- The energy from Makani engulfs the sun, the moon, and the stars remaining in the dawn sky. Their power continues to travel down to earth, unified.

~~Ext. Ocean - sunrise~~EXT. OCEAN - SUNRISE

- Several different BIRDS join Pueo and the fish. The colors of the animals, the water and the sky move as one. The power of the unified storm begins swirling into a TORNADO. The canoe containing the hui is just beyond its reach now.

BUCK0008451

Ext. Outer space

EXT. OUTER SPACE

- -The moon gives one last GUST of wind before sinking below the horizon. The sun moves fully above the horizon. He stops blowing as full daylight fills the sky. He looks to be at peace.

END MONTAGE

Ext. Mountain top - dayEXT. MOUNTAIN TOP - DAY

Makani stops chanting. He sits still, eyes closed, meditating.

Shamar, as a WASP, flies toward Makani, stinger aimed right at him.

He rapidly picks up speed, getting closer and closer until SMACK, he lands in the sticky strings of a large intricate spider web. He BUZZES LOUDLY.

A hungry, large SPIDER approaches Shamar in the web. Shamar spots her and frantically tries to escape.

Vibrations ascend from the ti leaf in Makani'’s hands. They go higher into the air as he chants louder.

The spider is about to attack Shamar until he turns back into human form. He pulls the web off his body, throws it down in frustration and disgust, and STOMPS on it. He quickly turns back into a large mynah bird and flies away.

Makani continues meditating and CHANTING, unaware.

Ext. Ocean - dayEXT. OCEAN - DAY

The hui paddle out with Na'’ilima, LAUGHING and TALKING. Bucky

BUCKY
So let me get this straight. Makani thinks he can get what he wants from the moon?

KIMO
Well, not exactly. Nature'’s always talking to us. You just have to pay closer attention.

Na'ilimaNA'ILIMA
You'’d be surprised what you can pick up if you listen.

COSITIO

COSMO
If we can'’t find anything in city hall, the answer lies out there somewhere. It'’s science.

~~Leolani~~

LEOLANI
I don'’t know if it'’s science, but you should trust the spirit that works through everything, includ-ing the moon and stars. We have to save that land, no matter what it takes. We have to have faith.

Bucky looks skeptical. Suddenly, the wind picks up and the sky clouds over. The STORM catches up and forms around the hui. Many birds fly and fish swim around them.

KIMO
Time to batten down the hatches!

LEOLANI
Makani has contacted the spirit!

~~Bucky~~

BUCKY
Huh?

The hui look excited and pull their surfboards close. Cosmo shoves an extra one into Bucky'’s surprised hands.

The water begins to CHURN from the tornado-like winds. Na’ilima uses a paddle to try and steer the canoe away from the unsettled water.

Suddenly, the boat starts to ROCK VIOLENTLY. Scrub and Jake appear, attacking it from underneath. The hui become a little nervous. Large waves build up - bigger than they'’ve ever seen.

~~Cosmo~~

COSMO
What on earth is going on here?

~~Leolani~~

LEOLANI
Something isn'’t right!

Bucky is worried. The churning water turns into a GIANT WHIRLPOOL and the canoe is caught helplessly in its path. The storm grows worse with THUNDER, LIGHTNING and WIND.

~~na'ILIMA~~

NA’ILIMA

(yelling)
We have to paddle out!

Even Na'ʻilima looks troubled. He paddles his hardest, but it'’s no use. The canoe

keeps going downwards.

The sharks are relentless, BITING and KNOCKING the canoe hard. The hui all start to paddle, trying to make the boat go away from the whirlpool. Bucky loses his paddle. He sits there, helpless, clutching the edge of the canoe.

Bucky sees Pueo fly overhead ominously. Bucky and Leolani exchange looks. They're both worried.

~~Kimo~~

KIMO
(yelling)
We might have to bail!

The hui grab their surfboards as water begins to wash over them. The canoe crashes into the bottom of the whirlpool as LIGHTNING STRIKES and the sharks BITE DOWN.

The canoe BREAKS into two, and then into many pieces before it sinks. Na'ilima tries to grab any of the kids that come his way, but it's no use. The funnel is too powerful.

~~Na'ilima~~

NA'ILIMA
Stay on your boards! I'll get help! Whatever happens, stay above water.

Na'ilima paddles out of the sinking water with all his strength. He disappears.

The hui cling to their boards. Bucky hangs on tighter than ever, tense against the board. HUGE WAVES roll within the whirlpool.

A monstrous wave comes up behind them. The hui try to surf down it to escape the angry sharks. Bucky clings to his board, flat on his stomach, not daring to try and surf.

Suddenly a WHITE LIGHT appears in the face of the wave as it overtakes them.

One by one, the hui disappear into the white light and surf out the other side. Bucky stays horizontal on his board. The sharks go to bite down on Bucky's board simultaneously.

Sheer inertia pushes the sharks past the hui and tumbling into deeper waters.

The ocean becomes calm. The hui sit on their boards, bobbing up and down in the calm waters under the still, blue sky.

BUCKY
~~Bucky~~ What happened?

KIMO
I'’ve never seen anything like that before.

LEOLANI
Leolani We lost everything!

Cosmo

COSMO
Guys? I think we have bigger problems.

A strange, fiery landmass looms in front of them. Smoke plumes out of the tallest volcano.

KIMO
Where are we?

BUCKY
Bucky Where'’s Na'’ilima?

The hui search the calm waters surrounding them. There isn’t another soul to be seen. They all look uneasy.

LEOLANI
Leolani
(shouting)
Na’ilima!

KIMO
Kimo (shouting)
Na'’ilima, where are you?

They frantically search the waters. Suddenly Jake jumps out of the water and takes a giant CHOMP out of Leolani'’s board. Leolani STRIKES Jake in the nose, knocking him back into the water. The boys stare at her, stunned.

Leolani

LEOLANI
What? Makani told me to do that if sharks give me a hard time.

Scrub takes a huge BITE out of Cosmo'’s board. Cosmo HITS him so hard that Scrub flies out of the water before SPLASHING back in.

Cosmo

COSMO
It was good advice I guess!

Scrub and Jake come back for more. Scrub tries to BITE Cosmo'’s board in two.

Kimo

KIMO
What is wrong with them? I've never seen

sharks do this before!

BUCKY

~~Bucky~~ We need help!

The hui stay alert, watching for the sharks. They continually pop out and BITE pieces of the Hui~~'~~’s boards away. An albatross flies overhead.

Suddenly HAPPY, a playful, macho dolphin pops up beside Bucky instead of a shark. Bucky is about to punch him as he would a shark, but stops in time.

Happy winks at Bucky and sinks into the water. He suddenly ATTACKS Jake, and then Scrub, not scared in the least. The water splashes violently around them as they struggle. Fins and tails pop up everywhere. Finally, Scrub and Jake swim away.

COSMO

~~Cosmo~~ Something weird is going on here.

~~Leolani~~

LEOLANI

It~~'~~’s like they have something out for us person~~-~~ally.

Happy emerges by Bucky~~'~~’s board once more.

BUCKY

(to Happy)

I don~~'~~’t know how to thank you.

~~Happy~~

HAPPY

Just save the land and reef for all of us, kid. Follow me.

Bucky paddles behind Happy as he swims to shore. The hui follow suit, happily surfing and paddling to land now that the sharks are gone.

~~Ext. Ocean - day~~EXT. OCEAN - DAY

Scrub and Jake regroup as they watch the hui paddle away. Scrub is annoyed, and Jake nurses a small cut on his nose.

~~Jake~~

JAKE

I didn’t know dolphins were so mean!

~~Scrub~~

SCRUB

It’s like he has them on his side! What kind of freak show is

this?

JAKE
Did you ever think maybe this is happening because we'’re doing the wrong thing?

Scrub BONKS Jake on the nose, just like the kids did. Jake recoils, hurt.

SCRUB
No, you idiot! We’re trying to build a resort so there’s more money for everyone, especially us! Understand?

Scrub swims away. Jake follows him, rubbing his sore nose.

~~Ext. Island beach - day~~EXT. ISLAND BEACH - DAY

The hui come ashore, tired and with their surfboards in tatters.

Everyone relaxes and catches their breath, but Kimo examines their surroundings, perplexed. Leolani frantically looks out to the water.

~~Leolani~~

LEOLANI
I don’t understand. He just vanished!

~~Cosmo~~

COSMO
That was a pretty vicious storm.

BUCKY
~~Bucky~~ You don'’t think he... he... do you?

The hui all become sad at the thought of having lost Na'’ilima. They all look out to the ocean as they share a long silence. Kimo breaks it.

~~Kimo~~

KIMO
The storm must have taken us to another part of Kauai. We’ll have to hike to a road and try again tomorrow. Makani and Auntie Luka will want to know what happened.

Everyone looks at one another, faces full of dread at the thought.

Bucky notices the ground is covered in dried coral heads amongst the dried up lava bed. On the horizon, Cosmo catches sight of an angry-looking MALE WARRIOR spearing fish in the shallow water.

COSITIO

COSMO

Check out this fishing dude.

The hui watch the fisherman with curiosity. Kimo takes a few steps forward for a better look.

KIMO
This makes no sense. He's dressed like the Hawaiian natives used to hundreds of years ago. Nobody wears that stuff today.

~~Cosmo~~

COSMO
Destiny has taken us to a strange place, brah.

~~Leolani~~

LEOLANI
Let's just find that road, okay?

She grabs her board and leads the hui up a hill. Kimo has trouble tearing his eyes away from the fisherman.

~~Ext. Island hilltop - day~~EXT. ISLAND HILLTOP - DAY

The hui come over the hill to see not a road, but an ANCIENT HAWAIIAN VILLAGE in a small valley below. Pili grass huts are scattered by a stream. MEN sit around a smouldering imu, much larger than the one the Hui cooked on at the beach.

A MAN teaches his SON how to pound taro root into poi on a flat oval rock. Taro patches surround the outer edges of the district. WOMEN teach their DAUGH-TERS how to weave baskets out of hala tree leaves.

The hui gazes down on the elaborate scene in wonder.

~~Kimo~~

KIMO
It looks like an ahupuaa district!

~~Leolani~~

LEOLANI
But how can it be? People haven't lived like this for hundreds of years.

Bucky looks to Kimo, confused, then back to the village.

CHIEF (ALI'I) KAWAI LANI (42) strong, regal, paddles ashore in an outrigger canoe. He wears a feather cape and helmet. His MEN carry the day's catch of ahi tuna ashore as his WIFE ~~(32)~~
(32) with a BABY in her arms, greets him happily.

Bucky's attention moves from the village to the huge

volcano in the middle of the island, which is spitting out fire and lava.

~~Bucky~~

BUCKY

Guys? Should we be more concerned about the village or about that volcano that's about to erupt?

~~Kimo~~

KIMO

Don't worry. ~~Pete'~~Pele's just atop her home. We'll be safe.

BUCKY

Huh?

Leolani looks as though she just realized something. She turns to the volcano, excited. Bucky tries to figure out what's happening.

~~Leolani~~

~~Pete~~

LEOLANI

Pele! But Kimo, if that's Mount Kilauea, then we can't be on Kauai. We're on the Big Island!

~~Cosmo~~

COSMO

(confused)

How'd we get here so fast?

~~Kimo~~

KIMO

Beats me. We are on the Big Island though, that's for sure.

~~Leolani~~

LEOLANI

I've never seen anything like this village any-where on the Big Island before.

~~Cosmo~~

COSMO

Maybe in an old boring textbook at school.

KIMO

That wave... There was something strange about it, wasn't there?

Kimo, Cosmo, and Leolani look as though they're beginning to piece it together. They search each others' faces for answers.

No way.

Case 2:20-cv-03772-CBM-E Document 426-30 Filed 04/27/24 Page 75 of 156 Page
ID #:25572



COSMO

KIMO

It can'’t be.

~~COSIO~~

~~KIMO~~

Leolani

LEOLANI

Do you think...

KIMO

We're in the wrong time?

LEOLANI

We'’re in the wrong time?

Leolani COSMO

Whoa.

COSITIO

KIMO

It makes sense! That wave was a ripple in time!

Leolani

LEOLANI

Makani'’s chant must have been very powerful.

KIMO

It'’s rare, but there'’s always a reason for it hap-pening. But listen.

Kimo is thinking rapidly. He realizes something.

KimoKIMO (CONT'D)

If Makani'’s chant to Mahina caused us to come here, then we only have until nightfall to get back. The wave portal is controlled by the rising and setting of the moon!

Cosmo

COSMO

What happens if we miss it?

KIMO

(seriously)

We'’ll be stuck here forever.

LEOLANI

Leolani What are we going to do?

KIMO

All that matters is that we watch ourselves. One wrong move and we could alter the future. These ancient people can'’t see us ever.

He looks around the group seriously. His face turns to a look of alarm when he

Case 2:20-cv-03772-CBM-E Document 396-30 Filed 04/22/24 Page 77 of 156 Page ID #:25589



BUCK0008460 realizes that Bucky is no longer there.

Kimo KIMO (CONT'D)
Where's Bucky?!

The hui look around frantically. They take off running, searching for him.

Ext. Island - ocean - day EXT. ISLAND - OCEAN - DAY

Scrub and Jake, as sharks, spy on the beach with just their eyes out of the water. They spot Bucky wandering alone on the beach and quickly turn into PREHISTORIC BEES and buzz after him.

Ext. Island - beach - day EXT. ISLAND - BEACH - DAY

Bucky explores his new surroundings near a clear stream that runs into the ocean. Suddenly a CRACKING SOUND comes from the bushes. Bucky stops, terrified, looking for the source of the sound. He grows increasingly afraid until...

PRINCESS PUALANI (13), elegant, native Hawaiian, emerges from the bushes with a smile. She GIGGLES at Bucky.

PRINCESS PUALANI
Princess pualani What are you doing?

Bucky is stunned as he watches her. She wears traditional princess attire and looks beautiful.

Princess pualani PRINCESS PUALANI (CONT'D)
Why are you wearing such funny clothes?
(concerned)
And where has the color gone from your hair?

Bucky looks down at his surf shorts and runs his hand over his hair nervously. She smiles at him again and he blushes deeply. He's speechless.

Suddenly Jake STINGS Bucky on the back of the neck. He YELPS and dances around in pain, breaking the silence.

Pualani’s smile fades, and she jumps behind a tree to hide, afraid of Bucky’s erratic behavior.

~~Ext. Island - hilltop - day~~EXT. ISLAND - HILLTOP - DAY

The hui hear Bucky yell out and rush in his direction. Running with their surf~~-~~boards is awkward.

~~BUCK0008461~~

~~Ext. Island - beach - day~~

EXT. ISLAND - BEACH - DAY

The hui CRASH through the trees. They emerge to find Bucky, alone and rubbing his neck.

~~Leolani~~

LEOLANI

(angry)

What are you doing? You’re going to get us all in trouble!

BUCKY

Huh?

~~Bucky~~

~~Cosmo~~

COSMO

Strange things are happening.

KIMO

We’re in the wrong time! Can you at least try to keep a lower profile so that we can get out of here before we’re seen?

BUCKY

Bucky What are you guys talking about?

Pualani reveals herself from behind the tree. She looks furious, and her fear has disappeared.

Princess pualani PRINCESS PUALANI
Who are you and what are you doing on my island?

The hui all stare at Pualani, scared and stunned.

Cosmo

COSMO
Don''t freak out! We''re from, uh... a far away island. Neverland! It''s called Neverland.

Kimo, Bucky and Leolani look at Cosmo like he''s an idiot.

PRINCESS PUALANI
You''re lying. My father taught me all of the islands in the Pacific. There''s no such island as Neverland.

Her anger is rising. Bucky steps in, bashful and looking rather lovestruck by Pualani.

Bucky

BUCKY

He''s just joking! We''ve really come here to find an ancient scroll so that we can protect some land. It''s slated for development, which would ruin it. It's really important.

His confidence wanes as Pualani gazes at him. Leolani watches the exchange, annoyed. Suddenly Pualani breaks the awkward silence and LAUGHS. The group stares at her, unsure.

PrINCESSPRINCESS PUALANI

(laughing)

Nobody can own the land.

She tries to compose herself.

PrINCESSPRINCESS PUALANI (CONT''D)

(laughing)

And you can''t save it with a scroll! You have to ask PetePele for help if you want anything to do with the land.

The group looks relieved that she is no longer angry. Leolani scowls at Pualani.

Leolani

LEOLANI

That''s great. I guess we can all just get on our way, now that you know our business. Let's go, guys... Bucky.

Leolani starts to head off, determined. The boys linger a little longer, still staring at Pualani.

PRINCESS PUALANI

Wait! I want to help you. I''m not angry with you anymore.

The boys agree in unison, pleased at the new addition. Leolani rolls her eyes.

Leolani

LEOLANI

I really don't think we need your help.

PRINCESS PUALANI

Oh, but you do!

Pualani looks scared, and points up to fiery Mount Kilauea.

~~Princess~~PRINCESS PUALANI (CONT'’D)

It’s very dangerous! You can’t all go. ~~Pete~~Pele doesn’t like it when large, strange groups just stomp right up to her.

~~Cosmo~~

COSMO

We should probably listen. She’s like our own little tour guide!

Pualani smiles, even at Leolani. She points down to some imprints in the dried lava below their feet.

PRINCESS PUALANI

Those are from foreign warriors. ~~Pete~~Pele knew they weren’t from this island. They didn’t know how to approach her like I do. So she pushed them all the way back to the bottom of the mountain... with her lava.

The boys listen intently and hang on every word Pualani says. Leolani doesn’t seem bothered by the story, but looks a bit unnerved when she looks at the prints.

BUCKY

~~Bucky~~ That’s terrible!

PRINCESS PUALANI

I know. I think I should take just one of you up to see ~~Pete~~Pele to make your request, so we don’t insult her.

Kimo looks to the charred remains of the foreign warriors and gulps.

KIMO

I think that’s a good idea.

PRINCESS PUALANI

Who will it be?

~~Leolani~~

LEOLANI

Me.

Leolani steps forward. She looks sideways at Bucky and the other boys.

~~Leolani~~LEOLANI (CONT’D)

I think it should be me.

Bucky is surprised. Pueo lands close by in a tree. Bucky watches the owl as she settles on the branch.

PUEO
Pueo (to Bucky)
This is your journey, Bucky. It should be you.

OwlOWL (V.O.)
(in Bucky'’s memory)
Leolani will get hurt if you don'’t go.

Bucky watches the girls get ready. His face fills with fear. He steps toward them.

BUCKY
Bucky No! Leolani, I'’ll go.

Pueo flies away, satisfied. Pualani smiles at the owl as though she knows what she said.

PrincessPRINCESS PUALANI
I agree. You'’re the best one to go.

Leolani fumes as Bucky looks toward the fiery mountain, trying to put on a brave face. She hastily unfastens the necklace from around her neck, and holds it out to Bucky.

Leolani
LEOLANI
Take this, then. It will keep you safe.

Bucky reaches for the necklace. As he goes to take it, Leolani hangs on for another moment.

LeolaniLEOLANI (CONT'’D)
(quietly, to Bucky)
It'’s also a reminder of me.

She looks him in the eye as she lets go. Bucky looks puzzled. Kimo comes up and holds out a stone adze.

Kimo
KIMO
You might need this. Who knows what'’s up there.

Bucky looks up to Kimo, grateful. Cosmo comes and pats him on the shoulder, holding out his flip flops.

Cosmo
COSMO
You haven'’t got shoes, and these have never let me down. I reckon you shouldn'’t climb up a volcano barefoot.

Bucky looks to his bare feet, then to Cosmo. He’s touched by the hui’s generosi~~-~~ty. He gives them each one last look before turning around and disappearing into the forest, following Pualani.

Scrub and Jake fly behind closely.

~~Scrub~~

SCRUB
Once we get Bucky we’ll come back and pick the others off no problem.

Jake doesn’t look so sure as he follows Scrub.

~~Ext. Mountain top - day - present day~~EXT. MOUNTAIN TOP - DAY - PRESENT DAY

Makani sits quietly CHANTING on the mountaintop. Pueo swoops down and lands beside him.

~~Pueo~~

PUEO
You can stop now. It worked. But they’ve got their work cut out for them.

The old man stops chanting and takes a deep breath.

~~Makani~~

MAKANI
It’s in their hands now. Will you keep an eye on them, since you can live in all dimensions?

PUEO
Of course.

MAKANI
I’ll go to city hall. The record has to be some~~-~~where!

Pueo nods and then flies off again. Shamar, spying as a mynah bird, grimaces at the exchange and follows Makani as he makes his way off the mountain top.

~~Int. Hotel room - day~~INT. HOTEL ROOM - DAY

Bucky’s parents pace back and forth in the empty room. They are upset and worried.

MOTHER
~~Mother~~ Where could he be?

BUCK0008466

~~Father~~

FATHER
You don'’t think he went to the Napali Coast with that ragtag bunch of kids, do you?

His mother stops in her tracks and glares at his father, who seems to shrink away.

MOTHER
Why didn'’t you say anything before?

She hastily grabs her purse and heads for the door.

~~Mother~~MOTHER (CONT’D)
I just hope they haven'’t gotten too far!

Bucky'’s father races out after her, shutting the door with a SLAM on his way out.

~~Ext. Slope of kilauea - day - past~~EXT. SLOPE OF KILAUEA - DAY - PAST

Bucky and Pualani ascend the steep face of the mountain. Pualani easily clambers up the steep terrain. Bucky struggles with each step, but tries to act like it'’s no problem. Rain clouds begin to roll in as they get higher.

~~PriNCESS~~PRINCESS PUALANI
You know, I didn'’t pick you because you vol-unteered.

~~Bucky~~

BUCKY
(out of breath)
You didn'’t?

PRINCESS PUALANI

I picked you because I heard the owl say that you should be the one.

BUCKY

You have ho’aumakua too?

Pualani pauses for a moment to look back at him. She looks a little perplexed.

PRINCESS PUALANI

Doesn'’t everyone?

Pualani realizes the answer by Bucky'’s face. She shakes her head and contin~~-~~ues on her way.

~~BUCK0008467~~

PriNCESS

PRINCESS PUALANI (CONT'D)
Anyone from around here, anyway.

Bucky smiles. It begins to rain, and then get windy. The rain blows in on them sideways, making climbing more difficult.

Ext. Island - beach - dayEXT. ISLAND - BEACH - DAY

Leolani, Kimo and Cosmo sit waiting, bored.

COSTO

COSMO
I''m starving!

KIMO
Just lay low. We can''t risk being seen, you know that.

COSMO
I'm going to die if I don''t eat soon.

Leolani stands up, frustrated. Kimo looks at her, appalled.

Leolani

LEOLANI
Well I can''t just sit here! We''ll be careful. We won''t be seen, I promise.

She grabs Cosmo by the arm and drags him away.

Ext. slope of kilauea - dayEXT. SLOPE OF KILAUEA - DAY

Bucky clings to the slope, trying to keep up with Pualani. She notices him struggling and points to a cave up the hill, the rain hitting her face hard.

PrINCESSPRINCESS PUALANI
(shouting over the weather)
It's not far now!

Bucky struggles on. Jake and Scrub struggle behind him.

ExtEXT. DaRKDARK CAVE IN JUNGLE - dayDAY - present dayPRESENT DAY

Shamar, in human form, pushes a huge wheelbarrow of food to the cave entrance. He looks tired.

Shamar

BUCK0008468

SHAMAR
Please, don't let those nasty kids come back. They''re making everything so difficult. I''m at the end of my rope! If they could just stay there...

The food is sucked into the cave. A monstrous SIGH comes from within.

~~Shamar~~SHAMAR (CONT''D)
They''ve got the moon on their side now. The moon! That''s not even fair. Can''t you do some~~-~~thing like that? Can the sun be on our side?

~~KamaPUA'A~~ KAMAPUA'A
No! Don''t be ridiculous.

SHAMAR
But the old man --

KAMAPUA''A
I don't care about the old man! I guess I'll just have to go look after this myself. Really, I thought you''d be better at this.

The empty wheelbarrow flies out of the cave and lands on Shamar with a CLANG.

~~Ext. Island - ancient village - past~~EXT. ISLAND - ANCIENT VILLAGE - PAST

Chief Kawai Lani sits by the imu to eat his food. He removes his cape and helmet. His men relax and check the food wrapped in ti leaves in the imu. His wife approaches, upset.

CHIEF KAWAI LANI
~~Chief kawai lani~~ What''s wrong?

~~Wife~~

WIFE
Pualani hasn''t returned with the water yet. It''s never taken this long. I''m worried.

The chief sets his food down and rushes off with his wife.

~~Ext. Island - ridge - day~~EXT. ISLAND - RIDGE - DAY

Leolani and Cosmo carefully and quietly sneak along the ridge line, searching for something to eat. The village sits in the valley below.

They don'’t realize that the loose volcanic rock is CRUMBLING beneath their feet. Little pebbles hit larger ones, and they roll into the village below.

Ext. Island - ancient village - dayEXT. ISLAND - ANCIENT VILLAGE - DAY

The rocks roll right to the feet of the Chief and his wife. They look up the hill suspiciously to where they came from but see nobody.

Wife

WIFE
What if it'’s Kamapua'’a, up to his old tricks?

The Chief turns back to his men, alarmed.

CHIEF KAWAI LANI
I need two brave men! Kamapua’a has kid-napped my daughter!

The men get up from around the fire with great urgency and charge up the ridge behind the Chief.

Ext. Island - beach - dayEXT. ISLAND - BEACH - DAY

Kimo sits alone, watching the water for any sign of the wave portal. The surf-boards are stashed behind some low-hanging leaves nearby.

Suddenly a DARK SHADOW like the one on the wall of the cave approaches Kimo. He doesn'’t notice. He'’s too busy examining the waves.

Ext. Island - ridge - dayEXT. ISLAND - RIDGE - DAY

Leolani and Cosmo feast on native fruits. Cosmo carelessly tosses the waste from his on the ground. Leolani scowls at him, stopping him before he can do it again.

Leolani
LEOLANI
No!

She reaches into his hand and removes the seeds. She carefully places them in the ground.

LeolaniLEOLANI (CONT'’D)
Whenever you take something from the land, you have to give something back.

COSTO

COSMO

Jeez, what's gotten into you? I was going to!

She watches him as he continues to eat, more carefully this time.

~~Int. Town records office - day - present day~~INT. TOWN RECORDS OFFICE - DAY - PRESENT DAY

Makani is buried in ancient scrolls piled high around him. He takes the last scroll off the shelf, reads it, and looks discouraged. He starts to put all of the papers back.

Shamar, as a centipede, happily wriggles down from Makani's table and then through a small hole in the door.

~~Int. Town records office - hallway - day~~INT. TOWN RECORDS OFFICE - HALLWAY - DAY

Shamar turns back into human form and struts down the hallway. The ancient scroll can be seen peeking out the top of his back pocket. He WHISTLES happily.

~~Ext. Island - beach - day - Past~~EXT. ISLAND - BEACH - DAY - PAST

Kimo scans the beach, bored. He becomes suddenly alert when he sees that one of the surfboards is missing. He sees the SHADOW running away with it into the trees.

He springs up, grabbing the remaining three boards and running up the ridge toward the others. He reaches the top of the ridge to catch Leolani and Cosmo eating away. They stare at him, a little ashamed.

KIMO

~~Kimo~~ (out of breath)

Someone took my board!

~~Leolani~~

LEOLANI

Who?

KIMO

(out of breath)

I don't know! We have to get it back. If one of the villagers has it, they'll know we're here.

Just then they spot the top of Kimo's surfboard race by below. They each take a board from Kimo and all three run after it.

BUCK0008471

~~Ext. Slope of kilauea - day~~

EXT. SLOPE OF KILAUEA - DAY

The wind and rain blow fiercely at Bucky and Pualani. Scrub and Jake are blown into a huge, wet leaf. They cling to it desperately, losing sight of Bucky and Pualani.

~~4ake~~

JAKE

Maybe we should be something else?

~~Scrub~~

SCRUB

And risk being seen? You'’re lucky I'’m here to show you how to do everything.

They struggle against the sopping leaves.

Just as it looks as though Bucky is going to give up, he takes one more giant step upward and the rain subsides. The wind dies down. He looks around, surprised - they have broken above the clouds.

~~Ext. Entrance to pele's cave - day~~EXT. ENTRANCE TO PELE’S CAVE - DAY

Relieved, Bucky joins Pualani on a flat area in front of the cave. He watches, mystified, as she hands an offering of ohelo berries and ti leaves to Bucky.

~~PrINCESS~~PRINCESS PUALANI

I showed you the way up, but this is your quest. You must enter the cave on your own.

~~Bucky~~

BUCKY

But I don’t know what to do.

PRINCESS PUALANI Make the offering, and then ask for what you need. Give and receive. It'’s simple.

Bucky looks to his hand, and then the dark cave. Pualani smiles at him and gives him a gentle nudge. Bucky tries to put on a brave face.

BUCKY
Of course. ~~1~~I... I knew that.

He hesitantly inches toward the cave. Each time he looks back at Pualani, she gives him an encouraging smile.

~~Int. Pete's cave - day~~

INT. PELE'S CAVE - DAY

Bucky reluctantly enters the cave. It is an impressive hollowed out area of black volcanic rock. Bucky jumps as the sound of a mean, deep, angry female VOICE BOOMS in the dark.

~~P.ele~~

PELE

How dare you disturb me?

The dark cave is suddenly illuminated with bright orange lava colors. The SOUND OF AN ERUPTION grows louder and louder.

Bucky timidly places his offering on a rock and jumps back. The THUNDEROUS SOUND then EXPLODES, louder than ever. Lava rises in all directions and covers the walls of the cave, surrounding Bucky.

~~Pete'~~Pele's head and torso emerge from a tower of lava and smoke. The goddess looms over Bucky with her hands on her hips defiantly. She is enormous and terrifying and beautiful.

~~Pele~~PELE (CONT'D)

I was busy flowing through my lava tubes! Why do you interrupt me?

She stares down at him. Bucky shakes in fear.

~~Bucky~~

BUCKY

I left an offering! Really, I didn't mean to make you mad.

~~Pete~~Pele looks down at him threateningly, expecting more. Bucky clears his throat to find his voice.

~~Bucky~~BUCKY (CONT'D)

I came from far away - from the future. I need your help to save some land. I need --

~~Pete~~Pele lunges toward Bucky, putting herself face to face with him. Bucky shields his face from both the heat and fire.

~~Pele~~

PELE

(shouting)

I know all past and present. I know exactly what brought you here!

She calms down quickly.

~~Pele~~PELE (CONT'D)
Tell me. How do you know that this land is really mine? And if it is, why is saving it so important to you?

Bucky tries to back away. The heat is unbearable. He looks unsure of himself. Pele waits impatiently until Bucky suddenly remembers something.

~~Bucky~~
BUCKY
It is yours! It's on the beach! I have to save it because it's my friends' favorite place to surf. If it gets turned into a private resort they won't be able to enjoy its natural beauty anymore. No~~-~~body will. It will all be developed into some~~-~~thing else.

Pele doesn't look impressed.

PELE
So why not just find the scroll that gives evi~~-~~dence of the site's importance? Surely that can't be hard, even for someone as puny as you.

BUCKY
That's what we were trying to do, but we end~~-~~ed up here instead. You're our only hope now, Pele. I have to keep the beach free for every~~-~~one to enjoy, but I don't have much time. I need to catch the time wave portal by nightfall to get back, before the Dragon's Heel gets blown up.

Pele thinks for a moment, looking Bucky up and down.

PELE
I'm impressed that you know your island lore, and that you want to do this for the sake of others. I would like to help you.

Bucky's face turns to joy. He looks up at Pele admiringly.

~~Pele~~PELE (CONT'D)
But I can never be sure if this is one of Kama~~-~~pua'a's tricks! I can't just give you the secrets of the land. If you really want to save it for the

good of everyone and you~~'~~’re honest about your intentions, then fate will allow you plenty of time to do that.

Bucky doesn~~'~~’t look as sure. He looks up at Pele, who glows even hotter than usual.

PELE (CONT~~'~~’D)
Go across the kalo patch, between the sacred mountains, under the koa tree, and through the blue room to find out what the Dragon’s Heel conceals.

~~Bucky~~
BUCKY
Pele, ~~1~~I... I don~~'~~’t understand.

Pele looks down on him and for the first time looks kind. Then she suddenly disappears in a giant cloud of smoke. Bucky looks around the cave, spooked. It’s dark again.

~~Ext~~EXT. ~~slope~~SLOPE OF KILAUEA - DAY

Scrub and Jake inch up the mountain as SLUGS. It~~'~~’s tough going.

JAKE
~~Jake~~ Honestly, let~~'~~’s just fly up.

~~Scrub~~

SCRUB
They~~'~~’ll see us! We have to stay small.

They huff and puff as they make their way up the steep hill. The crest to the entrance is in sight.

~~Ext. entrance to pele's cave - day~~EXT. ENTRANCE TO PELE’S CAVE - DAY

Bucky wanders out of the cave, perplexed. He looks a little dazed. Pualani eagerly awaits.

~~PrINCESS~~PRINCESS PUALANI
How did it go?

BUCKY
~~Bucky~~ (hopelessly)
Go across the kalo patch, between the sacred mountains, under the koa tree, and through the blue room to find out what the Dragon~~'~~’s

Case 2:20-cv-03772-CBM-E Document 409-30 Filed 04/22/24 Page 98 of 156 Page ID #:25515


Heel conceals.

PRINCESS PUALANI
Ooh, a riddle!

She suddenly looks worried.

BUCKY
What?

PRINCESS PUALANI All of those places are on Kamapua'’a'’s territo-ry. He'’s my village'’s biggest enemy. We'’re not protected from him when we'’re off of Pele’s land. It might be very dangerous to go there.

BUCKY
I have no choice. I have to go.

He leads Pualani back down the mountain. They pass Scrub and Jake, nearly stepping on them, just as their heads peek over the crest. They lose sight of the kids instantly.

~~Jake~~
JAKE
That didn'’t work so well.

~~Scrub~~
SCRUB
Shut up!

They start making their way back down.

~~Ext. deep native forest - day - past~~EXT. DEEP NATIVE FOREST - DAY - PAST

Kimo, Cosmo and Leolani hurry through big ohia lehua trees and giant ferns, trying to catch the surfboard. Unbeknownst to them, the Chief and his men are hot on their trail.

Leolani looks back and spots the angry villagers coming after them.

~~Leolani~~
LEOLANI
Hide!

She pulls ~~Gosmo~~Cosmo and Kimo behind a large rock. Within seconds the Chief and his men rush by in pursuit of Kamapua'’a. One of the CHIEF'’S MEN stops suddenly in front of the rock. The kids huddle closer together.

He looks to the ground suspiciously and examines one of the flip-flop footprints of the hui.

~~Chief's man~~CHIEF'S MAN
(after Chief and other man)
There aren~~'~~'t any toes! What's Kamapua~~'~~'a turned himself into now?

The Chief and the OTHER MAN come back slowly. They all stare at the shoe print in wonder, completely confused.

They see two sets of flip-flop prints and one of bare feet leading behind the rock. They approach it slowly, and then peek behind, weapons drawn.

There's nobody there. More footprints lead to the steep edge of the raging river.

The Chief leads his men in pursuit of the prints upstream. They pass right by the hui, who hang in a giant tree above them, holding on for dear life.

~~Ext~~EXT. ~~Slope~~SLOPE OF KILAUEA - DAY

Bucky and Pualani come down the volcano much easier than they went up. Pualani notices that Bucky looks troubled.

~~PrINCESS~~PRINCESS PUALANI
Don't worry. I know where the kalo patch is. I can take you to it.

~~Bucky~~

BUCKY
But what about the rest? I don~~'~~'t know how I can solve that riddle and make it back in time before the portal wave closes.

PRINCESS PUALANI
Have more faith! Pele wouldn~~'~~'t have given you something you can~~'~~'t handle.

Bucky mulls this over. Pualani grabs his hand and pulls him faster down the slope.

~~Ext. Deep native forest - day~~EXT. DEEP NATIVE FOREST - DAY

The hui hang from the trees. As the Chief and his men disappear into the distance, they start to let themselves down, but stop suddenly when they hear a CRASH in the forest, getting nearer.

They watch in fear as the giant trees and leaves RUSTLE and BEND as though they were fragile. Finally, KAMAPUA'A emerges from the thickest part of the

forest.

He stands there threateningly, in all his creepy, ugly glory. He is in half man, half hog form, with an ugly hog’s face with long tusks. Sharp bristles run down his spine. His human arms and legs end in hooves instead of feet.

The hui watch in horror as Kamapua’a leans Kimo’s surfboard against a big rock by the river’s edge. He stops to GORGE on bananas. The rest of the hui’s surfboards are hidden under huge banana leaves near him, too close for comfort.

KIMO
~~Kimo~~ (whispering)
I could just reach down and get it.

He starts to reach but Leolani SLAPS his hand back.

LEOLANI
~~Leolani~~ (whispering)
No! Follow my lead. On the count of three.

Further down the river, the Chief and his men run out of steam.

~~Leolani~~LEOLANI (CONT’D)
(whispering)
One...

Cosmo has his eyes squeezed tight. The Chief and his men look confused.

~~ChiEF~~CHIEF KAWAI LANI
We must be going the wrong way.

They head back up the riverbank.

LEOLANI
(whispering)
Two.

The Chief and his men charge up the river at full attack speed again.

~~Leolani~~LEOLANI (CONT’D)
(shouting)
Three! Jump!

In one swift movement the hui drop from the tree. Leolani grabs Kimo’s board as the boys get the ones from the hidden bush. Kamapua’a, startled, swings his arms around in a RAGE. The hui place their boards in the river and surf away, leaving Kamapua’a startled and furious on the river’s edge.

Kamapua’a watches the hui fade down the river as he hears the Chief and his men approaching. He rips an old log out of the ground, tosses it in the water, and jumps on it. He sails down the rapids with ease.

The Chief and his men see each of the kids zoom past, and finally Kamapua~~'~~’a. They stand there stunned for just one moment before letting out a BATTLE CRY and grabbing giant banana leaves. They sail down the raging river on those, as if they were rafts.

~~Ext. Kalo patch - day~~EXT. KALO PATCH - DAY

Tired, Bucky and Pualani make their way down the last bit of the slope to the kalo patch beside the raging river. They~~'~~’re out of breath.

~~PrincESS~~PRINCESS PUALANI
Pele must have meant for us to come here first. It’s the biggest kalo patch on the island.

~~Bucky~~

BUCKY
Maybe she wanted us to solve our thirst.

Bucky kneels down next to the river and takes a drink. Pualani kneels beside him and does the same. Their eyes meet as they drink. There~~'~~’s a strong attrac~~-~~tion between them.

Bucky plucks a white hibiscus flower from a nearby bush and gives it to Pualani. She blushes. Feeling brave, they both lean in for a kiss, when suddenly --

The hui ZOOM past them on the rapids.

~~Cosmo~~

COSMO
(shouting)
Bucky!

Bucky and Pualani fall back from the river, surprised. They hide behind the hibiscus bush as a huge shadow overtakes them from upstream. Cosmo~~'~~’s voice ECHOES through the forest as the hui disappear just as quickly as they flew in.

Their eyes widen as they watch Kamapua~~'~~’a ZOOM by on the log, followed by the Chief and his men. They look down the river after them in stunned silence for a moment.

~~PriNCESS~~PRINCESS PUALANI
We~~'~~’ve got to go help them!

Case 2:20-cv-03772-CBM-E Document 416-30 Filed 07/24/25 Page 103 of 156 Page ID #:27600



Bucky searches for something to float on. He remembers Kimo's stone adze in

his pocket, takes it out, and hastily chops down a big piece of koa wood.

~~Princess~~PRINCESS PUALANI (CONT'’D)
This is as far as I can take you. When we get to the bottom of the river, I have to go back with my father. He'’s worried about me.

Bucky looks to her sadly for a moment. He suddenly becomes very aware of Leolani’s necklace.

~~Bucky~~
BUCKY
Yeah. I'’ve got to get back to the hui too. Maybe realizing where we'’re supposed to be is the first part of the riddle.

PRINCESS PUALANI
We each have our own journeys ahead of us.

They look at one another, sad to part but knowing what they have to do.

~~Ext~~EXT. SKY NEAR ~~KAUAi~~KAUAI - ~~day~~DAY - ~~present day~~PRESENT DAY

Bucky'’s parents and the pilot guide fly over the ocean in the same sightseeing helicopter. His parents stare out the window at the giant waves below.

~~Mother~~
MOTHER
I don'’t see him anywhere! Surely they'’re closer to shore.

~~Father~~
FATHER
There are way too many waves. Can'’t we look somewhere that has less waves?

One wave is especially large and has flying fish jumping out of it.

~~PiLOT~~PILOT GUIDE
They were probably after waves just like these.

~~Mother~~

MOTHER
I would never let my son do something so dangerous.

Bucky'’s parents exchange a worried look. ~~Ext~~

EXT. ~~kalo patch~~KALO PATCH - ~~day~~DAY - ~~past~~PAST

Bucky places the makeshift board in the water and slowly climbs on. He wobbles a bit. He takes Pualani~~'~~’s hand and guides her onto the board as well.

She looks afraid. Bucky pushes off into the raging water and they sail down the dangerous rapids.

~~Ext. Makani's porch - day - present day~~EXT. MAKANI’S PORCH - DAY - PRESENT DAY

Auntie Luka sits weaving a basket when Makani comes up the walk. He~~'~~’s a bit out of breath when he reaches the porch.

~~Auntie luka~~AUNTIE LUKA
Slow down, old man. There~~'~~’s no need to hurry at your age.

~~Makani~~

MAKANI
Bucky went with the hui. Pueo told me that they are all back in time.

Auntie Luka rocks back and forth with a knowing smile. She happily listens to Makani~~'~~’s tale.

AUNTIE LUKA
How did it go?

MAKANI
I was at the town hall. I couldn’t find any records.

AUNTIE LUKA
Sometimes we just have to accept that time keeps moving. Things are always going to change.

MAKANI
All we can do now is hope for everyone’s safe~~-~~ty.

They smile at one another. Makani joins Auntie Luka on the porch to watch the world go by.

~~Auntie luka~~AUNTIE LUKA
They must be back in time for a reason. Maybe something good will come of it.

MAKANI

They'’re so young. I hope this journey isn'’t too big for them.

AUNTIE LUKA
I think they’re capable of more than you or I can know.

Makani is enlightened by her wisdom. He looks up to the sun.

MAKANI
Mahina will carry them back.

They sit back to wait.

~~Ext. Deep native forest - day - past~~EXT. DEEP NATIVE FOREST - DAY - PAST

Scrub and Jake, as bees, fly over the river and the trees, trying to keep up with Bucky and Pualani. They accelerate and dive down to them, transforming into large, slimy, FRESHWATER EELS following them down the rapids.

~~Ext. End of river - day~~EXT. END OF RIVER - DAY

Cosmo, Kimo and Leolani come flying out of the river into the still body of water below. Cosmo WHOOPS with excitement. Kimo and Leolani catch their breath.

~~Cosmo~~

COSMO
That was totally radical, hey?

Leolani shakes her head at him, not impressed. The noise from a CROWD comes from upstream. Panicked, they throw their now very worn out boards behind a rock and rush for a clump of river reeds near the shore.

~~Ext. Raging river - day~~EXT. RAGING RIVER - DAY

Pualani and Bucky make their way down the rushing stream in the makeshift craft. They smile at one another as it looks like it'’s going to be smooth sailing from here on out.

The slimy bodies of Scrub and Jake start to pop up periodically behind them, getting closer and closer. Suddenly the back end of their craft is RIPPED OFF right behind Bucky from a vicious eel bite.

Bucky looks behind him, surprised, and sees the sunglasses-wearing face of Scrub angrily chomping at him. He has little time to react as the craft starts to rapidly fill with water. Pualani'’s face turns to panic.

Jake RIPS OFF one of the outer edges. Bucky HITS him on the nose like Leolani did to him as a shark. He falls back for a moment. Scrub CHOMPS off the other side.

~~PrinCESS~~PRINCESS PUALANI
What are we going to do?!

~~Bucky~~

BUCKY
Stay calm!

Their craft is now just a flat board. Water washes over its imperfect shape. They coast down faster than ever.

Jake turns up again and BITES DOWN on the board, splitting it into two pieces, separating Bucky and Pualani. They cling to the boards and each other.

PRINCESS PUALANI
I'’ve got to be honest, I don'’t think I can stay calm much longer!

Bucky looks at both boards. He imagines that they could both do as crude surfboards.

BUCKY
I'’m going to let go.

PRINCESS PUALANI
What? No!

BUCKY
We have to! Just follow me. I promise, every-thing will be okay. Be brave!

He slowly releases of Pualani'’s hand. She clings to her board and watches Bucky, her eyes trembling with fear like Bucky'’s did when he first tried to surf with Scrub and Jake.

Bucky slowly and carefully starts to stand up. He wobbles a little, but then catches his balance. He'’s surfing! The smile on his face spreads wide as he gains control of the board beneath him. He coasts down the waves, and starts to speed up.

Pualani watches him in amazement. Bucky looks back at her.

~~Bucky~~BUCKY (CONT'’D)
You can do it! If you want to surf, you have to stand up.

BUCK0008483

Pualani looks at Bucky like he’s out of his mind.

~~PrINCESS~~PRINCESS PUALANI
On this?!

Bucky LAUGHS at the similarity between this and when Bombshell tried to get him to surf. He nods his head.

Pualani timidly sits up on her board, then kneels, and finally inches up until she’s fully standing. She’s surprised at her ability and looks to Bucky, ecstatic.

They both LAUGH happily as they surf down the rapids, the eels losing ground behind them. They get more confident and move back and forth, having more and more fun.

~~Ext. end of river - day~~EXT. END OF RIVER - DAY

Kamapua’a flies through the air on his log, over the last rapid, and SPLASHES into the still pool.

The Chief and his men closely follow, each landing in a BIGGER SPLASH on top of Kamapua’a.

~~Ext. River pond - day~~EXT. RIVER POND - DAY

Underwater, the Hui use river reeds to breathe. They see the many SPLASHES Kamapua’a, the Chief and his men make as they each land in the water.

~~Ext. End of river - day~~EXT. END OF RIVER - DAY

The Chief and his men surround Kamapua’a while he sits on the pond floor. He gives them a sneaky smile.

~~ChiEF~~CHIEF KAWAI LANI What have you done with my daughter, Kama~~-~~pua’a?

~~Kamapua'a~~

KAMAPUA’A
I’m afraid I have no idea what you’re talking about.

The Chief and his men GRUMBLE at Kamapua’a and inch closer to him with their weapons drawn.

~~Ext. Raging river - day~~EXT. RAGING RIVER - DAY

Bucky and Pualani surf down the river. They’ve become more serious. He gives one last look to Pualani before ducking to the edge and running into the forest. Pualani waves goodbye and continues surfing. They wave to each other until they’re out of sight.

Bucky smiles meekly and disappears into the forest.

~~Ext. End of river - day~~EXT. END OF RIVER - DAY

Pualani flies through the air and lands in the water with a SPLASH. The Chief and his men, startled, move their weapons to the newcomer. Kamapua’a quickly TRANSFORMS into a HAWAIIAN HAWK and flies away.

When Pualani emerges from the water the Chief’s rage turns to a huge relieved smile. He hugs his daughter.

~~ChIEF~~CHIEF KAWAI LANI
You’re alright! I thought Kamapua’a had you.

~~PrinCESS~~PRINCESS PUALANI I’m fine, father. Do I ever have some stories to tell you!

The chief’s men furiously SHOUT at Kamapua’a as he flies away, but the Chief no longer cares. He’s happy to have his daughter back in his arms.

He guides her out of the water and his men follow. Pualani sees Bucky watch~~-~~ing from the bushes and gives him a wink. She turns back to her father, still with her board.

CHIEF KAWAI LANI
What is this you have, Pualani?

PRINCESS PUALANI
It’s a surf board.

CHIEF KAWAI LANI
(laughing)
But it’s much too short!

Bucky watches as they disappear back to the village. He looks around the now still water, wondering what to do next. He notices that the river they were in sits right between two mountains - Mauna Kea and Mauna Loa.

Suddenly Leolani, Kimo and Cosmo emerge from underwater at the same time, GASPING for breath. Bucky is startled but happy to see them. When Leolani catches sight of Bucky, she runs up to him. They hug.

~~Leolani~~

LEOLANI
We thought you were lost!

COSMO
~~Cosmo~~ How'’d you get down here, mate?

BUCKY
~~Bucky~~ (laughing)
I'’ll tell you all about it later.

Kimo pats Bucky on the shoulder. They look up just in time to see Pueo fly overhead.

~~Kimo~~

KIMO
Glad you made it back. But really, we don'’t have time to do anything later.

BUCKY
In that case, we'’ve got to get under the koa tree.

The Hui are puzzled. Bucky takes off into the jungle, following Pueo. He'’s excited at his success in solving the riddle so far. The rest grab their boards and follow.

Scrub and Jake emerge from the water and TRANSFORM back into bees. They fly after the Hui.

~~Ext. hANALEI PIER - black pot beach - day - present day~~EXT. HANALEI PIER - BLACK POT BEACH - DAY - PRESENT DAY

Bucky'’s parents cling to one another in front of the camera. The TV reporter has a microphone held up to them. More protesters are now milling about the area, holding picket signs.

~~Mother~~

MOTHER
He'’s only thirteen! We have to find our baby and get him home!

~~Father~~

FATHER
He'’s blond, about yay high, unable to look after himself.

Case 2:20-cv-03772-CBM-E Document 406-29-30 Filed 05/07/24 Page 113 of 156 Page ID #:26510



NEWS REPORTER
Thank you. We're going to do everything we can to find your son.

The TV reporter turns to the camera. Bucky's parents force their way into the background.

NEWS REPORTER (CONT''D)
Again, if you''re just tuning in, thirteen-year-old Bucky, the hero that so valiantly buried the Dragon''s Heel development billboard, is lost somewhere here on Kauai. We need your help in finding him.

The reporter flashes a cheesy smile at the camera.

~~Ext. Deep native forest - day - past~~EXT. DEEP NATIVE FOREST - DAY - PAST

Bucky and the Hui make their way through the thick forest. Bucky leads the way, determined. Leolani catches up with him.

~~Leolani~~

LEOLANI
How do you know you''re going the right way?

~~Bucky~~

BUCKY
I just know. You were right about ho''aumakua. It is a gift.

He stops and takes the necklace off his neck and hands it to Leolani.

~~Bucky~~BUCKY (CONT'D) I don''t need a reminder of you anymore.

He smiles at her as she blushes. They share a moment before Kimo and Cosmo CRASH through the forest behind them and they snap back to normal.

~~Cosmo~~

COSMO
I''m glad you know the way. I feel like we''ve been walking in circles for hours.

~~Kimo~~

KIMO
Nightfall''s coming soon. Are you sure this is right?

~~Bucky~~

BUCKY

I know it is.

He leads them deeper into the forest and up a hill.

~~Ext. Makani's porch - day - present day~~EXT. MAKANI’S PORCH - DAY - PRESENT DAY

Makani turns on the radio while Auntie Luka weaves.

NEWS REPORTER (V.O.)
(through radio)
There’s still been no sign of Bucky here at the Dragon’s Heel, but I’ve got to say, these locals are sure getting riled up. Search and rescue operations are assuming the worst.

Makani and Auntie Luka slowly turn to look at one another, concerned. They both put their things down and rush away.

~~Ext. edge of koa forest - day - past~~EXT. EDGE OF KOA FOREST - DAY - PAST

Bucky and the Hui tiredly fight through the forest and finally reach the edge. They look over to find a new forest of only koa trees stretching as far as the eye can see. They all look horrified at the discovery.

KIMO
~~Kimo~~ So... Is it one specific koa tree?

~~Cosmo~~

COSMO
If you’re telling me we’ve got to check under~~-~~neath an entire forest, I’m going to need a rest and a snack first, that’s for sure.

Bucky looks down at the trees hopelessly. Leolani watches him, feeling his disappointment.

~~Leolani~~
LEOLANI
We can still figure it out. Let’s go over the rid~~-~~dle again.

~~Bucky~~
BUCKY
Across the kalo patch, between the mountains, under the koa tree, and through the blue room. I was sure it was this way!

Bucky punches his fist into his hand in frustration.

~~Leolani~~

LEOLANI
This is going to be a serious undertaking.

She leads them down the hill toward the koa trees.

~~Ext~~EXT. ~~hanaLEI~~HANALEI PIER - BLACK POT BEACH - ~~day~~DAY - ~~present day~~PRESENT DAY

Shamar drives up to the demolition site. His massive truck ROARS to a stop and he happily hops out and over to the TV crew. A DEMOLITION CREW pulls up after him in a huge truck full of explosives.

~~Shamar~~
SHAMAR
I'm so glad everyone's here to watch!

He looks straight into the camera with an angry face.

~~Shamar~~SHAMAR (CONT'D)
Soon it will be developer 1, locals 0.

The protesters ROAR in the background, shaking their signs and their fists angrily at Shamar.

~~Ext. Koa tree forest - day - past~~EXT. KOA TREE FOREST - DAY - PAST

The Hui make their way through the trees, checking for any sign of anything beneath each one. It's a tedious task and they all look worn out.

~~Cosmo~~
COSMO
Do you think by dragon she could've meant crocodile? I could find a croc quite easy, I reckon.

~~Leolani~~

LEOLANI
Cosmo, you're thinking of Australia. There aren't any crocodiles in Hawaii.

Kimo and Bucky laugh at Cosmo's silliness. Just then, Scrub and Jake catch up and transform back into crocodiles.

~~Ext. Outer space - day~~EXT. OUTER SPACE - DAY

The moon stirs from sleep as the sun begins to set. She rises over the horizon and BLOWS WIND toward earth again.

Case 2:20-cv-03772-CBM-E Document 408-30 Filed 07/22/25 Page 117 of 156 Page ID #:26756



~~Ext. Koa tree forest - day~~EXT. KOA TREE FOREST - DAY

The sky rapidly darkens above the Hui. They all look up, puzzled and a little nervous.

Fierce TRADE WINDS rise, stronger than usual. The kids get pushed around from the incredible force.

KIMO
Maybe we should stop and rest for a minute. I think we've got to hang on to something!

~~Bucky~~
BUCKY
We don't have time! We have to find the tree before the portal closes!

Suddenly Leolani is PICKED UP and BLOWN several yards away. She SCREAMS as the wind carries her away. Bucky hardly has time to react as the wind BLOWS HIM several yards away as well.

~~Cosmo~~
COSMO
This isn't fair! This would never happen in our own time!

~~Kimo~~
KIMO
There's something I never thought I'd hear anyone say.

The wind BLOWS HARDER. All four of the kids are picked up and BLOWN through the tops of the trees. The winds are stronger than a hurricane.

Scrub and Jake are picked up and fly through the air. They SNAP their jaws at the kids as they fly by. Leolani SCREECHES as Jake takes a bite out of her hair.

COSMO
I told you! I told you! Crocodile!

~~Leolani~~
LEOLANI
But there aren't crocodiles in Hawaii!

COSMO
I've never seen them in a windstorm before, either.

KIMO
Something's not right.

They try to grab one another to stay together as they

fly through the air, but it's of no use. They're separated, SHOUTING and SCREAMING as the wind tosses them over the entire koa forest.

BUCK0008490

The crocodiles SNAP and SNARL.

~~Ext. Rock ledge - day~~EXT. ROCK LEDGE - DAY

Finally they CRASH LAND one by one into a soft carpet of ferns on a rocky, volcanic cliff. Pueo lands on a rock ledge above them, preening to restore his dignity.

Scrub and Jake fly past, their tiny reptile bodies hitting the rocks hard, far away from the Hui.

They are all disoriented by the fall. The winds still BLOW but the tall, jagged rocks around them offer a bit of a shield. Bucky KICKS one of them in frustration and immediately regrets it, hurting his toe.

~~Bucky~~

BUCKY
We'll never find the tree now!

The koa forest looms beneath them much like it did from the ridge on the other side. It looks even more massive.

Leolani braves the wind to comfort him at the edge.

~~Leolani~~

LEOLANI
We're doing our best, Bucky.
Don't be so hard on yourself.
Take it one step at a time, remem-
ber?

Bucky SCOWLS. He walks away from her and walks to the other side of the rocky cliff, hiding his face so that nobody will see his guilt. Leolani stays back, unsure of how to help him.

~~Pueo~~

PUEO
Nobody said this was going to be easy.

Startled, Bucky looks up to the graceful owl perched on a rock. He's angry that he has been watching him, especially like this.

~~Bucky~~

BUCKY
Go away! I want to be alone right now.

PUEO
But you've got your friends here.
They're trying to help you, but
you're making it difficult.

BUCKY

What am I supposed to do, huh? I tried to solve the riddle, and now I can’t. I’m on the wrong side of the forest. It was all for nothing.

PUEO
Everything happens for a reason.

Pueo flies away, leaving Bucky to pout.

BUCKY
(to himself)
All I wanted was to surf! And look what I got.

~~Scrub~~SCRUB (O.S.)
Maybe you should be a little more grateful.

Bucky whips around to see Scrub and Jake, in their regular form, battered and bruised behind him. They loom over him threateningly. Bucky stands up slowly. The Hui is on the other side of the rock, unable to see him or hear him in the wind.

BUCKY
What are you doing here? How did you get here?

~~Jake~~
JAKE
Enough with the questions. Let’s finish him.

Jake PUNCHES his fist into his hand, coming closer to Bucky. Bucky backs up, inching closer to the edge of the steep rock face.

BUCKY
Leave me alone! I didn’t do anything to you.

~~Scrub~~
SCRUB
That’s where you’re wrong. My life has been exceedingly difficult since you showed up.

~~Jake~~
JAKE
I’m about ready to make him suffer as much as I have.

They get even closer. Bucky is perched on the very edge of the ledge with his toes. The volcanic rock crumbles beneath them.

SCRUB

Case 2:20-cv-03772-CBM Document 416-30 Filed 07/22/25 Page 122 of 156 Page ID #:27554


We never should have picked you!

~~BuCKY~~

BUCKY
Picked me for what?

~~Jake~~

JAKE
It would’ve been way easier to get that paper than go through this whole thing.

BUCKY
What paper?

Pueo SCREECHES from above and SWOOPS DOWN on Scrub and Jake, his sharp talons exposed. He scratches them both and they SCREAM, holding their eyes.

On the other side of the rock, Leolani, Cosmo and Kimo hear the owl and rush around the rock to Bucky. They find Scrub and Jake swinging at the air, trying to defeat the owl.

They run toward Scrub and Jake with their surfboards, ready to hit. They suddenly transform into bees, too small to be affected by the surfboards. At the last moment, Scrub pushes Bucky backwards and he tumbles down the rock face.

~~Leolani~~

LEOLANI
No!

Scrub and Jake fly away, buzzing loudly. Pueo swoops down after Bucky. Leolani reaches after him over the ledge, but it’s too late.

Bucky falls backwards down the sheer rock face. There is more hard rock at the bottom. He flails helplessly, panicked. Pueo flies downward beside him, keeping pace. Bucky, realizing he’s not alone, calms down, closes his eyes, and concentrates.

Behind him THREE LARGE ALBATROSSES catch up and glide just behind him.

Bucky turns over onto his stomach and smiles a bit. It feels as though he’s flying! One albatross dives underneath just in time to break his fall. They’re both pushed forward and hit the ground hard.

The hui watch from above, relieved at the safe landing. Bucky clambers off the albatross in wonder, and it flies away to join its two friends before he has the time to say anything.

BUCKY
(to the albatross)

Thank you.

Pueo smooths his feathers and smiles at Bucky before flying away. Far this time, and for good. Bucky looks up to the hui and waves.

~~Bucky~~BUCKY (CONT'’D)
(shouting)
I'’m okay!

The hui CHEER. Bucky looks around and dusts himself off. He lost one of Cosmo’s flip-flops in the process. He looks around for it, only to find it a few branches above his reach in a tree.

He stops dead in his tracks when he notices a lava tube running under the tree. It looks just like the one that he grabbed the scroll from with Scrub and Jake. He visualizes an image of the scroll wedged there.

Bucky GASPS. He turns to the group.

BUCKY (CONT'’D)
(shouting)
Guys! Is this a koa tree?

KIMO
They'’re all koa trees. That was the problem, remember?

BUCKY
Get down here! This is the one!

The hui start scrambling down the rocks. Bucky climbs up for the flip-flop, grabs it. He holds them out to Cosmo as the group reaches the bottom.

~~Bucky~~BUCKY (CONT'’D)
I ~~should'~~should’ve given them back earlier. They helped more than you know. Thank you.

COSMO
~~Cosmo~~ No worries, mate.

~~Leolani~~

LEOLANI
How do you know this is it?

BUCKY
The key to saving the land is back in our own time! I should have seen it before!

Kimo, Cosmo and Leolani look at Bucky like they’re exhausted. They can'’t

believe it.

-

~~Cosmo~~

COSMO
Please say this is a joke.

BUCKY
No joke. Those guys from before, they'’re the ones that tricked me into surfing. That'’s how I ended up on your beach! They have the scroll! They’re in on Shamar'’s development!

~~Kimo~~

KIMO
So all we have to do is... go back?

BUCKY

Yeah!

The group blinks at him blindly. Bucky is a little put out by their lack of response.

~~Bucky~~BUCKY (CONT'’D)
Alright then, I'’ll go first.

He makes his way to the lava tube.

KIMO
What are you doing?

~~Bucky~~

BUCKY
We have to go through here.

~~Leolani~~

LEOLANI
No way. You can’t go through a lava tube to get to the water!

BUCKY
You can! I did it before with those guys. Look, this must have been the one Pele meant. Don'’t you trust her?

The group thinks it over for a moment, then nod in unison. They all go to the lava tube.

Suddenly Kamapua'’a appears in front of the tube, blocking their way. He looks especially huge and angry.

~~Cosmo~~

Case 2:20-cv-03772-CBM-E Document 416-30 Filed 06/24/25 Page 126 of 156 Page ID #:27623


COSMO
'Scuse me, mate, would you mind letting us through?

Kamapua'aKAMAPUA'A
You're not going to save any land that belongs to Pele.

COSMO
Please?

Kamapua''a SNORTS. He conjures up a huge, entangled, thick hau bush over the lava tube opening with a flick of his hoofs. He LAUGHS and SNORTS as it grows rapidly and wildly, entwining the Hui and blocking the whole opening.

The hau bush grabs the Hui tighter and tighter.

Leolani

LEOLANI
How are we going to get out of this? Sunset is any time now!

Kimo
KIMO
Stay calm.

The Hui start to panic. The hau bush keeps growing.

KimoKIMO (CONT'D)
The adze!

He looks to Bucky, who tries to find it in his shorts. It''s difficult with the bush growing all around him. Finally his hands land on it and he tosses it to Kimo with great care. Kimo catches it and starts hacking away at the hau bush.

Bucky

BUCKY
I've got to start returning things sooner.

Cosmo and Leolani start pulling the branches apart with their bare hands. Bucky follows suit. Suddenly a THUNDEROUS SOUND echoes through the valley. The earth TREMBLES.

Kamapua'a LAUGHS FREAKISHLY, transforms himself into a hawk, and flies toward Pele.

Ext. Kilauea summit - dayEXT. KILAUEA SUMMIT - DAY

Pele EXPLODES in a MASSIVE ERUPTION. Lava oozes out in bright orange colors.

Ext. island - ancient village - dayEXT. ISLAND - ANCIENT VILLAGE - DAY

The villagers turn to see Pele erupt. Pualani, beside her mother, smiles.

~~PrINCESS~~PRINCESS PUALANI Pele is at work. She must be fighting Kamapua'a again.

Pualani holds the flower Bucky gave her.

CHIEF(~~o~~O.S.)
Is this right, Pualani?

The chief tries to ride a small wave on a crude short surfboard. His top-heavy frame makes him fall quickly. Pualani GIGGLES.

PRINCESS PUALANI
You almost have it!

She goes over and shows him the modifications he should make to the board to make it work better. In the background, other villagers gleefully watch the chief try out a short board for the first time.

~~Ext. Rock ledge - day~~EXT. ROCK LEDGE - DAY

Lava begins to flood the land behind the hui, setting fire to some of it. They rip apart the hau as fast as they can to make a clear path. Pele's lava rolls toward them, coming ever closer.

The hui all come together. They realize it~~'~~'s now or never and with their com~~-~~bined force RIP the hau away from the opening. They dive into the tube one by one just as the lava overtakes the hau where they just were.

~~Int. Lava tube - day~~INT. LAVA TUBE - DAY

The hui run frantically down the lava tube with their battered surfboards above their heads. Lava spills down the tube right behind them.

The tube suddenly ends with a huge drop into the ocean. Without hesitation they jump down to the froth water below.

~~Ext. Ocean - day~~EXT. OCEAN - DAY

Bucky and the hui paddle out as hard as they can on their surfboards, the wind still whipping around them. Just as they get out of the way lava spills out of the tube and lands in the ocean with a HISS.

~~BUCK0008497~~

They LAUGH as they escape it.

~~Kimo~~

KIMO
What''s the last part of the riddle?

~~Bucky~~

BUCKY
Through the blue room to find out what the Dragon''s Heel conceals.

~~Leolani~~

LEOLANI
Through the blue room to find out what the Dragon's Heel conceals.

They look at each other and share a LAUGH as they paddle.

~~Cosmo~~

COSMO
Well that''s easy! It''s got to mean the gnarliest wave we can find, don''t you think?

~~Kimo~~

KIMO
Let''s hope so.

~~Leolani~~

LEOLANI
How will we find it?

~~Bucky~~

BUCKY
We'll know it when we see it.

The hui paddle happily out into the water, keeping their eyes open for the portal wave.

Scrub and Jake show up behind them as sharks, their menacing dorsal fins sticking out of the water.

~~Scrub~~

SCRUB
(to Jake)
This is our last chance. Don''t let them get away this time.

Jake nods at Scrub and they swim after them, quickly catching up. Leolani notices first, and readies her fist for punching.

~~Leolani~~

LEOLANI
This again? You''ve got to be

Case 2:20-cv-03772-CBM-E Document 408-30 Filed 07/24/25 Page 131 of 156 Page ID #:26543



kidding me.

She lands her fist hard on Jake's nose once more, sending him flying backward again.

Case 2:20-cv-07327-CBM-E Document 108-29 Filed 05/24/22 Page 132 of 156 Page ID #:6754



Bucky

BUCKY
Oh jeez, where'’s help when you need it?

Happy pops up right then in front of Scrub and a dazed Jake. He greets them with a wide smile.

HAPPY
H'appy Hello again, friends.

Scrub and Jake SCREAM like little girls. They instantly turn into tiny, defense-less fish. Happy LAUGHS as Pueo appears overhead.

Leolani

LEOLANI
Looks like it'’s right there when you ask for it.

Pueo
PUEO
Follow me. Hurry, it'’s about to close.

Happy
I'll pull:

Bucky

HAPPY
I’ll pull.

BUCKY
Follow the owl!

Bucky and the hui paddle after Pueo fast. Happy swims in front of them. He holds his tail out to Bucky, motioning for him to grab it.

BuckyBUCKY (CONT'’D)
Make a chain! He’s going to pull us.

Bucky grabs Leolani'’s hand, who grabs Kimo, who grabs Cosmo. They stand up on their boards and begin to surf one by one, just barely catching the wave in time.

They surf in a long chain for a moment as it begins to curl over onto the reef. It closes right in front of Scrub and Jake and crashes flat into the rest of the ocean.

Scrub

SCRUB
No!

~~Jake~~

JAKE

What happened?

SCRUB

That was it! We missed it! This is your fault!

He turns to BASH Jake in the nose with his tiny fin. Jake grabs it before he hits.

JAKE
Not this time.

They stare each other down before they realize a FAT, LARGE FISH is staring at both of them hungrily. They both GULP.

~~Int. time portal wave - day~~INT. TIME PORTAL WAVE - DAY

The hui surf through the wave toward the light at the end of the tunnel. It grows bright and then turns into a blurry blend of colors. They each disappear into it.

~~Ext~~EXT. ~~hanalei~~HANALEI PIER DRAGON’S HEEL - ~~sunset~~SUNSET - ~~present day~~PRESENT DAY

The crowd of protesters grows angrier. Shamar urges his DEMOLITION CREW to hurry.

~~Shamar~~

SHAMAR
I don’t have all day! I want it gone now! Now!

The demolition crew give him apathetic looks. Shamar jumps up and down in frustration. Bucky’s mother and father stand behind the TV reporter, squeezing their way into the shot.

~~Ext. Hanalei pier - day~~EXT. HANALEI PIER - DAY

Auntie Luka and Makani arrive. They search the sea of people for Bucky’s parents. When they spot them, they approach quickly.

~~Makani~~

MAKANI
Bucky isn~~'~~’t lost!

~~Mother~~

MOTHER
Beg pardon? Where is he then? Do you know?

Bucky~~'~~’s mother gets into Makani~~'~~’s face, searching for answers.

~~Auntie luka~~AUNTIE LUKA
He went with the kids to try and save the land. Na~~'~~’alima is with them. They~~'~~’ll be *fine*.

~~Father~~

FATHER

Went where? If you don’t tell me,
I’ll have you arrested for
kidnapping!

Case 2:20-cv-03727-CBM-E Document 41-30 Filed 01/22/25 Page 136 of 156 Page ID #:2633



Makani and Auntie Luka are taken aback by Bucky's parents' hostility. Makani stands his ground matter-of-factly.

~~Makani~~

MAKANI

They went back in time to save this land. They'll be back soon.

Bucky's mother and father hold each other and slowly back away, weirded out by Makani's claim.

FATHER

(quietly, to Bucky's mother)

He's off his rocker.

~~Mother~~

MOTHER

(quietly, to Bucky's father)

Let it be. If he knows something, the police will get it out of him.

Auntie Luka rolls her eyes as she overhears them. She's about to protest when she spots Leolani surf out of a wave tube.

AUNTIE LUKA

~~Auntie luka~~ Look! They're back now!

Auntie Luka and Makani smile happily as Leolani surfs to shore. Bucky's parents do a double take, as they also saw her appear from nowhere.

Kimo appears next, surfing quickly out of the giant barrel wave.

MAKANI

~~Makani~~ Bucky will be back soon!

Bucky's parents look skeptical. They stare out to sea harder. Cosmo comes out next, thoroughly enjoying the surf. Everyone waits in anticipation for Bucky.

They wait, and wait some more. Nothing happens.

~~Father~~

FATHER

Well where's Bucky then?

~~Mother~~

MOTHER

What have you done with him?

Auntie Luka and Makani look out to the ocean, afraid. The sun is about to dip below the horizon.

Finally Bucky is spit out from the wave! He surfs clumsily for a moment before losing his balance from the momentum of the wave. His parents SHOUT and jump up and down excitedly. They embrace.

~~Makani~~

MAKANI

I knew they~~'~~’d make it back!

Pueo flies overhead. The ~~hüi~~hui all make it ashore. They hug each other in a moment of joyous reunion. Makani and Auntie Luka~~'~~’s faces fall as they realize someone’s missing.

~~Makani~~MAKANI (CONT~~'~~’D)

But where is Na'ilima?

Leolani makes it to shore first and hugs Makani and Auntie Luka. Her face fills with sadness. Kimo and Cosmo come up behind her.

~~Auntie luka~~AUNTIE LUKA

What happened, Leolani? Tell us.

~~Leolani~~

LEOLANI

It~~'~~’s Na~~'~~’ilima. He tried to get help, to save us. A storm came up and he... It happened so fast!

She buries her face in Makani and Auntie Luka and begins to sob. They look devastated as they look out to the ocean. Kimo and Cosmo look to the ground, mournful.

Bucky~~'~~’s parents rush up to Bucky and engulf him in a hug. They hold him back to check for injuries, poking and prodding him. Bucky blushes, embarrassed in front of his friends. Then his parents hug him again.

~~Mother~~

MOTHER

My little Bucky! Where have you gone?

FATHER

~~Father~~ You sure had us worried, mister.

Suddenly, they are interrupted by Shamar SHOUTING.

~~Shamar~~

SHAMAR

Hurry up!

Everyone~~'~~’s attention turns to the small, furious man. Shamar~~'~~’s anger rises as the crew works at the same pace. His eye twitches in anger as he glares at the kids.

~~Shamar~~SHAMAR (CONT'’D)

It's getting dark!

The demolition crew do not respond well to the shouting. The BOSS looks Shamar in the eye.

BOSS

~~Boss~~ It is getting dark...
(yelling)
Quitting time, boys!

The workers all stop and leave the site. Shamar watches them go incredulously. He twitches angrily for a moment.

~~Shamar~~

SHAMAR

I guess I'll just have to take care of this myself!

Shamar jumps into the ditch where the many explosives are in the process of being set up and sets to work.

~~Ext. Hanalei beach - day~~EXT. HANALEI BEACH - DAY

Bucky's mother and father let him go.

BUCKY

~~Bucky~~

(embarrassed) Jeez, guys. I'm fine!

MOTHER

~~Mother~~ And it's a good thing too.

~~Father~~

FATHER

We're marching straight home right now. To New Mexico!

Bucky's face turns to panic. The hui SHOUT in protest.

~~COSTO~~

No!

~~Leolani~~

COSMO

LEOLANI

You can't leave now!

BUCKY

~~Bucky~~

I can't go now! We're so close! I have to see what's concealed at the Dragon's Heel!

~~Mother~~

BUCK0008503

MOTHER (to his father)
I think he'’s delirious.

FATHER

Father (to his mother) Completely batty.

They start to pull Bucky away. Bucky fights it.

MOTHER
Young man, this is no time for a tantrum!

Na'ilima (o.S.) NA’ILIMA (O.S.)
(shouting, gasping for breath)
(MORE) NA’ILIMA (O.S.) (CONT'D)
Makani! Luka! The kids! It'’s the kids! We need a boat!

Everyone turns to see Na'’ilima stumble onto shore, exhausted, his entire body heaving as he tries to catch his breath. He has fishnets, seashells, seaweed, and barnacles caught on him. A seagull is even perched on his head.

He catches sight of everyone staring at him in disbelief.

Na'NA’ILIMA (CONT'’D)
You'’ve got to be kidding me.

The hui all smile, not believing it. They run to Na'’ilima and smother him in a group hug.

COSMO
Cosmo Knew you’d make it, mate!

Kimo

KIMO
You are a champion. Did you swim all that way? I swear, we were halfway to Tahiti!

Leolani

LEOLANI

You've got a strong hama'akua on your side, Na'ilima.

Makani and Auntie Luka join. Na'ilima is still in disbelief.

~~Na'~~NA'ILIMA

How did you beat me? How did you beat me here? It makes no sense!

Suddenly Na'ilima comes to his senses. He spots Shamar as he fiddles with a pack of matches, trying to light one and connect it to the fuse.

~~Na'~~

NA'ILIMA (CONT''D)
What''s going on here?

He points to the Dragon''s Heel.

~~Ext~~EXT. ~~hanaLEI~~HANALEI PIER - ~~black pot beach~~BLACK POT BEACH - DAY

Shamar is dangerously close to lighting the explosives. He grabs a loudspeaker and stands on a rock to address the crowd.

SHAMAR

~~Shamar~~ (through loudspeaker) Attention, everyone!

(MORE)

SHAMAR (CONT'D)
You are now trespassing. Really, my patience is running quite thin.

The crowd GRUMBLES and SHOUTS in protest.

~~Shamar~~SHAMAR (CONT''D)
In any case, you need to evacuate because this rock is going to be blown up now.

~~Bucky~~

BUCKY
No!

Bucky runs straight at Shamar. He runs as fast as he can through the crowd of people, desperate.

When he reaches Shamar he wrestles the loudspeaker out of his hands. The hui run up in support behind him. Finally, Bucky breaks it free. It SCREECHES during the exchange.

~~Bucky~~BUCKY (CONT'D)
(through loudspeaker)
Show us the scroll, Shamar!

Shamar looks at Bucky blankly, then at the crowd through the corners of his eyes. The crowd is quiet in anticipation. Bucky lowers the loudspeaker and talks to Shamar personally.

BUCKY (CONT''D)
I know you have the ancient scroll. Just show us.

~~Shamar~~

SHAMAR
I don''t know what you''re talking about.

BUCK0008505

Shamar steps down and tries to find the right fuse to light.

~~Shamar~~SHAMAR (CONT'D)
I warned all of you! This place is going to blow!

Bucky’s parents approach him. They seem sad that his plan didn’t work.

~~Father~~

FATHER
Bucky, I think it’s time to go. It’s over.

Bucky watches Shamar in anger. Leolani looks as though she is about to cry when suddenly her face lights up.

~~Leolani~~

LEOLANI
What’s that?

She points to Shamar’s back pocket as he bends over. The tip of the scroll pokes out of the top. Before Shamar can react Bucky steps forward and GRABS it out of Shamar’s back pocket. Shamar whirls around, furious.

Bucky tosses the scroll to Makani, who opens and reads it. Na’ilima reads over Makani’s shoulder. The protesters hold Shamar back from recovering it and keep him away from the explosives.

Makani turns around a few times, finding his orientation on the map. It’s difficult to decipher.

~~Auntie~~AUNTIE LUKA
What does it say?

MAKANI
~~Makani~~ There’s something here...

Bucky and Leolani wait in anticipation.

BUCKY
~~Bucky~~ (to himself)
... To find out what the Dragon’s Heel conceals.

Bucky looks to the explosives. Underneath there is a pile of hau bushes. There is something else under them.

~~Bucky~~BUCKY (CONT’D)
It’s got to be underneath something!

Bucky starts ripping away at the hau bushes.

Makani

MAKANI
It says that there should be ruins right here, on this very spot. But I don't see anything!

Bucky
BUCKY
(yelling)
Help me rip these bushes away! Come on! Everyone!

Leolani is the first to help. Then Cosmo and Kimo jump in. Makani and Auntie Luka rip the bush away as fast as they can. Na'ʻilima rips it away the fastest of all. The protesters push Shamar out and begin to rip the bushes as well.

Bucky'ʼs parents look at each other before tentatively helping rip the hau bushes away. Everyone tears at them with all their strength. Finally, the bushes clear revealing a LARGE HEIAU (sacred Hawaiian temple) underneath them.

MAKANI
It'ʼs a heiau!

Auntie luKA AUNTIE LUKA
The demolition is canceled!

The crowd CHEERS. Bucky and Leolani share a hug. Shamar WAILS in disappointment. Makani shakes the scroll at his face.

MaKANI

MAKANI
This is going back in the town records where it belongs.

Shamar pouts. Bucky'ʼs parents approach him when all of his friends are finished congratulating him.

Bucky
BUCKY
Yeah, yeah, we can go now. I guess I'm in big trouble, huh?

Bucky'ʼs mother and father smile at him.

Mother

MOTHER
You'ʼve done something very valuable here, Bucky.

FATHER
Father We'ʼre proud of you.

Case 2:20-cv-03772-CBM-E Document 416-30 Filed 07/22/25 Page 147 of 156 Page ID #:27544



~~Mother~~

MOTHER
I guess you’re not as little as we thought you were anymore.

FATHER
I regret not treating you more like a grown up. It’s got to happen someday, I suppose.

Bucky smiles up at his parents, lovingly and happily. His mother and father hug him.

~~Bucky~~
BUCKY
Just maybe next time, I can choose what I do on vacation? So long as it’s not too dangerous?

His parents nod. Bucky smiles. Pueo flies above the happy crowd. Bucky watches him and mouths a “thank you.”

Bucky’s parents start to back away from him. He’s confused until Leolani taps him on the shoulder. He turns around to face her.

~~Leolani~~
LEOLANI
I just wanted to let you know that you’re brave.

Bucky blushes, not knowing what to say. Leolani KISSES HIS CHEEK. He blushes even deeper. He unfastens the necklace from around his neck and holds it out to her.

BUCKY
I couldn’t have done it without this. Or you.

Now Leolani blushes. She puts the necklace back around her own neck. Cosmo and Kimo crash in on either side of Leolani, embarrassing her.

~~Cosmo~~
COSMO
Hey! I think it’s time we had a proper luau now, don’t you think?

~~Kimo~~
KIMO
A time like this is reason for celebration.

~~Bucky~~
BUCKY
Yeah!

Bucky and the hui head off toward the beach. Bucky’s parents watch him go. ~~Ext~~

EXT. ~~Dark cave in jungle~~DARK CAVE IN JUNGLE - ~~night~~NIGHT

Shamar apprehensively approaches the cave. He doesn'’t have any offerings, and the torchlight makes the scene seem sinister.

~~Shamar~~

SHAMAR
Kamapua'’a?

A disgruntled SNORT ~~come's~~comes from within the cave. The shadow appears on the cave wall.

~~Shamar~~SHAMAR (CONT'’D)
I... ~~I....~~ I didn'’t get them. Those brat kids. They ru-ined my development. They ruined everything!

Kamapua’a ROARS.

~~Kamapua'A~~ KAMAPUA’A
(shouting)
How do you think ~~i~~I feel?
(MORE) KAMAPUA’A (CONT'D)
That blasted Pele wins again, and all because you couldn'’t carry out one simple task for me! I gave you every-thing you needed, and still you failed!

Shamar is taken aback from the sheer noise and energy from Kamapua'’a'’s shouting.

SHAMAR
I'’ll get them next time. I promise!

KAMAPUA’A
(shouting)
There won'’t be a next time!

A ZAP of LIGHTNING comes out of the cave, transforming Shamar into a rat.

~~KamapuA'~~KAMAPUA’A (CONT'’D)
This change is permanent!

Shamar SQUEAKS and scurries off into the forest. Kamapua'’a emerges from the cave. He looks around at the land and GRUMBLES.

KAMAPUA'’A (CONT'’D)
Now I need another human to take the land from Pele! I'’ll get it! Somehow...

Kamapua'’a RAGES and goes back into his cave.

~~Ext. Hanalei beach - night~~EXT. HANALEI BEACH - NIGHT

Campfires are lit all the way up and down the beach. The people that were protesting happily LAUGH and enjoy the beach together, cooking and hanging out. Everyone enjoys their playground once again.

The pop-up tent is back up. Bucky and the hui cook and LAUGH together with Makani, Na~~'~~’ilima and Auntie Luka as well as Bucky~~'~~’s parents, who are consider~~-~~ably more calm and relaxed. Bucky~~'~~’s father helps himself to more food.

~~Father~~

FATHER

Now, I don~~'~~’t mind you doing more things on your own Bucky, but if you~~'~~’re going to be time traveling, please at least tell us.

The group LAUGHS.

~~Cosmo~~

COSMO

I~~'~~’m just glad everything worked out how it did. I~~'~~’d have hated to be stuck there.

KIMO

It wasn~~'~~’t so bad. Think of Pualani, man.

Leolani shoots Kimo a look.

LEOLANI

~~Leolani~~ She wasn’t that great.

Bucky smiles at Leolani.

~~Auntie luka~~AUNTIE LUKA

The land is happy again. And the reward is great surf.

~~Makani~~

MAKANI

We all have Bucky to thank for that.

They all raise their glasses to Bucky. Bucky blushes. Cosmo and Kimo CLINK their wooden utensils against their cups.

~~COSIO~~

COSMO

Speech!

KIMO

Speech! Speech!

Bucky looks to Leolani. She gives him an encouraging nod. Bucky stands up, facing everyone around the fire. He clears his throat.

~~Bucky~~

BUCKY

Um... Well, none of it was possible without the hui. Thanks for showing me the ropes, guys.

~~Leolani~~

LEOLANI

You needed all the help you could get.

They all LAUGH. Bucky rushes to sit back down and have the spotlight off him. He jumps when he hits the ground.

~~Bucky~~

BUCKY

Ouch!

Bucky reaches under his bottom and pulls out a SHELL, much like the one on Leolani’s necklace. He examines it closely.

~~Leolani~~

LEOLANI

A Hawaiian sunrise shell! Looks like you’re meant to be in Kauai after all. That’s good.

Her and Bucky share a smile. All down the beach, DRUM BEATS and fire and LAUGHTER resonate. People dance. They have been enjoying the beach for so long that the sun has started to come up.

~~Mother~~

MOTHER

My goodness, is that the sun already?

~~Father~~

FATHER

Better than some fancy resort luau dinner, wouldn’t you say, dear?

Everyone LAUGHS.

~~Leolani~~

LEOLANI

Why don’t you show your parents your new skills, Bucky?

Kimo and Cosmo agree. Bucky looks to his parents for approval. They both nod at him.

Case 2:20-cv-03772-CBM-E Document 408-29-30 Filed 05/07/22/25 Page 153 of 156 Page ID #:26755650



~~Ext. Ocean - sunrise - day~~EXT. OCEAN - SUNRISE - DAY

Bucky paddles out into the ocean alone at the first light. He'’s confident and

brave. Bombshell and Happy, followed by a LADY DOLPHIN and a BABY DOLPHIN, swim encouragingly under him. Everyone watches Bucky from the beach.

A great big wave swells toward him. Bucky doesn't hesitate for a moment. He paddles hard when it comes his way and stands up. He catches the wave perfectly and it pushes him along.

The sun breaks on the horizon, lighting the sky and ocean up with spectacular color. Bucky's wave turns into the biggest, most spectacular wave that we've seen the whole trip.

Pueo flies overhead as everyone CHEERS for him on shore. He raises his arms above his head, enjoying his mastery of surfing.

FADE OUT.

Case 2:20-cv-03772-CBM-E Document 416-30 Filed 05/07/25 Page 155 of 156 Page ID #:26757

150

BUCK0008512

Document comparison by Workshare 10.0 on Friday, March 25, 2022 11:48:07 AM

| Input: | |
|---|---|
| Document 1 ID | file://D:\Users\lgibbons\Desktop\Lisa's Working Folder\BUCK0008413 2014 Registered Script.pdf |
| Description | BUCK0008413 2014 Registered Script |
| Document 2 ID | file://D:\Users\lgibbons\Desktop\Lisa's Working Folder\Bucky&TheHui-Draft-3.pdf |
| Description | Bucky&TheHui-Draft-3 |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| ~~Deletion~~ | |
| ~~Moved from~~ | |
| Moved to | |
| Style change | |
| Format change | |
| ~~Moved deletion~~ | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 1419 |
| Deletions | 1449 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 2868 |