# KLIEGER DECL., EX. I

| Date | Timekeeper | Hours | Fees | Description | Apportioned Hours | Apportioned Fees | Allocattion % | Allocated Hours | Allocated Fees |
|---|---|---|---|---|---|---|---|---|---|
| 8/14/22 | Klieger, Robert N. | 4.8 | $ 6,547.20 | Meeting with J. Chow and P. Shimamoto; review opposition to ex parte application to continue hearing on contempt motion; draft letter to plaintiff's counsel re forged confidentiality agreement and email correspondence re same; outline arguments for hearing on contempt motion | 0.5 | $ 681.50 | 100% | 0.50 | $ 681.50 |
| 8/15/22 | Klieger, Robert N. | 13.4 | $ 18,277.60 | Revise letter to plaintiff's counsel re forged confidentiality agreement; prepare for and defend deposition of K. Nozaki; telephone conferences with K. Nozaki, J. Chow, and A. Myers; review order on ex parte application to continue contempt hearing; prepare for hearing on contempt motion and motion for review of magistrate judge's ruling; review meet and confer correspondence re plaintiff's discovery responses; review summary of research re discovery cost-shifting | 0.5 | $ 681.50 | 100% | 0.50 | $ 681.50 |
| 8/16/22 | Klieger, Robert N. | 15.3 | $ 20,869.20 | Prepare for and argue hearing on contempt motion and motion for review of magistrate judge's ruling; defend deposition of K. Nozaki; telephone conferences with K. Nozaki, J. Chow, and A. Myers; review draft joint stipulation re motion to compel; email correspondence with J. Chow and P. Shimamoto re depositions; review E. Botwin response to letter re forged confidentiality agreement and email correspondence re same; review plaintiff's responses to third set of RFAs and fourth set of RFPs and email correspondence re same; email correspondence with E. Botwin re upcoming meet and confer; draft reply to E. Botwin letter re forged confidentiality agreement | 2 | $ 2,726.00 | 100% | 2.00 | $ 2,726.00 |
| 8/29/22 | Klieger, Robert N. | 4 | $ 5,456.00 | Meeting with J. Chow and P. Shimamoto; review J. Ross correspondence re discovery issues; telephone call and email correspondence with J. Chow re same; draft response to J. Ross correspondence; email correspondence re document collections; email correspondence with J. Chow and P. Shimamoto re statute of limitations issues; review deposition notices; review plaintiff's supplemental interrogatory responses and email correspondence re same; telephone call with J. Chow re same; meeting with J. Chow, P. Gianufa, and A. Myers; review further J. Ross correspondence re discovery issues | 0.7 | $ 954.10 | 100% | 0.70 | $ 954.10 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/30/22 | Klieger, Robert N. | 1.8 | $ | 2,455.20 | Meeting with J. Chow, B. Wilson, D. Wooley, E. Schmidt, C. Keeling, and A. Howlett; review consumer products lists and related email correspondence; draft response to J. Ross correspondence re discovery issues; review redline of supplemental interrogatory responses against originals; email correspondence re document collections and preparation for production; review plaintiff's markup of proposed protocol for review of paper originals and email correspondence re same; review revised privilege log joint stipulation; email correspondence with P. Shimamoto re E. Speckin call | 0.8 | $ 1,090.40 | 100% | 0.80 | $ 1,090.40 |
| 8/31/22 | Klieger, Robert N. | 4.3 | $ | 5,865.20 | Meeting and email correspondence with J. Chow re document collection status and strategy; meeting with J. Chow, M. Schnittker, E. Labao, A. To, and T. Taylor re email/Slack collection; telephone call with L. Suarez re protocol for review of paper originals; prepare further revised draft of same; meeting with J. Chow, B. Wilson, R. Yuen, A. To, and T. Taylor re consumer products inventories; email correspondence with P. Melville re deposition scheduling | 0.4 | $ 545.20 | 100% | 0.40 | $ 545.20 |
| 9/1/22 | Klieger, Robert N. | 0.8 | $ | 1,091.20 | Email correspondence with P. Melville and J. Chow re remote depositions; draft joint stipulation re review of paper originals; email correspondence with L. Suarez re same; telephone call with J. Chow and email correspondence re consumer products inventory lists; finalize production set of same | 0.4 | $ 545.20 | 100% | 0.40 | $ 545.20 |
| 9/2/22 | Klieger, Robert N. | 0.4 | $ | 545.60 | Email correspondence with P. Shimamoto re document collection from individual deponents; email with P. Shimamoto re thoughts for plaintiff's deposition; email correspondence with A. To re production status; email correspondence with J. Chow and P. Shimamoto re Clements/Musker document review to refresh recollections | 0.2 | $ 272.60 | 50% | 0.10 | $ 136.30 |
| 9/3/22 | Klieger, Robert N. | 0.7 | $ | 954.80 | Review L. Suarez edits to proposed joint stipulation re review of paper originals; email correspondence with J. Chow and P. Shimamoto re same; revise proposed joint stipulation | 0.7 | $ 954.10 | 100% | 0.70 | $ 954.10 |
| 9/5/22 | Klieger, Robert N. | 0.6 | $ | 818.40 | Review amended privilege log and plaintiff's production of document from prior log | 0.6 | $ 817.80 | 50% | 0.30 | $ 408.90 |
| 9/6/22 | Klieger, Robert N. | 1.4 | $ | 1,909.60 | Videoconferences re email collection and review; email correspondence with A. To re FTI setup for opposing counsel; review plaintiff's interrogatory responses re allegedly infringing consumer products and email correspondence re same; review proposed M. Schnittker errata; review plaintiff's section of joint stipulation re privilege logs | 0.8 | $ 1,090.40 | 50% | 0.40 | $ 545.20 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/7/22 | Klieger, Robert N. | 2.1 | $ | 2,864.40 | Review minute order re joint stipulation and videoconference re same; review plaintiff's supplemental interrogatory responses; screening review of A. Bergman email correspondence; review comparison of original and amended privilege logs; email correspondence with J. Ross re FTI database; review privilege list hit counts and email correspondence re same | 0.2 | $ | 272.60 | 50% | 0.10 | $ | 136.30 |
| 9/8/22 | Klieger, Robert N. | 1.6 | $ | 2,182.40 | Videoconference and email correspondence re email collection and review; review final joint stipulation re privilege logs; email correspondence re E. Speckin call; email correspondence with L. Suarez re joint stipulation re review of paper originals; review proposed edits to same; telephone call with J. Chow | 0.6 | $ | 817.80 | 100% | 0.60 | $ | 817.80 |
| 9/9/22 | Klieger, Robert N. | 2.6 | $ | 3,546.40 | Finalize joint stipulation re review of paper originals and email correspondence with L. Suarez re same; email correspondence re A. To and P. Dhillon re FTI database of WDAS emails for review by plaintiff's counsel; email correspondence with plaintiff's counsel re same; email correspondence with J. Christian re email database, extension of deadline to file further joint stipulation; telephone call and email correspondence with J. Chow and P. Shimamoto re same; review revised M. Schnittker errata sheet; email correspondence re E. Speckin call; draft submission re pending motions | 0.3 | $ | 408.90 | 100% | 0.30 | $ | 408.90 |
| 9/11/22 | Klieger, Robert N. | 3.2 | $ | 4,364.80 | Review draft request for inspection of 2003 confidentiality agreement; review plaintiff's submission re pending motions; draft response to same; review and incorporate client comments on same; review J. Ross correspondence re WDAS email review; review draft Mandeville amended responses to requests for production | 0.1 | $ | 136.30 | 100% | 0.10 | $ | 136.30 |
| 9/12/22 | Klieger, Robert N. | 2.2 | $ | 3,000.80 | Videoconference re email collection and review; videoconference with E. Speckin, J. Chow, and P. Shimamoto re inspection of confidentiality agreement; email correspondence with J. Chow and P. Shimamoto re same; review plaintiff's reply submission re pending motions; review J. Ross correspondence re proposed extension of discovery cutoff and email correspondence re same | 0.3 | $ | 408.90 | 100% | 0.30 | $ | 408.90 |
| 9/14/22 | Klieger, Robert N. | 0.5 | $ | 682.00 | Email correspondence re proposed language for omnibus amended responses to requests for production; review draft supplemental brief re privilege log motion and client comments on same; review J. Ross correspondence re proposed extension of case deadlines | 0.2 | $ | 272.60 | 50% | 0.10 | $ | 136.30 |
| 9/15/22 | Klieger, Robert N. | 1.6 | $ | 2,182.40 | Draft response to J. Ross correspondence re proposed extension of case deadlines; review revised supplemental brief re privilege log motion and client comments on same; propose revisions to same; revise proposed omnibus response for amended responses to requests for production; telephone call with J. Chow | 0.4 | $ | 545.20 | 50% | 0.20 | $ | 272.60 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/16/22 | Klieger, Robert N. | 0.1 | $ | 136.40 | Review plaintiff's supplemental brief re privilege log motion | 0.1 | $ | 136.30 | 50% | 0.05 | $ | 68.15 |
| 9/19/22 | Klieger, Robert N. | 1.2 | $ | 1,636.80 | Review L. Suarez correspondence re 2003 confidentiality agreement; telephone call and email correspondence with J. Chow re same; email correspondence with J. Chow and P. Shimamoto re Speckin inspection; review Judge Eick ruling on privilege log motion; review J. Ross correspondence re outstanding discovery issues | 0.6 | $ | 817.80 | 100% | 0.60 | $ | 817.80 |
| 9/20/22 | Klieger, Robert N. | 2.3 | $ | 3,137.20 | Research and analysis re forgery; draft letter to L. Suarez re same | 2.3 | $ | 3,134.90 | 100% | 2.30 | $ | 3,134.90 |
| 9/21/22 | Klieger, Robert N. | 5.4 | $ | 7,365.60 | Draft and revise letter to L. Suarez re admitted forgery; review and incorporate client comments on same; review minute order re stipulation on pending motions; telephone call and email correspondence with J. Chow and P. Shimamoto re Speckin inspection | 5 | $ | 6,815.00 | 100% | 5.00 | $ | 6,815.00 |
| 9/22/22 | Klieger, Robert N. | 3 | $ | 4,092.00 | Videoconference with J. Chow and P. Shimamoto re forgery correspondence and strategy; email correspondence with J. Chow and P. Shimamoto re confidentiality agreements; review G. Lage correspondence re forgery; draft response to J. Ross correspondence re outstanding discovery issues; telephone call with J. Chow re same; email correspondence with J. Chow and P. Shimamoto re amended privilege log motion | 2 | $ | 2,726.00 | 100% | 2.00 | $ | 2,726.00 |
| 9/23/22 | Klieger, Robert N. | 0.7 | $ | 954.80 | Email correspondence with E. Botwin re meet and confer issues and intended motions for terminating sanctions; email correspondence with J. Chow and P. Shimamoto re meet and confer re privilege log issues; email correspondence with G. Lage and E. Botwin re vendor for WDAS email processing; telephone call with J. Chow | 0.2 | $ | 272.60 | 100% | 0.20 | $ | 272.60 |
| 9/28/22 | Klieger, Robert N. | 0.9 | $ | 1,227.60 | Email correspondence with E. Botwin re remote depositions; email correspondence with P. Shimamoto re defendants' privilege log; review revised joint stipulation re privilege log motion; telephone call and email correspondence with J. Chow and P. Shimamoto re same | 0.4 | $ | 545.20 | 50% | 0.20 | $ | 272.60 |
| 9/29/22 | Klieger, Robert N. | 0.1 | $ | 136.40 | Review Judge Eick ruling on privilege log motion | 0.1 | $ | 136.30 | 50% | 0.05 | $ | 68.15 |
| 10/1/22 | Klieger, Robert N. | 7.1 | $ | 9,684.40 | Review plaintiff's document production and written discovery responses in preparation for B. Woodall deposition; research and analysis for terminating sanctions motion | 3.8 | $ | 5,179.40 | 100% | 3.80 | $ | 5,179.40 |
| 10/2/22 | Klieger, Robert N. | 3.4 | $ | 4,637.60 | Research and analysis for terminating sanctions motion; review plaintiff's document production and written discovery responses in preparation for B. Woodall deposition; telephone call with J. Chow | 2 | $ | 2,726.00 | 100% | 2.00 | $ | 2,726.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/3/22 | Klieger, Robert N. | 6.2 | $ | 8,456.80 | Review P. Shimamoto memorandum re B. Woodall deposition; review and comment on objections to Marchick deposition notice and document requests; review and comment on draft motion to compel production of privileged documents; email correspondence with P. Melville re depositions; telephone call with J. Chow; review proposed joint stipulation and status report; draft Defendants' insert for same; prepare for B. Woodall deposition | 3 | $ | 4,089.00 | 50% | 1.50 | $ | 2,044.50 |
| 10/4/22 | Klieger, Robert N. | 10.9 | $ | 14,867.60 | Prepare for B. Woodall deposition; review Plaintiff's motion for terminating sanctions; review Plaintiff's motion to amend scheduling order; confer with J. Chow re same; email correspondence with Plaintiff's counsel re hearing date; email correspondence with P. Shimamoto re screenshots bearing on statute of limitations | 9 | $ | 12,267.00 | 50% | 4.50 | $ | 6,133.50 |
| 10/5/22 | Klieger, Robert N. | 12.5 | $ | 17,050.00 | Prepare for and take deposition of B. Woodall; confer with J. Chow and P. Shimamoto re same; email correspondence with P. Shimamoto re Speckin analysis, P. Young telephone call | 12.5 | $ | 17,037.50 | 50% | 6.25 | $ | 8,518.75 |
| 10/6/22 | Klieger, Robert N. | 2.2 | $ | 3,000.80 | Email correspondence re “Moana's New Friend”; email correspondence with J. Chow and P. Shimamoto re P. Young; email correspondence with E. Botwin and P. Shimamoto re intended motions for review of magistrate judge's ruling and improper confidentiality designations; outline response to motion for terminating sanctions; email correspondence with J. Chow and P. Shimamoto re same, discovery strategy; review draft stipulation to continue hearing | 0.1 | $ | 136.30 | 100% | 0.10 | $ | 136.30 |
| 10/7/22 | Klieger, Robert N. | 2.8 | $ | 3,819.20 | Review Plaintiff's production of document withheld for privilege and email correspondence re same; email correspondence with J. Chow and P. Shimamoto re strategy/planning; review order on motion to continue hearing and email correspondence re same; email correspondence with P. Shimamoto re termination sanctions motion and opposition; telephone call with J. Chow | 0.4 | $ | 545.20 | 50% | 0.20 | $ | 272.60 |
| 10/8/22 | Klieger, Robert N. | 4.3 | $ | 5,865.20 | Email correspondence with P. Shimamoto re opposition to motion for terminating sanctions; review draft of same; review client comments on draft opposition; research and analysis for terminating sanctions motion; draft terminating sanctions motion | 3 | $ | 4,089.00 | 100% | 3.00 | $ | 4,089.00 |
| 10/9/22 | Klieger, Robert N. | 13.5 | $ | 18,414.00 | Draft and revise terminating sanctions motion; telephone call with J. Chow | 13.5 | $ | 18,400.50 | 100% | 13.50 | $ | 18,400.50 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/10/22 | Klieger, Robert N. | 8.9 | $ | 12,139.60 | Review revised opposition to motion for terminating sanctions and email correspondence re same; meet and confer with E. Botwin and P. Shimamoto; telephone call and email correspondence with J. Chow re draft terminating sanctions motion; draft P. Young declaration and email correspondence re same; email correspondence with E. Botwin and P. Shimamoto re meet and confer; revise opposition to motion for terminating sanctions; review email correspondence with F. Mukai re Pearl declaration; telephone conference with F. Mukai, J. Chow, and P. Shimamoto re same | 0.7 | $ | 954.10 | 100% | 0.70 | $ | 954.10 |
| 10/11/22 | Klieger, Robert N. | 8.2 | $ | 11,184.80 | Revise opposition to motion for terminating sanctions; draft opposition to motion to amend scheduling order; telephone call and email correspondence with J. Chow; review terminating sanctions motion; draft declarations and assemble exhibits for same; review draft declaration in support of opposition to motion for terminating sanctions and email correspondence re same; review F. Mukai email correspondence re P. Young declaration | 0.5 | $ | 681.50 | 100% | 0.50 | $ | 681.50 |
| 10/12/22 | Klieger, Robert N. | 0.4 | $ | 545.60 | Review revised draft motion to compel and client comments on same; telephone call with J. Chow | 0.4 | $ | 545.20 | 50% | 0.20 | $ | 272.60 |
| 10/17/22 | Klieger, Robert N. | 0.4 | $ | 545.60 | Telephone call with J. Chow; review order extending time and consolidating hearings; review and revise draft requests for production, interrogatories, and requests for admission | 0.2 | $ | 272.60 | 50% | 0.10 | $ | 136.30 |
| 10/22/22 | Klieger, Robert N. | 0.4 | $ | 545.60 | Review Plaintiff's production of documents subject to motion to compel and email correspondence re same | 0.4 | $ | 545.20 | 50% | 0.20 | $ | 272.60 |
| 10/24/22 | Klieger, Robert N. | 2.2 | $ | 3,000.80 | Telephone call with J. Chow; review and comment on draft subpoena to P. Young; draft letter to L. Suarez re deficiencies in Plaintiff's document production; review order granting motion to modify scheduling order; review P. Shimamoto memorandum and compilation of documents from Plaintiff's supplemental production | 1 | $ | 1,363.00 | 100% | 1.00 | $ | 1,363.00 |
| 10/25/22 | Klieger, Robert N. | 2.6 | $ | 3,546.40 | Email correspondence re request for extension of time to oppose terminating sanctions motion; telephone call with J. Chow re same; email correspondence and telephone call with P. Melville re same; review ex parte application for leave to file untimely opposition; review and comment on draft opposition to same | 2.6 | $ | 3,543.80 | 100% | 2.60 | $ | 3,543.80 |
| 10/26/22 | Klieger, Robert N. | 1.1 | $ | 1,500.40 | Review Plaintiff's reply in support of ex parte application for leave to file untimely opposition; conference with J. Chow and P. Shimamoto; email correspondence with P. Shimamoto re confidentiality designations, California bond statute; email correspondence with J. Chow and P. Shimamoto re stipulation for withdrawal of motion to compel | 0.4 | $ | 545.20 | 100% | 0.40 | $ | 545.20 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/27/22 | Klieger, Robert N. | 4.7 | $ | 6,410.80 | Review order granting ex parte application for leave to file untimely opposition; telephone call with J. Chow; research and analysis for reply in support of terminating sanctions motion; review J. Ross correspondence re intended motion for reconsideration of order on motion to amend scheduling order; draft response to same | 2 | $ | 2,726.00 | 100% | 2.00 | $ 2,726.00 |
| 10/30/22 | Klieger, Robert N. | 3 | $ | 4,092.00 | Draft reply in support of terminating sanctions motion; review P. Shimamoto email correspondence re “Rip Girls” | 2.5 | $ | 3,407.50 | 100% | 2.50 | $ 3,407.50 |
| 10/31/22 | Klieger, Robert N. | 2.3 | $ | 3,137.20 | Telephonic meet and confer with J. Ross; email correspondence re same; draft reply in support of terminating sanctions motion | 2 | $ | 2,726.00 | 100% | 2.00 | $ 2,726.00 |
| 11/1/22 | Klieger, Robert N. | 3.7 | $ | 5,046.80 | Draft reply in support of motion for terminating sanctions; email correspondence with J. Chow and P. Shimamoto re P. Young subpoena | 3.7 | $ | 5,043.10 | 100% | 3.70 | $ 5,043.10 |
| 11/2/22 | Klieger, Robert N. | 5.8 | $ | 7,911.20 | Draft and revise reply in support of motion for terminating sanctions; review J. Chow and P. Shimamoto comments on same; telephone call with J. Chow re same; review metadata log from E. Botwin | 5 | $ | 6,815.00 | 100% | 5.00 | $ 6,815.00 |
| 11/3/22 | Klieger, Robert N. | 1.6 | $ | 2,182.40 | Telephone call with J. Chow; email correspondence re deposition scheduling; email correspondence with J. Ross re plaintiff's document collection; revise reply in support of motion for terminating sanctions | 1 | $ | 1,363.00 | 100% | 1.00 | $ 1,363.00 |
| 11/4/22 | Klieger, Robert N. | 1.5 | $ | 2,046.00 | Revise reply in support of motion for terminating sanctions; review P. Shimamoto comments on same | 1.5 | $ | 2,044.50 | 100% | 1.50 | $ 2,044.50 |
| 11/5/22 | Klieger, Robert N. | 1.3 | $ | 1,773.20 | Review J. Chow comments on reply in support of motion for terminating sanctions; telephone call with J. Chow re same; meeting with J. Chow and P. Shimamoto re same; further revisions to reply | 1.3 | $ | 1,771.90 | 100% | 1.30 | $ 1,771.90 |
| 11/6/22 | Klieger, Robert N. | 2.5 | $ | 3,410.00 | Revise reply in support of motion for terminating sanctions; email correspondence with J. Chow and P. Shimamoto re same | 2.5 | $ | 3,407.50 | 100% | 2.50 | $ 3,407.50 |
| 11/7/22 | Klieger, Robert N. | 1.6 | $ | 2,182.40 | Telephone call with J. Chow; review plaintiff's motion for reconsideration; email correspondence with J. Ross re plaintiff's document production; further revise reply in support of motion for terminating sanctions | 1 | $ | 1,363.00 | 100% | 1.00 | $ 1,363.00 |
| 11/8/22 | Klieger, Robert N. | 0.3 | $ | 409.20 | Review P. Shimamoto comments in reply in support of motion for terminating sanctions; email correspondence re same | 0.3 | $ | 408.90 | 100% | 0.30 | $ 408.90 |
| 11/10/22 | Klieger, Robert N. | 0.9 | $ | 1,227.60 | Draft correspondence to J. Ross re plaintiff's document production; email correspondence re deposition scheduling | 0.5 | $ | 681.50 | 100% | 0.50 | $ 681.50 |
| 11/16/22 | Klieger, Robert N. | 1.8 | $ | 2,455.20 | Review plaintiff's responses to outstanding discovery; research and analysis for defendants' potion of joint stipulation re confidentiality designations | 0.4 | $ | 545.20 | 50% | 0.20 | $ 272.60 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/17/22 | Klieger, Robert N. | 6 | $ 8,184.00 | Draft defendants' portion of joint stipulation re confidentiality designations; review P. Shimamoto comments on same; email correspondence with J. Chow, P. Shimamoto, and M. Millard re redesignations; telephone call with J. Chow; review correspondence with J. Ross re plaintiff's document production; review plaintiff's reply in support of motion for reconsideration; review draft requests for admission | 0.4 | $ 545.20 | 50% | 0.20 | $ 272.60 |
| 11/26/22 | Klieger, Robert N. | 3.1 | $ 4,228.40 | Prepare for hearing on motions for terminating sanctions | 1.6 | $ 2,180.80 | 100% | 1.60 | $ 2,180.80 |
| 11/27/22 | Klieger, Robert N. | 0.8 | $ 1,091.20 | Prepare for hearing on motions for terminating sanctions; review P. Shimamoto memo re possible motion to compel | 0.4 | $ 545.20 | 100% | 0.40 | $ 545.20 |
| 11/28/22 | Klieger, Robert N. | 9.2 | $ 12,548.80 | Prepare for hearing on motions for terminating sanctions; meeting with J. Chow and P. Shimamoto re same | 4.6 | $ 6,269.80 | 100% | 4.60 | $ 6,269.80 |
| 11/29/22 | Klieger, Robert N. | 8 | $ 10,912.00 | Prepare for and attend hearing on motions for terminating sanctions; strategy meeting with J. Chow and P. Shimamoto; meet and confer meeting with L. Suarez, G. Lage, J. Ross, W. Christian, and P. Shimamoto; telephone call with J. Chow; review order on plaintiff's motion for reconsideration; email correspondence re deposition scheduling | 2.5 | $ 3,407.50 | 100% | 2.50 | $ 3,407.50 |
| 12/1/22 | Klieger, Robert N. | 3.1 | $ 4,225.30 | Telephone call with J. Chow; email correspondence with P. Shimamoto re potential special masters; email correspondence with J. Chow and P. Shimamoto re privilege log, deposition scheduling; email correspondence with J. Chow and P. Shimamoto re P. Young deposition and passport; draft supplemental brief re HC-AEO designations; review P. Shimamoto comments on same; telephone call with J. Chow | 0.2 | $ 272.60 | 100% | 0.20 | $ 272.60 |
| 12/3/22 | Klieger, Robert N. | 1.7 | $ 2,317.10 | Review previously served written discovery; draft proposed additional interrogatories and requests for admission | 1.7 | $ 2,317.10 | 50% | 0.85 | $ 1,158.55 |
| 12/4/22 | Klieger, Robert N. | 2.9 | $ 3,952.70 | Email correspondence with J. Chow re additional written discovery and potential discovery motions; research and analysis re demand for production of emails in native format | 0.4 | $ 545.20 | 50% | 0.20 | $ 272.60 |
| 12/5/22 | Klieger, Robert N. | 2.5 | $ 3,407.50 | Review order on motion re HC-AEO designations; email correspondence with E. Botwin re same; email correspondence with J. Ross re demand for production of emails in native format; revise proposed interrogatories and requests for admission; email correspondence with P. Shimamoto re same; review draft documents requests to K. Spiers and M. Bauman; email correspondence with J. Chow and P. Shimamoto re issues for discovery motions | 1.2 | $ 1,635.60 | 50% | 0.60 | $ 817.80 |
| 12/6/22 | Klieger, Robert N. | 0.4 | $ 545.20 | Review and revise draft meet and confer email; email correspondence with J. Chow and P. Shimamoto re P. Young deposition | 0.2 | $ 272.60 | 100% | 0.20 | $ 272.60 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/7/22 | Klieger, Robert N. | 1.1 | $ | 1,499.30 | Meeting with J. Chow, H. Knowles, C. Egan, W. Ho, G. Lee, and J. Clark re consumer products; email correspondence with J. Chow and P. Shimamoto re P. Young deposition; email correspondence with P. Shimamoto re draft interrogatory | 0.2 | $ | 272.60 | 100% | 0.20 | $ | 272.60 |
| 12/9/22 | Klieger, Robert N. | 0.5 | $ | 681.50 | Review draft response to E. Botwin meet and confer correspondence; review P. Young deposition transcript; telephone call with J. Chow | 0.1 | $ | 136.30 | 100% | 0.10 | $ | 136.30 |
| 12/11/22 | Klieger, Robert N. | 1 | $ | 1,363.00 | Review revised meet and confer correspondence; email correspondence with P. Shimamoto re same; email correspondence with J. Ross re production of CD/DVDs | 0.4 | $ | 545.20 | 50% | 0.20 | $ | 272.60 |
| 12/12/22 | Klieger, Robert N. | 2.5 | $ | 3,407.50 | Review E. Botwin meet and confer correspondence; email correspondence with J. Ross re production of CD/DVDs; email correspondence with P. Shimamoto and S. Varghese re metadata from plaintiff's production; draft defendants' sections of joint stipulation re motion to force compliance | 0.4 | $ | 545.20 | 50% | 0.20 | $ | 272.60 |
| 12/13/22 | Klieger, Robert N. | 1.4 | $ | 1,908.20 | Email correspondence with P. Shimamoto re discovery concerning compliance with rules of professional conduct; email correspondence with J. Ross re production of CD/DVDs; review E. Botwin correspondence and email correspondence with J. Chow and P. Shimamoto re same; draft defendants' sections of joint stipulation re motion to force compliance | 0.4 | $ | 545.20 | 50% | 0.20 | $ | 272.60 |
| 1/7/23 | Klieger, Robert N. | 0.2 | $ | 272.60 | Review plaintiff's responses to interrogatories and requests for admission; email correspondence with J. Chow and P. Shimamoto re same | 0.2 | $ | 272.60 | 50% | 0.10 | $ | 136.30 |
| 1/18/23 | Klieger, Robert N. | 2.8 | $ | 3,816.40 | Review email correspondence re deposition continuances; review DBG/BVD agreements and email correspondence re same; draft letter to E. Botwin re order on motion to force compliance; email correspondence with E. Botwin re incomplete paper documents and CD/DVDs | 0.4 | $ | 545.20 | 50% | 0.20 | $ | 272.60 |
| 1/23/23 | Klieger, Robert N. | 0.5 | $ | 681.50 | Email correspondence with E. Botwin re motions for contempt and to compel; review plaintiff's supplemental interrogatory responses and email correspondence re same | 0.4 | $ | 545.20 | 50% | 0.20 | $ | 272.60 |
| 2/2/23 | Klieger, Robert N. | 1.1 | $ | 1,499.30 | Telephone call with J. Chow; email correspondence with P. Shimamoto re Bauman/Speirs depositions; email correspondence with E. Botwin re CD/DVDs; draft insert for P. Shimamoto correspondence re email production; review revised stipulation to extend deadlines and email correspondence re same | 0.4 | $ | 545.20 | 50% | 0.20 | $ | 272.60 |
| 2/3/23 | Klieger, Robert N. | 0.2 | $ | 272.60 | Email correspondence re Speirs deposition | 0.2 | $ | 272.60 | 50% | 0.10 | $ | 136.30 |
| 2/6/23 | Klieger, Robert N. | 0.4 | $ | 545.20 | Telephone call with J. Chow; review email correspondence with L. Hall re Bauman deposition; email correspondence with E. Botwin re draft motion | 0.2 | $ | 272.60 | 50% | 0.10 | $ | 136.30 |
| 2/15/23 | Klieger, Robert N. | 1 | $ | 1,363.00 | Telephone calls with J. Chow; meet and confer with E. Botwin and P. Shimamoto; review email correspondence re Bauman deposition | 0.2 | $ | 272.60 | 50% | 0.10 | $ | 136.30 |
| 2/26/23 | Klieger, Robert N. | 1.1 | $ | 1,499.30 | Prepare for M. Bauman deposition | 1.1 | $ | 1,499.30 | 50% | 0.55 | $ | 749.65 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/27/23 | Klieger, Robert N. | 2.4 | $ | 3,271.20 | Prepare for and take deposition of M. Bauman; email correspondence with E. Botwin re Shurer deposition notice | 2.2 | $ | 2,998.60 | 50% | 1.10 | $ 1,499.30 |
| 3/28/23 | Klieger, Robert N. | 3.2 | $ | 4,361.60 | Telephone call with E. Botwin; email correspondence with J. Chow and E. Botwin re deposition scheduling; prepare for K. Speirs deposition | 2 | $ | 2,726.00 | 50% | 1.00 | $ 1,363.00 |
| 3/29/23 | Klieger, Robert N. | 8.4 | $ | 11,449.20 | Prepare for and take K. Speirs deposition; email correspondence with J. Chow and E. Botwin re deposition scheduling; telephone call with J. Chow; revise draft responses to written discovery; email correspondence with J. Chow and P. Shimamoto re same | 4 | $ | 5,452.00 | 50% | 2.00 | $ 2,726.00 |
| 9/7/23 | Klieger, Robert N. | 1.1 | $ | 1,499.30 | Review email correspondence re bank subpoenas; review and revise draft requests for production and requests for admission to plaintiff; email correspondence with P. Shimamoto re same | 0.8 | $ | 1,090.40 | 50% | 0.40 | $ 545.20 |
| 9/17/23 | Klieger, Robert N. | 4 | $ | 5,452.00 | Telephone call with J. Chow; review and revise objections to requests for production and requests for admission to TWDC; draft requests for production to plaintiff; draft supplemental disclosures; draft response to A. Morris correspondence re financial information | 0.6 | $ | 817.80 | 50% | 0.30 | $ 408.90 |
| 10/4/23 | Klieger, Robert N. | 4.7 | $ | 6,406.10 | Review and analyze files from DVD/CDs produced by plaintiff; telephone calls with J. Chow; email correspondence with P. Shimamoto re Heckmann deposition; review A. Morris discovery correspondence; review and revise draft supplemental brief re Mandeville motion; email correspondence with P. Shimamoto re same; email correspondence with J. Yeu (Latham); review email correspondence re potential bond motion; email correspondence with A. To re front of house collection; email correspondence with P. Shimamoto re consumer products email review; draft supplemental brief in opposition to motion to compel email production | 3 | $ | 4,089.00 | 50% | 1.50 | $ 2,044.50 |
| 10/6/23 | Klieger, Robert N. | 4.8 | $ | 6,542.40 | Email correspondence with P. Shimamoto re Disney TV Animation document review; email correspondence with K. Fujita re financial information; email correspondence with A. Morris re consumer products production; email correspondence with E. Botwin and P. Shimamoto re Heckmann deposition; review 2004 Copyright Office deposit; review and analyze files from CD/DVDs produced by plaintiff; review plaintiff's supplemental brief in support of motion to compel email production; review plaintiff's supplemental brief in opposition to Mandeville motion | 2.4 | $ | 3,271.20 | 50% | 1.20 | $ 1,635.60 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/23 | Klieger, Robert N. | 5.9 | $ | 8,041.70 | Draft response to A. Morris correspondence; review T. Curotto deposition transcript; review E. Botwin discovery correspondence; draft L.R. 37-1 letter to E. Botwin re plaintiff's responses to sixth sets of requests for production and requests for admission; email correspondence with S. Varghese re BVB production; review order granting motion to compel email production; email correspondence with J. Chow and E. Botwin re same; email correspondence with A. Morris re document production; revise draft stipulation re Heckmann deposition | 0.6 | $ 817.80 | 50% | 0.30 | $ | 408.90 |
| 10/12/23 | Klieger, Robert N. | 2.1 | $ | 2,862.30 | Email correspondence with E. Botwin re Heckmann stipulation; review ruling on Mandeville motion and email correspondence re same; email correspondence with A. Morris re damages discovery extension; telephone call and email correspondence with J. Chow, T. Taylor, P. Shimamoto, and S. Varghese re BVB and DCP productions; review Random House and Chronicle Books agreements; email correspondence with P. Shimamoto re plaintiff's production | 0.4 | $ 545.20 | 50% | 0.20 | $ | 272.60 |
| 10/17/23 | Klieger, Robert N. | 3.3 | $ | 4,497.90 | Telephone call with A. Morris; prepare for and lead D. Hoberman deposition preparation session; telephone call with J. Chow; review plaintiff's reply in support of motion for OSC re contempt; revise draft stipulation for Heckmann deposition and email correspondence with E. Botwin re same; email correspondence with P. Shimamoto re application to seal | 0.4 | $ 545.20 | 50% | 0.20 | $ | 272.60 |
| 10/18/23 | Klieger, Robert N. | 0.2 | $ | 272.60 | Telephone call with J. Chow; email correspondence with M. Gramer (Goldman) re indemnification request; review plaintiff's responses to seventh set of requests for production | 0.2 | $ 272.60 | 50% | 0.10 | $ | 136.30 |
| 10/19/23 | Klieger, Robert N. | 5.4 | $ | 7,360.20 | Videoconference with client re front of house records; videoconference with D. Hoberman, J. Chow, and P. Shimamoto; defend D. Hoberman deposition; review E. Botwin declaration; draft L.R. 37-1 letter re plaintiff's responses to seventh set of request for production; revise J. Rovin engagement letter | 0.8 | $ 1,090.40 | 50% | 0.40 | $ | 545.20 |
| 10/22/23 | Klieger, Robert N. | 5.2 | $ | 7,087.60 | Review and analyze files from CD/DVDs produced by plaintiff; research and analysis for Rule 11 motion | 4.2 | $ 5,724.60 | 50% | 2.10 | $ | 2,862.30 |
| 11/3/23 | Klieger, Robert N. | 3.1 | $ | 4,225.30 | Meeting with J. Rovin and P. Shimamoto; research and analysis re extrinsic test; email correspondence with P. Shimamoto re Heckmann deposition; telephone call with J. Chow | 0.2 | $ 272.60 | 50% | 0.10 | $ | 136.30 |
| 11/7/23 | Klieger, Robert N. | 1.9 | $ | 2,589.70 | Review email correspondence with potential Polynesian folklore experts; review order denying motion for issuance of OSC re contempt; email correspondence with A. To and T. Taylor re Rohde email search; email correspondence with P. Shimamoto re Spreckin expert report | 0.1 | $ 136.30 | 100% | 0.10 | $ | 136.30 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/26/23 | Klieger, Robert N. | 8.7 | $ | 11,858.10 | Draft opposition to contempt motion; email correspondence with E. Botwin re Heckmann deposition; email correspondence with P. Shimamoto re Rovin report; telephone call with J. Chow | 0.2 | $ | 272.60 | 50% | 0.10 | $ | 136.30 |
| 11/27/23 | Klieger, Robert N. | 11.5 | $ | 15,674.50 | Draft opposition to contempt motion and declaration in support of same; email correspondence with E. Botwin re Heckmann deposition; review J. Rovin additions to draft report; review P. Shimamoto revisions to draft report; email correspondence with clerk re hearing date | 0.2 | $ | 272.60 | 50% | 0.10 | $ | 136.30 |
| 11/30/23 | Klieger, Robert N. | 6.1 | $ | 8,314.30 | Revise draft Rovin report; telephone call and email correspondence with G. Fox; email correspondence with J. Chow and P. Shimamoto; email correspondence with E. McPherson re Heckmann deposition; telephone call with J. Chow | 0.2 | $ | 272.60 | 50% | 0.10 | $ | 136.30 |
| 12/5/23 | Klieger, Robert N. | 2.1 | $ | 2,862.30 | Videoconference with J. Chow, J. McGuire, and K. Hurley re potential rebuttal experts; review plaintiff's reply in support of motion for contempt; email correspondence with E. Botwin re expert depositions; prepare for P. Heckmann deposition | 0.8 | $ | 1,090.40 | 50% | 0.40 | $ | 545.20 |
| 12/6/23 | Klieger, Robert N. | 6.6 | $ | 8,995.80 | Videoconference with M. Alohalani Brown and P. Shimamoto; telephone call with J. Chow; email correspondence with E. McPherson, J. Spillane, and E. Botwin re P. Heckmann deposition; prepare for P. Heckmann deposition; draft expert engagement letter for M. Alohalani Brown; review P. Heckmann document production; email correspondence with A. To re FOH documents; email correspondence with V. Hereniko and M. Alohalani Brown | 4.4 | $ | 5,997.20 | 50% | 2.20 | $ | 2,998.60 |
| 12/7/23 | Klieger, Robert N. | 5.8 | $ | 7,905.40 | Videoconference and email correspondence with V. Hereniko; review plaintiff's intended exhibits for P. Heckmann deposition; prepare for P. Heckmann deposition; email correspondence with E. Botwin re publications considered; email correspondence with J. Spillane re Heckmann criminal conviction | 4.8 | $ | 6,542.40 | 50% | 2.40 | $ | 3,271.20 |
| 12/8/23 | Klieger, Robert N. | 7.8 | $ | 10,631.40 | Prepare for and take deposition of P. Heckmann; telephone call with J. Chow | 7.8 | $ | 10,631.40 | 50% | 3.90 | $ | 5,315.70 |
| 2/12/24 | Klieger, Robert N. | 4.9 | $ | 6,678.70 | VIDEOCONFERENCE AND EMAIL CORRESPONDENCE WITH J. CHOW, S. EGGEBRECHT, L. MORADIAN, AND P. SHIMAMOTO RE FINANCIAL DISCOVERY; DRAFT DEPOSITION NOTICES FOR S. NILSEN, T. HUNT, AND D. ROMAN; EMAIL CORRESPONDENCE WITH G. FOX RE DEPOSITION SCHEDULING; REVIEW COPYRIGHT OFFICE DEPOSIT MATERIALS AND EMAIL CORRESPONDENCE WITH P. SHIMAMOTO RE SAME; RESEARCH AND ANALYSIS FOR SUMMARY JUDGMENT MOTION | 1.6 | $ | 2,180.80 | 50% | 0.80 | $ | 1,090.40 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3/28/24 | Klieger, Robert N. | 2.3 | $ 3,134.90 | VIDEO CONFERENCE WITH J. CHOW AND P. SHIMAMOTO RE SUMMARY JUDGMENT MOTIONS; EMAIL CORRESPONDENCE WITH R. WUNDERLICH RE S. SMITH AND C. BOSCHAN DEPOSITIONS; TELEPHONE CALLS WITH J. CHOW; PREPARE FOR S. SMITH DEPOSITION | 0.6 | $ 817.80 | 50% | 0.30 | $ 408.90 |
| 4/7/24 | Klieger, Robert N. | 4.5 | $ 6,133.50 | EMAIL CORRESPONDENCE WITH R. COULTER; EMAIL CORRESPONDENCE WITH J. ROVIN; EMAIL CORRESPONDENCE WITH R. WUNDERLICH; RESEARCH AND ANALYSIS FOR MEDIATION BRIEF AND SUMMARY JUDGMENT MOTION | 3 | $ 4,089.00 | 50% | 1.50 | $ 2,044.50 |
| 4/8/24 | Klieger, Robert N. | 3 | $ 4,089.00 | TELEPHONE CALL AND EMAIL CORRESPONDENCE WITH R. COULTER; REVIEW P. HECKMANN DEPOSITION TRANSCRIPT; EMAIL CORRESPONDENCE WITH P. SHIMAMOTO RE INDUSTRY EXPERT; RESEARCH AND ANALYSIS FOR MEDIATION BRIEF AND SUMMARY JUDGMENT MOTION | 2 | $ 2,726.00 | 50% | 1.00 | $ 1,363.00 |
| 4/9/24 | Klieger, Robert N. | 3.1 | $ 4,225.30 | EMAIL CORRESPONDENCE WITH R. WUNDERLICH; RESEARCH AND ANALYSIS FOR MEDIATION BRIEF AND SUMMARY JUDGMENT MOTION | 2 | $ 2,726.00 | 50% | 1.00 | $ 1,363.00 |
| 4/15/24 | Klieger, Robert N. | 6.1 | $ 8,314.30 | TELEPHONE CALLS WITH J. CHOW; REVISE MEDIATION BRIEF; EMAIL CORRESPONDENCE WITH J. CHOW AND P. SHIMAMOTO RE SAME; REVIEW DRAFT WUNDERLICH REPORT; TELEPHONE CALL AND EMAIL CORRESPONDENCE WITH G. FOX; REVIEW DRAFT J. MUSKER DECLARATION; REVIEW ORDER ON CONTEMPT MOTION; EMAIL CORRESPONDENCE WITH J. WARE (JAMS); EMAIL CORRESPONDENCE WITH E. BOTWIN; RESEARCH AND ANALYSIS FOR SUMMARY JUDGMENT MOTION | 1.4 | $ 1,908.20 | 50% | 0.70 | $ 954.10 |
| 4/16/24 | Klieger, Robert N. | 6.3 | $ 8,586.90 | VIDEOCONFERENCE WITH R. WUNDERLICH, J. CHOW, AND P. SHIMAMOTO; VIDEOCONFERENCE WITH J. MCDONALD, J. MCGUIRE, AND J. CHOW; TELEPHONE CALLS WITH J. CHOW; TELEPHONE CALL AND EMAIL CORRESPONDENCE WITH G. FOX; REVIEW AND REVISE DRAFT STIPULATION RE EXPERT REPORTS; REVIEW DRAFT J. JULIUS, T. LIEBERMAN, J. MARCHICK, M. MALONE, AND P. RIBON DECLARATIONS; REVIEW REVISED WUNDERLICH REPORT; TELEPHONE CALL WITH R. WUNDERLICH | 0.4 | $ 545.20 | 50% | 0.20 | $ 272.60 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/17/24 | Klieger, Robert N. | 4.8 | $ | 6,542.40 | VIDEOCONFERENCE WITH R. WUNDERLICH, S. EGGEBRECHT, AND J. CHOW; TELEPHONE CALL WITH R. WUNDERLICH; TELEPHONE CALL WITH J. CHOW; MEET AND CONFER CORRESPONDENCE WITH E. BOTWIN RE SUMMARY JUDGMENT MOTIONS; REVIEW REVISED WUNDERLICH REPORT AND PREPARE MARKUP OF SAME; DRAFT REBUTTAL EXPERT DISCLOSURE | 0.2 | $ | 272.60 | 50% | 0.10 | $ | 136.30 |
| 4/22/24 | Klieger, Robert N. | 8.3 | $ | 11,312.90 | EMAIL CORRESPONDENCE WITH E. BOTWIN; DRAFT JOINT STIPULATION RE SUMMARY JUDGMENT BRIEFING AND HEARING; REVISE SUMMARY JUDGMENT DECLARATIONS | 1 | $ | 1,363.00 | 50% | 0.50 | $ | 681.50 |
| 4/23/24 | Klieger, Robert N. | 6.1 | $ | 8,314.30 | EMAIL CORRESPONDENCE WITH E. BOTWIN RE MOTION TO EXCLUDE PORTIONS OF R. WUNDERLICH REPORT; EMAIL CORRESPONDENCE WITH E. BOTWIN RE MOTION TO EXCLUDE R. COULTER; REVISE SUMMARY JUDGMENT DECLARATIONS; REVIEW PLAINTIFF'S REQUESTS FOR ADMISSION; TELEPHONE CALLS WITH J. CHOW | 0.8 | $ | 1,090.40 | 50% | 0.40 | $ | 545.20 |
| 4/24/24 | Klieger, Robert N. | 5.6 | $ | 7,632.80 | ATTEND MEDIATION; RESEARCH AND ANALYSIS FOR SUMMARY JUDGMENT MOTION | 1.2 | $ | 1,635.60 | 50% | 0.60 | $ | 817.80 |
| 4/25/24 | Klieger, Robert N. | 2.4 | $ | 3,271.20 | PREPARE FOR MEET AND CONFER ON SUMMARY JUDGMENT MOTIONS AND MOTIONS TO EXCLUDE EXPERTS; REVIEW P. SHIMAMOTO SECTION FOR MARCHICK SUMMARY JUDGMENT MOTION AND EVIDENCE CITED IN SAME; REVIEW REVISED J. JULIUS DECLARATION; EMAIL CORRESPONDENCE WITH P. SHIMAMOTO RE SUMMARY JUDGMENT DECLARATIONS | 2 | $ | 2,726.00 | 50% | 1.00 | $ | 1,363.00 |
| 4/26/24 | Klieger, Robert N. | 2.2 | $ | 2,998.60 | EMAIL CORRESPONDENCE WITH J. CHOW AND P. SHIMAMOTO RE SUMMARY JUDGMENT DECLARATIONS; DRAFT SUMMARY JUDGMENT MOTION | 2 | $ | 2,726.00 | 50% | 1.00 | $ | 1,363.00 |
| 4/27/24 | Klieger, Robert N. | 3.1 | $ | 4,225.30 | DRAFT SUMMARY JUDGMENT MOTION | 3.1 | $ | 4,225.30 | 50% | 1.55 | $ | 2,112.65 |
| 4/28/24 | Klieger, Robert N. | 4.8 | $ | 6,542.40 | DRAFT SUMMARY JUDGMENT MOTION; EMAIL CORRESPONDENCE WITH E. BOTWIN RE MEET AND CONFER; EMAIL CORRESPONDENCE RE R. WUNDERLICH DEPOSITION SCHEDULING | 4 | $ | 5,452.00 | 50% | 2.00 | $ | 2,726.00 |
| 4/29/24 | Klieger, Robert N. | 9.2 | $ | 12,539.60 | TELEPHONE CALL WITH J. CHOW; REVISE J. JULIUS AND R. CLEMENTS DECLARATIONS; REVIEW WUNDERLICH DEPOSITION NOTICE; EMAIL CORRESPONDENCE RE R. COULTER DEPOSITION SCHEDULING; DRAFT SUMMARY JUDGMENT MOTION | 8 | $ | 10,904.00 | 50% | 4.00 | $ | 5,452.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4/30/24 | Klieger, Robert N. | 6 | $ 8,178.00 | PREPARE FOR AND ATTEND MEET AND CONFER RE SUMMARY JUDGMENT MOTIONS AND MOTIONS TO EXCLUDE EXPERTS; TELEPHONE CALLS WITH J. CHOW; EMAIL CORRESPONDENCE WITH E. BOTWIN; EMAIL CORRESPONDENCE WITH J. ROVIN; DRAFT SUMMARY JUDGMENT MOTION | 4.2 | $ 5,724.60 | 50% | 2.10 | $ 2,862.30 |
| 5/1/24 | Klieger, Robert N. | 12.6 | $ 17,173.80 | DRAFT SUMMARY JUDGMENT MOTION; VIDEOCONFERENCE WITH J. JULIUS, J. CHOW, AND P. SHIMAMOTO; REVIEW REVISED J. JULIUS DECLARATION; EMAIL CORRESPONDENCE WITH J. CHOW RE J. MCDONALD DECLARATION; TELEPHONE CALL WITH J. CHOW; EMAIL CORRESPONDENCE WITH E. BOTWIN RE PROPOSED STIPULATIONS; EMAIL CORRESPONDENCE WITH P. SHIMAMOTO RE EXHIBITS TO MOTION | 10.4 | $ 14,175.20 | 50% | 5.20 | $ 7,087.60 |
| 5/2/24 | Klieger, Robert N. | 16.4 | $ 22,353.20 | DRAFT SUMMARY JUDGMENT MOTION; EMAIL CORRESPONDENCE WITH J. CHOW AND P. SHIMAMOTO RE SAME AND SUPPORTING DECLARATIONS; VIDEOCONFERENCE WITH J. MUSKER, J. CHOW, J. MCGUIRE, AND P. SHIMAMOTO; VIDEOCONFERENCE WITH R. CLEMENTS, J. CHOW, AND P. SHIMAMOTO; VIDEOCONFERENCE WITH M. SCHNITTKER, J. CHOW, AND P. SHIMAMOTO; DEPOSITION PREPARATION SESSION WITH R. WUNDERLICH; DRAFT AND REVISE M. SCHNITTKER DECLARATION; REVIEW REVISED J. MUSKER DECLARATION AND COMMENT ON SAME; REVIEW AND REVISE DRAFT J. ROVINDECLARATION; TELEPHONE CALLS WITH J. CHOW | 9.6 | $ 13,084.80 | 50% | 4.80 | $ 6,542.40 |
| 5/3/24 | Klieger, Robert N. | 11.4 | $ 15,538.20 | DRAFT SUMMARY JUDGMENT MOTION; REVIEW P. SHIMAMOTO COMMENTS ON SAME; DEFEND R. WUNDERLICH DEPOSITION; TELEPHONE CALLS WITH J. CHOW; EMAIL CORRESPONDENCE WITH J. CHOW AND P. SHIMAMOTO RE REDACTIONS | 6.4 | $ 8,723.20 | 50% | 3.20 | $ 4,361.60 |
| 5/4/24 | Klieger, Robert N. | 5.2 | $ 7,087.60 | EMAIL CORRESPONDENCE WITH J. CHOW AND P. SHIMAMOTO RE DRAFT SUMMARY JUDGMENT MOTION; REVIEW PROPOSED EDITS TO SAME; DRAFT STATEMENT OF UNDISPUTED FACTS; REVISE SUMMARY JUDGMENT MOTION; REVIEW P. SHIMAMOTO COMMENTS ON SAME; TELEPHONE CALL WITH J. CHOW; REVIEW DRAFT J. JULIUS DECLARATION RE SEALING AND EMAIL CORRESPONDENCE RE SAME | 4.8 | $ 6,542.40 | 50% | 2.40 | $ 3,271.20 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/5/24 | Klieger, Robert N. | 2.5 | $ | 3,407.50 | EMAIL CORRESPONDENCE WITH J. CHOW AND P. SHIMAMOTO RE DECLARATIONS; REVISE J. MCDONALD DECLARATION; REVIEW DRAFT REQUEST FOR JUDICIAL NOTICE AND EMAIL CORRESPONDENCE RE SAME; TELEPHONE CALL WITH J. CHOW; REVISE SUMMARY JUDGMENT MOTION; EMAIL CORRESPONDENCE WITH P. SHIMAMOTO RE SAME; RESEARCH RE STATUTE OF LIMITATIONS ON CONTRIBUTORY/VICARIOUS INFRINGEMENT CLAIM; EMAIL CORRESPONDENCE WITH J. MUSKER RE REVISED DECLARATION; REVIEW J. BASSETT COMMENTS ON DRAFT SUMMARY JUDGMENT MOTION; FURTHER REVISIONS TO SAME; EMAIL CORRESPONDENCE WITH P. SHIMAMOTO RE DEPOSITION EXCERPTS | 1.6 | $ | 2,180.80 | 50% | 0.80 | $ 1,090.40 |
| 5/6/24 | Klieger, Robert N. | 2.7 | $ | 3,680.10 | REVISE SUMMARY JUDGMENT MOTION; REVIEW REVISED STATEMENT OF UNDISPUTED FACTS; REVIEW REVISED J. JULIUS DECLARATION RE SEALING AND EMAIL CORRESPONDENCE RE SAME; REVIEW E. BOTWIN EMAIL CORRESPONDENCE RE UNDER SEAL EXHIBITS; TELEPHONE CALLS WITH J. CHOW; REVIEW S. SMITH REBUTTAL REPORT; REVIEW DRAFT MOTION TO SEAL AND EMAIL CORRESPONDENCE RE SAME | 1.2 | $ | 1,635.60 | 50% | 0.60 | $ 817.80 |
| 5/7/24 | Klieger, Robert N. | 4.3 | $ | 5,860.90 | TELEPHONE CALL AND EMAIL CORRESPONDENCE WITH G. FOX RE C. BOSCHAN REBUTTAL REPORT; TELEPHONE CALLS AND EMAIL CORRESPONDENCE WITH J. CHOW RE SAME; EMAIL CORRESPONDENCE WITH P. SHIMAMOTO RE SUPPLEMENTAL PRODUCTIONS; REVIEW PLAINTIFF'S PARTIAL SUMMARY JUDGMENT MOTION AND B. WOODALL DECLARATION; EMAIL CORRESPONDENCE WITH P. SHIMAMOTO RE SAME | 1 | $ | 1,363.00 | 50% | 0.50 | $ 681.50 |
| 5/8/24 | Klieger, Robert N. | 2.5 | $ | 3,407.50 | REVIEW PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS AND DECLARATIONS IN SUPPORT OF PARTIAL SUMMARY JUDGMENT MOTION; VIDEOCONFERENCE WITH J. CHOW AND P. SHIMAMOTO | 2.5 | $ | 3,407.50 | 50% | 1.25 | $ 1,703.75 |
| 5/9/24 | Klieger, Robert N. | 3.6 | $ | 4,906.80 | REVIEW WARNER-CHAPPELL DECISION AND EMAIL CORRESPONDENCE RE SAME; DRAFT D. KANE, O. SHURER, AND M. MALONE DECLARATIONS; REVIEW P. SHIMAMOTO COMMENTS ON SAME; TELEPHONE CALL WITH J. CHOW | 0.8 | $ | 1,090.40 | 50% | 0.40 | $ 545.20 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/10/24 | Klieger, Robert N. | 1.3 | $ | 1,771.90 | EMAIL CORRESPONDENCE WITH E. BOTWIN RE REQUESTED EXTENSION OF BRIEFING SCHEDULE; TELEPHONE CALL WITH J. CHOW; REVISE D. KANE DECLARATION; EMAIL CORRESPONDENCE WITH R. COULTER RE DEPOSITION NOTICE; EMAIL CORRESPONDENCE WITH M. MALONE RE DRAFT DECLARATION; REVIEW P. SHIMAMOTO THOUGHTS ON OPPOSITION TO PLAINTIFF'S PARTIAL SUMMARY JUDGMENT MOTION | 0.4 | $ | 545.20 | 50% | 0.20 | $ | 272.60 |
| 5/11/24 | Klieger, Robert N. | 0.2 | $ | 272.60 | EMAIL CORRESPONDENCE WITH P. SHIMAMOTO RE OPPOSITION TO PLAINTIFF'S PARTIAL SUMMARY JUDGMENT MOTION AND EVIDENCE IN SUPPORT OF SAME | 0.2 | $ | 272.60 | 50% | 0.10 | $ | 136.30 |
| 5/12/24 | Klieger, Robert N. | 1.5 | $ | 2,044.50 | RESEARCH AND ANALYSIS FOR OPPOSITION TO PLAINTIFF'S PARTIAL SUMMARY JUDGMENT MOTION; REVIEW DRAFT RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS | 1.5 | $ | 2,044.50 | 50% | 0.75 | $ | 1,022.25 |
| 5/13/24 | Klieger, Robert N. | 1.3 | $ | 1,771.90 | REVIEW AND REVISE DRAFT EMAIL TO CLERK RE EVIDENCE IN SUPPORT OF SUMMARY JUDGMENT OPPOSITIONS; TELEPHONE CALL WITH J. CHOW; DRAFT OBJECTIONS TO R. COULTER DEPOSITION NOTICE | 0.2 | $ | 272.60 | 50% | 0.10 | $ | 136.30 |
| 5/14/24 | Klieger, Robert N. | 3.3 | $ | 4,497.90 | VIDEOCONFERENCE WITH D. KANE, J. CHOW, AND P. SHIMAMOTO; REVIEW DRAFT STIPULATION RE EVIDENCE IN SUPPORT OF SUMMARY JUDGMENT OPPOSITIONS AND EMAIL CORRESPONDENCE RE SAME; RESEARCH AND ANALYSIS FOR OPPOSITION TO PLAINTIFF'S PARTIAL SUMMARY JUDGMENT MOTION | 3 | $ | 4,089.00 | 50% | 1.50 | $ | 2,044.50 |
| 5/15/24 | Klieger, Robert N. | 4.2 | $ | 5,724.60 | PREPARE FOR AND LEAD DEPOSITION PREPARATION SESSION WITH R. COULTER; TELEPHONE CALL WITH J. CHOW; EMAIL CORRESPONDENCE WITH P. SHIMAMOTO RE RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS; EMAIL CORRESPONDENCE WITH J. CHOW AND P. SHIMAMOTO RE POTENTIAL DISNEY TV ANIMATION DECLARATION; RESEARCH RE CORPORATE STRUCTURE OF SAME; REVIEW AND REVISE DRAFT SUPPLEMENTAL J. MARCHICK DECLARATION; PREPARE R. COULTER DOCUMENTS FOR PRODUCTION | 0.4 | $ | 545.20 | 50% | 0.20 | $ | 272.60 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/17/24 | Klieger, Robert N. | 9 | $ | 12,267.00 | VIDEOCONFERENCE WITH J. CHOW, M. ROTH, A. JOHNSON, AND P. SHIMAMOTO; TELEPHONE CALLS WITH J. CHOW; REVIEW DRAFT RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS; RESEARCH AND ANALYSIS FOR OPPOSITION TO PLAINTIFF'S PARTIAL SUMMARY JUDGMENT MOTION; DRAFT OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT | 8 | $ | 10,904.00 | 50% | 4.00 | $ | 5,452.00 |
| 5/18/24 | Klieger, Robert N. | 8.5 | $ | 11,585.50 | DRAFT OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT | 8.5 | $ | 11,585.50 | 50% | 4.25 | $ | 5,792.75 |
| 5/19/24 | Klieger, Robert N. | 15.9 | $ | 21,671.70 | DRAFT OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; EMAIL CORRESPONDENCE WITH P. SHIMAMOTO RE SUPPLEMENTAL J. MARCHICK DECLARATION | 15.9 | $ | 21,671.70 | 50% | 7.95 | $ | 10,835.85 |
| 5/20/24 | Klieger, Robert N. | 8.7 | $ | 11,858.10 | DRAFT OPPOSITION TO PLAINTIFF'S PARTIAL SUMMARY JUDGMENT MOTION; REVIEW P. SHIMAMOTO COMMENTS ON SAME; REVISE OPPOSITION | 8.7 | $ | 11,858.10 | 50% | 4.35 | $ | 5,929.05 |
| 5/21/24 | Klieger, Robert N. | 10.8 | $ | 14,720.40 | REVIEW AND REVISE STATEMENT OF GENUINE ISSUES; VIDEOCONFERENCE AND EMAIL CORRESPONDENCE WITH J. CHOW AND P. SHIMAMOTO RE SAME; REVISE AND CITE-CHECK OPPOSITION TO PARTIAL SUMMARY JUDGMENT MOTION; DRAFT EVIDENTIARY OBJECTIONS TO PLAINTIFF'S EVIDENCE IN SUPPORT OF PARTIAL SUMMARY JUDGMENT MOTION; DRAFT RESPONSE TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PARTIAL SUMMARY JUDGMENT MOTION; REVIEW PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT MOTION | 10.8 | $ | 14,720.40 | 50% | 5.40 | $ | 7,360.20 |
| 5/23/24 | Klieger, Robert N. | 1 | $ | 1,363.00 | REVIEW DRAFT RESPONSES TO REQUESTS FOR ADMISSION AND EMAIL CORRESPONDENCE RE SAME; TELEPHONE CALL WITH J. CHOW; EMAIL CORRESPONDENCE WITH P. SHIMAMOTO RE THOUGHTS FOR REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION | 0.2 | $ | 272.60 | 50% | 0.10 | $ | 136.30 |
| 5/24/24 | Klieger, Robert N. | 2.9 | $ | 3,952.70 | RESEARCH AND ANALYSIS FOR REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION; EMAIL CORRESPONDENCE WITH M. RUFFNER RE COMPLAINTS | 2.8 | $ | 3,816.40 | 50% | 1.40 | $ | 1,908.20 |
| 5/26/24 | Klieger, Robert N. | 1.8 | $ | 2,453.40 | DRAFT REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION | 1.8 | $ | 2,453.40 | 50% | 0.90 | $ | 1,226.70 |
| 5/27/24 | Klieger, Robert N. | 7.3 | $ | 9,949.90 | DRAFT REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION | 7.3 | $ | 9,949.90 | 50% | 3.65 | $ | 4,974.95 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/28/24 | Klieger, Robert N. | 10.7 | $ | 14,584.10 | DRAFT REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION; VIDEOCONFERENCE WITH J. CHOW, M. ROTH, A. JOHNSON, AND P. SHIMAMOTO; TELEPHONE CALL WITH J. CHOW; REVIEW P. SHIMAMOTO COMMENTS ON DRAFT REPLY; REVISE DRAFT REPLY; REVIEW C. BOSCHAN REBUTTAL REPORT | 10 | $ 13,630.00 | 50% | 5.00 | $ 6,815.00 |
| 5/29/24 | Klieger, Robert N. | 1 | $ | 1,363.00 | REVIEW P. SHIMAMOTO COMMENTS ON REVISED REPLY AND EMAIL CORRESPONDENCE RE SAME; TELEPHONE CALLS WITH J. CHOW; EMAIL CORRESPONDENCE WITH E. BOTWIN RE MEET AND CONFER ON RFA RESPONSES; EMAIL CORRESPONDENCE WITH H. KYLES RE EXPERT DEPOSITION SCHEDULING; EMAIL CORRESPONDENCE WITH R. COULTER RE C. BOSCHAN REBUTTAL REPORT | 0.6 | $ 817.80 | 50% | 0.30 | $ 408.90 |
| 5/30/24 | Klieger, Robert N. | 4.1 | $ | 5,588.30 | PREPARE FOR AND ATTEND MEET AND CONFER WITH E. BOTWIN AND P. SHIMAMOTO; TELEPHONE CALL WITH R. COULTER; TELEPHONE CALL WITH A. JOHNSON; REVIEW KING & SPAULDING COMMENTS ON DRAFT REPLY AND EMAIL CORRESPONDENCE RE SAME; REVISE REPLY; REVIEW P. SHIMAMOTO COMMENTS ON SAME | 3 | $ 4,089.00 | 50% | 1.50 | $ 2,044.50 |
| 5/31/24 | Klieger, Robert N. | 1.7 | $ | 2,317.10 | EMAIL CORRESPONDENCE WITH P. SHIMAMOTO AND A. JOHNSON RE REVISED REPLY; TELEPHONE CALL WITH J. CHOW; EMAIL CORRESPONDENCE WITH P. SHIMAMOTO RE REBUTTAL EXPERT DEPOSITIONS; REVIEW DRAFT RESPONSE TO STATEMENT OF GENUINE DISPUTES | 1.2 | $ 1,635.60 | 50% | 0.60 | $ 817.80 |
| 6/2/24 | Klieger, Robert N. | 2.6 | $ | 3,543.80 | REVISE REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION; EMAIL CORRESPONDENCE WITH A. JOHNSON AND P. SHIMAMOTO RE SAME; DRAFT OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFF IN OPPOSITION TO SUMMARY JUDGMENT MOTION; DRAFT RESPONSE TO REQUEST FOR JUDICIAL NOTICE | 2.6 | $ 3,543.80 | 50% | 1.30 | $ 1,771.90 |
| 6/3/24 | Klieger, Robert N. | 1.3 | $ | 1,771.90 | REVISE REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION; REVIEW M. ROTH COMMENTS ON SAME; REVIEW RESPONSE TO STATEMENT OF GENUINE DISPUTES OF FACT; TELEPHONE CALL WITH J. CHOW | 1.3 | $ 1,771.90 | 50% | 0.65 | $ 885.95 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/4/24 | Klieger, Robert N. | 2.6 | $ | 3,543.80 | REVIEW M. ROTH AND A. JOHNSON REVISIONS TO REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION; EMAIL CORRESPONDENCE WITH J. CHOW, M. ROTH, AND A. JOHNSON RE SAME; FURTHER REVISIONS TO SAME; CITE-CHECK AND FINALIZE REPLY; REVIEW PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT; TELEPHONE CALL WITH J. CHOW; EMAIL CORRESPONDENCE WITH R. COULTER RE TRANSCRIPT REVIEW | 2 | $ 2,726.00 | 50% | 1.00 | $ 1,363.00 |
| 9/11/24 | Klieger, Robert N. | 1 | $ | 1,363.00 | PREPARE FOR HEARING ON SUMMARY JUDGMENT MOTIONS | 1 | $ 1,363.00 | 50% | 0.50 | $ 681.50 |
| 9/19/24 | Klieger, Robert N. | 0.5 | $ | 681.50 | EMAIL CORRESPONDENCE WITH J. CHOW RE DRAFT SLIDES FOR SUMMARY JUDGMENT HEARING; REVISIONS TO SAME | 0.5 | $ 681.50 | 50% | 0.25 | $ 340.75 |
| 9/20/24 | Klieger, Robert N. | 2.2 | $ | 2,998.60 | REVISE SLIDES FOR SUMMARY JUDGMENT HEARING; TELEPHONE CALL AND EMAIL CORRESPONDENCE WITH J. CHOW RE SAME; PREPARE FOR SUMMARY JUDGMENT HEARING | 2.2 | $ 2,998.60 | 50% | 1.10 | $ 1,499.30 |
| 9/23/24 | Klieger, Robert N. | 1.9 | $ | 2,589.70 | TELEPHONE CALLS WITH J. CHOW; PREPARE FOR SUMMARY JUDGMENT HEARING | 1.9 | $ 2,589.70 | 50% | 0.95 | $ 1,294.85 |
| 9/24/24 | Klieger, Robert N. | 1 | $ | 1,363.00 | VIDEOCONFERENCE WITH J. CHOW AND M. ROTH; TELEPHONE CALL WITH J. CHOW; PREPARE FOR SUMMARY JUDGMENT HEARING | 0.8 | $ 1,090.40 | 50% | 0.40 | $ 545.20 |
| 9/25/24 | Klieger, Robert N. | 0.8 | $ | 1,090.40 | PREPARE FOR SUMMARY JUDGMENT HEARING | 0.8 | $ 1,090.40 | 50% | 0.40 | $ 545.20 |
| 9/26/24 | Klieger, Robert N. | 9.1 | $ | 12,403.30 | PREPARE FOR SUMMARY JUDGMENT HEARING; EMAIL CORRESPONDENCE WITH M. ROTH RE SAME | 9.1 | $ 12,403.30 | 50% | 4.55 | $ 6,201.65 |
| 9/27/24 | Klieger, Robert N. | 4.3 | $ | 5,860.90 | PREPARE FOR AND ATTEND SUMMARY JUDGMENT HEARING; TELEPHONE CALL WITH J. CHOW | 4 | $ 5,452.00 | 50% | 2.00 | $ 2,726.00 |
| | | | | | | | | | 210.20 | **$ 286,502.60** |