UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 20-03772-CBM (Ex) | Date | September 10, 2025 |
|---|---|---|---|
| Title | Buck G. Woodall v. The Walt Disney Company, et al. | | |

| Present: The Honorable | CONSUELO B. MARSHALL |
|---|---|
| | UNITED STATES DISTRICT JUDGE |

| V.R. Vallery | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Responding Attorneys Present: | Attorneys Present for Defendants: |
|---|---|
| Robyn Crowther; Michael Proctor; Sarah A. Timmons | Robert N. Klieger; Arwen Johnson; Michael Roth |

**Proceedings:** **DEFENDANTS' MOTION FOR SANCTIONS AGAINST PLAINTIFF'S ATTORNEYS PURSUANT TO 28 U.S.C. § 1927 [829]**

The hearing is held. Following discussions with counsel, the court takes the motion under submission. A written order will issue.

  1  :  26

Initials of Preparer   VRV